**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| **Stream TV Networks, Inc.,** | Bky. No. 23-10763 (__) |
| Debtor. | |

**STATEMENT OF QUALIFICATION AS COMPLEX CHAPTER 11 CASE**

This chapter 11 case was filed on March 15, 2023.

The undersigned attorney for the debtor believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex chapter 11 case because

__x___   the total debt in the case is more than 3 times the dollar amount stated in §101(51D),

_____   the debtor's debt securities are publicly traded,

_____   the debtor's equity securities are publicly traded, and/or

__x___   there are 100 or more parties in interest in the case.


Date: March 15, 2023             Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
Asher A. Block (PA Bar No. 315908)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com
Asher.Block@lewisbrisbois.com

-and-

Vincent F. Alexander (pro hac pending)
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301

1

Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Vincent.Alexander@lewisbrisbois.com

*Proposed Counsel to the Debtors*