| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adept Chip Service Private Ltd. Site No.86, 1st Floor, LRDI Layout Karthik Nagar, fvlarathahalli Outer Ring Bengaluru, India 560037** | **A. Tirumala Kumar madanlolugu@adeptchips.com (916)363-0926** | **Employee and/or Consultant Search and Placement Firm** | | | | **$324,644.60** |
| **Arasan Chip Systems, Inc. 2150 North First Street, Suite 240 San Jose, CA 95131** | **Vinod Nichani, Principal vinod@nichanilawfirm.com (408) 800-6174** | **Vendor for computer chips and systems** | | | | **$132,500.00** |
| **Cadence Design Systems, Inc. 2655 Seely Avenue San Jose, CA 95134** | **Wendy Lujan-Cavin wendy@cadence.com** | **Electronics Design Automation** | | | | **$524,340.00** |
| **DLA Piper LLP(US) 6225 Smith Avenue Baltimore, MD 21209-3600** | **diane.williams@dlapiper.com (410) 580-3000** | **Professional Fees** | | | | **$798,925.44** |
| **Elliott Greenleaf 1105 North Market Street 17th Floor Wilmington, DE 19801-1216** | **jms@elliottgreenleaf.com 215-977-1000** | **Professional Fees** | | | | **$216,179.17** |
| **Hold Jumper (Suzhou) Packing Co. Ltd. No. 1, Xiang Street, High-Tech District Suzhou, China** | **David Lee david@hj-packing.com suzhousjg@163.com** | **Exporter/Manufacturer** | | | | **$1,359,151.61** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Stream TV Networks, Inc.**                   Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Iinuma Gauge Manufacturing Co., Ltd (JPY) 11400-327 Harayama, Tamagawa Chino-City Nagano, Japan 391-0011** | **kz.iinuma@iinuma-gauge.co.jp 0266-79-5600** | **Flat Panel Display Production related Equipment** | | | | **$7,643,690.74** |
| **IMG Media Ltd Building 6, Chiswick Park 566 Chiswick High Road London, England UK W4 5HR** | **media.AR@img.com 44/0203 107 0765** | **Marketing/Rebranding Fees** | | | | **$426,437.00** |
| **Innoventures Group LLC 1105 William Penn Drive Bensalem, PA 19020** | **innoventuresgroupllc@gmail.com 267-566-0354** | **Engineering Consulting** | | | | **$118,465.00** |
| **Jamuna Travels, Inc 6439 Market St Upper Darby, PA 19082** | **Reji Abraham Fax (610) 352-9819 (610) 352-7280** | **Travel Agent** | | | | **$122,768.45** |
| **Marcum LLP One SE Third Ave, Suite 1100 Miami, FL 33131** | **Ilyssa K. Blum, CPA ilyssa.blum@marcumllp.com (305) 995-9600** | **Professional Fees** | | | | **$146,820.00** |
| **Matrex Exhibits, Inc. 301 S. Church St. Addison, IL 60101** | **Jonathan Aniszewski jona@cld1ltd.com +44 7803115526** | **CES Show Booth** | | | | **$155,000.00** |
| **Mentor Graphics Corporation 8005 SW Boeckman Rd. Wilsonville, OR 97070-7777** | **Sandie Beebe sandra_beebe@mentor.com (503) 685-1858** | **Electronics Design Automation** | | | | **$402,564.00** |
| **Pegatron Corporation 5F., No. 76, Ligong St., Beitou District Taipei City 112 Taiwan** | **Sal Lu sal_lu@pegatroncorp.com** | **Manufacturer products for consumer electronics companies** | | | | **$500,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   **Stream TV Networks, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ST4M Electronics, Inc. Beijing Office Room 1102, Building 313 Hui Zhong Bei Li Beijing, Chaoyang District, China** | **Wangling** <br><br> **mattjjlo@gmail.com** <br> **(Fax)** <br> **+86-10-64800719-18** | | | | | **$116,844.97** |
| **Cipher Development Partners, LLC** | **(408) 222-6462** | | | | | **$109,200.00** |
| **Trans World International, LLC 200 Fifth Ave 7th Floor New York, NY 10010** | **mediaAR@img.com** <br> **44/0203107 0765** | **Marketing/Rebranding Fees** | | | | **$420,000.00** |
| **Triple Crown Consulting, LLC 10814 Jollyville Rd, Suite 100 Austin, Texas 78759-0000** | **ar@tripleco.com** <br> **(512) 331-8880** | **Employee and/or Consultant Search and Placement Firm** | | | | **$162,115.13** |
| **US Compliance Services LLC 199 North Woodbury Road Suite # 103 Pitman, NJ 08071** | **mmassimi@dhglobaltax.com** <br> **(267) 908-6620** | **Professional Fees** | | | | **$165,281.93** |
| **Vayikra Capital LLC 1 Farmstead Road Short Hills, NJ 07078** | **phil@darivoff.net** <br> **973-379-4044** | **Unsecured Loans** | | | | **$173,798.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy