# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Stream TV Networks, Inc.,** | **Bky. No. _____ (\_\_)** |
| **Debtor.** | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, the Debtor files this Statement of Corporate Ownership and states that the following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of equity interests of the Debtor:

**Hawk Investment Holdings Limited**