IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| STREAM TV NETWORKS, INC., | Case No.: 23-10763 MDC |
| Debtor. | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
AARON S. ROTHMAN, ESQUIRE**

Pursuant to Local Rule 2090-1(c) of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Steven L. Caponi, Esquire, hereby moves for the admission *pro hac vice* of Aaron S. Rothman of K&L Gates LLP to appear as counsel for the Creditor, Hawk Investment Holdings Ltd. ("Hawk") in the above-captioned bankruptcy case.

1. A Verified Declaration of Mr. Rothman is submitted herewith and incorporated herein by reference.

2. Movant, Steven L. Caponi, is a member in good standing of, *inter alia*, the Supreme Court of the Commonwealth of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania, and is local counsel for Hawk in this bankruptcy case.

3. Applicant will tender the required fee for *pro hac vice* admission.

**WHEREFORE**, Movant respectfully requests that this Honorable Court admit, *pro hac vice*, Aaron S. Rothman as counsel for Hawk Investment Holdings Ltd., and for such other relief as is just and equitable.

Dated:  March 18, 2023 **K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 91881)
K&L Gates LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Facsimile: (302) 416-7020
Email: Steven.caponi@klgates.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on March 18, 2023, with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary.

By: */s/ Steven L. Caponi*
Steven L. Caponi, Esq.