**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 11 |
| STREAM TV NETWORKS, INC., | Case No.: 23-10763 MDC |
| Debtor. | |

**ORDER FOR ADMISSION *PRO HAC VICE***

**AND NOW**, it is hereby ORDERED that the motion to admit Aaron S. Rothman, Esquire, to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.

BY THE COURT:

Dated: _____, 2023    _____
Hon. Magdeline D. Coleman,
U.S.B.J.