# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.:  23-10763 MDC |

## VERIFIED STATEMENT OF AARON S. ROTHMAN, ESQUIRE

Aaron S. Rothman, Esquire, hereby verifies that:

1. I am a partner with the law firm of K&L Gates LLP, 300 South Tryon Street, Suite 1000, Charlotte, NC 28202 (Telephone: (704) 331-7400).

2. I am admitted to practice in, and remain in good standing with the bars of the States of New York and North Carolina and the United States District Courts for the Eastern and Southern Districts of New York.

3. I am not currently suspended or disbarred or subject to any disciplinary action in any jurisdiction.

4. I understand that I will be subject to the rules of procedure, practice and discipline applicable in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

This Verification is given subject to the penalties of 18 PA CSA 4904, relating to unsworn falsification to authorities.

Dated: March 18, 2023                             */s/ Aaron S. Rothman*
                                                                Aaron S. Rothman, Esq.