## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtor,<br><br>HAWK INVESTMENT HOLDINGS LTD.,<br><br>Movant,<br><br>v.<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtor/Respondent. | CHAPTER 11<br><br>CASE NO.: 23-10763 MDC |

## ORDER GRANTING MOTION OF HAWK INVESTMENT HOLDINGS LTD. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

The Court having reviewed Hawk Investment Holding Ltd.'s *Emergency Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion"), and any related responses or objections, it is hereby

**ORDERED** that:

1.  The Motion is hereby granted.

2.  The stay is modified for the purposes of allowing the Delaware Court of Chancery to proceed to a bench trial originally scheduled for March 23, 2023.

3.  This Order is effective immediately and the 14-day period specified by Federal Rule of Bankruptcy Procedure 4001(a)(3) be and is hereby waived.

BY THE COURT:

Dated: _____, 2023    _____

Hon. Magdeline D. Coleman,
U.S.B.J.