## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| STREAM TV NETWORKS, INC., | CHAPTER 11 |
| Debtor, | CASE NO.: 23-10763 MDC |
| HAWK INVESTMENT HOLDINGS LTD., | |
| Movant, | |
| v. | |
| STREAM TV NETWORKS, INC., | |
| Debtor/Respondent. | |

## ORDER GRANTING EXPEDITED HEARING

The Court having reviewed Hawk Investment Holding Ltd.'s ("Hawk") *Emergency Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion"), and any related responses or objections, it is hereby

**ORDERED** that:

1. A hearing on Hawk's Motion will be held on the _____ day of March, 2023 at _____.

2. Any responses the Motion must be filed on or before the _____ day of March, 2023.

BY THE COURT:

Dated: _____, 2023

_____
Hon. Magdeline D. Coleman,
U.S.B.J.