# **<u>EXHIBIT P</u>**

<div style="border:2px solid black; text-align:center; font-size:2em; font-weight:bold;">DENIED</div>

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HAWK INVESTMENT HOLDINGS LTD., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 2022-0930-JTL |
| | : | |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA INC., | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE SCHEDULING ORDER**

IT IS HEREBY ORDERED this ___ day of _____ 2023, upon consideration of Defendants' Motion to Modify Case Scheduling Order (the "Motion"), and for good cause shown:

1.      The Motion is GRANTED.

2.      Counsel for the parties shall contact chambers to request a new trial date in late April 2023 and shall submit an amended Scheduling Order setting forth the remaining deadlines in the case.

**IT IS SO ORDERED** this_____ day of _____, 2023.

_____
Vice Chancellor J. Travis Laster

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | J Travis Laster |
| **File & Serve Transaction ID:** | 69200038 |
| **Current Date:** | Mar 03, 2023 |
| **Case Number:** | 2022-0930-JTL |
| **Case Name:** | CONF ORDER - Hawk Investment Holdings Ltd. v. Stream TV Networks, Inc., et al. |
| **Court Authorizer:** | J Travis Laster |

**Court Authorizer Comments:**

Whether to modify a scheduling order requires a showing of good cause and an exercise of the court's discretion. Both sides have identified valid considerations. The court finds more persuasive the points raised by Hawk and has placed particular reliance on the views expressed by the Receiver. Stream's reply cites discovery deficiencies. The court is prepared to rule promptly on any motion to compel. At this point in the case, any opposition to a motion to compel must be filed within 48 hours after the filing of the motion, and any reply will be due 24 hours after the filing of the opposition. The parties may agree to a different schedule or seek one for good cause shown.

**/s/ Judge J Travis Laster**