# **EXHIBIT Q**



Begin forwarded message:

**From:** Marc Dannenberg <mdandml@hotmail.com>
**Date:** March 11, 2023 at 9:00:15 AM EST
**To:** Marc Dannenberg <mdandml@hotmail.com>
**Subject: Stream TV will look a lot different come Monday**

Hey there,

Please see the attached.   We have a meeting tomorrow with a large investor flying into Washington D.C.  I will not say who it is because a lot of you have not signed the NDA.  This meeting is the culmination of weeks of negotiation and will result in 15 million dollars invested this week.

I need all of you to think about this…both sides of this fight have spent millions upon millions of dollars and 3 years in court.  This is not a fight over chewing gum.  This is a fight over billions of dollars.

Here is the fair warning.

We have been forced into a corner by the Chancery court  due to their leniency towards Creditors and the little boy mafia at SeeCubic.   We won in the Supreme Court of Delaware and soon after that, Hawk filed to give Shad control of the subsidiaries where if they win, he will no doubt sell off assets.  We are not getting a fair shake in Chancery…as shown by both the original ruling which was overturned in the Supreme Court, and the rulings in this current case.    Without saying too much to those who have not signed an NDA, Stream will be taking the

necessary steps on Monday to protect all of our subsidiaries.   Not our fault, but the fault of the greedy and stupid Shad and Hawk.   This is not something we want to do but it is something we need to do for the sake of the assets of StreamTV.

We are offering shares of VSI at .03 per share until Thursday, which will also include a 1 for 1 stock swap from Stream to VSI.  For example, if you have 1 share of Stream we will give you 1 share of VSI.   You must make a new purchase into VSI shares with new money.   I understand SeeCubic told you the same thing, but they stole the assets they said they had and the Supreme Court of Delaware ordered them back to us...so in essence you were defrauded by them, and aided by a highly dubious chancery court decision.

It is what it is.  The whole is worth more than the parts.  You are 100 percent at risk to lose your entire investment made in StreamTV shares.

You will get official info on Monday and you will have until Thursday to make your moves.  We will be available for Zooms until then.

Remember there are literally billions at stake here.

Best,
Marc



Crytek founder Cevat Yerli resurfaces, making virtual meeting software

Cevat Yerli, the

controversial founder and former boss of Crysis and CryEngine

www.eurogamer.net

---

**From:** Marc Dannenberg <mdandml@hotmail.com>
**Sent:** Wednesday, March 8, 2023 6:44 PM
**Subject:** VITALLY IMPORTANT STREAM/VSI

Hey there,

If you want to know what is happening right now it is of the utmost importance that you sign this NDA, get it back to me and schedule a call over the next 24 hours maximum.
If you don´t want to know...really that is your call. This email is on the record with regards to our efforts to contact Stream shareholders.

Not a ploy.

Best,
Marc

## Lunch Meeting: Mathu | Cemal

The Ritz-Carlton, Washington, D.C. (1150 22nd St NW, Washington, DC 20037, United States)

14 Mar 2023 Tuesday
from 20:00 to 21:30
from 13:00 to 14:30 (GMT-4)

