# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> STREAM TV NETWORKS, INC., <br><br> Debtor, <br><br> HAWK INVESTMENT HOLDINGS LTD., <br><br> Movant, <br><br> v. <br><br> STREAM TV NETWORKS, INC., <br><br> Debtor/Respondent. | CHAPTER 11 <br><br> CASE NO.: 23-10763 MDC |

## CERTIFICATE OF SERVICE

I certify that on March 20, 2023, I caused the attached Hawk Investment Holdings Ltd.'s Emergency Motion for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code to be electronically filed with the Clerk, United States Bankruptcy Court, Eastern District of Pennsylvania, by ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: March 20, 2023      **K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 91881)
K&L Gates LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: steven.caponi@klgates.com

*Attorneys for Hawk Investment Holdings Ltd.*

1

**SERVICE LIST**

<u>Attorneys for Debtor</u>
**Via e-mail, Federal Express, and ECF Notification**
Rafael X. Zahralddin-Aravena
Asher A. Block
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Rafael.Zahralddin@lewisbrisbois.com
Asher.Block@lewisbrisbois.com

Vincent F. Alexander (pro hac pending)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Vincent.Alexander@lewisbrisbois.com

<u>U.S. Trustee</u>
**Via e-mail, Federal Express, and ECF Notification**
KEVIN P. CALLAHAN
DOJ-Ust
Robert N.C. Nix Federal Building
900 Market Street
Ste. 320
Philadelphia, PA 19107
kevin.p.callahan@usdoj.gov

JOHN HENRY SCHANNE
DOJ-Ust
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
John.Schanne@usdoj.gov

<u>Debtors</u>
**Via Federal Express**
Stream TV Networks, Inc.
2009 Chestnut Street, 3rd Floor
Philadelphia, PA 19103