**Fill in this information to identify the case and this filing:**

Debtor Name __Stream TV Networks, Inc._____

United States Bankruptcy Court for the: ____Eastern_____ District of _Pennsylvania_
(State)

Case number (*If known*): __23-10763 (MDC)_____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration__Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/22/2023__           ✗ _/s/ Mathu Rajan_____
MM / DD / YYYY                                    Signature of individual signing on behalf of debtor

_Mathu Rajan_____
Printed name

_Director_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Stream TV Networks, Inc.
209 Chestnut Street
3rd Floor
Philadelphia, PA 19103


Lewis Brisbois Bisgaard & Smith LLP
Rafael Zahralddin
550 Swedesford Rd #270
Wayne, PA 19087


Lewis Brisbois Bisgaard & Smith LLP
Vincent F. Alexander
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301


3Detroit Film Co. LLC
2385 N Pine Center St
West Bloomfield, MI 48323


Abu Dhabi Investment Council
Po Box 61999
Abu Dhabi
United Arab Emirates


Ac Lordi
75 Valley Stream Parkway
Suite 201
Malvern, PA 19355


Adept Chip Service Private Limited
Site No.86, 1st Floor, LRDI Layout
Karthik Nagar, fvlarathahalli Outer Ring Road
Bengaluru 560037
India


Adrian & Roth Personalberatung GmbH
Tengstraße 45
Munchen 80796
Germany


Advanced Imaging Society
16027 Ventura Blulevard
Suite #301
Encino, CA 91436

Alliance International Law Offices
7F -1, No.58, Sec. 3, Zhongshan N Rd
Zhongshan Dist.
Taipei City 10452
Taiwan, Republic Of


Alvarte Technology LLP
S No29, PL52, Office #201
Bhama Emrald, Satara Road, Dhankawadi
Pune, Maharashtra 411043


Amanda Von Ahnen
105 Edwards Run Road
Mount Royal, NJ 08061


AON Risk Services, Inc. of New York
111 Wall Street
New York, NY 10043


Arasan Chip Systems, Inc.
2150 North First Street, Suite 240
San Jose, CA 95131


Aria Resort-Casino At Ctycntr
4882 Frank Sinatra Dr
Las Vegas, NV 89158


Avnet EM
2211 South 47th Street
Phoenix, AZ 85034


AY Commercial Law Offices C/O EY Legal
9F, No. 333, Sec. 1, Keelung Road
Taipei City 11012
Taiwan, Republic Of


