# **EXHIBIT I**

Overview of Shadron L. Stastney Lawsuits

<span style="color:red">CONFIDENTIAL</span>

20230321_01