




















































