## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Joint Administration Requested) |

### ORDER SCHEDULING HEARING ON EMERGENCY MOTION FOR ENTRY OF AN ORDER ENFORCING THE AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL STAY VIOLATION

The Court having reviewed the *Emergency Motion for Entry of an Order Enforcing the Automatic Stay and For Sanctions for Willful Stay Violation* (the "Motion") filed by Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative"), the above-captioned debtors and debtors-in-possession (collectively, "Debtors"), it is hereby

**ORDERED** that:

1. The Court will conduct a hearing on the Motion on _____, 2023, at _____ a.m./p.m. The number to call into the Court is 877-336-1828 Access Code 7855846**.**

2. Service of this Order and the Motion must be made by _____ a.m/p.m. on _____, 2023, by telephonic and/or electronic means, and a certificate of service is to be filed by Debtors.

Dated: _____

_____
MAGDELINE D. COLEMAN
United States Bankruptcy Judge

92582709.1