**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF
DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND
TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtors direct interested parties to the *Declaration of Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11 Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan Declaration") in which the Debtors' organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the "Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly transferred in contravention of express provisions of its corporate charter through an invalidated board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc* unanimous decision on June 15, 2022.  *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360, 2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required under Stream's charter" to "transfer pledged assets to secured creditors in connection with what was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets . . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which approved by the Delaware Court of Chancery and then held to be invalid by the Delaware Supreme Court on appeal.  Prior to the Delaware Supreme Court ruling the SLS Holdings and its newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB. Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court.  Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision.  SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV")  and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.       Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.       Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3.       The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4.       SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

**Fill in this information to identify the case:**

Debtor    **Stream TV Networks, Inc.**

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number    **23-10763**
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

California Department of

Tax and Fee Adm

Account Info. Group, MIC 29

PO Box 942879

Sacramento                    CA        94279-0029

Date or dates debt was incurred
3/31/2020

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Disability insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$2,688.27**    Priority amount: **$2,688.27**

**2.2** **Priority creditor's name and mailing address**

Internal Revenue Service

PO Box 7346

Philadelphia                    PA        19101-7346

Date or dates debt was incurred
3/31/2020

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Medicare**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$8,805.72**    Priority amount: **$8,805.72**

Debtor     **Stream TV Networks, Inc.**                                   Case number (if known)   **23-10763**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.3**    Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim: $8,805.72**      **Priority amount: $8,805.72**

**Philadelphia**      **PA**     **19101-7346**

Date or dates debt was incurred
**3/31/2020**

Last 4 digits of account
number   ___ ___ ___ ___

Basis for the claim:
**Medicare employer portion**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

---

**2.4**    Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim: $32,006.82**      **Priority amount: $32,006.82**

**Philadelphia**      **PA**     **19101-7346**

Date or dates debt was incurred
**3/31/2020**

Last 4 digits of account
number   ___ ___ ___ ___

Basis for the claim:
**Social Security employee portion**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

---

**2.5**    Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim: $69,097.66**      **Priority amount: $69,097.66**

**Philadelphia**      **PA**     **19101-7346**

Date or dates debt was incurred
**3/31/2020**

Last 4 digits of account
number   ___ ___ ___ ___

Basis for the claim:
**Income taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

Debtor   **Stream TV Networks, Inc.** _____   Case number (if known)   **23-10763** _____

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim      Priority amount

---

**2.6**   **Priority creditor's name and mailing address**

**Internal Revenue Service** _____

**PO Box 7346** _____

_____

**Philadelphia**          **PA**      **19101-7346**

**Date or dates debt was incurred**

**3/31/2020** _____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Social Security Employer Portion** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

$32,006.82      $32,006.82

---

**2.7**   **Priority creditor's name and mailing address**

**Internal Revenue Service** _____

**PO Box 7346** _____

_____

**Philadelphia**          **PA**      **19101-7346**

**Date or dates debt was incurred**

**3/31/2020** _____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**941/944** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

$4,580.49      $4,580.49

---

**2.8**   **Priority creditor's name and mailing address**

**Internal Revenue Service** _____

**PO Box 7346** _____

_____

**Philadelphia**          **PA**      **19101-7346**

**Date or dates debt was incurred**

**3/31/2020** _____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**941 Taxes** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

$711.31      $711.31

---

Debtor  **Stream TV Networks, Inc.**                                   Case number (if known)  **23-10763**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.9**   Priority creditor's name and mailing address

**Nevada Dept. of Employment**

**Training & Rehabilitation**

**500 E. Third Street**

**Carson City**          **NV**     **89713**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$476.88**            **$476.88**

---

**2.10**   Priority creditor's name and mailing address

**New Jersey Division of Taxation**

**Compliance&Enforcement-Bankruptcy**

**50 Barrack Street, 9th Floor**

**PO Box 245**

**Trenton**          **NJ**     **08695-0267**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Income Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$399.14**            **$399.14**

---

**2.11**   Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg**          **PA**     **17128-0946**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Income Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,763.45**          **$1,763.45**

---

Debtor      **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

---

## Part 1:      Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12**   Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg**          **PA**    **17128-0946**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Unemployment Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $460.47   **Priority amount:** $460.47

---

**2.13**   Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg**          **PA**    **17128-0946**

Date or dates debt was incurred
**12/31/2020**

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $156.00   **Priority amount:** $156.00

---

**2.14**   Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg**          **PA**    **17128-0946**

Date or dates debt was incurred
**12/31/2020**

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $1,165.62   **Priority amount:** $1,165.62

---

Debtor  **Stream TV Networks, Inc.**  Case number (if known) __23-10763__

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.15**  Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg**           **PA**    **17128-0946**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $1,324.21    **Priority amount:** $1,324.21

---

**2.16**  Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg**           **PA**    **17128-0946**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $3,821.13    **Priority amount:** $3,821.13

---

**2.17**  Priority creditor's name and mailing address

**Philadelphia Department of Revenue**

**Municipal Services Building**

**1401 JFK Boulevard**

**Philadelphia**           **PA**    **19102**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Income Tax**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $10,642.58    **Priority amount:** $10,642.58

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

**2.18**    Priority creditor's name and mailing address

**Secretary of State - Delaware**

**Division of Corporations**

**Franchise Tax**

**PO Box 898**

**Dover**                            **DE**        **19903**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Franchise Tax**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**        **$5,000.00**

