**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtors direct interested parties to the *Declaration of Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11 Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan Declaration") in which the Debtors' organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the "Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly transferred in contravention of express provisions of its corporate charter through an invalidated board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc* unanimous decision on June 15, 2022. *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360, 2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required under Stream's charter" to "transfer pledged assets to secured creditors in connection with what was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets . . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which approved by the Delaware Court of Chancery and then held to be invalid by the Delaware Supreme Court on appeal. Prior to the Delaware Supreme Court ruling the SLS Holdings and its newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB. Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court. Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision. SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV") and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1. Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2. Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3. The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4. SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:     CHAPTER   11
**Stream TV Networks, Inc.**

DEBTOR(S)     CASE NO   **23-10763**

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| See Schedule attached | A | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **CEO and Director** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: March 29, 2023     Signature: _/s/ Mathu Rajan_

*Mathu Rajan*
**CEO and Director**

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Visual Semiconductor, Inc | 63,062 | - | - | - | 63,062 | - | 45,000,000 | 0.04% | 80.06% | |
| Akshaya Holdings LLC | 5,021,551 | | | | 5,021,551 | 19,253,216 | | 2.81% | 8.79% | |
| Mathu Rajan | 18,200 | | - | | 18,200 | 18,200 | | 0.01% | 0.009% | |
| Visual Technology Innovations, Inc | 52,562 | | - | | 52,562 | - | | 0.03% | 0.002% | |
| Glasses-Free Technologies, Inc. | 9,273 | | - | | 9,273 | - | | 0.01% | 0.0004% | |
| | | | | | | | | 2.889% | 88.855% | These companies/entities are controlled by Mathu Rajan and control 88.86% of the Company |
| Hawk Investment Holdings Limited | 89,201,430 | 336,645 | 399,566,883 | 9,500 | 489,114,458 | 1,091,538 | | 50.09% | 4.47% | Post conversion as of Oct 2022 |
| Joseph Corso | 2,782,389 | - | | | 2,782,389 | 1,182,389 | | 1.56% | 0.65% | |
| SLS Holdings VI, LLC | 13,583,605 | | 13,226,566 | | 26,810,171 | - | | 7.60% | 0.60% | |
| Vayikra Capital LLC | 4,429,002 | - | 10,266,248 | | 14,695,250 | 495,691 | | 2.48% | 0.42% | |
| Todd D Tuls | 1,669,062 | | 300,000 | | 1,969,062 | 739,062 | | 0.93% | 0.40% | |
| Jeffrey A Grossman | 807,480 | | 50,000 | | 857,480 | 792,480 | | 0.45% | 0.39% | |
| Tom Sego | 5,110,000 | - | 26,668 | | 5,136,668 | 34,483 | | 2.86% | 0.24% | |
| Billy J. Knott | 268,003 | | - | | 268,003 | 268,003 | | 0.15% | 0.13% | |
| Estate of Harold A Sorgenti | 1,006,009 | - | - | | 1,006,009 | 184,232 | | 0.56% | 0.13% | |
| Hadron Master Fund | 2,666,668 | | 5,666,668 | | 8,333,336 | - | | 1.49% | 0.12% | |
| MTL Shipping & Investment Ltd | 2,509,448 | | 12,985,942 | | 15,495,390 | - | | 1.40% | 0.11% | |
| Raja Rajan | 2,500,000 | | | | 2,500,000 | - | | 1.40% | 0.11% | |
| Charles William David Birchall | 2,300,000 | | 4,233,331 | | 6,533,331 | - | | 1.29% | 0.10% | |
| Broughton Ltd. | 2,132,080 | | 497,316 | | 2,629,396 | - | | 1.19% | 0.09% | |
| Alvaro Ramirez | 997,761 | - | - | | 997,761 | 107,761 | | 0.56% | 0.09% | |
| Pershing Nominees Ltd a/c CCCLT | 1,801,573 | | 861,971 | | 2,663,544 | - | | 1.01% | 0.08% | |
| Sonny Mandell | 1,711,260 | | | | 1,711,260 | - | | 0.96% | 0.08% | |
| Adolfo & Donna Carmona | 451,668 | - | 483,335 | | 935,003 | 125,000 | | 0.25% | 0.08% | |
| Alastair Duncan Hadfield Crawford | 1,382,073 | | 1,164,584 | | 2,546,657 | - | | 0.77% | 0.06% | |
| Jerry Schwartz | 114,018 | | - | | 114,018 | 114,018 | | 0.06% | 0.06% | |
| Charles Lasley | 113,702 | | - | | 113,702 | 113,702 | | 0.06% | 0.06% | |
| Lawrence Ciarcia | 113,702 | | | | 113,702 | 113,702 | | 0.06% | 0.06% | |
| Hallfield Holdings SA | 1,250,001 | | 833,335 | | 2,083,336 | - | | 0.70% | 0.06% | |
| Vipul Patel | 1,128,492 | - | 900,003 | | 2,028,495 | 9,216 | | 0.63% | 0.05% | |
