# EXHIBIT C

| | |
|---|---|
| **From:** | Christopher Michaels |
| **To:** | iliston@wsgr.com |
| **Bcc:** | ntwallace.@aol.com; stephen3d@mac.com |
| **Subject:** | Rembrandt 3D |
| **Date:** | Sunday, December 18, 2022 3:24:00 PM |

Mr. Liston:

Rembrandt has its own technology package that includes content, content development tools, development services, and other glasses free 3D display vendors. We are deploying other hardware vendors in our 3D advertising programs, but we would lie to take advantage of our agreement with Stream for supply of units at cost for a consumer TV opportunity.

We are working with team members that have a 30 year+ relationship with James Cameron and he is in the country for the Avatar 2 premiere. We have met with him and members of his 3D development team previously and they provided us with features they were looking for in a technology package. They also expressed interest in supporting a glasses free 3D consumer TV rollout if certain quality of image concerns could be solved. Cameron's team rejected supporting a roll out of the previous Stream 4K units we demonstrated for his team, but we have reviewed the newer 4k and 8K prototype and think it solves some of Cameron's concerns. We would like to include an option for a consumer 8K Stream display in the technology package we present to Cameron.

We would like to obtain terms for purchasing a large volume of units for this program and we are on a relatively short time line.

If Stream is not currently producing product, we would like to discuss terms for our team to initiate production to satisfy the supply obligation or our agreement and to support this potential deal.

Please give me a call as soon as you can to discuss how to proceed.

Chris


**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*



118 N. Tioga Street, Suite 400, Ithaca, New York 14850
Main: 607-256-2000  Fax: 607-256-3628
www.brownandmichaels.com

Email: michaels@bpmlegal.com
Direct Dial:  607-203-9470

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.