# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**NOTICE OF FILING THIRD DECLARATION OF MATHU RAJAN IN SUPPORT OF STREAM TV NETWORKS, INC. AND TECHNOVATIVE MEDIA, INC. IN SUPPORT OF DEBTORS (1) ENFORCING THE AUTOMATIC STAY; (2) DIRECTING THE TURNOVER OF PROPERTY OF DEBTORS' ESTATE; AND (3) IMPOSING SANCTIONS FOR WILLFUL STAY VIOLATIONS**

      **PLEASE TAKE NOTICE** that the above captioned Debtors-in-Possession have previously filed their *Emergency Motion For Entry Of An Order Enforcing The Automatic Stay And For Sanctions For Willful Stay Violation* (Docket No. 49) ("Stay Violation Motion"), *Amended Emergency Motion for Entry of an Order: (1) Enforcing the Automatic Stay; (2) Directing the Turnover of Property of Debtors' Estate; and (3) Imposing Sanctions for Willful Stay Violations* (Docket No. 76)("Amended Stay Violation and Turnover Motion"), and a *Supplement to its Amended Emergency Motion for Entry of an Order: (1) Enforcing the Automatic Stay; (2) Directing the Turnover of Property of Debtors' Estate; and (3 ) Imposing Sanctions for Willful Stay Violations* (Docket No. 90) ("Supplement to Stay Violation and Turnover Motion")(Collectively the "Motion").

      **PLEASE TAKE FURTHER NOTICE** that the above captioned Debtors-in-Possession have filed the *Third Declaration of Mathu Rajan in support of Stream TV Networks, Inc. and Technovative Media, Inc. in support of Debtors (1) Enforcing the Automatic Stay; (2) Directing*

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

93021198.1

*the turnover of property of Debtors' estate; and (3) Imposing sanctions for willful Stay Violations* in support of the Motion. See <u>Exhibit A</u>.

Date: April 13, 2023

Respectfully submitted,

<u>/s/ Rafael X. Zahralddin-Aravena</u>
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

-and-

Vincent F. Alexander (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Vincent.Alexander@lewisbrisbois.com

-and-

Bennett G. Fisher (pro hac pending)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com
*Proposed Counsel to Debtors*