# NOTIFICATION OF DISPOSITION OF COLLATERAL
(Public Sale)

| TO: | Debtor:<br><br>**VIA FIRST CLASS & CERTIFIED MAIL & Email**<br><br>Stream TV Networks, Inc.<br>2009 Chestnut Street, 3d Floor<br>Philadelphia, PA  19103<br>Attention: Mr. Mathu Rajan | |
|---|---|---|
| FROM: | Secured Party:<br><br>Hawk Investment Holdings Ltd.<br>Newport House<br>15 The Grange<br>St Peter Port<br>Guernsey, GG GY12QL<br>Channel Islands<br>Attention: Colin Maltby | Secured Party's Counsel:<br><br>K&L Gates LLP<br>300 S. Tryon Street, Suite 1000<br>Charlotte, NC  28202<br>Telephone: (704) 331-7400<br>Attention: Aaron Rothman |

YOU ARE HEREBY NOTIFIED pursuant to Sections 610 & 611 of revised Article 9 of the Uniform Commercial Code (the "*UCC*") that the above-referenced Secured Party will sell all right, title and interest of Stream TV Networks, Inc. ("*Debtor*") in, to and under the "Collateral" described in Exhibit A hereto (the "*Subject Collateral*").  The sale of the Subject Collateral (the "*Sale*") pursuant to this Notification of Disposition of Collateral (Public Sale) (this "*Notification*") will be in exercise of the rights granted by Debtor in the Security Documents.

As used in this Notification, the "*Security Documents*" means, individually and collectively, (a) the eighteen Promissory Notes between Hawk Investment Holdings Ltd. ("*Hawk*"), as lender, and Stream TV Networks, Inc., as borrower, dated as of (i) March 26, 2014, (ii) October 15, 2014, (iii) January 2, 2015, (iv) August 6, 2015, (v) October 12, 2015, (vi) February 15, 2016, (vii) July 8, 2016, (viii) September 27, 2016, (ix) May 3, 2017, (x) December 11, 2017, (xi) July 5, 2018, (xii) December 6, 2018, (xiii) July 5, 2019, (xiv) September 18, 2019, (xv) October 8, 2019, (xvi) January 16, 2020, (xvii) February 26, 2020, and (xviii) February 26, 2020; (b) the eighteen Security Agreements, between Hawk, as lender, and Stream TV Networks, Inc., as borrower, dated as of (i) March 26, 2014, (ii) October 15, 2014, (iii) January 2, 2015, (iv) August 6, 2015, (v) October 12, 2015, (vi) February 15, 2016, (vii) July 8, 2016, (viii) September 27, 2016, (ix) May 3, 2017, (x) December 11, 2017, (xi) July 5, 2018, (xii) December 6, 2018, (xiii) July 5, 2019, (xiv) September 18, 2019, (xv) October 8, 2019, (xvi) January 16, 2020, (xvii) February 26, 2020, and (xviii) February 26, 2020; and (3) the Pledge Agreements by and among Hawk, as pledgee, and Stream TV Networks, Inc., Technovative Media, Inc., Ultra-D

Ventures, C.V., and Ultra-D Coöperateif, U.A., each as pledgors, dated as of (i) December 17, 2014, (ii) January 2, 2015, (iii) August 6, 2015, (iv) October 12, 2015, (v) February 15, 2016, (vi) July 8, 2016, (vii) September 27, 2016, (viii) May 3, 2017, (ix) December 11, 2017, (x) July 5, 2018, (xi) December 6, 2018, (xii) July 5, 2019, (xiii) September 18, 2019, (xiv) October 8, 2019, (xv) January 16, 2020, (xvi) February 26, 2020, and (xvii) February 26, 2020, in each case as amended, restated, supplemented or otherwise modified from time to time.

Secured Party is the holder of each of the Security Documents and the indebtedness and other obligations evidenced and secured thereby (the indebtedness and other obligations evidenced and secured by the Security Documents being the "***Secured Obligations***").

The Subject Collateral will be sold to the highest qualified bidder therefor at a public auction (the "***Auction***") to be held on December 5, 2022, at 10:00 a.m. (ET) (as the same may be continued from time to time, the "***Sale Date***") at the offices of K&L Gates LLP, 600 N. King St. #901, Wilmington, DE 19801.  Secured Party reserves the right to continue or discontinue the Sale in its sole discretion.  The Sale Date may be continued from time to time at Secured Party's discretion by further notice to the recipients of this Notification and/or by proclamation at the time and place last fixed for the Sale.

