**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| STREAM TV NETWORKS, INC., | Case No. 23-10763 (MDC) |
| Debtor.[1] | |
| In re: | Chapter 11 |
| TECHNOVATIVE MEDIA, INC., | Case No. 23-10764 (MDC) |
| Debtor. | (Jointly Administered) |

**SEECUBIC, INC.'S WITNESS AND EXHIBIT LISTS FOR APRIL 25, 2023 HEARING**

**I.      WITNESS LIST**

| WITNESS NAME | DESCRIPTION |
|---|---|
| Shadron L. Stastney | Mr. Stastney (shadron.stastney@seecubic.com) is the Executive Chairman of SeeCubic, Inc. Mr. Stastney will testify remotely from his home in Marlboro, New Jersey, United States. No other persons will be in the room with Mr. Stastney and Mr. Stastney will not have access to any documents other than those on the Exhibit List. Mr. Stastney is anticipated to testify about the subject matters discussed in his declaration dated April 25, 2023 (ECF No. 158). SeeCubic reserves the right to question Mr. Stastney on other matters in rebuttal to testimony presented by Debtors. |

---

[1]      The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

## II.    EXHIBIT LIST

| SEECUBIC EXHIBIT NO. | DATE | DESCRIPTION | DOCKET NUMBER IF PREVIOUSLY FILED |
|---|---|---|---|
| 1 | 2022-11-14 | Senior Promissory Note between SeeCubic B.V. and SeeCubic, Inc. | 158 |
| 2 | 2022-10-25 | Email correspondence regarding funding mechanics under the Promissory Note between Receiver, counsel for SeeCubic, Inc., and Debtors' counsel | 158 |
| 3 | 2022-11-17 | November 2022 Notice of Advance Under Senior Promissory Note | 158 |
| 4 | 2022-12-06 | December 2022 Notice of Advance Under Senior Promissory Note | 158 |
| 5 | 2023-01-03 | January 2023 Notice of Advance Under Senior Promissory Note | 158 |
| 6 | 2023-02-17 | February 2023 Notice of Advance Under Senior Promissory Note | 158 |
| 7 | 2023-04-25 | Declaration of Shadron L. Stastney | 158 |

SeeCubic reserves the right to utilize any exhibit listed on Debtors' exhibit list, or the exhibit list of any other party.  SeeCubic reserves the right to utilize any document not listed on the foregoing Exhibit List for impeachment or rebuttal purposes.

Dated:  April 25, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/      Joseph O. Larkin*
Joseph O. Larkin (I.D. No. 206047)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
Rebecca Ritchie (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0549
Fax: (312) 407-8641
James.Mazza@skadden.com
Justin.Winerman@skadden.com
Rebecca.Ritchie@skadden.com

- and -

Eben P. Colby (admitted *pro hac vice*)
Marley Ann Brumme (admitted *pro hac vice*)
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4822
Eben.Colby@skadden.com
Marley.Brumme@skadden.com

*Counsel to SeeCubic, Inc.*