**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc.,[1] | Bky. No. 23-10763 (MDC) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| Technovative Media, Inc., | Bky. No. 23-10764 (MDC) |
| Debtor. | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST

Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative"), the

above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby file their

Witness and Exhibit List for the hearing to be held on April 25, 2023, at 3:00 p.m. (Eastern Time)

(the "Hearing"), as follows:

### WITNESSES

The Debtors may call the following witnesses at the Hearing:

i.     Mathu Rajan
   a. CEO of Debtors
      President of Visual Semiconductor, Inc.
      CEO of SeeCubic, B.V.

   b. Mr. Rajan intends to testify regarding the funding needs of the Debtors with
      regards to their subsidiary SeeCubic, B.V. and the financing arrangement with
      Visual Semiconductor, Inc.

   c. mathu@streamacquisitiongroup.com

   d. Philadelphia, PA, USA

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification
numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location
of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

93949958.1

e.  Home or Office

f.  Mr. Rajan does not intend for there to be any other persons in the room during his testimony.

g.  Mr. Rajan does not intend to have any documents with him that are not included on the Exhibit List.

Mr. Rajan is located in Philadelphia, PA and will be testifying from his home or office. Mr. Rajan

ii.  any witness listed by any other party; and

iii.  rebuttal witnesses as necessary.

**EXHIBITS**

| No. | Description |
|-----|-------------|
| 1.  | Proposed Promissory Notes between Stream TV Networks, Inc. and Visual Semiconductor, Inc. [D.I. 161, Exhibit A] |
| 2.  | Budget [D.I. 156, Exhibit A] |
| 3.  | Visual Semiconductor, Inc. Bank Account Summary as of 4.25.23 |
| 4.  | Email from Patric Theune dated 4.24.23 |
| 5.  | SeeCubic BV Corporate Registry in the Netherlands |
| 6.  | Declaration of Mathu Rajan [D.I. 48] |
| 7.  | Declaration of Mathu Rajan [D.I. 98] |
| 8.  | Declaration of Mathu Rajan [D.I. 114] |
| 9.  | Declaration of Mathu Rajan [D.I. 147] |
| 10. | Any document filed in the above-captioned bankruptcy case. |
| 11. | Any exhibit necessary for impeachment and/or rebuttal purposes |
| 12. | Any exhibit identified or offered by any other party. |

Debtors reserve the right to supplement or amend this Witness and Exhibit List and to identify additional exhibits, including, but not limited to, rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

2

93949958.1

Date: April 25, 2023

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

-and-

Vincent F. Alexander (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Vincent.Alexander@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com

*Proposed Counsel to Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 25, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all parties who are authorized to receive electronically Notice of Electronic Filing in this bankruptcy case.

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena

3

93949958.1