**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| STREAM TV NETWORKS, INC., | CASE NO.: 23-10763 MDC |
| Debtor, | |
| IN RE: | CHAPTER 11 |
| TECHNOVATIVE MEDIA, INC., | CASE NO.: 23-10764 MDC |
| Debtor. | (Jointly Administered) |

**HAWK INVESTMENT HOLDINGS LTD.'S WITNESS AND EXHIBIT LIST**
**FOR APRIL 25, 2023 HEARING**

Hawk Investment Holdings Ltd. ("Hawk") hereby gives notice that it may call the witnesses and offer the exhibits listed below as evidence at the hearing on April 25, 2023.

**EXHIBITS**

1.      Motion of Stream TV Networks, Inc. for Entry of Order: (i) Authorizing It to Obtain Post-Petition Financing Pursuant to Sections 363 And 364 of the Bankruptcy Code, (ii) Authorizing It to Enter Into the Support Agreement, and (iii) Granting Administrative Priority Claims to Lender Pursuant to Section 364 of Bankruptcy Code and Modifying the Automatic Stay to Implement the Terms of the Order; *In re Stream TV Networks, Inc.*; Case No. 21-10433 (KBO) (Bankr. D. Del. 2021); D.I. 30.

2.      Transcript of Omnibus Hearing on SeeCubic, Inc.'s Motion to Dismiss the Chapter 11; *In re Stream TV Networks, Inc.*; Case No. 21-10433 (KBO) (Bankr. D. Del. 2021); D.I. 194.

3.      Transcript of Judge's Ruling before the Honorable Karen B. Owens, United States Bankruptcy Judge; *In re Stream TV Networks, Inc.*; Case No. 21-10433 (KBO) (Bankr. D. Del. 2021); D.I. 200.

1

4.      Transcript of Telephonic Oral Argument and Rulings of the Court on Plaintiff's Motion to Expedite; *Hawk Investment Holdings, Ltd. v. Stream TV Networks, Inc., et al.*; C.A. No. 2022-0930-JTL (Del. Ch. 2022).

5.      Screenshot of Mathu Rajan WhatsApp.

6.      Visual Semiconductor, Inc. Chase Bank account balance.

7.      Stream TV Networks, Inc. Incoming wire information.

8.      Deposition Transcript of Mathu Rajan dated February 16, 2023; *Hawk Investment Holdings, Ltd. v. Stream TV Networks, Inc., et al.*; C.A. No. 2022-0930-JTL (Del. Ch. 2022).

**The below exhibits are available on the docket and will not be served on any party per the Order Governing Procedures at Evidentiary Hearing Conducted Remotely Conducted Remotely by Video Conference.**

9.      Email from Marc Dannenberg dated March 11, 2023. D.I. 16.

10.     Email chain from Marc Dannenberg dated March 19, 2023. D.I. 83.

11.     Email Chain Regarding Promissory Note October 11, 2022.  D.I. 155

12.     Global Notes to Schedules and State of Financial Affairs of Debtors.  D.I. 58.

13.     Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay (i) Prepetition Employee Obligations, (ii) Prepetition Withholding Obligations, and (iii) Post-Petition Employee Obligations in the Ordinary Course.  D.I. 134.

14.     Global Notes to Schedules and State of Financial Affairs of Debtors.  D.I. 52.

15.     Global Notes to Schedules and State of Financial Affairs of Debtors.  D.I. 55.

16.     Notice of Filing Third Declaration of Mathu Rajan In Support Of  Stream TV Networks, Inc. and Technovative Media, Inc. in Support Of Debtors (1) Enforcing the Automatic Stay; (2) Directing the Turnover of Property of Debtors' Estate; and (3) Imposing Sanctions For Willful Stay Violations.  D.I. 114.

17.     Debtors' Expedited Motion for Entry of Interim and Final Orders Authorizing Debtors to Take Certain Actions in the Ordinary Course of Business. D.I. 135.

18.     Declaration of Mathu Rajan in Support of Stream TV  Networks, Inc. and Technovative Media, Inc chapter 11 Petition, Supporting Emergency Relief, and First Day Motions.  D.I. 48.

19.     Declaration of Mathu Rajan in Support of Motion for Sanctions.  D.I. 98.

20.     Declaration of Mathu Rajan in Support of (1) Debtors' Motion for Entry Of Interim And Final Orders Authorizing Debtors To Pay (i) Prepetition Employee Obligations, (ii) Prepetition Withholding Obligations, And (iii) Post-Petition Employee Obligations In The Ordinary Course; and (2) Debtors' Expedited Motion for Entry of Interim and Final Orders Authorizing Debtors to Take Certain Actions in the Ordinary Course Of Business.  D.I. 147

## WITNESSES

1.     Any witness designated by another party.

2.     Any witness necessary for impeachment and/or rebuttal.

## RESERVATION OF RIGHTS

Hawk reserves the right to amend and/or supplement this witness and exhibit list prior to the hearing.  Hawk further reserves the right to introduce (i) any exhibit designated by another party or (ii) any exhibit necessary for impeachment and/or rebuttal purposes.


Dated:  April 25, 2023                    **K&L GATES LLP**


                                        */s/ Steven L. Caponi*
                                        Steven L. Caponi, Esq. (No. 91881)
                                        K&L Gates LLP
                                        600 King Street, Suite 901
                                        Wilmington, DE 19801
                                        Telephone: (302) 416-7000

Facsimile: (302) 416-7020
Email: Steven.caponi@klgates.com


*/s/ Margaret R. Westbrook*

Margaret R. Westbrook, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone:  (704) 331-7400
Email: margaret.westbrook@klgates.com


*/s/ Aaron S. Rothman*

Aaron S. Rothman, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone:  (704) 331-7400
Email: aaron.rothman@klgates.com


*/s/ Jonathan N. Edel*

Jonathan N. Edel, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone:  (704) 331-7400
Email: jon.edel@klgates.com

*Attorneys for Hawk Investment Holdings Ltd.*

4