**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY**
**AND RETAIN LEWIS BRISBOIS BISGAARD & SMITH LLP**
**AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION**

**AND NOW**, upon consideration of the Debtors' Application to Employ Lewis Brisbois Bisgaard & Smith, LLP as Debtors' Counsel (the "Application"), the Court having concluded that the employment of Lewis Brisbois Bisgaard & Smith, LLP ("LBBS") is necessary and is in the best interest of the Debtors, the Court being satisfied that LBBS does not hold or represent an interest adverse to the Debtors' estates, that LBBS is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefor, it is **ORDERED** that

1. The Application is **GRANTED**.

2. The Debtors are hereby authorized to employ LBBS, effective as of April 4, 2023, pursuant to the terms more fully set forth in the Application.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

94375094.1

3. LBBS shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court, with LBBS reserving all rights to seek compensation for professional services and reimbursement of expenses from the Petition Date forward and all parties reserving their rights to object to such compensation for professional services and reimbursement of expenses.

4. The Debtors and LBBS are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Bankruptcy Local Rules are satisfied by the contents of the Application.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ___May 3___, 2023

BY THE COURT:

_____
Magdeline D. Coleman
United States Bankruptcy Judge

94375094.1