**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763**    Chapter **11** |

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Supplier and CO Marketer. Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED** | **BOE** <br> **No. 668 RD Xinzhan** <br> **General Pilot Zone, Heifei** <br> **Anhui 230012** <br> **China** |
| | State the term remaining | **Expires 8/2/2024** | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Lease.** | **Dell Financial Services** <br> **One Dell Way** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Round Rock        TX      78682** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Firm.** | **Game 7 Staffing** <br> **1214 West 6th Street** <br> **Suite 210** |
| | State the term remaining | **Continuous until terminated** | |
| | List the contract number of any government contract | | **Austin        TX      78703** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order. The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED** | **Google Purchase Orders** <br> **1600 Amphitheatre Parkway** |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Mountain View        CA      94043** |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page 1

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **License to use HDMI.** The Debtor reserves the right to assert a contract or lease is not executory. Contract to be ASSUMED | **HDMI** **550 S. Winchester Boulevard** **Suite 515** |
| | State the term remaining | **Expires 4/19/26** | |
| | List the contract number of any government contract | | **San Jose          CA      95128** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Various study and potential marketing services.** The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED | **IMG Media Ltd** **Building 6, Chiswick Park** **566 Chiswick High Road** **London, England UK W4 5HR** |
| | State the term remaining | **Continues until terminated** | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Customer & Comp. for investment** The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED | **IQH3D** **6800 SW 40th Street** **Suite 298** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Miami          FL     33155** |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Engineering Consulting Services.** The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED | **JoveAI** **44081 Old Warm Springs Blvd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fremont          CA     94538** |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Server Farm Provider.** The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED | **MotivIT** **2880 Zanker Road** **Suite 203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Jose          CA     95134** |

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Settlement for OEM/ODM Contract to be ASSUMED** | **Pegatron Corporation** <br> **5F., No. 76, Ligong** <br> **St. Beltou District** <br> **Taipei City 112 Taiwan** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** <br> **The Debtor reserves the right to assert that a contract or lease is not executory.** <br> **Contract to be ASSUMED** | **Remrandt 3D Holdings Ltd** <br> **128 Bull Hill Road** |
| | State the term remaining | | **Newfield          NY      14867** |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **This is a verbal lease for the offices of the debtor in Philadelphia.** <br> **Contract to be ASSUMED** | **YKP Law** <br> **2009 Chestnut Street** |
| | State the term remaining | **Continues until terminated** | |
| | List the contract number of any government contract | | **Philadelphia          PA      19103** |