## UNITED STATES BANKRUPTCY COURT

### EASTERN   DISTRICT OF   PENNSYLVANIA

In Re. Stream TV Networks, Inc.                §          Case No.  23-10763

                                                            §

_____  §          Lead Case No.   23-10763

        Debtor(s)                                      §

☒ Jointly Administered

## Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2023                    Petition Date: 03/15/2023

Months Pending: 1                                                 Industry Classification: 3 3 4 3

Reporting Method:          Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):      0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements  NO ACTIVITY
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Bennett G. Fisher                                          Bennett G. Fisher
Signature of Responsible Party                          Printed Name of Responsible Party

05/04/2023
Date

                                                                        24 Greenway Plaza, Suite 1400, Houston, TX 77046
                                                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Stream TV Networks, Inc.                                                     Case No. 23-10763

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $2,363 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $2,362 |
| c.  Total disbursements (net of transfers between accounts) | $16 | $16 |
| d.  Cash balance end of month (a+b-c) | $2,347 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $16 | $16 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $112,875 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 |
| d   Total current assets | $85,592,766 |
| e.  Total assets | $85,705,641 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $6,885,122 |
| l.  Prepetition priority debt | $216,576 |
| m.  Prepetition unsecured debt | $20,137,677 |
| n.  Total liabilities (debt) (j+k+l+m) | $27,239,375 |
| o.  Ending equity/net worth (e-n) | $58,466,266 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name Stream TV Networks, Inc.                                    Case No.  23-10763

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| **Part 5:  Professional Fees and Expenses** | | | | | | |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | $27,500 | $0 | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Lewis Brisbois  FN1 | Lead Counsel | | $25,000 | | |
| ii | BMC Group  FN1 | Other | | $2,500 | $0 | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

1.On 3.14.23, prior to the filing of the Petitions, LBBS received a retainer of $50,000 from Visual Semi Conductor ("VSC") to include both the Stream TV Networks, Inc. and the Technovative Media, Inc. cases. On 3.23.23, BMC Group received a retainer of $5,000 from VSC to include both the Stream TV Networks, Inc. and the Techovatlve Media, Inc. cases.

UST Form 11-MOR (12/01/2021)                3

Debtor's Name Stream TV Networks, Inc.                                    Case No. 23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                      4

Debtor's Name Stream TV Networks, Inc.      Case No. 23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)      5

Debtor's Name  Stream TV Networks, Inc.                                                      Case No.  23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                6

Debtor's Name Stream TV Networks, Inc.                                                    Case No. 23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  Stream TV Networks, Inc.                                    Case No.  23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.    Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.    Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.    Postpetition employer payroll taxes accrued | $0 | $0 |
| d.    Postpetition employer payroll taxes paid | $0 | $0 |
| e.    Postpetition property taxes paid | $0 | $0 |
| f.    Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.    Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.    Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ◉

b.    Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ◉

c.    Were any payments made to or on behalf of insiders?    Yes ○    No ◉

d.    Are you current on postpetition tax return filings?    Yes ◉    No ○

e.    Are you current on postpetition estimated tax payments?    Yes ◉    No ○

f.    Were all trust fund taxes remitted on a current basis?    Yes ◉    No ○

g.    Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◉    No ○

h.    Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ◉

i.    Do you have:          Worker's compensation insurance?    Yes ○    No ◉

                              If yes, are your premiums current?    Yes ○    No ○    N/A ◉    (if no, see Instructions)

                   Casualty/property insurance?    Yes ○    No ◉

                              If yes, are your premiums current?    Yes ○    No ○    N/A ◉    (if no, see Instructions)

                   General liability insurance?    Yes ◉    No ○

                              If yes, are your premiums current?    Yes ◉    No ○    N/A ○    (if no, see Instructions)

j.    Has a plan of reorganization been filed with the court?    Yes ○    No ◉

k.    Has a disclosure statement been filed with the court?    Yes ○    No ◉

l.    Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉    No ○

UST Form 11-MOR (12/01/2021)                              8

Debtor's Name  Stream TV Networks, Inc.                                               Case No. 23-10763

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11     Yes ◯  No ◉
U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?     Yes ◯  No ◯  N/A ◉

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mathu Rajan                                          Mathu Rajan
Signature of Responsible Party                           Printed Name of Responsible Party

Director                                                 05/04/2023
Title                                                    Date

Debtor's Name  Stream TV Networks, Inc.                                          Case No.  23-10763



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name  Stream TV Networks, Inc.                                                                      Case No.  23-10763



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Stream TV Networks, Inc.                                        Case No.  23-10763



