# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In re
:   Chapter 11
:
Stream TV Networks, Inc.,[1]
:   Case No. 23-10763 (MDC)
:
        Debtor.
:   Chapter 11
:
and
:   Case No. 23-10764 (MDC)
:
In re
:   (Jointly Administered)
:
Technovative Media, Inc.
:   **Hearing Date:  June 21, 2023 at 11:30 a.m. (ET)**
:   **Objection Deadline: June 16, 2023 at 4:00 p.m.**
        Debtor.
:   **(ET)**

---

**NOTICE OF RECEIVER'S MOTION TO SEAL CERTAIN EXHIBITS TO THE FINAL REPORT OF IAN R. LISTON, RECEIVER *PENDENTE LITE*, ATTACHED AS EXHIBIT A TO RECEIVER'S MOTION, PURSUANT TO 11 U.S.C. §§ 105(a) AND 543(b) AND BANKRUPTCY RULE 6002, FOR ENTRY OF AN ORDER (A) APPROVING THE RECEIVER'S FINAL REPORT, (B) GRANTING POST-PETITION DISCHARGE OF THE RECEIVER AND THE RECEIVER PROFESSIONALS, (C) FINDING THAT THE RECEIVER COMPLIED WITH 11 U.S.C. § 543, (D) APPROVING AND DIRECTING PAYMENT OF THE PREPETITION FEES AND EXPENSES OF THE RECEIVER AND THE RECEIVER PROFESSIONALS, AND (E) GRANTING RELATED RELIEF**

        **PLEASE TAKE NOTICE** that Ian R. Liston, in his capacity as the state court-appointed *receiver pendente lite* (the "Receiver") of the operations of Technovative Media, Inc. (the "Company"), has today filed the attached *Receiver's Motion to Seal Certain Exhibits to the Final Report of Ian R. Liston, Receiver* Pendente Lite, *Attached as Exhibit A to Receiver's Motion, Pursuant to 11 U.S.C. §§ 105(a) and 543(b) and Bankruptcy Rule 6002, for Entry of an Order (A) Approving the Receiver's Final Report, (B) Granting Post-Petition Discharge of the Receiver and the Receiver Professionals, (C) Finding That the Receiver Complied with 11 U.S.C. § 543, (D) Approving and Directing Payment of the Prepetition Fees and Expenses of the Receiver and the Receiver Professionals, and (E) Granting Related Relief* (the "Motion to Seal").

        PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion to Seal must file a response or objection (each, an "Objection")

---

[1]    The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

if any, to the Motion to Seal with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before **June 16, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline").

At the same time, you must serve such Objection (i) the Debtors, 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103, (Attn: Mathu Rajan), (ii) counsel to the Debtors, Lewis Brisbois Bisgaard & Smith, 500 Delaware Avenue, Suite 700, Wilmington, DE 19801, (Attn: Rafael X. Zahralddin-Aravena (email: rafael.zahralddin@lewisbrisbois.com)), (iii) the Receiver, Ian R. Liston, Wilson Sonsini Goodrich & Rosati, P.C., 200 Delaware Avenue, Suite 800, Wilmington, Delaware 19801 (email: iliston@wsgr.com);  (iv) counsel to the Receiver, (x) Wilson Sonsini Goodrich & Rosati, P.C.,  1700 K Street, NW, Washington, DC 20006-3814 (Attn: Nicholas E. Hakun (email: nhakun@wsgr.com)) and (y) Wilson Sonsini Goodrich & Rosati, P.C., 200 Delaware Avenue, Suite 800, Wilmington, Delaware 19801, (Attn: Erin R. Fay and Catherine C. Lyons (emails: efay@wsgr.com and clyons@wsgr.com)), (v) counsel to Hawk, K&L Gates LLP, 600 King Street, Suite 901, Wilmington, Delaware 19801 (Attn: Steven L. Caponi (steven.caponi@klgates.com) and Megan E. O'Connor (megan.oconnor@klgates.com)),  and (vi) the Office of the United States Trustee, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Room 229, Philadelphia, Pennsylvania 19107 (Attn: Kevin P. Callahan (email: kevin.p.callahan@usdoj.gov) and John Henry Schanne (email: johnschanne@usdoj.gov)), so as to be actually received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION TO SEAL WILL BE HELD ON **JUNE 21, 2023 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE MAGDELINE D. COLEMAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, ROBERT N.C. NIX SR. FEDERAL BUILDING, 900 MARKET STREET, SUITE 202, PHILADELPHIA, PENNSYLVANIA 19107.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR HEARING.

Dated:  May 17, 2023
        Wilmington, Delaware

*/s/ Nicholas E. Hakun*
Nicholas E. Hakun (PA Bar #325901)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street, NW
Washington, DC  20006-3814
Telephone: (650) 461-6568
Email: nhakun@wsgr.com

and

-2-

Erin R. Fay (*pro hac vice* admission
pending)
Catherine C. Lyons (*pro hac vice* admission
pending)
**WILSON SONSINI GOODRICH &
ROSATI, P.C.**
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
Emails: efay@wsgr.com
        clyons@wsgr.com

*Counsel to the Receiver*

4863-3549-7060.1