### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Stream TV Networks, Inc.
and Technovative Media, Inc.

        Debtor(s)

Case No: 23–10763–mdc

Chapter: 11

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Emergency Motion to Dismiss Case. Motion of Hawk Investment Holdings Ltd. (I) Pursuant to Section 1112(b) of the Bankruptcy Code Either (A)(1) to Dismiss the Debtors Chapter 11 Cases or (2) to Convert Such Cases to Cases Under Chapter 7 or, (B) in the Alternative, Pursuant to Section 1104(a) of the Bankruptcy Code to Appoint a Chapter 11 Trustee and (II) to Request Expedited Consideration Pursuant to Local Rule 5070–1(g) Filed by Hawk Investment Holdings Ltd. Represented by Steven Caponi (Counsel). Hearing scheduled 6/26/2023 at 10:30 AM at Courtroom #2. AND 6/27 @ 12:30 and 6/28 @ 12:30

      on: 6/26/23

      at: 10:30 AM

      in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/22/23

Timothy B. McGrath
Clerk of Court

207 – 83
Form 167