## UNITED STATES BANKRUPTCY COURT

EASTERN   DISTRICT OF   PENNSYLVANIA

In Re. Stream TV Networks, Inc.                                   §          Case No.   23-10763

                                                                 §
_____                          §          Lead Case No.   23-10763
                        Debtor(s)                                §

                                                                            ☒ Jointly Administered

## Monthly Operating Report                                                    Chapter 11

Reporting Period Ended: 05/31/2023                          Petition Date: 03/15/2023

Months Pending: 3                                           Industry Classification:  | 3 | 3 | 4 | 3 |

Reporting Method:              Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                  0

Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Bennett G. Fisher                                    Bennett G. Fisher
Signature of Responsible Party                            Printed Name of Responsible Party

06/21/2023
Date

                                                         24 Greenway Plaza, Suite 1400, Houston, TX 77046
                                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Stream TV Networks, Inc.                                              Case No. 23-10763

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,330 | |
| b. Total receipts (net of transfers between accounts) | $0 | $2,362 |
| c. Total disbursements (net of transfers between accounts) | $575 | $607 |
| d. Cash balance end of month (a+b-c) | $1,756 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $2,500 |
| f. Total disbursements for quarterly fee calculation (c+e) | $575 | $3,107 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $210,187,958 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $6,885,122 |
| l. Prepetition priority debt | $216,576 |
| m. Prepetition unsecured debt | $20,137,677 |
| n. Total liabilities (debt) (j+k+l+m) | $27,239,375 |
| o. Ending equity/net worth (e-n) | $182,948,583 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $575 | |
| k. Profit (loss) | $-575 | $-607 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name  Stream TV Networks, Inc.                                                          Case No.  23-10763

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $500 | $500 | $500 | $3,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Lewis Brisbois | Lead Counsel | | $0 | $0 | |
| ii | BMC Group | Other | | $0 | $0 | $2,500 |
| iii | Us Trustee | Other | $500 | $500 | $500 | $500 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Stream TV Networks, Inc.                                    Case No.  23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name Stream TV Networks, Inc.                                    Case No. 23-10763

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name Stream TV Networks, Inc.                                              Case No. 23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name Stream TV Networks, Inc.                                              Case No. 23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  Stream TV Networks, Inc.                                                          Case No.  23-10763

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d.  Are you current on postpetition tax return filings?  Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◉  No ○

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i.  Do you have:    Worker's compensation insurance?  Yes ○  No ◉

If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

Casualty/property insurance?  Yes ○  No ◉

If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

General liability insurance?  Yes ◉  No ○

If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?  Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

Debtor's Name  Stream TV Networks, Inc.                                          Case No.  23-10763

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mathu Rajan

Signature of Responsible Party

Director

Title

Mathu Rajan

Printed Name of Responsible Party

06/21/2023

Date

Debtor's Name  Stream TV Networks, Inc.                                        Case No.  23-10763



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Stream TV Networks, Inc.                                    Case No. 23-10763



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Stream TV Networks, Inc.                                    Case No.  23-10763



