**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**AMENDMENT TO DEBTORS' EXPEDITED MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO TAKE
CERTAIN ACTIONS IN THE ORDINARY COURSE OF BUSINESS**

Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), file this amendment (the "Amendment") to the *Debtors' Expedited Motion for Entry of Interim and Final Orders Authorizing Debtors to Take Certain Actions in the Ordinary Course of Business* (the "Ordinary Course Motion") [ECF No. 135], and state:

1.      On April 21, 2023, the Debtors filed the Ordinary Course Motion. In the Ordinary Course Motion, the Debtors sought, *inter alia*, authority, to the extent required,[2] to sell unissued shares of Class A common stock of Stream. Further, the Debtors sought authority to enter into a

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

[2] As noted in the Ordinary Course Motion, the Debtors do not believe that Court approval is required to sell unissued shares of Stream stock, but filed the Ordinary Course Motion in an abundance of caution.

125798874.2

stock purchase agreement with Visual Semiconductor, Inc. ("VSI") for the sale of Stream's equity, up to a maximum purchase of $10 million.

2.     Since the filing of the Ordinary Course Motion, the Debtors have continued to explore the sale of Class A common stock of Stream to other third parties. One such party is Zhongsheng Group Holdings Ltd. ("ZGH").

3.     On June 6, 2023, Stream entered into a term sheet (the "Term Sheet") with ZGH whereby ZGH agreed to invest up to $300 million for the purchase of Class A common stock of Stream. A copy of the executed Term Sheet is attached hereto as **Exhibit A**. Under the Term Sheet, the funds may be used for any lawful purpose.

4.     As anticipated by the Term Sheet, Stream and ZGH intend to enter into a subscription agreement (the "Subscription Agreement"). A copy of the draft Subscription Agreement between Stream and ZGH is attached hereto as **Exhibit B**. The Subscription Agreement further outlines the terms of ZGH's purchase of Class A common stock of Stream.

5.     The Debtors intend to use the first $30 million of any funds received from the Term Sheet and Subscription Agreement (or any other sale of Class A common stock of Stream to other parties) consistent with the budget attached hereto as **Exhibit C**, which should provide the Debtors with sufficient funding through confirmation of the Debtors' to-be-filed plan of reorganization.

6.     While the Debtors believe that the relief sought in the Ordinary Course Motion was broad enough to cover the sale of Class A common stock of Stream to ZGH, the Debtors file this Amendment in an abundance of caution and seek authority, to the extent necessary, to sell Class A stock of Stream up to $300 million, including to ZGH.

2

125798874.2

**WHEREFORE**, the Debtors respectfully request that the Court enter an order granting the relief requested in the Ordinary Course Motion, as amended or modified pursuant to this Amendment.

Date: June 23, 2023

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

-and-

Vincent F. Alexander (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Vincent.Alexander@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com

*Counsel to Debtors*

3

125798874.2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all parties who are authorized to receive electronically Notice of Electronic Filing in this bankruptcy case.

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena

125798874.2