# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>STREAM TV NETWORKS, INC.,[1]<br><br>Debtor,<br><br>and<br><br>IN RE:<br><br>TECHNOVATIVE MEDIA, INC.,<br><br>Debtor. | Chapter 11<br><br>CASE NO.: 23-10763 MDC<br><br><br>Chapter 11<br><br>CASE NO.: 23-10764 MDC<br><br>(Jointly Administered) |

## SCHEDULING ORDER

On April 6, 2023, Hawk Investment Holdings, Ltd. ("Hawk"), as Collateral Agent for the secured noteholders of SeeCubic, Inc. ("SeeCubic"), a secured creditor of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative" and, together with Stream, the "Debtors") in the above-captioned chapter 11 cases (together, the "Chapter 11 Cases"), filed the *Motion of Hawk Investment Holdings Ltd. (I) Pursuant to Section 1112(b) of the Bankruptcy Code Either (A)(1) to Dismiss the Debtors' Chapter 11 Cases or (2) to Convert Such Cases to Cases under Chapter 7 or, (B) in the Alternative, Pursuant to Section 1104(a) of the Bankruptcy Code to Appoint a Chapter 11 Trustee and (II) to Request Expedited Consideration Pursuant to Local Rule5070-1(g)* [ECF No. 83] (the "Dismissal Motion").[2]

As used herein, the Debtors, Hawk, and SeeCubic, collectively, are referred to as the "Parties."

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

AND, on April 14, 2023, the Court held a preliminary hearing to consider the relief sought in the Dismissal Motion, at which time the Court scheduled a trial and evidentiary hearing (the "Trial") on the Dismissal Motion for May 22, 23, and 24, 2023 (the "Initial Hearing Dates").

AND, on April 21, 2023, the Debtors filed the *Debtors' Expedited Motion for Entry of Interim and Final Orders Authorizing Debtors to Take Certain Actions in the Ordinary Course of Business* [ECF No. 135] (the "Ordinary Course Motion").

AND, on April 21, 2023, the Court entered an order scheduling a hearing on the Ordinary Course Motion for April 24, 2023.

AND, on April 26, 2023, the Court entered an order continuing the hearing on the Ordinary Course Motion to be heard on the Initial Hearing Dates.

AND, on May 22, 2023, the Court entered an order continuing the Trial and the hearing on the Ordinary Course Motion (if needed) from the Initial Hearing Dates to June 26, 27, 28, and 29, 2023.

AND, on May 31, 2023, the Court held a status conference to address logistics for the Trial and evidentiary hearing on the Ordinary Course Motion (the "Status Conference").

AND, at the Status Conference, the Court (a) established the discovery schedule set forth herein and (b) scheduled (1) the Trial to proceed first, followed by, (2) if needed, hearings on (i) the Stay Relief Motion[3] and (ii) only the portion of the Ordinary Course Motion requesting authority to sell Stream's equity interests (such portion of the Ordinary Course Motion, the "Motion to Sell").

It is hereby ORDERED that:

---

[3] As used herein, the term "Stay Relief Motion" means *Hawk Investment Holdings Ltd.'s Emergency Motion for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [ECF No. 16], filed on March 20, 2023.

1. On or before June 5, 2023 at 5:00 p.m. (ET), the Parties shall exchange preliminary witness lists and a brief statement of the evidence to which each witness is expected to testify.[4]

2. All witnesses identified on the Parties' respective lists shall be made available for a deposition without the need of a formal subpoena or will be precluded from testifying at the trial. A Party who wishes to conduct a deposition of an identified witness shall issue an appropriate notice of deposition after the Parties consult and reach agreement on the date, time and location for the deposition.

3. All discovery, including all depositions, relating to the Trial and the evidentiary hearing on the Motion to Sell shall be completed on or before June 20, 2023.

4. On or before June 23, 2023, no later than 5:00 p.m. (ET), each Party is required to: (a) provide to the opposing Party(ies) a list of all witnesses that will or may be called (in order to be called at Trial) and copies of all exhibits that will or may be used at Trial; (b) file a copy of the same on the docket; and (c) email a copy of the same to Chief Judge Coleman's Courtroom Deputy, Eileen Godfrey at Eileen_Godfrey@paeb.uscourts.gov.

5. If the Parties are able to reach an agreement as to any stipulated facts, the Parties shall file a joint statement of stipulated facts on or before June 23, 2023 at 5:00 p.m. (ET).

6. The Trial shall commence on June 26, 2023 at 10:30 a.m. (ET) in Courtroom #2, 900 Market Street, Philadelphia, PA 19107. The Trial will continue on June 27, 28, and 29, 2023, as necessary.

7. The dates and deadlines herein may be extended upon consent of all Parties or relief from the Court.

---

[4] The Parties consensually agreed to extend this deadline to June 6 and have since complied therewith.

Dated: __June 14th____, 2023

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge