**K&L GATES**

August 30, 2023

Steven L. Caponi
steven.caponi@klgates.com

T +1 302 416 7080

Chief Judge Magdeline D. Coleman
United States Bankruptcy Court for
 the Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 202
Philadelphia, PA 19107

**Re:    In re: Stream TV Networks, Inc., Case Nos. 23-10763, 23-10764**

Dear Judge Coleman:

On behalf of the Secured Creditors, Hawk Investment Holdings Limited ("Hawk") is deeply sorry to hear of Your Honor's recent car accident and sends its wishes for a speedy recovery.  We understand that the continuance was necessary and that the Court's calendar is very busy already and likely will be even more so due to the number of hearings being rescheduled.  In the spirit of judicial economy and in light of those burdens on the Court, we offer the below alternatives in an attempt to address the matters before the Court as efficiently as possible.

As the Court is aware, Hawk has filed various requests for relief in these chapter 11 cases, including for relief from stay (the "Motion for Relief") and to dismiss/convert the case or appoint a chapter 11 trustee (the "Motion to Dismiss" and, together with the Motion for Relief, the "Motions"). We write with regard to the rescheduling of the hearings on the Motions to September 22, 2023 (the "Hearings") to respectfully request that the Court conclude the Hearings via Zoom and grant interim relief on the record before it.

The Hearings were originally scheduled for May 31, 2023, prior to being continued to June 26 to 29, 2023, which were again continued to August 15 and 17, 2023, and then again to August 28 and 29, 2023.  The Court has now rescheduled the Hearings to September 22, 2023.  Hawk is sympathetic to the Court's inability to hold the Hearings this week given the circumstances. Nevertheless, Hawk believes that continuing the Hearings for another month is highly prejudicial to Hawk and unnecessary given the current context and posture of the cases.

If the Hearings were continued to September 22, the Motion for Relief will have been pending for ***186 days*** and the Motion to Dismiss/Convert for ***169 days***.  More than just the length of time the Motions have been pending (and related statutory limitations), there are many other practical reasons for the Court to expedite the resolution of these matters, including providing certainty to the Debtors' non-debtor subsidiaries.  Providing clarity with respect to future funding sources of

the non-debtor subsidiaries and stability to their employees is of paramount importance. Extending these cases further will only divert attention and resources away from running the non-debtor subsidiaries, delay the development of products predicated on emerging technologies, and potentially disrupt commercial relationships in the process.

In its current posture, all parties have concluded their cases in chief and the only remaining aspects of the Hearings are (a) Hawk completing its cross examination of Mr. Rajan, (b) the Debtors examining Mr. Michaels as a rebuttal witness, and (c) the parties making their closing arguments.  Hawk respectfully requests the Court complete the record by holding Hearings via Zoom if doing so will close the record earlier in September.  Concluding the hearings over Zoom would reduce expenses on the parties, save time, and facilitate holding the continued Hearings prior to September 22, 2023.

Separately, the remaining evidence and argument to be presented do not relate to the Motion for Relief, the resolution of which is a purely legal issue.  The record has long been closed on this Motion.  Accordingly, Hawk believes the Court should rule on and grant the Motion for Relief from the Stay so that the parties may promptly engage with the Court of Chancery to schedule the conclusion of the Section 225 proceeding.  Concluding the Section 225 proceeding will resolve several significant issues that are before this Court and that are subject of the Debtors' recent adversary proceeding against the Secured Creditors.

Additionally, the Court has continued hearings on the Debtors' Motion to Extend the Exclusivity Period [ECF No. 292] and the Debtors' Application to Employ Thomas Park as CFO [ECF No. 298] to September 6, 2023.  The Court had originally indicated that these matters would be heard after the Motions and had been calendared accordingly.  However, due to the rescheduling of the Hearings to September 22, these matters are now calendared prior to the resolution of the Motions.  In addition, counsel for Hawk is not available on September 6 to argue these matters. For these reasons, Hawk has asked Debtors to agree to a consensual continuance, but has yet to receive an answer.  Hawk requests that these matters be once again continued beyond the date scheduled for the Hearings on the Motions.

We thank the Court for its attention to this matter, and we are available to discuss this letter and its implications during a status conference at the Court's convenience.


Yours sincerely,

*/s/ Steven L. Caponi*

Steven L. Caponi
Partner

2

August 30, 2023