**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**LOCAL RULE 2016-5 FIRST REQUEST FOR PAYMENT ON ACCOUNT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD & SMITH, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIOD MARCH 15, 2023 THROUGH APRIL 30, 2023**

Lewis Brisbois Bisgaard & Smith, LLP ("LBBS"), counsel to the above-captioned debtors (the "Debtors"), in accordance with Federal Rule of Bankruptcy Procedure 2016 and Local Bankruptcy Rule 2016-5, requests an award of compensation and reimbursement of actual, necessary expenses and represents as follows:

**Part A – Preliminary Statement**

1. LBBS is counsel for the Debtor.

2. All services rendered and fees incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3. The services described in this request (the "Request") are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Request are actual, necessary expenses.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

126933398.2

5. LBBS makes this Request for compensation and reimbursement of expenses for the period March 15, 2023 through April 30, 2023 (the "Compensation Period").

### Part B – General Information

6. General Information

    A. Date case filed: **March 15, 2023**

    B. Date Application to Approve Employment filed: **April 3, 2023**

    C. Date employment was approved: **May 3, 2023**

    D. First date services rendered in the bankruptcy case: **March 15, 2023**

7. Professionals Billing for Compensation Period
   (March 15, 2023 through April 30, 2023)

**ATTORNEYS**

| Name | Hours | Billing Rate | Total |
|---|---|---|---|
| Rafael X. Zahralddin-Aravena | 127.90 | 975.00 | $154,830.00 |
| Vincent F. Alexander | 166.00 | 695.00 | $146,992.50 |
| Sean P. Shecter | 22.40 | 650.00 | $26,845.00 |
| Bennett G. Fisher | 72.90 | 550.00 | $52,140.00 |
| Paul W. Kisslinger | 10.30 | 500.00 | $5,150.00 |
| Richard Lauter | 1.00 | 500.00 | $500.00 |
| Francis G. Pileggi | .30 | 500.00 | $150.00 |
| Kevin F. Shaw | 16.30 | 450.00 | $5,040.00 |
| Daniel David | 23.40 | 350.00 | $8,190.00 |
| Ann P. Nguyen | 62.80 | 300.00 | $18,840.00 |
| Karen R. Poppel | 54.20 | 300.00 | $16,260.00 |
| Rebecca L. Stoddard | 5.30 | 300.00 | $1,590.00 |
| Maria L. Garcia | 9.70 | 300.00 | $2,910.00 |

**PARALEGALS**

| Name | Hours | Billing Rate | Total |
|---|---|---|---|
| Christina Freeman | 42.40 | 275.00 | $11,660.00 |
| Candace Russell | 87.20 | 275.00 | $23,980.00 |
| Anika Townsend | 2.00 | 200.00 | $400.00 |

**Total Fees: $475,477.50**

8. Billing Rates

126933398.2

The billing rates set forth in this Request are the normal hourly rates charged by LBBS for the services rendered.

## Part C – Billing Summary

9.  Description of Services

Compensation and reimbursement for expenses is now sought for all reasonable and necessary activities performed in the case from March 15, 2023 through April 30, 2023 including, by categorical listing:

**B110 – Case Administration** (Fees: $11,986.50 Total Hours: 27.40)

This category represents coordination of service lists; scheduling and preparation for hearings; and other general case administration and compliance activities. During the Compensation Period, LBBS worked with the Clerk's office to ensure its filings complied with Local Rules, prepared and filed the creditor matrix, and required forms related to the bankruptcy case, and updated and revised the Petition and related required documents to be filed with the Petition. Finally, LBBS coordinated and prepared service of all motions, declarations, notices and other filings with the Claims and Noticing Agent, BMC Group, Inc.

**B115 – Statement of Financial Affairs** (Fees: $ 40,977.50 Total Hours: 94.90)

LBBS consulted with the Debtor regarding the initial debtor interview, preparation of schedules and statement of financial affairs, and communications accompanying the commencement of the case. The Debtors worked diligently with LBBS to reconstruct books and records which have been withheld by creditors who orchestrated a takeover scheme that was invalidated by the Delaware Supreme Court.

**B120 – Asset Analysis/Recovery** (Fees: $107,614.50 Total Hours: 176.00)

126933398.2

This category represents identification and review of potential assets on behalf of the Debtor. During the Compensation Period, LBBS consulted with the Debtors in pursuit of the recovery of assets by an invalidated takeover scheme orchestrated by its creditors. LBBS also assisted in recovery of equipment, books and records, demonstrative ("demo") units and other assets improperly taken and not returned by the creditors who orchestrated the invalidated takeover scheme. LBBS also worked to reconstruct records and asset with the state law receiver, who turned over all assets in his possession.

**B130 – Asset Disposition** (Fees: $ 0.00  Total Hours: 0.0)

This category includes all matters relating to the sale and disposition of the Debtor's assets.

**B140 – Relief from Stay/Adequate Protection Proceedings**
(Fees: $74,242.50  Total Hours: 132.20)

This category includes matters relating to termination or continuation of automatic stay under §362 and motions for adequate protection under §361. During the Compensation Period, LLBS assisted the Debtor in objecting to Motions for relief from the stay by the creditors who orchestrated the invalidated takeover scheme, as well as enforcement of the Stay, and in adequate protection decisions with the creditors who orchestrated the invalidated takeover scheme.

**B150 – Meetings of and Communications with Creditors**
(Fees: $1,499.50  Total Hours: 2.50)

This category includes routine communications with the Debtor's creditors regarding the status of the bankruptcy case, the receipt of certain notices, claims, and other issues and inquiries arising from time to time. During the Compensation Period, LBBS communicated with the U.S. Trustee regarding the 341 Meeting, prepared the Debtors for the 341 Meeting, and attended the 341 Meeting.

