**CERTIFICATE OF SERVICE**

I, Margaret A. Vesper, certify that on November 13, 2023 I caused a copy of the forgoing *Shadron Stastney's Objection to Debtor's Motion to Compel Compliance with and for Relief and Remedies under Rule 2019* to be served on those persons receiving notice through CM/ECF.

*/s/ Margaret A. Vesper*
Margaret A. Vesper (No. 329793)