# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF RAFAEL X. ZAHRALDDIN-ARAVENA IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY LEWIS BRISBOIS BISGAARD & SMITH LLP AS COUNSEL FOR THE DEBTORS**

I, Rafael X. Zahralddin-Aravena, hereby declare, under penalty of perjury, as follows:

1. I am a partner at Lewis Brisbois Bisgaard & Smith LLP ("**LBBS**"), a law firm that maintains an office at 550 E. Swedesford Road, Suite 270, Wayne, PA 19087.

2. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, the Commonwealth of Pennsylvania, and the State of New York, as well as the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania, the Third Circuit Court of Appeals and the United States Supreme Court.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

132793383.1

3. I respectfully submit this supplement (the "**Second Supplemental Declaration**") to my original Declaration, dated April 3, 2023 [D.I. 70-1] (the "**Original Declaration**") and my supplemental Declaration, dated April 28, 2023 [D.I. 180] (the "**Supplemental Declaration**"), pursuant to sections 328 and 1103(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and in connection with the retention of LBBS as counsel to the above-captioned debtors and debtors-in possession (the "**Debtors**"). The purpose of this Second Supplemental Declaration is to supplement certain disclosures in both the Original Declaration and the Supplemental Declaration.

4. Unless otherwise stated, I have personal knowledge of the matters set forth herein.[2] All capitalized terms used but not defined herein shall have the meanings given to them in the Application Pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code for Authority to Employ Lewis Brisbois Bisgaard & Smith LLP as Counsel for the Debtors dated April 3, 2023 [D.I. 70] (the "**Application**").

5. On May 3, 2023, the Court entered an order approving the retention of LBBS, effective as of April 4, 2023, as counsel to the Debtors. *See* D.I. 185.

6. On March 29, 2023, the Debtors filed their Schedules of Assets and Liabilities. *See* Schedules of Assets and Liabilities for Stream TV Networks, Inc., Case No. 23-10763 (MDC), [Dkt. No. 54] (the "**Schedules**").

7. On Exhibit A of my Original Declaration, I disclosed the following:

Rafael X. Zahralddin, while working at a prior firm, Elliott Greenleaf P.C., represented Stream TV as a creditors rights and restructuring lawyer in a Chancery case in 2019 which

---

[2] Certain of the disclosures made herein relate to matters within the knowledge of other professionals and paraprofessionals at LBBS and are based on information provided to me by them.

sought an injunction to prevent self-help by certain creditors. He withdrew from the case with permission of the Court after three weeks and was replaced by substitution counsel. He also represented a special purpose vehicle which was to facilitate financing for Stream TV in a bankruptcy filed in Delaware while a lawyer at Armstrong Teasdale in 2020. These prior representations do not pose any material adverse interest.

Original Declaration at Exhibit A, ¶ 1.

8. Moreover, in connection with my Supplemental Declaration, I disclosed the following:

In 2020, while I was a partner at Elliott Greenleaf, P.C. ("Elliott Greenleaf"), I served as counsel to Stream and Mathu and Raja Rajan as counterclaimants, in *Stream TV Networks, Inc. v. SeeCubic, Inc.*, C.A. No. 2020-0766 (the "Chancery Case"). Elliott Greenleaf entered its appearance on October 8, 2020, through a substitution of counsel for Buchanan Ingersoll. Jonathan Stemerman served as the primary lawyer in the Chancery Case and Brian Grady served as the lead litigator. I provided bankruptcy and creditors' rights advice on the matter. Elliott Greenleaf filed a motion to withdraw on November 8, 2020, which was granted on November 10, 2020. Scott Cousins, P.C. [sic] and Salazar & Associates [sic] substituted for Elliott Greenleaf after the firm's withdrawal (I did not have any affiliation with either firm). . . .

\* \* \* \* \*

Supplemental Declaration at ¶ 11.

9. On December 1, 2023, Scott D. Cousins ("**Cousins**") joined LBBS as a partner in its Wilmington, Delaware office.

10. Prior to December 1, 2023, Cousins was a partner of Cousins Law LLC, ("**Cousins Law**").

11. As noted in my Supplemental Declaration, in the Chancery Case, Cousins Law and Salazar Law, LLP ("**Salazar Law**") substituted into that case after Elliott Greenleaf withdrew as counsel. I am informed that on or about November 11, 2020, Stream TV Networks, Inc. ("**Stream TV**") retained Cousins Law and Salazar Law as its counsel. *See* Supplemental Declaration at ¶ 11.

12. I am also informed that on or about June 2, 2021, Cousins Law and Salazar Law received approval of the Chancery Court to withdraw as counsel to Stream TV.

13. As set forth more fully in my Supplemental Declaration, Stream TV filed a chapter 11 case in Delaware (the "**First Bankruptcy Case**"). *See* Supplemental Declaration at ¶ 12. This Second Supplemental Declaration revises the citation therein to correct the citation for the First Bankruptcy Case, namely: *In re Stream TV Networks, Inc.*, Case No. 21-10433 (KBO) (Bankr. D. Del.).

14. The Supplemental Declaration also disclosed that while at Armstrong Teasdale, LLP, I represented Visual Technology [Innovations], Inc. ("**VTI**") in the First Bankruptcy Case. *See* Supplemental Declaration at ¶ 12. As set forth more fully therein, VTI is "owned by numerous investors, including [Mathu] Rajan." *Id.*

15. In connection with the representation of Stream TV in the Chancery Court matter, Cousins has informed me that Cousins Law has a claim against Stream TV for unpaid fees in the amount of $27,285.08.

16. The Debtors' Schedules list Cousins Law as having a non-liquidated, non-disputed unsecured claim in the amount of $27,947.08 (the "**Cousins Law Claim**"). [D.I. 54 at ¶ 3.35].[3]

17. I am also informed that on or about January 12, 2021, Visual Technology Innovations, Inc. ("**VTI**"), agreed to be liable and pay for any currently due and owing legal fees

---

[3] In the First Bankruptcy Case, Stream TV listed Cousins Law as one of the bankruptcy estate's unsecured creditors with a claim in the amount of $34,279.31 comprising prepetition attorneys' fees and costs incurred in this litigation. *See* First Bankruptcy Case [D.I. 87].

and costs, and any and all future fees and costs, owed to Cousins Law and Salazar Law by Stream TV (the "**VTI Guaranty**").[4] That VTI Guaranty was signed by Mathu Rajan, as President of VTI.

18.     Finally, I am informed by Cousins that Cousins Law has agreed to waive the Cousins Law Claim and renounce its right to receive any distribution on account of the Cousins Law Claim against the Debtors in these cases. Cousins has also agreed to waive the Cousins Law Claim against VTI in connection with the VTI Guaranty.

19.     The foregoing constitutes the supplemental statement of LBBS pursuant to sections 328 and 1103 of the Bankruptcy Code and Rule 2014(a) of the Bankruptcy Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2023

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena

---

[4]     To be clear, LBBS has not received any form of guaranty of payment in connection with its representation of the Debtors.