| Cost Center | Cat | Apr-23 VSI funded |
|---|---|---:|
| Accounting | Software | (212.00) |
| **Accounting Total** | | **(212.00)** |
| | | |
| Development | Bank Charges | (40.00) |
| | Consultant | (22,500.00) |
| | Travel | |
| **Development Total** | | **(22,540.00)** |
| | | |
| Fundraising | Bank Charges | (41.35) |
| | Roadshow | (6,828.46) |
| **Fundraising Total** | | **(6,869.81)** |
| | | |
| Legal | Bank Charges | (40.00) |
| | Office | |
| | Shipping | |
| | Stream | (41,001.46) |
| | Fees | |
| **Legal Total** | | **(41,041.46)** |
| | | |
| Misc | Bank Charges | (135.95) |
| | Insurance | (144.78) |
| | MR | (3,512.40) |
| | Office | |
| | Rent | (11,116.97) |
| | Shipping | (3,315.00) |
| | Software | (209.47) |
| | Stream | (3,000.00) |
| | Tax | |
| | Trade Fair | (6,400.00) |
| | Travel | (21,603.97) |
| **Misc Total** | | **(49,438.54)** |
| | | |
| Payroll | Bank Charges | (120.00) |
| | Benefits | (62,121.75) |
| | Consultant | (129,410.74) |
| **Payroll Total** | | **(191,652.49)** |
| | | |
| Production | License | |
| **Production Total** | | |
| | | |
| Sales | Bank Charges | (80.00) |
| | Trade Fair | (10,000.00) |
| | Travel | (9,300.00) |
| **Sales Total** | | **(19,380.00)** |
| | | |
| **Grand Total** | | **(331,134.30)** |