

December 7, 2023

Mr. Thomas Park
Chief Financial Officer
Stream TV Networks, Inc.
2009 Chestnut Street
Third Floor
Philadelphia, PA 19103

Dear Mr. Park:

Enclosed please find a summary of expenses paid by Visual Semiconductor, Inc. on behalf of Stream TV Networks, Inc. for April, 2023. As you can see, these expenses total **$331,134.30** for the reporting period.

Accordingly, and pursuant to the stock purchase agreement between VSI and Stream which specifies a per-share purchase price of $1.50, Stream should issue **220,756 shares** of its Class A Common stock to VSI as soon as practicable.

Detailed accounting for the expense summary is available upon request.

Thank you for your assistance in making sure this additional equity issuance to VSI is appropriately recorded.

Respectfully,

_____
Daniel J. Rink
Director

Enc.  Financial Summary April, 2023

 Contact@visualsemi.com    1105 William Penn Drive, Bensalem, PA 19020

| Cost Center | Cat | Apr-23 VSI funded |
|---|---|---|
| Accounting | Software | (212.00) |
| **Accounting Total** | | **(212.00)** |
| Development | Bank Charges | (40.00) |
| | Consultant | (22,500.00) |
| | Travel | |
| **Development Total** | | **(22,540.00)** |
| Fundraising | Bank Charges | (41.35) |
| | Roadshow | (6,828.46) |
| **Fundraising Total** | | **(6,869.81)** |
| Legal | Bank Charges | (40.00) |
| | Office | |
| | Shipping | |
| | Stream Fees | (41,001.46) |
| **Legal Total** | | **(41,041.46)** |
| Misc | Bank Charges | (135.95) |
| | Insurance | (144.78) |
| | MR | (3,512.40) |
| | Office | |
| | Rent | (11,116.97) |
| | Shipping | (3,315.00) |
| | Software | (209.47) |
| | Stream | (3,000.00) |
| | Tax | |
| | Trade Fair | (6,400.00) |
| | Travel | (21,603.97) |
| **Misc Total** | | **(49,438.54)** |
| Payroll | Bank Charges | (120.00) |
| | Benefits | (62,121.75) |
| | Consultant | (129,410.74) |
| **Payroll Total** | | **(191,652.49)** |
| Production | License | |
| **Production Total** | | |
| Sales | Bank Charges | (80.00) |
| | Trade Fair | (10,000.00) |
| | Travel | (9,300.00) |
| **Sales Total** | | **(19,380.00)** |
| **Grand Total** | | **(331,134.30)** |