| Cost Center | Cat | Jun-23 VSI funded |
|---|---|---:|
| Accounting | Software | (212.00) |
| **Accounting Total** | | **(212.00)** |
| | | |
| Development | Bank Charges | (40.00) |
| | Consultant | (2,500.00) |
| | Travel | |
| **Development Total** | | **(2,540.00)** |
| | | |
| Fundraising | Bank Charges | (43.17) |
| | Roadshow | (2,439.34) |
| **Fundraising Total** | | **(2,482.51)** |
| | | |
| Legal | Bank Charges | |
| | Office | |
| | Shipping | |
| | Stream | (69,211.74) |
| | Fees | |
| **Legal Total** | | **(69,211.74)** |
| | | |
| Misc | Bank Charges | (120.00) |
| | Insurance | (897.78) |
| | MR | (1,829.59) |
| | Office | (3.93) |
| | Rent | |
| | Shipping | (2,155.00) |
| | Software | (209.47) |
| | Stream | |
| | Tax | |
| | Trade Fair | |
| | Travel | (27,910.19) |
| **Misc Total** | | **(33,125.96)** |
| | | |
| Payroll | Bank Charges | (80.00) |
| | Benefits | (15,826.42) |
| | Consultant | (120,393.35) |
| **Payroll Total** | | **(136,299.77)** |
| | | |
| Production | License | |
| **Production Total** | | |
| | | |
| Sales | Bank Charges | |
| | Trade Fair | |
| | Travel | |
| **Sales Total** | | |
| | | |
| **Grand Total** | | **(243,871.98)** |