UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**MOTION FOR ENTRY OF A STIPULATED
ORDER RESTATING AND ENFORCING THE WORLDWIDE AUTOMATIC STAY**

Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative"), the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), Hawk Investment Holdings, Ltd. ("Hawk"),  SeeCubic, Inc. ("SCI"), and SLS Holdings VI ("SLS,") (collectively the Debtors, Hawk, SCI, and SLS, the "Parties"), by and through their undersigned counsel, hereby move (the "Motion") this Court for entry of a  stipulated order to restate and enforce the worldwide automatic stay pursuant to 11 U.S.C. §§ 105(a), 362, 365, 525, and 541 of the Bankruptcy Code; and Local Rule 9019-1.  In support of this Motion, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(a) and (b).

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicate for the relief requested herein is §§ 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, as amended (the "Bankruptcy Code").

**RELIEF REQUESTED**

4.      By this Motion, the Debtors seek approval of an order which the Parties have agreed upon to restate and enforce the worldwide automatic stay.

**BASIS FOR THE RELIEF REQUESTED**

5.      11 U.S.C. § 105(a), in conjunction with 11 U.S.C. 362, 365, 525, and 541 of the Bankruptcy Code; and Local Rule 9019-1 is the basis for this Court's authority to grant the Motion and the relief sought herein.

6.      11 U.S.C. § 105(a) provides:

The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

7.      Similarly, 11 U.S.C. § 362, 365, 525, and 541 of the Bankruptcy Code provides the authority for this Court to provide the relief sought in the Motion.

8.      The Debtors and the Parties agreed to the proposed stipulated order.  The Parties agreed to strike the hearing currently scheduled for December 14, 2023 and agreed not to schedule a further hearing on the Debtors' emergency motions alleging violations of the automatic stay until January 31, 2024 at the earliest so the Parties can discuss settlement of issues. The proposed order does not make any determinations as to stay violations or any sanctions. Its sole purpose is to provide notice to parties unfamiliar with the bankruptcy process on the creation of both the

Debtors' estate and of the automatic stay by the filing of the bankruptcy petition on March 15, 2023.

9.     Consistent with the spirit of this Court's congressionally vested authority to take necessary and appropriate measures to carry out the provisions of the Bankruptcy Code—including encouraging settlements and stipulations—the Parties respectfully request that the Court enter the agreed Order, the *Stipulated Order Restating and Enforcing the Worldwide Automatic Stay,* attached to this Motion as **Exhibit A**.

Dated:  December 8, 2023                    Respectfully submitted,

**LEWIS BRISBOIS**                      **K&L GATES, LLP**
**BISGAARD & SMITH, LLP**

*/s/ Rafael X. Zahralddin-Aravena*          */s/ Thomas A. Warns*
Rafael X. Zahralddin-Aravena (No. 71510)    Steven Caponi. (No. 91881)
550 E. Swedesford Road, Suite 270           Megan E. O'Connor
Wayne, PA 19087                             600 N. King Street, Suite 901
Tel: (302) 985-6000                         Wilmington, DE 19801
Email:  Rafael.Zahralddin@lewisbrisbois.com  Tel: (302) 416-7080
                                            Email:  steven.caponi@klgates.com
-and-                                             megan.oconnor@klgates.com

Keith Kodosky (admitted *pro hac vice*)     -and-
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308                           Margaret E. Westbrook, Esq. (admitted *pro hac vice*)
Tel: (404) 991-2183                         Jonathan N. Edel, Esq. (admitted *pro hac vice*)
Email:  Keith.Kodosky@lewisbrisbois.com     300 South Tryon St., Suite 1000
                                            Charlotte, NC 28202
-and-                                       Tel: (704) 331-7400
                                            Email:  Margaret.Westbrook@klgates.com
Kevin Shaw (admitted *pro hac vice*)              Jon.Edel@klgates.com
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801                  -and-
Tel: (302) 295-9436
Email: Kevin.Shaw@lewisbrisbois.com         Thomas A. Warns (admitted *pro hac vice*)
                                            599 Lexington Avenue

132813583.1  3

*Counsel to the Debtors*

New York, NY 10022
Tel: (212) 536-4009
Email: tom.warns@klgates.com

*Counsel for Hawk Investment Holdings Ltd.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

 */s/ Joseph O. Larkin*

Joseph O. Larkin (I.D. No. 206047)
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

 - and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
Rebecca L. Ritchie (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0549
Facsimile: (312) 407-8641

- and -

Eben P. Colby (admitted *pro hac vice*)
Marley Ann Brumme (admitted *pro hac vice*)
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

*Counsel for SeeCubic, Inc.*

**ROBINSON COLE, LLP**

/s/ Davis L. Wright
Davis Lee Wright (No. 90926)
Katherine M. Fix (No. 314471)
Ryan M. Messina (No. 329835)
1201 North Market Street
Wilmington, DE 19801
(302) 516-1703
Email: DWright@rc.com
        KFix@rc.com
        RMessina@rc.com

*Counsel for SLS Holdings, VI, LLC*