**Stream TV Networks, Inc.**
**Balance Sheet**

|  | March 15, 2023 | March 31, 2023 | April 30, 2023 | May 31, 2023 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Bank Accounts** | | | | |
| Bank of America 2950 | $2,363 | $2,347 | $2,331 | $1,756 |
| **Total Bank Accounts** | **$2,363** | **$2,347** | **$2,331** | **$1,756** |
| **Accounts Receivable** | | | | |
| Accounts Receivable | $167,752 | $167,752 | $167,752 | $167,752 |
| **Total Accounts Receivable** | **$167,752** | **$167,752** | **$167,752** | **$167,752** |
| **Other Current Assets** | | | | |
| Allowance for Doubtful Accounts | ($54,877) | ($54,877) | ($54,877) | ($54,877) |
| Total Loans & Exchanges | $0 | $0 | $0 | $0 |
| **Total Other Current Assets** | **($54,877)** | **($54,877)** | **($54,877)** | **($54,877)** |
| **Total Current Assets** | **$115,238** | **$115,222** | **$115,206** | **$114,631** |
| **Fixed Assets** | | | | |
| Machinery, Furniture & Fixtures | $2,300,162 | $2,300,162 | $2,300,162 | $2,300,162 |
| Iinuma Machines | $9,244,165 | $9,244,165 | $9,244,165 | $9,244,165 |
| Small Production Unit | $737,107 | $737,107 | $737,107 | $737,107 |
| Accumulated Depreciation | ($12,281,434) | ($12,281,434) | ($12,281,434) | ($12,281,434) |
| Office Equipment | $105,981 | $105,981 | $105,981 | $105,981 |
| **Total Machinery, Furniture & Fixtures** | **$105,981** | **$105,981** | **$105,981** | **$105,981** |
| **Total Fixed Assets** | **$105,981** | **$105,981** | **$105,981** | **$105,981** |
| **Other Assets** | | | | |
| Other Asset | | | | |
| Construction - Work in Progress Fixed Asset | $0 | $0 | $0 | $0 |
| Total Other Asset | $0 | $0 | $0 | $0 |
| Due (to) / from Mediatainment | $318,902 | $318,902 | $318,902 | $318,902 |
| Loans Receivable | $30,591 | $30,591 | $30,591 | $30,591 |
| Loans Receivable - SeeCubic | $66,404 | $66,404 | $66,404 | $66,404 |
| Loan to SeeCubic B.V.i.o | $2,558,308 | $2,558,308 | $2,558,308 | $2,558,308 |
| Intercompany Interest Receivable - SeeCubic | $1,072,594 | $1,072,594 | $1,072,594 | $1,072,594 |
| Loan to Ultra-D Cooperative UA -Other activity | $449,889 | $449,889 | $449,889 | $449,889 |
| Loan to Ultra-D Cooperative UA | $29,053,036 | $29,053,036 | $29,053,036 | $29,053,036 |
| Intercompany Interest Receivable - Ultra-D Cooperative UA | $13,664,648 | $13,664,648 | $13,664,648 | $13,664,648 |
| Interest Receivable Ultra-D Cooperatief U.A.i.o - Other | $86,138 | $86,138 | $86,138 | $86,138 |
| Loan to StreamTV International - Inventory | $3,405,551 | $3,405,551 | $3,405,551 | $3,405,551 |
| Loan to Curacao C.V. | $0 | $0 | $0 | $0 |
| Intercompany Receivable to STVI | $4,087,310 | $4,087,310 | $4,087,310 | $4,087,310 |
| Intercompany Interest Receivable STVI | $436,363 | $436,363 | $436,363 | $436,363 |
| STREAMTV receivable - STVI prior years invoices | $2,836 | $2,836 | $2,836 | $2,836 |
| **Total Loans Receivable** | **$55,232,569** | **$55,232,569** | **$55,232,569** | **$55,232,569** |
| Investment in Affiliate | | | | |
| Investment in TechnoVative Ventures | $25,000 | $25,000 | $25,000 | $25,000 |
| Investment in Curacao C.V. | $8,296 | $8,296 | $8,296 | $8,296 |
| **Total Investment in Affiliate** | **$33,296** | **$33,296** | **$33,296** | **$33,296** |
| Investment of Affiliate | | | | |
| Glasses Free Tehcnology | $0 | $0 | $0 | $0 |
| Visual Technology Innovations | $0 | $0 | $0 | $0 |
| Subscription Receivable Visual Semiconductor | $0 | $0 | $0 | $0 |
| **Total Investment of Affiliate** | **$0** | **$0** | **$0** | **$0** |
| **Total Other Assets** | **$55,265,865** | **$55,265,865** | **$55,265,865** | **$55,265,865** |
| **TOTAL ASSETS** | **$55,487,084** | **$55,487,068** | **$55,487,052** | **$55,486,477** |

