| Cost Center | Cat | May-23 VSI funded |
|---|---|---:|
| Accounting | Software | (212.00) |
| **Accounting Total** | | **(212.00)** |
| | | |
| Development | Bank Charges | (80.00) |
| | Consultant | (2,500.00) |
| | Travel | (575.83) |
| **Development Total** | | **(3,155.83)** |
| | | |
| Fundraising | Bank Charges | (42.86) |
| | Roadshow | (4,527.48) |
| **Fundraising Total** | | **(4,570.34)** |
| | | |
| Legal | Bank Charges | |
| | Office | |
| | Shipping | |
| | Stream | |
| | Fees | |
| **Legal Total** | | |
| | | |
| Misc | Bank Charges | (135.99) |
| | Insurance | (894.18) |
| | MR | (3,698.72) |
| | Office | |
| | Rent | (3,200.00) |
| | Shipping | (771.92) |
| | Software | (209.47) |
| | Stream | (3,000.00) |
| | Tax | |
| | Trade Fair | |
| | Travel | (28,757.33) |
| **Misc Total** | | **(40,667.61)** |
| | | |
| Payroll | Bank Charges | (80.00) |
| | Benefits | (20,759.24) |
| | Consultant | (131,465.44) |
| **Payroll Total** | | **(152,304.68)** |
| | | |
| Production | License | |
| **Production Total** | | |
| | | |
| Sales | Bank Charges | |
| | Trade Fair | |
| | Travel | |
| **Sales Total** | | |
| | | |
| **Grand Total** | | **(200,910.46)** |