## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

## STIPULATION AND ORDER REGARDING
## SETTLING OBJECTIONS TO FEE APPLICATIONS,
## OBJECTION TO RETENTION OF CFO BY THE DEBTORS, AND
## CONTINUANCE OF MATTERS

Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative"), the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), Hawk Investment Holdings, Ltd. ("Hawk"), SeeCubic, Inc. ("SCI"), and SLS Holdings VI ("SLS,") (collectively the Debtors, Hawk, SCI, and SLS, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation and Order Regarding Settling Objections to Fee Applications, Objection to Retention of CFO by the Debtor, and Continuance of Matters* (the "Stipulation") and hereby stipulate and agree as follows:

1.      On March 15, 2023 (the "Petition Date"), Debtors filed voluntary petitions for relief with the Court under chapter 11 of title 11 of the Bankruptcy Code.

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

2.      On August 14, 2023, Debtors initiated an adversary proceeding captioned as *Stream TV Networks, Inc. v. Stastney et al. (In re Stream TV Networks, Inc.)*, No. 23-00057 (Bankr. E.D. Pa.) (the "Adversary Proceeding").

3.      On October 29, 2023, the Debtors filed the *Debtors' Motion to Compel Compliance with and for Relief and Remedies under Rule 2019* (Docket No. 447) (the "2019 Motion").

4.      The Parties agree to continue all calendared hearings and other hearings to be scheduled on matters between the Parties, including Mr. Stastney and Mr. Morton, filed and pending before the Court until at least January 31, 2024 (from the date of entry of this Stipulation through January 31, 2024, the "Dead Period"), including any hearings related to the Debtors' pending request for a temporary restraining order pending in Adversary Proceeding and the 2019 Motion[2] to allow the Parties to engage in settlement discussions regarding the issues that are the subject of the TRO, the 2019 Motion, and the stay violation motions.

5.       Hawk hereby withdraws its objections (Docket Nos. 424 and 485) to the Debtors' fee applications (Docket Nos. 409 and 461) and its objections (Docket Nos. 285 and 306) to the *Application To Employ Thomas Jung Ho Park As Chief Financial Officer* (Docket Nos. 234  and 298).

6.      The Parties reserve all rights to object to the Debtors' fees on a final basis and the Debtors' reserve all rights to respond to such objections, if any.

---

[2] By separate stipulated order, the Debtors already agreed not to schedule a further hearing on the Debtors' emergency motions alleging violations of the automatic stay until January 31, 2024 at the earliest. Docket No. 509.

132924250.1                                                    2

7.      The Debtors hereby withdraw their request for sanctions and fee shifting under 28 U.S.C. § 1927 and Bankruptcy Rule 9011.

8.      Nothing herein is an agreement to stay or postpone (and the Dead Period shall not stay or pause any consideration of) any matters for which evidence and argument have concluded, and are under advisement (such as the Hawk Motions[3]); as the Parties await this Court's rulings on those matters.

Dated:  <u>December 10, 2023</u>                            Respectfully submitted,

**LEWIS BRISBOIS                          K&L GATES, LLP
  BISGAARD & SMITH, LLP**

<u>*/s/ Rafael X. Zahralddin-Aravena*</u>          <u>*/s/ Thomas A. Warns*_____</u>
Rafael X. Zahralddin-Aravena (No. 71510)    Steven Caponi (No. 91881)
550 E. Swedesford Road, Suite 270           Megan E. O'Connor
Wayne, PA 19087                             600 N. King Street, Suite 901
Tel: (302) 985-6000                         Wilmington, DE 19801
Email:  Rafael.Zahralddin@lewisbrisbois.com  Tel: (302) 416-7080
                                            Email:  steven.caponi@klgates.com
                                                    megan.oconnor@klgates.com
-and-

                                            -and-
Keith Kodosky (admitted *pro hac vice*)
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308                           Margaret E. Westbrook, Esq. (admitted *pro hac vice*)
Tel: (404) 991-2183                         Aaron S. Rothman, Esq. (admitted *pro hac vice*)
Email:  Keith.Kodosky@lewisbrisbois.com     Jonathan N. Edel, Esq. (admitted *pro hac vice*)
                                            300 South Tryon St., Suite 1000
-and-                                       Charlotte, NC 28202
                                            Tel: (704) 331-7400
Kevin Shaw (admitted *pro hac vice*)        Email:  Margaret.Westbrook@klgates.com
500 Delaware Avenue, Suite 700                      Jon.Edel@klgates.com

---

[3] As used herein, the term "Hawk Motions" shall mean, together, (a) *Hawk Investment Holdings Ltd.'s Emergency Motion for Relief from the Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code* (Docket No. 16) and (b) *Motion of Hawk Investment Holdings Ltd. (I) Pursuant to Section 1112(b) of the Bankruptcy Code Either (A) (1) to Dismiss the Debtors' Chapter 11 Cases or (2) to Convert Such Cases to Cases Under Chapter 7 or, (B) in the Alternative, Pursuant to Section 1104(a) of the Bankruptcy Code to Appoint a Chapter 11 Trustee and (II) to Request Expedited Consideration Pursuant to Local Rule 5070-1(g)* (Docket No. 83).

132924250.1                              3

Wilmington, Delaware 19801
Tel: (302) 295-9436
Email: Kevin.Shaw@lewisbrisbois.com

*Counsel to the Debtors*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Joseph O. Larkin*

Joseph O. Larkin (I.D. No. 206047)
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

 - and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
Rebecca L. Ritchie (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0549
Facsimile: (312) 407-8641

- and -

Eben P. Colby (admitted *pro hac vice*)
Marley Ann Brumme (admitted *pro hac vice*)
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

*Counsel for SeeCubic, Inc.*

-and-

Thomas A. Warns (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-4009
Email: tom.warns@klgates.com

*Counsel for Hawk Investment Holdings Ltd.*

**ROBINSON COLE, LLP**

*/s/ Davis L. Wright_____*
Davis Lee Wright (No. 90926)
Katherine M. Fix (No. 314471)
Ryan M. Messina (No. 329835)
1201 North Market Street
Wilmington, DE 19801
(302) 516-1703
Email: DWright@rc.com
        KFix@rc.com
        RMessina@rc.com

*Counsel for SLS Holdings, VI, LLC*

**IT IS SO ORDERED**:

Date December 14th, 2023

_____
The Honorable Magdeline D. Coleman
Chief United States Bankruptcy Court