| Cost Center | Cat | Jul-23 VSI funded |
|---|---|---:|
| Accounting | Software | (212.00) |
| **Accounting Total** | | **(212.00)** |
| | | |
| Development | Bank Charges | (80.00) |
| | Consultant | (6,000.00) |
| | Travel | |
| **Development Total** | | **(6,080.00)** |
| | | |
| Fundraising | Bank Charges | (2,955.80) |
| | Roadshow | (1,944.39) |
| **Fundraising Total** | | **(4,900.19)** |
| | | |
| Legal | Bank Charges | |
| | Office | |
| | Shipping | |
| | Stream | |
| | Fees | |
| **Legal Total** | | |
| | | |
| Misc | Bank Charges | (160.00) |
| | Insurance | (897.78) |
| | MR | (1,425.38) |
| | Office | (120.40) |
| | Rent | (12,777.61) |
| | Shipping | |
| | Software | (214.68) |
| | Stream | (3,000.00) |
| | Tax | |
| | Trade Fair | |
| | Travel | (13,239.90) |
| **Misc Total** | | **(31,835.75)** |
| | | |
| Payroll | Bank Charges | (120.00) |
| | Benefits | (48,287.17) |
| | Consultant | (108,546.54) |
| **Payroll Total** | | **(156,953.71)** |
| | | |
| Production | License | |
| **Production Total** | | |
| | | |
| Sales | Bank Charges | |
| | Trade Fair | |
| | Travel | |
| **Sales Total** | | |
| | | |
| **Grand Total** | | **(199,981.65)** |