


Period ending August 31, 2023
page 1 of 2

384991013119



STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC
1105 WILLIAM PENN DR
BENSALEM PA  19020-4376

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

Key Business Reward Checking 384991013119
STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC

| | |
|---|---|
| Beginning balance 8-16-23 | $0.00 |
| 2 Additions | +301.00 |
| **Ending balance 8-31-23** | **$301.00** |

## Additions

| Deposits Date | Serial # | Source | | |
|---|---|---|---|---|
| 8-16 | | Deposit | Branch 0499 Pennsylvania | $101.00 |
| 8-18 | 983629 | Wire Deposit | Visual Semicondu 0125 | 200.00 |
| | | **Total additions** | | **$301.00** |

## Account messages

DEPOSIT ACCOUNT AGREEMENT AND FUNDS AVAILABILITY POLICY CHANGE: EFFECTIVE 8/12/23
In some cases, eligible direct deposits that are made into your KeyBank checking or savings accounts may be available up to two days early. See your Deposit Account Agreement and Funds Availability Policy for more information.

384991013119 - 03290
1239