

P.O. Box 15284
Wilmington, DE 19850

STREAM TV NETWORKS, INC
DEBTOR IN POSSESSION CASE 23-10763
2009 CHESTNUT ST
PHILADELPHIA, PA  19103-3307

# Business Advantage

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Fundamentals™ Banking

for August 1, 2023 to August 31, 2023                          Account number: 3830 2507 2950

STREAM TV NETWORKS, INC    DEBTOR IN POSSESSION CASE 23-10763

### Account summary

| | | |
|---|---:|---|
| Beginning balance on August 1, 2023 | $1,723.75 | # of deposits/credits: 1 |
| Deposits and other credits | 2,000.00 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -539.65 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $3,073.88 |
| **Ending balance on August 31, 2023** | **$3,168.10** | [1]Includes checks paid, deposited items and other debits |



**BANK OF AMERICA BUSINESS ADVANTAGE**

**Fraud prevention:**
**We're here to help**

- **Update your contact information** so we can reach you if we suspect fraud.
- **Set up alerts**[1] in our Mobile Banking app[2] so we can reach you quickly if we see anything suspicious.
- **Report suspicious activity** right away.

Learn more about fraud and scam prevention in our Business Security Center at **bankofamerica.com/securitybusiness**.

[1]You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. [2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-23-2588.B  |  5422885

PULL: E   CYCLE: 56   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: PA

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender



**Your checking account**

STREAM TV NETWORKS, INC   |   Account # 3830 2507 2950   |   August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 08/03/23 | PA TLR transfer | 2,000.00 |
| **Total deposits and other credits** | | **$2,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 08/03/23 | Customer Withdrawal Image | -530.00 |

Card account # XXXX XXXX XXXX 3277

| Date | Description | Amount |
|---|---|---|
| 08/03/23 | USPS PO 410582  08/03 #000654991 PURCHASE USPS PO 41058200   BENSALEM    PA | -9.65 |
| **Subtotal for card account # XXXX XXXX XXXX 3277** | | **-$9.65** |
| **Total withdrawals and other debits** | | **-$539.65** |

## Service fees

Based on the activity on your business accounts for the statement period ending 07/31/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- ○ $250+ in new net purchases on a linked Business debit card
- ○ $5,000+ combined average monthly balance in linked business accounts
- ○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 08/01 | 1,707.75 | 08/03 | 3,168.10 |

BUSINESS ADVANTAGE

**Go paperless.** Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.

SSM-01-23-2637.B  |  5421106

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

This page intentionally left blank