


P.O. Box 93885
Cleveland, OH 44101-5885

September 30, 2023
page 1 of 2



3768 1 AB 0.537   AUTO   185837.4   T   499 00000 R EM T1

STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC
1105 WILLIAM PENN DR
BENSALEM PA  19020-4376

384991013119

**Questions or comments?**
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**Key Business Reward Checking 384991013119**
STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC

| | |
|---|---:|
| Beginning balance 8-31-23 | $301.00 |
| **Ending balance 9-30-23** | **$301.00** |

384991013119 - 03290
1423