

P.O. Box 15284
Wilmington, DE 19850

STREAM TV NETWORKS, INC
DEBTOR IN POSSESSION CASE 23-10763
2009 CHESTNUT ST
PHILADELPHIA, PA  19103-3307

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking

for September 1, 2023 to September 30, 2023              Account number: 3830 2507 2950

STREAM TV NETWORKS, INC    DEBTOR IN POSSESSION CASE 23-10763

### Account summary

| | |
|---|---|
| Beginning balance on September 1, 2023 | $3,168.10 |
| Deposits and other credits | 219,000.00 |
| Withdrawals and other debits | -103,690.02 |
| Checks | -0.00 |
| Service fees | -166.00 |
| **Ending balance on September 30, 2023** | **$118,312.08** |

# of deposits/credits: 5
# of withdrawals/debits: 27
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $78,039.41

[1]Includes checks paid, deposited items and other debits

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
SSM-12-22-0030.A  |  5197654

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and   Equal Housing Lender



**Your checking account**

STREAM TV NETWORKS, INC  |  Account # 3830 2507 2950  |  September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 09/05/23 | WIRE TYPE:WIRE IN DATE: 230905 TIME:1225 ET TRN:2023090500639203 SEQ:3649453248ES/770032 ORIG:VISUAL SEMICONDUCTOR, INC ID:000831770125 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:B OH OF 23/09/05 STREAM TV 2950 BANK AMERICA ACCOUNT | 50,000.00 |
| 09/05/23 | VISUAL SEMICONDU DES:ACH Pmt    ID:11028793806  INDN:Stream TV Networks Inc  CO ID:9200502235 CCD  PMT INFO:From VSI to Stream TV to Pay BMC | 10,000.00 |
| 09/05/23 | Counter Credit | 9,000.00 |
| 09/07/23 | WIRE TYPE:WIRE IN DATE: 230907 TIME:1742 ET TRN:2023090700502572 SEQ:3588413250ES/531073 ORIG:VISUAL SEMICONDUCTOR, INC ID:000831770125 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:B OH OF 23/09/07 FROM CHASE VSI 0125 TO BANK AMERICA | 70,000.00 |
| 09/25/23 | Counter Credit | 80,000.00 |
| **Total deposits and other credits** | | **$219,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 09/05/23 | Payments and Invoicing payment to BMC Group VDR L; ID: B14ISASVCGWJ7HM | -8,995.83 |
| 09/11/23 | TRANSFER STREAM TV NETWORKS, :Brown & Michaels, PC Confirmation# 0645060945 | -50,000.00 |
| 09/12/23 | WIRE TYPE:WIRE OUT DATE:230912 TIME:0432 ET TRN:2023091200039313 SERVICE REF:180617 BNF:UNIVERSITY LANGUAGE SERVIC ID:4997487938 BNF BK:CITIBANK, N.A. ID:0008 PMT DET:455202206 UN ITED KINGDOM JERSEY | -841.50 |
| 09/12/23 | WIRE TYPE:WIRE OUT DATE:230912 TIME:0922 ET TRN:2023091200254665 SERVICE REF:309392 BNF:UNIVERSITY LANGUAGE SERVIC ID:4997487938 BNF BK:CITIBANK, N.A. ID:0008 PMT DET:455265798 UN ITED KINGDOM | -739.50 |
| 09/12/23 | WIRE TYPE:WIRE OUT DATE:230912 TIME:0925 ET TRN:2023091200256043 SERVICE REF:310456 BNF:UNIVERSITY LANGUAGE SERVIC ID:4997487938 BNF BK:CITIBANK, N.A. ID:0008 PMT DET:455266270 TH E NETHERLANDS | -2,265.25 |
| 09/19/23 | CAPITAL ONE        DES:PHONE PYMT ID:3SDAKMFV4EILNG8  INDN:MATHU RAJAN         CO ID:9541719386 CCD | -222.94 |
| 09/21/23 | Online Banking Transfer Conf# pzhgwhmcy; Lo | -10,000.00 |

*continued on the next page*

---

**BANK OF AMERICA BUSINESS ADVANTAGE**

## Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B  |  5421083

Case 23-10763-djb    Doc 531-3    Filed 12/22/23    Entered 12/22/23 16:02:40    Desc
Exhibit Bank of America Statement - September 2023    Page 4 of 8

STREAM TV NETWORKS, INC. | Account # 3850 2507 2950 | September 1, 2023 to September 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/21/23 | Online Banking Transfer Conf# p6zwbj78t; Von Ahnen | -2,500.00 |
| 09/21/23 | TRANSFER STREAM TV NETWORKS, :Nicole Maneenn Confirmation# 1532290156 | -2,291.67 |
| 09/21/23 | TRANSFER STREAM TV NETWORKS, :Sara Leona Brewer Confirmation# 0432386747 | -2,500.00 |
| 09/21/23 | TRANSFER STREAM TV NETWORKS, :Suby Joseph Confirmation# 0432471267 | -5,833.33 |
| 09/21/23 | TRANSFER STREAM TV NETWORKS, :Charles M Robertson Confirmation# 1532531238 | -6,250.00 |
| 09/22/23 | TRANSFER STREAM TV NETWORKS, :Innoventures Group L Confirmation# 1640081061 | -2,500.00 |
| 09/22/23 | Online Banking Transfer Conf# j0w11ywer; Rajan | -8,750.00 |

**Total withdrawals and other debits**     **-$103,690.02**

## Service fees

Based on the activity on your business accounts for the statement period ending 08/31/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $5,000+ combined average monthly balance in linked business accounts
- ◯ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 09/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| 09/06/23 | Wire Transfer Fee | -15.00 |
| 09/07/23 | Payments and Invoicing transaction fee for | -0.00 |
| 09/08/23 | Wire Transfer Fee | -15.00 |
| 09/12/23 | Wire Transfer Fee | -30.00 |
| 09/12/23 | Wire Transfer Fee | -30.00 |
| 09/12/23 | Wire Transfer Fee | -30.00 |
| 09/12/23 | External transfer fee - Next Day - 09/11/2023 | -5.00 |
| 09/22/23 | External transfer fee - Next Day - 09/21/2023 | -5.00 |
| 09/22/23 | External transfer fee - Next Day - 09/21/2023 | -5.00 |
| 09/22/23 | External transfer fee - Next Day - 09/21/2023 | -5.00 |
| 09/22/23 | External transfer fee - Next Day - 09/21/2023 | -5.00 |
| 09/25/23 | External transfer fee - Next Day - 09/22/2023 | -5.00 |

**Total service fees**     **-$166.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**Your checking account**

STREAM TV NETWORKS, INC  |  Account # 3830 2507 2950  |  September 1, 2023 to September 30, 2023

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 3,152.10 | 09/08 | 133,126.27 | 09/21 | 49,587.08 |
| 09/05 | 63,156.27 | 09/11 | 83,126.27 | 09/22 | 38,317.08 |
| 09/06 | 63,141.27 | 09/12 | 79,185.02 | 09/25 | 118,312.08 |
| 09/07 | 133,141.27 | 09/19 | 78,962.08 | | |

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

Case 23-10763-djb    Doc 531-3    Filed 12/22/23    Entered 12/22/23 16:02:40    Desc
STREAM TV NETWORKS, Exhibit Bank of America Statement - September 2023    Page 8 of 8