

December 19, 2023

Mr. Thomas Park
Chief Financial Officer
Stream TV Networks, Inc.
2009 Chestnut Street
Third Floor
Philadelphia, PA 19103

Dear Mr. Park:

Enclosed please find a summary of expenses paid by Visual Semiconductor, Inc. ("**VSI**") on behalf of Stream TV Networks, Inc. ("**Stream**") for September, 2023. As you can see, these expenses total **$235,366.62** for the reporting period. VSI also deposited **$219,000** directly into Stream's bank account at Bank of America so that Stream could pay certain expenses directly.

Accordingly, and pursuant to the stock purchase agreement between VSI and Stream, these two amounts have reduced the amount of the subscription receivable on Stream's books owed to it by VSI.

Detailed accounting for the expense summary is available upon request.

Thank you for your assistance in making sure this adjustment to Stream's subscription receivable is appropriately recorded.

Respectfully,

_____
Daniel J. Rink
Director


Enc.  Financial Summary September, 2023

  Contact@visualsemi.com          1105 William Penn Drive, Bensalem, PA 19020

| Cost Center | Cat | Sept. 2023 VSI funded |
|---|---|---|
| Accounting | Software | (212.00) |
| **Accounting Total** | | **(212.00)** |
| | | |
| Development | Bank Charges | (40.00) |
| | Consultant | (2,500.00) |
| | Travel | |
| **Development Total** | | **(2,540.00)** |
| | | |
| Fundraising | Bank Charges | (82.21) |
| | Roadshow | (12,913.70) |
| **Fundraising Total** | | **(12,995.91)** |
| | | |
| Legal | Bank Charges | (40.00) |
| | Office | |
| | Shipping | |
| | Stream | (93,279.66) |
| | Fees | |
| **Legal Total** | | **(93,319.66)** |
| | | |
| Misc | Bank Charges | |
| | Insurance | (897.78) |
| | MR | (484.87) |
| | Office | (129.47) |
| | Rent | |
| | Shipping | |
| | Software | (191.16) |
| | Stream | |
| | Tax | |
| | Trade Fair | |
| | Travel | (2,452.71) |
| **Misc Total** | | **(4,155.99)** |
| | | |
| Payroll | Bank Charges | (80.00) |
| | Benefits | (18,292.83) |
| | Consultant | (103,770.23) |
| **Payroll Total** | | **(122,143.06)** |
| | | |
| Production | License | |
| **Production Total** | | |
| | | |
| Sales | Bank Charges | |
| | Trade Fair | |
| | Travel | |
| **Sales Total** | | |
| | | |
| **Grand Total** | | **(235,366.62)** |