# Stream TV Networks, Inc.
## Balance Sheet

| | March 15, 2023 | March 31, 2023 | April 30, 2023 | May 31, 2023 | June 30, 2023 | July 31, 2023 | Aug 31, 2023 | Sept 30, 2023 | Oct 31, 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Current Assets | | | | | | | | | | |
| Bank Accounts | | | | | | | | | | |
| M&T Bank | | | | | | | | $301 | $301 | $100 |
| Key Bank | | | | | | | | | | $301 |
| Bank of America 2950 | $2,363 | $2,347 | $2,331 | $1,756 | $1,740 | $1,724 | $3,168 | $118,312 | $24,929 | In October, Bank of America sent notice that the DIP account would be closed and we had to move to another bank. A cashier's check was issued and mailed to us for the balance in the account ($24,929.33), but although the funds were taken out of the account, the check did not arrive until after November 1, so the funds do not appear in either the old BOA account or the new M&T Bank account. We are reflecting it as cash in the BOA account for the purposes of the MOR and the balance sheet. |
| **Total Bank Accounts** | **$2,363** | **$2,347** | **$2,331** | **$1,756** | **$1,740** | **$1,724** | **$3,469.10** | **$118,613** | **$25,330** | |
| Accounts Receivable | | | | | | | | | | |
| Accounts Receivable | $167,752 | $167,752 | $167,752 | $167,752 | $167,752 | $167,752 | $167,752 | $167,752 | $167,752 | |
| **Total Accounts Receivable** | **$167,752** | **$167,752** | **$167,752** | **$167,752** | **$167,752** | **$167,752** | **$167,752** | **$167,752** | **$167,752** | |
| Other Current Assets | | | | | | | | | | |
| Allowance for Doubtful Accounts | ($54,877) | ($54,877) | ($54,877) | ($54,877) | ($54,877) | ($54,877) | ($54,877) | ($54,877) | ($54,877) | |
| Total Loans & Exchanges | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Total Other Current Assets** | **($54,877)** | **($54,877)** | **($54,877)** | **($54,877)** | **($54,877)** | **($54,877)** | **($54,877)** | **($54,877)** | **($54,877)** | |
| **Total Current Assets** | **$115,238** | **$115,222** | **$115,206** | **$114,631** | **$114,615** | **$114,599** | **$116,344** | **$231,488** | **$138,205** | |
| Fixed Assets | | | | | | | | | | |
| Machinery, Furniture & Fixtures | $2,300,162 | $2,300,162 | $2,300,162 | $2,300,162 | $2,300,162 | $2,300,162 | $2,300,162 | $2,300,162 | $2,300,162 | |
| Iinuma Machines | $9,244,165 | $9,244,165 | $9,244,165 | $9,244,165 | $9,244,165 | $9,244,165 | $9,244,165 | $9,244,165 | $9,244,165 | |
| Small Production Unit | $737,107 | $737,107 | $737,107 | $737,107 | $737,107 | $737,107 | $737,107 | $737,107 | $737,107 | |
| Accumulated Depreciation | ($12,281,434) | ($12,281,434) | ($12,281,434) | ($12,281,434) | ($12,281,434) | ($12,281,434) | ($12,281,434) | ($12,281,434) | ($12,281,434) | |
| Office Equipment | $105,981 | $105,981 | $105,981 | $105,981 | $105,981 | $105,981 | $105,981 | $105,981 | $105,981 | |
| **Total Machinery, Furniture & Fixtures** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | |
| **Total Fixed Assets** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | **$105,981** | |
| Other Assets | | | | | | | | | | |
| Other Asset | | | | | | | | | | |
| Construction - Work in Progress Fixed Asset | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Total Other Asset** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | |
| Due (to) / from Mediataintment | $318,902 | $318,902 | $318,902 | $318,902 | $318,902 | $318,902 | $318,902 | $318,902 | $318,902 | |
| Loans Receivable | $30,591 | $30,591 | $30,591 | $30,591 | $30,591 | $30,591 | $30,591 | $30,591 | $30,591 | |
