

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
October 31, 2023
page 1 of 2



384991013119

2201 1 AB 0.537  AUTO  238398.4  T  499 00000 R EM T1

STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC
1105 WILLIAM PENN DR
BENSALEM PA  19020-4376



*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

Key Business Reward Checking 384991013119
STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC

| | |
|---|---|
| Beginning balance 9-30-23 | $301.00 |
| **Ending balance 10-31-23** | **$301.00** |

## Account messages

Important updates to your Deposit Account Fees and Disclosures have been made. Wire Transfer Services: We've updated the description in the disclosure for three of our wire transfers. 1) Standing wire transfer orders are automated and recurring wire transfers to a specified recipient for a fixed amount of money that occur at fixed intervals. You will be charged $10.00 for each wire transfer initiated under the standing wire transfer order. 2) Book to Book Wire Transfers are domestic outgoing wire transfers to a KeyBank account and are $4.50 per transfer. There are no fees for domestic incoming wires to KeyBank accounts. 3) Repetitive Outgoing Wire Transfers are those in which debit and credit transfer parties remain the same (date and dollar amount may be different) and will be discounted $10.00 from the standard Fedwire Service Charge prices.

384991013119 - 03290
14094