# M&T Bank

FOR INQUIRIES CALL: HOCKESSIN
(302) 472-3177

00   0 07019M NM  017

000000                                             P

STREAM TV NETWORKS INC
DEBTOR IN POSSESSION 21-10433
MATHU G RAJAN, OWNER
2009 CHESTNUT ST
PHILADELPHIA PA 19103

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9882265243 | 10/05/23 - 10/31/23 |
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 100.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $100.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/05/2023 | BEGINNING BALANCE | | | $0.00 |
| 10/13/2023 | DEPOSIT | $100.00 | | 100.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
1100 NORTH MARKET STREET WILMINGTON, DE 19801