# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

### Customer service information

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

STREAM TV NETWORKS, INC
DEBTOR IN POSSESSION CASE 23-10763
2009 CHESTNUT ST
PHILADELPHIA, PA  19103-3307

## Your Business Advantage Fundamentals™ Banking

for October 1, 2023 to October 31, 2023

Account number: 3830 2507 2950

STREAM TV NETWORKS, INC    DEBTOR IN POSSESSION CASE 23-10763

### Account summary

| | |
|---|---:|
| Beginning balance on October 1, 2023 | $118,312.08 |
| Deposits and other credits | 29,476.83 |
| Withdrawals and other debits | -147,427.75 |
| Checks | -0.00 |
| Service fees | -361.16 |
| **Ending balance on October 31, 2023** | **$0.00** |

# of deposits/credits: 3
# of withdrawals/debits: 63
# of items-previous cycle[1]: 0
# of days in cycle: 31
Average ledger balance: $40,932.37

[1] Includes checks paid, deposited items and other debits

---

**BUSINESS ADVANTAGE**

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-08-22-0108.B | 4878896

**BANK OF AMERICA**

**Your checking account**

STREAM TV NETWORKS, INC   |   Account # 3830 2507 2950   |   October 1, 2023 to October 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/23/23 | Online Banking Transfer Conf# ol1atodyx; VISUAL SEMICONDUCTOR, INC, VISUAL SEMICO | 19,000.00 |
| 10/23/23 | Counter Credit | 9,500.00 |
| 10/25/23 | Counter Credit | 976.83 |
| **Total deposits and other credits** | | **$29,476.83** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 10/02/23 | DISCOVER        DES:PHONE PAY  ID:9505  INDN:RAJAN MATHU       CO ID:6510020270 TEL | -405.85 |
| 10/03/23 | WIRE TYPE:INTL OUT DATE:231003 TIME:1059 ET TRN:2023100300324114 SERVICE REF:362571 BNF:GRAZINA SESKEVICIUTE ID:LT737300001017376 BNF BK:SWEDBANK AB ID:LT73000 PMT DET:458434292 SE P,2023 CONSULTING POP SERVICES | -2,500.00 |
| 10/03/23 | TRANSFER STREAM TV NETWORKS, :Nicole Maneenn Confirmation# 1535786304 | -2,291.67 |
| 10/03/23 | TRANSFER STREAM TV NETWORKS, :Sara Leona Brewer Confirmation# 1535837714 | -2,500.00 |
| 10/03/23 | TRANSFER STREAM TV NETWORKS, :Suby Joseph Confirmation# 1535891110 | -5,833.33 |
| 10/03/23 | TRANSFER STREAM TV NETWORKS, :Charles M Robertson Confirmation# 0135934451 | -6,250.00 |
| 10/03/23 | TRANSFER STREAM TV NETWORKS, :Innoventures Group L Confirmation# 0135986128 | -2,500.00 |
| 10/05/23 | Online Banking Transfer Conf# qhej00db6; Lo | -3,500.00 |
| 10/06/23 | WIRE TYPE:INTL OUT DATE:231006 TIME:0431 ET TRN:2023100600017117 SERVICE REF:893253 BNF:IYAYA MISA ID:576131192832 BNF BK:CTBC BANK CO ., LTD ID:CTCBTWTP576 PMT DET:458894682 PERIOD FEB  16 TO FEB 28, 23 PAY DATPOP SERVICES | -2,300.00 |
| 10/06/23 | Online Banking Transfer Conf# mz40e4j62; Rajan | -8,750.00 |
| 10/06/23 | Online Banking Transfer Conf# lp7fqcebx; Lo | -10,000.00 |
| 10/06/23 | Online Banking Transfer Conf# k76lbkckf; Von Ahnen | -2,500.00 |
| 10/10/23 | WIRE TYPE:INTL OUT DATE:231010 TIME:1639 ET TRN:2023101000803105 SERVICE REF:357336 BNF:ST4M ELECTRONICS INC BEJIN ID:1370315160100300 BNF BK:CHINA GUANGFA BANK CO., ID:GDBKCN22BJ1 PMT DET:459463570 230916-OCT, NOV, DEC INSURANCE P | -29,748.51 |
| 10/16/23 | WIRE TYPE:BOOK OUT DATE:231016 TIME:1344 ET TRN:2023101600450426 RELATED REF:BML231013-003634 BNF:COMMISSIONS ID:0000000157544 PMT DET:/ACC/BML2 31013-003634 INVESTIGATION//CHARGES EXTREF/GIN/L23 10130036340//01 | -25.00 |

continued on the next page

### Did you know your business may have a credit score?

Check your business credit score for free and gain access to valuable information about your business's credit health. To learn more, visit **bankofamerica.com/BusinessCreditScore**.

