

KeyBank
Cleveland,

**Business Banking Statement**

**page 1 of 2**





384991013119

2249  1 AB 0.537   AUTO   284809.5   T   499 00000 R EM T1

STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC
1105 WILLIAM PENN DR
BENSALEM PA  19020-4376

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### Key Business Reward Checking 384991013119
STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC

| | |
|---|---|
| Beginning balance 10-31-23 | $301.00 |
| Net fees and charges | -25.00 |
| **Ending balance 11-30-23** | **$276.00** |

### Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 11-30-23 | Service Charge | 1 | 25.00 | -$25.00 |
| | **Fees and charges assessed this period** | | | **-$25.00** |

### Account messages

*Important updates have been made to your Small Business Checking Account Fees and Disclosures.*
*Great news regarding your Small Business Checking Account. The following fees have been eliminated:*
*The Charge for Special Statement fee has changed from $6.00 to $0.00.*
*The Out-of-Cycle Statements fee has changed from $7.50 to $0.00.*
*The Charge for Counterchecks fee of $1.00 has been eliminated.*
*Also, the Foreign Draft service is no longer available. If you have any questions, please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY device, please call 1-800-539-8336.*