# M&T Bank

| FOR INQUIRIES CALL: | HOCKESSIN (302) 472-3177 |
|---|---|

00   0 07019M NM  017

000000                     P

STREAM TV NETWORKS INC
DEBTOR IN POSSESSION 21-10433
MATHU G RAJAN, OWNER
2009 CHESTNUT ST
PHILADELPHIA PA 19103

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9882265243 | 11/01/23 - 11/30/23 |
| BEGINNING BALANCE | $100.00 |
| DEPOSITS & CREDITS | 105,884.33 |
| LESS CHECKS & DEBITS | 78,996.76 |
| LESS SERVICE CHARGES | 2.00 |
| ENDING BALANCE | $26,985.57 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2023 | BEGINNING BALANCE | | | $100.00 |
| 11/03/2023 | INCOMING FEDWIRE FUNDS TRANSFER VISUAL SEMICONDUCTOR INC | $60,000.00 | | 60,100.00 |
| 11/06/2023 | INCOMING FEDWIRE FUNDS TRANSFER BANK OF AMERICA | 9,955.00 | | |
| 11/06/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Jia Jiunn Lo | | $10,000.00 | |
| 11/06/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Innoventures Group LLC | | 2,500.00 | |
| 11/06/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Suby Joseph | | 5,833.33 | |
| 11/06/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Nicole Maneen | | 2,291.67 | |
| 11/06/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Charles M Robertson | | 6,250.00 | |
| 11/06/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Sara Leona Brewer | | 2,500.00 | |
| 11/06/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Amanda Von Ahnen | | 1,750.00 | |
| 11/06/2023 | OUTGOING CHIPS FUNDS TRANSFER BRANCH ST4M ELECTRONICS INC | | 20,510.71 | 18,419.29 |
| 11/07/2023 | COUNTER WITHDRAWAL | | 9,945.00 | 8,474.29 |
| 11/08/2023 | SERVICE CHARGE FOR ACCOUNT 000009882265243 | | 2.00 | 8,472.29 |
| 11/14/2023 | COUNTER WITHDRAWAL | | 3,671.05 | |
| 11/14/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Matt Lo | | 3,800.00 | 1,001.24 |
| 11/15/2023 | DEPOSIT | 24,929.33 | | 25,930.57 |
| 11/20/2023 | INCOMING FEDWIRE FUNDS TRANSFER VISUAL SEMICONDUCTOR INC | 11,000.00 | | 36,930.57 |
| 11/21/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH Matt Lo | | 9,945.00 | 26,985.57 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
1100 NORTH MARKET STREET WILMINGTON, DE 19801