

December 19, 2023

Mr. Thomas Park
Chief Financial Officer
Stream TV Networks, Inc.
2009 Chestnut Street
Third Floor
Philadelphia, PA 19103

Dear Mr. Park:

Enclosed please find a summary of expenses paid by Visual Semiconductor, Inc. ("**VSI**") on behalf of Stream TV Networks, Inc. ("**Stream**") for November, 2023. As you can see, these expenses total **$16,352.41** for the reporting period. VSI also deposited **$71,000.00** directly into Stream's bank account at M&T Bank (Manufacturers and Traders Trust Company) so that Stream could pay certain expenses directly.

Accordingly, and pursuant to the stock purchase agreement between VSI and Stream, these two amounts have reduced the amount of the subscription receivable on Stream's books owed to it by VSI.

Detailed accounting for the expense summary is available upon request.

Thank you for your assistance in making sure this adjustment to Stream's subscription receivable is appropriately recorded.

Respectfully,

_____
Daniel J. Rink
Director


Enc.  Financial Summary November, 2023



Contact@visualsemi.com       1105 William Penn Drive, Bensalem, PA 19020

| Spend Summary | | Nov-23 |
|---|---|---|
| Cost Center | Cat | VSI funded |
| Accounting | Software | (212.00) |
| **Accounting Total** | | **(212.00)** |
| | | |
| Fundraising | Roadshow | (947.30) |
| **Fundraising Total** | | **(947.30)** |
| | | |
| Legal | Office | (117.93) |
| | Fees | |
| **Legal Total** | | **(117.93)** |
| | | |
| Misc | Bank Charges | (45.00) |
| | Insurance | (753.00) |
| | MR | (225.65) |
| | Office | (129.47) |
| | Rent | (1,600.00) |
| | Software | (170.52) |
| | Travel | (6,800.00) |
| **Misc Total** | | **(9,723.64)** |
| | | |
| Payroll | Bank Charges | (45.00) |
| | Benefits | (3,006.54) |
| | Consultant | (2,300.00) |
| **Payroll Total** | | **(5,351.54)** |
| | | |
| **Grand Total** | | **(16,352.41)** |