# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**NOTICE OF FOURTH LOCAL RULE 2016-5 APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD & SMITH, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIODS AUGUST 1, 2023 THROUGH AUGUST 31, 2023 AND SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Lewis Brisbois Bisgaard & Smith, LLP ("LBBS"), counsel to the Debtors and Debtor-in-Possession (the "Debtors"), has filed its application for payment on account, a copy of which has been filed contemporaneously herewith. The Application covers the time period from August 1, 2023 through August 31, 2023 and September 1, 2023 through September 30, 2023 and requests allowance of fees in the total amount of $522,554.60 for both months. LBBS seeks payment at this time as follows: $420,750.10, which consists of $234,987.60 (80% of the fees for services rendered for the August Compensation Period) plus $11,055.98 (100% of the expenses incurred during the August Compensation Period) and $172,230.40 (80% of the fees rendered for the September Compensation Period) plus $2,476.12 (100% of the expenses incurred during the September Compensation Period).

1. **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

133911652.1

2. **If you do not want the Court to grant the relief sought in the above-referenced Application** or if you want the Court to consider your view on the Application, then on or before January 19, 2024, **you or your attorney must file a response to the Application.** (See Instructions on next page).

3. In the absence of any answer, objection, or other responsive pleading, or request for hearing, LBBS will certify same to the Court and request that an order be entered approving the Application.

4. If an objection is filed, a hearing on the Application will be scheduled to be held before the Honorable Magdeline D. Coleman, on a date to be determined, at the United States Bankruptcy Court, Courtroom #2, 900 Market Street, Philadelphia, PA 19107. Objections must be specific and in compliance with Local Bankruptcy Rule 2016-5. Unless the Court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

5. **If you do not file a response to the Application**, the court may enter an order granting the relief requested in the Application.

6. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

7. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

8. Copies of the Application reference above may be inspected in the Office of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.paeb.uscourts.gov. Please note that prior registration with the PACER Service and payment of a fee may be required to access such documents through the Bankruptcy Court's website. Parties in interest may sign up for a PACER account by visiting the PACER

133911652.1

website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Application are available on the website maintained by the Debtor's claims and noticing agent, BMC Group, LLC at www.bmcgroup.com/restructuring. Requests for copies of the Application and further information regarding the hearing may also be made to proposed counsel for the Debtor at the telephone number and address listed below.

**Filing Instructions**

9. **If you are required to file documents electronically by the Local Bankruptcy Rule 5005-1**, you must file your response electronically.

10. **If you are not required to file electronically**, you must file your response at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

11. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

12. On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the movant's attorney:

Rafael X. Zahralddin-Aravena, Esq.
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Fax: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

133911652.1

Date: January 5, 2024

Respectfully submitted,

/s/ *Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com
-and-

Bennett G. Fisher (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com

-and-

Keith Kodosky (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
Telephone: (404) 991-21831
Facsimile: (404) 467-8845
Keith.Kodosky@lewisbrisbois.com

-and-

Scott D. Cousins (*pro hac vice admission pending)*
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
(302) 295-9440
Scott.Cousins@LewisBrisbois.com

*Counsel to Debtors*

133911652.1