UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered)[1] |

# ORDER

**AND NOW**, for the reasons set forth in the accompanying Memorandum.[2]

**IT IS HEREBY ORDERED** that:

1. The Section 1112/1104 Motion is **GRANTED** solely to the extent it requests that a trustee be appointed in the Debtors' bankruptcy cases pursuant §1104(a) of the Bankruptcy Code.

2. The Hawk Stay Relief Motion is **GRANTED** to permit the Section 225 Action to proceed solely with respect to the Technovative Director Issue and the Debt Conversion Issue.

3. The U.S. Trustee is directed to immediately begin the process for appointing a chapter 11 trustee (the "Chapter 11 Trustee"), and shall file notice on the docket upon appointment.

4. Mr. Rajan is no longer authorized to take any action on behalf of the Debtors' estates. To the extent the Debtors must take any urgent action pending the appointment of a Chapter 11 Trustee, the Debtors shall identify any such actions needed to the U.S. Trustee, who may

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned cases. Bankr. Docket No. 81.

[2] Capitalized terms used but not defined shall have the meaning given to them in the accompanying Memorandum.

confer with Mr. Rajan in addressing such matters but who is not obligated to act in conformity with Mr. Rajan's instruction or desired outcome.

5. A status hearing shall be held in these cases on **January 24, 2024 at 2:00 p.m.**, in **Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.**[3]

Dated: January 5, 2024

                                              Magdeline D. Coleman
                                              Chief U.S. Bankruptcy Judge

---

[3] Parties may appear telephonically if necessary, and with prior authorization of the Court.