IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> STREAM TV NETWORKS, INC. <br><br> Debtor. <br><br> and <br><br> IN RE: <br><br> TECHNOVATIVE MEDIA, INC. <br><br> Debtor | Chapter 11 <br><br><br> Case No. 23-10763 (MDC) <br><br><br><br> Case No. 23- 10764 (MDC) <br><br><br> (Jointly Administered) |

## UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE

The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Trustee and in support thereof, states as follows:

1. The Applicant has appointed William A. Homony as Trustee in the above captioned case on January 9, 2024.

2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the Trustee through solicitation letter delivered by electronic mail:

    a. Lewis Brisbois Bisgaard & Smith, LLP as Counsel for Debtors;

    b. Skadden, Arps, Slate, Meagher & Flom LLP as Counsel for SeeCubic, Inc.; and

    c K&L Gates LLP as Counsel for Hawk Investment Holdings Ltd.

3. To the best of the Applicant's knowledge, the Trustee's connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of William A. Homony as Trustee in the above-captioned case.

        Andrew R. Vara
        UNITED STATES TRUSTEE

BY: */s/ John Schanne*
John Schanne
Trial Attorney