IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> STREAM TV NETWORKS, INC. <br>     Debtor. <br>        and <br> IN RE: <br> TECHNOVATIVE MEDIA, INC. <br>     Debtor | Chapter 11 <br><br> Case No. 23-10763 (MDC) <br><br><br> Case No. 23-10764 (MDC) <br><br> (Jointly Administered) |

## VERIFIED STATEMENT OF WILLIAM A. HOMONY, CIRA

I hereby verify that I have no connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: **(If you have no connections, write "none".)**

*None*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Date: 1/9/24

William A. Homony