IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| STREAM TV NETWORKS, INC. | Chapter 11 |
| Debtor. | |
| and | Case No. 23-10763 (MDC) |
| IN RE: | |
| TECHNOVATIVE MEDIA, INC. | Case No. 23- 10764 (MDC) |
| Debtor | |
| | (Jointly Administered) |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:  William A. Homony, CIRA
Miller Coffey Tate LLP
1628 John F. Kennedy Boulevard
Suite 950
Philadelphia, PA 19103
Email: bhomony@mctllp.com

Pursuant to the Order of this Court entered on January 5, 2024 (the "Order") directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints William A. Homony to serve as the chapter 11 trustee.

The chapter 11 trustee bond is initially set at $41,000.  The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made the 9th day of January 2024

Andrew R. Vara
UNITED STATES TRUSTEE

BY: */s/ John Schanne*
John Schanne
Trial Attorney