**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and<br>TECHNOVATIVE MEDIA, INC.,<br><br>      Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, *et al*.,<br><br>      Defendants. | Adv. No. 23-00057 |

### ORDER EXTENDING ALL RESPONSIVE PLEADING DEADLINES

**AND NOW**, the Court having entered an Order on January 5, 2024 (the "Trustee Appointment Order"), directing the United States Trustee's Office (the "UST") to immediately commence the process of appointing a chapter 11 trustee (the "Chapter 11 Trustee") in the above-captioned bankruptcy cases (the "Bankruptcy Cases").[1]

**AND**, on January 9, 2024, the UST filed a motion to appoint a Chapter 11 Trustee.[2]

**AND**, upon appointment, the Chapter 11 Trustee will require time to become familiar with and formulate strategy in the Bankruptcy Cases and the above-captioned adversary proceeding initiated by the Debtors (the "Adversary Proceeding").

---

[1] Bankr. Docket No. 549.
[2] Bankr. Docket No. 553.

**AND**, the Court has determined that an extension of all deadlines in the Bankruptcy Cases and the Adversary Proceeding is necessary at this time.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that all current deadlines in the Bankruptcy Cases and the Adversary Proceeding are hereby **EXTENDED** for 30 days from the entry of this Order, subject to further extension *sua sponte* or upon motion and hearing.

Dated: January 10, 2024

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge