**Exhibit H-1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| STREAM TV NETWORKS, INC. | Chapter 11 |
| Debtor. | |
| and | Case No. 23-10763 (MDC) |
| IN RE: | |
| TECHNOVATIVE MEDIA, INC. | Case No. 23- 10764 (MDC) |
| Debtor | |
| | (Jointly Administered) |

## ORDER APPROVING APPOINTMENT OF TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of William A. Homony as Trustee in the above-captioned cases, it is hereby

ORDERED that the appointment is approved.

BY THE COURT:

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Dated: January 12, 2024