IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>STREAM TV NETWORKS, INC.<br>    Debtor<br>        and<br><br>IN RE:<br><br>TECHNOVATIVE MEDIA, INC.<br>    Debtor. | Chapter 11<br><br>Case No. 23-10763 (MDC)<br><br><br><br>Case No. 23- 10764 (MDC)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION OF THE
UNITED STATES TRUSTEE TO DISMISS DEBTORS' CASES
<u>FOR CAUSE UNDER 11 U.S.C. § 1112(b)</u>**

PLEASE TAKE NOTICE that Andrew R. Vara, the United States Trustee for Region 3, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Motion of the United States Trustee to Dismiss Debtors' Cases for Cause Under 11 U.S.C. § 1112(b)* (Docket No. 534).

Dated: January 18, 2024        Respectfully submitted,

                                      **ANDREW R. VARA**
                                    **UNITED STATES TRUSTEE**
                                    **For Regions 3 and 9**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Kevin P. Callahan, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: (215) 597-4411
Facsimile: (215) 597-5795
John.Schanne@usdoj.gov
Kevin.P.Callahan@usdoj.gov