# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> STREAM TV NETWORKS, INC. [1] <br><br> Debtor. | Chapter 11 <br><br> Bky No.: 23-10763 (MDC) |
| In re: <br><br> TECHNOVATIVE MEDIA, INC. <br><br> Debtor. | Chapter 11 <br><br> Bky No.: 23-10764 (MDC) <br><br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE RE

| | |
|---|---|
| Docket No. 544 | FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD & SMITH, LLP, COUNSEL FOR DEBTORS, FOR THE PERIOD MARCH 15, 2023 THROUGH JULY 31, 2023 |
| Docket No. 545 | NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD & SMITH, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIOD MARCH 15, 2023 THROUGH JULY 31, 2023 |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On January 4, 2024, at the direction of Lewis Brisbois Bisgaard & Smith LLP, counsel to the Debtors and Debtors in Possession, copies of the above referenced documents

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). Their corporate headquarters is located at 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103. The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

Re Docket No. 544, the Fee App Parties referenced in Service List Nos. 79460 and 79461.

Re Docket No. 545, the Core/2002 Parties referenced in Service List Nos. 79458 and 79459.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of January, 2024 at New York, New York.

                                                                      /s/ Bradford Daniel
                                                                        Bradford Daniel

# Stream TV Networks

**Total number of parties: 89**

## Exhibit A - Stream TV Networks

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79458 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, MADANLOLUGU@ADEPTCHIPS.COM | E-mail |
| 79459 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA | US Mail (1st Class) |
| 79458 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, VINOD@NICHANILAWFIRM.COM | E-mail |
| 79459 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 79458 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), VESPERM@BALLARDSPAHR.COM | E-mail |
| 79458 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), MCKEEVASSALLOE@BALLARDSPAHR.COM | E-mail |
| 79458 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), GRUGANT@BALLARDSPAHR.COM | E-mail |
| 79458 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), DALUZT@BALLARDSPAHR.COM | E-mail |
| 79458 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JVONDERHEYDT@BENESCHLAW.COM | E-mail |
| 79458 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JHOOVER@BENESCHLAW.COM | E-mail |
| 79458 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), MICHAELS@BPMLEGAL.COM | E-mail |
| 79458 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, WENDY@CADENCE.COM | E-mail |
| 79459 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 79459 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 79459 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | US Mail (1st Class) |
| 79459 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | US Mail (1st Class) |
| 79459 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | US Mail (1st Class) |
| 79458 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), ADEMARCO@DEVLINLAWFIRM.COM | E-mail |
| 79458 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), DLFLITPARAS@DEVLINLAWFIRM.COM | E-mail |
| 79459 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | US Mail (1st Class) |
| 79458 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | E-mail |
| 79458 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, KEVIN.P.CALLAHAN@USDOJ.GOV | E-mail |
| 79460 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | E-mail |
| 79460 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, KEVIN.P.CALLAHAN@USDOJ.GOV | E-mail |
| 79461 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, ROBERT N.C. NIX FEDERAL BUILDING, 900 MARKET STREET, SUITE 320, PHILADELPHIA, PA, 19107 | US Mail (1st Class) |
| 79459 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | US Mail (1st Class) |
| 79459 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | US Mail (1st Class) |
| 79458 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, SUZHOUSJG@163.COM | E-mail |
| 79458 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, DAVID@HJ-PACKING.COM | E-mail |
| 79459 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79459 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | US Mail (1st Class) |
| 79458 | IMG MEDIA LTD, MEDIA.AR@IMG.COM | E-mail |
| 79459 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM | US Mail (1st Class) |
| 79458 | INNOVENTURES GROUP LLC, INNOVENTURESGROUPLLC@GMAIL.COM | E-mail |
| 79459 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 79459 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 79459 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | US Mail (1st Class) |
| 79458 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 79458 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), AARON.ROTHMAN@KLGATES.COM | E-mail |
| 79458 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JON.EDEL@KLGATES.COM | E-mail |
| 79458 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), STEVEN.CAPONI@KLGATES.COM | E-mail |
| 79458 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), TOM.WARNS@KLGATES.COM | E-mail |
| 79458 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 79458 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 79458 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, (RE: DEBTOR), RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 79458 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, (RE: DEBTORS), SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 79458 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, (RE: DEBTORS), SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 79459 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | US Mail (1st Class) |
| 79458 | MARCUM LLP, ILYSSA K. BLUM, CPA, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 79459 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131 | US Mail (1st Class) |
| 79458 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, JONA@CLD1LTD.COM | E-mail |
| 79459 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 79459 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | US Mail (1st Class) |
| 79458 | PEGATRON CORPORATION, SAL LU, SAL_LU@PEGATRONCORP.COM | E-mail |
| 79459 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN | US Mail (1st Class) |
| 79458 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 79459 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 79459 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 79459 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 79458 | QUARLES & BRADY LLP, BRITTANY S. OGDEN, ESQ., (RE: SLS HOLDINGS VI, LLC), BRITTANY.OGDEN@QUARLES.COM | E-mail |
| 79458 | QUARLES & BRADY LLP, CATHERINE GUASTELLO ALLEN, ESQ., (RE: SLS HOLDINGS VI, LLC), CATHERINE.ALLEN@QUARLES.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 79458 | QUARLES & BRADY LLP, SARGINA DESARGONES, ESQ., (RE: SLS HOLDINGS VI, LLC), SARGINA.DESARGONES@QUARLES.COM | E-mail |
| 79458 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, STEPHEN3D@MAC.COM | E-mail |
| 79459 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 79458 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), RMESSINA@RC.COM | E-mail |
| 79458 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), DWRIGHT@RC.COM | E-mail |
| 79458 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), KFIX@RC.COM | E-mail |
| 79458 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, PHILADELPHIA@SEC.GOV | E-mail |
| 79459 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 79458 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), EBEN.COLBY@SKADDEN.COM | E-mail |
| 79458 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), MARLEY.BRUMME@SKADDEN.COM | E-mail |
| 79458 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JAMES.MAZZA@SKADDEN.COM | E-mail |
| 79458 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JUSTIN.WINERMAN@SKADDEN.COM | E-mail |
| 79458 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA.RITCHIE@SKADDEN.COM | E-mail |
| 79458 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 79459 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | US Mail (1st Class) |
| 79458 | ST4M ELECTRONICS, INC., WANGLING, MATTJJLO@GMAIL.COM | E-mail |
| 79459 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 79459 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 79458 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), PAMELA.THURMOND@PHILA.GOV | E-mail |
| 79458 | TRANS WORLD INTERNATIONAL, LLC, MEDIAAR@IMG.COM | E-mail |
| 79459 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 79458 | TRIPLE CROWN CONSULTING, LLC, AR@TRIPLECO.COM | E-mail |
| 79459 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000 | US Mail (1st Class) |
| 79458 | US COMPLIANCE SERVICES LLC, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 79459 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071 | US Mail (1st Class) |
| 79458 | VAYIKRA CAPITAL LLC, PHIL@DARIVOFF.NET | E-mail |
| 79459 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |
| 79459 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 89**