**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc.,[1] | Bky. No. 23-10763 (MDC) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| Technovative Media, Inc., | Bky. No. 23-10764 (MDC) |
| Debtor. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING LOCAL RULE 2016-5 FOURTH
REQUEST FOR PAYMENT ON ACCOUNT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD AND SMITH
LLP, COUNSEL FOR THE DEBTOR, FOR THE PERIODS
AUGUST 1, 2023 THROUGH AUGUST 31, 2023 AND
SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

I, Rafael X. Zahralddin-Aravena, of the law firm Lewis Brisbois Bisgaard & Smith LLP

("LBBS"), counsel to Stream TV Networks, Inc. and Technovative Media, Inc. (the "Debtors"),

hereby certify as follows:

1.      On January 5, 2024, LBBS filed an Application pursuant to Local Rule 2016-5

Fourth Request for Payment on Account of Compensation and Reimbursement of Expenses of

Lewis Brisbois Bisgaard & Smith, LLP, Counsel for the Debtors, for the Periods August 1, 2023

through August 31, 2023 and September 1, 2023 through September 3, 2023. (the

"August/September Application") [D.I. 546].

2.      Objections to the Application were due by January 19, 2024.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV
Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location of the Debtors' service address is: 2009
Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

135222336.1

3.      The time for response has now expired and no objection or other response has been filed.

4.      In accordance with Local Bankruptcy Rule 2016-5(h), upon receipt of this certification, which indicates that no timely objections have been filed, the Debtors are authorized to pay LBBS eighty percent (80%) of the fees for the August Compensation Period, or $234,987.60 and eighty (80%) of the fees for the September Compensation Period, or $172,230.40, plus $11,055.98 (100% of interim expenses incurred during the August Compensation Period), plus one hundred percent (100%) of the expenses, or $2,476.12 for the September Compensation Period, requested in the Request for Payment, for a total of $420,750.10, for the August/September Application.

Date: January 26, 2024                                    Respectfully submitted,

                                         */s/ Rafael X. Zahralddin-Aravena*
                                         Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                         550 E. Swedesford Road, Suite 270
                                         Wayne, PA 19087
                                         Telephone: (302) 985-6000
                                         Facsimile: (302) 985-6001
                                         Rafael.Zahralddin@lewisbrisbois.com

                                         -and-

                                         Bennett G. Fisher (admitted *pro hac vice*)
                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                         24 Greenway Plaza, Suite 1400
                                         Houston, TX 77046
                                         Telephone: (346) 241-4095
                                         Bennett.Fisher@lewisbrisbois.com

                                         -and-

                                         Keith Kodosky (admitted *pro hac vice*)
                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                         600 Peachtree Street NE, Suite 4700

135222336.1

Atlanta, GA 30308
Telephone: (404) 991-21831
Facsimile: (404) 467-8845
Keith.Kodosky@lewisbrisbois.com

-and-

Kevin Shaw (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 295-9436
Facsimile: (302) 985-6001
Kevin.Shaw@lewisbrisbois.com

*Counsel to the Debtors*

135222336.1