**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Stream TV Networks, Inc.,**[1] | Case No. 23-10763-MDC |
| Debtor. | |
| **In re:** | Chapter 11 |
| **Technovative Media, Inc.,** | Case No. 23-10764-MDC |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE CHAPTER 11 TRUSTEE TO STEVEN M. COREN, ESQUIRE AND COREN & RESS, P.C. AS SPECIAL COUNSEL**

The undersigned hereby certifies that, as of February 8, 2024, William A. Homony, Chapter 11 Trustee, has received no answer, objection or other responsive pleading to the Application to Employ Steven M. Coren, Esquire and Coren & Ress, P.C. (collectively, "C&R"), as his Special Counsel (the "Application") [D.I. 579] filed on January 31, 2024. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to Notice of Application filed on January 31, 2024 [D.I. 580], objections to the Application were to be filed and served no later than February 7, 2024.

It is hereby respectfully requested that the Order Granting Application, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

4888-5668-9060 v1

|  |  |
|---|---|
| Dated: February 8, 2024 | By: */s/ Michael D. Vagnoni*<br>Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL, LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>(215) 665-3066 – Phone<br>(215) 665-3165 – Facsimile<br>*Counsel to William A. Homony, Chapter 11 Trustee* |