**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **Stream TV Networks, Inc.,**[1] | : | |
| | : | **Case No. 23-10763-MDC** |
| Debtor. | : | |
| | : | |

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **Technovative Media, Inc.,** | : | |
| | : | **Case No. 23-10764-MDC** |
| Debtor. | : | |
| | : | |

**ORDER GRANTING APPLICATION OF THE CHAPTER 11 TRUSTEE TO EMPLOY STEVEN M. COREN, ESQUIRE AND COREN & RESS, P.C. AS SPECIAL COUNSEL TO THE CHAPTER 11 TRUSTEE**

AND NOW this ___15th___ day of ___February___, 2024, upon consideration of the Application of William A. Homony, Chapter 11 Trustee (the "Chapter 11 Trustee") for the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media, Inc. (collectively, the "Debtors") to employ Steven M. Coren, Esquire and Coren & Ress, P.C. (collectively, "C&R"), as Special Counsel to the Chapter 11 Trustee (the "Application") in this bankruptcy case, and the Court being satisfied that C&R does not represent any other party-in-interest or hold an interest adverse to the Debtors in their bankruptcy cases and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is hereby:

ORDERED that the Application is granted in its entirety; and it is further

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

4858-0927-7089 v1
4858-0927-7089 v2

ORDERED that the Chapter 11 Trustee is hereby authorized to retain and employ C&R, as Special Counsel in the within proceeding under Chapter 11 of the United States Bankruptcy Code;[2] and it is further

ORDERED that the terms of C&R's compensation set forth in the Fee Agreement are preapproved under 11 U.S.C. Section 328(a); and it is further

ORDERED that compensation for professional services of C&R shall be charged at the hourly billing rate as follows:

    a. Steven M. Coren, Esq.           $1,100.00 per hour

    b. Partners and Associates         $400.00 - $700.00 per hour

    c. Paralegals                            $125.00 per hour; and it is further

ORDERED that compensation to C&R is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States Bankruptcy Code, applicable Bankruptcy Rules, and *In re Busy Beaver Building Center, Inc.*, 19 F.3d 833 (3rd Cir. 1994).

BY THE COURT:

*Magdeline D. Coleman*
_____
The Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

---

[2] C&R reserves all rights to seek compensation for professional services and reimbursement of expenses from January 24, 2024 forward and all parties reserve their rights to object to such compensation consistent with this Order.