**EXHIBIT 4**

**(Blackline version of June/July 2023 Application)**

136917128.1

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc.,[1] | Bky. No. 23-10763 (MDC) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| Technovative Media, Inc., | Bky. No. 23-10764 (MDC) |
| Debtor. | (Jointly Administered) |

**LOCAL RULE 2016-5 CORRECTED THIRD REQUEST FOR PAYMENT ON ACCOUNT FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD & SMITH, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIODS JUNE 1, 2023 THROUGH JUNE 30, 2023 AND
JULY 1, 2023 THROUGH JULY 31, 2023**

Lewis Brisbois Bisgaard & Smith, LLP ("LBBS"), counsel to the above-captioned debtors (the "Debtors"), in accordance with Federal Rule of Bankruptcy Procedure 2016 and Local Bankruptcy Rule 2016-5, ~~requests~~corrects the original request for an award of compensation and reimbursement of actual, necessary expenses filed on December 15, 2023 [D.I. No. 523] and represents as follows:

**Part A – Preliminary Statement**

1.    LBBS is counsel for the Debtor.

2.    All services rendered and fees incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

136655277.1

3. The services described in this request (the "Request") are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Request are actual, necessary expenses.

5. LBBS makes this Request for compensation and reimbursement of expenses for the periods of June 1, 2023 through June 30, 2023 (the "June Compensation Period") and July 1, 2023 through July 31, 2023 (the "July Compensation Period").

### Part B – General Information

6. General Information

    A. Date case filed: **March 15, 2023**

    B. Date Application to Approve Employment filed: **April 3, 2023**

    C. Date employment was approved (*nunc pro tunc* to March 15, 2023): **May 3, 2023**

    D. First date services rendered in the bankruptcy case: **March 15, 2023**

7. Professionals Billing for Compensation Period
(June 1, 2023 through June 30, 2023)

### COMPENSATION BY PROFESSIONAL

| Name | Position | Hours | Billing Rate | Total |
|---|---|---|---|---|
| Rafael X. Zahralddin-Aravena | Partner | 89.70 | 975.00 | $87,457.50 |
| Vincent F. Alexander | Partner | 138.20 | 695.00 | $96,049.00 |
| Sean P. Shecter | Partner | 11.60 | 650.00 | $7,540.00 |
| Sean M. Brennecke | Partner | 3.50 | 600.00 | $2,100.00 |
| Bennett G. Fisher | Partner | 86.00 | 550.00 | $47,300.00 |
| Dale Bergman | Partner | 5.50 | 500.00 | $2,750.00 |
| Daniel David | Associate | 10.70 | 350.00 | $3,745.00 |
| Anh P. Nguyen | Associate | 60.90 | 300.00 | $18,270.00 |
| Karen R. Poppel | Associate | 41.30 | 300.00 | $12,390.00 |
| Rebecca L. Stoddard | Associate | 18.40 | 300.00 | $5,520.00 |
| Christina Freeman | Paralegal | 16.40 | 275.00 | $4,510.00 |
| Candace Russell | Paralegal | 13.20 | 275.00 | $3,630.00 |
| Leilani Quiles | Paralegal | .30 | 200.00 | $60.00 |

**Total Fees: $291,321.50**

136655277.1

8. Professionals billing for Compensation Period
(July 1, 2023 through July 31, 2023)

### COMPENSATION BY PROFESSIONAL

| Name | Position | Hours | Billing Rate | Total |
|---|---|---|---|---|
| Rafael X. Zahralddin-Aravena | Partner | 82.40 | 975.00 | $80,340.00 |
| Vincent F. Alexander | Partner | 72.20 | 695.00 | $50,179.00 |
| Sean P. Shecter | Partner | 41.80 | 650.00 | $27,170.00 |
| Sean M. Brennecke | Partner | .10 | 600.00 | $60.00 |
| Bennett G. Fisher | Partner | 28.90 | 550.00 | $15,895.00 |
| Dale Bergman | Partner | 15.40 | 500.00 | $7,700.00 |
| Daniel David | Associate | 59.50 | 350.00 | $20,825.00 |
| Anh P. Nguyen | Associate | 29.00 | 300.00 | $8,700.00 |
| Karen R. Poppel | Associate | 32.20 | 300.00 | $9,660.00 |
| Christina Freeman | Paralegal | 41.10 | 275.00 | $11,302.50 |
| Candace Russell | Paralegal | 3.70 | 275.00 | $1,017.50 |

**Total Fees: $232,849.00**

9. Billing Rates

The billing rates set forth in this Request are the normal hourly rates charged by LBBS for the services rendered.

