# EXHIBIT 5

**(Corrected Summary of Professionals)**

Case 23-10763-djb    Doc 590-5    Filed 02/28/24    Entered 02/28/24 12:30:45    Desc
Exhibit 5 to Notice of Errata    Page 1 of 2

136917128.1

# STREAM TV NETWORKS, INC. and
# TECHNOVATIVE MEDIA, INC.

## INTERIM TIMEKEEPER BILLING

| Name | Position | March/April | May | June | July | 1st Interim Fees |
|---|---|---|---|---|---|---|
| Rafael X. Zahralddin-Aravena | Partner | $154,830.00 | $57,622.50 | $87,457.50 | $80,340.00 | $380,250.00 |
| Sean Schecter | Partner | $26,845.00 | $3,120.00 | $7,540.00 | $27,170.00 | $64,675.00 |
| Vincent Alexander | Partner | $146,992.50 | $56,781.50 | $96,049.00 | $50,179.00 | $350,002.00 |
| Sean M. Brennecke | Partner | | | $2,100.00 | $60.00 | $2,160.00 |
| Bennett Fisher | Partner | $52,140.00 | $31,405.00 | $47,300.00 | $15,895.00 | $146,740.00 |
| Dale Bergman | Partner | | | $2,750.00 | $ 7,700.00 | $10,450.00 |
| Francis G.X. Pileggi | Partner | $150.00 | | | | $150.00 |
| Richard Lauter | Partner | $500.00 | | | | $500.00 |
| Paul Kisslinger | Partner | $5,150.00 | $150.00 | | | $5,300.00 |
| Kevin F. Shaw | Associate | $5,040.00 | | | | $5,040.00 |
| Daniel David | Associate | $8,190.00 | $7,175.00 | $3,745.00 | $20,825.00 | $39,935.00 |
| Anh P. Nguyen | Associate | $18,840.00 | $8,670.00 | $18,270.00 | $ 8,700.00 | $54,480.00 |
| Karen Poppel | Associate | $16,260.00 | $24,720.00 | $12,390.00 | $ 9,660.00 | $63,030.00 |
| Maria Garcia | Associate | $2,910.00 | | | | $2,910.00 |
| Rebecca L. Stoddard | Associate | $1,590.00 | $4,200.00 | $5,520.00 | | $11,310.00 |
| Christina Freeman | Paralegal | $11,660.00 | $3,960.00 | $4,510.00 | $11,302.50 | $31,432.50 |
| Candace Russell | Paralegal | $23,980.00 | $16,582.00 | $3,630.00 | $1,017.50 | $45,209.50 |
| Anika Townsend | Paralegal | $400.00 | | | | $400.00 |
| Leilani Quiles | Paralegal | | | $60.00 | | $60.00 |

**FEES GRAND TOTAL**      **$1,214,034.00**