# EXHIBIT 7

## (Blackline version of First Interim Application)

136917128.1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**Formatted Table**

**CORRECTED FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD & SMITH,
LLP, COUNSEL FOR DEBTORS, FOR THE PERIOD
MARCH 15, 2023 THROUGH JULY 31, 2023**

Lewis Brisbois Bisgaard & Smith, LLP ("LBBS"), counsel to the above-captioned debtors (the "Debtors"), in accordance with Federal Rule of Bankruptcy Procedure 2016 and Local Bankruptcy Rule 2016-5, ~~requests~~corrects their request for an award of compensation and reimbursement of actual, necessary expenses and represents as follows:

**Part A – Preliminary Statement**

1. LBBS is counsel for the Debtor.

2. LBBS ~~has been~~was appointed by the Bankruptcy Court for the Eastern District of Pennsylvania as Counsel for the Debtors, pursuant to the Court Order dated May 3, 2023.

3. All services rendered and fees incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

136824125.1

4.      The services described in this application (the "Application") are actual, necessary services and the compensation requested for those services is reasonable.

5.      The expenses described in this Application are actual, necessary expenses.

6.      LBBS makes this Application for compensation and reimbursement of expenses for the period March 15, 2023 through July 31, 2023 (the "Compensation Period").

7.      A detailed itemization of the services rendered from March 15, 2023 through July 31, 2023 is attached hereto as Exhibits A through C.

**Part B – General Information**

8.      <u>Period:</u>  March 15, 2023 through July 31, 2023

        Interim Application:   ___X_____

        Final Application:      _____

**Requested**

Fees requested to be approved:      **$242,~~521~~806.90**[2]            **Formatted:** Font: Bold

    **Formatted:** Font: Bold

Expenses to be approved:      $10,551.28_____

Total:      **$253,~~073~~358.18**____            **Formatted:** Font: Bold

    **Formatted:** Font: Bold

9.      <u>General Information</u>

        A.      Date case filed: **March 15, 2023**

        B.      Date Application to Approve Employment filed: **April 3, 2023**

        C.      Date employment was approved (*nunc pro tunc* to March 15, 2023): **May 3, 2023**

        D.      First date services rendered in the bankruptcy case:  March 15, 2023

---

[2] ~~As a result of a billing discrepancy, LBBS has exercised its discretion to write off $285.00 from the compensation amount requested in this Interim Application.~~ The total amount of fees corresponds to the corrected invoices for May and July, attached as Exhibits to the Notice of Errata.

136824125.1

E.   Compensation request is under Section 330:   __X__ Yes _____ No

F.   Any fees awarded will be paid from the estate: _____ Yes _____ No

G.   This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application: __X__ Yes _____ No

*Formatted: Footnote Reference*

10.   Summary of Prior Applications

*Formatted Table*

| Date Filed | Period Covered | Requested | | Approved/Pending Approval | | Paid | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees | Expenses |
| 09/14/2023 (First) | 03/15/2023 – 04/30/2023 | $475,477.50 | $3,476.00 | $380,382.00 | $3,476.00 | | |
| 11/09/2023 (Second) | 05/01/2023- 05/31/2023 | $214,~~441~~386.50[3] | $102.57 | $171,~~553~~50 9.20 | $102.57 | | |
| 12/15/2023 (Third) | 06/01/2023- 06/30/2023 and 07/01/2023- 07/31/2023 | $291,321.50 $232,849.00 | $6,336.26 $636.45 | $233,057.20 $186,279.20 | $6,336.26 $636.45 | | |
| Total | | $1,214,~~089~~03 4.50 | $10,551.28 | $971,~~271~~22 7.60 | $10,551.28 | | |

*Formatted: Font: Bold*

11.   Attorneys Billing for Current Period
(March 15, 2023 through July 31, 2023)

*Formatted Table*

| Name | Position | Hours | Billing Rate | Total |
|---|---|---|---|---|
| Rafael X. Zahralddin-Aravena | Partner | 390.00 | 975.00 | $380,~~290~~250.00 |
| Vincent F. Alexander | Partner | 503.60 | 695.00 | $350,002.00 |
| Sean P. Shecter | Partner | 99.50 | 650.00 | $64,675.00 |
| Sean M. Brennecke | Partner | 3.60 | 600.00 | $2,160.00 |
| Bennett G. Fisher | Partner | 266.80 | 550.00 | $146,740.00 |
| Dale Bergman | Partner | 20.90 | 500.00 | $10,450.00 |
| Francis G. Pileggi | Partner | .30 | 500.00 | $150.00 |
| Richard Lauter | Partner | 1.00 | 500.00 | $500.00 |
| Paul W. Kisslinger | Partner | 10.60 | 500.00 | $5,300.00 |
| ~~Dale Bergman~~ | ~~Partner~~ | ~~20.90~~ | ~~500.00~~ | ~~$10,450.00~~ |
| Kevin F. Shaw | Associate | 11.20 | 450.00 | $5,040.00 |
| Daniel David | Associate | 114.10 | 350.00 | $39,935.00 |

