# EXHIBIT 9

## (Blackline version of October/November 2023 Application)

136917128.1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
| Stream TV Networks, Inc.,[1] | Bky. No. 23-10763 (MDC) |
| Debtor. | |

| In re: | Chapter 11 |
| Technovative Media, Inc., | Bky. No. 23-10764 (MDC) |
| Debtor. | (Jointly Administered) |

**LOCAL RULE 2016-5 CORRECTED FIFTH REQUEST FOR PAYMENT ON ACCOUNT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS BISGAARD & SMITH, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIODS OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 AND NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

Lewis Brisbois Bisgaard & Smith, LLP ("LBBS"), counsel to the above-captioned debtors (the "Debtors"), in accordance with Federal Rule of Bankruptcy Procedure 2016 and Local Bankruptcy Rule 2016-5, requests an award of compensation and reimbursement of actual, necessary expenses and represents as follows:

**Part A – Preliminary Statement**

1. LBBS is counsel for the Debtor.

2. All services rendered and fees incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3. The services described in this request (the "Request") are actual, necessary services and the compensation requested for those services is reasonable.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

135968528.1

4.    The expenses described in this Request are actual, necessary expenses.

5.    LBBS makes this Request for compensation and reimbursement of expenses for the periods of October 1, 2023 through October 31, 2023 (the "October Compensation Period") and November 1, 2023 through November 30, 2023 (the "November Compensation Period").

**Part B – General Information**

6.    General Information

A.    Date case filed: **March 15, 2023**

B.    Date Application to Approve Employment filed: **April 3, 2023**

C.    Date employment was approved (*nunc pro tunc* to March 15, 2023): **May 3, 2023**

D.    First date services rendered in the bankruptcy case: **March 15, 2023**

7.    Professionals Billing for Compensation Period
(October 1, 2023, through October 31, 2023)

**COMPENSATION BY PROFESSIONAL**

| Name | Position | Hours | Billing Rate | Total |
|------|----------|-------|--------------|-------|
| Rafael X. Zahralddin-Aravena | Partner | 76.70 | 975.00 | $74,782.50 |
| Vincent F. Alexander | Partner | 30.10 | 695.00 | $20,919.50 |
| Sean P. Shecter | Partner | 2.00 | 650.00 | $1,300.00 |
| Bennett G. Fisher | Partner | 3.00 | 550.00 | $1,650.00 |
| Keith Kodosky | Partner | 187.30 | 500.00 | $93,650.00 |
| Paul W. Kisslinger | Partner | 69.20 | 500.00 | $34,600.00 |
| Kevin F. Shaw | Associate | 264.10 | 450.00 | $118,845.00 |
| Malcolm B. Savage | Associate | 2.10 | 300.00 | $630.00 |
| Rolando A. Diaz | Associate | 0.60 | 300.00 | $180.00 |
| Rebecca L. Stoddard | Associate | 3.50 | 300.00 | $1,050.00 |
| Candace Russell | Paralegal | 7.00 | 275.00 | $1,925.00 |
| Susan Brown | Paralegal | 48.60 | 200.00 | $9,720.00 |

**Total Fees:  $359,252.00**

8. Professionals billing for Compensation Period
   (November 1, 2023, through November 30, 2023)

### COMPENSATION BY PROFESSIONAL

| Name | Position | Hours | Billing Rate | Total |
|---|---|---|---|---|
| Rafael X. Zahralddin-Aravena | Partner | 109.20 | 975.00 | $106,470.00 |
| Bennett G. Fisher | Partner | 16.00 | 550.00 | $8,800.00 |
| Joshua Curry | Partner | 1.20 | 500.00 | $600.00 |
| Jill Anderfuren | Partner | 0.80 | 500.00 | $400.00 |
| Philip A. Hinson | Partner | 6.50 | 500.00 | $3,250.00 |
| Jonathan D. Goins | Partner | 0.90 | 500.00 | $450.00 |
| Keith Kodosky | Partner | 154.30 | 500.00 | $77,150.00 |
| Ciro Poppiti | Partner | 27.80 | 500.00 | $13,900.00 |
| Paul W. Kisslinger | Partner | 0.60 | 500.00 | $300.00 |
| Bryan P. Sugar | Partner | 7.40 | 500.00 | $3,700.00 |
| Kevin F. Shaw | Associate | 219.50 | 450.00 | $98,775.00 |
| Malcolm B. Savage | Associate | 89.20 | 300.00 | $26,760.00 |
| Rolando A. Diaz | Associate | 34.20 | 300.00 | $10,260.00 |
| Margaret Taviano | Associate | 53.50 | 300.00 | $16,050.00 |
| Candance Russell | Paralegal | 3.00 | 275.00 | $825.00 |
| Susan Brown | Paralegal | 63.80 | 200.00 | $12,760.00 |

