IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al.* | Bankruptcy No. 23-10763 (MDC) |
| Debtors. | (Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC, | |
| Plaintiffs, | |
| v. | Adversary No. 23-0057 (MDC) |
| SHADRON L. STASTNEY, *et al.*, | |
| Defendants. | |

**ORDER FURTHER EXTENDING ALL RESPONSIVE PLEADING DEADLINES**

**AND NOW** this Court having entered an Order on January 5, 2024 (the "Trustee Appointment Order"), directing the United States Trustee's Office (the "UST") to immediately commence the process of appointing a chapter 11 trustee in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").[1]

**AND** on January 9, 2024, the United States Trustee appointed William A. Homony (the "Trustee") to serve as the chapter 11 trustee in the Bankruptcy Cases.[2]

**AND** on January 10, 2024, this Court entered an Order extending all current deadlines in the Bankruptcy Cases and the above captioned Adversary Proceeding for 30 days from the January 10, 2024, subject to further extension *sua sponte* or upon motion and a hearing.[3]

---

[1] Bankr. Docket No. 549.
[2] Bankr. Docket No. 554.
[3] Bankr. Docket No. 556.

4859-2599-7986 v1

**AND** on January 24, 2024, this Court conducted a status hearing wherein, *inter alia*, counsel to the Trustee indicated that, based upon the voluminous nature of the proceedings in Bankruptcy Court, the United States District Court for the Eastern District of Pennsylvania and the Delaware Chancery Court, the Trustee would need additional time to review pleadings and other documents in order to determine the best course of action for the Debtors' bankruptcy estates and therefore, a further extension of the deadlines in the Bankruptcy Cases and the Adversary Proceeding was desirable and necessary.

**AND** counsel to the Trustee having consulted with the parties present at the status conference about the contents of this Order.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that all current deadlines in the Bankruptcy Cases and the Adversary Proceeding are hereby **EXTENDED** until further order of this Court, and it is further

**ORDERED** that the temporary restraining order entered on January 5, 2024 [Adversary D.N. 119] in the above captioned adversary proceeding is hereby **EXTENDED** to until May 10, 2024 and the Final Hearing shall be held on **May 10, 2024, at 10:30 a.m. (ET) in Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania**, and it is further

**ORDERED** that a further status hearing shall be held in these cases on **March 6, 2024 at 2:00 p.m., by video conference on ZOOMGOV.com** with Meeting ID: 161 084 7924 and Passcode: 837172.

Dated:   February 28, 2024

_____
The Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge