IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc.,** *et al*. | : | Bankruptcy No. 23-10763 (MDC) |
| | : | |
| Debtors. | : | (Jointly Administered)[1] |
| | : | |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME AND LIMITED NOTICE ON THE MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR (I) THE ENTRY OF AN ORDER REINSTATING THE AUTOMATIC STAY AS TO THE SECTION 225 ACTION, AND (II) FOR RELATED RELIEF**

AND NOW, upon consideration of the Motion of William A. Homony in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc. (the "Trustee") for Expedited Hearing, Reduced Notice Period, and Limited Notice Pursuant to Local Bankruptcy Rule 5070-1(f) with respect to his Motion for (i) the Entry of an Order Reinstating the Automatic Stay as to the Section 225 Action, and (ii) for Related Relief, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **Granted.**

2. A hearing to consider the Motion shall be held on _____March 6_____, 2024, at  2:00 p.m.  by video conference on ZOOMGOV.com with Meeting ID: 161 084 7924 and Passcode: 837172.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the Office of the United States Trustee, Stream TV Networks, Inc., Technovative Media Inc., Hawk Investment Holdings Ltd. ,

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned cases. (D.I. #81).

4887-5188-2143 v3

and all parties who have timely filed requests for notice under Bankruptcy Rule 2002 by overnight mail, facsimile transmission or electronic transmission no later than 5:00 p.m. on March 1, 2024

5. If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraph 4 above as applicable.

Dated: March 1, 2024

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

2

4887-5188-2143 v3