United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10763-mdc |
| Stream TV Networks, Inc. | Chapter 11 |
| Technovative Media, Inc. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stream TV Networks, Inc., 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103-3307 |
| aty | + | Aaron ROTHMAN, 300 South Tryon St. ste 1000, Charlotte, NC 28202-0136 |
| aty | + | BENNETT G. FISHER, Lewis Brisbois Bisgaard & Smith LLP, 24 Greenway Plaza, Suite 1400, Houston, TX 77046-2410 |
| aty | | BRITTANY S. OGDEN, 33 East Main Street, Suite 500, PO Box 2038, Madison, WI 53701-2038 |
| aty | + | CATHERINE C. LYONS, Wilson Sonsini Goodrich & Rosati, P.C., 222 Delaware Avenue, Suite 800, Wilmington, DE 19801-1668 |
| aty | #+ | Catherine Guastello Allen, Quarles & Brady LLP, 1701 Pennsylvania Avenue NW, Suite 700, Washington, DC 20006-5820 |
| aty | + | EBEN P. COLBY, Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, 23rd Floor, Bosom, MA 02116-3740 |
| aty | + | ERIN R. FAY, Wilson Sonsini Goodrich & Rosati, P.C., 222 Delaware Avenue, Suite 800, Wilmington, DE 19801-1668 |
| aty | + | JAMES J. MAZZA, JR., Skadden Arps Slate Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| aty | + | JONATHAN N. EDEL, 300 South Tryon St. ste 1000, Charlotte, NC 28202-0136 |
| aty | + | JUSTIN M. WINERMAN, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| aty | + | MARLEY ANN BRUMME, Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, 23rd Floor, Boston, MA 02116-3740 |
| aty | + | MEGAN E. O'CONNOR, K&L Gates LLP, 600 King Street, Suite 901, Wilmington, DE 19801-3777 |
| aty | + | Margaret Westbrook, 300 South Tryon St. ste 1000, Charlotte, NC 28202-0136 |
| aty | + | REBECCA L. RITCHIE, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| aty | + | SARGINA DESARGONES, Quarles & Brady LLP, One Renaissance Square, Two North Central Avenue, Suite 600, Phoenix, AZ 85004-2322 |
| aty | + | SCOTT D. COUSINS, 1201 Orange Street, P.O. Box 491, Wilmington, DE 19899-0491 |
| aty | + | SEAN M. BRENNECKE, Lewis Brisbois Bisgaard & Smith, LLP, 500 Delaware Avenue, Suite 700, Wilmington, DE 19801-1490 |
| aty | + | THOMAS A. WARNS, K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022-7615 |
| md | + | JUDGE PATRICIA M. MAYER, 201 Penn Street, 4th Floor, The Gateway Building, Reading, PA 19601-4038 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 20 |

Date: Mar 03, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

**Name**         **Email Address**

ANDREW PETER DEMARCO
on behalf of Creditor Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO
on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com

DAVIS LEE WRIGHT
on behalf of Defendant SLS Holdings VI  LLC dwright@rc.com

DAVIS LEE WRIGHT
on behalf of Interested Party SLS Holdings VI  LLC dwright@rc.com

JENNIFER R. HOOVER
on behalf of Interested Party IMG Media Limited jhoover@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JENNIFER R. HOOVER
on behalf of Interested Party Trans World International  LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

Joseph Oliver Larkin
on behalf of Interested Party SeeCubic  Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

Joseph Oliver Larkin
on behalf of Defendant SeeCubic  Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

KATHERINE M. FIX
on behalf of Interested Party SLS Holdings VI  LLC kfix@rc.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MARGARET ANN VESPER
on behalf of Creditor Shadron L. Stastney vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Interested Party Shadron L. Stastney vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

MICHAEL D. VAGNONI
on behalf of Trustee WILLIAM A. HOMONY michael.vagnoni@obermayer.com  Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

MICHAEL D. VAGNONI
on behalf of William A Homony michael.vagnoni@obermayer.com  Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

NICHOLAS E HAKUN
on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of Technovative Media  Inc. nhakun@wsgr.com, nhakun@gmail.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Stream TV Networks  Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Technovative Media  Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Mar 01, 2024     Form ID: pdf900     Total Noticed: 20

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

Steven Caponi
on behalf of Creditor Hawk Investment Holdings Ltd. steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

VINCENT F. ALEXANDER
on behalf of Debtor Technovative Media Inc. valexander@shutts.com

WILLIAM A. HOMONY
bhomony@mctllp.com mtomlin@mctllp.com

TOTAL: 28

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc., *et al.*** | : | **Bankruptcy No. 23-10763 (MDC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)[1]** |
| | : | |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME AND
LIMITED NOTICE ON THE MOTION OF WILLIAM A. HOMONY IN HIS
CAPACITY AS CHAPTER 11 TRUSTEE FOR (I) THE ENTRY OF AN ORDER
REINSTATING THE AUTOMATIC STAY AS TO THE SECTION 225 ACTION,
AND (II) FOR RELATED RELIEF**

AND NOW, upon consideration of the Motion of William A. Homony in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc. (the "Trustee") for Expedited Hearing, Reduced Notice Period, and Limited Notice Pursuant to Local Bankruptcy Rule 5070-1(f) with respect to his Motion for (i) the Entry of an Order Reinstating the Automatic Stay as to the Section 225 Action, and (ii) for Related Relief, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **Granted.**

2. A hearing to consider the Motion shall be held on _____March 6_____, 2024, at 2:00 p.m. by video conference on ZOOMGOV.com with Meeting ID: 161 084 7924 and Passcode: 837172.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the Office of the United States Trustee, Stream TV Networks, Inc., Technovative Media Inc., Hawk Investment Holdings Ltd. ,

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned cases. (D.I. #81).

4887-5188-2143 v3

and all parties who have timely filed requests for notice under Bankruptcy Rule 2002 by overnight mail, facsimile transmission or electronic transmission no later than 5:00 p.m. on __March 1, 2024__

5. If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraph 4 above as applicable.

Dated: __March 1, 2024__

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge