**Exhibit A**
**Bank Reconciliation December 2023**

|  | M&T Bank x5243 | Key Bank | Totals |
|---|---:|---:|---:|
| Beginning Bank Balance | $ 26,985.57 | $ 276.00 | $ 27,261.57 |
| Receipts: | | | |
| Deposits | $ 24,000.00 | $   - | $ 24,000.00 |
| Returned Settlements | $ 3,500.00 | $   - | $ 3,500.00 |
| Sub-Total | $ 27,500.00 | $   - | $ 27,500.00 |
| Disbursements: | | | |
| Checks & Debits | $ (45,000.00) | $   - | $ (45,000.00) |
| Services Fees | $ (716.00) | $ (25.00) | $ (741.00) |
| Returned Settlements | $ (3,500.00) | $   - | $ (3,500.00) |
| Sub-Total | $ (49,216.00) | $ (25.00) | $ (49,241.00) |
| Ending Bank Balance | $ 5,269.57 | $ 251.00 | $ 5,520.57 |



FOR INQUIRIES CALL: HOCKESSIN
(302) 472-3177

00  0 07019M NM  017

000000                                P

STREAM TV NETWORKS INC
DEBTOR IN POSSESSION 21-10433
MATHU G RAJAN, OWNER
2009 CHESTNUT ST
PHILADELPHIA PA 19103

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▮▮▮▮5243 | 12/01/23 - 12/31/23 |
| BEGINNING BALANCE | $26,985.57 |
| DEPOSITS & CREDITS | 27,500.00 |
| LESS CHECKS & DEBITS | 48,500.00 |
| LESS SERVICE CHARGES | 716.00 |
| ENDING BALANCE | $5,269.57 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2023 | BEGINNING BALANCE | | | $26,985.57 |
| 12/08/2023 | SERVICE CHARGE FOR ACCOUNT ▮▮▮▮5243 | | $716.00 | 26,269.57 |
| 12/13/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 1,750.00 | 24,519.57 |
| 12/14/2023 | RETURN SETTLE RETURN    -SETT-MTAUTO | $1,750.00 | | |
| 12/14/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 1.00 | 26,268.57 |
| 12/15/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 2,291.67 | |
| 12/15/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 2,500.00 | |
| 12/15/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 5,833.33 | |
| 12/15/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 6,250.00 | 9,393.57 |
| 12/18/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 1,750.00 | |
| 12/18/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 2,499.00 | 5,144.57 |
| 12/20/2023 | INCOMING FEDWIRE FUNDS TRANSFER VISUAL SEMICONDUCTOR, INC. | 24,000.00 | | 29,144.57 |
| 12/22/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 1,750.00 | |
| 12/22/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 2,291.67 | |
| 12/22/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 2,500.00 | |
| 12/22/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 2,500.00 | |
| 12/22/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 5,833.33 | |
| 12/22/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 6,250.00 | 8,019.57 |
| 12/26/2023 | RETURN SETTLE RETURN    -SETT-MTAUTO | 1,750.00 | | |
| 12/26/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 1,750.00 | |
| 12/26/2023 | STREAM TV NETWOR ACH    -SETT-ONLINEACH | | 2,750.00 | 5,269.57 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

EFFECTIVE JANUARY 1, 2024, TREASURY MANAGEMENT AND COMMERCIAL DEPOSIT SERVICES PRICING IS CHANGING. VISIT MTB.COM/BBUPDATE2024 FOR DETAILS. YOU'LL ALSO RECEIVE AN INSERT WITH THE CHANGES IN YOUR NEXT STATEMENT OR IN A SEPARATE MAILING.

