**Exhibit A**
**Bank Reconciliation January 2024**

|  | M&T Bank x5243 | Key Bank | Chapter 11 Trustee Account TriState Capital Bank x4746 | Chapter 11 Trustee Account TriState Capital Bank x4753 | Totals |
|---|---:|---:|---:|---:|---:|
| Beginning Bank Balance | $ 5,269.57 | $ 251.00 | $ - | $ - | $ 5,520.57 |
| Receipts: | | | | | |
| Deposits | $ 101,000.00 | $ - | $ - | $ - | $ 101,000.00 |
| Service Fee Reimbursement | $ 90.22 | $ - | $ - | $ - | $ 90.22 |
| Transfers In | $ - | $ - | $ 47,949.19 | $ - | $ 47,949.19 |
| Sub-Total | $ 101,090.22 | $ - | $ 47,949.19 | $ - | $ 149,039.41 |
| Disbursements: | | | | | |
| Checks & Debits | $ (58,249.00) | $ - | $ - | $ - | $ (58,249.00) |
| Services Fees | $ (71.38) | $ (25.00) | $ - | $ - | $ (96.38) |
| Transfers to Ch. 11 Trustee | $ (47,949.19) | $ - | $ - | $ - | $ (47,949.19) |
| Services Fees - Returned | $ (90.22) | $ - | $ - | $ - | $ (90.22) |
| Sub-Total | $ (106,359.79) | $ (25.00) | $ - | $ - | $ (106,384.79) |
| Ending Bank Balance | $ - | $ 226.00 | $ 47,949.19 | $ - | $ 48,175.19 |

# M&T Bank

| FOR INQUIRIES CALL: | HOCKESSIN (302) 472-3177 |
|---|---|

00   0 07019M NM 017

000000   P

STREAM TV NETWORKS INC
DEBTOR IN POSSESSION 21-10433
MATHU G RAJAN, OWNER
2009 CHESTNUT ST
PHILADELPHIA PA 19103

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▇▇▇▇5243 | 01/01/24 - 01/31/24 |
| BEGINNING BALANCE | $5,269.57 |
| DEPOSITS & CREDITS | 101,090.22 |
| LESS CHECKS & DEBITS | 106,288.19 |
| LESS SERVICE CHARGES | 71.60 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2024 | BEGINNING BALANCE | | | $5,269.57 |
| 01/04/2024 | VISUAL SEMICONDU SENDER   693679618 | $28,000.00 | | |
| 01/04/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | $1,750.00 | |
| 01/04/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 2,291.67 | |
| 01/04/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 2,500.00 | |
| 01/04/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 2,500.00 | |
| 01/04/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 5,833.33 | |
| 01/04/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 6,000.00 | |
| 01/04/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 6,250.00 | 6,144.57 |
| 01/05/2024 | VISUAL SEMICONDU SENDER   694018426 | 73,000.00 | | 79,144.57 |
| 01/09/2024 | SERVICE CHARGE FOR ACCOUNT 000009882265243 | | 71.60 | 79,072.97 |
| 01/16/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 1.00 | |
| 01/16/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 1,750.00 | |
| 01/16/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 2,500.00 | |
| 01/16/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 5,833.33 | 68,988.64 |
| 01/17/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 2,291.67 | |
| 01/17/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 2,499.00 | |
| 01/17/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 6,250.00 | |
| 01/17/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 10,000.00 | 47,947.97 |
| 01/18/2024 | STREAM TV NETWOR ACH   -SETT-ONLINEACH | | 47,949.19 | |
| 01/22/2024 | 2023-11-08 SERVICE CHARGE FOR ACCOUNT ▇▇▇9882 | 1.22 | | (1.22) |
| 01/25/2024 | FINAL ANALYSIS CHARGE WAIVED | 39.00 | | 0.00 |
| 01/25/2024 | ACCOUNT CLOSURE FEE WAIVED | 50.00 | | |
| 01/25/2024 | FINAL ANALYSIS CHARGE | | 39.00 | |
| 01/25/2024 | ACCOUNT CLOSURE FEE | | 50.00 | |
| 01/25/2024 | CLOSEOUT | | 0.00 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** — Place a checkmark ( ✔ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — Add to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — Subtract from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — List any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — Enter on this line the Ending Balance shown in the summary on the front of this statement.  $ _____

**STEP 6** — Enter the total of any deposits or other credits shown on your register which are not shown on this statement.  $ _____

