**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STREAM TV NETWORKS, INC.   , | : | Case No. 23-10763-MDC |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that Leslie Beth Baskin, Esquire, and Spector Gadon

Rosen Vinci, P.C. hereby enters their appearance on behalf of Visual Semiconductor, Inc. in the

above-captioned case, and pursuant to Bankruptcy Rule 2002, requests that its name be added to

the mailing list maintained by the Clerk in the within case, and that all notices given or required

to be given in this case and all papers served, or required to be served in this case be sent

electronically to:

Leslie Beth Baskin, Esquire
Spector Gadon Rosen Vinci, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103
Phone:  215-241-8926
Fax:  215-241-8844
Email:  lbaskin@sgrvlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices

and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of

any orders, pleadings, motions, applications, complaints, demands, hearings, requests or

petitions, answering or reply papers, memoranda and briefs in support of any other document

brought before this Court with respect to these proceedings, whether formal or informal, whether

3871675-1

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph,

telex or otherwise.

Respectfully submitted,

*Leslie B. Baskin*

Leslie Beth Baskin, Esquire
Spector Gadon Rosen Vinci, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Dated:  March 28, 2024

3871675-1

## **<u>CERTIFICATE OF SERVICE</u>**

I, Leslie Beth Baskin, Esquire, hereby certify that I caused a true and correct copy of the

foregoing Notice of Appearance and Request for Notice to be served this __28th__ day of March,

2024, by e-filing with the Court.

*Leslie B. Baskin*
_____

Leslie Beth Baskin

3871675-1