**Exhibit A**
**Bank Reconciliation February 2024**

|  | Key Bank | TriState Capital Bank x4746 | TriState Capital Bank x4753 | TriState Capital Bank x7244 | Totals |
|---|---|---|---|---|---|
| | | | **Chapter 11 Trustee Account** | | |
| Beginning Bank Balance | $ 226.00 | $ 47,949.19 | $ - | $ - | $ 48,175.19 |
| **Receipts:** | | | | | |
| Deposits | $ - | $ 52,250.00 | $ - | $ - | $ 52,250.00 |
| Transfers In | $ - | $ - | $ 79,074.19 | $ 52,250.00 | $ 131,324.19 |
| Sub-Total | $ - | $ 52,250.00 | $ 79,074.19 | $ 52,250.00 | $ 183,574.19 |
| **Disbursements:** | | | | | |
| Checks & Debits | $ - | $ - | $ (1,718.95) | $ (52,250.00) | $ (53,968.95) |
| Transfers Out | $ - | $ (100,199.19) | $ (31,125.00) | $ - | $ (131,324.19) |
| Sub-Total | $ - | $ (100,199.19) | $ (32,843.95) | $ (52,250.00) | $ (185,293.14) |
| **Ending Bank Balance** | **$ 226.00** | **$ -** | **$ 46,230.24** | **$ -** | **$ 46,456.24** |



**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
February 01, 2024 - February 29, 2024
Page 1 of 5

Mr. William A. Homony
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia PA 19103

| | |
|---|---|
| Case Number | 23-10763 |
| Case Name | Stream TV Networks, Inc. |
| | DEBTOR |
| Trustee Number | 580192 |
| Trustee Name | Mr. William A. Homony |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 4746 | $47,949.19 | $0.00 |
| TRUSTEE CHECKING | 4753 | $0.00 | $46,230.24 |
| TRUSTEE CHECKING | 7244 | $0.00 | $0.00 |
| **Total** | | **$47,949.19** | **$46,230.24** |

### TRUSTEE CHECKING                                                Account Number: 4746

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $47,949.19 |
| | + Total Additions | $52,250.00 |
| | - Total Subtractions | $100,199.19 |
| | **Ending Balance** | **$0.00** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 02-06 | TRN FROM 4746 TO 4753 | $79,074.19 |
| 02-21 | TRN FROM 4746 TO 7244 | $21,125.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 02-05 | INCOMING WIRE FROM VISUAL SEMI CONDUCTOR, INC. 72837906 | $31,125.00 |
| 02-20 | INCOMING WIRE FROM VISUAL SEMI CONDUCTOR, INC. 73203094 | $21,125.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | $47,949.19 | 02-05 | $79,074.19 | 02-06 | $0.00 |
| 02-20 | $21,125.00 | 02-21 | $0.00 | | |



**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh, PA 15219

Member FDIC

Period Covered:
February 01, 2024 - February 29, 2024
Page 2 of 5

## TRUSTEE CHECKING                                                    Account Number: 4753

| | | |
|---|---|---|
| Enclosures | 2 | |
| | Beginning Balance | $0.00 |
| | + Total Additions | $79,074.19 |
| | - Total Subtractions | $32,843.95 |
| | Ending Balance | $46,230.24 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Checks

| Check # | Date | Amount |
|---|---|---|
| 10001 | 02-21 | $1,264.00 |
| 10002 | 02-21 | $249.95 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 02-06 | TRN FROM 4753 TO 7244 | $31,125.00 |
| 02-08 | OUTGOING WIRE TO INTERNATIONAL SURETIES, LTD 410955 | $205.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 02-06 | TRN FROM 4746 TO 4753 | $79,074.19 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | $0.00 | 02-06 | $47,949.19 | 02-08 | $47,744.19 |
| 02-21 | $46,230.24 | | | | |

## TRUSTEE CHECKING                                                    Account Number: 7244

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $0.00 |
| | + Total Additions | $55,750.00 |
| | - Total Subtractions | $55,750.00 |
| | Ending Balance | $0.00 |


