United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10763-mdc

Stream TV Networks, Inc.     Chapter 11

Technovative Media, Inc.

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 8
Date Rcvd: Apr 01, 2024     Form ID: pdf900     Total Noticed: 238

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Stream TV Networks, Inc., Technovative Media, Inc., 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103-3307 |
| dbpos | + | Visual Semiconductor, Inc., 1105 William Penn Drive, Bensalem, PA 19020-4376 |
| aty | + | Aaron ROTHMAN, 300 South Tryon St. ste 1000, Charlotte, NC 28202-0136 |
| aty | + | BENNETT G. FISHER, Lewis Brisbois Bisgaard & Smith LLP, 24 Greenway Plaza, Suite 1400, Houston, TX 77046-2410 |
| aty | | BRITTANY S. OGDEN, 33 East Main Street, Suite 500, PO Box 2038, Madison, WI 53701-2038 |
| aty | + | CATHERINE C. LYONS, Wilson Sonsini Goodrich & Rosati, P.C., 222 Delaware Avenue, Suite 800, Wilmington, DE 19801-1668 |
| aty | #+ | Catherine Guastello Allen, Quarles & Brady LLP, 1701 Pennsylvania Avenue NW, Suite 700, Washington, DC 20006-5820 |
| aty | + | EBEN P. COLBY, Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, 23rd Floor, Bosom, MA 02116-3740 |
| aty | + | ERIN R. FAY, Wilson Sonsini Goodrich & Rosati, P.C., 222 Delaware Avenue, Suite 800, Wilmington, DE 19801-1668 |
| aty | + | JAMES J. MAZZA, JR., Skadden Arps Slate Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| aty | + | JONATHAN N. EDEL, 300 South Tryon St. ste 1000, Charlotte, NC 28202-0136 |
| aty | + | JUSTIN M. WINERMAN, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| aty | + | MARLEY ANN BRUMME, Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, 23rd Floor, Boston, MA 02116-3740 |
| aty | + | MEGAN E. O'CONNOR, K&L Gates LLP, 600 King Street, Suite 901, Wilmington, DE 19801-3777 |
| aty | + | Margaret Westbrook, 300 South Tryon St. ste 1000, Charlotte, NC 28202-0136 |
| aty | + | REBECCA L. RITCHIE, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| aty | + | SARGINA DESARGONES, Quarles & Brady LLP, One Renaissance Square, Two North Central Avenue, Suite 600, Phoenix, AZ 85004-2322 |
| aty | + | SCOTT D. COUSINS, 1201 Orange Street, P.O. Box 491, Wilmington, DE 19899-0491 |
| aty | + | SEAN M. BRENNECKE, Lewis Brisbois Bisgaard & Smith, LLP, 500 Delaware Avenue, Suite 700, Wilmington, DE 19801-1490 |
| aty | + | THOMAS A. WARNS, K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022-7615 |
| NONE | + | BMC Group Inc., 600 First Ave, Seattle, WA 98104-2210 |
| md | + | JUDGE PATRICIA M. MAYER, 201 Penn Street, 4th Floor, The Gateway Building, Reading, PA 19601-4038 |
| acc | + | Miller Coffey Tate, 1628 John F Kenndy Blvd., Suite 950, Philadelphia, Pa 19103-2110 |
| sp | + | STEVEN M. COREN, Coren & Ress, P.C., Two Commerce Square, 2001 Market Street Suite 3900, Philadelphia, PA 19103-7099 |
| 14767008 | + | 3Detroit Film Co. LLC, 2385 N Pine Center St, West Bloomfield, MI 48323-1949 |
| 14767017 | + | AON Risk Services, Inc. of New York, 111 Wall Street, New York, NY 10043-1000 |
| 14767021 | | AY Commercial Law Offices C/O EY Legal, 9F, No. 333, Sec. 1, Keelung Road, Taipei City 11012, Taiwan, Republic Of |
| 14767009 | | Abu Dhabi Investment Council, Po Box 61999, Abu Dhabi, United Arab Emirates |
| 14765633 | | Adept Chip Service, Private Ltd., Site No.86, 1st Floor,, LRDI Layout Karthik Nagar,, fvlarathahalli Outer Ring Bengaluru, India 560037 |
| 14767011 | | Adept Chip Service Private Limited, Site No.86, 1st Floor, LRDI Layout, Karthik Nagar, fvlarathahalli Outer Ring, Bengaluru 560037, India |
| 14767012 | | Adrian & Roth Personalberatung GmbH, Tengstrae 45, Munchen 80796, Germany |
| 14767013 | + | Advanced Imaging Society, 16027 Ventura Bulevard, Suite #301, Encino, CA 91436-2777 |
| 14767014 | | Alliance International Law Offices, 7F -1, No.58, Sec. 3, Zhongshan N Rd, Zhongshan Dist., Taipei City 10452, Taiwan, Republic Of |
| 14767016 | + | Amanda Von Ahnen, 105 Edwards Run Road, Mount Royal, NJ 08061-1141 |
| 14765634 | + | Arasan Chip, Systems, Inc., 2150 North First, Street, Suite 240, San Jose, CA 95131-2020 |
| 14767019 | + | Aria Resort-Casino At Ctycntr, 4882 Frank Sinatra Dr, Las Vegas, NV 89158-4316 |
| 14767024 | | BOE, No. 668 RD Xinzhan, General Pilot Zone, Heifei, Anhui 230012, China |
| 14767023 | | Blue Ocean Partners, 100 Queens Rd, Central, Hong Kong, China |
| 14767026 | | Bubble Communications, East Side Complex - Room 555, Pinewd Studios Pinewd Rd Buckinghamshire, Iver Heath SL0 0NH, United Kingdom |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 8 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdf900 | Total Noticed: 238 |

