**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **Stream TV Networks, Inc.,**[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-10763-AMC |
| **In re:** <br><br> **Technovative Media, Inc.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-10764-AMC |

**NOTICE OF APPLICATION TO EMPLOY CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER TO THE CHAPTER 11 TRUSTEE**

**TO THE UNITED STATES TRUSTEE:**

1. William A. Homony, the Chapter 11 Trustee (the "Chapter 11 Trustee") for the bankruptcy estates of Stream TV Networks, Inc. ("Stream TV") and Technovative Media, Inc. ("Technovative" or collectively with Stream TV, the "Debtors") has filed an Application pursuant to 11 U.S.C. § 327, Fed.R.Bankr.P. 2014 and L.B.R. 2014-1 to Employ Capstone Capital Markets LLC ("Capstone"), as his Investment Banker (the "Application") with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. The Chapter 11 Trustee seeks to retain Capstone for the purposes detailed in the Application.

3. Any party receiving this Notice may inspect the Application and file an objection or other responsive pleading to the Application with the Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, on or before seven (7) days from the date of service of this Notice. A copy of any objection or other responsive pleading must be served upon the proposed attorney for the Chapter 11 Trustee at the address set forth below.

4. If no objection or responsive pleading to the Application is filed and served within the seven (7) day period specified in paragraph 3 of this Notice, the Chapter 11 Trustee shall file

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

4893-0403-8329 v1

a certificate of no objection to the Application along with a request that the Application be approved.

| | |
|---|---|
| Dated: May 2, 2024 | By: */s/ Michael D. Vagnoni*<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA  19102<br>Phone: (215) 665-3066<br><br>*Counsel to Chapter 11 Trustee* |