# EXHIBIT 2

| | |
|---|---|
| **From:** | Christopher Michaels |
| **To:** | Vagnoni, Michael |
| **Cc:** | George, Edmond; Andrew DeMarco; ntwallace@aol.com; steve@rembrandt3d.com |
| **Subject:** | RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt |
| **Date:** | Monday, February 19, 2024 7:30:00 PM |
| **Attachments:** | image013.png |
| | image015.png |
| | Rembrandt Transaction Correspondence.pdf |
| | Rembrandt Executive Team.pdf |
| | Assets of Stream to be Confirmed.docx |

Michael:

We understood that we would be setting up a meeting with the trustee to have some initial questions answered to be in a position to formulate a hard proposal.  However, I have provided the rough sketch of a funding concept that we discussed with you below.  Since we spoke, we discussed funding with the investors that committed to invest $10 million in Rembrandt 3D Corp (Delaware entity that is NOT the Nevis company that is the creditor in both bankruptcy cases).  I have attached a letter from their counsel stating they are interested in funding a plan..

Our assumptions are that Stream / VSI has not raised the required funds.  Valuation of the deal is largely dependent on verification of the various technology assets and agreements.  We hope that the trustee has made good progress on getting a handle on the status of the assets.
These are a few items that will make a difference in both Rembrandt's and the investor's valuation:

1. Direct contact verification of P.O's. – i.e. Bosch, Google Cystar, Southern Telecom, etc.
2. The condition of the current production equipment; and  copies of all vendor supply chain contracts, debt, verification of server location of manufacturing specification software.
3. Status of IP assets, (see Attached Asset List)

### **Rembrandt 3D Chapter 11 Reorganization Plan Stream**

We have designed a capital structure that we can accomplish as a matter of contractual right that gives Rembrandt and the investor exclusive and complete control of the technology. I see very little that the secured creditors can argue to prevent it.  Rembrandt's plan of reorganization will be to invest in the bankruptcy reorganization through the investment of $70-150,000,000 in equity in Rembrandt and then use those funds to reorganize Stream as follows:
1)         $39,000,000 investment in a preferred share @ $1.50 share that removes any doubt that all of Hawk's debt is converted;
         a)         New investment will be in a non-voting, non-participating, preferred share with a 1x liquidation preference that is paid before Hawk (specified in the Hawk Conversion Agreement)
         b)         Hawk will be converted to ~$160,000,000 worth of preferred shares that are paid on liquidation after the new investment preferred shares.   However, any proof of prior conversion and/or success with adversary proceeding would reduce this amount.

   c)     Use of Funds:
       i)     pay ~ $18,000,000 on the SLS debt thereby removing all current security and pledge agreements (assumes some accrual of interest and loss of the adversary proceeding, but this amount would be reduced by any success with adversary proceeding);
       ii)    use ~ $6,000,000 for administration costs during pendency;
       iii)   pay creditors, Philips, & Rembrandt Holding $15,000,000 = ~ 50% of unsecured claims and amounts due on executory contracts on exit;
2)    $11-31,000,000 in Common Shares @ $0.10/share
   a)     Full Voting - 110-310,000,000 shares
3)    $20-80,000,000 investment in a secured debt financing of production equipment
   a)     match former Hawk note, upfront fee, 2%/month, 5x face value of note in warrants at common stock price, security, and pledge agreement terms that finances production and takes a security interest in all equipment, IP, and subsidiaries
   b)     New bonding equipment for 8K displays for multiple lines

Basically, this structure is designed to optimize a deal if Hawk has not already been converted. I don't see how Hawk can argue that the secured debt facility is unfair when it is identical to their notes and deal. Steve Caponi specifically told Judge Coleman on June 26, 2023 that the debt was still convertible. If Hawk has been converted and/or is subordinated, etc. then the structure is somewhat irrelevant as the investor will own all tiers of the capital structure. To that end, we would intend to continue the adversary proceeding.

