# EXHIBIT A

**Leslie Beth Baskin**

| | |
|---|---|
| **From:** | George, Edmond <Edmond.George@obermayer.com> |
| **Sent:** | Friday, May 3, 2024 9:58 AM |
| **To:** | Leslie Beth Baskin |
| **Subject:** | FW: Stream- App to Retain Capstone |
| **Attachments:** | STREAMTV 2024-03 (March 2024)_Redacted.pdf |

{EXTERNAL EMAIL} This message originated outside of your organization.

Leslie, here is the March report. There is 46K in the debtors' accounts. A portion would come from the settlement with Hawk/SLS.

1