United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10763-amc |
| Stream TV Networks, Inc. | Chapter 11 |
| Technovative Media, Inc. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 10, 2024 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | BENNETT G. FISHER, Lewis Brisbois Bisgaard & Smith LLP, 24 Greenway Plaza, Suite 1400, Houston, TX 77046-2410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Trustee WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Creditor Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com |
| DAVIS LEE WRIGHT | on behalf of Defendant SLS Holdings VI  LLC dwright@rc.com |
| DAVIS LEE WRIGHT | on behalf of Interested Party SLS Holdings VI  LLC dwright@rc.com |

Case 23-10763-amc    Doc 637    Filed 05/12/24    Entered 05/13/24 00:31:33    Desc
Imaged Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 10, 2024 | Form ID: 167 | Total Noticed: 1 |

JENNIFER R. HOOVER
on behalf of Interested Party Trans World International LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JENNIFER R. HOOVER
on behalf of Interested Party IMG Media Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

Joseph Oliver Larkin
on behalf of Interested Party SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

Joseph Oliver Larkin
on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

KATHERINE M. FIX
on behalf of Interested Party SLS Holdings VI LLC kfix@rc.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LESLIE BETH BASKIN
on behalf of Debtor In Possession Visual Semiconductor Inc. lbaskin@sgrvlaw.com, klove@sgrvlaw.com

MARGARET ANN VESPER
on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Interested Party Shadron L. Stastney vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Creditor Shadron L. Stastney vesperm@ballardspahr.com

MICHAEL D. VAGNONI
on behalf of Trustee WILLIAM A. HOMONY michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

MICHAEL D. VAGNONI
on behalf of William A Homony michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor Technovative Media Inc. michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor Stream TV Networks Inc. michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

NICHOLAS E HAKUN
on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of Technovative Media Inc. nhakun@wsgr.com, nhakun@gmail.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

STEVEN M. COREN
on behalf of Trustee WILLIAM A. HOMONY scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
on behalf of William A Homony scoren@kcr-law.com ccapra@kcr-law.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 10, 2024 | Form ID: 167 | Total Noticed: 1 |

Steven Caponi
    on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com
    alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com
    alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Creditor Hawk Investment Holdings Ltd. steven.caponi@klgates.com
    alyssa.domorod@klgates.com;kay.laplante@klgates.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT F. ALEXANDER
    on behalf of Debtor Technovative Media Inc. valexander@shutts.com

WILLIAM A. HOMONY
    bhomony@mctllp.com mtomlin@mctllp.com

TOTAL: 35

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stream TV Networks, Inc.
and Technovative Media, Inc.

    Debtor(s)

Case No: 23–10763–amc

Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Application to Employ by Trustee WILLIAM A. HOMONY Capstone Capital Markets LLC as Investment Banker Filed by Visual Semiconductor, Inc. and Objection to Application to Employ filed by Creditor Rembrandt 3D Holding Ltd.

on: 6/5/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/10/24

Timothy B. McGrath
Clerk of Court

636 – 633, 635
Form 167