# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al*. | : | **Bankruptcy No. 23-10763 (AMC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)**[1] |
| | : | |

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative" or in conjunction with Stream, the "Debtors"), has filed a Motion for Entry of an Order Approving a Settlement Agreement and Mutual Release with Hawk Investment Holdings, Ltd. ("Hawk"), as Collateral Agent for the secured noteholders of SeeCubic, Inc. ("SeeCubic"), Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **May 20, 2024**, **you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **The hearing on the Motion** has been rescheduled to be held on **June 5, 2024, at 11:00 a.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**. **The hearing will be conducted telephonically as follows: TELEPHONIC PROCEDURES FOR OUTSIDE CALLERS: Judge Chan – Phone Number: 877-873-8017; Access Code: 3027681. Dial in; enter Judge Chan's Access Code followed by the # sign.**

4. **If you do not file a response to the Motion,** the court may enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4877-4942-9182 v1

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

### **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

   > Clerk
   > United States Bankruptcy Court
   > for the Eastern District of Pennsylvania
   > Robert N.C. Nix Building, Suite 400
   > 900 Market Street
   > Philadelphia, PA 19107

9. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorneys:

    > Edmond M. George, Esquire
    > Michael D. Vagnoni, Esquire
    > Obermayer Rebmann Maxwell & Hippel LLP
    > Centre Square West
    > 1500 Market Street, Suite 3400
    > Philadelphia, PA  19102
    > Telephone: (215) 665-3066
    > Facsimile: (215) 665-3165
    > E-mail addresses:   edmond.george@obertmayer.com
    >                    michael.vagnoni@obermayer.com

Dated: May 14, 2024

4877-4942-9182 v1