# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., (Stream)<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc., (Technovative)<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**ORDER DENYING MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH HAWK INVESTMENT HOLDINGS, LTD., AS COLLATERAL AGENT FOR THE SECURED NOTEHOLDERS OF SEECUBIC, INC., PURSUANT TO FED. R. BANKR. P. 9019(a) AND 11 U.S.C. § 105(a)**

Upon the Objection of Rembrandt 3D Holding Ltd. ("Rembrandt"), pursuant to sections 105(a) and 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 3007-1 of the United States Bankruptcy Court of the Eastern District of Pennsylvania Local Bankruptcy Rules (the "Local Rules"), seeking entry of an order (the "<u>Order</u>") denying the motion of William A. Homony, in his capacity as chapter 11 trustee, for entry of an order approving a settlement agreement and mutual release with Hawk Investment Holdings, Ltd., as collateral agent for the secured noteholders of SeeCubic, Inc., pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a).

NOW, THEREFORE, it is hereby ORDERED that:

1. The Motion is denied to the extent set forth herein.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. The Clerk of the Court is authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order.

4. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____

The Honorable Ashely M. Chan
United States Bankruptcy Judge