BDO USA, LLP
75 Valley Stream Parkway
Suite 201
Malvern, PA 19355


Blue Ocean Partners
100 Queens Rd
Central, Hong Kong
China

```
BOE
No. 668 RD Xinzhan
General Pilot Zone, Heifei
Anhui 230012
China


Boustead Securities
6 Venture Street, Suite 395
Irvine, CA 92618


Bubble Communications
East Side Complex - Room 555
Pinewd Studios Pinewd Rd Buckinghamshire
Iver Heath SL0 0NH
United Kingdom


Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801


Cadence Design Systems, Inc.
2655 Seely Avenue
San Jose, CA 95134


Cadence Design Systems, Inc.
Evelyn Puchta
Address Unavailable at Time of Filing
, CA 95134


California Dept of Tax and Fee Am
Account Info. Group, MIC 29
PO Box 942879
Sacramento, CA 94279-0029


California Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Capital One
Po Box 71083
Charlotte, NC 28272-1083


Capital One-5
Po Box 71083
Charlotte, NC 28272-1083
```

```
CCH Incorporated (Wolters Kluwer)
Po Box 4307
Carol Stream, IN 60197-4307


Charles Robertson
10 Via Visione, Unit 201
Henderson, NV 89011


Charles Robertson
9339 Woodley Ave
North Hills, CA 91343


Che Wei Chang
327 Camphor Avenue
San Jose, CA 95131


Che Wei Chang
No. 50, Aly. 63, Ln 517, Sec. 1, Renhe Rd
Daxi Dist
Taoyuan City 335
Taiwan, Republic Of


Cipher Development Partners LLC
1381 McCarthy Blvd
Milpitas, CA 95035


Citi Cards
Po Box 9001037
Louisville, KY 40290-1037


Cittone Demers & Arneri LLP
11 Broadway
Suite 615
New York, NY 10040


CNA Insurance
Po Box 790094
ST LOUIS, MO 63179-0094


Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693
```

```
Conference Technologies, Inc.
11653 Adie Road
Maryland Heights, MO 63043


Coral Vision Ltd
Easton House, Manor Way
Oxshott KT22 0HU
United Kingdom


Core Technology LLC
Po Box 799
Gloucester, VA 23061


Corporate Filings, LLC
30 North Gould Street, Suite 70001
Sheridan, WY 82801


Cousins Law
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803


Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689


Cryslink Technologies Co., Ltd
Computer village, ikeja, Lagos
Otta
Nigeria


Daniel J Rink
1017 E 28th Street
Houston, TX 77009


Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903


Dell Financial Services
Mail Stop-PS2DF-23, One Dell Way
Round Rock, TX 78682
```

```
Dell Financial Services
Po Box 5292
Carol Stream, IL 60197-5292


DeMartino and Associates LLC
875 Union Ave.
Boulder, CO 80304


Dezan Shira & Associates
Suite EF06, East Tower, Twin Towers, B12
Jian Guo Men Wai Avenue
Beijing 100022
China


Digital Content Protection LLC
3855 SW 153rd Drive
Beaverton, OR 97006


Dilworth Paxson
1500 Market Street, Suite 3500E
Philadelphia, PA 19102


DLA Piper LLP(US)
6225 Smith Avenue
Baltimore, MD 21209-3600


Dunner Law PLLC
3243 P Street, N W
Washington, DC 20007


Elliott Greenleaf
1105 North Market Street
17th Floor
Wilmington, DE 19801-1216


EMA Design Automation
225 Park Tech Dr
Rochester, NY 14623


EME Enterprise Inc.
1256 West Winton Avenue
Hayward, CA 94545
```

```
Eric Singer
200 E 71st Str
New York, NY 10021


ESPN Inc Miscellaneous
PO BOX 732527
Dallas, TX 75373-2527


Farrukh Shah Kahn
1564 Kooser Road
San Jose, CA 95118


Feng Tsang Corporation - TWN
1F, No. 1, Alley 50
Lane 737, Sec. 1, Nei Hu Road
Taipei
Taiwan, Republic Of


FHP Consultants Ltd
Goddard's Green Barn
Goddard's Green Road
Benenden, Kent TN17 4AR
United Kingdom


First Sentinel Advisory Limited
Office Suite 12A
55 Park Lane
London W1K 1QG
United Kingdom


Fornax Associates Ltd.
70C 16 Buckhold Rd
London Sw18 4fy
United Kingdom


Frewin & Close Ltd.
18 Oakley Street
London SW3 5NT
United Kingdom


FTI Consulting (China) Limited
Unit 2101-04, Central Plaza
227 Huangpi (N) Road
Shanghai 200003
China
```

```
Full Frontal Group FZ LLE
Unit P12, Rimal The Walk, JBR
Po Box 487177
Dubai
United Arab Emirates


Game 7 Staffing
1214 West 6th Street
Suite 210
Austin, TX 78703


Global Tax Management
656 E Swedesford Rd , Suite 200
Wayne, PA 19087


Google Purchase Orders
1600 Amphitheatre Parkway
Mountain View, CA 94043


Hawk Investment Holdings Limited
Newport House, 15, The Grange
St Peter Port, Guernsey GY1 2QL
Channel Islands


HDMI Licensing Administrator, Inc.
550 S Winchester Blvd
Suite 515
San Cose, CA 95128


Hoang Nguyen
359 Dale Drive
San Jose, CA 95127


Hold Jumper (Suzhou) Packing Co. Ltd.
No. 1, Xiang Street, High-Tech District
Suzhou
China


Howell International Trade Fair Ltd
5A-601 Houxiandaicheng, No. 16 Baiziwan Rd
Chaoyang District
Beijing
China
```

```
HSBC Bank/PPP Loan
140 Broadway
Suite 5020
New York, NY 10005


Hudson Valuation Group LLC
One Glenlake Parkway
Suite #700
Atlanta, GA 30328


Iinuma Gauge Manufacturing Co. Ltd (JPY)
11400-327 Harayama,
Tamagawa
Chino-City, Nagano 391-0011
Japan


IMG Media Ltd
Building 6, 566 Chiswick High Road
Cheswick Park
London W4 5HR
United Kingdom


infoComm International
11242 Waples Mill Rd, Suite 200
Fairfax, VA 22030


Innoventures Group LLC
1105 William Penn Drive
Bensalem, PA 19020


Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


IQH3D
6800 SW 40th Street
Suite 298
Miami, FL 33155
```

```
Itaya Misa (TWD)
1F, No. 1, Alley 50
Lane 737, Sec. 1, Nei Hu Road
Taipei
Taiwan, Republic Of


IZON
2005 Tree Fork Lane, Suite 109
Longwood, FL 32750


Jamuna Travels, Inc
6439 Market St
Upper Darby, PA 19082


Jih-Chun Yeh
4F No. Ln232 Zhixiang 1st St
Zhongli Dist
Taoyuan City 320
China


Jinsheng
12/f SanToi Building
137-139 Connaught Road
Central Hong Kong
China


JoveAI
44081 Old Warm Spring Blvd
Fremont, CA 94538


K & L Gates LLP
Margaret R. Westbrook; Aaron S. Rothman
Jonathan N. Edel
300 South Tryon Street, Suite 1000
Charlotte, NC 28202


K & L Gates LLP
Steven L. Caponi; Megan E. O'Connor
600 King Street, Suite 901
Wilmington, DE 19801


Karen S Donovan
393 Mystic St
Arlington, MA 02474
```