---

**2.19**    Priority creditor's name and mailing address

**State of California**

**Franchise Tax Board**

**Bankruptcy Section, MS: A-340**

**PO Box 2952**

**Sacramento**                    **CA**      **95812-2952**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,121.89**        **$20,121.89**

---

**2.20**    Priority creditor's name and mailing address

**State of California Employment**

**Development Department**

**PO Box 826880, DICO, MIC 29**

**Sacramento**                    **CA**      **94280**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**CA PIT/SDI**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,808.22**        **$9,808.22**

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.21**    Priority creditor's name and mailing address

**State of California Employment**

**Development Department**

**PO Box 826880, UIPCD, MIC 40**

**Sacramento                    CA       94280**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:

**SUI/ETT**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Total claim **$2,598.75**   Priority amount **$2,598.75**

---

**2.22**    Priority creditor's name and mailing address

**State of Florida, Dept. of Revenue**

**Attn: Mark Hamilton**

**P.O. Box 6668**

**Tallahassee                    FL       32314-6668**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Total claim **$123.75**   Priority amount **$123.75**

---

**2.23**    Priority creditor's name and mailing address

**Texas Workforce Commission**

**P.O. Box 149037**

**Austin                    TX       78714-9037**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Total claim **$11.11**   Priority amount **$11.11**

---

Debtor    **Stream TV Networks, Inc.**                    Case number (if known)  **23-10763**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**3Detroit Film Co. LLC**

**2385 N. Pine Center St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**good, services**

**West Bloomfield**        **MI**    **48323**

Date or dates debt was incurred    **2017-2018**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Aaron Lamkin**

**793A East Foothill Blvd. #43**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**San Luis Obisbo**        **CA**    **93405**

Date or dates debt was incurred    **5/20/2019**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,159.00** |
|---|---|---|---|

**Abu Dhabi Investment Council**

**P.O. Box 61999**

**Abu Dhabi, UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**loan, investment**

Date or dates debt was incurred    **10/09/2017**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,820.00** |
|---|---|---|---|

**Ac Lordi**

**75 Valley Stream Parkway Suite 201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Malvern**        **PA**    **19355**

Date or dates debt was incurred    **2016-2019**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Adept Chip Service Private Ltd.**

**Site No.86 1st Floor**

**LRDI Layout Karthik Nagar**

**fvlarathahalli Outer Ring**

**Bengaluru, India 560037**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2019**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$324,644.60**

---

| 3.6 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Adrian & Roth**

**Personalberatung GmbH**

**Tengstraße 45**

**Munchen, Germany 80796**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2018**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$19,682.75**

---

| 3.7 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Advanced Imaging Society**

**16027 Ventura Blulevard Suite #301**

**Encino**                 **CA**    **91436**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2017**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$15,000.00**

---

| 3.8 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Alliance International Law Offices**

**75-1, 58 Chung Shan N. Rd. Sec. 3**

**Taipei, Taiwan**

**10452**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred   **2016-2018**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$3,020.00**

---

Debtor    **Stream TV Networks, Inc.**    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**    Nonpriority creditor's name and mailing address

**Alvarte Technology LLP**

**S No29, PL52, Office #201**

**Bhama Emrald, Satara Road, Dhankawadi**

**Pune, Maharashtra 411043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$91,700.00

---

**3.10**    Nonpriority creditor's name and mailing address

**Amanda Von Ahnen**

**105 Edwards Run Road**

**Mount Royal**          **NJ**    **08061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$1,544.12

---

**3.11**    Nonpriority creditor's name and mailing address

**AON Risk Services Inc. of New York**

**111 Wall Street**

**New York, NY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2017-2021**

Last 4 digits of account number    **0** **0** **4** **3**

Is the claim subject to offset?
☑ No
☐ Yes

$49,632.62

---

**3.12**    Nonpriority creditor's name and mailing address

**Arasan Chip Systems, Inc.**

**2150 North First Street, Suite 240**

**San Jose**          **CA**    **95131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$132,500.00

---

Debtor    **Stream TV Networks, Inc.**                                          Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                    Amount of claim

---

| 3.13 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Aria Resort-Casino At Ctycntr**

**4882 Frank Sinatra Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34,626.25**

**Las Vegas**                    **NV**    **89158**

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019-2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Avnet EM**

**2211 South 47th Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,024.42**

**Phoenix**                    **AZ**    **85034**

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**AY Commercial Law Offices**

**9F, No. 333, Sec. 1, Keelung Road**

**Taipei City, Taiwan ROC 11012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,066.00**

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred    **2018-2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**BDO USA, LLP**

**75 Valley Stream Parkway**

**Suite 201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,880.00**

**Malvern**                    **PA**    **19355**

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2014-2019**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Blue Ocean Partners**

**100 Queens Rd.**

**Central, Hong Kong, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred      **2018-2020**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$5,963.23

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Bubble Communications East**

**East Side Complex Rm 555**

**Pinewood Studios, Pinewood Rd Iver Heath**

**Buckinghamshire, UK SL0 0NH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred      **2018-2019**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Buchanan Ingersoll & Rooney PC**

**919 North Market Street**

**Suite 1500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Wilmington**            **DE**    **19801**

Date or dates debt was incurred      **2018-2020**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$41,816.50