| MWL International Ltd | 1,213,152 | | 3,866,684 | | 5,079,836 | - | | 0.68% | 0.05% | |
| Nigel Hamilton-Smith | 1,066,426 | | 1,688,221 | | 2,754,647 | - | | 0.60% | 0.05% | |
| Pepper Grove Holdings Limited | 1,055,005 | | 1,141,670 | | 2,196,675 | - | | 0.59% | 0.05% | |
| Debt Opportunity Fund, LLC | 94,693 | | - | | 94,693 | 94,693 | | 0.05% | 0.05% | |
| Total CFO, LLC | 94,693 | | - | | 94,693 | 94,693 | | 0.05% | 0.05% | |
| St Peter Port Capital | 1,007,913 | | | | 1,007,913 | - | | 0.56% | 0.04% | |
| Eugene Jhong and Jisun Rhee Trust | 86,206 | - | - | | 86,206 | 86,206 | | 0.05% | 0.04% | |
| Margaret Valentine | 75,000 | | - | | 75,000 | 75,000 | | 0.04% | 0.04% | |
| Puddles 2 Limited | 786,337 | | - | | 786,337 | - | | 0.44% | 0.03% | |
| Adrian Conrad Holmes | 785,000 | | 930,000 | | 1,715,000 | - | | 0.44% | 0.03% | |
| William & Joanne Jellison | 88,966 | - | - | | 88,966 | 68,966 | | 0.05% | 0.03% | |
| Andrew James Roughley | 750,001 | | 8,000,000 | | 8,750,001 | - | | 0.42% | 0.03% | |
| Mark Daniel Roughley | 750,001 | | 8,000,000 | | 8,750,001 | - | | 0.42% | 0.03% | |
| Dennis Lavin | 725,000 | | 1,000,000 | | 1,725,000 | - | | 0.41% | 0.03% | |
| Ian David Tanner | 675,000 | | 1,083,332 | | 1,758,332 | - | | 0.38% | 0.03% | |
| Jaystyle Limited | 113,626 | - | - | | 113,626 | 51,726 | | 0.06% | 0.03% | |
| John McCrossin | 57,167 | | - | | 57,167 | 57,167 | | 0.03% | 0.03% | |
| Barry Alan Rutledge | 56,851 | | - | | 56,851 | 56,851 | | 0.03% | 0.03% | |
| Thomas L. Glen III | 56,851 | | - | | 56,851 | 56,851 | | 0.03% | 0.03% | |
| TR Reddy | 56,851 | | - | | 56,851 | 56,851 | | 0.03% | 0.03% | |
| Windsor International Corporation | 600,000 | | 2,800,000 | | 3,400,000 | - | | 0.34% | 0.03% | |
| Sanford Lipstein | 54,498 | | - | | 54,498 | 54,498 | | 0.03% | 0.03% | |
| Soniya Patel | 73,154 | | - | | 73,154 | 51,725 | | 0.04% | 0.03% | |
| Neulight Living Trust | 589,267 | | - | | 589,267 | - | | 0.33% | 0.03% | |
| Godefridus Vranken | 576,000 | | 300,000 | | 876,000 | - | | 0.32% | 0.03% | |
| Emson Holdings Ltd | 570,000 | | 3,800,000 | | 4,370,000 | - | | 0.32% | 0.03% | |
| Walsh CHB, Inc. | 51,166 | | - | | 51,166 | 51,166 | | 0.03% | 0.03% | |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Framse Holding GmbH | 515,002 | | 1,260,000 | | 1,775,002 | - | | 0.29% | 0.02% |
| Keith O. Newton | 55,734 | | - | | 55,734 | 45,734 | | 0.03% | 0.02% |
| Lisa Walsh | 509,878 | | - | | 509,878 | - | | 0.29% | 0.02% |
| Leonardo Zampatti | 500,000 | | 250,000 | | 750,000 | - | | 0.28% | 0.02% |
| Londer Securities S.A. | 500,000 | | 250,000 | | 750,000 | - | | 0.28% | 0.02% |
| Chris Monson / CWM Real Estate Services, Inc. | 43,207 | | - | | 43,207 | 43,207 | | 0.02% | 0.02% |
| Lester Amey | 43,104 | - | - | | 43,104 | 43,104 | | 0.02% | 0.02% |
| Michael T and Cheryl A Blakeslee | 42,937 | - | - | | 42,937 | 42,937 | | 0.02% | 0.02% |
| Silverwood Enterprises Limited | 121,383 | - | - | | 121,383 | 34,483 | | 0.07% | 0.02% |
| Edinburgh Capital Management | 465,000 | | 200,000 | | 665,000 | - | | 0.26% | 0.02% |
| David Weber | 41,160 | | - | | 41,160 | 41,160 | | 0.02% | 0.02% |
| Batten Trustee Ltd as Trustee of the Arrow Trust | 450,001 | | 833,335 | | 1,283,336 | - | | 0.25% | 0.02% |
| Keith Owen Claude Merrick | 450,001 | | 441,668 | | 891,669 | - | | 0.25% | 0.02% |
| Jan-Age Ronnestad | 95,748 | - | 160,040 | | 255,788 | 34,483 | | 0.05% | 0.02% |
| LRC 2011 Trust | 55,434 | - | 16,670 | | 72,104 | 37,933 | | 0.03% | 0.02% |
| Intrinsyc Technologies Corporation | 415,346 | | - | | 415,346 | - | | 0.23% | 0.02% |
| Mark Dyer | 401,024 | | 200,512 | | 601,536 | - | | 0.22% | 0.02% |
| Kishore Ganji & Srilalitha Bhattaram | 54,483 | - | - | | 54,483 | 34,483 | | 0.03% | 0.02% |
| Harry Gierman | 44,483 | - | - | | 44,483 | 34,483 | | 0.02% | 0.02% |
| David Cohen | 35,269 | | - | | 35,269 | 35,269 | | 0.02% | 0.02% |
| Dr Alex Ortolano | 34,500 | - | - | | 34,500 | 34,500 | | 0.02% | 0.02% |
| Owen Nutto | 34,300 | | | | 34,300 | 34,300 | | 0.02% | 0.02% |
| Shadron Stastney | 360,339 | | 1,201,130 | | 1,561,469 | - | | 0.20% | 0.02% |
| Eamonn Manson | 351,024 | | 175,512 | | 526,536 | - | | 0.20% | 0.02% |
| Paul Stamatis Jr | 95,000 | - | - | | 95,000 | 25,000 | | 0.05% | 0.02% |
| Stephen M Andress | 49,313 | - | 33,335 | | 82,648 | 29,312 | | 0.03% | 0.02% |
| Laurence Catterson and Helen Tonar Pitt Catterson | 338,367 | | - | | 338,367 | - | | 0.19% | 0.02% |
| Bruno Widmer | 32,500 | - | - | | 32,500 | 30,000 | | 0.02% | 0.01% |
| Michael Haggiag Family Trust u/a dtd 1/6/2014 | 325,000 | | 350,000 | | 675,000 | - | | 0.18% | 0.01% |