Secured Party may credit-bid any or all of the Secured Obligations for the Subject Collateral.  Unless otherwise expressly proclaimed in the Auction, any bid by Secured Party for the Subject Collateral will be deemed to be a credit-bid.  Any amount that is not credit-bid for the Subject Collateral, whether by Secured Party or any other person, shall be due and payable at the conclusion of the Auction (but prior to the consummation of the Sale) in immediately available funds, or on other terms determined by Secured Party in its sole discretion to be reasonable.  The Sale may be continued following the conclusion of the Auction until payment of the successful bid is completed.  The Sale will be deemed consummated upon the delivery of a Foreclosure Bill of Sale to the successful bidder for the Subject Collateral.

THERE IS NO WARRANTY RELATING TO THE COLLATERAL, INCLUDING, WITHOUT LIMITATION, TITLE, POSSESSION, QUIET ENJOYMENT, OR THE LIKE, IN THIS DISPOSITION.  THE SUBJECT COLLATERAL WILL BE SOLD "AS IS, WHERE IS" WITH ALL DEFECTS AND FAULTS.

Prior to the sale, Debtor and any secondary obligor or other secured party may redeem the Subject Collateral by payment of the unpaid balance due Secured Party.  As of the date of this notice, the outstanding Secured Obligations under the Security Documents are as follows: £125,389,667.03, €252,073.38, and $1,692,022.38.  You may obtain, and are entitled to, a complete accounting of the Secured Obligations (including accrued interest, costs, attorneys' fees, and other amounts due under the Security Documents) by contacting Secured Party's counsel.

Debtor will be liable for any deficiency remaining after the sale of the Subject Collateral, and the sale of the Subject Collateral shall not limit Secured Party's rights with respect to other

Collateral or against any secondary or co-obligors in respect of the remaining Secured Obligations.

    Inquiries concerning the foreclosure of Secured Party's security interest and the Sale of the Subject Collateral should be directed to the counsel for Secured Party and SSG Advisors, LLC, identified below.

    Dated:   October 17, 2022.

    K&L Gates LLP

By:   /s/ Aaron S. Rothman
    Aaron S. Rothman
    Attorney for Secured Party

**Schedule of Additional Notice Parties**

| | |
|---|---|
| SLS Holdings VI, LLC<br>392 Taylor Mills Rd.<br>Marlboro, NJ  07746<br>Attn:  Shadron Stastney | SSG Advisors, LLC<br>300 Barr Harbor Drive<br>Conshohocken, PA  19428<br>Attn:  Craig Warznak; Alexander Lamm<br>Email:  cwarznak@ssgca.com;<br>alamm@ssgca.com |
| Dell Financial Services<br>PO Box 81577<br>Austin, TX  787808-1577 | |

**Exhibit A**
**(Collateral)**

As used in the Notification of Disposition of Collateral (Public Sale) to which this Exhibit is attached (the "***Notification of Disposition***"), the "Collateral" means:

(a)     all personal properties and assets of Debtor, wherever located, whether tangible or intangible, and whether now owned or hereafter acquired or arising, including without limitation:  (a) all Inventory and documents relating to Inventory; (b) all Accounts and documents relating to Accounts; (c) all equipment, fixtures and other goods, including without limitation machinery, furniture, vehicles and trade fixtures; (d) all general intangibles (including without limitation payment intangibles, software, customer lists, sales records and other business records, contract rights, causes of action, and licenses, permits, franchises, patents, copyrights, trademarks, and goodwill of the business in which the trademark is used, trade names, or rights to any of the foregoing), promissory notes, contract rights, chattel paper, documents, letter-of-credit rights and instruments; (e) all motor vehicles; (f) (i) all deposit accounts and (ii) all cash and cash equivalents deposited with or delivered to Hawk from time to time and pledged as additional security for the Obligations; (g) all investment property; (h) all commercial tort claims; and (i) all additions and accessions to, all spare and repair parts, special tools, equipment and replacements for, and all supporting obligations, proceeds and products of, any and all of the foregoing assets described in Sections (a) through (h), inclusive, above.

(b)     the Pledged Interests, including the membership interests, shares of capital stock or other equity interests of TechnoVative Media, Inc.; Media Holdings Delaware, LLC; Technology Holdings Delaware, LLC; Ultra-D Ventures, C.V.; Ultra-D Coöperateif, U.A.; Stream TV International B.V.; and SeeCubic B.V.