PageThree



PageFour

**Stream TV Networks, Inc.**
**Balance Sheet**
**All Dates**

| | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **1000-00-00 Citi Bank** | |
| 1001-00-30 Citi Bank 2218 | 0.00 |
| 1001-10-10 Citi Bank 2653 | 0.00 |
| **Total 1000-00-00 Citi Bank** | **$ 0.00** |
| 1000-10-00 TD Bank | 0.00 |
| 1001-00-00 TD Bank 8682 | 0.00 |
| 1001-00-10 TD BANK 4394 | 0.00 |
| **Total 1000-10-00 TD Bank** | **$ 0.00** |
| 1001-00-11  TD Bank Credit Card 0292 | 0.00 |
| 1001-00-20 Benefical Bank 9612 | 0.00 |
| 1001-00-40 Versant Funding LLC | 0.00 |
| 1001-00-50 PEX CARD EPAY | 0.00 |
| 1001-00-60 Beneficial Loan Cash Flow | 0.00 |
| 1001-00-70 Paypal | 0.00 |
| 1001-00-71 HSBC Bank 9207 | 0.00 |
| 1001-00-72 HSBC Bank 9215 | 0.00 |
| 2100-00-27 Mathu loan | 0.00 |
| Acct # 383025072950 1001-00-73 Bank of America 2950 | 2,362.50 |
| NL NLHBEUCA 421-0246 Ultra-D Cooperatief U.A. | 0.00 |
| **Total Bank Accounts** | **$ 2,362.50** |
| **Accounts Receivable** | |
| 11000 1050-00-00 Accounts Receivable | 167,751.93 |
| Accounts Receivable (A/R) - EUR | 0.00 |
| **Total Accounts Receivable** | **$ 167,751.93** |
| **Other Current Assets** | |
| 1050-00-01 Allowance for Doubtful Accounts | -54,876.93 |
| 1100-00-00 Pre Payment&Deposits | 0.00 |
| 1100-00-10 Deposits | 0.00 |
| 1100-00-15 Loans & Exchanges | 0.00 |
| 1100-10-15 Loans to Others & Employee | 0.00 |
| **Total 1100-00-15 Loans & Exchanges** | **-$ 54,876.93** |
| 1100-00-20 Professional Retainer | 0.00 |
| 1100-00-31 Prepaid Interest | 0.00 |
| 1100-00-35 Prepaid Insurance | 0.00 |
| 1100-00-40 Prepaid Rent Deposits | 0.00 |
| 1100-00-45 Prepaid Dues & Subs | 0.00 |
| 1100-00-50 Advances-SeeCubic | 0.00 |
| **Total 1100-00-00 Pre Payment&Deposits** | **$ 0.00** |
| 1200-00-00 Inventory Asset | 0.00 |
| 1200-00-11 Inventory Reserve | 0.00 |
| 1200-00-15 Inventory SKC Haas | 0.00 |
| 1200-00-16 Acmepoint Technology | 0.00 |
| 1200-00-17 Starlink (Pegtron) | 0.00 |
| 1200-00-19 Raw Material Inventory | 0.00 |
| 1200-00-20 WIP Inventory | 0.00 |
| **Total 1200-00-00 Inventory Asset** | **$ 0.00** |
| 1200-00-10 Inventory In Transit | 0.00 |
| 1410-00-00 Current Asset | 0.00 |
| 1410-00-20 Samples Hardware | 0.00 |
| **Total 1410-00-00 Current Asset** | **$ 0.00** |
| 1430-00-00 Investments | 0.00 |
| 1430-10-00 Investment - RAM Active Media PLC | 0.00 |
| **Total 1430-00-00 Investments** | **$ 0.00** |
| 1450-00-00 Credit Card Receivables | 0.00 |
| Credit Card Receivables | 0.00 |
| Inventory Asset | 0.00 |
| **Total Other Current Assets** | **$ 0.00** |
| **Total Current Assets** | **$ 0.00** |
| **Fixed Assets** | |