PageThree



PageFour

**Stream TV Networks, Inc.**
**Balance Sheet**

|  | March 15, 2023 | March 31, 2023 | April 30, 2023 | May 31, 2023 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Bank Accounts** | | | | |
| Bank of America 2950 | $ 2,363 | $ 2,347 | $ 2,331 | $ 1,756 |
| **Total Bank Accounts** | $ 2,363 | $ 2,347 | $ 2,331 | $ 1,756 |
| **Accounts Receivable** | | | | |
| Accounts Receivable | $ 167,752 | $ 167,752 | $ 167,752 | $ 167,752 |
| **Total Accounts Receivable** | $ 167,752 | $ 167,752 | $ 167,752 | $ 167,752 |
| **Other Current Assets** | | | | |
| Allowance for Doubtful Accounts | (54,877) | (54,877) | (54,877) | (54,877) |
| **Total Loans & Exchanges** | **(54,877)** | **(54,877)** | **(54,877)** | **(54,877)** |
| **Total Other Current Assets** | **(54,877)** | **(54,877)** | **(54,877)** | **(54,877)** |
| **Total Current Assets** | $ 115,238 | $ 115,222 | $ 115,206 | $ 114,631 |
| **Fixed Assets** | | | | |
| Machinery, Furniture & Fixtures | $ 2,300,162 | $ 2,300,162 | $ 2,300,162 | $ 2,300,162 |
| Iinuma Machines | $ 9,244,165 | $ 9,244,165 | $ 9,244,165 | $ 9,244,165 |
| Small Production Unit | $ 737,107 | $ 737,107 | $ 737,107 | $ 737,107 |
| Accumulated Depreciation | (6,577,136) | (6,577,136) | (6,577,136) | (6,577,136) |
| Office Equipment | $ 105,981 | $ 105,981 | $ 105,981 | $ 105,981 |
| **Total Machinery, Furniture & Fixtures** | $ 5,810,279 | $ 5,810,279 | $ 5,810,279 | $ 5,810,279 |
| **Total Fixed Assets** | $ 5,810,279 | $ 5,810,279 | $ 5,810,279 | $ 5,810,279 |
| **Other Assets** | | | | |
| **Other Asset** | | | | |
| CIP Fixed Asset | $ 184,862 | $ 184,862 | $ 184,862 | $ 184,862 |
| **Total Other Asset** | $ 184,862 | $ 184,862 | $ 184,862 | $ 184,862 |
| Due (to) / from Mediatainment | $ 318,902 | $ 318,902 | $ 318,902 | $ 318,902 |
| Loans Receivable | $ 30,591 | $ 30,591 | $ 30,591 | $ 30,591 |
| Loans Receivable - SeeCubic | $ 66,404 | $ 66,404 | $ 66,404 | $ 66,404 |
| Loan to SeeCubic B.V.i.o | $ 2,558,308 | $ 2,558,308 | $ 2,558,308 | $ 2,558,308 |
| Intercompany Interest Receivable - SeeCubic | $ 1,072,594 | $ 1,072,594 | $ 1,072,594 | $ 1,072,594 |
| Loan to Ultra-D Cooperative UA -Other activity | $ 449,889 | $ 449,889 | $ 449,889 | $ 449,889 |
| Loan to Ultra-D Cooperative UA | $ 29,053,036 | $ 29,053,036 | $ 29,053,036 | $ 29,053,036 |
| Intercompany Interest Receivable - Ultra-D Cooperative UA | $ 13,664,648 | $ 13,664,648 | $ 13,664,648 | $ 13,664,648 |
| Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | $ 86,138 | $ 86,138 | $ 86,138 | $ 86,138 |
| Loan to StreamTV International -  Inventory | $ 3,405,551 | $ 3,405,551 | $ 3,405,551 | $ 3,405,551 |
| Loan to Curacao C.V. | $ 30,244,976 | $ 30,244,976 | $ 30,244,976 | $ 30,244,976 |
| Intercompany Receivable to STVI | $ 4,087,310 | $ 4,087,310 | $ 4,087,310 | $ 4,087,310 |
| Intercompany Interest Receivable STVI | $ 436,363 | $ 436,363 | $ 436,363 | $ 436,363 |
| STREAMTV receivable - STVI  prior years invoices | $ 2,836 | $ 2,836 | $ 2,836 | $ 2,836 |
| **Total Loans Receivable** | $ 85,158,643 | $ 85,158,643 | $ 85,158,643 | $ 85,158,643 |
| **Investment in Affiliate** | | | | |
| Investment in TechnoVative Ventures | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 |
| Investment in Curacao C.V. | $ 8,296 | $ 8,296 | $ 8,296 | $ 8,296 |
| Glasses Free Tehcnology | $ 695,501 | $ 695,501 | $ 695,501 | $ 695,501 |
| Visual Technology Innovations | $ 3,942,120 | $ 3,942,120 | $ 3,942,120 | $ 3,942,120 |
| Visual Semiconductor | $ 3,702,630 | $ 3,702,630 | $ 3,702,630 | $ 3,702,630 |
| **Total Investment in Affiliate** | $ 8,373,547 | $ 8,373,547 | $ 8,373,547 | $ 8,373,547 |
| **Total Other Assets** | $ 94,035,953 | $ 94,035,953 | $ 94,035,953 | $ 94,035,953 |
| **TOTAL ASSETS** | $ 99,961,469 | $ 99,961,453 | $ 99,961,437 | $ 99,960,862 |
| **LIABILITIES AND EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| Accounts Payable (TWN) | $ 11,162 | $ 11,162 | $ 11,162 | $ 11,162 |
| Accounts Payable (GBP) | $ 27,457 | $ 27,457 | $ 27,457 | $ 27,457 |
| Accounts Payable (EUR) | $ 55,538 | $ 55,538 | $ 55,538 | $ 55,538 |
| Accounts Payable (CNY) | $ 2,073,151 | $ 2,073,151 | $ 2,073,151 | $ 2,073,151 |
| Accounts Payable (JPY) | $ 7,252,635 | $ 7,252,635 | $ 7,252,635 | $ 7,252,635 |
| Accounts Payable | $ 8,972,122 | $ 8,972,122 | $ 8,972,122 | 8,972,122 |
| **Total Accounts Payable** | $ 18,392,065 | $ 18,392,065 | $ 18,392,065 | $ 18,392,065 |
| **Total Accounts Payable** | $ 18,392,065 | $ 18,392,065 | $ 18,392,065 | $ 18,392,065 |