**B160 – Fee/Employment Applications** (Fees: $21,464.50  Hours: 32.90)

126933398.2

This category represents certain matters pertaining to retention of counsel and other professionals in the Debtor's cases. During the Compensation Period, LBBS filed its Application for Retention and Employment as Counsel for the Debtor. LBBS also prepared and filed the Supplemental Declaration of Rafael X. Zahralddin in support of LBBS' retention application. LBBS also prepared and filed Applications for Retention and Employment of BMC Group, LLC as Notice and Claims Agent.

**B190 – Other Contested Matters** (Fees: $51,125.00  Total Hours: 81.40

This category generally relates to time incurred in prosecuting general contested matters during the bankruptcy case. During the Compensation Period, LBBS communicated extensively with the US Trustee regarding various issues. LBBS worked diligently to defend the Debtors from a Motion to Dismiss, Convert the case, or appoint a Chapter 11 Trustee, filed by the creditors who orchestrated the invalidated takeover scheme. LBBS also worked with the Debtors to assess issues related to the Debtors' foreign subsidiaries and any impact on Debtors' estate.

**B195 – Non-Working Travel** (Fees: $0.00  Total Hours: 0.0)

This category represents the cost of non-working travel to the Court.

**B210 – Business Operations** (Fees: $51,260.50 Total Hours: 64.40)

This category generally includes services provided to the Debtors in connection with matters regarding the operation of the Debtors' business. Specifically, during the Compensation Period, LBBS assisted the Debtors with production, supply chain finance, conditions for reviewing its equipment, and the status of foreign subsidiaries, and alternate products, locations and options. LBBS also consulted in efforts to secure employees and contractors for the Debtors' operations. LBBS also advised the Debtor on insurance coverage and taxes.

**B220 – Employee Benefits/Pensions** (Fees: $0.00  Total Hours: 0.0)

This category includes issues reviewed such as severance, retention, 401K coverage and continuance of pension plan.

### B230 – Financing/Cash Collection (Fees: $55,041.50 Total Hours: 83.10)

This category includes time incurred by LBBS relating to the Debtor's financing of its Chapter 11 cases and operations. During the Compensation Period, LBBS assisted the Debtor in pursuing financing alternatives, including raising funds related to equity raises as well as negotiations with multiple traditional DIP financing sources and sources willing to examine lending which collateralized pending purchase orders. In addition, LBBS consulted with the Debtor regarding the budget for the initial 13 weeks of the case. LBBS consulted with various debtor-in- possession financing sources and financing sources of both case financing and plan sponsorship.

### B240 – Tax Issues (Fees: $0.00  Total Hours: 0.0)

This category generally includes time incurred relating to tax issues.

### B260 – Board of Directors Matters (Fees: $1,792.00  Total Hours: 4.00)

This category consists of preparation of materials for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues and review and preparation of corporate documents (e.g., Articles, Bylaws, employment agreements, compensation plans, etc.)

### B270 – Regulatory and Compliance (Fees: $6,460.00  Total Hours: 11.00)

LBBS consulted with Debtor regarding discussions of all regulatory and compliance issues including, but not limited to, the Financial Industry Regulatory Authority ("FINRA"), the Securities and Exchange Commission ("SEC") and the Unfair Trade Practices Act.

### B310 – Claims Administration and Objections
(Fees: $2,517.00  Total Hours: 3.20)

126933398.2

This category consists of specific claims inquiries, bar date motions, analyses, objections and allowances of claims, which LBBS assisted with during the applicable Compensation Period.

**B320 – Plan and Disclosure Statement** (Fees: $12,835.50 Total Hours: 21.10)

This category includes time incurred relating to the disclosure statement and plan of reorganization. During the Compensation Period, LBBS prepared, negotiated and initially drafted the Plan of Reorganization and related Disclosure Statement and discussed the creditor classes within the plan.

**B430 – Court Hearings** (Fees: $29,741.00 Total Hours: 58.70)

This category includes time incurred by LBBS relating to preparation for, and attendance at court hearings.

**B600 - Litigation** (Fees: $6,920.00 Total Hours: 23.40)

This category includes all work done to investigate, prepare and file complaint for lender liability, tortious interference, breach of contract, trade secret violations, fiduciary duty violations and various other counts against creditors who orchestrated the invalidated takeover scheme.

10. Detail of Hours Expended

Attached hereto as **Exhibit A** is a listing of categories of services rendered and the hours expended in each category.

11. Request

Based on the above, LBBS seeks payment at this time as follows: $383,858.00 ($380,382.00 = 80% of the fees for services rendered) plus $3,476.00 (100% of interim expenses incurred).

**Part D – Expense Summary**

12. From March 15, 2023 through April 30, 2023, LBBS has expended $3,476.00 for

126933398.2

expenses in connection with the services provided to the Debtors. Also set forth in **Exhibit A** is a list that shows the type of expenses for which reimbursement is sought and the amount of reimbursement sought for each type for the Compensation Period.

13. The following expenses listed on **Exhibit B** are calculated using LBBS' in-house actual cost or the actual amount billed by a third party provider: Postage/Freight, Messenger/Courier Services, Court Reporting/Transcripts, Meals, Search Fees, Information Services and Outside Duplicating Services.

WHEREFORE, LBBS requests approval of interim compensation in the total amount of $383,858.00. LBBS seeks payment at this time as follows $380,382.00 (80% of $475,477.50 for services rendered) plus $3,476.00 (100% of interim expenses incurred).

Date: September 12, 2023

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

-and-

Vincent F. Alexander (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Vincent.Alexander@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted *pro hac vice*)

126933398.2

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com

*Counsel to Debtors*

126933398.2