**LIABILITIES AND EQUITY**
  **Liabilities**
    **Non Current Liabilities**

| | | | | |
|---|---:|---:|---:|---:|
| **Payable for advance of expenses by VSI** | $0 | $0 | $0 | $0 |
| **Accounts Payable** | | | | |
| **Accounts Payable - Foreign Currencies** | $9,419,943 | $9,419,943 | $9,419,943 | $9,419,943 |
|   Trade Payables - USD | $8,972,122 | $8,972,122 | $8,972,122 | $8,972,122 |
|   **Total Accounts Payable** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** |
| **Total Accounts Payable** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** |
| **Other Non Current Liabilities** | | | | |
|   **Accrued Expenses** | $347,954 | $347,954 | $347,954 | $347,954 |
|   Short term Loan from Mathu | $287,161 | $287,161 | $287,161 | $287,161 |
|   Loan | $0 | $0 | $0 | $0 |
|   **Unpaid Payroll** | $88,461 | $88,461 | $88,461 | $88,461 |
|   **Total Loan** | **$723,575** | **$723,575** | **$723,575** | **$723,575** |
| **Total Non Current Liability** | **$19,115,641** | **$19,115,641** | **$19,115,641** | **$19,115,641** |
| **2100-00-28 Innoventures Group** | $0 | $0 | $0 | $0 |
| **Intercompany Payable** | $0 | $0 | $0 | $0 |
| **Intercompany Payable OTHER** | **$863,832** | **$863,832** | **$863,832** | **$863,832** |
| **Direct Deposit Payable** | $0 | $0 | $0 | $0 |
| **Payroll Liabilities** | | | | |
|   529 COLLEGE PLAN - SAVINGS | $0 | $0 | $0 | $0 |
|   **CA PIT / SDI** | $9,808 | $9,808 | $9,808 | $9,808 |
|   CA SUI / ETT | $2,599 | $2,599 | $2,599 | $2,599 |
|   Federal Taxes (941/944) | $4,580 | $4,580 | $4,580 | $4,580 |
|   **Federal Unemployment (940)** | $711 | $711 | $711 | $711 |
|   FL Unemployment Tax | $124 | $124 | $124 | $124 |
|   **NJ Income Tax** | $0 | $0 | $0 | $0 |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| NV Unemployment Tax | $477 | $477 | $477 | $477 |
| PA Income Tax | $1,166 | $1,166 | $1,166 | $1,166 |
| PA Local Tax | $1,324 | $1,324 | $1,324 | $1,324 |
| PA Unemployment Tax | $3,821 | $3,821 | $3,821 | $3,821 |
| TX Unemployment Tax | $11 | $11 | $11 | $11 |
| Misc. Taxes Payable | $191,799 | $191,799 | $191,799 | $191,799 |
| Sales tax payable | $156 | $156 | $156 | $156 |
| **Total Payroll Liabilities** | **$216,576** | **$216,576** | **$216,576** | **$216,576** |
| Longterm liability |  |  |  |  |
| HSBC PPP Loan | $805,177 | $805,177 | $805,177 | $805,177 |
| **Total Non Current Liabilities** | **$805,177** | **$805,177** | **$805,177** | **$805,177** |
| Notes Payable to SLS Holdings VI LLC | $6,885,122 | $6,885,122 | $6,885,122 | $6,885,122 |
| **Total Long-Term Liabilities** | **$6,885,122** | **$6,885,122** | **$6,885,122** | **$6,885,122** |
| **Total Liabilities** | **$27,886,347** | **$27,886,347** | **$27,886,347** | **$27,886,347** |
| **Equity** |  |  |  |  |
| Capital Stock | $2,500 | $2,500 | $2,500 | $2,500 |
| Preferred Stock Series A Investor Group | $1 | $1 | $1 | $1 |
| Common Stock | $60,056,156 | $60,056,156 | $60,056,156 | $60,056,156 |
| **Total Capital Stock** | **$60,058,657** | **$60,058,657** | **$60,058,657** | **$60,058,657** |
| Additional Paid-In Capital |  |  |  |  |
| APIC - Converted Legend costs | $740,617 | $740,617 | $740,617 | $740,617 |
| APIC-Series A | $6,141,551 | $6,141,551 | $6,141,551 | $6,141,551 |
| APIC-Redemption of BCF | ($2,626,121) | ($2,626,121) | ($2,626,121) | ($2,626,121) |
| Glasses Free Technology | $695,501 | $695,501 | $695,501 | $695,501 |
| Visual Technology Innovations | $3,942,120 | $3,942,120 | $3,942,120 | $3,942,120 |
| Visual Semiconductor | $3,802,284 | $3,887,446 | $4,218,580 | $4,419,491 |
| **Total Additional Paid-In Capital** | **$12,695,951** | **$12,781,113** | **$13,112,248** | **$13,313,158** |
| 31000 3100-00-00 Currency Translation Adjustment | $0 | $0 | $0 | $0 |
| Retained Earnings | ($45,153,872) | ($45,153,872) | ($45,153,872) | ($45,153,872) |
| Current Earnings - Post Petition | $0 | ($85,178) | ($416,328) | ($617,813) |
| **Total Equity** | **$27,600,736** | **$27,600,721** | **$27,600,705** | **$27,600,130** |
| **TOTAL LIABILITIES AND EQUITY** | **$55,487,083** | **$55,487,068** | **$55,487,052** | **$55,486,477** |

*The originally filed balance sheet and schedules reflected a Net Operating Loss of $118,566,740 as an asset. Although this is a valuable benefit held by Stream, it is not included in the balance sheet and the bankruptcy schedules will be amended to present same.

**The March 15, 2023 column (the Balance Sheet as of the Petition Date) has been updated to reflect information available to the Debtor, including updated accumulated depreciation.

***The Debtor is still not in possession of all books and records, despite orders from the Delaware Courts, although this presentation is believed to be materially accurate.