| Loans Receivable - SeeCubic | $66,404 | $66,404 | $66,404 | $66,404 | $66,404 | $66,404 | $66,404 | $66,404 | $66,404 | |
| Loan to SeeCubic B.V.i.o | $2,558,308 | $2,558,308 | $2,558,308 | $2,558,308 | $2,558,308 | $2,558,308 | $2,558,308 | $2,558,308 | $2,558,308 | |
| Intercompany Interest Receivable - SeeCubic | $1,072,594 | $1,072,594 | $1,072,594 | $1,072,594 | $1,072,594 | $1,072,594 | $1,072,594 | $1,072,594 | $1,072,594 | |
| Loan to Ultra-D Cooperative UA -Other activity | $449,889 | $449,889 | $449,889 | $449,889 | $449,889 | $449,889 | $449,889 | $449,889 | $449,889 | |
| Loan to Ultra-D Cooperative UA | $29,053,036 | $29,053,036 | $29,053,036 | $29,053,036 | $29,053,036 | $29,053,036 | $29,053,036 | $29,053,036 | $29,053,036 | |
| Intercompany Interest Receivable - Ultra-D Cooperative UA | $13,664,648 | $13,664,648 | $13,664,648 | $13,664,648 | $13,664,648 | $13,664,648 | $13,664,648 | $13,664,648 | $13,664,648 | |
| Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | $86,138 | $86,138 | $86,138 | $86,138 | $86,138 | $86,138 | $86,138 | $86,138 | $86,138 | |
| Loan to StreamTV International - Inventory | $3,405,551 | $3,405,551 | $3,405,551 | $3,405,551 | $3,405,551 | $3,405,551 | $3,405,551 | $3,405,551 | $3,405,551 | |
| Loan to Curacao C.V. | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Intercompany Receivable to STVI | $4,087,310 | $4,087,310 | $4,087,310 | $4,087,310 | $4,087,310 | $4,087,310 | $4,087,310 | $4,087,310 | $4,087,310 | |
| Intercompany Interest Receivable STVI | $436,363 | $436,363 | $436,363 | $436,363 | $436,363 | $436,363 | $436,363 | $436,363 | $436,363 | |
| STREAMTV receivable - STVI prior years invoices | $2,836 | $2,836 | $2,836 | $2,836 | $2,836 | $2,836 | $2,836 | $2,836 | $2,836 | |
| **Total Loans Receivable** | **$55,232,569** | **$55,232,569** | **$55,232,569** | **$55,232,569** | **$55,232,569** | **$55,232,569** | **$55,232,569** | **$55,232,569** | **$55,232,569** | |
| Investment in Affiliate | | | | | | | | | | |
| Investment in TechnoVative Ventures | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | |
| Investment in Curacao C.V. | $8,296 | $8,296 | $8,296 | $8,296 | $8,296 | $8,296 | $8,296 | $8,296 | $8,296 | |
| **Total Investment in Affiliate** | **$33,296** | **$33,296** | **$33,296** | **$33,296** | **$33,296** | **$33,296** | **$33,296** | **$33,296** | **$33,296** | |
| Investment of Affiliate | | | | | | | | | | |
| Glasses Free Tehcnology | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Visual Technology Innovations | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Subscription Receivable Visual Semiconductor | $0 | $0 | $0 | $0 | $0 | $2,000,000 | $1,747,542 | $1,293,175 | $1,217,783 | |
| **Total Investment of Affiliate** | **$0** | **$0** | **$0** | **$0** | **$0** | **$2,000,000** | **$1,747,542** | **$1,293,175** | **$1,217,783** | |
| **Total Other Assets** | **$55,265,865** | **$55,265,865** | **$55,265,865** | **$55,265,865** | **$55,265,865** | **$57,013,406** | **$55,265,865** | **$55,265,865** | **$55,265,865** | |
| **TOTAL ASSETS** | **$55,487,084** | **$55,487,068** | **$55,487,052** | **$55,486,477** | **$55,486,461** | **$57,486,445** | **$57,235,732** | **$56,896,509** | **$56,727,834** | |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| Liabilities | | | | | | | | | | |
| Non Current Liabilities | | | | | | | | | | |
| Payable for advance of expenses by VSI | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Accounts Payable | | | | | | | | | | |