Access to Dun & Bradstreet business credit score information in Business Advantage 360 is solely for educational purposes and available only to U.S.-based Bank of America, N.A. Small Business clients with an open and active Small Business account, who have Dun & Bradstreet business credit scores and have properly enrolled to access this information through Business Advantage 360. Bank of America and other lenders may use other credit scores and additional information to make credit decisions.   SSM-12-22-0010.B | 5205391

STREAM TV NETWORKS, INC | Account # 3830 2507 2950 | October 1, 2023 to October 31, 2023

Case 23-10763-djb    Doc 532-4    Filed 12/22/23    Entered 12/22/23 16:14:43    Desc
Exhibit Bank of America Statement October 2023    Page 3 of 5

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 10/16/23 | WIRE TYPE:INTL OUT DATE:231016 TIME:1513 ET TRN:2023101600502758 SERVICE REF:713502 BNF:ST4M ELECTRONICS INC BEJIN ID:1370315160100300 BNF BK:CHINA GUANGFA BANK CO., ID:GDBKCN22BJ1 PMT DET:460245762 230914-TAX OF JUL, AUG, SEP,2023 | -4,744.56 |
| 10/18/23 | WIRE TYPE:INTL OUT DATE:231018 TIME:0430 ET TRN:2023101800021016 SERVICE REF:827763 BNF:ST4M ELECTRONICS INC BEJIN ID:1370315160100300 BNF BK:CHINA GUANGFA BANK CO., ID:GDBKCN22BJ1 PMT DET:460460390 231008-TRAVEL EXP LENOVO,JAPAN P | -2,500.00 |
| 10/18/23 | WIRE TYPE:INTL OUT DATE:231018 TIME:0431 ET TRN:2023101800020890 SERVICE REF:796757 BNF:ST4M ELECTRONICS INC BEJIN ID:1370315160100300 BNF BK:CHINA GUANGFA BANK CO., ID:GDBKCN22BJ1 PMT DET:460460212 230915-RENTAL OF OCT,NOV, DEC, 2 | -6,391.94 |
| 10/18/23 | WIRE TYPE:INTL OUT DATE:231018 TIME:0431 ET TRN:2023101800028527 SERVICE REF:968909 BNF:ITAYA MISA ID:576131192832 BNF BK:CTBC BANK CO ., LTD ID:CTCBTWTP576 PMT DET:460460770 231009-TRA VEL EXP LENOVO,JAPAN POP SERVICES | -1,500.00 |
| 10/18/23 | Online Banking Transfer Conf# mexycqwqr; Lo | -4,800.00 |
| 10/23/23 | TRANSFER STREAM TV NETWORKS, :ALLIED BENEFIT SYSTE Confirmation# 0106944211 | -18,223.37 |
| 10/23/23 | CITI PAYMENT    DES:PAYMENT    ID:091200824250121  INDN:RAJAN,MATHU G          CO ID:CITIGPUIBS TEL | -221.63 |
| 10/23/23 | CAPITAL ONE    DES:PHONE PYMT ID:3SK9A39YRPL1Q7S  INDN:MATHU RAJAN          CO ID:9541719386 CCD | -217.70 |
| 10/27/23 | CONTACT CTR OFFICIAL CHECK ISSUED | -24,929.33 |

Card account # XXXX XXXX XXXX 3251

| Date | Description | Amount |
|---|---|---:|
| 10/04/23 | CHECKCARD  1002 STAPLES     00100255 BENSALEM     PA 24164073276105032410527 CKCD 5943 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -11.87 |
| 10/06/23 | CHECKCARD  1004 SPIRIT AIRL 48703656434 800-7727117  FL 24717053278872782881221 CKCD 3260 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -214.89 |
| 10/06/23 | CHECKCARD  1004 SPIRIT AIRL 48703656434 800-7727117  FL 24717053278872783301096 CKCD 3260 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -7.00 |
| 10/06/23 | CHECKCARD  1004 SPIRIT AIRL 48703656434 800-7727117  FL 24717053278872783016983 CKCD 3260 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -27.00 |
| 10/06/23 | CHECKCARD  1004 AMERICAN AIR00180387383 FORT WORTH   TX 24035963278344900742748 CKCD 3001 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -288.90 |
| 10/06/23 | CHECKCARD  1004 AMERICAN AIR00183093139 FORT WORTH   TX 24035963278344900786802 CKCD 3001 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -43.20 |
| 10/13/23 | BKOFAMERICA ATM 10/13 #000008100 WITHDRWL BENSALEM PLAZA     BENSALEM     PA | -300.00 |
| 10/13/23 | BKOFAMERICA ATM 10/13 #000008101 WITHDRWL BENSALEM PLAZA     BENSALEM     PA | -100.00 |
| 10/16/23 | CHECKCARD  1014 UNITED     01642461025 800-932-2732 TX 24692163288103274250939 CKCD 3000 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -21.00 |
| 10/16/23 | CHECKCARD  1014 UNITED     01642461025 800-932-2732 TX 24692163288103274250962 CKCD 3000 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -21.00 |
| 10/16/23 | CHECKCARD  1014 UNITED     01642461025 800-932-2732 TX 24692163288103274250954 CKCD 3000 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -17.00 |
| 10/16/23 | CHECKCARD  1014 UNITED     01642461025 800-932-2732 TX 24692163288103274250947 CKCD 3000 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -16.00 |
| 10/16/23 | CHECKCARD  1015 EXPEDIA 72678687030891 EXPEDIA.COM  WA 24692163288103000716609 CKCD 4722 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -185.12 |
| 10/17/23 | CHECKCARD  1014 UNITED     01623345563 800-932-2732 TX 24692163289104070171914 CKCD 3000 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -536.43 |
| 10/17/23 | CHECKCARD  1015 STAPLES     00100255 BENSALEM     PA 24164073289105002299087 CKCD 5943 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -37.09 |

continued on the next page

**BANK OF AMERICA**

Your checking account

| STREAM TV NETWORKS, INC | Account # 3830 2507 2950 | October 1, 2023 to October 31, 2023 |