### Part C – Billing Summary

10. Description of Services

Compensation and reimbursement for expenses is now sought for all reasonable and necessary activities performed in the case from June 1, 2023 through June 30, 2023 (hereafter "June 2023") and July 1, 2023 through July 31, 2023 (hereafter "July 2023") including, by categorical listing:

**B110 – Case Administration**

**June 2023:** (Fees: $467.50 Total Hours: 1.70)

**July 2023:** (Fees: $632.50 Total Hours: 2.30)

This category represents coordination of service lists; scheduling and preparation for hearings; and other general case administration and compliance activities. During the

136655277.1

Compensation Period, LBBS coordinated and prepared service of all motions, declarations, notices and other filings with the Claims and Noticing Agent, BMC Group, Inc.

### B115 – Statement of Financial Affairs

**June 2023**: (Fees: $2,667.50  Total Hours: 7.40)

**July 2023:** (Fees: $687.50  Total Hours: 2.50)

LBBS consulted with the Debtors, who worked diligently with LBBS regarding the Monthly Operating Reports.

### B120 – Asset Analysis/Recovery

**June 2023:** (Fees: $6,062.50  Total Hours: 19.00)

**July 2023**: (Fees: $13,571.50  Total Hours: 17.40)

This category represents identification and review of potential assets on behalf of the Debtor.  During the Compensation Period, LBBS consulted with the Debtors in pursuit of the recovery of assets. Specifically, LBBS assisted in recovery of equipment, books and records, demonstrative ("demo") units and other assets improperly taken and not returned by parties required to return assets under state law, including, but not limited to a Delaware Supreme Court Opinion and an Order by the Delaware Chancery Court, on remand.

### B130 – Asset Disposition

**June 2023:**  (Fees: $ 2,535.00  Total Hours: 2.60)

**July 2023:**  (Fees: $60.00  Total Hours: .10)

This category includes all matters relating to the sale and disposition of the Debtor's assets. During the Compensation Period, LLBS addressed revenue and asset inquiries.

### B140 – Relief from Stay/Adequate Protection Proceedings

**June 2023:** (Fees: $19,012.50  Total Hours: 19.50)

**July 2023:** (Fees: $4,007.50  Total Hours: 4.90)

136655277.1

This category includes matters relating to termination or continuation of automatic stay under §362 and motions for adequate protection under §361. During the Compensation Period, LLBS assisted the Debtor in defeating Motions for relief from the stay, as well as enforcement of the Stay, and in adequate protection discussions with the creditors.

**B150 – Meetings of and Communications with Creditors**

**June 2023**: (Fees: $0.00  Total Hours:  0.0)

**July 2023**:  (Fees: $585.00  Total Hours: 0.60)

This category includes routine communications with the Debtor's creditors regarding the status of the bankruptcy case, the receipt of certain notices, claims, and other issues and inquiries arising from time to time.

**B160 – Fee/Employment Applications**

**June 2023**: (Fees: $4,522.00  Total Hours: 7.30)

**July 2023**: (Fees: $~~9,228~~**11,178**.50  Total Hours: ~~24~~**26**.70)[2]

This category represents certain matters pertaining to retention of counsel and other professionals in the Debtor's cases. During the Compensation Period, LBBS communicated with the US Trustee and prepared a new Application to retain Thomas Jung Ho Park as Chief Financial Officer for Debtors, reviewed the objection to the Application. Additionally, LBBS prepared its application for compensation.

**B170 – Fee/Employment Objections**

**June 2023:** (Fees: $0.00  Total Hours: 0.0)

**July 2023:**  (Fees: $1,267.50  Total Hours: 1.30)

---

[2] The fees and total hours correspond to the corrected July invoice attached as Exhibit C to the Notice of Errata.

136655277.1

This category generally relates to review of and objections to the employment and fee applications of others. During the Compensation Period, LBBS reviewed the US Trustee's objection to the initial Motion filed by LBBS to retain and employ Thomas Jung Ho Park as Chief Financial Officer for Debtors, as well as the objection filed by creditors.

**B190 – Other Contested Matters**

**June 2023:** (Fees: $124,402.00  Total Hours: 188.70)

**July 2023:** (Fees: $36,673.00  Total Hours: 53.50

This category generally relates to time incurred in prosecuting general contested matters during the bankruptcy case. During the Compensation Period, LBBS worked diligently to defend the Debtors from a Motion to Dismiss, Convert the case or appoint a Chapter 11 Trustee, and a Motion to Lift the Automatic Stay, filed by the creditors who orchestrated an invalidated takeover scheme prepetition. LBBS also worked with the Debtors to assess issues related to the Debtors' foreign subsidiaries and impact on Debtors' estate.