*Formatted: Font: Bold*

---

[3] This includes the correct amount of fees for May 1, 2023 through May 31, 2023, per the prior Application filed at D.I. 461, and consistent with the corrected invoice submitted to the Notice of Errata as Exhibit B.

136824125.1

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Anh P. Nguyen | Associate | 181.60 | 300.00 | $54,480.00 |
| Karen R. Poppel | Associate | 210.10 | 300.00 | $63,030.00 |
| Maria L. Garcia | Associate | 9.70 | 300.00 | $2,910.00 |
| Rebecca L. Stoddard | Associate | 37.70 | 300.00 | $11,310.00 |
| Christina Freeman | Paralegal | 114.30 | 275.00 | $31,432.50 |
| Candace Russell | Paralegal | 164.40 | 275.00 | $45,~~210.00~~209.5 |
| Anika Townsend | Paralegal | ~~1.70~~2.00 | 200.00 | $~~340~~400.0 |
| Leilani Quiles | Paralegal | .30 | 200.00 | $60.0 |

Formatted: Font: Bold
Formatted: Font: Bold
Formatted: Font: Bold
Formatted: Font: Bold
Formatted: Font: Bold
Formatted Table

**Total Fees: $1,214,~~374~~034.50**[4]

Formatted: Line spacing: Double

12.   Billing Rates

The billing rates set forth in this Application are the normal hourly rates charged by LBBS for the services rendered.

**Part C – Billing Summary**

13.   Description of Services

Compensation and reimbursement for expenses is now sought for all reasonable and necessary activities performed in the case from March 15, 2023 through July 31, 2023 including, by categorical listing:

**B110 – Case Administration** (Fees: $14,296.50 Total Hours: 35.50)

This category represents coordination of service lists; scheduling and preparation for hearings; and other general case administration and compliance activities. During the Compensation Period, LBBS worked with the Clerk's office to ensure its filings complied with the Local Rules, prepared and filed the creditor matrix, and required forms related to the bankruptcy case, and revised the Petition and related required documents to be filed with the Petition. LBBS also set up the Claims matrix and coordinated and prepared service of all motions, declarations, notices and other filings with the Claims and Noticing Agent, BMC Group, Inc.

---

[4] ~~See n. 2, supra.~~ **As a result of a billing discrepancy, LBBS has exercised its discretion to write off $ .50 from the compensation amount requested in this Interim Application.**

136824125.1

LBBS also coordinated and prepares service of all motions, declarations, notices and other filings with the Claims and Noticing Agent, BMC Group, Inc.

**B115 – Statement of Financial Affairs** (Fees: $61,206.00 Total Hours: 151.90)

LBBS consulted with the Debtors regarding the initial debtor interview, prepared schedules and statement of financial affairs and communication accompanying the commencement of the case. The Debtors also worked diligently with LBBS to reconstruct books and records which have been withheld by creditors. The Debtors also worked diligently with LBBS regarding the Monthly Operating Reports.

**B120 – Asset Analysis/Recovery** (Fees: $145,477.50 Total Hours: 259.80)

This category represents identification and review of potential assets on behalf of the Debtor. During the Compensation Period, LBBS consulted with the Debtors in pursuit of the recovery of assets by an invalidated takeover scheme orchestrated by its creditors. LBBS also assisted in recovery of equipment, books and records, demonstrative ("demo") units and other assets improperly taken and not returned by the parties required to return assets under state law, including, but not limited to a Delaware Supreme Court Opinion and an Order by the Delaware Chancery Court, on remand.

**B130 – Asset Disposition** (Fees: $2,595.00 Total Hours: 2.70)

This category includes all matters relating to the sale and disposition of the Debtor's assets. During the Compensation Period, LLBS addressed revenue and asset inquiries.