**Total Fees: $380,450.00**

9. **Billing Rates**

The billing rates set forth in this Request are the normal hourly rates charged by LBBS for the services rendered.

### Part C – Billing Summary

10. **Description of Services**

Compensation and reimbursement for expenses is now sought for all reasonable and necessary activities performed in the case from October 1, 2023, through October 31, 2023 (hereafter "October 2023") and November 1, 2023, through November 30, 2023 (hereafter "November 2023") including, by categorical listing:

**B110 – Case Administration**

**October 2023:** (Fees: $1,160.00 Total Hours: 5.50)

**November 2023:** (Fees: $4,760.00 Total Hours: 14.60)

This category represents coordination of service lists; scheduling and preparation for hearings; and other general case administration and compliance activities. During the Compensation Period, LBBS coordinated and prepared service of all motions, declarations, notices and other filings with the Claims and Noticing Agent, BMC Group, Inc.

**B115 – Statement of Financial Affairs**

**October 2023**: (Fees: $21,240.00 Total Hours: 34.90)

**November 2023:** (Fees: $28,777.50 Total Hours: 62.00)

LBBS consulted with the Debtors, who worked diligently with LBBS regarding the Monthly Operating Reports.

**B120 – Asset Analysis/Recovery**

**October 2023:** (Fees: $34,600.00 Total Hours: 69.20)

**November 2023**: (Fees: $12,480.00 Total Hours: 13.90)

This category represents identification and review of potential assets on behalf of the Debtor. During the Compensation Period, LBBS consulted with the Debtors in pursuit of the recovery of assets. Specifically, LBBS assisted in recovery of equipment, books and records, demonstrative ("demo") units and other assets improperly taken and not returned by parties required to return assets under state law, including, but not limited to a Delaware Supreme Court Opinion and an Order by the Delaware Chancery Court, on remand.

**B130 – Asset Disposition**

**October 2023:** (Fees: $ 0.00 Total Hours: 0.0)

**November 2023:** (Fees: $0.00 Total Hours: 0.0)

This category includes all matters relating to the sale and disposition of the Debtor's assets. During the Compensation Period, LLBS addressed revenue and asset inquiries.

**B140 – Relief from Stay/Adequate Protection Proceedings**

**October 2023:** (Fees: $0.00 Total Hours: 0.00)

**November 2023:** (Fees: $19,620.00 Total Hours: 43.80)

This category includes matters relating to termination or continuation of automatic stay under §362 and motions for adequate protection under §361. During the Compensation Period, LLBS assisted the Debtor in defeating Motions for relief from the stay, as well as enforcement of the Stay, and in adequate protection discussions with the creditors.

**B150 – Meetings of and Communications with Creditors**

**October 2023:** (Fees: $0.00 Total Hours:  0.0)

**November 2023:** (Fees: $0.00 Total Hours: 0.00)

This category includes routine communications with the Debtor's creditors regarding the status of the bankruptcy case, the receipt of certain notices, claims, and other issues and inquiries arising from time to time.

**B160 – Fee/Employment Applications**

**October 2023:** (Fees: $3,960.00 Total Hours: 19.40)

**November 2023:** (Fees: $15,100.00 Total Hours: 44.00)

This category represents certain matters pertaining to retention of counsel and other professionals in the Debtor's cases. During the Compensation Period, LBBS communicated with the US Trustee and prepared a new Application to retain Thomas Jung Ho Park as Chief Financial Officer for Debtors, reviewed the objection to the Application. Additionally, LBBS prepared its application for compensation.