MANUFACTURERS AND TRADERS TRUST COMPANY
1100 NORTH MARKET STREET WILMINGTON, DE 19801

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** Place a checkmark ( ✔ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** Add to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** Subtract from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** List any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** Enter on this line the Ending Balance shown in the summary on the front of this statement.   $

**STEP 6** Enter the total of any deposits or other credits shown on your register which are not shown on this statement.   $

**STEP 7** Enter the total of STEPS 5 & 6.   $

**STEP 8** Enter TOTAL OUTSTANDING CHECKS & DEBITS (from STEP 4).   $

**STEP 9** Subtract STEP 8 from STEP 7 and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

# M&T Bank

L018 (11/16)

©2016 M&T Bank, Member FDIC


KeyBank
P.O. Box 55885
Cleveland, OH 44101-5885


Business Banking Statement
December 31, 2023
page 1 of 2



18268  1 AB 0.537   AUTO   332804.6   T   499 00000 R EM T1

STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC
1105 WILLIAM PENN DR
BENSALEM PA  19020-4376


3119

Questions or comments?
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

**Key Business Reward Checking** 3119
STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC

| | |
|---|---|
| Beginning balance 11-30-23 | $276.00 |
| Net fees and charges | -25.00 |
| **Ending balance 12-31-23** | **$251.00** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 12-29-23 | Service Charge | 1 | 25.00 | -$25.00 |
| | Fees and charges assessed this period | | | -$25.00 |

## Account messages

Important updates have been made to your Small Business Checking Account Fees and Disclosures.
Great news regarding your Small Business Checking Account. The following fees have been eliminated:
The Charge for Special Statement fee has changed from $6.00 to $0.00.
The Out-of-Cycle Statements fee has changed from $7.50 to $0.00.
The Charge for Counterchecks fee of $1.00 has been eliminated.
Also, the Foreign Draft service is no longer available. If you have any questions, please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY device, please call 1-800-539-8336.

3119 - 03290
14556

**Exhibit B**
**Total Cash Reciepts**

| Date Recevied | Received from | Account | Purpose | Amount |
|---|---|---|---|---|
| 12/20/2023 | VISUAL SEMICONDUCTOR INC. | M&T Bank - 5243 | Deposit | $ 24,000.00 |
| | | | **Total Receipts:** | **$ 24,000.00** |

**Exhibit C**
**Total Cash Disbursements**

| Date Paid | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---:|
| 12/8/2023 | Bank Charges | Stream TV Networks, Inc. | M&T Bank 5243 | Bank Charges | $ 716.00 |
| 12/14/2023 | Bank Charges | Stream TV Networks, Inc. | M&T Bank 5243 | Bank Charges | $ 1.00 |
| 12/15/2023 | Charles M. Robertson | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 6,250.00 |
| 12/15/2023 | Nicole Maneen | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,291.67 |
| 12/15/2023 | Sara Brewer | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,500.00 |
| 12/15/2023 | Suby Joseph | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 5,833.33 |
| 12/18/2023 | Amanda Gonzalez | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 1,750.00 |
| 12/18/2023 | Innoventures | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,499.00 |
| 12/22/2023 | Charles M. Robertson | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 6,250.00 |
| 12/22/2023 | Innoventures | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,500.00 |
| 12/22/2023 | Nicole Maneen | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,291.67 |
| 12/22/2023 | Sara Brewer | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,500.00 |
| 12/22/2023 | Suby Joseph | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 5,833.33 |
| 12/26/2023 | Amanda Gonzalez | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 1,750.00 |
| 12/26/2023 | Matthew Rajan | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,750.00 |
| | | | | **M&T Bank Disbursements** | **$ 45,716.00** |
| 12/29/2023 | Bank Charges | Stream TV Networks, Inc. | Key Bank 3119 | Bank Charges | $ 25.00 |
| | | | | **Key Bank Disbursements** | **$ 25.00** |
| | | | | **Total Disbursements:** | **$ 45,741.00** |