**STEP 7** — Enter the total of STEPS 5 & 6.  $ _____

**STEP 8** — Enter TOTAL OUTSTANDING CHECKS & DEBITS (from STEP 4).  $ _____

**STEP 9** — Subtract STEP 8 from STEP 7 and enter the difference here.  $ _____

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


M&T Bank

LO18 (11/16)

©2016 M&T Bank. Member FDIC



P.O. Box 93885
Cleveland, OH 44101-5885

**January 31, 2024**
page 1 of 2



18749  1 AB 0.547   AUTO   390547.3   T   499 00000 R EM T1

STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC
1105 WILLIAM PENN DR
BENSALEM PA  19020-4376

················3119

**Questions or comments?**
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

---

**Key Business Reward Checking** ████████3119
STREAM TV NETWORKS INC
MATHU RAJAN TRUSTEE
CASE #23-10763-MDC

| | |
|---|---|
| Beginning balance 12-31-23 | $251.00 |
| Net fees and charges | -25.00 |
| **Ending balance 1-31-24** | **$226.00** |

**Fees and charges**

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 1-31-24 | Service Charge | 1 | 25.00 | -$25.00 |
| | Fees and charges assessed this period | | | -$25.00 |

████████3119 - 03290
13837



**TriState Capital Bank**
One Oxford Centre
301 Grant Street, Suite 2700
Pittsburgh PA 15219

Member FDIC

Mr. William A. Homony
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia PA 19103

Period Covered:
January 01, 2024 - January 31, 2024
Page 1 of 2

| | |
|---|---|
| Case Number | 23-10763 |
| Case Name | Stream TV Networks, Inc. |
| | DEBTOR |
| Trustee Number | 580192 |
| Trustee Name | Mr. William A. Homony |
| | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 4746 | $0.00 | $47,949.19 |
| TRUSTEE CHECKING | 4753 | $0.00 | $0.00 |
| **Total** | | **$0.00** | **$47,949.19** |

## TRUSTEE CHECKING                                            Account Number: 4746

| Enclosures | 0 | Beginning Balance | $0.00 |
|---|---|---|---|
| | | + Total Additions | $47,949.19 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$47,949.19** |

### Credits

| Date | Description | Additions |
|---|---|---|
| 01-19 | STREAM TV - 5243 CORP PAY STREAM TV NETWORKS IN | $47,949.19 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-11 | $0.00 | 01-19 | $47,949.19 | | |

## TRUSTEE CHECKING                                            Account Number: 4753

| Enclosures | 0 | Beginning Balance | $0.00 |
|---|---|---|---|
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-11 | $0.00 | | | | |


**TriState Capital Bank**
Case 23-10763-mdc    Doc 608-1    Filed 03/28/24    Entered 03/28/24 12:23:20    Desc
301 Grant Street, Suite 2700
Pittsburgh, PA 15219
Attachments    Page 6 of 11

Member FDIC

Period Covered:
January 01, 2024 - January 31, 2024
Page 2 of 2

ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

**Form 2**

Page: 2

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 23-10763 | | **Trustee Name:** | William A. Homony (580192) |
| **Case Name:** | Stream TV Networks, Inc. | | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***4092 | | **Account #:** | ******4746 CLEARING ACCOUNT |
| **For Period Ending:** | 01/31/2024 | | **Blanket Bond (per case limit):** | N/A |
| | | | **Separate Bond (if applicable):** | $41,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4746 CLEARING ACCOUNT | $47,949.19 | $0.00 | $47,949.19 |
| | **$47,949.19** | **$0.00** | **$47,949.19** |

**Exhibit B**
**Total Cash Reciepts**

| Date Recevied | Received from | Account | Purpose | Amount |
|---|---|---|---|---|
| 1/4/2024 | VISUAL SEMICONDUCTOR INC. | M&T 5243 | Deposit | $ 28,000.00 |
| 1/5/2024 | VISUAL SEMICONDUCTOR INC. | M&T 5243 | Deposit | $ 73,000.00 |
| | | | **Total Receipts:** | **$ 101,000.00** |