Case 23-10763-amc    Doc 617-1    Filed 04/02/24    Entered 04/02/24 11:39:55    Desc
Attachments    Page 4 of 10

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh, PA 15219

Member FDIC

Period Covered:
February 01, 2024 - February 29, 2024
Page 3 of 5

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 02-08 | OUTGOING WIRE TO SARA LEONA BR EWER 410886 | $2,500.00 |
| 02-08 | OUTGOING WIRE TO INNOVENTURES GROUP LLC 410887 | $2,500.00 |
| 02-08 | OUTGOING WIRE TO NICOLE MANEEN 410888 | $2,291.67 |
| 02-08 | OUTGOING WIRE TO CHARLES M ROB ERTSON 410889 | $6,250.00 |
| 02-08 | OUTGOING WIRE TO SUBY JOSEPH 4 10890 | $5,833.33 |
| 02-08 | OUTGOING WIRE TO AMANDA VON AH NEN 410950 | $1,750.00 |
| 02-08 | OUTGOING WIRE TO AMANDA VON AH NEN 410968 | $1,750.00 |
| 02-09 | OUTGOING WIRE TO AMANDA GONZAL EZ 411166 | $1,750.00 |
| 02-12 | OUTGOING WIRE TO MATT J. LO 41 1530 | $10,000.00 |
| 02-22 | OUTGOING WIRE TO AMANDA GONZAL EZ 413244 | $1,750.00 |
| 02-22 | OUTGOING WIRE TO CHARLES M ROB ERTSON 413246 | $6,250.00 |
| 02-22 | OUTGOING WIRE TO INNOVENTURES GROUP LLC 413248 | $2,500.00 |
| 02-22 | OUTGOING WIRE TO NICOLE MANEEN 413250 | $2,291.67 |
| 02-22 | OUTGOING WIRE TO SARA LEONA BR EWER 413254 | $2,500.00 |
| 02-22 | OUTGOING WIRE TO SUBY JOSEPH 4 13259 | $5,833.33 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 02-06 | TRN FROM 4753 TO 7244 | $31,125.00 |
| 02-08 | INCOMING WIRE FROM BANK OF AME RICA 72929331 | $1,705.00 |
| 02-08 | INCOMING WIRE FROM BANK OF AME RICA 72933220 | $1,705.00 |
| 02-08 | Return Wire Fee Refund | $45.00 |
| 02-09 | BANK & TECH FEE REFUND | $45.00 |
| 02-21 | TRN FROM 4746 TO 7244 | $21,125.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-06 | $31,125.00 | 02-08 | $11,705.00 | 02-09 | $10,000.00 |
| 02-12 | $0.00 | 02-21 | $21,125.00 | 02-22 | $0.00 |



**TriState Capital Bank**
301 Grant Street
Pittsburgh, PA 15219

Member FDIC

Period Covered:
February 01, 2024 - February 29, 2024

Page 4 of 5



02/21/2024    10001    $1,264.00

02/21/2024    10001    $1,264.00

02/21/2024    10002    $249.95



02/21/2024    10002    $249.95


**TriState Capital Bank**
Case 23-10763-amc    Doc 1171-1    Filed 04/02/24    Entered 04/02/24 11:39:55    Desc
            301 Grant Street, STE 2700
            Pittsburgh, PA 15219
              Attachments      Page 6 of 10

Period Covered:
February 01, 2024 - February 29, 2024
Page 5 of 5

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

**Exhibit B**
**Total Cash Reciepts**

| Date Recevied | Received from | Account | Purpose | Amount |
|---|---|---|---|---|
| 2/5/2024 | Visual Semiconductor, Inc. | TriState 4753 | Deposit | $ 31,125.00 |
| 2/20/2024 | Visual Semiconductor, Inc. | TriState 4753 | Deposit | $ 21,125.00 |
| | | | Total Receipts: | $ 52,250.00 |