| | | |
|---|---|---|
| 14767027 | + | Buchanan Ingersoll & Rooney PC, 919 North Market Street, Suite 1500, Wilmington, DE 19801-3046 |
| 14767034 | | CCH Incorporated (Wolters Kluwer), Po Box 4307, Carol Stream, IN 60197-4307 |
| 14767042 | | CNA Insurance, Po Box 790094, ST LOUIS, MO 63179-0094 |
| 14784807 | | CT Lien Solutions, PO Box 301133, Dallas, TX 75303-1133 |
| 14765635 | + | Cadence Design, Systems, Inc., 2655 Seely Avenue, San Jose, CA 95134-1931 |
| 14767029 | | Cadence Design Systems, Inc., Evelyn Puchta, Address Unavailable at Time of Filing, CA 95134 |
| 14767035 | + | Charles Robertson, 9339 Woodley Ave, North Hills, CA 91343-2901 |
| 14767036 | + | Charles Robertson, 10 Via Visione, Unit 201, Henderson, NV 89011-3769 |
| 14767037 | | Che Wei Chang, 327 Camphor Avenue, San Jose, CA 95131 |
| 14767038 | | Che Wei Chang, No. 50, Aly. 63, Ln 517, Sec. 1, Renhe R, Daxi Dist, Taoyuan City 335, Taiwan, Republic Of |
| 14767039 | + | Cipher Development Partners LLC, 1381 McCarthy Blvd, Milpitas, CA 95035-7432 |
| 14767041 | + | Cittone Demers & Arneri LLP, 11 Broadway, Suite 615, New York, NY 10004-1490 |
| 14767043 | + | Concur Technologies, Inc., 62157 Collections Center Drive, Chicago, IL 60693-0001 |
| 14767044 | + | Conference Technologies, Inc., 11653 Adie Road, Maryland Heights, MO 63043-3509 |
| 14767045 | | Coral Vision Ltd, Easton House, Manor Way, Oxshott KT22 0HU, United Kingdom |
| 14767046 | + | Core Technology LLC, Po Box 799, Gloucester, VA 23061-0799 |
| 14767047 | + | Corporate Filings, LLC, 30 North Gould Street, Suite 70001, Sheridan, WY 82801-6317 |
| 14767048 | + | Cousins Law, Brandywine Plaza West, 1521 Concord Pike, Suite 301, Wilmington, DE 19803-3644 |
| 14767049 | + | Coverall North America, Inc., 2955 Momentum Place, Chicago, IL 60689-5329 |
| 14767050 | | Cryslink Technologies Co., Ltd, Computer village, ikeja, Lagos, Otta, Nigeria |
| 14765637 | | DLA Piper LLP(US), 6225 Smith Avenue, Baltimore, MD 21209-3600 |
| 14767051 | + | Daniel J Rink, 1017 E 28th Street, Houston, TX 77009-1144 |
| 14767055 | + | DeMartino and Associates LLC, 875 Union Ave., Boulder, CO 80304-0708 |
| 14767056 | | Dezan Shira & Associates, Suite EF06, East Tower, Twin Towers, B12, Jian Guo Men Wai Avenue, Beijing 100022, China |
| 14767057 | + | Digital Content Protection LLC, 3855 SW 153rd Drive, Beaverton, OR 97003-5105 |
| 14767058 | + | Dilworth Paxson, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102-2101 |
| 14767060 | + | Dunner Law PLLC, 3243 P Street, N W, Washington, DC 20007-2756 |
| 14767062 | | EMA Design Automation, 225 Park Tech Dr, Rochester, NY 14623 |
| 14767063 | + | EME Enterprise Inc., 1256 West Winton Avenue, Hayward, CA 94545-1406 |
| 14767065 | | ESPN Inc Miscellaneous, PO BOX 732527, Dallas, TX 75373-2527 |
| 14767064 | + | Eric Singer, 200 E 71st Str, New York, NY 10021-5137 |
| 14767068 | | FHP Consultants Ltd, Goddards Green Barn, Goddards Green Road, Benenden, Kent TN17 4AR, United Kingdom |
| 14767072 | | FTI Consulting (China) Limited, Unit 2101-04, Central Plaza, 227 Huangpi (N) Road, Shanghai 200003, China |