In sum, SLS/SeeCubic would receive ~$18,000,000 in cash and Hawk/SeeCubic would get $160,000,000 in preferred shares that is paid in cash at exit/liquidation. Both secured creditors will be paid 3x their original investment which is not exactly a bad return. Of course, the adversary proceeding could reduce their recovery down to nothing.
-
The main pushback we see from the investors is the uncertainty of litigation and whether the software and technology is in a position to be transferred. If the Philips license is terminated due to a change of control or breaches of the license, the value of Stream is pretty much destroyed, so keeping the IP intact during administration and through plan execution is critical. We have listed the assets we want to confirm. The IP assets are critical, the contracts with customers are important to valuation but not deal killers.

Our current investors are about as strategic as we can get in that they are involved in businesses that would be end customers. We are interested in the technology for making products for our own use. Therefore, we would likely weight the Cystar and Southern Telecom less than others. We suspect the orders with Cystar and Southern Telecom have issues, but Rembrandt may be in a unique position to solidify the value of those orders, but at a minimum we need to understand how solid they are. We discussed with Stream's prior counsel setting up a call with our team and the customers to assess these contracts. However, our inte

The investors are going to largely choose the new management. We have a very strong team (copy attached) and we expect that the officers will be comprised from the Rembrandt team. To get things going, we have outlined a proposal, but we are not locked on a specific structure, and look forward to discussions with the trustee.

Chris

**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*



Email: michaels@bpmlegal.com
Direct Dial:  607-203-9470

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.

---

**From:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Sent:** Monday, February 19, 2024 6:11 PM
**To:** Christopher Michaels <michaels@bpmlegal.com>
**Cc:** George, Edmond <Edmond.George@obermayer.com>; Andrew DeMarco <ademarco@devlinlawfirm.com>; ntwallace@aol.com
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Chris:

Both my recollection and my notes from our call on January 30 are clear that you were going to send us a proposal for the Trustee to consider.  You indicated that Rembrandt had $10 million that was "ready to close" and would be the initial financing that would fund administration and another $70+ million that Rembrandt was tracking down.  You also indicated that  you thought the proposal would include the SLS and Hawk debt being converted entirely and 50-60 cents on the dollar to unsecured creditors.  If there was a misunderstanding, we apologize – we certainly don't want to hold this process up unnecessarily.  Please send us a written proposal that can serve as a framework of a meeting with the Trustee and we can set up a time to meet in person or over zoom again.

Michael



**Michael D. Vagnoni**
Partner

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3066 tel | 215.665.3165 fax
michael.vagnoni@obermayer.com | www.obermayer.com

 



**From:** Christopher Michaels <michaels@bpmlegal.com>
**Sent:** Monday, February 19, 2024 12:45 PM
**To:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Cc:** George, Edmond <Edmond.George@obermayer.com>; Andrew DeMarco <ademarco@devlinlawfirm.com>; ntwallace@aol.com
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Michael:

It has been almost three weeks since our call and we have not heard from you regarding setting up a meeting with the trustee and Rembrandt's team.

This seems odd as Rembrandt is proposing to fund a plan and administrative costs and we are not aware of any other entity or party other than VSI proposing to do so. VSI has been obligated under our licensing covenant agreement to provide us with proof of funding for their plan of reorganization and they have not provided any documents showing funding, so Rembrandt has sought independent funding.

Now that we have found funding, we have not able to have a meeting with the trustee. I am not sure what to say to Rembrandt's investors. When can we set a meeting with the trustee to discuss the issues below?

Chris

**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*



118 N. Tioga Street, Suite 400, Ithaca, New York 14850
Main: 607-256-2000  Fax: 607-256-3628
www.brownandmichaels.com

Email: michaels@bpmlegal.com
Direct Dial: 607-203-9470

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.