Kaushik Banerjee
342 Stanforth Court
San Ramon, CA 94582


Kenneth W Carroll
8379 Sweet Briar Court
Liberty Township, OH 45044


Kevin Cabot
11 Rue Paul Langevin
Saint Ouen 93400
France


Kleinwort Benson (GBP)
14 St. George Street
London W1S 1FE
United Kingdom


Law offices of Young K Park
2009 Chestnut street
Philadelphia, PA 19103


Lee and Ko
Hanjin Buliding, 63 Namdaemun-ro
Jung-gu, Seoul 04532
South Korea


Leo Riley
225 Aqua Lane
Delran, NJ 08075


Luijks Advies B V
Vinkenkade 41 R 3
Vinkeveen 3645 AP
Netherlands


Luong D Nguyen
2801 Camino Del Rey
San Jose, CA 95132


Mak Roughley
Apt 11, Old Court House
La Rue a Don Grouville
Jersey JE39FS
Channel Islands

```
Marcum LLP
One SE Third Ave, Suite 1100
Miami, FL 33131


Mathu Rajan
1105 William Penn Drive
Bensalem, PA 19020


Matrex Exhibits, Inc.
301 S Church St.
Addison, IL 60101


Matt J Lo
7322 Carter Ave
Newark, CA 94560


Matthew Lo
7322 Carter Ave
Newark, CA 94560


Mediatainment, Inc (Note)
1105 William Penn Drive
Bensalem, PA 19020


Mediatainment, Inc (Vendor Work)
1105 William Penn Drive
Bensalem, PA 19020


Mentor Graphics Corporation
8005 SW Boeckman Rd
Wilsonville, OR 97070-7777


Modular Mobile GmbH
Hansaallee 201
Dusseldorf D-450549
Germany


MotivIT
2880 Zanker Rd , Suite 203
San Jose, CA 95134


Mr Aaron Lamkin
793A East Foothill Blvd #43
San Luis Obispo, CA 93405
```

```
MTL Shipping & Investment Ltd
Mark Walpole, MTL Shpng & Invstmnt Ltd
Hillside, Crocknorth Road
East Horsley, Surrey KT24 5TF
United Kingdom


Muni Mohan
4612 Aviara Ct
San Jose, CA 95135


MWL International Ltd
David Walpole
1 Paper Mews, MWL International Ltd
Dorking, Surrey RH4 2TU
United Kingdom


New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695-0267


Nichani Law Firm
111 N. Market Street, Suite 300
San Jose, CA 95113


Nicole Marie Maneen
2394 Barberee Drive
Crestview, FL 32536


Open Sales Solutions, LLC
548 Market Street,
Suite 11745
San Francisco, CA 94104


Pactron
3000 Patrick Henry Dr
Santa Clara, CA 950541814


Pegatron Corporation
5F , No. 76, Ligong St., Beitou District
Taipei City 112
Taiwan, Republic Of
```

```
Pennsylvania Dept of Labor
Office of Unemployment Comp Tax Srvcs
Collections Support Unit
651 Boas St., Room 925
Harrisburg, PA 17121


Pennsylvania Dept of Revenue
Bankruptcy Division
Dept 280946
Harrisburg, PA 17128-0946


Pennsylvania Dept of Revenue
PO Box 280905
Harrisburg, PA 17128-0905


Philadelphia Department of Revenue
Municipal Services Building
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102


Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801


Porter Digital Signage
241 N Caldwell Circle
Downingtown, PA 19335


PR Neswire Association, LLC
G Po Box 5897
New York, NY 10087-5897


Raja Rajan
5215 Bishop View Circle
Cherry Hill, NJ 08002


Rembrandt 3D Holding Ltd.
Stephen Blumenthal
1128 Bull Hill Road
Newfield, NY 14867


RL Systems
Old Post Office Cottage, Post Office Road
Inkpen,
Berkshire RG17 9PY
United Kingdom
```

```
Robert Half Management Services
12400 Collections Center Drive
Chicago, IL 60693


Robert S French Revocable Trust 2018