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Cadence Design Systems, Inc.**

**2655 Seely Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**San Jose**            **CA**    **95134**

Date or dates debt was incurred      **2019-2020**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$524,340.00

---

Debtor  **Stream TV Networks, Inc.**                                       Case number (if known)  **23-10763**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | 3.21 | Nonpriority creditor's name and mailing address | | **$71,450.76** |

**Capital One**

**P.O. Box 71083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Charlotte**          NC    28272-1083

Basis for the claim:  **Credit Card**

Date or dates debt was incurred   **2009-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | 3.22 | Nonpriority creditor's name and mailing address | | **$8,720.42** |

**Capital One-5**

**P.O.Box 71083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Charlotte**          NC    28272-1083

Basis for the claim:  **Credit Card**

Date or dates debt was incurred   **2019-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | 3.23 | Nonpriority creditor's name and mailing address | | **$3,355.02** |

**CCH Incorporated (Wolters Kluwer)**

**P.O. Box 4307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**          IN    60197-4307

Basis for the claim:  **goods, services**

Date or dates debt was incurred   **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | 3.24 | Nonpriority creditor's name and mailing address | | **$53,549.46** |

**Charles Robertson**

**10 Via Visione, Unit 201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Henderson**          NV    89011

Basis for the claim:  **goods, services**

Date or dates debt was incurred   **2019-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**                                              Case number (if known)    **23-10763**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,818.92** |
|---|---|---|---|

**Charles Robertson**

**10 Via Visione, Unit 201**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Henderson**                    **NV**    **89011**          **wages**

Date or dates debt was incurred    **Feb 16-29, 2020**      **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

| **3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,724.62** |
|---|---|---|---|

**Che Wei Chang**

**327 Camphor Avenue**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**San Jose**                    **CA**    **95131**          **goods, services**

Date or dates debt was incurred    **2019-2020**        **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

| **3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$117,600.00** |
|---|---|---|---|

**Cipher Development Partners LLC**

**1381 McCarthy Blvd.**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Milpitas**                    **CA**    **95035**          **goods, services**

Date or dates debt was incurred    **2019-2020**        **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

| **3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$63,793.70** |
|---|---|---|---|

**Citi Cards**

**PO BOX 9001037**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Louisville**                    **KY**    **40290-1037**          **Credit Card**

Date or dates debt was incurred    **2019-2020**        **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 15

Debtor    **Stream TV Networks, Inc.**                                      Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$6,065.00**

**Cittone Demers & Arneri LLP**

**11 Broadway**

**Suite 615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**                    **NY    10040**

**Attorney Fees**

Date or dates debt was incurred    **2019-2020**

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,984.84**

**CNA INSURANCE**

**P.O. BOX 790094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ST LOUIS**                    **MO    63179-0094**

**goods, services**

Date or dates debt was incurred    **12/31/2019**

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$2,012.96**

**Concur Technologies, Inc.**

**62157 Collections Center Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**                    **IL    60693**

**goods, services**

Date or dates debt was incurred    **2018**

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,200.00**

**Conference Technologies, Inc.**

**11653 Adie Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Maryland Heights**                    **MO    63043**

**goods, services**

Date or dates debt was incurred    **9/30/2017**

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor    **Stream TV Networks, Inc.**                    Case number (if known) __23-10763__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,285.00 |

**Coral Vision Ltd**

**Easton House, Manor Way**

**Oxshott, UK KT22 0HU**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    __2017__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 |

**Corporate Filings**

**30 North Gould Street**

**Suite 7001**

**Sheridan**            **WY    82801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    __8/23/2019__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,947.08 |

**Cousins Law**

**Brandywine Plaza West**

**1521 Concord Pike, Suite 301**

**Wilmington**            **DE    19803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred    __2020__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,125.00 |

**Coverall North America, Inc.**

**2955 Momentum Place**

**Chicago**            **IL    60689**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    __2019-2020__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Stream TV Networks, Inc.**                                      Case number (if known)   **23-10763**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|

**3.37**    Nonpriority creditor's name and mailing address

**$45,600.00**

**Cryslink Technologies Co., Ltd**

**Computer Village, ikeja, Lagos**

**Otta Nigeria 101233**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2/24/2016**

Last 4 digits of account number    _ _ _ _ _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.38**    Nonpriority creditor's name and mailing address

**$2,004.22**

**Daniel J. Rink**

**1017 E. 28th Street**

**Houston**                **TX**    **77009**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **February 2020**

Last 4 digits of account number    _ _ _ _ _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.39**    Nonpriority creditor's name and mailing address

**$2,070.57**

**Daniel J. Rink**

**1017 E. 28th Street**

**Houston**                **TX**    **77009**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    _ _ _ _ _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.40**    Nonpriority creditor's name and mailing address

**$6,250.00**

**DeMartino and Associates LLC**

**875 Union Ave.**

**Boulder**                **CO**    **80304**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    _ _ _ _ _ _ _ _

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Stream TV Networks, Inc.**                                        Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| **3.41** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $7,976.63 |
| --- | --- | --- | --- | --- | --- |

**Dezan Shira & Associates**

**Suite EF06, East Tower B12**

**Jian Guo Men Wai Avenue**

**Beijing, China 100022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred   **2019**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42**   Nonpriority creditor's name and mailing address                                                    $15,000.00