| Miriam Mandell | 319,841 | | | | 319,841 | - | | 0.18% | 0.01% |
| Mark Andrew Vully De Candole | 316,667 | | 150,000 | | 466,667 | - | | 0.18% | 0.01% |
| David P Lamoreaux | 29,870 | | - | | 29,870 | 28,620 | | 0.02% | 0.01% |
| Paul Fauci | 28,425 | | - | | 28,425 | 28,425 | | 0.02% | 0.01% |
| Fred A. Shabel | 135,999 | | - | | 135,999 | 17,156 | | 0.08% | 0.01% |
| Reyker Nominees Limited | 303,277 | | 234,972 | | 538,249 | - | | 0.17% | 0.01% |
| Mr AI and Mrs HA Patel A&M Settlement Trust | 27,500 | - | - | | 27,500 | 27,500 | | 0.02% | 0.01% |
| Sheila Lois Laboda | 27,288 | | - | | 27,288 | 27,288 | | 0.02% | 0.01% |
| David Taylor | 300,000 | | 150,000 | | 450,000 | - | | 0.17% | 0.01% |
| S Bruce Rubin | 42,931 | - | 5,086 | | 48,017 | 25,431 | | 0.02% | 0.01% |
| Amlin Investments Ltd | 295,000 | | 408,330 | | 703,330 | - | | 0.17% | 0.01% |
| Leo Hindery, Jr | 292,596 | | 3,193,108 | 2,000,000 | 5,485,704 | - | | 0.16% | 0.01% |
| Timothy D.K. Simond | 292,501 | | 608,334 | | 900,835 | - | | 0.16% | 0.01% |
| Pepper J Frazier and Elizabeth P Frazier JT Ten | 26,250 | - | - | | 26,250 | 26,250 | | 0.01% | 0.01% |
| Guy H.A. Chisenhale-Marsh | 255,000 | | 215,000 | | 470,000 | - | | 0.14% | 0.01% |
| Joseph A Saiia | 78,515 | - | - | | 78,515 | 17,245 | | 0.04% | 0.01% |
| Paul & Rachel Becker | 22,740 | | - | | 22,740 | 22,740 | | 0.01% | 0.01% |
| Sharon Kostaroff | 22,740 | | - | | 22,740 | 22,740 | | 0.01% | 0.01% |
| Lapis Ventures SAC Limited | 250,000 | | - | | 250,000 | - | | 0.14% | 0.01% |
| Sharad Patel | 249,000 | | 830,000 | | 1,079,000 | - | | 0.14% | 0.01% |
| Antoinette Garrison Trust | 69,992 | - | - | | 69,992 | 17,500 | | 0.04% | 0.01% |
| Robert N Garrison Trust | 69,992 | - | - | | 69,992 | 17,500 | | 0.04% | 0.01% |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Sorgenti Investors, L.P. | 243,381 | | | | 243,381 | - | | 0.14% | 0.01% |
| Peter Thomas Kaursland | 227,499 | | 503,330 | | 730,829 | - | | 0.13% | 0.01% |
| Alkis P Zingas Trust | 20,000 | - | - | | 20,000 | 20,000 | | 0.01% | 0.01% |
| Quaker Holdings L.P. | 213,494 | | 500,000 | | 713,494 | - | | 0.12% | 0.01% |
| Adolfo Carmona | 200,000 | | - | | 200,000 | - | | 0.11% | 0.01% |
| Cereals & Vegetable Oils Trading Corp FZE | 200,000 | | 1,066,664 | | 1,266,664 | - | | 0.11% | 0.01% |
| Leman Management Nominees Limited | 200,000 | | 100,000 | | 300,000 | - | | 0.11% | 0.01% |
| Jurgen Toorneman | 27,242 | - | - | | 27,242 | 17,242 | | 0.02% | 0.01% |
| Antoinette Garrison | 17,500 | - | - | | 17,500 | 17,500 | | 0.01% | 0.01% |
| Jacob Winigrad | 17,242 | - | - | | 17,242 | 17,242 | | 0.01% | 0.01% |
| Sanford Lipstein, Trustee Eugene Lipstein | 17,173 | | - | | 17,173 | 17,173 | | 0.01% | 0.01% |
| James Marussich | 17,055 | | - | | 17,055 | 17,055 | | 0.01% | 0.01% |
| Larry Schmalz | 18,370 | - | - | | 18,370 | 16,370 | | 0.01% | 0.01% |
| David Walpole, Helene Webb and The SRB Trustee Company Limited as Trustees of The DKM Walpole DT | 180,000 | | 600,000 | | 780,000 | - | | 0.10% | 0.01% |
| Mary C McBrearty | 16,250 | - | - | | 16,250 | 16,250 | | 0.01% | 0.01% |
| Charles Neulight | 171,315 | | - | | 171,315 | - | | 0.10% | 0.01% |
| Richard E. Carp | 54,292 | | - | | 54,292 | 11,370 | | 0.03% | 0.01% |
| Brooks W Garrison | 15,000 | - | - | | 15,000 | 15,000 | | 0.01% | 0.01% |
| Robert N Garrison Jr | 15,000 | - | - | | 15,000 | 15,000 | | 0.01% | 0.01% |
| MP Tavill Revocable Trust | 49,250 | - | 51,668 | | 100,918 | 11,250 | | 0.03% | 0.01% |
| Nicholas Toppin | 160,183 | | | | 160,183 | - | | 0.09% | 0.01% |
| Robert S French Revocable Trust 2018 | 20,043 | - | 19,500 | | 39,543 | 13,793 | | 0.01% | 0.01% |
| Pershing (CI) Nominees Limited a/c JCCLT | 157,269 | | - | | 157,269 | - | | 0.09% | 0.01% |
| Elizabeth P Frazier | 156,791 | | | | 156,791 | - | | 0.09% | 0.01% |
| Roberto Villaquiran | 156,539 | | | | 156,539 | - | | 0.09% | 0.01% |
| LBJ Investors, LP | 38,361 | | - | | 38,361 | 11,449 | | 0.02% | 0.01% |
| Charles J Caminada | 150,000 | | 75,000 | | 225,000 | - | | 0.08% | 0.01% |
| Frank Dearie and Cindy Dearie | 149,574 | | - | | 149,574 | - | | 0.08% | 0.01% |
| Mark & Sherri Finnegan | 13,500 | - | - | | 13,500 | 13,500 | | 0.01% | 0.01% |
| Bixx Tech Limited | 147,899 | | 333,335 | | 481,234 | - | | 0.08% | 0.01% |
| Anthony Wigram | 146,001 | | 195,000 | | 341,001 | - | | 0.08% | 0.01% |
| Spirit Shore Ventures, LLC | 20,000 | - | - | | 20,000 | 12,500 | | 0.01% | 0.01% |
| Rafael E Osona and Gail E Osona | 12,931 | - | - | | 12,931 | 12,931 | | 0.01% | 0.01% |
| David Lombardi | 40,311 | - | - | | 40,311 | 10,094 | | 0.02% | 0.01% |
| Neil Thacker Maclachan | 140,000 | | 70,000 | | 210,000 | - | | 0.08% | 0.01% |