| | |
|---|---|
| **1300-00-00 Machinery, Furniture & Fixures** | 2,300,162.29 |
| **1300-00-10 Lamination Machine** | 0.00 |
| **1300-00-11 Iinuma Machines** | 9,244,165.24 |
| **1300-00-13 Small Production Unit** | 737,106.52 |
| **1300-00-15 Accumulated Depreciation** | -6,577,136.30 |
| **1300-00-16 BLU Tooling & Repair** | 0.00 |
| **1300-10-00 Office Equipment** | 105,981.38 |
| **Total 1300-00-00 Machinery, Furniture & Fixures** | **$ 5,810,279.13** |
| **Total Fixed Assets** | **$ 5,810,279.13** |
| **Other Assets** | |
| **1400-00-00 Other Asset** | |
| **1400-10-00 R & D Expense** | 0.00 |
| **1400-10-30 R & D - Intrinsyc Services** | 0.00 |
| **1400-10-31 R & D - Intrinsyc Supplies** | 0.00 |
| **Total 1400-10-00 R & D Expense** | **$ 0.00** |
| **1400-50-10 - CIP Fixed Asset** | 184,861.51 |
| **1411-00-00 Deposits** | 0.00 |
| **Total 1400-00-00 Other Asset** | **$ 184,861.51** |
| **1405-00-10 Due (to) / from Mediatainment** | 318,901.75 |
| **1410-10-00 Loans Receivable** | 30,590.64 |
| **1410-10-05 Loans Receivable - SeeCubic** | 66,404.06 |
| **1410-10-10 Loan to SeeCubic B.V.i.o** | 2,558,308.36 |
| **1410-10-11 Intercompany Interest Receivable - SeeCubic** | 1,072,593.52 |
| **1410-10-14 Loan to Ultra-D Cooperative UA -Other activity** | 449,889.06 |
| **1410-10-15 Loan to Ultra-D Cooperative UA** | 29,053,035.99 |
| **1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA** | 13,664,647.60 |
| **1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other** | 86,137.78 |
| **1410-10-20 Loan to SeeCubic R & D** | 0.00 |
| **1410-10-21 Loan to StreamTV International -  Inventory** | 3,405,550.96 |
| **1410-10-25 Loan to Curacao C.V.** | 30,244,975.74 |
| **1410-10-30 Loan to Travel & Other Exp** | 0.00 |
| **1410-10-35 Intercompany Receivable to Curacao C.V.** | 0.00 |
| **1410-10-36 Intercompany Receivable to STVI** | 4,087,309.70 |
| **1410-10-37 Intercompany Interest Receivable STVI** | 436,362.90 |
| **1410-10-40 Walther Roelen** | 0.00 |
| **1410-10-50 A.K.(Bram) Riemens** | 0.00 |
| **1410-10-60 Hans Zuidema** | 0.00 |
| **1410-10-70 Grazina Seskevciute** | 0.00 |
| **1410-10-80 Bart Barenburg-** | 0.00 |
| **1410-10-90 Mick McDonald** | 0.00 |
| **1410-10-95 Loan to SeeCubic Payroll** | 0.00 |
| **1410-20-22 STREAMTV receivable - STVI  prior years invoices** | 2,836.30 |
| **Total 1410-10-00 Loans Receivable** | **$ 85,477,544.36** |
| **1420-20-00 Investment in Affiliate** | |
| **1420-20-20 Investment in TechnoVative Ventures** | 25,000.00 |
| **1420-20-30 Investment in Ultra-D Cooperatief U.A.i.o** | 0.00 |
| **1420-20-40 Investment in Curacao C.V.** | 8,295.96 |
| **1420-20-50 Investment in Media Holdings Delaware LLC** | 0.00 |
| **1420-20-60 Investment in Technology Holdings Delaware LLC** | 0.00 |
| **1420-20-70 Investment in TechnoVative Media Inc** | 0.00 |
| **Total 1420-20-00 Investment in Affiliate** | **$ 33,295.96** |
| **Total Other Assets** | **$ 85,592,781.86** |
| **TOTAL ASSETS** | **$ 91,621,218.46** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **2000-00-01 Accounts Payable (TWN)** | 11,161.68 |
| **2000-00-02 Accounts Payable (GBP)** | 27,457.21 |
| **2000-00-03 Accounts Payable (EUR)** | 55,538.48 |
| **2000-00-04 Accounts Payable (CNY)** | 2,073,150.54 |
| **2000-00-05 Accounts Payable (JPY)** | 7,252,635.20 |
| **20000 2000-00-00 Accounts Payable** | 8,972,122.22 |
| **2000-00-10 Accounts Payable (Contra)** | 0.00 |
| **Total 20000 2000-00-00 Accounts Payable** | **$ 18,392,065.33** |
| **Accounts Payable (A/P) - HKD** | 0.00 |
| **Total Accounts Payable** | **$ 18,392,065.33** |