| | March 15, 2023 | March 31, 2023 | April 30, 2023 | May 31, 2023 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Other Current Liabilities** | | | | |
| **Current Liability** | | | | |
| **Accrued Expenses** | $ 347,954 | $ 347,954 | $ 347,954 | $ 347,954 |
| **Short term Loan from Mathu** | $ 256,600 | $ 256,600 | $ 256,600 | $ 256,600 |
| **Loan** | $ 247,420 | $ 247,420 | $ 247,420 | $ 247,420 |
| **Total Loan** | $ 851,974 | $ 851,974 | $ 851,974 | $ 851,974 |
| **Sales tax payable** | $ 156 | $ 156 | $ 156 | $ 156 |
| **Total Current Liability** | $ 851,974 | $ 851,974 | $ 851,974 | $ 851,974 |
| **Intercompany Payable** | $ 16,195,000 | $ 16,195,000 | $ 16,195,000 | $ 16,195,000 |
| **Intercompany Payable OTHER** | $ 863,832 | $ 863,832 | $ 863,832 | $ 863,832 |
| **Payroll Liabilities** | | | | |
| **CA PIT / SDI** | $ 9,808 | $ 9,808 | $ 9,808 | $ 9,808 |
| **CA SUI / ETT** | $ 2,599 | $ 2,599 | $ 2,599 | $ 2,599 |
| **Federal Taxes (941/944)** | $ 4,580 | $ 4,580 | $ 4,580 | $ 4,580 |
| **Federal Unemployment (940)** | $ 711 | $ 711 | $ 711 | $ 711 |
| **FL Unemployment Tax** | $ 124 | $ 124 | $ 124 | $ 124 |
| **NV Unemployment Tax** | $ 477 | $ 477 | $ 477 | $ 477 |
| **PA Income Tax** | $ 1,166 | $ 1,166 | $ 1,166 | $ 1,166 |
| **PA Local Tax** | $ 1,324 | $ 1,324 | $ 1,324 | $ 1,324 |
| **PA Unemployment Tax** | $ 3,821 | $ 3,821 | $ 3,821 | $ 3,821 |
| **TX Unemployment Tax** | $ 11 | $ 11 | $ 11 | $ 11 |
| **Total Payroll Liabilities** | $ 24,777 | $ 24,777 | $ 24,777 | $ 24,777 |
| **Total Other Current Liabilities** | $ 24,777 | $ 24,777 | $ 24,777 | $ 24,777 |
| **Total Current Liabilities** | $ 37,132,825 | $ 37,132,825 | $ 37,132,825 | $ 37,132,825 |
| **Long-Term Liabilities** | | | | |
| **Longterm liability** | | | | |
| **HSBC PPP Loan** | $ 805,177 | $ 805,177 | $ 805,177 | $ 805,177 |
| **Total Convertible Debt** | $ 805,177 | $ 805,177 | $ 805,177 | $ 805,177 |
| **Notes Payable to Investors** | | | | |
| **Notes Payable to SLS Holdings VI LLC** | | | | |
| **Note Payable to Vicis Investment** | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 |
| **Total Notes Payable to SLS Holdings VI LLC** | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 |
| **Total Notes Payable to Investors** | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 |
| **Total Longterm liability** | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 |
| **Total Long-Term Liabilities** | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 | $ 6,885,122 |
| **Total Liabilities** | $ 44,017,947 | $ 44,017,947 | $ 44,017,947 | $ 44,017,947 |
| **Equity** | | | | |
| **Opening Bal  Equity** | $ 21,561 | $ 21,561 | $ 21,561 | $ 21,561 |
| **Capital Stock** | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| **Preferred Stock Series A** | | | | |
| **Preferred Stock Series A  Investor Group** | $ 1 | $ 1 | $ 1 | $ 1 |
| **Total Preferred Stock Series A** | $ 1 | $ 1 | $ 1 | $ 1 |
| **Common Stock - Exercise of Pref'd A Warrants** | $ 91 | $ 91 | $ 91 | $ 91 |
| **Common Stock - Legend Conversion** | $ 57,873,235 | $ 57,873,235 | $ 57,873,235 | $ 57,873,235 |
| **Common Stock - New Offering** | $ 2,182,830 | $ 2,182,830 | $ 2,182,830 | $ 2,182,830 |
| **Total Capital Stock** | $ 60,080,217 | $ 60,080,217 | $ 60,080,217 | $ 60,080,217 |
| **Additional Paid-In Capital** | | | | |
| **APIC - Converted Legend costs** | $ 740,617 | $ 740,617 | $ 740,617 | $ 740,617 |
| **APIC-Series A** | $ 6,141,551 | $ 6,141,551 | $ 6,141,551 | $ 6,141,551 |
| **APIC-Redemption of BCF** | (2,441,259) | (2,441,259) | (2,441,259) | (2,441,259) |
| **Glasses Free Tehcnology** | $ 695,501 | $ 695,501 | $ 695,501 | $ 695,501 |
| **Visual Technology Innovations** | $ 3,942,120 | $ 3,942,120 | $ 3,942,120 | $ 3,942,120 |
| **Visual Semiconductor** | $ 3,702,630 | $ 3,702,630 | $ 3,702,630 | $ 3,702,630 |
| **Total Additional Paid-In Capital** | $ 12,781,159 | $ 12,781,159 | $ 12,781,159 | $ 12,781,159 |
| **Retained Earnings** | (16,917,853) | (16,917,853) | (16,917,853) | (16,917,853) |
| **Current Earnings - Post Petition** | $ 0 | (16) | (16) | (575) |
| **Total Equity** | $ 55,943,523 | $ 55,943,507 | $ 55,943,491 | $ 55,942,916 |
| **TOTAL LIABILITIES AND EQUITY** | $ 99,961,469 | $ 99,961,453 | $ 99,961,437 | $ 99,960,862 |