| Accounts Payable - Foreign Currencies | $9,419,943 | $9,419,943 | $9,419,943 | $9,419,943 | $9,419,943 | $9,419,943 | $9,419,943 | $9,419,943 | $9,419,943 | |
| Trade Payables - USD | $8,972,122 | $8,972,122 | $8,972,122 | $8,972,122 | $8,972,122 | $8,972,122 | $8,972,122 | $8,972,122 | $8,972,122 | |
| **Total Accounts Payable** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | |
| **Total Accounts Payable** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | **$18,392,065** | |
| Other Non Current Liabilities | | | | | | | | | | |
| Accrued Expenses | $347,954 | $347,954 | $347,954 | $347,954 | $347,954 | $347,954 | $347,954 | $347,954 | $347,954 | |
| Short term Loan from Mathu | $287,161 | $287,161 | $287,161 | $287,161 | $287,161 | $287,161 | $287,161 | $287,161 | $287,161 | |
| Loan | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Unpaid Payroll | $88,461 | $88,461 | $88,461 | $88,461 | $88,461 | $88,461 | $88,461 | $88,461 | $88,461 | |
| **Total Loan** | **$723,575** | **$723,575** | **$723,575** | **$723,575** | **$723,575** | **$723,575** | **$723,575** | **$723,575** | **$723,575** | |
| **Total Non Current Liability** | **$19,115,641** | **$19,115,641** | **$19,115,641** | **$19,115,641** | **$19,115,641** | **$19,115,641** | **$19,115,641** | **$19,115,641** | **$19,115,641** | |
| 2100-00-28 Innoventures Group | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Intercompany Payable | | | | | | | | | | |
| Intercompany Payable OTHER | $863,832 | $863,832 | $863,832 | $863,832 | $863,832 | $863,832 | $863,832 | $863,832 | $863,832 | |
| Direct Deposit Payable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Payroll Liabilities | | | | | | | | | | |
| 529 COLLEGE PLAN - SAVINGS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| CA PIT / SDI | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 | |
| CA SUI / ETT | $2,599 | $2,599 | $2,599 | $2,599 | $2,599 | $2,599 | $2,599 | $2,599 | $2,599 | |
| Federal Taxes (941/944) | $4,580 | $4,580 | $4,580 | $4,580 | $4,580 | $4,580 | $4,580 | $4,580 | $4,580 | |
| Federal Unemployment (940) | $711 | $711 | $711 | $711 | $711 | $711 | $711 | $711 | $711 | |
| FL Unemployment Tax | $124 | $124 | $124 | $124 | $124 | $124 | $124 | $124 | $124 | |
| NJ Income Tax | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| NV Unemployment Tax | $477 | $477 | $477 | $477 | $477 | $477 | $477 | $477 | $477 | |
| PA Income Tax | $1,166 | $1,166 | $1,166 | $1,166 | $1,166 | $1,166 | $1,166 | $1,166 | $1,166 | |
| PA Local Tax | $1,324 | $1,324 | $1,324 | $1,324 | $1,324 | $1,324 | $1,324 | $1,324 | $1,324 | |
| PA Unemployment Tax | $3,821 | $3,821 | $3,821 | $3,821 | $3,821 | $3,821 | $3,821 | $3,821 | $3,821 | |
| TX Unemployment Tax | $11 | $11 | $11 | $11 | $11 | $11 | $11 | $11 | $11 | |
| Misc. Taxes Payable | $191,799 | $191,799 | $191,799 | $191,799 | $191,799 | $191,799 | $191,799 | $191,799 | $191,799 | |
| Sales tax payable | $156 | $156 | $156 | $156 | $156 | $156 | $156 | $156 | $156 | |
| **Total Payroll Liabilities** | **$216,576** | **$216,576** | **$216,576** | **$216,576** | **$216,576** | **$216,576** | **$216,576** | **$216,576** | **$216,576** | |
| Longterm liability | | | | | | | | | | |
| HSBC PPP Loan | $805,177 | $805,177 | $805,177 | $805,177 | $805,177 | $805,177 | $805,177 | $805,177 | $805,177 | |
| **Total Non Current Liabilities** | **$805,177** | **$805,177** | **$805,177** | **$805,177** | **$805,177** | **$805,177** | **$805,177** | **$805,177** | **$805,177** | |
| Notes Payable to SLS Holdings VI LLC | $6,885,122 | $6,885,122 | $6,885,122 | $6,885,122 | $6,885,122 | $6,885,122 | $6,885,122 | $6,885,122 | $6,885,122 | |