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 10/18/23 | CHECKCARD 1016 STARBUCKS STORE 60509 PHILADELPHIA PA 24692163290104803765617 CKCD 5814 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -11.57 |
| 10/18/23 | CHECKCARD 1017 FILE&AMP SERVE PAYMENTS EGOV.COM KS 24733093291400219000584 CKCD 9399 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -1,099.23 |
| 10/18/23 | CHECKCARD 1017 FILE&AMP SERVE PAYMENTS EGOV.COM KS 24733093291400219000592 CKCD 9399 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -353.84 |
| 10/20/23 | CHECKCARD 1018 MARRIOTT TEANECK TEANECK NJ 24692163292106608294378 CKCD 3509 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -62.98 |
| 10/23/23 | CHECKCARD 1020 EXTRA SPACE 0725 SAN JOSE CA 24071053294939109717451 CKCD 4225 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -132.30 |
| 10/25/23 | CHECKCARD 1023 STAPLES 00100255 BENSALEM PA 24164073297105032444083 CKCD 5943 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -18.08 |
| 10/25/23 | CHECKCARD 1023 STAPLES 00100255 BENSALEM PA 24164073297105032444109 CKCD 5943 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -1.53 |
| 10/25/23 | CHECKCARD 1023 STAPLES 00100255 BENSALEM PA 24164073297105032444133 CKCD 5943 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -1.99 |
| 10/25/23 | CHECKCARD 1023 STAPLES 00100255 BENSALEM PA 24164073297105005318181 CKCD 5943 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -55.00 |
| 10/25/23 | CHECKCARD 1023 STAPLES 00100255 BENSALEM PA 24164073297105002312716 CKCD 5943 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -26.49 |
| 10/26/23 | CHECKCARD 1025 WWW.BIGYELLOW.CO.UK 01276478700 74830503298174112938160 CKCD 4225 XXXXXXXXXXXX3251 XXXX XXXX XXXX 3251 | -1,205.35 |
| **Subtotal for card account # XXXX XXXX XXXX 3251** | | **-$4,794.86** |
| **Total withdrawals and other debits** | | **-$147,427.75** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/03/23 | Wire Transfer Fee | -45.00 |
| 10/04/23 | External transfer fee - 3 Day - 10/03/2023 | -1.00 |
| 10/04/23 | External transfer fee - 3 Day - 10/03/2023 | -1.00 |
| 10/04/23 | External transfer fee - 3 Day - 10/03/2023 | -1.00 |
| 10/04/23 | External transfer fee - 3 Day - 10/03/2023 | -1.00 |
| 10/04/23 | External transfer fee - 3 Day - 10/03/2023 | -1.00 |
| 10/06/23 | Wire Transfer Fee | -45.00 |
| 10/10/23 | Wire Transfer Fee | -45.00 |
| 10/16/23 | Wire Transfer Fee | -45.00 |
| 10/18/23 | Wire Transfer Fee | -45.00 |
| 10/18/23 | Wire Transfer Fee | -45.00 |
| 10/18/23 | Wire Transfer Fee | -45.00 |

*continued on the next page*

Case 23-10763-djb    Doc 532-4    Filed 12/22/23    Entered 12/22/23 16:14:43    Desc
Exhibit Bank of America Statement October 2023    Page 5 of 5

STREAM TV NETWORKS, INC.  |  Account # 3830 2507 2950  |  October 1, 2023 to October 31, 2023

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 10/24/23 | External transfer fee - Next Day - 10/23/2023 | -5.00 |
| 10/26/23 | CHECKCARD 1025 WWW.BIGYELLOW.CO.UK 01276478700 74830503298174112938160 CKCD 4225 XXXXXXXXXXXX3251 INTERNATIONAL TRANSACTION FEE | -36.16 |

**Total service fees** -$361.16

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 118,312.08 | 10/10 | 38,499.86 | 10/23 | 25,302.10 |
| 10/02 | 117,906.23 | 10/13 | 38,099.86 | 10/24 | 25,297.10 |
| 10/03 | 95,986.23 | 10/16 | 33,025.18 | 10/25 | 26,170.84 |
| 10/04 | 95,969.36 | 10/17 | 32,451.66 | 10/26 | 24,929.33 |
| 10/05 | 92,469.36 | 10/18 | 15,660.08 | 10/27 | 0.00 |
| 10/06 | 68,293.37 | 10/20 | 15,597.10 | | |