**B195 – Non-Working Travel**

**June 2023:** (Fees: $5,369.00  Total Hours: 7.00)

**July 2023:** (Fees: $0.00  Total Hours: 0.00)

This category represents the cost of non-working travel to the Court.

**B210 – Business Operations**

**June 2023:** (Fees: $4,016.50  Total Hours: 5.90)

**July 2023:** (Fees: $8,786926.50 Total Hours: 9.50)90)[3]

This category generally includes services provided to the Debtors in connection with matters regarding the operation of the Debtors' business. Specifically, during the Compensation

---

[3] The fees and total hours correspond to the corrected July invoice attached as Exhibit C to the Notice of Errata.

136655277.1

Period, LBBS assisted the Debtors with production, supply chain finance, conditions for reviewing its equipment, and the status of foreign subsidiaries, and alternate products, locations and options. LBBS also consulted in efforts to secure employees and contractors for the Debtors' operations.

### B220 – Employee Benefits/Pensions

**June 2023**: (Fees: $0.00  Total Hours: 0.0)

**July 2023**:  **(Fees: $0.00  Total Hours: 0.0)00**

This category includes issues reviewed such as severance, retention, 401K coverage and continuance of pension plan.

### B230 – Financing/Cash Collection

**June 2023**: (Fees: $21,651.50 Total Hours: 25.70)

**July 2023**: (Fees: **$8,7589,033.50** Total Hours: **9.50)10.00)**[4]

This category includes time incurred by LBBS relating to the Debtor's financing of its Chapter 11 cases and operations.  During the Compensation Period, LBBS continued assisting the Debtor in pursuing financing alternatives, including raising funds related to equity raises as well as negotiations with multiple traditional DIP financing sources and sources willing to examine lending which collateralized pending purchase orders.  LBBS consulted with various debtor-in-possession financing sources and financing sources of both case financing and plan sponsorship.

### B240 – Tax Issues

**June 2023**: (Fees: $0.00  Total Hours: 0.0)

**July 2023**: (Fees: $0.00  Total Hours: 0.0)

This category generally includes time incurred relating to tax issues.

---

[4] The fees and total hours correspond to the corrected July invoice attached as Exhibit C to the Notice of Errata.

136655277.1

**B260 – Board of Directors Matters**

**June 2023**: (Fees: $877.50  Total Hours: 0.90)

**July 2023**: (Fees: $0.00  Total Hours: 0.0)

This category consists of preparation of materials for and attendance at Board of Directors

meetings; analysis and advice regarding corporate governance issues and review and preparation

of corporate documents (e.g., Articles, Bylaws, employment agreements, compensation plans, etc.)

**B270 – Regulatory and Compliance**

**June 2023**: (Fees: $0.00  Total Hours: 0.0)

**July 2023**: (Fees: $0.00  Total Hours: 0.0)

This category generally includes all regulatory and compliance issues including, but not

limited to, the Financial Industry Regulatory Authority ("FINRA"), the Securities and Exchange

Commission ("SEC") and the Unfair Trade Practices Act.

**B310 – Claims Administration and Objections**

**June 2023**: (Fees: $16,823.00 Total Hours: 36.50)

**July 2023**:  (Fees: $2,378.00 Total Hours: 4.50)

This category consists of specific claims inquiries, bar date motions, analyses, objections

and allowances of claims, which LBBS assisted with during the applicable Compensation Period.

**B320 – Plan and Disclosure Statement**

**June 2023:** (Fees: $41,968.00 Total Hours: 71.90)

**July 2023:  (Fees: $~~12,581~~121,681.50[5]  Total Hours: ~~216~~218.20)**

This category includes time incurred relating to the disclosure statement and plan of

reorganization.  During the Compensation Period, LBBS prepared, negotiated and initially drafted

---

[5] The fees and total hours correspond to the corrected July invoice attached as Exhibit C to the Notice of Errata.

136655277.1

the Plan of Reorganization and related Disclosure Statement and discussed the creditor classes within the plan.

### B410 – General Bankruptcy Advice/Opinions

**June 2023**: (Fees: $0.00 Total Hours: 0.0)

**July 2023**: (Fees: $0.00 Total Hours: 0.000)

This category includes time incurred for analysis, advice and/or opinions regarding potential bankruptcy related issues, where no bankruptcy case has been filed.