**B140 – Relief from Stay/Adequate Protection Proceedings**
(Fees: $98,323.50 Total Hours: 158.5070)

This category includes matters relating to termination or continuation of automatic stay under §362 and motions for adequate protection under §361. During the Compensation Period, LLBS assisted the Debtor in defending Motions for relief from the stay by the creditors who

136824125.1

orchestrated the invalidated takeover scheme, as well as enforcement of the Stay, and in adequate

protection decisions with the creditors who orchestrated the invalidated takeover scheme.

**B150 – Meetings of and Communications with Creditors**
(Fees: $5,070.50  Total Hours: 10.20)

This category includes routine communications with the Debtor's creditors regarding the

status of the bankruptcy case, the receipt of certain notices, claims, and other issues and inquiries

arising from time to time.  During the Compensation Period, LBBS communicated with the U.S.

Trustee regarding the 341 Meeting, prepared the Debtors and attended the 341 Meeting.

**B160 – Fee/Employment Applications (Fees: $~~39,363~~41,313.50  Hours:**

**~~72~~74.40)**[5]

This category represents certain matters pertaining to retention of counsel and other

professionals in the Debtor's cases.  During the Compensation Period, LBBS filed its Application

for Retention and Employment as Counsel for the Debtor.  LBBS also prepared and filed

Applications for the Retention and Employment of BMC Group, LLC as Notice and Claims Agent.

LBBS also worked to resolve informal objections from the U.S. Trustee to the Application for

retention of BMC Group, LLC and prepared its initial Application to retain Thomas Jung Ho Park

as Chief Financial Officer for Debtors.  LBBS communicated with the US Trustee and prepared a

new Application to retain Thomas Jung Ho Park as Chief Financial Officer for Debtors, and

reviewed the objection to the Application filed by the creditors who orchestrated the invalidated

takeover scheme.  Additionally, LBBS prepared its applications for compensation.

**B170 – Fee/Employment Objections** (Fees: $1,267.50  Hours: 1.30)

---

[5] The total fees and hours reflect changes made in the corrected invoices for May and July and are attached as Exhibits to the Notice of Errata.

136824125.1

This category generally relates to review of and objections to the employment and fee applications of others. During the Compensation Period, LBBS reviewed the US Trustee's objection to the initial Motion filed by LBBS to retain and employ Thomas Jung Ho Park as Chief Financial Officer for Debtors, as well as the objection filed by creditors who orchestrated the invalidated takeover scheme.

**B190 – Other Contested Matters** (Fees: $249,624.50  Total Hours: 388.70)

This category generally relates to time incurred in prosecuting general contested matters during the bankruptcy case. During the Compensation Period, LBBS worked diligently to defend the Debtors from a Motion to Dismiss, Convert the case or appoint a Chapter 11 Trustee, and a Motion to Lift the Automatic Stay, filed by the creditors who orchestrated the invalidated takeover scheme. LBBS also communicate extensively with the United States Trustee regarding various issues. LBBS also worked with the Debtors to assess issues related to the Debtors' Foreign subsidiaries and impact on Debtors' estate.

**B195 – Non-Working Travel** (Fees: $5,369.00  Total Hours: 7.00)

This category represents the cost of non-working travel to the Court.

**B210 – Business Operations (Fees: $73,083223.50 Total Hours: 92.60)93.00)**[6]

This category generally includes services provided to the Debtors in connection with matters regarding the operation of the Debtors' business. Specifically, during the Compensation Period, LBBS assisted the Debtors with production, supply chain finance, conditions for reviewing its equipment, and the status of Foreign subsidiaries, and alternate products, locations and options. LBBS also consulted in efforts to secure employees and contractors for the Debtors' operations.

**B220 – Employee Benefits/Pensions** (Fees: $0.00  Total Hours: 0.0)

---

[6] The total fees and hours reflect changes made in the corrected invoices for May and July and are attached as Exhibits to the Notice of Errata.

136824125.1

This category includes issues reviewed such as severance, retention, 401K coverage and continuance of pension plan.

**B230 – Financing/Cash Collection (Fees: $122,~~685~~960.50 Total Hours: 160.~~20~~70**[7]**)**

> **Formatted:** Font: Bold
>
> **Formatted:** Font: Bold

This category includes time incurred by LBBS relating to the Debtor's financing of its Chapter 11 cases and operations.  During the Compensation Period, LBBS continued assisting the Debtor in pursuing financing alternatives, including raising funds related to equity raises as well as negotiations with multiple traditional DIP financing sources and sources willing to examine lending which collateralized pending purchase orders.  LBBS consulted with various debtor-in-possession financing sources and financing sources of both case financing and plan sponsorship.

**B240 – Tax Issues** (Fees: $82.~~50~~40  Total Hours: 0.3)

This category generally includes time incurred relating to tax issues.