**B170 – Fee/Employment Objections**

**October 2023:** (Fees: $280.00 Total Hours: 1.40)

**November 2023:** (Fees: $0.00 Total Hours: 0.00)

This category generally relates to review of and objections to the employment and fee applications of others. During the Compensation Period, LBBS reviewed the US Trustee's objection to the initial Motion filed by LBBS to retain and employ Thomas Jung Ho Park as Chief Financial Officer for Debtors, as well as the objection filed by creditors.

### B190 – Other Contested Matters

**October 2023:** (Fees: $24,302.00 Total Hours: 36.70)

**November 2023:** (Fees: $1,000.00 Total Hours: 3.20)

This category generally relates to time incurred in prosecuting general contested matters during the bankruptcy case. During the Compensation Period, LBBS worked diligently to defend the Debtors from a Motion to Dismiss, Convert the case or appoint a Chapter 11 Trustee, and a Motion to Lift the Automatic Stay, filed by the creditors who orchestrated an invalidated takeover scheme prepetition. LBBS also worked with the Debtors to assess issues related to the Debtors' foreign subsidiaries and impact on Debtors' estate.

### B195 – Non-Working Travel

**October 2023:** (Fees: $2,895.00 Total Hours: 4.10)

**November 2023:** (Fees: $8,607.50 Total Hours: 13.00)

This category represents the cost of non-working travel to the Court.

### B210 – Business Operations

**October 2023:** (Fees: $1,462.50 Total Hours: 1.50)

**November 2023:** (Fees: $1,365.00 Total Hours: 1.40)

This category generally includes services provided to the Debtors in connection with matters regarding the operation of the Debtors' business. Specifically, during the Compensation Period, LBBS assisted the Debtors with production, supply chain finance, conditions for reviewing

its equipment, and the status of foreign subsidiaries, and alternate products, locations and options. LBBS also consulted in efforts to secure employees and contractors for the Debtors' operations.

**B220 – Employee Benefits/Pensions**

**October 2023**: (Fees: $0.00 Total Hours: 0.0)

**November 2023**: (Fees: $0.00 Total Hours: 0.0)

This category includes issues reviewed such as severance, retention, 401K coverage and continuance of pension plan.

**B230 – Financing/Cash Collection**

**October 2023:** (Fees: $ $0.00 Total Hours: 0.0)

**November 2023:** (Fees: $2,047.50 Total Hours: 2.10)

This category includes time incurred by LBBS relating to the Debtor's financing of its Chapter 11 cases and operations. During the Compensation Period, LBBS continued assisting the Debtor in pursuing financing alternatives, including raising funds related to equity raises as well as negotiations with multiple traditional DIP financing sources and sources willing to examine lending which collateralized pending purchase orders. LBBS consulted with various debtor-in-possession financing sources and financing sources of both case financing and plan sponsorship.

**B240 – Tax Issues**

**October 2023:** (Fees: $0.00 Total Hours: 0.00)

**November 2023:** (Fees: $0.00 Total Hours: 0.00)

This category generally includes time incurred relating to tax issues.

**B260 – Board of Directors Matters**

**October 2023**: (Fees: $0.00 Total Hours: 0.00)

**November 2023**: (Fees: $0.00 Total Hours: 0.00)

This category consists of preparation of materials for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues and review and preparation of corporate documents (e.g., Articles, Bylaws, employment agreements, compensation plans, etc.)

**B270 – Regulatory and Compliance**

**October 2023**: (Fees: $9,210.00 Total Hours: 10.90)

**November 2023**: (Fees: $18,720.00 Total Hours: 19.20)

This category generally includes all regulatory and compliance issues including, but not limited to, the Financial Industry Regulatory Authority ("FINRA"), the Securities and Exchange Commission ("SEC") and the Unfair Trade Practices Act.

**B310 – Claims Administration and Objections**

**October 2023**: (Fees: $0.00 Total Hours: 0.00)

**November 2023**: (Fees: $0.00 Total Hours: 0.00)

This category consists of specific claims inquiries, bar date motions, analyses, objections and allowances of claims, which LBBS assisted with during the applicable Compensation Period.