**Exhibit D**
**Total Cash Disbursements Paid on Behalf of Stream TV**

| Date Paid | Paid To | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---|
| 12/01/23 | Sun Life Assurance Company of Canada | Visual Semiconductor | BofA 7952 | Payroll - Benefits | $ 69.46 |
| 12/02/23 | Chen Hsin Liang | Visual Semiconductor | Santander 1212 | Misc - Rent | $ 1,600.00 |
| 12/04/23 | Discover 9505 | Visual Semiconductor | BofA 7952 | Misc - MR | $ 219.00 |
| 12/04/23 | Amazon Web Services | Visual Semiconductor | BofA 7952 | Misc - Office | $ 129.47 |
| 12/06/23 | T-Mobile | Visual Semiconductor | Santander 1212 | Misc - MR | $ 421.02 |
| 12/06/23 | T-Mobile | Visual Semiconductor | Santander 1212 | Misc - MR | $ 127.76 |
| 12/06/23 | Matt J Lo | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 9,980.00 |
| 12/08/23 | Rackspace Email & Apps | Visual Semiconductor | BofA 7952 | Misc - Software | $ 47.84 |
| 12/11/23 | Sara Robertson | Visual Semiconductor | Santander 1212 | Development - Consultant | $ 2,500.00 |
| 12/11/23 | Citi Cards 3252 | Visual Semiconductor | Santander 1212 | Misc - MR | $ 37.67 |
| 12/11/23 | Misa Itaya | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 1,800.00 |
| 12/11/23 | Misa Itaya | Visual Semiconductor | Santander 1212 | Misc - Travel | $ 2,300.00 |
| 12/11/23 | ST4M Electronics, Inc. (Beijing Office) | Visual Semiconductor | Santander 1212 | Misc - Travel | $ 2,000.00 |
| 12/11/23 | Nicole Maneen | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 2,291.67 |
| 12/11/23 | Grazina Seskeviciute | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 2,500.00 |
| 12/11/23 | ST4M Electronics, Inc. | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 20,510.71 |
| 12/12/23 | Matt J Lo | Visual Semiconductor | Santander 1212 | Misc - Travel | $ 4,350.00 |
| 12/12/23 | Suby Joseph | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 5,833.33 |
| 12/13/23 | Zoom | Visual Semiconductor | Mesh | Misc - Software | $ 41.37 |
| 12/13/23 | Innoventures Group, LLC | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 2,500.00 |
| 12/13/23 | Amanda Gonzalez | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 1,750.00 |
| 12/13/23 | Charles M. Robertson | Visual Semiconductor | Santander 1212 | Payroll - Consultant | $ 6,250.00 |
| 12/14/23 | Hiscox Inc | Visual Semiconductor | Santander 1212 | Misc - Insurance | $ 144.78 |
| 12/18/23 | JMS Moving Service LLC | Visual Technology Inovations Inc. | BofA 7952 | Fundraising - Roadshow | $ 7,675.00 |
| 12/20/23 | Allied Benefit Systems LLC | Visual Semiconductor | BofA 7952 | Payroll - Benefits | $ 13,127.94 |
| 12/20/23 | Matt J Lo | Visual Semiconductor | BofA 7952 | Payroll - Consultant | $ 6,801.78 |
| 12/20/23 | Matt J Lo | Visual Semiconductor | BofA 7952 | Payroll - Consultant | $ 3,198.22 |
| 12/21/23 | Hiscox Inc | Visual Semiconductor | Santander 1212 | Misc - Insurance | $ 144.78 |
| 12/22/23 | United States Trustee | Visual Technology Inovations Inc. | BofA 7952 | Legal - Fees | $ 2,962.41 |
| 12/24/23 | Box | Visual Semiconductor | Mesh | Misc - Software | $ 60.00 |
| 12/26/23 | Quick Book VSI | Visual Semiconductor | BofA 7952 | Accounting - Software | $ 212.00 |
| 12/26/23 | The Big Yellow Self Storage Company - Camberley | Visual Technology Inovations Inc. | Santander 1212 | Fundraising - Roadshow | $ 2,408.10 |
| 12/26/23 | USPS | Visual Semiconductor | Santander 1212 | Legal - Shipping | $ 9.65 |
| 12/26/23 | ADOBE *CREATIVE CLOUD | Visual Semiconductor | Mesh | Misc - Software | $ 21.31 |
| 12/28/23 | The Hartford | Visual Semiconductor | BofA 7952 | Misc - Insurance | $ 1,547.00 |

**Total Disbursements: $ 105,572.27**

**Exhibit E**
**Payments to Insiders**

| Date Paid | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---|
| 12/26/2023 | Matthew Rajan | Stream TV Networks, Inc. | M&T Bank 5243 | Consultant | $ 2,750.00 |
| | | | | **M&T Insider Disbursements** | **$ 2,750.00** |
| | | | | **Total Insider Disbursements:** | **$ 2,750.00** |