**Exhibit C**
**Total Cash Disbursements**

| Date Recevied | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---|
| 1/4/2024 | Amanda Gonzalez | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 1,750.00 |
| 1/16/2024 | Amanda Gonzalez | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 1,750.00 |
| 1/9/2024 | Bank Charges | Stream TV Networks, Inc. | M&T 5243 | Bank Charges | $ 71.38 |
| 1/4/2024 | Charles M. Robertson | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 6,250.00 |
| 1/17/2024 | Charles M. Robertson | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 6,250.00 |
| 1/4/2024 | Innoventures | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 2,500.00 |
| 1/17/2024 | Innoventures | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 2,499.00 |
| 1/17/2024 | Matt J Lo | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 10,000.00 |
| 1/4/2024 | Matthew Rajan | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 6,000.00 |
| 1/4/2024 | Nicole Maneen | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 2,291.67 |
| 1/17/2024 | Nicole Maneen | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 2,291.67 |
| 1/4/2024 | Sara Brewer | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 2,500.00 |
| 1/16/2024 | Sara Brewer | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 2,500.00 |
| 1/4/2024 | Suby Joseph | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 5,833.33 |
| 1/16/2024 | Suby Joseph | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 5,833.33 |
| | | | | **M&T Bank Disbursements** | **$ 58,320.38** |
| 1/31/2024 | Bank Charges | Stream TV Networks, Inc. | Key Bank - 3119 | Bank Charges | $ 25.00 |
| | | | | **Key Bank Disbursements** | **$ 25.00** |
| | | | | **Total Disbursements:** | **$ 58,345.38** |

**Exhibit D**
**Total Cash Disbursements Paid on Behalf of Stream TV**

| Date Recevied | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---:|
| 1/1/2024 | Adobe | Visual Technology Inovations Inc. | Mesh | Software | $ 42.00 |
| 1/2/2024 | SunLife | Visual Semiconductor | BofA 7952 | Benefits | $ 69.46 |
| 1/2/2024 | T-Mobile | Visual Semiconductor | Santander 1212 | MR | $ 382.55 |
| 1/2/2024 | Matt Lo | Visual Semiconductor | Santander 1212 | Consultant | $ 127.50 |
| 1/3/2024 | Amazon Web Services | Visual Semiconductor | BofA 7952 | Office | $ 129.47 |
| 1/3/2024 | JMS | Visual Semiconductor | BofA 7952 | Roadshow | $ 1,000.00 |
| 1/3/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 15.00 |
| 1/4/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 1.00 |
| 1/4/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| 1/4/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| 1/4/2024 | Matt Lo | Visual Semiconductor | BofA 7952 | Consultant | $ 8,468.45 |
| 1/4/2024 | Raja Rajan | Visual Semiconductor | BofA 7952 | Consultant | $ 8,750.00 |
| 1/4/2024 | Dan R | Visual Semiconductor | BofA 7952 | Consultant | $ 3,583.33 |
| 1/4/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 45.00 |
| 1/4/2024 | ST4M | Visual Semiconductor | BofA 7952 | Consultant | $ 20,510.71 |
| 1/5/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| 1/5/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| 1/5/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| 1/8/2024 | Matt Lo | Visual Semiconductor | BofA 7952 | Travel | $ 1,350.00 |
| 1/8/2024 | Rackspace | Visual Semiconductor | BofA 7952 | Software | $ 47.84 |
| 1/10/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 45.00 |
| 1/10/2024 | Itaya M | Visual Semiconductor | BofA 7952 | Consultant | $ 2,300.00 |
| 1/14/2024 | Zoom | Visual Technology Inovations Inc. | Mesh | Software | $ 41.00 |
| 1/17/2024 | Raja Rajan | Visual Semiconductor | BofA 7952 | Consultant | $ 8,750.00 |
| 1/17/2024 | Dan R | Visual Semiconductor | BofA 7952 | Consultant | $ 3,583.33 |
| 1/18/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| 1/21/2024 | Box | Visual Technology Inovations Inc. | Mesh | Software | $ 60.00 |
| 1/22/2024 | Miron | Visual Semiconductor | BofA 7952 | Consultant | $ 2,000.00 |
| 1/23/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| 1/23/2024 | Hiscox | Visual Semiconductor | Santander 1212 | Insurance | $ 144.78 |
| 1/23/2024 | Allied | Visual Semiconductor | BofA 7952 | Benefits | $ 13,127.94 |
| 1/24/2024 | Bank of America | Visual Semiconductor | BofA 7952 | Bank Charges | $ 5.00 |
| | | | | **Total Disbursements:** | **$ 74,614.36** |

**Exhibit E**
**Payments To Insiders**

| Date Recevied | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---|
| 1/4/2024 | Raja Rajan | Visual Semiconductor | BofA 7952 | Consultant | $ 8,750.00 |
| 1/4/2024 | Matthew Rajan | Stream TV Networks, Inc. | M&T 5243 | Consultant | $ 6,000.00 |
| 1/17/2024 | Raja Rajan | Visual Semiconductor | BofA 7952 | Consultant | $ 8,750.00 |

**Total Insider Disbursements: $ 23,500.00**