**Exhibit C**
**Total Cash Disbursements**

| Date Recevied | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---|
| 2/8/2024 | International Sureties, LTD. | Stream TV Networks, Inc. | TriState 4753 | Bond Fees | $ 205.00 |
| 2/13/2024 | Offices of the U.S. Trustee | Stream TV Networks, Inc. | TriState 4753 | Trustee Fees | $ 1,264.00 |
| 2/13/2024 | Offices of the U.S. Trustee | Stream TV Networks, Inc. | TriState 4753 | Trustee Fees | $ 249.95 |
| | | | | **Tri-State x4753 Bank Disbursements** | **$ 1,718.95** |
| 2/7/2024 | Charles M. Robertson | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 6,250.00 |
| 2/7/2024 | Innoventures Group LLC | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 2,500.00 |
| 2/7/2024 | Nicole Maneen | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 2,291.67 |
| 2/7/2024 | Suby Joseph | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 5,833.33 |
| 2/7/2024 | Sara Leona Brewer | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 2,500.00 |
| 2/9/2024 | Amanda Gonzalez | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 1,750.00 |
| 2/12/2024 | Matt J. Lo | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 10,000.00 |
| 2/22/2024 | Amanda Gonzalez | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 1,750.00 |
| 2/22/2024 | Charles M. Robertson | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 6,250.00 |
| 2/22/2024 | Innoventures Group LLC | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 2,500.00 |
| 2/22/2024 | Nicole Maneen | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 2,291.67 |
| 2/22/2024 | Sara Leona Brewer | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 2,500.00 |
| 2/22/2024 | Suby Joseph | Stream TV Networks, Inc. | TriState 7244 | Consultant | $ 5,833.33 |
| | | | | **Tri-State x7244 Bank Disbursements** | **$ 52,250.00** |
| | | | | **Total Disbursements:** | **$ 53,968.95** |