| 14767066 | + | Farrukh Shah Kahn, 1564 Kooser Road, San Jose, CA 95118-3335 |
| 14767067 | | Feng Tsang Corporation - TWN, 1F, No. 1, Alley 50, Lane 737, Sec. 1, Nei Hu Road, Taipei, Taiwan, Republic Of |
| 14767069 | | First Sentinel Advisory Limited, Office Suite 12A, 55 Park Lane, London W1K 1QG, United Kingdom |
| 14767070 | | Fornax Associates Ltd., 70C 16 Buckhold Rd, London Sw18 4fy, United Kingdom |
| 14767071 | | Frewin & Close Ltd., 18 Oakley Street, London SW3 5NT, United Kingdom |
| 14767073 | | Full Frontal Group FZ LLE, Unit P12, Rimal The Walk, JBR, Po Box 487177, Dubai, United Arab Emirates |
| 14767074 | + | Game 7 Staffing, 1214 West 6th Street, Suite 210, Austin, TX 78703-5261 |
| 14767076 | + | Google Purchase Orders, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 14767078 | + | HDMI Licensing Administrator, Inc., 550 S Winchester Blvd, Suite 515, San Cose, CA 95128-2544 |
| 14767082 | + | HSBC Bank/PPP Loan, 140 Broadway, Suite 5020, New York, NY 10005-1034 |
| 14767077 | | Hawk Investment Holdings Limited, Newport House, 15, The Grange, St Peter Port, Guernsey GY1 2QL, Channel Islands |
| 14766194 | + | Hawk Investment Holdings Ltd, c/o Steven L. Caponi, Esq., K&L Gates LLP, 600 King Street, Suite 901, Wilmington, DE 19801-3777 |
| 14783348 | | Hawk Investment Holdings Ltd c/o Rosco Maunder, PO Box 232, Newport House, 15 the Grange, St Peter Port, Guernsey, GY14LA UK |
| 14767079 | + | Hoang Nguyen, 359 Dale Drive, San Jose, CA 95127-3214 |
| 14765641 | | Hold Jumper, (Suzhou) Packing, Co. Ltd. No. 1, Xiang Street,, High-Tech District, Suzhou, China |
| 14767080 | | Hold Jumper (Suzhou) Packing Co. Ltd., No. 1, Xiang Street, High-Tech District, Suzhou, China |
| 14767081 | | Howell International Trade Fair Ltd, 5A-601 Houxiandaicheng, No. 16 Baiziwan, Chaoyang District, Beijing, China |
| 14767083 | + | Hudson Valuation Group LLC, One Glenlake Parkway, Suite #700, Atlanta, GA 30328-3496 |
| 14770876 | #+ | IMG Media Limited, c/o J. von der Heydt, Benesch Friedlander Coplan & Aronoff LLP, 200 Public Sq., Ste. 2300, Cleveland, OH 44114-2309 |
| 14770875 | + | IMG Media Limited, c/o J. Hoover, Benesch Friedlander Coplan & Aronoff LLP, 1313 N. Market St., Suite 1201, Wilmington, DE 19801-1151 |
| 14767085 | | IMG Media Ltd, Building 6, 566 Chiswick High Road, Cheswick Park, London W4 5HR, United Kingdom |
| 14765643 | | IMG Media Ltd, Building 6, Chiswick Park, 566 Chiswick High Road, London, England UK W4 5HR |
| 14784696 | + | IMG Media, Ltd., Jennifer R. Hoover, Benesch, Friedlander, Coplan & Aronoff L, 1313 N. Market St., Ste 1201, Wilmington, DE 19801-6101 |
| 14767090 | + | IQH3D, 6800 SW 40th Street, Suite 298, Miami, FL 33155-3708 |
| 14767092 | + | IZON, 2005 Tree Fork Lane, Suite 109, Longwood, FL 32750-3533 |
| 14784423 | + | Ian R. Liston, Esq., as Receiver Pendente Lite, 222 Delaware Avenue, Suite 800, Wilmington, DE 19801-1668 |
| 14765642 | | Iinuma Gauge, Manufacturing Co.,, Ltd (JPY) 11400-327, Harayama,, Tamagawa Chino-City Nagano, Japan 391-0011 |