---

**From:** Christopher Michaels
**Sent:** Wednesday, February 14, 2024 2:24 PM
**To:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>

**Cc:** George, Edmond <Edmond.George@obermayer.com>; Andrew DeMarco <ademarco@devlinlawfirm.com>; ntwallace@aol.com
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Michael:

I wanted to follow-up from our last conversation and find a good time for a meeting with the trustee and our CEO, Stephen Blumenthal.

Topics include:
1. Rembrandt's funding of a reorganization plan
2. Protection of IP and licensing agreements
3. Due diligence
4. Getting production restarted
5. Administrative funding needed prior to a reorganization plan approval/execution

I look forward to hearing from you soon.

Chris

**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*



118 N. Tioga Street, Suite 400, Ithaca, New York 14850
Main: 607-256-2000  Fax: 607-256-3628
www.brownandmichaels.com

*Email:* michaels@bpmlegal.com
*Direct Dial:  607-203-9470*

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.

---

**From:** Andrew DeMarco <ademarco@devlinlawfirm.com>
**Sent:** Tuesday, January 30, 2024 10:44 AM
**To:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>; Christopher Michaels <michaels@bpmlegal.com>
**Cc:** George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

4pm works fine.  You'll send around an invite?

---

**From:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Sent:** Tuesday, January 30, 2024 10:23 AM
**To:** Andrew DeMarco <ademarco@devlinlawfirm.com>; Christopher Michaels <michaels@bpmlegal.com>

**Cc:** George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Terribly sorry Andrew – yesterday turned into a mess and I am cleaning up this morning.  We are pretty busy through afternoon but could talk at 4:00 if that works for you



**Michael D. Vagnoni**
Partner

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3066 tel | 215.665.3165 fax
michael.vagnoni@obermayer.com | www.obermayer.com



---

**From:** Andrew DeMarco <ademarco@devlinlawfirm.com>
**Sent:** Tuesday, January 30, 2024 9:55 AM
**To:** Christopher Michaels <michaels@bpmlegal.com>; Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Cc:** George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Michael,

Please let us know if you and the trustee are available sometime this week and we will gladly make time.

Best,

Andrew

---

**From:** Christopher Michaels <michaels@bpmlegal.com>
**Sent:** Monday, January 29, 2024 12:05 PM
**To:** Andrew DeMarco <ademarco@devlinlawfirm.com>; Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Cc:** George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Do we have a time confirmed for a call today?

Chris

**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*



Email: michaels@bpmlegal.com
Direct Dial: 607-203-9470

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.

---

**From:** Andrew DeMarco <ademarco@devlinlawfirm.com>
**Sent:** Thursday, January 25, 2024 3:53 PM
**To:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Cc:** Christopher Michaels <michaels@bpmlegal.com>; George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Monday works well for us; we are generally available.   Rembrandt's representative is also willing to speak with the trustee directly, if that is preferred, rather than speaking through counsel.  Indeed, from Rembrandt's perspective, that may be preferable—with counsel on the line, of course.  Would they be willing to join us?

---

**From:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Sent:** Thursday, January 25, 2024 3:41 PM
**To:** Andrew DeMarco <ademarco@devlinlawfirm.com>
**Cc:** Christopher Michaels <michaels@bpmlegal.com>; George, Edmond <Edmond.George@obermayer.com>
**Subject:** RE: Stream/Technovative Bankruptcy - Discussion with Rembrandt

Andrew – Thank you for reaching out and it was a pleasure meeting you yesterday as well.  I have what will likely be an all day hearing tomorrow, but I am available Monday except for 10:00-12:00 and 3:00-4:00.  If those times work for you I will circulate a zoom link.

Michael

**Michael D. Vagnoni**
Partner

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101



215.665.3066 tel | 215.665.3165 fax
michael.vagnoni@obermayer.com | www.obermayer.com



**From:** Andrew DeMarco <ademarco@devlinlawfirm.com>
**Sent:** Thursday, January 25, 2024 3:14 PM
**To:** Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Cc:** Christopher Michaels <michaels@bpmlegal.com>
**Subject:** Stream/Technovative Bankruptcy - Discussion with Rembrandt

> **WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

Michael,

It was a pleasure meeting you yesterday during the status hearing.  As I mentioned before the court, Rembrandt is available at your convenience to discuss this matter.  This case has an incredibly complicated history, as you noted in court, but Rembrandt has had a unique perspective throughout the proceedings and may be able to help answer questions you may have.