1712 Kimberly Dr
Sunnyvale, CA 94087


Ruffena Capital Ltd
Portman House
2 Portman Street
London W1H 6DU
United Kingdom


Salazar Law
2000 Ponce De Leon Boulevard, Penthouse
Coral Gables, FL 33134


Sara Leona Robertson
1900 Tomahawk Drive
Henderson, NV 89074


SeeCubic B V
Park Forum 1033 & 1035
Eindhoven 5657 HJ
Netherlands


SeeCubic Inc.
251 Little Falls Drive
Wilmington, DE 19808


SKC Haas Display Films Co.
460,Chonheung-Ri,Songgo-Ub
Chungchongnam-Do
Chonan-City 330-836
South Korea


SLS Holdings VI, LLC
392 Taylor Mills Road
Marlboro, NJ 07746


Special Counsel
Dept. CH 14305
Palatine, IL 60055-4305
```

```
ST4M Electronics, Inc. Beijing Office
Room1102, Building313, Hui Zhong Bei Li
Chaoyang District
Beijing
China


State of California Employment Dev Dept
PO Box 826880, DICO, MIC 29
Sacramento, CA 94280


Stoit Groep B V
Vestdijk 23
Eindhoven 5611 CA
Netherlands


Stream TV International B V
Park Forum 1033 & 1035
Eindhoven 5657 HJ
Netherlands


Suby Joseph
48 Colleen Circle
Downingtown, PA 19335


Suzhou Indstrial Equipmnt Instlation Grp
No. 3, Caixiang Road
Suzhou, Jiangsu
China


Synopsys
690 East Middlefield Road
Mountain View, CA 94043


TD Bank, N A
Po Box 16027
Lewiston, ME 04243-9513


Technical Link
8461 Lake Worth Road
Suite 225
Lake Worth, FL 33467
```

```
Three D Holograms Pvt Ltd.
307 Kilfire House
C-17 Dalia Industrial Area
New Link Road, Andheri-West
Mumbai, Maharashtra 400053
India


Trans World International, LLC
200 Fifth Ave 7th Floor
New York, NY 10010


Triple Crown Consulting, LLC
10814 Jollyville Rd, Suite 100
Austin, TX 78759


U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 204116


Uhaul
201 US Highway 130 S
Cinnaminson, NJ 08077


US Compliance Services LLC
199 North Woodbury Road Suite # 103
Pitman, NJ 08071


US Legal Support, Inc.
Po Box 4772
Houston, TX 77210-4772


Vayikra Capital LLC
1 Farmstead Rd
Short Hills, NJ 07078


Via Licensing Corporation
1275 Market Street
San Francisco, CA 94103-1410


Vikas Kshetrapal
2287 Ashbourne Dr
San Ramon, CA 94583
```

Visual apex, Inc
7950 NE Day Road W,
Suite B
Bainbridge Island, WA 98110


Wah Woo Tan
243 Summerwind Drive
Milpitas, CA 95035


Wai Ming Chiu
1798 Cape Coral Dr
San Jose, CA 95133


Walsh C H B Inc
189 Sunrise Highway
Suite# 302
Rockville Centre, NY 11570


Weida Freight System (Hong Kong) Co.
Ltd Taiwan Branch Flat
402, 4/F , Yee Kuk Industrial Centre
555 Yee Kuk Street, Cheung Sha Wan
Kowloon
Hong Kong


Wharton Capital Partners
5720 Lagorce Drive
Miami Beach, FL 33140


WiLine Networks Inc.
Po Box 102150
Pasadena, CA 91189-2150


William Hennessey
436 Lee Place
Exton, PA 19341


Yeh, Jih-Chun (CNY)
1F, No. 1, Alley 50
Lane 737, Sec. 1, Nei Hu Road
Taipei
Taiwan, Republic Of

```
YTH
3/F Heng Shan Centre
145 Queen`s Road, Wan Chai
Hong Kong
China


Zach Lehman
1440 S Stanley Ave
Los Angeles, CA 90019


Zeifang Hsu
101 Blaisdell Way
Fremont, CA 94536


Zhong Lun Law Firm
Level 10 & 11, Two IFC, 8 Century Avenue
Pudong New Area
Shanghai 20021
China


Zygintas Papartis (EUR)
Sarmos g 7-2,
Vilnius 04126
Lithuania
```

**# OF RECORDS: 178**