**Digital Content Protection LLC**

**3855 SW 153rd Drive**

**Beaverton**          **OR**    **97006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred   **3/29/2019**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43**   Nonpriority creditor's name and mailing address                                                    $798,925.44

**DLA Piper LLP(US)**

**6225 Smith Avenue**

**Baltimore**          **MD**    **21209-3600**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred   **2011-2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44**   Nonpriority creditor's name and mailing address                                                    $420.00

**Dunner Law PLLC**

**3243 P Street, N.W.**

**Washington**          **DC**    **20007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred   **2019**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Stream TV Networks, Inc.**                              Case number (if known)   **23-10763**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.45 | **Nonpriority creditor's name and mailing address** |

**Elliott Greenleaf**

**1105 North Market Street**

**17th Floor**

**Wilmington**                **DE**        **19801-1216**

Date or dates debt was incurred     **2020**

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$216,179.17**

---

| 3.46 | **Nonpriority creditor's name and mailing address** |

**EMA Design Automation**

**225 Park Tech Dr.**

**Rochester**                **NY**        **14623**

Date or dates debt was incurred     **2019**

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$600.00**

---

| 3.47 | **Nonpriority creditor's name and mailing address** |

**EME Enterprise Inc.**

**1256 West Winton Avenue**

**Hayward**                **CA**        **94545**

Date or dates debt was incurred     **2020**

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$68.99**

---

| 3.48 | **Nonpriority creditor's name and mailing address** |

**Eric Singer**

**200 E. 71st Street**

**New York**                **NY**        **10021**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$36,550.00**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 20

Debtor    **Stream TV Networks, Inc.**                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** |

**ESPN Inc. Miscellaneous**

**P.O. Box 732527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX    75373-2527**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2015-2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,093.44** |

**Farrukh Shah Kahn**

**1564 Kooser Road**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Jose**                    **CA    95118**

**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,432.00** |

**Feng Tsang Corporation**

**1F, No. 1, Alley 50**

**Lane 737, Sec. 1**

**Nei Hu Road, Taipei, TAIWAN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2017-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,543.43** |

**Feng Tsang Corporation-TWN**

**1F, No. 1, Alley 50**

**Lane 737, Sec. 1**

**Nei Hu Road, Taipei, TAIWAN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2016-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor  **Stream TV Networks, Inc.**                                           Case number (if known)  __23-10763__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |

**FHP Consultants Ltd.**

**Goddard's Green Barn**

**Goddard's Green Road**

**Benenden Kent, UK TN17 4AR**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    __2018-2019__

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,000.00

---

| 3.54 | Nonpriority creditor's name and mailing address |

**First Sentinel Advisory Limited**

**Office Suite 12A**

**55 Park Lane**

**London, England UK W1K 1QG**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    __2019-2020__

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,000.00

---

| 3.55 | Nonpriority creditor's name and mailing address |

**Fornax Associates Ltd.**

**70C 16 Buckhold Rd.**

**London, England UK Sw18 4fy**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    __1/1/2018__

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$22,944.55

---

| 3.56 | Nonpriority creditor's name and mailing address |

**Frewin & Close Ltd.**

**18 Oakley Street**

**London, England SW3 5NT**

**UK**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    __2018-2019__

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,602.37

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$46,922.47** |

_Check all that apply._

**FTI Consulting (China) Limited**

☐ Contingent

**Unit 2101-04, Central Plaza**

☐ Unliquidated

**227 Huangpi (N) Road**

☐ Disputed

**Shanghai, China 200003**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2018-2019**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,005.90** |

_Check all that apply._

**FULL FRONTAL GROUP FZ LLE**

☐ Contingent

**Unit P12, Rimal The Walk**

☐ Unliquidated

**JBR PO Box 487177**

☐ Disputed

**Dubai, UAE**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2016-2017**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,612.50** |

_Check all that apply._

**Global Tax Management**

☐ Contingent

**656 E. Swedesford Rd., Suite 200**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Wayne**                    **PA**    **19087**

**goods, services**

Date or dates debt was incurred    **2019**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,003.15** |

_Check all that apply._

**HDMI Licensing Administrator, Inc.**

☐ Contingent

**550 S. Winchester Blvd Suite 515**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**San Cose**                    **CA**    **95128**

**goods, services**

Date or dates debt was incurred    **2019-2020**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

Debtor    **Stream TV Networks, Inc.**                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61**    Nonpriority creditor's name and mailing address

**Hoang Nguyen**

**359 Dale Drive**

**San Jose**      **CA**    **95127**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,691.63**

---

**3.62**    Nonpriority creditor's name and mailing address

**Hold Jumper (Suzhou) Packing Co. Ltd.**

**No. 1, Xiang Street, High-Tech District**

**Suzhou, China**

Date or dates debt was incurred    **12/28/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,813,662.35**

---

**3.63**    Nonpriority creditor's name and mailing address

**Howell International Trade Fair Ltd.**

**5A-604 Houxiandaicheng**

**No. 16 Baiziwan Rd.**

**Chaoyang District Beijing, China**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21,258.00**

---

**3.64**    Nonpriority creditor's name and mailing address

**HSBC Bank USA, N.A.**

**140 Broadway**

**Suite 5020**

**New York**      **NY**    **10005**

Date or dates debt was incurred

Last 4 digits of account number    **7  1  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Paycheck Protection Program**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$805,177.00**