| Estate of Alfred Waber | 25,813 | | - | | 25,813 | 11,370 | | 0.01% | 0.01% |
| Susan Spratt and David Spratt | 35,000 | - | - | | 35,000 | 10,000 | | 0.02% | 0.01% |
| Primorus Investments PLC | 133,333 | | - | | 133,333 | - | | 0.07% | 0.01% |
| Sebastian Andrew Marr | 133,333 | | | | 133,333 | - | | 0.07% | 0.01% |
| Timothy John Morton | 126,030 | | 683,233 | | 809,263 | - | | 0.07% | 0.01% |
| Bowman Sculpture International Ltd | 125,939 | | | | 125,939 | - | | 0.07% | 0.01% |
| Peter Jay Gilmore and Susan Florence Gilmore | 11,437 | | - | | 11,437 | 11,437 | | 0.01% | 0.01% |
| Stuart Evan Horwich | 17,781 | - | 7,000 | | 24,781 | 10,781 | | 0.01% | 0.01% |
| Glen and Peggy Bordak | 11,370 | | - | | 11,370 | 11,370 | | 0.01% | 0.01% |
| Gregory P. Gifford | 11,370 | | - | | 11,370 | 11,370 | | 0.01% | 0.01% |
| John R. Bartos | 11,370 | | - | | 11,370 | 11,370 | | 0.01% | 0.01% |
| Nicholas Ercolano | 11,370 | | - | | 11,370 | 11,370 | | 0.01% | 0.01% |
| Joan Pileggi | 11,000 | - | - | | 11,000 | 11,000 | | 0.01% | 0.01% |
| Martin Fasack | 34,514 | - | - | | 34,514 | 8,621 | | 0.02% | 0.01% |
| The 2012 Sanford Lipstein Family Trust | 119,483 | | | | 119,483 | - | | 0.07% | 0.01% |
| Keith Young | 119,108 | | - | | 119,108 | - | | 0.07% | 0.01% |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Jonathan Gellis | 10,813 | - | - |  | 10,813 | 10,813 |  | 0.01% | 0.01% |
| Leon J. Dutkiewicz, JR | 10,782 | - | - |  | 10,782 | 10,782 |  | 0.01% | 0.01% |
| Guy Spelman | 10,776 | - | - |  | 10,776 | 10,776 |  | 0.01% | 0.01% |
| Keith Gordon Marsden | 116,898 |  | 133,335 |  | 250,233 | - |  | 0.07% | 0.01% |
| Newman Chittenden | 28,264 | - | - |  | 28,264 | 8,621 |  | 0.02% | 0.01% |
| Mirdas Limited | 112,688 |  | - |  | 112,688 | - |  | 0.06% | 0.01% |
| Bruce Deluca | 10,000 | - | - |  | 10,000 | 10,000 |  | 0.01% | 0.00% |
| David Blomquist | 10,000 | - | - |  | 10,000 | 10,000 |  | 0.01% | 0.00% |
| Gordon Michael Howard | 10,000 | - | - |  | 10,000 | 10,000 |  | 0.01% | 0.00% |
| John W Quaintance III | 10,000 | - | - |  | 10,000 | 10,000 |  | 0.01% | 0.00% |
| Vincent A Pileggi | 10,000 | - | - |  | 10,000 | 10,000 |  | 0.01% | 0.00% |
| Sheila Laboda Revocable Trust | 53,013 | - | - |  | 53,013 | 5,178 |  | 0.03% | 0.00% |
| Christopher Matthews | 100,781 |  |  |  | 100,781 | - |  | 0.06% | 0.00% |
| Joseph S. Zuritsky | 100,781 |  |  |  | 100,781 | - |  | 0.06% | 0.00% |
| Grahame Paul Alan Lovett | 100,500 |  | 268,000 |  | 368,500 | - |  | 0.06% | 0.00% |
| CSS Ltd | 100,001 |  | 666,670 |  | 766,671 | - |  | 0.06% | 0.00% |
| CSS Recruitment | 100,001 |  |  |  | 100,001 | - |  | 0.06% | 0.00% |
| DEAR SPA | 100,001 |  | 333,335 |  | 433,336 | - |  | 0.06% | 0.00% |
| Joel Pace Kallan | 100,001 |  | 333,335 |  | 433,336 | - |  | 0.06% | 0.00% |
| Donald E Bates | 100,000 |  | 250,000 |  | 350,000 | - |  | 0.06% | 0.00% |
| Hanson Holdings Lux S.à r.l. | 100,000 |  | 50,000 |  | 150,000 | - |  | 0.06% | 0.00% |
| RAB Capital Holdings Limited | 100,000 |  |  |  | 100,000 | - |  | 0.06% | 0.00% |
| WB Nominees Limited | 100,000 |  | 91,666 |  | 191,666 | - |  | 0.06% | 0.00% |
| George M. Ross Irrevocable Indenture of Trust dated as of July 29, 1998 | 98,564 |  |  |  | 98,564 | - |  | 0.06% | 0.00% |
| National Financial Services FBO Emilio DiSanluciano IRA | 8,862 | - | - |  | 8,862 | 8,862 |  | 0.00% | 0.00% |
| Peter Kaizer | 22,503 | - | - |  | 22,503 | 7,394 |  | 0.01% | 0.00% |
| Irwin Gruverman | 8,621 | - | - |  | 8,621 | 8,621 |  | 0.005% | 0.00% |
| John M Apathy & Susan G Apathy | 8,621 | - | - |  | 8,621 | 8,621 |  | 0.005% | 0.00% |
| Oz Ventures, LLC | 8,621 | - | - |  | 8,621 | 8,621 |  | 0.005% | 0.00% |
| RBC Capital Markets LLC Cust FBO David W Nock, Roth IRA | 8,621 | - | - |  | 8,621 | 8,621 |  | 0.005% | 0.00% |
| Warren Scott Hilton & Judith Kenney Hilton | 8,620 | - | - |  | 8,620 | 8,620 |  | 0.005% | 0.00% |
| RBC Capital Markets LLC Cust FBO Pieter Van Hoeven SEP IRA | 8,276 | - | - |  | 8,276 | 8,276 |  | 0.005% | 0.00% |
| S F Booth | 87,693 | - | - |  | 87,693 | - |  | 0.049% | 0.00% |
| Etta Winigrad | 16,941 | - | - |  | 16,941 | 6,897 |  | 0.009% | 0.00% |
| Jeffrey A. Dominick | 25,852 | - | - |  | 25,852 | 5,719 |  | 0.014% | 0.00% |
| Gary Ruchaber | 13,147 | - | - |  | 13,147 | 6,897 |  | 0.007% | 0.00% |
| Joel Vine | 81,278 |  |  |  | 81,278 | - |  | 0.045% | 0.00% |
| Larry Evans | 77,609 |  | - | 24,000 | 101,609 | - |  | 0.043% | 0.00% |
| Jarl Saal | 7,000 | - | - |  | 7,000 | 7,000 |  | 0.004% | 0.00% |
| Scott Lindell | 6,897 | - | - |  | 6,897 | 6,897 |  | 0.004% | 0.00% |
| Young Park | 75,593 |  |  |  | 75,593 | - |  | 0.042% | 0.00% |