| **Credit Cards** | |

| | | |
|---|---|---:|
| **1001-00-25 Juniper Credit Card** | | 0.00 |
| **Total Credit Cards** | **$** | **0.00** |
| **Other Current Liabilities** | | |
| **2100-00-00 Current Liability** | | |
| **1540-00-10 Financing Fees Shad** | | 0.00 |
| **2100-00-10 Accrued Expenses** | | 347,953.56 |
| **2100-00-20 Short Term Loan from Shad** | | 0.00 |
| **2100-00-25 Short-Term Loan - Hawk Note 14** | | 0.00 |
| **2100-00-27 Short term Loan from Mathu** | | 256,600.00 |
| **2100-00-30 Versant Financing/Factor** | | 0.00 |
| **2100-00-40 Advances from SLS Holdings VI LLC** | | 0.00 |
| **2100-00-50 Short Term Financing Obligations** | | 0.00 |
| **2100-10-00 Product warranty liability** | | 0.00 |
| **2100-20-00 Loan** | | 247,419.99 |
| **2100-20-10 Beneficial Bank Loan** | | 0.00 |
| **Total 2100-20-00 Loan** | **$** | **851,973.55** |
| **2100-30-10 Customer Deposits & Prepayments** | | 0.00 |
| **2100-50-00 Accumulated Interest Payable** | | 0.00 |
| **2200-00-00 Sales tax payable** | | 156.00 |
| **Short term Loan 2100-00-26 Short term Loan from GFT** | | 0.00 |
| **Total 2100-00-00 Current Liability** | **$** | **851,973.55** |
| **2100-00-28 Innoventures Group** | | 0.00 |
| **2100-60-00 Intercompany Payable** | | 16,195,000.00 |
| **2100-60-10 Intercompany Payable OTHER** | | 863,831.89 |
| **Direct Deposit Payable** | | 0.00 |
| **Payroll Liabilities** | | |
| **529 COLLEGE PLAN - SAVINGS** | | 0.00 |
| **CA PIT / SDI** | | 9,808.22 |
| **CA SUI / ETT** | | 2,598.75 |
| **Federal Taxes (941/944)** | | 4,580.49 |
| **Federal Unemployment (940)** | | 711.31 |
| **FL Unemployment Tax** | | 123.75 |
| **NJ Income Tax** | | 0.00 |
| **NV Unemployment Tax** | | 476.88 |
| **PA Income Tax** | | 1,165.62 |
| **PA Local Tax** | | 1,324.21 |
| **PA Unemployment Tax** | | 3,821.13 |
| **TX Unemployment Tax** | | 11.11 |
| **Total Payroll Liabilities** | **$** | **24,777.47** |
| **Total Other Current Liabilities** | **$** | **24,777.47** |
| **Total Current Liabilities** | **$** | **37,132,825.24** |
| **Long-Term Liabilities** | | |
| **2010-00-00 Longterm liability** | | |
| **2010-00-05 HSBC PPP Loan** | | 805,177.00 |
| **2010-00-10 Convertible Debt** | | 0.00 |
| **2010-00-50 Legend Conv N/P** | | 0.00 |
| **Total 2010-00-10 Convertible Debt** | **$** | **805,177.00** |
| **2010-00-20 Notes Payable to Investors** | | |
| **2010-00-40 Notes Payable to SLS Holdings VI LLC** | | 6,885,121.57 |
| **2010-00-41 Note Payable to Vicis Investment** | | 0.00 |
| **2010-00-42 Note Payable to SLS Holdings VI** | | 0.00 |
| **2010-00-43 SLS Unsecured Loan** | | 0.00 |
| **2010-00-01 Notes Payable to Shad** | | 0.00 |
| **Total 2010-00-43 SLS Unsecured Loan** | **$** | **0.00** |
| **Total 2010-00-40 Notes Payable to SLS Holdings VI LLC** | **$** | **6,885,121.57** |
| **2010-00-44 Notes Payable to Vipul Patel** | | 0.00 |
| **2010-00-45 Notes Payable to Hawk Investment** | | 0.00 |
| **2010-00-46 Note Payable to Edinburgh Capital Management Limted** | | 0.00 |
| **2010-00-48 Notes Payable James K Baudains** | | 0.00 |
| **2010-00-49 Notes Payable Miridas Limited** | | 0.00 |
| **2010-00-51 Notes Payable Matthew Hammond** | | 0.00 |
| **2010-00-52 Notes Payable Vela Technologies PLC** | | 0.00 |
| **2010-00-53 Notes Payable Sarah Caroline Drnec** | | 0.00 |
| **2010-00-54 Notes Payable to Paul P. Kelly** | | 0.00 |
| **2010-00-55 Notes Payable Ronald Mandell** | | 0.00 |
| **2010-00-56 Notes Payable Dr. Gerald Laboda** | | 0.00 |
| **2010-00-57 Notes Payable Marjonjac, LLC** | | 0.00 |
| **2010-00-58 Notes Payable to Frederic J. Leonard** | | 0.00 |