 **BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

STREAM TV NETWORKS, INC
2009 CHESTNUT ST
PHILADELPHIA, PA  19103-3307

# Business Advantage

**Customer service information**

  1.888.BUSINESS (1.888.287.4637)

  bankofamerica.com

  Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

  Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for May 1, 2023 to May 31, 2023

Account number: 3830 2507 2950

**STREAM TV NETWORKS, INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2023 | $2,330.50 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 4 |
| Withdrawals and other debits | -558.75 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $2,278.45 |
| **Ending balance on May 31, 2023** | **$1,755.75** | *¹Includes checks paid, deposited items and other debits* |

---

**REMEMBER**

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Ray Friend
215.486.8215
ray.friend@bofa.com

SSM-08-22-0105.B  |  4878868

STREAM TV NETWORKS, INC  |  Account # 3830 2507 0950  |  May 1, 2023 to May 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

**Your checking account**

**BANK OF AMERICA** 〰

STREAM TV NETWORKS, INC   |   Account # 3830 2507 2950   |   May 1, 2023 to May 31, 2023

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/30/23 | PA TLR cash withdrawal from CHK 2950 | -500.00 |
| 05/30/23 | PA TLR cash withdrawal from CHK 2950 | -30.00 |

Card account # XXXX XXXX XXXX 3277

| Date | Description | Amount |
|------|-------------|--------|
| 05/30/23 | USPS PO 410582  05/27 #000317146 PURCHASE USPS PO 41058200   BENSALEM     PA | -28.75 |
| **Subtotal for card account # XXXX XXXX XXXX 3277** | | **-$28.75** |
| **Total withdrawals and other debits** | | **-$558.75** |

## Service fees

Based on the activity on your business accounts for the statement period ending 04/28/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $250+ in new net purchases on a linked Business debit card

○ $5,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 05/01 | 2,314.50 | 05/30 | 1,755.75 |

BANK OF AMERICA BUSINESS ADVANTAGE

### Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B  |  5421083

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news – we are lowering and eliminating fees related to international wires and transactions!**

Starting May 21, we will lower the Incoming International Wire Transfer Fee from $16 to $15.

As a reminder, on May 23, 2023, we will stop charging an International Transaction Fee when an international debit card purchase is processed in U.S. dollars. However, keep in mind, debit card purchases processed in a foreign currency will continue to be charged the International Transaction Fee which is equal to 3% of the U.S. dollar amount of the transaction.

STREAM TV NETWORKS, INC   |   Account # 3830 2507 9950 4467   |   May 1, 2023 - May 31, 2023

This page intentionally left blank

STREAM TV NETWORKS, INC   |   Account # 3830 2507 0050   |   May 1, 202 – May 31, 2023

This page intentionally left blank

STREAM TV NETWORKS, INC   |   Account # 3830 2507 2950  |  May 1, 2023 – May 31, 2023

This page intentionally left blank

STREAM TV NETWORKS, INC   |   Account # 3830 2507 2950   |   May 1, 2023 – May 23, 2023

This page intentionally left blank

STREAM TV NETWORKS, INC   |   Account # 3830 2507 2950   |   May 1, 2023 – May 23, 2023

STREAM TV NETWORKS, INC   |   Account # 3830 2507

This page intentionally left blank