| **Total Long-Term Liabilities** | **$6,885,122** | **$6,885,122** | **$6,885,122** | **$6,885,122** | **$6,885,122** | **$6,885,122** | **$6,885,122** | **$6,885,122** | **$6,885,122** | |
| **Total Liabilities** | **$27,886,347** | **$27,886,347** | **$27,886,347** | **$27,886,347** | **$27,886,347** | **$27,886,347** | **$27,886,347** | **$27,886,347** | **$27,886,347** | |
| **Equity** | | | | | | | | | | |
| Capital Stock | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | |
| Preferred Stock Series A Investor Group | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | |
| Common Stock | $60,056,156 | $60,056,156 | $60,056,156 | $60,056,156 | $60,056,156 | $60,056,156 | $60,056,156 | $60,056,156 | $60,056,156 | |
| **Total Capital Stock** | **$60,058,657** | **$60,058,657** | **$60,058,657** | **$60,058,657** | **$60,058,657** | **$60,058,657** | **$60,058,657** | **$60,058,657** | **$60,058,657** | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Additional Paid-In Capital** | | | | | | | | | |
| APIC - Converted Legend costs | $740,617 | $740,617 | $740,617 | $740,617 | $740,617 | $740,617 | $740,617 | $740,617 | $740,617 |
| APIC-Series A | $6,141,551 | $6,141,551 | $6,141,551 | $6,141,551 | $6,141,551 | $6,141,551 | $6,141,551 | $6,141,551 | $6,141,551 |
| APIC-Redemption of BCF | ($2,626,121) | ($2,626,121) | ($2,626,121) | ($2,626,121) | ($2,626,121) | ($2,626,121) | ($2,626,121) | ($2,626,121) | ($2,626,121) |
| Glasses Free Technology | $695,501 | $695,501 | $695,501 | $695,501 | $695,501 | $695,501 | $695,501 | $695,501 | $695,501 |
| Visual Technology Innovations | $3,942,120 | $3,942,120 | $3,942,120 | $3,942,120 | $3,942,120 | $3,942,120 | $3,942,120 | $3,942,120 | $3,942,120 |
| Visual Semiconductor | $3,802,284 | $3,887,446 | $4,218,580 | $4,419,491 | $4,663,363 | $6,863,344 | $6,863,344 | $6,863,344 | $6,863,344 |
| **Total Additional Paid-In Capital** | **$12,695,951** | **$12,781,113** | **$13,112,248** | **$13,313,158** | **$13,557,030** | **$15,757,012** | **$15,757,012** | **$15,757,012** | **$15,757,012** |
| 31000 3100-00-00 Currency Translation Adjustment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Retained Earnings | ($45,153,872) | ($45,153,872) | ($45,153,872) | ($45,153,872) | ($45,153,872) | ($45,153,872) | ($45,153,872) | ($45,153,872) | ($45,153,872) |
| Current Earnings - Post Petition | $0 | ($85,178) | ($416,328) | ($617,813) | ($861,701.02) | ($1,061,699) | ($1,312,412) | ($1,651,634) | ($1,820,309) |
| **Total Equity** | **$27,600,736** | **$27,600,721** | **$27,600,705** | **$27,600,130** | **$27,600,114** | **$29,600,098** | **$29,349,385** | **$29,010,162** | **$28,841,487** |
| **TOTAL LIABILITIES AND EQUITY** | **$55,487,083** | **$55,487,068** | **$55,487,052** | **$55,486,477** | **$55,486,461** | **$57,486,445** | **$57,235,732** | **$56,896,509** | **$56,727,834** |

*The originally filed balance sheet and schedules reflected a Net Operating Loss of $118,566,740 as an asset.  Although this is a valuable benefit held by Stream, it is not included in the balance sheet and the bankruptcy schedules will be amended to present same.

**The March 15, 2023 column (the Balance Sheet as of the Petition Date) has been updated to reflect information available to the Debtor, including updated accumulated depreciation.

***The Debtor is still not in possession of all books and records, despite orders from the Delaware Courts, although this presentation is believed to be materially accurate.