### B430 – Court Hearings

**June 2023**: (Fees: $15,273.50 Total Hours: 27.40)

**July 2023**: **(Fees: $1,182.0050[6]** Total Hours: 4.30)

| Formatted: Font: Bold |
|---|

This category includes time incurred by LBBS relating to preparation for court hearings involving motions to dismiss, motion for enforcement of the automatic stay and applications for employment.

### B600 - Litigation

**June 2023**: (Fees: $25,673.50 Total Hours: 74.20)

**July 2023**: (Fees: $20,984.00 Total Hours: 50.10)

This category includes all work done to investigate, prepare and file complaint for lender liability, tortious interference, breach of contract, trade secret violations, fiduciary duty violations and various other counts against creditors who orchestrated the invalidated takeover scheme.

### B611 – Settlement

**June 2023**: (Fees: $0.00 Total Hours: 0.0)

---

[6] This dollar amount corresponds with the July invoice originally filed on December 15, 2023 at D.I. 523-1 and is incorporated in the corrected July invoice attached as Exhibit C to the Notice of Errata.

136655277.1

**July 2023**: (Fees: $0.00  Total Hours: 0.0)

This category includes all time spent relating to litigation, arbitration or mediation concerning the Debtors, including conducting related research, drafting of documents, preparing various briefing, preparing and responding to discovery requests, attending related hearings and managing the strategy and coordination related to claims brought against the Debtors.

11.   Detail of Hours Expended

Attached hereto as **Exhibit A** and **Exhibit B** is a listing of categories of services rendered and the hours expended in each category for June and July 2023.

12.   Request

Based on the above, LBBS seeks payment at this time as follows: $426,309.11 ($233,057.20 = 80% of the fees for services rendered for the June Compensation Period) plus $6,336.26 (100% of the expenses incurred during the June Compensation Period) and ($186,279.20 = 80% of the fees rendered for the July Compensation Period) plus $636.45 (100% of the expenses incurred during the July Compensation Period).

**Part D – Expense Summary**

13.   From June 1, 2023 through June 30, 2023, LBBS has expended $6,336.26 for expenses in connection with the services provided to the Debtors. From July 1, 2023 through July 31, 2023, LBBS has expended $636.45 for expenses in connection with the services provided to the Debtors. Set forth in **Exhibit A and Exhibit B** is a list that shows the type of expenses for which reimbursement is sought and the amount of reimbursement sought for each type for the Compensation Period.

136655277.1

14.    The following expenses listed on **Exhibit A and Exhibit B** are calculated using LBBS' in-house actual cost or the actual amount billed by a third party provider: Postage/Freight, Messenger/Courier Services, Court Reporting/Transcripts, Meals, Search Fees, Information Services and Outside Duplicating Services.

WHEREFORE, LBBS requests approval of compensation on account in the total amount of $426,309.11. LBBS seeks payment at this time as follows $419,336.40 ($233,057.20 = 80% of the fees for services rendered for the June Compensation Period) plus $6,336.26 (100% of interim expenses incurred during the June Compensation Period) and ($186,279.20 = 80% of the fees rendered for the July Compensation Period) plus $636.45 (100% of interim expenses incurred during the July Compensation Period).

Date: February 26, 2024                    Respectfully submitted,

                                           ~~/s/ Rafael X. Zahralddin-Aravena~~
                                           /s/ draft
                                           Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
                                           **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                           550 E. Swedesford Road, Suite 270
                                           Wayne, PA 19087
                                           Telephone: (302) 985-6000
                                           Facsimile: (302) 985-6001
                                           Rafael.Zahralddin@lewisbrisbois.com

                                           -and-

                                           Bennett G. Fisher (admitted *pro hac vice*)
                                           **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                           24 Greenway Plaza, Suite 1400
                                           Houston, TX 77046
                                           Telephone: (346) 241-4095
                                           Bennett.Fisher@lewisbrisbois.com

                                           -and-

                                           Keith Kodosky (admitted *pro hac vice*)

136655277.1

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
Telephone: (4040) 467-8845
Keith.Kodosky@lewisbrisbois.com

-and-

Kevin Shaw (admitted *pro hac vice*)
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 295-9436
Facsimile: (302) 985-6001
Kevin.Shaw@lewisbrisbois.com

*Counsel to the Debtors*

**Formatted:** eop

**Formatted:** Indent: Left:  2.5", First line:  0.5", Line
spacing:  single

136655277.1