**B260 – Board of Directors Matters** (Fees: $2,669.50  Total Hours: 4.90)

This category consists of preparation of materials for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues and review and preparation of corporate documents (e.g., Articles, Bylaws, employment agreements, compensation plans, etc.)

**B270 – Regulatory and Compliance** (Fees: $6,460.00~~.00~~  Total Hours: 11.0)

This category generally includes all regulatory and compliance issues including, but not limited to, the Financial Industry Regulatory Authority ("FINRA"), the Securities and Exchange Commission ("SEC") and the Unfair Trade Practices Act.

**B310 – Claims Administration and Objections**
(Fees: $38,602.50 Total Hours: 95.70)

---

[7] The total fees and hours reflect changes made in the corrected invoices for May and July and are attached as Exhibits to the Notice of Errata.

136824125.1

This category consists of specific claims inquiries, bar date motions, analyses, objections and allowances of claims, which LBBS assisted with during the applicable Compensation Period.

**B320 – Plan and Disclosure Statement (Fees: $~~96,298~~205,398.50 Total Hours: ~~351~~353.90[8])**

This category includes time incurred relating to the disclosure statement and plan of reorganization.  During the Compensation Period, LBBS prepared, negotiated and initially drafted the Plan of Reorganization and related Disclosure Statement and discussed the creditor classes within the plan.

**B410 – General Bankruptcy Advice/Opinions**
(Fees: $0.00 Total Hours: 0.0)

This category includes time incurred for analysis, advice and/or opinions regarding potential bankruptcy related issues, where no bankruptcy case has been filed.

**B430 – Court Hearings (Fees: $55,~~828.50~~829.00[9]  Total Hours: 111.10)**

This category includes time incurred by LBBS relating to preparation for court hearings.

**B600 - Litigation** (Fees: $81,757.50  Total Hours: 217.00)

This category includes all work done to investigate, prepare and file complaint for lender liability, tortious interference, breach of contract, trade secret violations, fiduciary duty violations and various other counts against creditors who orchestrated the invalidated takeover scheme.

**B611 – Settlement** (Fees: $2,507.00  Total Hours: 3.90)

This category includes all time spent relating to litigation, arbitration or mediation concerning the Debtors, including conducting related research, drafting of documents, preparing

---

[8] The total fees and hours reflect changes made in the corrected invoices for May and July and are attached as Exhibits to the Notice of Errata.

[9] The total fees reflect changes made in the corrected July Application, which is attached as an Exhibit to the Notice of Errata.

various briefing, preparing and responding to discovery requests, attending related hearings and managing the strategy and coordination related to claims brought against the Debtors.

14.     In accordance with Local Bankruptcy Rule 2016-3, Exhibits A through D provide the name of the professional or paraprofessional, date, activity and time expended by day  in chronological order showing all professionals or paraprofessionals that billed time on a particular day during the Compensation Period.

15.     Based on the above, LBBS seeks payment at this time as follows: **$253,~~084~~358.18**, comprising of **$242,~~532~~806.90** (20% of the fees for services rendered), plus $10,551.28 (100% of interim expenses incurred).

16.     In accordance with Local Bankruptcy Rule 2016-3, attached hereto in Exhibits A through D is a listing of categories of services rendered and the hours expended in each category

### Part D – Expense Summary

17.     From March 15, 2023 through July 31, 2023, LBBS has expended $10,551.28 for expenses in connection with the services provided to the Debtors.  Set forth in **Exhibits A through D** is a description that shows the type of expenses for which reimbursement is sought and the amount of reimbursement sought for each type for the Compensation Period.

18.     The following expenses listed on Exhibits A through D are calculated using LBBS's in-house actual cost or the actual amount billed by a third party provider:  Postage/Freight, Messenger/Courier Services, Court Reporting/Transcripts, Meals, Search Fees, and Outside Duplicating Services.

WHEREFORE, LBBS hereby respectfully requests interim approval of the sum of **$242,~~521~~806.90** and approval of $10,551.28 in reimbursement of actual, necessary expenses.

Date: February 26, 2024                              Respectfully submitted,

136824125.1

/s/ ~~Rafael X. Zahralddin-Aravena~~
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com

-and-

Keith Kodosky (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
Telephone: (4040) 467-8845
Keith.Kodosky@lewisbrisbois.com

-and-

Scott D. Cousins (*pro hac vice admission pending*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
(302) 295-9440
Scott.Cousins@LewisBrisbois.com

*Counsel to Debtors*

136824125.1