**B320 – Plan and Disclosure Statement**

**October 2023:** (Fees: $0.00 Total Hours: 0.00)

**November 2023**: (Fees: $3,510.00 Total Hours: 3.60)

This category includes time incurred relating to the disclosure statement and plan of reorganization. During the Compensation Period, LBBS prepared, negotiated, and initially drafted the Plan of Reorganization and related Disclosure Statement and discussed the creditor classes within the plan.

**B410 – General Bankruptcy Advice/Opinions**

**October 2023**: (Fees: $0.00 Total Hours: 0.00)

**November 2023**: (Fees: $0.00 Total Hours: 0.00)

This category includes time incurred for analysis, advice and/or opinions regarding potential bankruptcy related issues, where no bankruptcy case has been filed.

**B430 – Court Hearings**

**October 2023**: (Fees: $28,815.00 Total Hours: 58.70)

**November 2023**: (Fees: $30,672.50 Total Hours: 60.20)

This category includes time incurred by LBBS relating to preparation for court hearings involving motions to dismiss, motion for enforcement of the automatic stay and applications for employment.

**B600 - Litigation**

**October 2023**: (Fees: $231,327.50 Total Hours: 451.90)

**November 2023**: (Fees: $233,790.00 Total Hours: 506.90)

This category includes all work done to investigate, prepare and file complaint for lender liability, tortious interference, breach of contract, trade secret violations, fiduciary duty violations and various other counts against creditors who orchestrated the invalidated takeover scheme.

**B611 – Settlement**

**October 2023**: (Fees: $0.00 Total Hours: 0.00)

**November 2023**: (Fees: $0.00 Total Hours: 0.00)

This category includes all time spent relating to litigation, arbitration or mediation concerning the Debtors, including conducting related research, drafting of documents, preparing various briefing, preparing and responding to discovery requests, attending related hearings and managing the strategy and coordination related to claims brought against the Debtors.

11.    Detail of Hours Expended

Attached hereto as **Exhibit A** and **Exhibit B** is a listing of categories of services rendered and the hours expended in each category for October and November 2023.

134514716135968528.1

12.    Request

Based on the above, LBBS seeks payment at this time as follows: $606,310.94 ($287,401.60 = 80% of the fees for services rendered for the October Compensation Period) plus $6,224.73 (100% of the expenses incurred during the October Compensation Period) and ($304,360.00 = 80% of the fees rendered for the November Compensation Period) plus $8,324.61 (100% of the expenses incurred during the November Compensation Period).

### Part D – Expense Summary

13.    From October 1, 2023 through October 31, 2023, LBBS has expended $6,224.73 for expenses in connection with the services provided to the Debtors.   From November 1, 2023, through November 30, 2023, LBBS has expended $8,324.61 for expenses in connection with the services provided to the Debtors.  Set forth in **Exhibit A and Exhibit B** is a list that shows the type of expenses for which reimbursement is sought and the amount of reimbursement sought for each type for the Compensation Period.

14.    The following expenses listed on **Exhibit A and Exhibit B** are calculated using LBBS' in-house actual cost or the actual amount billed by a third party provider: Postage/Freight, Messenger/Courier Services, Court Reporting/Transcripts, Meals, Search Fees, Information Services and Outside Duplicating Services.

**WHEREFORE**, LBBS requests approval of compensation in the total amount of $522,554.60.  LBBS seeks payment at this time as follows: $606,310.94 ($287,401.60 = 80% of the fees for services rendered for the October Compensation Period) plus $6,224.73 (100% of the expenses incurred during the October Compensation Period) and ($304,360.00 = 80% of the fees rendered for the November Compensation Period) plus $8,324.61 (100% of the expenses incurred during the November Compensation Period).

135968528.1

Date: February 26, 2024

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Email: Rafael.Zahralddin@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted *Pro Hac Vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Email: Bennett.Fisher@lewisbrisbois.com

-and-

Keith Kodosky (admitted *Pro Hac Vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
Telephone: (404) 467-8845
Email: Keith.Kodosky@lewisbrisbois.com

-and-

Scott D. Cousins (admitted *Pro Hac Vice*)
Kevin Shaw (admitted *Pro Hac Vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Telephone: (302) 985-6000
Email: scott.cousins@lewisbrisbois.com
        kevin.shaw@lewisbrisbois.com

*Counsel to the Debtors*

134514716135968528.1