**Exhibit D**
**Total Cash Disbursements Paid on Behalf of Stream TV**

| Date Recevied | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---|
| 2/1/2024 | SUN LIFE CANADA | Visual Semiconductor, Inc. | BofA 7952 | Benefits | $ 69.46 |
| 2/5/2024 | Amazon web services | Visual Semiconductor, Inc. | BofA 7952 | Office | $ 129.47 |
| 2/5/2024 | Box, Inc. | Visual Semiconductor, Inc. | Santander 1212 | Software | $ 104.94 |
| 2/5/2024 | CAPITAL ONE PHONE | Visual Semiconductor, Inc. | Santander 1212 | MR | $ 252.47 |
| 2/5/2024 | CITI PAYMENT | Visual Semiconductor, Inc. | Santander 1212 | MR | $ 216.26 |
| 2/5/2024 | EXTRA SPACE | Visual Semiconductor, Inc. | Santander 1212 | Roadshow | $ 170.30 |
| 2/5/2024 | Ahmed & Associates CPA PC | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 507.00 |
| 2/5/2024 | RACKSPACE | Visual Semiconductor, Inc. | BofA 7952 | Software | $ 10.00 |
| 2/5/2024 | RACKSPACE | Visual Semiconductor, Inc. | BofA 7952 | Software | $ 39.90 |
| 2/5/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 30.00 |
| 2/6/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 15.00 |
| 2/7/2024 | RACKSPACE | Visual Semiconductor, Inc. | BofA 7952 | Software | $ 47.84 |
| 2/7/2024 | ST4M | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 45.00 |
| 2/7/2024 | ST4M | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 20,510.71 |
| 2/8/2024 | Matt Lo | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 10,000.00 |
| 2/8/2024 | Holotech | Visual Semiconductor, Inc. | BofA 7952 | Rent | $ 3,540.00 |
| 2/8/2024 | Advisory and Solutions | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 8,750.00 |
| 2/8/2024 | Daniel J Rink | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 3,583.33 |
| 2/8/2024 | JMS Moving Service | Visual Semiconductor, Inc. | BofA 7952 | Roadshow | $ 1,000.00 |
| 2/8/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 45.00 |
| 2/8/2024 | ITAYA MISA | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 45.00 |
| 2/8/2024 | GRAZINA SESKEVICIUTE | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 2,500.00 |
| 2/8/2024 | ITAYA MISA | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 2,300.00 |
| 2/9/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/9/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/9/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/12/2024 | UBER.COM | Visual Semiconductor, Inc. | Chase 2879 | Travel | $ 9.99 |
| 2/13/2024 | Nicole Maneen | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 1,710.00 |
| 2/13/2024 | ZOOM.US | Visual Technology Innovations, Inc. | Mesh | Software | $ 41.37 |
| 2/14/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/14/2024 | Leah Martin Law | Visual Semiconductor, Inc. | BofA 7952 | Rajans | $ 2,500.00 |
| 2/14/2024 | RACKSPACE | Visual Semiconductor, Inc. | BofA 7952 | Software | $ 75.81 |
| 2/20/2024 | BIG YELLOW | Visual Semiconductor, Inc. | Santander 1212 | Roadshow | $ 3,562.54 |
| 2/20/2024 | Box, Inc. | Visual Technology Innovations, Inc. | Mesh | Software | $ 60.00 |
| 2/20/2024 | Santander Bank | Visual Semiconductor, Inc. | Santander 1212 | Bank Charges | $ 142.50 |
| 2/20/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 30.00 |
| 2/21/2024 | RACKSPACE | Visual Technology Innovations, Inc. | BofA 3386 | Software | $ 83.79 |
| 2/21/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 15.00 |
| 2/22/2024 | HIS*HISCOX INC | Visual Semiconductor, Inc. | Santander 1212 | Insurance | $ 140.63 |
| 2/23/2024 | ADOBE INC. | Visual Technology Innovations, Inc. | Mesh | Software | $ 21.31 |
| 2/23/2024 | DISCOVER PHONE | Visual Semiconductor, Inc. | Santander 1212 | MR | $ 414.45 |
| 2/26/2024 | INTUIT QuickBooks Online | Visual Semiconductor, Inc. | BofA 7952 | Software | $ 212.00 |
| 2/26/2024 | Allied Benefit Syste | Visual Semiconductor, Inc. | BofA 7952 | Benefits | $ 13,127.94 |
| 2/27/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/27/2024 | INTUIT QuickBooks Online | Visual Technology Innovations, Inc. | BofA 3386 | Software | $ 212.00 |
| 2/27/2024 | Matt Lo | Visual Semiconductor, Inc. | BofA 7952 | Pending | $ 2,915.00 |
| 2/27/2024 | Advisory and Solutions | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 8,750.00 |
| 2/27/2024 | Daniel J Rink | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 3,583.33 |
| 2/27/2024 | Nicole Maneen | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 1,710.00 |
| 2/27/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 15.00 |
| 2/28/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/28/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/28/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 5.00 |
| 2/28/2024 | INTUIT QuickBooks Online | Visual Semiconductor, Inc. | Chase 2879 | Software | $ 95.40 |
| 2/28/2024 | Bank of America | Visual Semiconductor, Inc. | BofA 7952 | Bank Charges | $ 45.00 |
| 2/28/2024 | GRAZINA SESKEVICIUTE | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 2,500.00 |
| 2/29/2024 | ADOBE INC. | Visual Technology Innovations, Inc. | Mesh | Software | $ 42.39 |
| 2/29/2024 | Chase Bank | Visual Semiconductor, Inc. | Chase 2879 | Bank Charges | $ 15.00 |

**Total Disbursements: $ 95,982.13**

**Exhibit E**
**Payments To Insiders**

| Date Recevied | Paid to | Paid By | Account | Purpose | Amount |
|---|---|---|---|---|---|
| 2/8/2024 | Advisory and Solutions | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 8,750.00 |
| 2/27/2024 | Advisory and Solutions | Visual Semiconductor, Inc. | BofA 7952 | Consultant | $ 8,750.00 |
| | | | | **Total Insider Disbursements:** | $ 17,500.00 |