| | | |
|---|---|---|
| 14767084 | | Iinuma Gauge Manufacturing Co. Ltd (JPY), 11400-327 Harayama,, Tamagawa, Chino-City, Nagano 391-0011, Japan |
| 14765644 | + | Innoventures Group LLC, 1105 William Penn Drive, Bensalem, PA 19020-4376 |
| 14767091 | | Itaya Misa (TWD), 1F, No. 1, Alley 50, Lane 737, Sec. 1, Nei Hu Road, Taipei, Taiwan, Republic Of |
| 14765646 | + | Jamuna Travels, Inc, 6439 Market St, Upper Darby, PA 19082-1850 |
| 14784695 | + | Jennifer R. Hoover, 1313 N. Market Street, Suite 1201, Wilmington, DE 19801-6101 |
| 14767094 | | Jih-Chun Yeh, 4F No. Ln232 Zhixiang 1st St, Zhongli Dist, Taoyuan City 320, China |
| 14767095 | | Jinsheng, 12/f SanToi Building, 137-139 Connaught Road, Central Hong Kong, China |
| 14767096 | + | JoveAI, 44081 Old Warm Spring Blvd, Fremont, CA 94538-6158 |
| 14767098 | + | K & L Gates LLP, Margaret R. Westbrook; Aaron S. Rothman, Jonathan N. Edel, 300 South Tryon Street, Suite 1000, Charlotte, NC 28202-0136 |
| 14767097 | + | K & L Gates LLP, Steven L. Caponi; Megan E. OConnor, 600 King Street, Suite 901, Wilmington, DE 19801-3777 |
| 14767099 | + | Karen S Donovan, 393 Mystic St, Arlington, MA 02474-1107 |
| 14767100 | + | Kaushik Banerjee, 342 Stanforth Court, San Ramon, CA 94582-5273 |
| 14767101 | + | Kenneth W Carroll, 8379 Sweet Briar Court, Liberty Township, OH 45044-8355 |
| 14767102 | | Kevin Cabot, 11 Rue Paul Langevin, Saint Ouen 93400, France |
| 14767103 | | Kleinwort Benson (GBP), 14 St. George Street, London W1S 1FE, United Kingdom |
| 14767104 | + | Law offices of Young K Park, 2009 Chestnut street, Philadelphia, PA 19103-3307 |
| 14767105 | | Lee and Ko, Hanjin Buliding, 63 Namdaemun-ro, Jung-gu, Seoul 04532, South Korea |
| 14767106 | + | Leo Riley, 225 Aqua Lane, Delran, NJ 08075-1907 |
| 14767006 | + | Lewis Brisbois Bisgaard & Smith LLP, Rafael Zahralddin, 550 Swedesford Rd #270, Wayne, PA 19087-1601 |
| 14767007 | + | Lewis Brisbois Bisgaard & Smith LLP, Vincent F. Alexander, 110 SE 6th Street, Suite 2600, Fort Lauderdale, FL 33301-5059 |
| 14767107 | | Luijks Advies B V, Vinkenkade 41 R 3, Vinkeveen 3645 AP, Netherlands |
| 14767108 | + | Luong D Nguyen, 2801 Camino Del Rey, San Jose, CA 95132-2219 |
| 14767121 | | MTL Shipping & Investment Ltd, Mark Walpole, MTL Shpng & Invstmnt Ltd, Hillside, Crocknorth Road, East Horsley, Surrey KT24 5TF, United Kingdom |
| 14767123 | | MWL International Ltd, David Walpole, 1 Paper Mews, MWL International Ltd, Dorking, Surrey RH4 2TU, United Kingdom |
| 14767109 | | Mak Roughley, Apt 11, Old Court House, La Rue a Don Grouville, Jersey JE39FS, Channel Islands |
| 14784678 | + | Marcum LLP, Attn: John Heller, 201 East Las Olas Boulevard 21st Floor, Ft. Lauderdale FL 33301-3633 |
| 14765647 | + | Marcum LLP, One SE Third Ave,, Suite 1100, Miami, FL 33131-1708 |
| 14767111 | + | Mathu Rajan, 1105 William Penn Drive, Bensalem, PA 19020-4376 |
| 14779644 | + | Matrex Exhibits Inc., 1755 South Naperville, Wheaton, IL 60189-5844 |
| 14765648 | + | Matrex Exhibits, Inc., 301 S. Church St., Addison, IL 60101-3749 |
| 14767113 | + | Matt J Lo, 7322 Carter Ave, Newark, CA 94560-3649 |
| 14767114 | + | Matthew Lo, 7322 Carter Ave, Newark, CA 94560-3649 |
| 14784305 | + | McCarter & English, LLP, Joseph Lubertazzi, Jr., Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056 |
| 14767115 | + | Mediatainment, Inc (Note), 1105 William Penn Drive, Bensalem, PA 19020-4376 |
| 14767116 | + | Mediatainment, Inc (Vendor Work), 1105 William Penn Drive, Bensalem, PA 19020-4376 |
| 14765649 | + | Mentor Graphics, Corporation, 8005 SW Boeckman Rd., Wilsonville, OR 97070-9733 |
| 14767118 | | Modular Mobile GmbH, Hansaallee 201, Dusseldorf D-450549, Germany |
| 14767119 | + | MotivIT, 2880 Zanker Rd , Suite 203, San Jose, CA 95134-2122 |
| 14767120 | + | Mr Aaron Lamkin, 793A East Foothill Blvd #43, San Luis Obispo, CA 93405-1699 |
| 14767122 | + | Muni Mohan, 4612 Aviara Ct, San Jose, CA 95135-2366 |
| 14767125 | + | Nichani Law Firm, 111 N. Market Street, Suite 300, San Jose, CA 95113-1116 |
| 14767126 | + | Nicole Marie Maneen, 2394 Barberee Drive, Crestview, FL 32536-4391 |
| 14767127 | + | Open Sales Solutions, LLC, 548 Market Street,, Suite 11745, San Francisco, CA 94104-5401 |
| 14767136 | | PR Neswire Association, LLC, G Po Box 5897, New York, NY 10087-5897 |
| 14767128 | | Pactron, 3000 Patrick Henry Dr, Santa Clara, CA 950541814 |
| 14767129 | | Pegatron Corporation, 5F , No. 76, Ligong St., Beitou District, Taipei City 112, Taiwan, Republic Of |
| 14783653 | + | Penn Park Investments LLC, 2009 Chestnut Street, Philadelphia, Pennsylvania, 19103-3307 |
| 14767130 | + | Pennsylvania Dept of Labor, Office of Unemployment Comp Tax Srvcs, Collections Support Unit, 651 Boas St., Room 925, Harrisburg, PA 17121-0751 |
| 14767132 | | Pennsylvania Dept of Revenue, PO Box 280905, Harrisburg, PA 17128-0905 |
| 14767134 | + | Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801-1621 |
| 14767135 | + | Porter Digital Signage, 241 N Caldwell Circle, Downingtown, PA 19335-4961 |
| 14767139 | | RL Systems, Old Post Office Cottage, Post Office Roa, Inkpen,, Berkshire RG17 9PY, United Kingdom |
| 14767137 | + | Raja Rajan, 5215 Bishop View Circle, Cherry Hill, NJ 08002-3454 |
| 14773840 | | Rembrandt 3D Holding Ltd, Suites 5&6 Horsfords Business Centre,, Long Point Road, Nevis, West Indies. |
| 14771263 | + | Rembrandt 3D Holding Ltd, c/o Andrew DeMarco, DEVLIN LAW FIRM LLC, 1526 Gilpin Avenue, Wilmington, DE 19806-3016 |
| 14767138 | | Rembrandt 3D Holding Ltd., Stephen Blumenthal, 1128 Bull Hill Road, Newfield, NY 14867 |
| 14767140 | + | Robert Half Management Services, 12400 Collections Center Drive, Chicago, IL 60693-0124 |
| 14767141 | + | Robert S French Revocable Trust 2018, 1712 Kimberly Dr, Sunnyvale, CA 94087-5228 |
| 14767142 | | Ruffena Capital Ltd, Portman House, 2 Portman Street, London W1H 6DU, United Kingdom |
| 14767147 | | SKC Haas Display Films Co., 460,Chonheung-Ri,Songgo-Ub, Chungchongnam-Do, Chonan-City 330-836, South Korea |