We can make ourselves available whenever works for you.

Best,

Andrew



Andrew DeMarco
1526 Gilpin Ave, Wilmington, DE 19806
(302) 231-2334 | (610) 457-9301

The information contained in this communication is confidential and is intended only for the use of the intended addressee.  It is the property of Devlin Law Firm LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@devlinlawfirm.com, and destroy this communication and all copies thereof, including all attachments.

Christopher Michaels, Esq.
C.F.O. Rembrandt 3D Corp.
February 16, 2024

# Assets of Stream for Due Diligence

Rembrandt is engaging with the bankruptcy court trustee appointed to run Stream to develop a complete assets list and to confirm a number of due diligence issues. The following document is based on a variety of sources, indicating our best knowledge to date. Please accept this as a work in progress, as we will be updating it as more information becomes available.

## Stream TV Networks, Inc.

Stream TV Networks, Inc. (Stream) started manufacturing no glasses 3D displays under license from Koninklijke Philips N.V. (Philips) and Rembrandt-Holding. Stream developed its own technology on top of the licensed technology and sold glasses-free 3D display technology launched under the trade name Ultra-D™ ("Ultra-D"). Stream was previously valued at close to $400,000,000 and has raised over $160,000,000 prior to the bankruptcy.

After Rembrandt's litigation, Stream's share price dropped from $6.00/share to $1.50/share and then secured lenders attempted to take over the company but their effort was denied by the Delaware Supreme Court. Rembrandt has now licensed Stream and restarting production will make the company immediately more valuable.

Stream controls a number of subsidiaries[1] and for simplicity, assets of Stream and its subsidiaries are referred to as assets of Stream. The major assets of Stream are the intellectual property licensed from Philips and Rembrandt-Holding and the technology that Stream has developed itself including both intellectual property and manufacturing equipment. Specifically, the assets include:

### Philips Technology License[2]:
1) Schedule B – Roughly 1,500 patents listed in Schedule B
2) Schedule C - Licensed Know-How and Licensed Software
    a) The Licensed Know-How is based on the 3D Technology, developed (i) by the former Philips incubator 3DSolutions and (ii) by the Philips Research organization in direct support of the former Philips incubator 3D Solutions and Philips' Intellectual Property & Standards organization, and implemented in several prototypes .
    b) The Licensed Know-How includes:
        i) available technical documentation on product design, manufacturing process description and equipment specifications;
        ii) available rendering firmware; and
        iii) available 3D content creation software.
    c) Licensed Software and technical documentation on product designs, manufacturing process description and equipment specifications include:
        i) all documentation which is available in archives including TPD archive , Software archive complete with compilable and linkable source code,

---

[1] See page 79 of Docket Entry 48 for corporate tree.
[2] See "Stream (Ultra-D Venures)-Philips License in Rembrandt Data Room

Christopher Michaels, Esq.
C.F.O. Rembrandt 3D Corp.
February 16, 2024

   ii) Departmental archive; and
   iii) lens design software.
d) Details on rendering firmware:
   i) Firmware archive (including schematics of Hydra, Spartak, SpartakPlus,
   ii) SpartakNext, SpartakN ext-H DMI); and
   iii) Firmware download tool.
e) Details on the 3D content creation software:
   i) Display Control Tool;
   ii) Player API
   iii) MediaPlayer9
   iv) Settings API
   v) Media Sequencer
   vi) WOWzone application
   vii) WOWvx Player;
   viii) WOWvx BlueBox Spacer;
   ix) WOWvx BlueBox server
   x) WOWvx BlueBox configurator
   xi) WOWvx BlueBox Compositor,
   xii) BlueBox server configuration scripts
   xiii) DirectX visualize
   xiv) OpenGL control & visualiser
   xv) B3D source tilter
   xvi) 3DS MAX rendering plugin;
   xvii) Maya rendering plugin;
   xviii) Red Box; and
   xix) Documentation
f) Super Drive Train License - a conversion and rendering implementation ("Super Drive Train"), consisting of ULTRA-D algorithms, that shall be compatible with the Dolby3D format.