---

Debtor  **Stream TV Networks, Inc.**                                    Case number (if known)  **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65**   Nonpriority creditor's name and mailing address

**Hudson Valuation Group LLC**

**One Glenlake Parkway Suite #700**

**Atlanta**                    **GA**      **30328**

Date or dates debt was incurred      **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,770.00**

---

**3.66**   Nonpriority creditor's name and mailing address

**Iinuma Gauge Manufacturing Co., Ltd.**

**11400-327 Harayama, Tamagawa**

**Chino-City Nagano, Japan 391-0011**

**Nagano, Japan 391-0011**

Date or dates debt was incurred      **2015-2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,252,635.17**

---

**3.67**   Nonpriority creditor's name and mailing address

**IMG Media Ltd.**

**Building 6, Chiswick Park**

**566 Chiswick High Road**

**London, England UK W4 5HR**

Date or dates debt was incurred      **2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$426,437.00**

---

**3.68**   Nonpriority creditor's name and mailing address

**infoComm International**

**11242 Waples Mill Rd, Suite 200**

**Fairfax**                    **VA**      **22030**

Date or dates debt was incurred      **4/6/2017**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$500.00**

---

Debtor   **Stream TV Networks, Inc.**                                        Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**  Nonpriority creditor's name and mailing address

**Innoventures Group LLC**

**1105 William Penn Drive**

**Bensalem**                    **PA**    **19020**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$178,100.96**

---

**3.70**  Nonpriority creditor's name and mailing address

**Itaya Misa (TWD)**

**1F, No. 1, Alley 50**

**Lane 737, Sec. 1, Nei Hu Road**

**Taipei, TAIWAN**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$2,893.63**

---

**3.71**  Nonpriority creditor's name and mailing address

**IZON**

**2005 Tree Fork Lane, Suite 109**

**Longwood**                    **FL**    **32750**

Date or dates debt was incurred    **12/29/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$7,500.00**

---

**3.72**  Nonpriority creditor's name and mailing address

**Jamuna Travels, Inc**

**6439 Market St.**

**Upper Darby**                    **PA**    **19082**

Date or dates debt was incurred    **2018-2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$122,768.45**

---

Debtor    **Stream TV Networks, Inc.**                                                                                      Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.73 | **Nonpriority creditor's name and mailing address** |

**Jih-Chun Yeh**

**4F No., Ln. 232 Zhixiang 1st St.**

**Zhongli Dist**

**Taoyuan City Taiwan 320**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$543.68

| 3.74 | **Nonpriority creditor's name and mailing address** |

**Karen S. Donovan**

**393 Mystic Street**

**Arlington**          **MA**    **02474**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,318.00

| 3.75 | **Nonpriority creditor's name and mailing address** |

**Kaushik Banerjee**

**342 Stanforth Court**

**San Ramon**          **CA**    **94582**

**Date or dates debt was incurred**    **February 2020**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,617.61

| 3.76 | **Nonpriority creditor's name and mailing address** |

**Kaushik Banerjee**

**342 Stanforth Court**

**San Ramonn**          **CA**    **94582**

**Date or dates debt was incurred**    **Feb 16-29, 2020**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,264.97

Debtor    **Stream TV Networks, Inc.**    Case number (if known)    **23-10763**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Kenneth W. Carroll**

**8379 Sweet Briar Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Liberty Township**          **OH**      **45044-0000**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred        **1/31/2017**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,376.87** |
|---|---|---|---|

**Kevin Cabot**

**11 Rue Paul Langevin**

**Saint Ouen**

☐ Contingent
☐ Unliquidated
☐ Disputed

**France 93400**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred        **2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,010.73** |
|---|---|---|---|

**Kleinwort Benson (GBP)**

**14 St. George Street**

**London, England UK W1S 1FE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred        **8/30/2017**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,992.33** |
|---|---|---|---|

**Law Offices of Young K. Park**

**2009 Chestnut Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**          **PA**      **19103**

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred        **2019-2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number        __ __ __ __

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Lee and Ko**

**Hanjin Buliding, 63 Namdaemun-ro**

**Jung-gu**

**Seoul, Korea 04532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred    **8/3/2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,347.73** |
|---|---|---|---|

**Leo J. Riley**

**225 Aqua Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Delran                    NJ    08075**

**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,317.08** |
|---|---|---|---|

**Leo Riley**

**225 Aqua Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Delran                    NJ    08075**

**wages**

Date or dates debt was incurred    **3/3/2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,602.08** |
|---|---|---|---|

**Luijks Advies B.V.**

**Vinkenkade 41 R 3**

**Vinkeveen, The Netherlands 3645 AP**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **1/5/2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Stream TV Networks, Inc.**                                   Case number (if known)   **23-10763**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**$5,682.93**

**Luong D. Nguyen**

**2801 Camino Del Rey**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Jose**                    **CA**    **95132**

**Basis for the claim:**
**wages**

Date or dates debt was incurred      **Feb 16-29, 2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.86 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**$146,820.00**

**Marcum LLP**

**One SE Third Ave, Suite 1100**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Miami**                    **FL**    **33131**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred      **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.87 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**$5,325.57**