| Leonard I. Korman | 75,180 |  |  |  | 75,180 | - |  | 0.042% | 0.00% |
| Hugh Rokeby Holland | 75,001 |  | 58,334 |  | 133,335 | - |  | 0.042% | 0.00% |
| Nicholas P Wentworth-Stanley | 75,001 |  | 58,334 |  | 133,335 | - |  | 0.042% | 0.00% |
| Charles David Murch | 75,000 |  | 250,000 |  | 325,000 | - |  | 0.042% | 0.00% |
| Fourys Co Ltd | 75,000 |  | 250,000 |  | 325,000 | - |  | 0.042% | 0.00% |
| Guy Henry Toller | 75,000 |  | 100,000 |  | 175,000 | - |  | 0.042% | 0.00% |
| Joseph J Karcsmar & Rene Laracuente | 75,000 |  | 250,000 |  | 325,000 | - |  | 0.042% | 0.00% |
| Michael Gray | 75,000 |  | 250,000 |  | 325,000 | - |  | 0.042% | 0.00% |
| Oliroma Holdings SRL | 75,000 |  | 350,000 |  | 425,000 | - |  | 0.042% | 0.00% |
| Patrick Miles | 75,000 |  | 250,000 |  | 325,000 | - |  | 0.042% | 0.00% |
| Yask sa | 75,000 |  | - |  | 75,000 | - |  | 0.042% | 0.00% |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Ronald L Caplan | 74,505 | | | | 74,505 | - | | 0.042% | 0.00% |
| Diane L Buechel Exempt Marital Trust 5/6/09 | 74,430 | | | | 74,430 | - | | 0.042% | 0.00% |
| Alan Robert Orchard | 68,853 | | - | | 68,853 | - | | 0.039% | 0.00% |
| Charles L. Orr | 68,281 | | | | 68,281 | - | | 0.038% | 0.00% |
| Kathryn Toller | 67,500 | | 195,000 | | 262,500 | - | | 0.038% | 0.00% |
| Ronald B. Mandell | 60,560 | | - | | 60,560 | - | | 0.034% | 0.00% |
| Christopher Ernest Inns | 60,001 | | 120,000 | | 180,001 | - | | 0.034% | 0.00% |
| David Kenneth Michael Walpole | 60,000 | | 260,000 | 9,500 | 329,500 | - | | 0.034% | 0.00% |
| Lauterstein Consulting Inc. | 60,000 | | - | | 60,000 | - | | 0.034% | 0.00% |
| Richard Peter Pease | 60,000 | | - | | 60,000 | - | | 0.034% | 0.00% |
| Melvin B. Miller | 59,396 | | | | 59,396 | - | | 0.033% | 0.00% |
| Marjonjac LLC | 57,143 | | 166,665 | | 223,808 | - | | 0.032% | 0.00% |
| George Simon | 5,173 | - | - | | 5,173 | 5,173 | | 0.003% | 0.00% |
| Briana Deluca | 5,000 | - | - | | 5,000 | 5,000 | | 0.003% | 0.00% |
| Danielle Deluca | 5,000 | - | - | | 5,000 | 5,000 | | 0.003% | 0.00% |
| Jill Homorodean | 5,000 | - | - | | 5,000 | 5,000 | | 0.003% | 0.00% |
| Russell Malsam | 55,000 | | - | | 55,000 | - | | 0.031% | 0.00% |
| Sarah Caroline Drnec | 54,152 | | - | | 54,152 | - | | 0.030% | 0.00% |
| Mark Savarese and John Savarese JTWROS | 53,724 | | - | | 53,724 | - | | 0.030% | 0.00% |
| Walmer Capital Limited | 53,126 | | 331,399 | | 384,525 | - | | 0.030% | 0.00% |
| Brendan O'Neill | 9,507 | - | - | | 9,507 | 4,311 | | 0.005% | 0.00% |
| Kim Herold | 51,283 | | | | 51,283 | - | | 0.029% | 0.00% |
| Edward J Borkowski and Nancy B McCormick | 51,003 | | - | | 51,003 | - | | 0.029% | 0.00% |
| Daniel Erlanger and Beth Erlanger | 50,620 | | - | | 50,620 | - | | 0.028% | 0.00% |
| Steven Anthony Sussman | 50,250 | | 67,000 | | 117,250 | - | | 0.028% | 0.00% |
| Stephen James Blackford | 50,100 | | 167,000 | | 217,100 | - | | 0.028% | 0.00% |
| Alan Wood | 50,000 | | 66,666 | | 116,666 | - | | 0.028% | 0.00% |
| Andrew Charles Finnemore Capon | 50,000 | | 25,000 | | 75,000 | - | | 0.028% | 0.00% |
| Elizabeth Anne Merrick | 50,000 | | 25,000 | | 75,000 | - | | 0.028% | 0.00% |
| Henry Guy Merrick | 50,000 | | 25,000 | | 75,000 | - | | 0.028% | 0.00% |
| Jacopo Franzan | 50,000 | | 166,665 | | 216,665 | - | | 0.028% | 0.00% |
| Josephine Linden | 50,000 | | 25,000 | | 75,000 | - | | 0.028% | 0.00% |
| Natasha Imogen Merrick | 50,000 | | 25,000 | | 75,000 | - | | 0.028% | 0.00% |
| Olivia Louise Merrick | 50,000 | | 25,000 | | 75,000 | - | | 0.028% | 0.00% |
| Pains Fireworks Limited | 50,000 | | 66,666 | | 116,666 | - | | 0.028% | 0.00% |
| Richard F.B. Milligan-Manby | 50,000 | | 25,000 | | 75,000 | - | | 0.028% | 0.00% |
| Matthew Hammond | 47,920 | | - | | 47,920 | - | | 0.027% | 0.00% |
| Tarlton Parsons | 47,667 | | - | | 47,667 | - | | 0.027% | 0.00% |
| Esther and Murray Alter | 47,500 | | 125,000 | | 172,500 | - | | 0.027% | 0.00% |
| Michele Laboda | 12,036 | - | - | | 12,036 | 3,454 | | 0.007% | 0.00% |
| Alane Laboda | 10,680 | - | - | | 10,680 | 3,454 | | 0.006% | 0.00% |
| Amy L Marz Revocable Trust | 10,680 | - | - | | 10,680 | 3,454 | | 0.006% | 0.00% |
| Jacob T. Laboda | 10,680 | - | - | | 10,680 | 3,454 | | 0.006% | 0.00% |
| David Simon | 45,185 | | - | | 45,185 | - | | 0.025% | 0.00% |
| Kevin John Gollop | 45,001 | | 210,000 | | 255,001 | - | | 0.025% | 0.00% |
| Brad Weiner | 44,711 | | | | 44,711 | - | | 0.025% | 0.00% |
| Gene Pendyke | 44,711 | | | | 44,711 | - | | 0.025% | 0.00% |
| Mactaggart & Mickel Investments Limited | 44,267 | | - | | 44,267 | - | | 0.025% | 0.00% |