| | | |
|---|---|---|
| 2010-00-59 Notes Payable 192.com Limited | | 0.00 |
| 2010-00-60 Notes Payable Alastair Duncan Hadifield Crawford | | 0.00 |
| 2010-00-61 Notes Payable Keith Gordon Marsden | | 0.00 |
| 2010-00-62 Notes Payable to S F Booth | | 0.00 |
| 2010-00-63 Notes Payable to Tarlton Parsons | | 0.00 |
| 2010-00-64 Notes Payable to Keith Young | | 0.00 |
| 2010-00-65 Notes Payable David and Valerie Brookland | | 0.00 |
| 2010-00-66 Notes Payable EBURY USD CLIENT ACC | | 0.00 |
| 2010-00-67 Notes Payable 1/Mr AR and Mrs. PS Orchard | | 0.00 |
| 2010-00-68 Notes Payable to Jaystyle Ltd | | 0.00 |
| 2010-00-69 Notes Payable to Silverwood Enterprises | | 0.00 |
| 2010-00-70 Notes Payable to Mr. Laurence Catterson | | 0.00 |
| 2010-00-72 Notes Payable Hamilton-Smith Nigel | | 0.00 |
| 2010-00-73 Notes Payable to Edward J. Borkowski & Nancy B. McCormick | | 0.00 |
| 2010-00-74 Notes Payable to Joseph A. Saiia | | 0.00 |
| 2010-00-75 Notes Payable to David Simon | | 0.00 |
| 2010-00-76 Notes Payable to Lisa Walsh | | 0.00 |
| 2010-00-77 Notes Payable to Pepper Grove Holdings, Ltd | | 0.00 |
| 2010-00-78 Notes Payable to JM Finn and Co | | 0.00 |
| 2010-00-79 Notes Payable to Erlanger | | 0.00 |
| 2010-00-80 Notes Payable to Intrinsyc Technologies | | 0.00 |
| 2010-00-95 Hawk Notes Payable (other than 12% CPN) | | |
| 2010-00-71 Notes Payable Hawk Investment Holdings, Ltd | | 0.00 |
| 2010-00-96 Notes Payable Hawk Invest Holdings - Curacao | | 0.00 |
| 2010-00-97 Hawk Loan #9 | | 0.00 |
| 2010-00-98 Hawk Loan #10 | | 0.00 |
| 2010-00-99 Hawk Loan #11, 12 & 13 | | 0.00 |
| Total 2010-00-95 Hawk Notes Payable (other than 12% CPN) | $ | 0.00 |
| Total 2010-00-20 Notes Payable to Investors | $ | 6,885,121.57 |
| 2010-00-30 Bridge Loan | | 0.00 |
| 2010-10-10 Debt Discount | | 0.00 |
| 1100-00-11 Pre Paid Interest -Hawk | | 0.00 |
| 1510-00-00 Legend Commissions | | 0.00 |
| 1520-00-00 Legend Finance Cost | | 0.00 |
| 1530-00-00 Vicis Finance Costs | | 0.00 |
| 1540-00-00 SLS Holdings VI Finance Costs | | 0.00 |
| 1550-00-00 Pref Series A Finance Costs | | 0.00 |
| 1560-00-00 New Offering Finance Costs | | 0.00 |
| 1570-00-00 Finance-Fee Hawk | | 0.00 |
| 1580-00-00 Legal-Fee Hawk Loan | | 0.00 |
| 1590-00-00 Signature Bank Escrow Fee - 12% CPN | | 0.00 |
| 1590-10-00 Alexander Bank Fee - 12% CPN | | 0.00 |
| 1590-15-00 Commissions & Fees - 12% CPN | | 0.00 |
| 1590-20-00 Dr. Richard Windsor Fee - K Benson | | 0.00 |
| 1590-30-00 Kleinwort Benson Fee re Intrinsyc NP | | 0.00 |
| 2010-10-15 Hawk Debt Discount | | 0.00 |
| 2010-10-16 Hawk Debt Discount (ST) | | 0.00 |
| 2010-10-50 Convertible Note Debt Discount | | 0.00 |
| Total 2010-10-10 Debt Discount | $ | 0.00 |
| 2010-10-51 Old Debt Net Carrying Value | | 0.00 |
| 2010-10-52 New Debt-FV | | 0.00 |
| Total 2010-00-00 Longterm liability | $ | 6,885,121.57 |
| 2100-00-51 Long Term Financing Obligations | | 0.00 |
| 2100-50-10 Accumulated Interest Payable (ST) | | 0.00 |
| 2200-00-10 SLS Warranty Liability | | 0.00 |
| 2200-00-11 Warrant Liability | | 0.00 |
| Total Long-Term Liabilities | $ | 6,885,121.57 |
| Total Liabilities | $ | 44,017,946.81 |
| Equity | | |
| 30000 3020-20-00 Opening Bal  Equity | | 21,560.51 |
| 30100 3020-00-00 Capital Stock | | 2,500.01 |
| 3020-10-00 Preferred Stock Series A | | |
| 3020-10-10 Preferred Stock  Alexander | | 0.00 |
| 3020-10-20 Preferred Stock Series A  Investor Group | | 1.15 |
| Total 3020-10-00 Preferred Stock Series A | $ | 1.15 |
| 3020-10-30 Common Stock - Exercise of Pref'd A Warrants | | 90.88 |
| 3020-10-31 Common Stock - Legend Conversion | | 57,873,234.74 |
| 3020-10-32 Common Stock - New Offering | | 2,182,829.98 |