| District/off: 0313-2 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: pdf900 | Total Noticed: 238 |

| | | |
|---|---|---|
| 14767910 | + | SLS Holdings VI, LLC, c/o Davis Lee Wright, ROBINSON & COLE LLP, 1650 Market Street, Suite 3030, Philadelphia, PA 19103-7223 |
| 14767148 | + | SLS Holdings VI, LLC, 392 Taylor Mills Road, Marlboro, NJ 07746-2474 |
| 14767915 | + | SLS Holdings VI, LLC, c/o Ryan M. Messina, ROBINSON & COLE LLP, 1650 Market Street, Suite 3030, Philadelphia, PA 19103-7223 |
| 14767921 | #+ | SLS Holdings VI, LLC, c/o Catherine Guastello Allen, Esq., QUARLES & BRADY LLP, 1701 Pennsylvania Avenue NW, Suite 700, Washington D.C. 20006-5820 |
| 14767920 | + | SLS Holdings VI, LLC, c/o Brittany S. Ogden, Esq., QUARLES & BRADY LLP, 33 East Main Street, Suite 900, Madison, Wisconsin 53703-3095 |
| 14767914 | + | SLS Holdings VI, LLC, c/o Katherine M. Fix, ROBINSON & COLE LLP, 1650 Market Street, Suite 3030, Philadelphia, PA 19103-7223 |
| 14767931 | + | SLS Holdings VI, LLC, c/o Sargina Desargones, Esq., QUARLES & BRADY LLP, One Renaissance Square, Two N Central Av, Phoenix, Arizona 85004 |
| 14765652 | | ST4M Electronics,, Inc. Beijing Office Room 1102,, Building 313, Hui Zhong Bei Li, Beijing, Chaoyang District, China |
| 14767150 | | ST4M Electronics, Inc. Beijing Office, Room1102, Building313, Hui Zhong Bei Li, Chaoyang District, Beijing, China |
| 14767144 | + | Sara Leona Robertson, 1900 Tomahawk Drive, Henderson, NV 89074-4173 |
| 14767145 | | SeeCubic B V, Park Forum 1033 & 1035, Eindhoven 5657 HJ, Netherlands |
| 14767146 | + | SeeCubic Inc., 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 14773722 | | SeeCubic Inc., c/o Joseph O. Larkin, 920 N. King Street, One Rodney Square, Wilmington, Delaware 19801 |
| 14773723 | + | SeeCubic Inc., c/o James J. Mazza, Jr., Justin M. Winerman, Rebecca L. Ritchie, 155 North Wacker Drive Chicago, Illinois 60606-1787 |
| 14784456 | + | SeeCubic, Inc., c/o Skadden, Arps, Slate, Meagher & Flom, Attn: Eben P. Colby, 500 Boylston Street, Boston, Massachusetts 02116-3740 |
| 14784805 | + | Siemens Industry Software Inc., 8005 SW Boeckman Road, Wilsonville, OR 97070-9733 |
| 14767149 | | Special Counsel, Dept. CH 14305, Palatine, IL 60055-4305 |
| 14767152 | | Stoit Groep B V, Vestdijk 23, Eindhoven 5611 CA, Netherlands |
| 14767153 | | Stream TV International B V, Park Forum 1033 & 1035, Eindhoven 5657 HJ, Netherlands |
| 14767005 | + | Stream TV Networks, Inc., 209 Chestnut Street, 3rd Floor, Philadelphia, PA 19106-2808 |
| 14767154 | + | Suby Joseph, 48 Colleen Circle, Downingtown, PA 19335-4935 |
| 14767155 | | Suzhou Indstrial Equipmnt Instlation Grp, No. 3, Caixiang Road, Suzhou, Jiangsu, China |
| 14767156 | #+ | Synopsys, 690 East Middlefield Road, Mountain View, CA 94043-4010 |
| 14767157 | | TD Bank, N A, Po Box 16027, Lewiston, ME 04243-9513 |
| 14767158 | + | Technical Link, 8461 Lake Worth Road, Suite 225, Lake Worth, FL 33467-2474 |
| 14767159 | | Three D Holograms Pvt Ltd., 307 Kilfire House, C-17 Dalia Industrial Area, New Link Road, Andheri-West, Mumbai, Maharashtra 400053 India |