## Rembrandt-Holding License

1) License and Settlement Agreement May 23, 2021 that provides for a license to patents and trade secrets held Rembrandt-Holding and the agreement was amended on August 12, 2023[3]; and
2) A Licensing Covenant between Rembrandt-Holding, Stream, and VSI restricting licensing of other parties by Rembrandt-Holding dated August 14, 2023.[4]

The only licenses that Rembrandt-Holding has issued are to Rembrandt 3D Corp and to Stream. If Rembrandt 3D Corp acquires Stream, it will hold the only licenses to Rembrandt-Holding's technology.

---

[3] See "IP Licenses" in Rembrandt Data Room
[4] See "IP Licenses" in Rembrandt Data Room

Christopher Michaels, Esq.
C.F.O. Rembrandt 3D Corp.
February 16, 2024

### Stream Intellectual Property:
1) Patents[5];
2) Trademarks;
3) Copyright and source code software for content conversion tools, content creation, real time conversion, and
4) A computer chip design with 3D rendering designed for use with a 3D optical stack (lens bonded to a LCD display)
5) A Licensing Covenant between Rembrandt-Holding, Stream, and VSI restricting licensing of other parties by Rembrandt-Holding dated August 14, 2023.

### Stream Production Equipment:
1) Stream commissioned the manufacture of specialized optical bonding equipment for a Small Production Line ("SPL") and a Mass Production Line (the "MPL", and together with the SPL, the "Bonding Equipment"). Both machines were installed at the facility of contract manufacturer Pegatron in Suzhou, China for bonding of 55" and 65" 3D panels. The MPL, with its greater automation, achieved milestone efficiency with a 96% yield rate during production of 4,000 units of 65" glasses-free 3D advertising displays.[6]
2) The Bonding Equipment is an asset of Stream and currently held in a storage unit and the original manufacturer of the equipment has agreed to recalibrate the equipment and allow initial production runs to occur within its facility.

### Stream Development and Joint Marketing Contracts:
1) Joint Marketing Agreement with BOE[7]; and
2) Automotive Display Co-Development Agreement Bosch[8].

## Visual Semiconductor, Inc.

Visual Semiconductor, Inc. (VSI) founded by the founders of Stream and has a distribution agreement – subject to court approval and considered an essential part of Stream's reorganization plan –whereby VSI accepts orders from and makes delivery to third-party customers. VSI issues "back-to-back" purchase orders to Stream for 90% of the value of those third-party orders, retaining a 10% margin for providing supply chain financing as well as funding technical development.

### VSI Purchase Orders:

Order #1, dated March 20, 2023, is a purchase commitment for 10,000 4K resolution 65-inch units at a unit cost of $1,400 for a total of $14,000,000. Order #1 is from from Cystar International Ltd. ("Cystar"). Based in Taiwan, Cystar is a Taiwan affiliate of Marvel Digital Limited, Stream's biggest customer to date. Cystar was formed to capitalize on the expanding glasses-free 3D market and has issued its purchase order to VSI.

---

[5] See pages 32-54 of Docket Entry 48.
[6] See pages 55-59 of Docket Entry 48 for pictures of bonding equipment.
[7] See pages 60-71 of Docket Entry 48 for copy of agreement.
[8] See pages 72-77 of Docket Entry 48 for copy of agreement.