**Mathu  Rajan**

**1105 William Penn Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bensalem**                    **PA**    **19020**

**Basis for the claim:**
**wages**

Date or dates debt was incurred      **Feb 16-29, 2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.88 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**$185,354.47**

**Mathu Rajan**

**1105 William Penn Drive**

**Bensalem, PA19020**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**                                Case number (if known)    **23-10763**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74,000.00** |

**Mathu Rajan**

**1105 William Penn Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bensalem**                    **PA**        **19020**

**Basis for the claim:**
**Services**

Date or dates debt was incurred        **2019-2020**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$155,000.00** |

**Matrex Exhibits, Inc.**

**301 S. Church St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Addison**                    **IL**        **60101**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred        **9/30/2019**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.46** |

**Matt J. Lo.**

**7322 Carter Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Newark**                    **CA**        **94560**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred        **9/16/2019**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,128.63** |

**Matthew Lo**

**7322 Carter Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Newark**                    **CA**        **94560**

**Basis for the claim:**
**wages**

Date or dates debt was incurred        **Feb 16-29, 2020**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**                                      Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.93 | Nonpriority creditor's name and mailing address |
|---|---|

**Mediatainment, Inc**

**1105 William Penn Drive**

**Bensalem**                    **PA        19020**

Date or dates debt was incurred    **2018-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,000.00**

---

| 3.94 | Nonpriority creditor's name and mailing address |
|---|---|

**Mediatainment, Inc.**

**Attn: Raja Rajan**

**1105 William Penn Drive**

**Bensalem**                    **PA        19020**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$890,590.68**

---

| 3.95 | Nonpriority creditor's name and mailing address |
|---|---|

**Mentor Graphics Corporation**

**8005 SW Boeckman Rd.**

**Wilsonville**                    **OR        97070-7777**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$402,564.00**

---

| 3.96 | Nonpriority creditor's name and mailing address |
|---|---|

**Modular Mobile GmbH**

**Hansaallee 201**

**Dusseldorf, GERMANY**

**D-450549**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$61,780.89**

---

Debtor    **Stream TV Networks, Inc.**                                         Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.97**    **Nonpriority creditor's name and mailing address**

**MotivIT**

**2880 Zanker Rd., Suite 203**

**San Jose**              **CA**    **95134**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**goods, services**

Is the claim subject to offset?
☒ No
☐ Yes

$34,281.89

---

**3.98**    **Nonpriority creditor's name and mailing address**

**MTL Shipping & Investment Ltd.**

**Hillside, Crocknorth Road**

**East Horsley**

**Surrey KT24 5TF UK**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**goods, services**

Is the claim subject to offset?
☒ No
☐ Yes

$75,849.00

---

**3.99**    **Nonpriority creditor's name and mailing address**

**Muni Mohan**

**4612 Aviara Ct.**

**San Jose**              **CA**    **95135**

Date or dates debt was incurred    **2/28/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**wages**

Is the claim subject to offset?
☒ No
☐ Yes

$2,535.00

---

**3.100**    **Nonpriority creditor's name and mailing address**

**Muni Mohan**

**4612 Aviara Ct.**

**San Jose**              **CA**    **95135**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**wages**

Is the claim subject to offset?
☒ No
☐ Yes

$6,113.47

---

Debtor    **Stream TV Networks, Inc.**                                                           Case number (if known)  **23-10763**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.101**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$75,811.00**
*Check all that apply.*

**MWL International Ltd.**                                                    ☐ Contingent

**Attn: David Walpole**                                                      ☐ Unliquidated

**1 Paper Mews, 330 High Street**                                            ☐ Disputed

**Dorking, Surrey RH4 2TU**                                                  **Basis for the claim:**

                                                                             **goods, services**

Date or dates debt was incurred  _____                             Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __                                ☑ No
                                                                             ☐ Yes

---

**3.102**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$1,400.27**
*Check all that apply.*

**Nicole Marie Maneen**                                                      ☐ Contingent

**2394 Barbaree Drive**                                                      ☐ Unliquidated

                                                                             ☐ Disputed

                                                                             **Basis for the claim:**

**Crestview**                **FL        32536**                             **wages**

Date or dates debt was incurred  **Feb 16-29, 2020**                         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __                                ☑ No
                                                                             ☐ Yes

---

**3.103**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$12,682.42**
*Check all that apply.*

**Open Sales Solutions, LLC**                                                ☐ Contingent

**548 Market Street, Suite 11745**                                           ☐ Unliquidated

                                                                             ☐ Disputed

                                                                             **Basis for the claim:**

**San Francisco**            **CA        94104**                             **goods, services**

Date or dates debt was incurred  **2015-2017**                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __                                ☑ No
                                                                             ☐ Yes

---

**3.104**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$24,539.78**
*Check all that apply.*

**Pactron**                                                                  ☐ Contingent

**3000 Patrick Henry Dr.**                                                   ☐ Unliquidated

                                                                             ☐ Disputed

                                                                             **Basis for the claim:**

**Santa Clara**              **CA        95054-1814**                        **goods, services**

Date or dates debt was incurred  **2019-2020**                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __                                ☑ No
                                                                             ☐ Yes

---

Debtor    **Stream TV Networks, Inc.**                                           Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,125,415.54** |