| Edward Napier Tremayne Miles | 44,250 | | 147,500 | | 191,750 | - | | 0.025% | 0.00% |
| Paul Vincent Adams | - | 43,110 | 43,110 | | 86,220 | - | | 0.024% | 0.00% |
| James Weinstein | 40,639 | | | | 40,639 | - | | 0.023% | 0.00% |
| Andrew L Epstein | 40,000 | | 50,000 | | 90,000 | - | | 0.022% | 0.00% |
| PCL Investments | 37,792 | | | | 37,792 | - | | 0.021% | 0.00% |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Connie J. Braden | 10,746 | - | - | | 10,746 | 2,587 | | 0.006% | 0.00% |
| Adam Bidwell | 36,000 | | 18,000 | | 54,000 | - | | 0.020% | 0.00% |
| Helen Jane Jenson | 36,000 | | 168,000 | | 204,000 | - | | 0.020% | 0.00% |
| Helene Kathleen Webb | 36,000 | | 168,000 | | 204,000 | - | | 0.020% | 0.00% |
| Lisa Ann Walpole | 36,000 | | 168,000 | | 204,000 | - | | 0.020% | 0.00% |
| James Kenneth Baudains | 35,964 | | - | | 35,964 | - | | 0.020% | 0.00% |
| Rachel Baudains | 35,964 | | - | | 35,964 | - | | 0.020% | 0.00% |
| Keith B. Ward | 34,990 | | | | 34,990 | - | | 0.020% | 0.00% |
| Walter John Schoendorf Jr | - | 33,333 | - | | 33,333 | - | | 0.019% | 0.00% |
| Family Trust created under Stuart A. Marcus Revocable Trust dated 4-4-93, as amended | 32,117 | | | | 32,117 | - | | 0.018% | 0.00% |
| Geraldine M. Rosato | 31,240 | | | | 31,240 | - | | 0.017% | 0.00% |
| Joan Johnson, Trustee Under Declaration of Revocable Trust, December 12, 2012 | 30,812 | | | | 30,812 | - | | 0.017% | 0.00% |
| Linda E. Johnson | 30,812 | | | | 30,812 | - | | 0.017% | 0.00% |
| Mark Lombardi | 30,217 | | | | 30,217 | - | | 0.017% | 0.00% |
| Robert and Monique Currie | 30,217 | | | | 30,217 | - | | 0.017% | 0.00% |
| Andrew Lawley | 30,000 | | - | | 30,000 | - | | 0.017% | 0.00% |
| Andrew Mark Slinger | 30,000 | | 100,000 | | 130,000 | - | | 0.017% | 0.00% |
| Tammy S Maury and Steven C Maury | 30,000 | | 80,000 | | 110,000 | - | | 0.017% | 0.00% |
| Victoria Alice Slinger | 30,000 | | 100,000 | | 130,000 | - | | 0.017% | 0.00% |
| David Brookland and Valerie Brookland | 27,849 | | - | | 27,849 | - | | 0.016% | 0.00% |
| Alvin Block | 27,426 | | | | 27,426 | - | | 0.015% | 0.00% |
| Frederic J Leonard | 26,851 | | - | | 26,851 | - | | 0.015% | 0.00% |
| Tracy Anne Pernice | 25,001 | | 33,334 | | 58,335 | - | | 0.014% | 0.00% |
| Jennifer and Eden Cahan | 25,000 | | - | | 25,000 | - | | 0.014% | 0.00% |
| Jo Ellen Spitz Trust | 25,000 | | - | | 25,000 | - | | 0.014% | 0.00% |
| Kenneth Hanover and Sylvia T Hanover JTWROS | 25,000 | | - | | 25,000 | - | | 0.014% | 0.00% |
| William Philip Richards | 25,000 | | - | | 25,000 | - | | 0.014% | 0.00% |
| Dale Phillips | 22,272 | | - | | 22,272 | - | | 0.012% | 0.00% |
| John R Clarke | 22,272 | | - | | 22,272 | - | | 0.012% | 0.00% |
| Elizabeth Lynn Bruce | 21,500 | | - | | 21,500 | - | | 0.012% | 0.00% |
| Edward M Snider Estate | 20,974 | | | | 20,974 | - | | 0.012% | 0.00% |
| Gerald Laboda | 20,158 | | | | 20,158 | - | | 0.011% | 0.00% |
| Jonathan and Elizabeth Raith | 20,133 | | | | 20,133 | - | | 0.011% | 0.00% |
| Jonathan Paul Speck | 20,005 | | - | | 20,005 | - | | 0.011% | 0.00% |
| Rupert Corfield | 20,000 | | - | | 20,000 | - | | 0.011% | 0.00% |
| Jim Saltzman | 19,473 | | 17,850 | | 37,323 | - | | 0.011% | 0.00% |
| Howard M. Casper | 17,261 | | | | 17,261 | - | | 0.010% | 0.00% |
| Musser Foundation | 17,261 | | | | 17,261 | - | | 0.010% | 0.00% |
| Gordaldo Limited | 16,667 | | 1,041,667 | | 1,058,334 | - | | 0.009% | 0.00% |
| Eric Neulight and Caroline Neulight | 16,208 | | - | | 16,208 | - | | 0.009% | 0.00% |
| Gary Ackerman and Valerie Ackerman | 16,208 | | 14,857 | | 31,065 | - | | 0.009% | 0.00% |
| Gregory Allen Doran and Jennifer Burke Doran | 16,208 | | | | 16,208 | - | | 0.009% | 0.00% |
| James Gorman and Megan Othersen Gorman | 16,208 | | - | | 16,208 | - | | 0.009% | 0.00% |
| Katie B Hauer | 16,208 | | - | | 16,208 | - | | 0.009% | 0.00% |
| Marc Bozzacco | 16,208 | | | | 16,208 | - | | 0.009% | 0.00% |
| Ray Terwilliger | 16,208 | | 14,857 | | 31,065 | - | | 0.009% | 0.00% |
| Euripides Psiloyenis | 15,000 | | 40,000 | | 55,000 | - | | 0.008% | 0.00% |
| Gerald Laboda Revocable Trust | 14,857 | | | | 14,857 | - | | 0.008% | 0.00% |
| Mi Sook Han | 13,551 | | | | 13,551 | - | | 0.008% | 0.00% |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Ram K. Sreekakula and Vijaya L Sreekakula JTWROS | 13,551 | | | | 13,551 | - | | 0.008% | 0.00% |
| Peter Musser | 12,599 | | | | 12,599 | - | | 0.007% | 0.00% |
| Steve Atlas | 12,599 | | | | 12,599 | - | | 0.007% | 0.00% |
| Catherine M Mintzer | 12,500 | | - | | 12,500 | - | | 0.007% | 0.00% |
| Lawrence Mintzer | 12,500 | | - | | 12,500 | - | | 0.007% | 0.00% |
| Rose and James Tarangelo | 12,070 | | | | 12,070 | - | | 0.007% | 0.00% |