| | | |
|---|---|---|
| **Total 30100 3020-00-00 Capital Stock** | **$** | **60,080,217.27** |
| **3020-40-99 Additional Paid-In Capital** | | |
| **3020-40-00 APIC - Park rent** | | 0.00 |
| **3020-40-10 APIC - Converted Legend costs** | | 740,616.50 |
| **3020-40-20 APIC-Debt Discounts & Warrants** | | 0.00 |
| **3020-40-25 APIC-Series A** | | 6,141,550.68 |
| **3020-40-30 APIC-Redemption of BCF** | | -2,441,259.45 |
| **Total 3020-40-99 Additional Paid-In Capital** | **$** | **4,440,907.73** |
| **31000 3100-00-00 Currency Translation Adjustment** | | 0.00 |
| **32000 3020-30-00 Retained Earnings** | | -16,917,853.35 |
| **Net Income** | | 0.00 |
| **Total Equity** | **$** | **47,603,271.65** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **91,621,218.46** |

Wednesday, Apr 05, 2023 07:40:08 AM GMT-7 - Accrual Basis

**Stream TV Networks, Inc.**
**Income Statement**
**All Dates**

| | Debit | Credit |
|---|---|---|
| **4000-40-00 Sales** | | 2,068,649.65 |
| **4000-50-10  Service fee Income** | | 26,575.00 |
| **4000-61-00 Return Of Legal Expenses** | 3,000.00 | |
| **4000-61-00 Return Of Legal Expenses:4000-61-01 Return from Seecubic Delaware** | | 5,239.50 |
| **4000-70-00 Unclassified** | | 11,423.31 |
| **4000-80-00 Other-Sales-Income** | | 113,309.06 |
| **4000-99-00 Sales Returns & Allowances** | 757,192.26 | |
| **48000 4000-10-00 Sales - Hardware** | | 3,441,325.18 |
| **48200 4000-30-00 Sales Support** | | 12,500.00 |
| **48900 4000-90-00 Freight Income** | | 11,712.93 |
| **Sales of Product Income** | | 152,000.00 |
| **Uncategorized Income** | | 105,181.91 |
| **5000-00-00 Cost of Goods Sold:5000-50-00 Other Cost of Goods Sold** | 873,437.77 | |
| **5000-00-00 Cost of Goods Sold:5000-60-00 Product Cost** | 1,216,290.67 | |
| **5000-00-00 Cost of Goods Sold:5000-70-00 Product warranty expense** | 0.00 | |
| **5000-00-00 Cost of Goods Sold:5000-99-00 Inventory Shrinkage** | 604,494.38 | |
| **51100 5000-00-00 Cost of Goods Sold:5000-90-00 Freight Shipping Cost** | 103,642.30 | |
| **52700 5000-00-00 Cost of Goods Sold:5000-40-00 Purchases - Hardware** | 3,618,829.93 | |
| **Cost of Goods Sold** | 326,400.00 | |
| **Inventory Shrinkage** | 0.00 | |
| **6000-00-00 Administrative Exp** | 7,149.27 | |
| **6000-10-20 Pex Card Fees** | 14,188.90 | |
| **6000-71-00 Finance Interest Expense** | 17,533.71 | |
| **60000 6000-20-00 Marketing Expense** | 6,368,541.25 | |
| **6000-20-00 Marketing Expense:6000-20-10 Brand Building** | 28,364.82 | |
| **6000-20-00 Marketing Expense:6000-20-20 Inspection Return Units** | 5,326.76 | |
| **6000-20-00 Marketing Expense:6000-20-30 Business Development** | 1,220,315.32 | |
| **6000-20-00 Marketing Expense:6900-30-00 Sample Expense** | 1,052,559.25 | |
| **60200 6000-30-00 Automobile Expense** | 74,138.90 | |
| **6000-30-00 Automobile Expense:6000-30-10 Parking Expense** | 13,576.26 | |
| **60400 6000-10-00 Bank Service Charges** | 85,236.00 | |
| **6000-10-00 Bank Service Charges:6000-10-10 Versant's Costs and Fees** | 799,037.41 | |
| **6100-00-00 Office Expense** | 330,216.79 | |
| **6100-00-00 Office Expense:6100-80-00 Janitorial Service** | 13,676.25 | |
| **6100-00-00 Office Expense:6100-90-00 Security Systems** | 2,731.29 | |
| **6100-60-00 Copier Rental** | 23,850.94 | |
| **6100-70-00 Postal/Delivery** | 92,565.95 | |
| **6100-70-00 Postal/Delivery:6100-70-10 UPS** | 109,573.85 | |
| **6100-70-00 Postal/Delivery:6100-70-20 Fedex** | 3,349.73 | |
| **6100-70-00 Postal/Delivery:6100-70-30 USPS** | 10,229.88 | |
| **6100-70-00 Postal/Delivery:6100-70-40 U-Haul** | 2,447.63 | |
| **6100-70-00 Postal/Delivery:6100-70-50 Other** | 745,350.20 | |
| **6100-70-00 Postal/Delivery:6100-70-60 DHL** | 975,428.34 | |
| **6100-70-00 Postal/Delivery:6100-70-65 Freight Out** | 3,125.68 | |
| **61700 6000-40-00Computer Internet Exp** | 44,963.37 | |
| **62000 6500-00-00 Continuing Education** | 6,230.00 | |
| **62400 6000-50-00 Depreciation Expense** | 6,577,136.30 | |
| **62500 6000-60-00 Dues Subscriptions** | 387,305.69 | |
| **63300 6100-10-00 Insurance Expense** | 273,228.79 | |
| **63400 6000-70-00 Interest Expense** | 121,749,414.00 | |
| **6400-00-00 Un Classifed** | 55,853.66 | |
| **6400-00-10 Legal settlements** | | 361,813.21 |
| **64300 6000-80-00 Meals Entertainment** | 681,640.66 | |
| **64900 6100-20-00 Office Supplies** | 179,603.44 | |
| **6100-20-00 Office Supplies:6100-20-10 Warehouse Supplies** | 24,545.00 | |
| **6100-20-00 Office Supplies:6100-20-20 Fremont Off Supplies** | 9,982.96 | |