| 14765654 | + | Trans World, International, LLC, 200 Fifth Ave 7th, Floor, New York, NY 10010-3302 |
| 14770893 | + | Trans World International, LLC, c/o J. Hoover, Benesch Friedlander Coplan & Aronoff LLP, 1313 N. Market St., Ste. 1201, Wilmington, DE 19801-1151 |
| 14784706 | + | Trans World International, LLC, c/o J. Hoover, Benesch Friedlander Coplan & Aronoff LLP, 1313 N. Market St., Ste. 1201, Wilmington, DE 19801 Wilmington, DE 19801-1151 |
| 14770882 | #+ | Trans World International, LLC, c/o J. von der Heydt, Benesch Friedlander Coplan & Aronoff LLP, 200 Public Sq., Ste. 2300, Cleveland, OH 44114-2309 |
| 14765655 | + | Triple Crown, Consulting, LLC, 10814 Jollyville Rd,, Suite 100, Austin, Texas 78759-5675 |
| 14767161 | + | Triple Crown Consulting, LLC, 10814 Jollyville Rd, Suite 100, Austin, TX 78759-5675 |
| 14765656 | + | US Compliance, Services LLC, 199 North Woodbury, Road Suite # 103, Pitman, NJ 08071-1275 |
| 14786427 | + | US Legal Support, 16825 Northchase Drive, ste 900, Houston, TX 77060-6004 |
| 14767165 | | US Legal Support, Inc., Po Box 4772, Houston, TX 77210-4772 |
| 14767163 | | Uhaul, 201 US Highway 130 S, Cinnaminson, NJ 08077 |
| 14765657 | + | Vayikra Capital LLC, 1 Farmstead Road, Short Hills, NJ 07078-1291 |
| 14767167 | + | Via Licensing Corporation, 1275 Market Street, San Francisco, CA 94103-1405 |
| 14767168 | + | Vikas Kshetrapal, 2287 Ashbourne Dr, San Ramon, CA 94583-9183 |
| 14869497 | + | Visual Semiconductor Inc., c/o Leslie Beth Baskin Esquire, Leslie Beth Baskin, Esquire, Spector Gadon Rosen Vinci, P.C., 1635 Market Street, 7th Floor Philadelphia, PA 19103-2290 |
| 14767169 | + | Visual apex, Inc, 7950 NE Day Road W,, Suite B, Bainbridge Island, WA 98110-1254 |
| 14767170 | | Wah Woo Tan, 243 Summerwind Drive, Milpitas, CA 95035 |
| 14767171 | + | Wai Ming Chiu, 1798 Cape Coral Dr, San Jose, CA 95133-1108 |
| 14786246 | + | Wai Ming Chiu, 1798 Caper Coral Drive, San Jose CA 95133-1108 |
| 14767172 | + | Walsh C H B Inc, 189 Sunrise Highway, Suite# 302, Rockville Centre, NY 11570-4723 |
| 14767173 | | Weida Freight System (Hong Kong) Co., Ltd Taiwan Branch Flat, 402, 4/F , Yee Kuk Industrial Centre, 555 Yee Kuk Street, Cheung Sha Wan, Kowloon Hong Kong |
| 14767174 | + | Wharton Capital Partners, 5720 Lagorce Drive, Miami Beach, FL 33140-2142 |
| 14767175 | | WiLine Networks Inc., Po Box 102150, Pasadena, CA 91189-2150 |
| 14862141 | + | Willam Homony, c/o Steven M. Coren, Esquire, COREN & RESS, P.C., Two Commerce Square, 2001 Market Street, Suite 3900, Philadelphia, PA 19103-7099 |
| 14862140 | + | William A. Homony, c/o Andrew J. Belli, Esquire, COREN & RESS, P.C., Two Commerce Square, 2001 Market Street, Suite 3900, Philadelphia, PA 19103-7099 |
| 14767176 | + | William Hennessey, 436 Lee Place, Exton, PA 19341-2797 |
| 14767178 | | YTH, 3/F Heng Shan Centre, 145 Queen s Road, Wan Chai, Hong Kong, China |
| 14767177 | | Yeh, Jih-Chun (CNY), 1F, No. 1, Alley 50, Lane 737, Sec. 1, Nei Hu Road, Taipei, Taiwan, Republic Of |
| 14767180 | + | Zeifang Hsu, 101 Blaisdell Way, Fremont, CA 94536-1690 |