Christopher Michaels, Esq.<br/>
C.F.O. Rembrandt 3D Corp.<br/>
February 16, 2024

Order #2, dated April 11, 2023, is a purchase commitment for 100,000 8K-resolution 65-inch units at a unit cost of $1,400 for a total of $140,000,000 from Southern Telecom ("STI"). Owner of various consumer electronics brands – Polaroid, Packard Bell, Brookstone, Audio Republic, Art+Sound, and many others – STI intends to increase consumer awareness and enthusiasm for its brands by being the first to launch Ultra-D televisions in North America.

The two orders constitute about $54,000,000 in anticipated profit overall for Stream and VSI collectively, but the VSI distribution agreement provides for a 10% for VSI, so the gross revenue to VSI is $15,400,000 for the two contracts.

## Rembrandt-Holding License Covenant

1) A Licensing Covenant between Rembrandt-Holding, Stream, and VSI restricting licensing of other parties by Rembrandt-Holding dated August 14, 2023

# PERI | STEWART | MALIA
ATTORNEYS AT LAW

February 9, 2024

Re: <u>Rembrandt 3D Corporation</u>

To Whom It May Concern:

  I am writing as the attorney for my client that has executed a term sheet for investment in Rembrandt 3D Corp. ("Rembrandt"). My client is a company that includes a consortium of high net worth and experienced business executives who have the financial resources and business contacts to assist in supporting Rembrandt's business plans. The client is considering certain funding for Rembrandt to acquire additional companies in this market subject to due diligence and other factors.

  I am advised that the client is evaluating funding an acquisition of Stream TV Networks ("Stream") by funding a reorganization plan. The idea is to install capable management at Stream, and source sufficient capital resourcing to restart production. There is also the goal of ending the existing litigation through achievement of a reasonable settlement.

  The client has discussed with Rembrandt's management that if they find a deal that is workable and the due diligence and other key matters go well, proof of funding will be provided in due course.

  Accordingly, the client requests that you work with Rembrandt within this framework. Thank you.

Very truly yours,
PERI STEWART MALIA

Michael T. Stewart

MTS/moa

# EXECUTIVE TEAM

## Stephen Blumenthal, C.E.O.

Stephen is the Founder and C.E.O. of Rembrandt, based in Ithaca New York. Mr. Blumenthal, was the co-founder and inventor of the 3DFusion technology, is an acclaimed stereoscopic video expert and pioneering 3D inventor. Blumenthal is credited with the invention of the first camera dedicated 3D stereoscopic video microscope and with the invention of the first 1200 X high magnification stereoscopic 3D optical microscope. While a consultant to Leica Microsystems of Buffalo New York, Mr. Blumenthal's Leica invention was based on an optical shutter mechanism which was acclaimed by Leica's C.E.O. Arthur Alix as being of "historical significance". Alix brought the invention to the attention of senior Leica management in Germany who later acquired the technology. His breakthrough advanced the magnification range of Stereoscopic Microscopes from 250 X, the previous limit for stereo optical microscopes, to 1200 X, thereby providing all life science research with a major new tool. His work in stereoscopic microscopy led him to develop 3DASD advancements in conjunction with the Royal Philips of the Netherlands company where he developed patented technology based on their WOWvx, 2D Plus depth 3D platform. He started, owned and operated the Gallager Home Electronics company in Ithaca N.Y. for 30 years with his wife Tracy, and grew it to become the largest electronics consumer sales and service retailer in central New York. Stephen lives and works in upstate New York with Tracy, his wife and partner of 50 years.