**Pegatron Corporation**

**5F No. 76, Ligong St., Beitou District**

**Taipei City 112**

**Taiwan**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2017-2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.106 | Nonpriority creditor's name and mailing address | | **$206,006.36** |

**Polsinelli PC**

**222 Delaware Avenue, Suite 1101**

**Wilmington**        **DE**    **19801**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.107 | Nonpriority creditor's name and mailing address | | **$3,000.00** |

**Porter Digital Signage**

**241 N. Caldwell Circle**

**Downingtown**        **PA**    **19335**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.108 | Nonpriority creditor's name and mailing address | | **$9,198.00** |

**PR NESWIRE ASSOCIATION, LLC**

**G.P.O. Box 5897**

**New York**        **NY**    **10087-5897**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.109** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Raja Rajan**

**5215 Bishop View Circle**

**Cherry Hill**      **NJ**    **08002**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$3,807.60**

---

| **3.110** | **Nonpriority creditor's name and mailing address** |
|---|---|

**RL Systems**

**Old Post Office Cottage, Post Office Rd.**

**Inkpen, Berkshire, RG17 9PY**

**United Kingdon**

Date or dates debt was incurred    **12/16/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$935.86**

---

| **3.111** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Robert Half Management Svs.**

**12400 Collections Center Drive**

**Chicago**      **IL**    **60693**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$30,321.53**

---

| **3.112** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Robert S. French Revocable**

**1712 KImberly Drive**

**Sunnyvale**      **CA**    **94087**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**loan**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$14,115.00**

---

Debtor    **Stream TV Networks, Inc.**                                        Case number (if known)    **23-10763**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.113 | Nonpriority creditor's name and mailing address |

**Salazar Law**

**2000 Ponce De Leon Boulevard, Penthouse**

**Coral Gables**                    **FL**        **33134**

Date or dates debt was incurred        **2020-2021**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$173,257.51

---

| 3.114 | Nonpriority creditor's name and mailing address |

**Sara Leona Robertson**

**1900 Tomahawk Drive**

**Henderson**                    **NV**        **89074**

Date or dates debt was incurred        **Feb 16-29, 2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,527.57

---

| 3.115 | Nonpriority creditor's name and mailing address |

**SeeCubic B.V.**

**Park Forum 1033 & 1035**

**Eindhoven**

**The Netherlands 5657HJ**

Date or dates debt was incurred        **2011-2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

| 3.116 | Nonpriority creditor's name and mailing address |

**SKC Haas Display Films Co.**

**460,Chonheung-Ri,Songgo-Ub**

**Chonan-City**

**Chungchongnam-Do 330-836, Korea**

Date or dates debt was incurred        **2015-2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117**    Nonpriority creditor's name and mailing address

**Special Counsel**

**Dept. CH 14305**

**Palatine**                    **IL**        **60055-4305**

Date or dates debt was incurred        **2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,930.59**

---

**3.118**    Nonpriority creditor's name and mailing address

**ST4M Electronics, Inc. Beijing Office**

**Room1102, Building313, Hui Zhong Bei Li**

**Beijing, Chaoyang District, China**

Date or dates debt was incurred        **2018-2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$143,448.99**

---

**3.119**    Nonpriority creditor's name and mailing address

**ST4M Electronics, Inc. Beijing Office**

**Room1102, Building313, Hui Zhong Bei Li**

**Beijing Chaoyang District China**

Date or dates debt was incurred        **2018-2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,313.46**

---

**3.120**    Nonpriority creditor's name and mailing address

**Stoit Groep B.V.**

**Vestdijk 23**

**Eindhoven**

**The Netherlands 5611**

Date or dates debt was incurred        **2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,877.66**

---

Debtor    **Stream TV Networks, Inc.**                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.121 | Nonpriority creditor's name and mailing address |
|---|---|

**Stream TV International B.V.**

**Park Forum 1033 & 1035**

**Eindhoven**

**The Netherlands 5657HJ**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2017-2020**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$27,569.35

---

| 3.122 | Nonpriority creditor's name and mailing address |
|---|---|

**Suby Joseph**

**48 Colleen Circle**

**Downingtown**          **PA     19335**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$2,158.50

---

| 3.123 | Nonpriority creditor's name and mailing address |
|---|---|

**Suby Joseph**

**48 Colleen Circle**

**Downingtown**          **PA     19335**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$3,608.74

---

| 3.124 | Nonpriority creditor's name and mailing address |
|---|---|

**Suzhou Industrial Equipment Installation**

**No. 3, Caixiang Road**

**Suzhou, Jiangsu, China**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$55,447.78

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known) __23-10763__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.125** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$105,227.59

**Synopsys**

**690 East Middlefield Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mountain View**              **CA**    **94043**              **goods, services**

**Date or dates debt was incurred**    **2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| **3.126** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$29,912.61

**TD BANK, N. A.**

**P.O.Box 16027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lewiston**              **ME**    **04243-9513**              **loan**

**Date or dates debt was incurred**    **2018-2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| **3.127** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$5,300.00

**Three D Holograms Pvt. Ltd.**

**307 Kilfire House**

**C-17 Dalia Industrial Area**

**New Link Road, Andheri-West**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mumbai, Maharashtra India 00040-0053**              **goods, services**

**Date or dates debt was incurred**    **8/30/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| **3.128** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$420,000.00