| Coralroot Limited | 12,000 | | - | | 12,000 | - | | 0.007% | 0.00% |
| Eugene J. Lipstein Trust | 11,924 | | | | 11,924 | - | | 0.007% | 0.00% |
| Albert, Abram & Ivan Nalibotsky, JT | 11,455 | | | | 11,455 | - | | 0.006% | 0.00% |
| Carl H Grossman | 10,500 | | 35,000 | | 45,500 | - | | 0.006% | 0.00% |
| Gerald A. Mandell | 10,488 | | | | 10,488 | - | | 0.006% | 0.00% |
| James W. and Elizabeth A. Smith | 10,488 | | | | 10,488 | - | | 0.006% | 0.00% |
| Judith Goldstein | 10,488 | | | | 10,488 | - | | 0.006% | 0.00% |
| Thomas R. Cronin Trust | 10,488 | | | | 10,488 | - | | 0.006% | 0.00% |
| Carol Fries | 10,044 | | | | 10,044 | - | | 0.006% | 0.00% |
| Cottage & Castle Ventures, Inc. | 10,044 | | | | 10,044 | - | | 0.006% | 0.00% |
| Daniel Southey | 10,044 | | | | 10,044 | - | | 0.006% | 0.00% |
| Robert and Debra DeCosta | 10,044 | | | | 10,044 | - | | 0.006% | 0.00% |
| Cheryl and Thomas Guerin | 10,000 | | - | | 10,000 | - | | 0.006% | 0.00% |
| Christopher Edward Catling | 10,000 | | 10,000 | | 20,000 | - | | 0.006% | 0.00% |
| Sarena L Snider | 8,794 | | | | 8,794 | - | | 0.005% | 0.00% |
| Ellen Rubin | 7,448 | | - | | 7,448 | - | | 0.004% | 0.00% |
| The 2012 Gail Lipstein Family Trust | 7,101 | | | | 7,101 | - | | 0.004% | 0.00% |
| Sang Don and Anthony Kim | 6,778 | | | | 6,778 | - | | 0.004% | 0.00% |
| Thomas R. Masseria | 6,778 | | | | 6,778 | - | | 0.004% | 0.00% |
| Brian & Robyn Carp | 6,048 | | | | 6,048 | - | | 0.003% | 0.00% |
| Estate of Leonard Siegel | 6,048 | | | | 6,048 | - | | 0.003% | 0.00% |
| Larry J. Goldsborough | 6,048 | | | | 6,048 | - | | 0.003% | 0.00% |
| Gary Jacobs | 5,250 | | 14,000 | | 19,250 | - | | 0.003% | 0.00% |
| Nisim Mirakov | 5,040 | | | | 5,040 | - | | 0.003% | 0.00% |
| Vinod and Sailaja Kuruvadi | 5,040 | | | | 5,040 | - | | 0.003% | 0.00% |
| Robert A. Zuritsky | 5,019 | | | | 5,019 | - | | 0.003% | 0.00% |
| Karen S Donovan | 5,000 | | 14,000 | | 19,000 | - | | 0.003% | 0.00% |
| Madan G Moudgal | 5,000 | | - | | 5,000 | - | | 0.003% | 0.00% |
| Russell D Coon Jr | 5,000 | | - | | 5,000 | - | | 0.003% | 0.00% |
| Elizabeth Garrison Trust | 4,122 | | | | 4,122 | - | | 0.002% | 0.00% |
| Jacqueline B. Garrison Trust | 4,122 | | | | 4,122 | - | | 0.002% | 0.00% |
| Jennifer Garrison Trust | 4,122 | | | | 4,122 | - | | 0.002% | 0.00% |
| Kyle McBrearty Trust | 4,122 | | | | 4,122 | - | | 0.002% | 0.00% |
| Megan McBrearty Trust | 4,122 | | | | 4,122 | - | | 0.002% | 0.00% |
| Robert N. Garrison, III Trust | 4,122 | | | | 4,122 | - | | 0.002% | 0.00% |
| Yeon Ho Kim | 4,062 | | | | 4,062 | - | | 0.002% | 0.00% |
| A2MI Trinity 2 Partners | 3,750 | | - | | 3,750 | - | | 0.002% | 0.00% |
| Silverplay Limited | 3,750 | | - | | 3,750 | - | | 0.002% | 0.00% |
| Warren Scott Hilton | 3,750 | | - | | 3,750 | - | | 0.002% | 0.00% |
| George Xixis | 2,500 | | - | | 2,500 | - | | 0.001% | 0.00% |
| Andrew Kim | 2,016 | | | | 2,016 | - | | 0.001% | 0.00% |
| Gary Edelman | 2,000 | | - | | 2,000 | - | | 0.001% | 0.00% |
| Harry F Mcann | 1,356 | | | | 1,356 | - | | 0.001% | 0.00% |
| John M Apathy | 1,250 | | - | | 1,250 | - | | 0.001% | 0.00% |
| Bernard Spain | 1 | - | 87,920 | | 87,921 | - | | 0.000001% | 0.00% |
| Bernard Spain Family Partnership | 1 | - | 40,644 | | 40,645 | - | | 0.000001% | 0.00% |
| Don Freeman | 1 | | - | | 1 | - | | 0.000001% | 0.00% |
| Paul Kelly | 1 | - | 39,022 | | 39,023 | - | | 0.000001% | 0.00% |
| Remy Fox | 1 | - | 9,274 | | 9,275 | - | | 0.000001% | 0.00% |
| Renee Freeman | 1 | | - | | 1 | - | | 0.000001% | 0.00% |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Wendy Trow-Fox | 1 | - | 4,709 | | 4,710 | - | | 0.000001% | 0.00% |
| A.C.L.M. Luijks | - | | 35,500 | | 35,500 | - | | 0.0% | 0.00% |
| Accrued Agent Warrants | - | | 700,408 | | 700,408 | - | | 0.0% | 0.00% |
| AJ Yeh | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Amanda Von Ahnen | - | | - | 100,000 | 100,000 | - | | 0.0% | 0.00% |
| Bart Barenbrug | - | | - | 600,704 | 600,704 | - | | 0.0% | 0.00% |
| Blake Capital Investments Limited | - | | 18,303 | | 18,303 | - | | 0.0% | 0.00% |
| Blue Ocean Partners Ltd | - | | 950,000 | | 950,000 | - | | 0.0% | 0.00% |
| Bradley Woods & Co Ltd | - | | 250,000 | | 250,000 | - | | 0.0% | 0.00% |
| Bram Riemens | - | | - | 532,276 | 532,276 | - | | 0.0% | 0.00% |
| Bud Robertson | - | | - | 350,000 | 350,000 | - | | 0.0% | 0.00% |
| Dan Rink | - | | - | 200,000 | 200,000 | - | | 0.0% | 0.00% |
| Don Freeman & Renee Freeman | - | - | 14,431 | | 14,431 | - | | 0.0% | 0.00% |
| Duncan Humphreys | - | | - | 350,000 | 350,000 | - | | 0.0% | 0.00% |
| Eric Leenman | - | | - | 7,907 | 7,907 | - | | 0.0% | 0.00% |