| | |
|---|---:|
| **6600-00-00 Pegatron Expenses** | 1,569,355.48 |
| **6600-00-00 Pegatron Expenses:6600-10-00 Pegatron NRE** | 532,929.58 |
| **66000 6200-00-00 Payroll Expenses** | 15,297,267.70 |
| **6200-00 6200-00-00 Payroll Expenses:6200-00-40** | 356,858.66 |
| **6200-00-00 Payroll Expenses:6200-00-01   401 K  management fees** | 1,065.92 |
| **6200-00-00 Payroll Expenses:6200-00-10 China Payroll** | 2,847,480.97 |
| **6200-00-00 Payroll Expenses:6200-00-20 Taiwan Payroll** | 254,741.04 |
| **6200-00-00 Payroll Expenses:6200-00-20 Taiwan Payroll:6200-00-21 Taiwan AJ** | 71,764.37 |
| **6200-00-00 Payroll Expenses:6200-00-20 Taiwan Payroll:6200-00-22 Taiwan Nick & Aaron** | 24,150.00 |
| **6200-00-00 Payroll Expenses:6200-00-20 Taiwan Payroll:6200-00-23 Taiwan-Felix (Huang Shang Wei)** | 5,126.68 |
| **6200-00-00 Payroll Expenses:6200-00-21 Taiwan Payroll** | 3,600.00 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor** | 178,769.47 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-31 Taiwan Mooredoll Inc. Contract Labor** | 131,722.00 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-32 ea Help** | 15,376.15 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-33 Key Framers** | 9,660.00 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-33 Key Framers:6200-10-01 TransferwiseCFSB** | 9,954.50 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-33 Key Framers:6200-10-02 Bill.Com** | 17,925.00 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-33 Key Framers:6200-10-03 PAYPAL** | 6,898.73 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-33 Key Framers:6200-10-05 ACH Settlement** | 13,152.32 |
| **6200-00-00 Payroll Expenses:6200-00-30 Contract Labor:6200-00-33 Key Framers:6200-10-06 Three D. Holograms Pvt. Ltf.** | 1,015.00 |
| **6200-00-00 Payroll Expenses:6200-00-42 - Health Insurance (COBRA)** | 287,294.11 |
| **66700 6300-00-00 Professional Fees** | 1,794,383.63 |
| **6300-00-00 Professional Fees:6300-00-10 Legal Fees** | 3,134,398.94 |
| **6300-00-00 Professional Fees:6300-00-11 Customs Penalty Fees** | 608.35 |
| **6300-00-00 Professional Fees:6300-00-20 Accounting Services** | 2,700,689.00 |
| **6300-00-00 Professional Fees:6300-00-21 Recruiting Fees** | 525,263.37 |
| **6300-00-00 Professional Fees:6300-00-30 Banking & Finance** | 169,229.24 |
| **6300-00-00 Professional Fees:6300-00-40 License Fee** | 163,439.72 |
| **6300-00-00 Professional Fees:6300-00-45 License Fee Penalties** | 1,650.00 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee** | 9,509,183.26 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-51 Simon A. Ford Consulting Exp** | 379,129.07 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-52 MD Humphreys Consulting Exp** | 1,009,132.54 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-53 David Riley Consulting Fee** | 274,405.30 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-54 UK Consultants** | 121,796.49 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-55 Anrim Technologies, LLC** | 2,214,698.27 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-56 Eng. Technicial fee** | 0.00 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-57 Technology Consulting SKC Haas** | 300,000.00 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-58 Zygintas Papartis** | 200,019.46 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-59 Kevin Cabot** | 9,417.26 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-61 Coral Vision** | 53,785.00 |
| **6300-00-00 Professional Fees:6300-00-50 Consultant Fee:6300-00-62 Porter Digital Signage** | 3,000.00 |
| **6300-00-00 Professional Fees:6300-00-60 Commission** | 92,291.91 |
| **6300-00-00 Professional Fees:6300-00-70 Misc Tax & Licenses** | 30,359.54 |
| **67100 6100-30-00 Rent Expense** | 1,291,579.65 |
| **6100-30-00 Rent Expense:6100-30-10 Segue Warehouse Fee** | 3,345.50 |
| **6100-30-00 Rent Expense:6100-30-11-Core Technology LLC** | 117,152.59 |
| **6100-30-00 Rent Expense:6100-30-12 Weida Warehouse Fees** | 124,208.49 |
| **6100-30-00 Rent Expense:6100-30-40 Rent Expense-China new Office** | 197,586.41 |
| **6100-30-00 Rent Expense:6100-30-40 Rent Expense-China new Office:6100-30-41 China Office for Content** | 25,783.00 |
| **6100-30-00 Rent Expense:6100-30-42 Suzhou Office Rent** | 82,204.65 |
| **6100-30-00 Rent Expense:6100-30-50 Rent Expense - Taiwan** | 181,629.36 |
| **6100-30-00 Rent Expense:6100-30-50 Rent Expense - Taiwan:6100-30-51 Taiwan Mooredoll, Inc. Rent** | 23,000.00 |
| **6100-30-00 Rent Expense:6100-30-60 Grazina Rent Expense** | 4,882.00 |
| **6100-30-00 Rent Expense:6100-30-70 UK Rent & Utility** | 250,571.68 |
| **68100 6100-40-00 Telephone Expense** | 246,167.48 |
| **6100-40-00 Telephone Expense:6100-40-10 Matt J. Lo Cell** | 85,856.71 |
| **6100-40-00 Telephone Expense:6100-40-20 Raja Cell- Expenses** | 33,687.52 |
| **6100-40-00 Telephone Expense:6100-40-30 MD Humphreys Phone** | 2,128.53 |
| **68200 6100-40-00 Repair & Maintenance** | 393,453.59 |
| **68400 6000-90-00 Travel Expense** | 4,470,051.01 |