| District/off: 0313-2 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: pdf900 | Total Noticed: 238 |

| | | |
|---|---|---|
| 14767181 | | Zhong Lun Law Firm, Level 10 & 11, Two IFC, 8 Century Avenue, Pudong New Area, Shanghai 20021, China |
| 14767182 | | Zygintas Papartis (EUR), Sarmos g 7-2,, Vilnius 04126, Lithuania |
| 14767086 | + | infoComm International, 11242 Waples Mill Rd, Suite 200, Fairfax, VA 22030-6079 |

TOTAL: 216

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2024 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2024 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 02 2024 03:14:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14767020 | + | Email/Text: Mary.pacini@avnet.com | Apr 02 2024 03:14:00 | Avnet EM, 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 14767025 | + | Email/Text: keith@boustead1828.com | Apr 02 2024 03:14:00 | Boustead Securities, 6 Venture Street, Suite 395, Irvine, CA 92618-7315 |
| 14776727 | | Email/Text: megan.harper@phila.gov | Apr 02 2024 03:14:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14767030 | | Email/Text: USCBNotices@cdtfa.ca.gov | Apr 02 2024 03:14:00 | California Dept of Tax and Fee Am, Account Info. Group, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| 14767031 | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 02 2024 03:14:00 | California Franchise Tax Board, Bankruptcy Section, MS: A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 14767032 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2024 02:54:40 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14767033 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2024 02:54:30 | Capital One-5, Po Box 71083, Charlotte, NC 28272-1083 |
| 14767040 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2024 02:22:24 | Citi Cards, Po Box 9001037, Louisville, KY 40290-1037 |
| 14767053 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 02 2024 02:22:23 | Dell Financial Services, Po Box 5292, Carol Stream, IL 60197-5292 |
| 14767052 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Apr 02 2024 03:14:00 | Delaware Secretary of State, Division of Corporations, Franchise Tax, PO Box 898, Dover, DE 19903-0898 |
| 14767054 | + | Email/PDF: DellBKNotifications@resurgent.com | Apr 02 2024 02:22:23 | Dell Financial Services, Mail Stop-PS2DF-23, One Dell Way, Round Rock, TX 78682-0001 |
| 14765638 | | Email/Text: sak@elliottgreenleaf.com | Apr 02 2024 03:14:00 | Elliott Greenleaf, 1105 North Market, Street 17th Floor, Wilmington, DE 19801-1216 |
| 14767075 | + | Email/Text: cmurphy@gtmtax.com | Apr 02 2024 03:14:00 | Global Tax Management, 656 E Swedesford Rd , Suite 200, Wayne, PA 19087-1622 |
| 14767089 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2024 03:14:00 | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St., Mail Stop 5 Q30 133, Philadelphia, PA 19104-5002 |
| 14767131 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2024 03:14:00 | Pennsylvania Dept of Revenue, Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: pdf900 | Total Noticed: 238 |

| | | | | |
|---|---|---|---|---|
| 14767133 | + | Email/Text: megan.harper@phila.gov | Apr 02 2024 03:14:00 | Philadelphia Department of Revenue, Municipal Services Building, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 14767124 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 02 2024 03:14:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 14767151 | + | Email/Text: itcdbg@edd.ca.gov | Apr 02 2024 03:14:00 | State of California Employment Dev Dept, PO Box 826880, DICO, MIC 29, Sacramento, CA 94280-0001 |
| 14767162 | + | Email/Text: bankruptcynotices@sba.gov | Apr 02 2024 03:14:00 | U.S. Small Business Administration, 409 3rd Street, SW, Washington, DC 20024-3212 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14767183 | | # OF RECORDS: 178 |
| 14767015 | | Alvarte Technology LLP, S No29, PL52, Office #201, Bhama Emrald, Satara Road, Dhankawadi, Pune, Maharashtra 411043 |
| 14765653 | | Cipher, Development, Partners, LLC |
| 14765651 | | Pegatron Corporation, 5F. No. 76 Ligong, St. Beitou District, Taipei City 112, Tawain |
| intp | *+ | SLS Holdings VI, LLC, c/o Davis Lee Wright, ROBINSON & COLE LLP, 1650 Market Street, Suite 3030, Philadelphia, PA 19103-7223 |
| 14767018 | *+ | Arasan Chip Systems, Inc., 2150 North First Street, Suite 240, San Jose, CA 95131-2062 |
| 14765636 | *+ | Cadence Design, Systems, Inc., 2655 Seely Avenue, San Jose, CA 95134-1931 |
| 14767028 | *+ | Cadence Design Systems, Inc., 2655 Seely Avenue, San Jose, CA 95134-1931 |
| 14767059 | * | DLA Piper LLP(US), 6225 Smith Avenue, Baltimore, MD 21209-3600 |
| 14767061 | *+ | Elliott Greenleaf, 1105 North Market Street, 17th Floor, Wilmington, DE 19801-1228 |
| 14767087 | *+ | Innoventures Group LLC, 1105 William Penn Drive, Bensalem, PA 19020-4376 |
| 14767088 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14767093 | *+ | Jamuna Travels, Inc, 6439 Market St, Upper Darby, PA 19082-1850 |
| 14783852 | *+ | Jamuna Travels, Inc., 6439 Market Street, Upper Darby, PA 19082-1850 |
| 14767110 | *+ | Marcum LLP, One SE Third Ave, Suite 1100, Miami, FL 33131-1708 |
| 14767112 | *+ | Matrex Exhibits, Inc., 301 S Church St., Addison, IL 60101-3749 |
| 14767117 | * | Mentor Graphics Corporation, 8005 SW Boeckman Rd, Wilsonville, OR 97070-7777 |
| 14773843 | * | Rembrandt 3D Holding Ltd, Suites 5&6 Horsfords Business Centre,, Long Point Road, Nevis, West Indies |
| 14767160 | *+ | Trans World International, LLC, 200 Fifth Ave 7th Floor, New York, NY 10010-3307 |
| 14767164 | *+ | US Compliance Services LLC, 199 North Woodbury Road Suite # 103, Pitman, NJ 08071-1275 |
| 14767166 | *+ | Vayikra Capital LLC, 1 Farmstead Rd, Short Hills, NJ 07078-1291 |
| 14767010 | ##+ | Ac Lordi, 75 Valley Stream Parkway, Suite 201, Malvern, PA 19355-1459 |
| 14767022 | ##+ | BDO USA, LLP, 75 Valley Stream Parkway, Suite 201, Malvern, PA 19355-1459 |
| 14767143 | ##+ | Salazar Law, 2000 Ponce De Leon Boulevard, Penthouse, Coral Gables, FL 33134-4422 |
| 14767179 | ##+ | Zach Lehman, 1440 S Stanley Ave, Los Angeles, CA 90019-3846 |