## Christopher Michaels, CFO, JD/MBA

Chris is the 30-year CEO of Brown & Michaels, PC located in Ithaca N.Y. He is a Registered Patent Attorney, with degrees in chemistry, law, & MBA from the Wharton School in Finance and Operations and Information Management. As Rembrandt CFO Chris brings a wealth of experience from working as a CEO for an LCD digital display manufacturing group and as an executive for other technology start-ups. Chris will be focusing on our business development locking down our vendor relationships. He has an extensive history in 3D technology. Chris also successfully represented Optical Products Development Corp. in their IP litigation related to 3D optics. Chris was the VP of Business Development and later the CEO of a development stage flat panel display company, Nupix, LLC. They had joint development agreements with eInk, Gyricon (subsidiary of Xerox), and Kent Displays for cholesteric liquid crystal displays. In addition, Chris represented PicVue Optoelectronics and Bruce Technologies in IP litigation regarding flat panel display glass and eventually amerger with Corning Glass.

## John Endicott: VP of Market Development

John Endicott, before leaving Australia to head up Westfield malls entry into the US market, was a partner in the management company, the McLachlan Group. John's clients, included shopping center development companies, where he met including the managing director of Westfield Malls during their early major expansion in the 1970's, who hired him. Westfield created the regional mall industry in Australia, at the same time as the industry was being created in the US and France, each similar but independently of each other. Westfield's entry into the US was through the acquisition of existing shopping centers. It was Westfield's intent to introduce its shopping center concepts to the US, based on its 'gold standard' interior design upgrades. In 1979 John joined Westfield and relocated to the US to head up Westfield's entry into the US, to resolve development issues with cities and authorities, which were preventing and delaying expansion of its centers. During his 22-year career with Westfield in the US, John created and held the positions of Vice President of Design & Construction, Vice President of Development, Vice President of Partner Relations. During this twenty year period of Westfield development, mall

All Contents are Proprietary and Confidential to Rembrandt 3D Corp. (c) 2022 All Rights Reserved.

applications were submitted and approved in four states, including the city of Los Angeles and he was credited with dramatically reducing the time required to obtain approvals and get Malls open. John was instrumental as the first mall executive credited with creating mall DOOH and for introducing Mall Kiosk specialty leasing programs.

### Robert Boudreau, PhD. VP of Product Development

Dr. Boudreau is a retired Senior Corning Glass Inc. engineer who has held multiple positions in the area of Optoelectronic Displays and packaging, in Wafer Scale Assembly and Packaging, and as the team leader for 3D optics and lens innovations. He started his career with Verizon Inc, GTE Products as the Group Leader for Flat Panel Display and Optoelectronics packaging. He joined IFIRE Technologies of Toronto as a Process Troubleshooter Specialist and discovered 3 separate processes that tripled the life of the display. His career focus has been in the areas of: Biotechnology sensors, Display fabrication and phosphors, Mem's micromachining, Optoelectronic packaging, Wafer-scale assembly and automation and Electrochemical solar cells Technology. His work achieved major cost reduction by eliminating expensive display materials and he discovered a process for high K dielectric deposition and synthesis and increased display brightness using emission spectroscopy and phosphor purification. He authored invited engineering series book: "Passive Micro-optic Alignment" for CRC Press, published 2005. And has authored and has USPTO granted, 37 key patents and has been published in 26 IEEE Journal articles. As a key Corning Glass Inc. senior engineer and team leader, his team developed the Gorilla glass Technology advancements found initially on Apple iPhone products and developed a lesser derivative, product, which subsequently has been implemented by most major manufacturers of cell phone hardware. Robert has worked with Stephen since 2007 supporting his development of 3DASD advancements and leads the product development for both DOOH and the future home television 3DTV mass market product.

### Richard Monroe, CTO, Mechanical Engineering Specialist.

As CTO Richard brings a major technical asset to Rembrandt as a proven developer of high-tech digital applications to a wide range of products. Initially he will supervise the 3DASD platforms technical preparation for customer delivery, distribution and establish the service and maintenance repair schedules. Rick's technical career has spanned a range of product developments and earned him 30 U.S. Patents. From his early days at Eastman Kodak developing the world's first Read Write and Erasable disc drive, he designed the mass memory storage system for 14" disc drive libraries used by such places as the US Patent Office & Library of Congress. He redesigned the Ektrolite 10 point and shoot 110 mm camera (over 10 million sold), including the design for a zoom lens instant photographic camera for the NFL. As a Welch Allyn Senior team engineer, he designed and built the First "truly 3-Dimentional" Surgical Camera and redesigned the retinoscope. He went on to design several Minimally Invasive Surgical camera systems for Baxter Medical Surgical Division. He designed Welch Allyn's first video ophthalmoscope to use on the U.S. Space Shuttle. The first video otoscope and the first video laryngoscope.