**Trans World International, LLC**

**200 Fifth Ave 7th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**              **NY**    **10010**              **loan**

**Date or dates debt was incurred**    **2018-2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**                                          Case number (if known)   **23-10763**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address |
|---|---|

**Triple Crown Consulting, LLC**

**10814 Jollyville Rd, Suite 100**

**Austin**                **TX**      **78759-0000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$162,115.13**

| 3.130 | Nonpriority creditor's name and mailing address |
|---|---|

**U.S. Legal Support, Inc.**

**P.O. Box 4772**

**Houston**                **TX**      **77210-4772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$17,011.38**

| 3.131 | Nonpriority creditor's name and mailing address |
|---|---|

**UHaul Moving and Storage of Cinnaminson**

**201 US Highway 130S**

**Cinnaminson**                **NJ**      **08077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$880.08**

| 3.132 | Nonpriority creditor's name and mailing address |
|---|---|

**US Compliance Services LLC**

**199 North Woodbury Road Suite # 103**

**Pitman**                **NJ**      **08071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2011-2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$165,281.93**

Debtor   **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$173,798.00** |

**Vayikra Capital LLC**

**1 Farmstead Road**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**loan**

**Short Hills**                    **NJ**     **07078**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$214.81** |

**Via Licensing Corporation**

**1275 Market Street**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

**San Francisco**                    **CA**     **94103-1410**

Date or dates debt was incurred    **2019-2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,729.98** |

**Vikas Kshetrapal**

**2287 Ashbourne Drive**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

**San Ramon**                    **CA**     **94583**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,509.32** |

**Vikas Kshetrapal**

**2287 Ashbourne Dr.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

**San Ramon**                    **CA**     **94583**

Date or dates debt was incurred    **Feb 16-29, 2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address |
|---|---|

**Visual Apex, Inc.**

**7950 NE Day Road W, Suite B**

**Bainbridge Island**        **WA**    **98110**

Date or dates debt was incurred    **10/21/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$972.00

| 3.138 | Nonpriority creditor's name and mailing address |
|---|---|

**Wah Woo Tan**

**243 Summerwind Drive**

**Milpitas**        **CA**    **95035**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$4,947.49

| 3.139 | Nonpriority creditor's name and mailing address |
|---|---|

**Wai Ming Chiu**

**1798 Cape Coral Dr.**

**San Jose**        **CA**    **95133**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$1,874.05

| 3.140 | Nonpriority creditor's name and mailing address |
|---|---|

**Wai Ming Chiu**

**1798 Cape Coral Dr.**

**San Jose**        **CA**    **95133**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$5,053.11

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| **3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,640.00** |
| --- | --- | --- | --- |

**Walsh C.H.B. Inc**

**189 Sunrise Highway Suite # 302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Rockville Centre              NY    11570**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2014-2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$56,316.40** |
| --- | --- | --- | --- |

**Weida Freight System Co.**

**Flat 402, 4/F., Yee Kuk Indust. Ctr.**

**555 Yee Kuk Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Cheung Sha Wan, Kowloon Hong Kong, China**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,383.77** |
| --- | --- | --- | --- |

**Wharton Capital Partners**

**5720 Lagorce Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Miami Beach              FL    33140**

**Basis for the claim:**
**loan**

Date or dates debt was incurred    **2018-2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,617.50** |
| --- | --- | --- | --- |

**WiLine Networks Inc.**

**P.O. Box 102150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena              CA    91189-2150**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2019-2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**    Case number (if known)    **23-10763**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.145**    **Nonpriority creditor's name and mailing address**

**William Hennessey**

**436 Lee Place**

**Exton**                    **PA**    **19341**

Date or dates debt was incurred    **1/29/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$806.08**

---

**3.146**    **Nonpriority creditor's name and mailing address**

**Zach Lehman**

**1440 S. Stanley Ave.**

**Los Angeles**            **CA**    **90019**

Date or dates debt was incurred    **12/13/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$372.00**

---

**3.147**    **Nonpriority creditor's name and mailing address**

**Zach Lehman**

**1440 S. Stanley Ave.**

**Los Angeles**            **CA**    **90019**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,182.43**

---

**3.148**    **Nonpriority creditor's name and mailing address**

**Zeifang Hsu**

**101 Blaisdell Way**

**Fremont**                **CA**    **94536**

Date or dates debt was incurred    **2/28/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,058.00**

---

Debtor    **Stream TV Networks, Inc.**                                          Case number (if known)  **23-10763**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$6,342.79

**Zeifang Hsu**

☐ Contingent

**101 Blaisdell Way**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| **Fremont** | **CA** | **94536** |

**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$29,577.86

**Zygintas Papartis (EUR)**

☐ Contingent

**Sarmos g. 7-2**

☐ Unliquidated

**Vilnius 04126**

☐ Disputed

**Basis for the claim:**

**goods, services**

Date or dates debt was incurred    **2019-2020**

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Stream TV Networks, Inc.**                                     Case number (if known)   **23-10763**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                        **Total of claim amounts**

5a.   **Total claims from Part 1**                       5a.          **$216,576.01**

5b.   **Total claims from Part 2**                       5b. **+**    **$20,137,677.18**

5c.   **Total of Parts 1 and 2**                         5c.          **$20,354,253.19**
       Lines 5a + 5b = 5c.