| Eric Singer | - | | 256,000 | | 256,000 | - | | 0.0% | 0.00% |
| Francisco Heredia | - | | - | 7,265 | 7,265 | - | | 0.0% | 0.00% |
| Franklin Rodgers | - | | - | 200,000 | 200,000 | - | | 0.0% | 0.00% |
| Geoval Consultants LLC | - | | 1,300,000 | | 1,300,000 | - | | 0.0% | 0.00% |
| Gollop Consulting LLC | - | | 67,134 | | 67,134 | - | | 0.0% | 0.00% |
| Grazina Seskeviciute | - | | - | 469,090 | 469,090 | - | | 0.0% | 0.00% |
| Hans Wouters | - | | - | 15,172 | 15,172 | - | | 0.0% | 0.00% |
| Hans Zuidema | - | | - | 750,889 | 750,889 | - | | 0.0% | 0.00% |
| Island Investment Holdings | - | | 63,243 | | 63,243 | - | | 0.0% | 0.00% |
| Jack Wu | - | | - | 60,000 | 60,000 | - | | 0.0% | 0.00% |
| Jasmin Zhang | - | | - | 22,864 | 22,864 | - | | 0.0% | 0.00% |
| Jason Xu | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Jeffrey Chan | - | | - | 19,708 | 19,708 | - | | 0.0% | 0.00% |
| Jing Cao | - | | - | 17,505 | 17,505 | - | | 0.0% | 0.00% |
| Jolene Sun | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Joop Martens | - | | - | 8,570 | 8,570 | - | | 0.0% | 0.00% |
| Kaushik Banerjee | - | | - | 250,000 | 250,000 | - | | 0.0% | 0.00% |
| Kevin Cabot | - | | - | 50,000 | 50,000 | - | | 0.0% | 0.00% |
| Leo Riley | - | | - | 70,000 | 70,000 | - | | 0.0% | 0.00% |
| Lily Wang | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Linda Wang | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Liu Zhen | - | | - | 75,000 | 75,000 | - | | 0.0% | 0.00% |
| Lixin Wang | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Lizzy Zhou | - | | - | 75,000 | 75,000 | - | | 0.0% | 0.00% |
| Mark Chen | - | | - | 50,000 | 50,000 | - | | 0.0% | 0.00% |
| Mark Groot | - | | - | 37,507 | 37,507 | - | | 0.0% | 0.00% |
| Mark Hsu | - | | - | 375,000 | 375,000 | - | | 0.0% | 0.00% |
| Mark J Coleman | - | | 1,687,975 | 1,000,000 | 2,687,975 | - | | 0.0% | 0.00% |
| Mark R Savarese | - | | 100,000 | | 100,000 | - | | 0.0% | 0.00% |
| Marten Voogt | - | | - | 8,843 | 8,843 | - | | 0.0% | 0.00% |
| Martin Harwig | - | | - | 33,793 | 33,793 | - | | 0.0% | 0.00% |
| Matt JJ Lo | - | | - | 1,105,500 | 1,105,500 | - | | 0.0% | 0.00% |
| Michael Cremers | - | | - | 35,536 | 35,536 | - | | 0.0% | 0.00% |
| Michael F Aguilar | - | | 3,000 | | 3,000 | - | | 0.0% | 0.00% |
| Mick McDonald | - | | - | 470,432 | 470,432 | - | | 0.0% | 0.00% |
| Miriam Banken | - | | - | 10,078 | 10,078 | - | | 0.0% | 0.00% |
| Misa Itaya | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Muni Mohan | - | | - | 150,000 | 150,000 | - | | 0.0% | 0.00% |
| Mutlaq Alzayed | - | | 66,666 | | 66,666 | - | | 0.0% | 0.00% |
| Neel Erp | - | | - | 8,220 | 8,220 | - | | 0.0% | 0.00% |
| Nicole Maneen | - | | - | 100,000 | 100,000 | - | | 0.0% | 0.00% |
| Pamela Wang | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |

| Holder | Class A Common Shares | Class B Preferred Shares | Warrants | Options/SARS | FD | Class B Voting | Class C Voting | Economic % | Voting % |
|---|---|---|---|---|---|---|---|---|---|
| Patric Theune | - | | - | 84,751 | 84,751 | - | | 0.0% | 0.00% |
| Peter Bergmans | - | | - | 10,691 | 10,691 | - | | 0.0% | 0.00% |
| Peter Roelen | - | | - | 133,433 | 133,433 | - | | 0.0% | 0.00% |
| Qiqi Wang | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Ragu Pati | - | | - | 150,000 | 150,000 | - | | 0.0% | 0.00% |
| Robert Petch | - | | 50,874 | | 50,874 | - | | 0.0% | 0.00% |
| Ronald Jacobs | - | | 250,000 | | 250,000 | - | | 0.0% | 0.00% |
| Rosie Zhang | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Russell Burke | - | | 7,500 | | 7,500 | - | | 0.0% | 0.00% |
| S Neelam | - | | - | 150,000 | 150,000 | - | | 0.0% | 0.00% |
| Sacha Petrovic | - | | - | 7,286 | 7,286 | - | | 0.0% | 0.00% |
| Sara Robertson | - | | - | 75,000 | 75,000 | - | | 0.0% | 0.00% |
| Sheeba Rajesh | - | | - | 156,878 | 156,878 | - | | 0.0% | 0.00% |
| Simon Ford | - | | - | 200,000 | 200,000 | - | | 0.0% | 0.00% |
| Stefan Riemens | - | | - | 7,816 | 7,816 | - | | 0.0% | 0.00% |
| Suby Joseph | - | | - | 200,000 | 200,000 | - | | 0.0% | 0.00% |
| Tonneke Roelen | - | | - | 51,052 | 51,052 | - | | 0.0% | 0.00% |
| Toon Berkel | - | | - | 216,202 | 216,202 | - | | 0.0% | 0.00% |
| Vikas Kshetrapal | - | | - | 100,000 | 100,000 | - | | 0.0% | 0.00% |
| Walther Roelen | - | | - | 896,412 | 896,412 | - | | 0.0% | 0.00% |
| Wangling | - | | - | 15,000 | 15,000 | - | | 0.0% | 0.00% |
| Zhu Lin | - | | - | 60,000 | 60,000 | - | | 0.0% | 0.00% |
| Zygintas Papartis | - | | - | 197,038 | 197,038 | - | | 0.0% | 0.00% |
| **Total (Pre-HIHL Conversion)** | **178,355,839** | **413,088** | **513,385,367** | **12,521,418** | **704,675,712** | **26,970,380** | **45,000,000** | | |