| Account | | |
|---|---:|---:|
| 6000-90-00 Travel Expense:6000-00-61Travel Rajan | 2,929.03 | |
| 6000-90-00 Travel Expense:6000-90-10 Mathu Rajan Travel | 2,712,755.59 | |
| 6000-90-00 Travel Expense:6000-90-20 Matt J. Lo Travel | 777,619.69 | |
| 6000-90-00 Travel Expense:6000-90-30 Hotels | 321,406.93 | |
| 6000-90-00 Travel Expense:6000-90-40 Mr. Liu Zhern travel | 333,508.53 | |
| 6000-90-00 Travel Expense:6000-90-50 Raja Travel Expenses | 108,230.18 | |
| 6000-90-00 Travel Expense:6000-90-60 Lizzy Travel Expense | 166,167.39 | |
| 68600 6100-50-00 Utilities | 163,176.90 | |
| 6900-00-00 Research and development | 11,283,216.83 | |
| 6900-00-00 Research and development:6900-00-10 R&D Payroll | 3,798,943.76 | |
| 6900-10-00 Fundraising Related | 26,598.55 | |
| 6900-10-00 Fundraising Related:6900-10-01 Wellington Shields | 32,420.00 | |
| 6900-10-00 Fundraising Related:6900-10-02 Craft Capital Management, LLC | 7,260.00 | |
| 6900-10-00 Fundraising Related:6900-10-03 The Long Island Stockbrokers  Group Inc. | 3,500.00 | |
| 6900-20-00 Impairment Expense | 180,999.00 | |
| 69800 Uncategorized Expenses | | 27,316.15 |
| 7000-00-00 Taxes Paid | 405.69 | |
| 7000-00-00 Taxes Paid:7000-00-10 DE Franchise Tax | 164,038.95 | |
| 7000-00-00 Taxes Paid:7000-00-11 DE Franchise Tax P & I | 8,833.45 | |
| 7000-00-00 Taxes Paid:7000-00-20 CA Franchise Tax | 4,814.62 | |
| 7000-00-00 Taxes Paid:7000-00-30 China Business Tax | 146,405.30 | |
| 7000-00-00 Taxes Paid:7000-00-30 China Business Tax:7000-10-30 Matt J Lo China Township Tax | 5,187.00 | |
| 7000-00-00 Taxes Paid:7000-10-00 Fed, State & Local Tax | 47,774.13 | |
| 7000-00-00 Taxes Paid:7000-10-00 Fed, State & Local Tax:7000-10-10 Federal Tax | 2,625.00 | |
| 7000-00-00 Taxes Paid:7000-10-00 Fed, State & Local Tax:7000-10-30 City of Philadelphia | 9,735.09 | |
| 7000-00-00 Taxes Paid:7000-10-40 Rental Real Estate Tax - Phila | 71,083.49 | |
| 7000-00-00 Taxes Paid:7000-20-00 European Tax:7000-20-10 UK MD HumphresTaxes (Duncan) | 62,920.87 | |
| 7100-00-00 Bad Debt Expense | 209,825.78 | |
| Bank Charge | 356.02 | |
| Payroll Expenses | 1,260,917.25 | |
| Payroll Expenses:Payroll Fees | 7,315.10 | |
| Payroll Expenses:Taxes | 31,982.72 | |
| Payroll Expenses:Wages | 312,958.82 | |
| Purchases | 82,165.02 | |
| Uncategorized Expense | 411,992.20 | |
| 6700-10-00 Realized Forex gain or loss | | 61,824.56 |
| 6700-10-05 Unrealized Forex gain or loss | | 4,393,886.63 |
| 8020-20-10 Intercompany Interest Income | | 14,909,617.70 |
| 8430-10-00 Other Income - Gain on RAM Active Media PLC | | 396,169.57 |
| 8440-50-00 Unrealized gain on Note payable | | 330,347.34 |
| 4500-00-00 FV of Warrants | 4,666,646.89 | |
| 7900-00-00 Foreign Exchange Gain or Loss | 846,041.81 | |
| 7910-00-00 Loss on RAM Active Media PLC Investment | 396,169.57 | |
| 7920-00-00 Loss on Uncollectible Compal Deposit | 105,925.00 | |
| 80000 Ask My Accountant | 0.00 | |
| 8440-10-00 - Loss on extinguishment | 55,768,351.34 | |
| 8440-20-00 - Conversion inducement | 1,641,674.99 | |
| 8440-30-00- Gain on extinguishment | | 36,897,772.28 |
| 8440-40-00 Financing Fees | 704.59 | |
| 8440-60-00 - Loss on modification | 13,083,448.46 | |
| 8440-70-00 - Warrant expense | 806,462.25 | |
| Reconciliation Discrepancies | | 710.01 |
| **TOTAL** | **$ 301,423,475.54** | **$ 63,327,373.99** |

$  (238,096,101.55)

Wednesday, Apr 19, 2023 07:05:40 AM GMT-7 - Accrual Basis

 **BANK OF AMERICA**

Business Advantage

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

STREAM TV NETWORKS, INC
2009 CHESTNUT ST
PHILADELPHIA, PA  19103-3307

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for March 1, 2023 to March 31, 2023                Account number: 3830 2507 2950

**STREAM TV NETWORKS, INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2023 | $2,362.50 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $2,346.50 |
| **Ending balance on March 31, 2023** | **$2,346.50** | [1]*Includes checks paid, deposited items and other debits* |

---

| REMEMBER | BUSINESS ADVANTAGE |
|---|---|
| You've got a banking partner ready to help. | **Contact me today.** |
| As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities. | Ray Friend 215.486.8215 ray.friend@bofa.com |
| | SSM-08-22-0105.B  \|  4878868 |

STREAM TV NETWORKS, INC   |   Account # 3830 2507 0950 | Month 1, 2023 to Month 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Your checking account**

STREAM TV NETWORKS, INC   |   Account # 3830 2507 2950   |   March 1, 2023 to March 31, 2023

## Service fees

Based on the activity on your business accounts for the statement period ending 02/28/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $5,000+ combined average monthly balance in linked business accounts
- ◯ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 03/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |

| **Total service fees** | **-$16.00** |
|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 03/01 | 2,346.50 |



BANK OF AMERICA BUSINESS ADVANTAGE

Security you can see

Our security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in Business Advantage 360 to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-06-22-0009.B  I  4762393

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

STREAM TV NETWORKS, INC   |   Account # 3830 2507 0050   |   Month 1, 2017 – March 1, 2023

This page intentionally left blank

STREAM TV NETWORKS, INC   |   Account # 3830 2507 0050   |   Month 1, 2017 – March 1, 2023

STREAM TV NETWORKS, INC   |   Account # 3830 2507 0950 | Month 1, 2013 to March 28, 2023

Page 8 of 8

This page intentionally left blank

STREAM TV NETWORKS, INC   |   Account # 3830 2507 0950 | Month 1, 2013 to March 28, 2023