TOTAL: 4 Undeliverable, 17 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024              Signature:        /s/Gustava Winters

Case 23-10763-amc   Doc 618   Filed 04/03/24   Entered 04/04/24 00:38:21   Desc
Imaged Certificate of Notice   Page 7 of 10

| District/off: 0313-2 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: pdf900 | Total Noticed: 238 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Trustee WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Creditor Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com |
| DAVIS LEE WRIGHT | on behalf of Interested Party SLS Holdings VI LLC dwright@rc.com |
| DAVIS LEE WRIGHT | on behalf of Defendant SLS Holdings VI LLC dwright@rc.com |
| JENNIFER R. HOOVER | on behalf of Interested Party Trans World International LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| JENNIFER R. HOOVER | on behalf of Interested Party IMG Media Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| Joseph Oliver Larkin | on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com |
| Joseph Oliver Larkin | on behalf of Interested Party SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com |
| KATHERINE M. FIX | on behalf of Interested Party SLS Holdings VI LLC kfix@rc.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LESLIE BETH BASKIN | on behalf of Debtor In Possession Visual Semiconductor Inc. lbaskin@sgrvlaw.com, klove@sgrvlaw.com |
| MARGARET ANN VESPER | on behalf of Creditor Shadron L. Stastney vesperm@ballardspahr.com |
| MARGARET ANN VESPER | on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com |
| MARGARET ANN VESPER | on behalf of Interested Party Shadron L. Stastney vesperm@ballardspahr.com |
| MICHAEL D. VAGNONI | on behalf of Debtor Stream TV Networks Inc. michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Trustee WILLIAM A. HOMONY michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of William A Homony michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Debtor Technovative Media Inc. michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| NICHOLAS E HAKUN | on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of |

Technovative Media Inc. nhakun@wsgr.com, nhakun@gmail.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

STEVEN M. COREN
on behalf of Trustee WILLIAM A. HOMONY scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
on behalf of William A Homony scoren@kcr-law.com ccapra@kcr-law.com

Steven Caponi
on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
on behalf of Creditor Hawk Investment Holdings Ltd. steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

VINCENT F. ALEXANDER
on behalf of Debtor Technovative Media Inc. valexander@shutts.com

WILLIAM A. HOMONY
bhomony@mctllp.com mtomlin@mctllp.com

TOTAL: 35

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (MDC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)**[1] |
| | : | |

**CONSENT ORDER GRANTING THE MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR (I) THE ENTRY OF AN ORDER REINSTATING THE AUTOMATIC STAY AS TO THE SECTION 225 ACTION, AND (II) FOR RELATED RELIEF**

AND NOW, upon consideration of the Motion of William A. Homony in his capacity as Chapter 11 trustee (the "Trustee") of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative") for (i) the Entry of an Order Reinstating the Automatic Stay as to the Section 225 Action (the "225 Action") pending in the Delaware Chancery Court (the "Chancery Court"), seeking relief against Stream and Technovative; and (ii) for Related Relief (the "Motion"), and the opposition to the Motion filed by Hawk,[2] and the consent of the Trustee and Hawk to the relief set forth in this Consent Order having been obtained, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, subject to the modifications provided herein.

2. The Order, dated January 5, 2024 [ECF No. 549] is hereby modified and amended to add the following provisions to paragraph 2:

   *The automatic stay provided for under Section 362(a) of the Bankruptcy Code (the "Stay"),* <u>11 U.S.C. §§101</u> *et seq. is hereby modified as follows:*

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned cases. (D.I. #81).

[2] Capitalized terms used but not defined shall have the meaning given to them in the Court's January 5, 2024 Memorandum [D.N. 548].

  *(1) the Stay is modified to allow the Court of Chancery to set a trial date of July 31, 2024 for the 225 Action; and*

  *(2) the Stay is modified to allow the Court of Chancery to manage and oversee the 225 Action as it deems necessary, including, without limitation, resolving any pretrial motions or disputes that may arise as the Court of Chancery deems necessary prior to the trial date of July 31, 2024, and any post-trial issues related to the 225 Action.*

  *(3) the Stay is modified to allow the parties to take any other actions necessary to comply with the procedures and orders of the Court of Chancery.*

3. Other than as expressly set forth herein, the automatic stay shall remain in effect for all other purposes; and

4. This Court shall retain jurisdiction to decide any further issues with respect to relief from stay in the 225 Action.

Dated: April 1, 2024

                */s/ Magdeline D. Coleman*
                Honorable Magdeline D. Coleman
                Chief United States Bankruptcy Judge