### Kevin McKeever, 3D Director, VP of On-Site Productions

Kevin is an executive team member and VP of field productions. He is a seasoned video productions director and founder of VideoPorter Productions. Over the course of his career, he has orchestrated major in house 2D and 3D video productions for the pharmaceutical industry, doctors and medical educational presentations. Based in Scottsdale Arizona, he travels the world scripting, filming, editing and mastering 2D and 3D content for commercial applications. Rembrandt will integrate his VideoPorter team of professional videographers and business interest into its go to market strategy.

## Cameron Vizenor, CMO

Cameron brings a wealth of experience from his time spent in New York marketing agencies, global consulting firms, and small creative technology startups. Before joining Rembrandt, under the Dentsu International banner, Cameron led a team of designers, software engineers and marketing strategists with over 200 reports across 5 agencies including: Mcgarrybowen, Isobar, Firstborn, 360i, MKTG, and Character. Before Dentsu, Cameron founded, grew, and eventually sold an experience design firm, Bright Iron Group, which eventually had offices in 3 cities and was responsible for designing and implementing tap-and-go payment systems for New York's MTA and Boston's MBTA mass transit systems. Cameron is a seasoned DOOH thought leader with expertise in multiple market verticals.

## Bruce Austin, 3D Cinematography, VP of 3D Content Creation

Bruce is a 35-year Hollywood 2D and 3D videographer veteran, with a long list of film, television and industrial project development to his credits list. He has professional level expertise in 3D Pre- Production and Postproduction as a specialist in workflow analysis and efficiencies, which he taught for 9 years at USC & co-founded the Cinema Video Department.His understanding of the problems of 2k and 4K workflow cameras systems, give him a strong foundation in 3D videography and game engine rendering.

## Neil Wallace, Esquire. VP of Contract Development

Mr. Wallace will provide legal oversight for all contract negotiations and developments. He is an attorney and successful businessman with international experience whose legal focus has been in corporate law, intellectual property law and contracts. He is a member of the New York and Florida Bar and admitted to federal practice, including the Second Circuit.

## Kenneth Love, Creative Director / Stereoscopic 3D Advisory Board

Kenneth Love is the founder of Kenneth Love International Films Productions and producer of the Frank Lloyd Wright, "Fallingwater in 3D" films on display at the house site and at the Pittsburgh International Airport. He has won Emmy awards for his work on the National Geographic Television Specials Serengeti Diary and the Realm of the Alligator. He has received Emmy nominations for his work on Egypt: Quest for Eternity, Amazon: The Flooded Forest, and Jane Goodall's: "Among the Wild Chimpanzees."

## Tom Cotton, TomCottonCo LLC, Consulting & Marketing Advisory Board

Tom brings over 40 years of experience in B2B and B2C marketing and communications to Tom CottonCo. He has led and collaborated on game-changing marketing initiatives around the world for organizations and brands including IBM, AT&T, Royal Philips Electronics, Unilever, Beam Suntory, Miller Brewing Company, Nestle and more. Tom held leadership roles at Backer & Spielvogel, FCB, JWT and DDB before co-founding the Conductor entertainment agency in Los Angeles in 2004 and the Protagonist advertising agency in NYC in 2008. In 2018 he founded TomCottonCo and consults and coaches corporate and agency teams. Tom is currently active in the pharmaceutical, technology, beverage, food and furniture industries.

All Contents are Proprietary and Confidential to Rembrandt 3D Corp. (c) 2022 All Rights Reserved.