# Exhibit A

# Investment Memorandum



# Disclaimer

This investor presentation and other publicly available documents, including the documents incorporated herein by reference, contains, and our officers and  representatives may from time to time make, "forward-looking statements" within the meaning of the safe harbor provisions of the U.S. Private Securities Litigation  Reform Act of 1995. Forward-looking statements can be identified by words such as: "anticipate," "intend," "plan," "goal," "seek," "believe," "project," "estimate,"  "expect," "strategy," "future," "likely," "may," "should," "will" and similar references to future periods. Examples of forward-looking statements include, among others, statements we make regarding pro forma financial projections, strategy for customer retention, growth and project development. Forward-looking statements are  neither historical facts nor assurances of future performance. Instead, they are based only on our current beliefs, expectations and assumptions regarding the future  of our business, future plans and strategies, projections, anticipated events and trends, the economy and other future conditions. Because forward-looking  statements relate to the future, they are subject to inherent uncertainties, risks and changes in circumstances that are difficult to predict and many of which are outside of our control. Our actual results and financial condition may differ materially from those indicated in the forward-looking statements.

Therefore, you should not rely on any of these forward-looking statements. Any forward- looking statement made by us in this investor presentation is based only on information currently available to us and speaks only as of the date on which it is made. We undertake no obligation to publicly update any forward-looking statement, whether written or oral, that may be made from time to time, whether as a  result of new information, future developments or otherwise.

The forward-looking statements and projections contained in this presentation are excluded from the safe harbor protection provided by Section 27A of the  Securities Act of 1933, as amended. This presentation contains statistics and other data that has been obtained from or compiled from information made available by third-party service providers. We have not independently verified such statistics or data.

These materials and any presentation of which they form a part are neither an offer to sell, nor a solicitation of an offer to purchase, an interest in the Company in  any jurisdiction where the offer or sale is not permitted or would be unlawful under the securities laws of such jurisdiction.

**Use of Marks**

All product and company names are trademarks™ or registered® trademarks are tradenames of their respective holders. Disclosure and use of such, and any  quotes, images and the like relating thereto and/or associated therewith,  does not imply any authorization or approval from, affiliation with or endorsement by the respective holders.

Confidential

# Table of Contents

1. Company Overview

2. Industry Problems

3. Industry Solution

4. The Technology

5. Capitalizing on the Metaverse

6. Market Opportunity

7. Business Model

8. Content Conversion, Distribution & Licensing

9. A Key Technology Relationship

10. Marketing Plan

11. Production

12. Financing Arrangements

13. Management, Sales & Technical Team

Confidential



# The future is 'Glasses-Free'

..the face was the wrong place. We always thought that glasses were not a smart move, from a point of view that people would not really want to wear them. They were intrusive, instead of pushing technology to the background, as we've always believed.

**Sir Jonathan Ive,
Chief Design Officer, Apple**

Confidential

4

# Virtual Reality

Immersive multimedia or computer-simulated reality, replicates an environment that simulates a physical presence in places in the real world or an imagined world, allowing the user to interact in that world.

Virtual realities artificially create sensory experiences, which can include sight, touch, hearing, and smell.



Confidential          5                                        5

# Augmented Reality

Live direct or indirect view
of a physical, real-world
environment whose elements are
augmented (or supplemented) by
computer-generated
sensory input such as
sound, video, graphics
or GPS data.





# Holograms

Photographic recording of a light field, rather than of an image formed by a lens, and it is used to display a fully three-dimensional image seen without the aid of special glasses or other intermediate optics.



"*It's not just Ultra-D is better than the Big Boys – it's that there's no comparison. How they've leaped far past the monolith companies is stunning*"

Robert Elisberg, Huffington Post

"*They were the best-looking glasses-free 3D at the show. It was hard to believe that 3D conversion could be so seamless and effective*"

Mark Henninger, AVS Forum

"*We had all but given up on finding the killer glasses-free 3D Displays we had been hoping for. Then we stumbled upon the Stream TV Networks booth and our jaws  proceeded to hit the floor*"

Don Hatfield, MTV Geek

"*Quite frankly, 3D glasses have never failed  to be anything but a headache inducing, slightly blurry mess for me. That might be why a recent demo of a new glasses-free  3DTV from Ultra-D blew me away. It just works*"

Kyle Orland, Ars Technica

# Introduction



**Dedicated to bringing richer, more impactful and immersive viewing experiences to a global market through advanced display technology.**

Visual Semiconductor, Inc. (VSI) has a mission to develop. Manufacture, and sell Glasses-Free products to a global market. VSI intends to:

- Service Glasses-Free customers in the commercial and consumer markets
  - Execute projects for existing customers
  - Secure new customers
- Create products to satisfy the emerging Metaverse
- Develop a content ecosystem to support advanced visual displays



# Capital Structure

**The capital structure for Visual Semiconductor, Inc. as the company moves forward will be as follows:**

- Pre-IPO Financing
- Expansion Capital
- Public Listing



Confidential

10

# Executive Brief

- VSI will initially manufacture 3D modules and other key components for global consumer electronics brands under license of **our technology**:
  - **Adjustable 3D depth**
  - **Real-Time Conversion of all legacy content**
  - **Applies to products of all kinds and sizes**

- VSI will leverage its strategic relationship with BOE, the **world's biggest panel maker**
  - **Customer acquisition**
  - **Access to high-resolution panel technology**

- Optical bonding equipment has been proven to produce **96% yield**

- Deals are being secured with multiple international municipalities for **Supply Chain Financing** and **Expansion Capital** for additional bonding lines

- Long-term strategies include **development of a content ecosystem** and expansion into other Glasses-Free technologies like **AR/VR, holograms, and the Metaverse.**




**BOE**



Confidential

11

# Value Proposition



**Visual Semiconductor, Inc. intends to secure assets from third-party companies specializing in advanced imaging technologies:**

- Two-view and Multi-view Glasses-Free 3D solutions from Visual Technology Innovations, Inc.
- Modified Light Field Glasses-Free solution from Stream TV Networks, Inc.

Confidential

12

# Industry Problems



Panel technology has exceeded consumer benefit in flat 2D

**There are 3 major problems facing device makers and content creators in virtually every product category:**

- Panel manufacturers and device makers are developing higher and higher resolution products, but there is no value to the consumer in a 2D market because the human eye cannot appreciate the improvements.

- Consumer TV Manufacturers need to give consumers a reason to purchase 8K displays which have higher selling prices and margins.

- 3D is highly desirable for a variety of consumer and business use cases, including AR/VR. However, previous technology had major limits that prevented adoption.







**Need for Glasses**

Limited number of viewers, not practical in public, cumbersome to wear

**Lack of 3D Content**

Lack of traction outside the cinema has resulted in limited 3D content

**Bulky VR headsets**

Head Mounted Displays are bulky and unusable for prolonged use

Confidential

13

# Industry Solutions

**VSI technology offers benefits to both consumer brands and their customers:**

- Glasses-Free 3D takes advantage of the extra pixels to make 8K a really compelling and comfortable viewing experience

- Glasses-Free viewing, Adjustable Depth, and Real-Time Conversion eliminate obstacles to 3D adoption



VSI technology allows multiple users to have prolonged and comfortable viewing at home or on the go

Consumers can control the amount of depth, making a more comfortable viewing experience

Real-Time Conversion of 2D and 3D legacy content allows for unlimited media library

Confidential

14



# Panel Market Predicament and the Ultra-D™ Solution

# Understanding the Optics

The human eye can generally only perceive about 3K resolution. Therefore, in an underlying 4K screen there would be an additional 1M extra pixels, in an 8K Lite screen there would be additional 13M extra pixels and 8K would utilize an additional 29M pixels.



The Ultra-D technology will automatically allow adjustment to the 3D depth based on customer preference and the optics on the panel.

Light from individual pixels is emitted into space where they merge to form complete images for each eye of the viewer.

## Limiting viewing distance for human vision

*Source: HIS Markit 2017*



**Typical viewing distance for home televisions**

Max viewing distance in meters

Display size in inches (diagonally)

— 1080 (FHD)  — 2160 (4K)  — 4320 (8K)

Ultra-D™ uses the extra pixels to provide information on 3D depth.
This makes the technology extremely valuable for panel companies as technology advances in producing higher resolution panels continue.

8K pixels for 2D

4K pixels for 2D

**FHD pixels for 2D**

At typical viewing distances, the human eye cannot benefit from additional information from higher and higher resolution panels displaying 2D images

# ...While Also Providing a Critical Driver for Panel Industry Growth

**1** → The Global TV Market is in need of new technology to support sales of 4K and 8K TVs

The current TV market is experiencing declining sales and low uptake / adoption rates of 4K and 8K TVs.

A primary reason 4K penetration remains low is that it does not offer a compelling upgrade in picture quality for its price in standard 2D.

Although 8K offers much higher resolutions in 2D, the human eye is physically unable to detect differences in image quality and so the extra pixels that go into the display are largely wasted.

**2** → Ultra-D Technology gives consumers a reason to upgrade and pay more

Ultra-D's technology enables the human eye to detect the full gamut of pixels at 4K and 8K resolutions in 3D without diminishing brightness or color.

Ultra-D redistributes displayed information, which eliminates both transitions and discrete viewing spots, creating the feeling that the images are really in the room with the viewer

**3** → And enables a rapidly scalable revenue model while solving a major sales problem for TV manufacturers and distributors

Ultra-D's technology will be priced at a small premium to 2D during mass production.

Major supply chain channels will be unlocked as panel and consumer electronics companies seek growth across all devices including tablets.

Initial orders will generate substantial revenues immediately.

Additional monetization will be driven by content conversion to the Ultra-D format.

# The Technology: What is Visual Semiconductor, Inc.?

**Visual Semiconductor, Inc. has a _unique_ and _unrivaled_ 3D-without-glasses display technology that is sold in chips.**



**Here are four ways we set ourselves apart from the competition:**

**1** **No glasses needed.** Our continuous, 140-degree viewing angle provides a quality 3D experience for multiple viewers without the need for glasses, cameras or head-tracking.

**2** **Unlimited content.** Our real-time conversion solution  can convert virtually any content - 2D or 3D – to glasses-free 3D on the fly.  This also applies to AR / VR content.

**3** **Tailored viewing.** Consumers can easily control the 3D effect, adjusting the amount of 3D pop and depth just like volume.

**4** **Diverse form factors.**  VSI technology is currently being developed in many shapes and sizes ranging from 5" to 75".

Confidential

# Key Advantages to Glasses-Free 3D Technology

**The technology is an unrivaled, Glasses-Free 3D solution that represents the biggest transformation in display technology since the transition from black & white to color.**



**No Glasses Needed**

The technology creates a quality 3D experience for multiple viewers without the need for glasses, cameras or head-tracking.

**Instant Conversion To 3D**

The technology converts all existing content - 2D or 3D – to Glasses-Free 3D on the fly, without requiring native content, and without diminishing brightness or color in any way.

**User-Controlled**

Consumers can easily control the amount of depth, just like volume, or turn it off entirely.

**Compatible Across All Screens**

The technology is screen size agnostic and is currently being developed in many shapes and sizes ranging from 4" to 65".

# The Technology: Adjustable Depth for Maximum Comfort



The combines 2D picture + 2D depth (2D + Z) in **Proprietary Format** high-definition quality along with proprietary authentication data. Content created using bona fide Visual Semiconductor, Inc. content creation tools are recognized by the Render Engine and displayed in Glasses-Free 3D. A significant benefit is the relatively **low bandwidth required** compared to standard high-resolution transmission.

In the **3D Module**, light from individual pixels is emitted into space, passes through a unique Optical Stack, and merges to form complete images for each eye of the viewer.



Visual Technology Innovations, Inc. Optical System

Optimal viewing angle 140 degrees




The depth map enables the **Render Engine** to increase and decrease the amount of overall depth, giving the viewer power to adjust the 3D effect as easily as turning audio volume up or down.

# The Technology: Real-Time Conversion of Legacy Content









**Conversion to Glasses-Free 3D from any source:**

- 2D
- 3D Frame-Pack
- 3D Side-by-Side
- 3D Top-and-Bottom

**30 years ago, virtually nobody had heard of THE INTERNET.**

Now, most people can't imagine a world without it.
We complain when our wi-fi is down.
We're connected at home and on the go.

**Today, there's something new on the horizon**…



**The METAVERSE promises to be just as transformative, offering immersive experiences in globally-connected virtual world.**

Confidential

23



**" The Metaverse IS where tech is headed."**
**John Fortt, CNBC**



GET TOGETHER, WHEREVER

# What is the Metaverse?

- The Metaverse is an immersive virtual space where users can have real experiences

- Made possible through advancements in cloud technology and graphics processors from Apple, AMD, Intel and nVidia

- It's an opportunity for commerce where consumers – especially young people – spend real money on digital merchandise (as proven by Minecraft, Fortnight, and Roblox)

- When combined with digital transaction concepts like blockchain and NFTs, the possibilities are tremendous








Confiden
tial

24

# Who is creating the Metaverse?

The Metaverse offers such great potential that **Facebook has been rebranded as Meta.** Building on its purchase of Oculus in 2014, the company intends to introduce its massive global user base to immersive social networking and experiences.

**nVidia's Omniverse** is a full end-to-end platform for creating embodied Artificial Intelligences that humans interact with. It connects Nvidia's technologies in speech AI, computer vision, natural language understanding, recommendation engines and simulation technologies. Avatars



> Today, I think we LOOK AT the internet, but I think in the future you're going to BE IN the experiences.
>
> Mark Zuckerberg
> CEO, Facebook



# Who is creating the Metaverse?

**Microsoft Mesh** is a platform that enables its users to connect with presence, share across space, and collaborate in an immersive way as if they were in person regardless of physical location. Customers can leverage Mesh to enhance virtual meetings, conduct virtual design sessions, assist remotely better, learn together virtually, and host virtual social gatherings and meetups.

Roblox is essentially a video game that has 43.2 million daily active users, its own digital currency, and a wide range of such as a live digital and over the closest thing to an existing social Metaverse today.

**Roblox** is an online entertainment platform. Outside developers are constantly building new games and content to integrate into the existing game, which serves as the base for the growing Metaverse. **The platform's 1.3 million developers are on track to collectively earn $500 million from their creations in 2021.**



"Increasingly, as we embed computing in the real world, you can even embed the real world in computing."

Satya Nadella
CEO, Microsoft

**Microsoft Mesh**

ROBLOX

# Who is creating the Metaverse?

94 of the largest 100 game development studios use the **Unity** engine. Unity will be a central player in helping businesses build unique metaverse presences – the equivalent of websites or social media pages today. The company recently purchased the digital technology division of special effects company Weta Digital (*Avatar, The Lord of the Rings, Black Widow, Planet of the Apes*) for $1.62 billion to prepare for the metaverse.

**Epic Games** is the company behind video game phenomenon Fortnite, which has moved beyond its core shooting game to social experiences like dance parties and virtual music concerts. Users pay to dress their avatars in different costumes and can build their own islands and games. Epic also owns a large gaming engine, Unreal, used to develop games and other visual effects like TV show backdrops.

Chinese tech giant **Tencent** is the world's largest video gaming firm by revenue and has stakes in major game studios like Epic Games and Activision Blizzard. The South China Morning Post reported this year that Tencent has registered many Metaverse-related trademarks for its social site QQ.

"Unity will support and shape the Metaverse."
John Riccitiello
CEO, Unity Software

**unity**

EPIC GAMES

UNREAL ENGINE

Tencent 腾讯

Confidential

# Who is creating the Metaverse?

**Snapchat** owner Snap, Inc. has long been building custom avatars and augmented reality filters to overlay digital features on the real world. This year it unveiled its first true augmented reality glasses, available for developers to experiment with creating experiences for the spectacles.

Cloud software firm **Autodesk** makes programs used by architects and engineers to design and create buildings and products. Its software is also used to build virtual worlds for gaming and entertainment.

Like cloud computing, the Metaverse will need plenty of edge computing solutions to make it happen. **Fastly** operates an edge computing infrastructure-as-a-service (IaaS) platform that brings servers and other equipment to the source of data creation. Fastly's platform can move 145 terabytes worth of data per second across 28 countries. Basically, it helps reduce the lag time and latency of decentralization.

**Shopify** made two big moves this year that tie into Metaverse commerce. It acquired the AR app Primer, which allows users to see firsthand the effects of a purchase or project in their space. For the Metaverse, it gives Shopify a powerful tool that subscribers can use to build-out potential stores or shopping experiences in the digital world. It also launched a new NFT platform that will allow digital creators to sell art and other content directly to consumers. The Chicago Bulls were the first to test the offering, launching limited NFTs of the basketball team's 1991 championship rings.



Confidential

# A Significant Challenge for the Metaverse

**Major technology companies are spending billions of dollars to address some of the key challenges in developing a compelling Metaverse, like content creation and basic infrastructure that enables an immersive user experience.**

**But the Metaverse envisioned by many of these tech pioneers is largely dependent on one critical assumption. The question to ask is this...**



Will Metaverse users be willing to wear goggles for extended periods of time?

VSI management believe that the answer is **no**. Augmented Reality and Virtual Reality have gained in popularity since their introductions years ago, but they have not experienced the explosive growth that was predicted. If consumers are not comfortable – physically, emotionally and mentally – they will not embrace new technologies.

Confidential

2 9

The true challenge, then, is creating compelling experiences that are both immersive and comfortable.

# VSI Solutions for the Metaverse



**VSI intends to play a significant role in content creation as well by developing plug-in tools for major third-party software so that developers can make apps, avatars, and experiences that are fully compatible with VSI screens.**

With a whole new universe of content coming online in the years ahead, VSI intends to position itself as a technology provider of glasses-free solutions for comfortable viewing hardware:

- No goggles or glasses
- No headaches or eye strain
- Multi-view optics to accommodate multiple users
- A range of sizes enabling use cases of all kinds

Confidential

30

# Market Opportunity for Glasses-Free Displays

The Global 3D Display Market is expected to grow from $54.84 billion USD in 2017 to $150.81 billion USD by 2023, at a CAGR of 18.4% during the forecast period 2018–2023

Markets (USD billion)



CAGR ~ 18%

*Source: 3D Display Market 2019-2023: Key Findings, Regional Study, Business Trends, Global Segments and Future Prospects, Markets Research Future*

# Market Opportunity for Glasses-Free Displays

■ ■ ■ ■ ■ ■ ■ ■

**The panel market is 2 billion panels every year. Each panel is a candidate for this technology.**

**Just 1% of the panel market would result in 20 million panels per year.**

**The emerging Metaverse offers the potential for a significant increase in consumer demand for 3D viewing devices.**



**300 Million LAPTOPS**

**200 Million TVs**



**1 Billion PHONES**



**200 Million TABLETS**



**300 Million PC MONITORS**

# Technology Applications

From big screen televisions to phones and everything in between, the technology has applications in a wide variety of consumer and commercial markets.



**Televisions**

**Laptops & Netbooks**



**Phones**

**PC Monitors**

**Tablets**



Confidential

33

# Digital Signage and Advertising



**Cruise Industry:**

Norwegian Cruise Line provided feedback that indicated a wide use for Ultra-D enabled displays on their ships.

They also expressed interest with 27" and tablet size displays for the on-ship jewelry shop and their Lobby Shopping Channel.



**Sports Bars:**

The 65" Ultra-D screens have been installed in several sports bars in Jamaica. They have proven to be an attraction.  Per the establishment owners, "the locations realized increased revenue with the interest they generated".



**Museums and Art Gallery Circuit:**

IQH3D is in discussion with several museums, aquariums, and galleries to utilize the Ultra-D displays for specific visual experiences.



Confidential

34

# Medical



IQH3D has tested the 65" Ultra-D screen in clinics with ultrasound equipment and has had positive results. The screen size requirements are for 27" for the clinics, but there is also potential for adoption of the technology with these systems using smaller format screens in the future.

The medical market represents explosive growth opportunities across the globe as immersive visualization becomes the next big thing in medicine and patient care.



The surgical visualization outside the "germ field" for training and evaluation, remote visualization and non-surgical simulation will prove to be great opportunities for the 65" display sizes with IQH3D in this area.



# Gaming

**The 65" Ultra-D screen is being used at gaming centers in Mexico with X-Box and PlayStation Systems.**

Using 3D games, the effect has been excitedly received by the eSports gaming community.

They want to use the 65" Ultra-D screen in gaming tournaments.  They want a 27" screen for individual viewing by the competitive gamers.

They are also investigating sponsorships of eSports events in Mexico and partnering with VSI as part of the marketing plan.

Confidential                                                                          36

# Theme Parks and Hotels





Disney 3D Animation Supervisor said, *"Your display is the best I have ever seen of this type."*

The 65"4K Ultra-D screens are currently being evaluated by several theme park operators in Mexico and the U.S.  IQH3D has relationships with Universal and Disney in this area.  An initial presentation was made to the Disney Imagineering team in the early summer.

Placement plans include Que Lines at popular rides and strategic future planned attractions.  Disney is entertaining a Disney-branded tablet for sale in their Theme Parks and Retail Outlets with a potential tie-in to their Disney+ Service.

Disney and Universal are waiting for prototypes of the new displays to plan their strategies accordingly.  IQH3D has already been assigned a vendor number by Disney to expedite the process.

Various Hotel Developers are planning themed resort complexes that will feature Ultra-D technology.  Once prototype displays are ready, they can move to the next step to spec the displays into their designs.

Confidential

37

# Glasses-Free HD 3D Display  Signage Board to Gain  Maximum Revenue Share





Signage board is likely to emerge as the biggest user of glasses-free HD 3D display technology. Gaining nearly two-fifth of the share in terms of revenue by the end of 2017, signage board is estimated to surpass US$300 million revenue towards 2022 end.

*Source: Glass-Free HD  3D Display Market  Forecast, Trend Analysis  & Competition Tracking – Global Market insights  2017 to 2022 – Fact.MR*



# Automobile use-case

There are multiple compelling reasons, including making sure that crucial alerts really pop-out when they need to in an attention-catching way.

Plus, parking cameras can present even more accurate 3D views to the driver, so they really get a sense of the space they're working with.

And during navigation, guidance can offer 3D representations of where and when to turn, which can eliminate questions around whether that next corner really is the right corner you're looking for.





*Source: Techcrunch, Darrell Etherington, August 12, 2019*

Confidential

### Proprietary 3D Software in FPGA



**Revenue:**
- Complete 3D video drive train
- 25-30% margin depending on volume

### Proprietary 3D Software in a Custom ASIC



**Revenue:**
- Complete 3D video drive train
- 35-40% margin depending on volume

### Software for Creating and Streaming 3D Content



**Revenue:**
- License Fees (one-time & subscription)
- Per-Unit Royalties
- High-margin revenue up to 100%

### Content Licensing and Distribution



**Revenue:**
- License Fees
- Distribution Fees
- High-margin, recurring revenue

### Capitalizing on the Metaverse



**Revenue:**
- 3D screens as consumer gateways
- License fees for content creation tools
- Back-end royalties

### 3D Modules with Proprietary Optical Designs



**Revenue:**
- Complete module
- 20-30% margin depending on volume and size

# The Business Model

The Company is a technology provider (license type – *"Intel inside"*) to both device makers/distributors and content makers and distributors. It will provide key hardware and software components to customers with the ultimate goal of creating an entire Glasses-Free ecosystem where the Company can also participate in revenue generated by the content itself.

40

Confidential

# Content Creation

Software Development Kits and plug-ins for
popular programs will be sold or licensed to ▪▪▪▪▪▪▪▪▪▪▪▪▪
brand customers and content creators globally.

Planned products include:

➢ SDKs for interactive graphics engines
- Video games
- Casino gaming
- Virtual and augmented reality



Confidential

41

# Content, Conversion, Distribution & Licensing

To maximize revenue potential of the Glasses-Free ecosystem it intends to develop, the Company will negotiate license deals with content creators/distributors in 4 key areas: Film & TV, Live Events, Interactive (Games), and the Metaverse.



**Three key reasons why studios will partner with us:**



### 2D REVENUE GAP

Studios generate most revenue outside the theater, yet they are leaving money on the table when VOD services take over.  We bring that money back into their pockets.



### DISTRIBUTION

VSI will provide studio partners a chance to distribute content without needing to use their competitors' services, such as Netflix or Hulu.



### DORMANT 3D

Studios have thousands of hours of blockbuster 3D Movie and TV content going unused. VSI can turn that content into the revenue generator it was meant to be.

# Market Potential in Post-Covid19 World



In China, already, the consumer "is back with a vengeance," Coresight Research Chief Executive & founder Deborah Weinswig said in an interview. "There is a pent-up demand."

The post-Covid-19 world will be associated with a more than ever emphasis on next generation technology, critical for competitive advantages in both business and recreation (gaming).

As ever before, major corporations are relying on remote access in technological and business transactions.

Therefore, 3D technology could significantly benefit the visual support.

As an example, Morgan Stanley has experienced a 95% efficiency rate by using remote access.

On a recreational level, Netflix is

People will spend money on technology advances much more now than before. In today's world, Zoom and Microsoft Skype are examples in which 3D technology could enhance the interactions.



Thus, we anticipate a much greater demand going forward than any of our previous economic models for this space.

Confidential

# Customers



Potential Revenue:
**$20M**



Potential Revenue:
**$100M**



Potential Revenue:
**$20M**



Potential Revenue:
**$100M**



Potential Revenue:
**$15M**



Potential Revenue:
**$10M**

The Company has a relationship with BOE, the world's biggest panel manufacturer to combine their high-resolution panels with the Glasses-Free 3D technology. VSI will leverage this powerful partnership.



Source: IHS Markit

©2019 IHS Markit

**BOE can provide advantages in 3 main ways:**

**1** Introduce VSI to BOE customers, which are major consumer brands in all categories

**2** Assist with Purchase Order financing

**3** Provide access to cutting-edge panel technology to support Glasses-Free innovation

# A Key Technology Relationship



# The BOE Advantage

- Enormous financial resources
  - Highly influential in the industry
    - Will make forecasts look very tame
      - Can jumpstart the market with huge acceleration

Apart from selling through their customers, BOE also plans to sell under their name

- They currently sell approximately 300 million panels per year

**Existing BOE Customers**

SONY, Skyworth, acer, ASUS, Panasonic, lenovo, htc, hp, Xiaomi, oppo, DELL, Hisense, HUAWEI, NOKIA, MOTOROLA, amazon, Google

# Potential to Execute Significant Volume

The 3D Module manufacturing process requires **extremely accurate bonding**.
VSI will leverage this bonding equipment and expertise.



96% yield rate.
Machines can be replicated to scale for high-volume consumer products.

We have perfected the mass production process.

# Other 3D Technologies







**The Parallax Barrier** grating is a vertical stripe type polarizing film. When the image seen by the left eye is displayed on the LCD screen, the opaque stripe will block the right eye. Similarly, when the image seen by the right eye is displayed on the LCD screen, the opaque stripes will block the left eye. By separating the visual images of the left eye and the right eye, the viewer can see the 3D image.

**Features:**
The Parallax Barrier will darken the screen and make the experience worse due to the shielding principle.

**Lenticular Lens**
Grating is a cylindrical lens, which divides the image pixels into several subpixels and projects each subpixel in different directions. Two pictures with the same scene and different angles can be seen by both eyes, so that people can feel the three-dimensional effect of the image.

**Features:**
Lenticular lenses do not block backlighting, and the biggest advantage is that brightness will not be greatly affected.

The disadvantage is that the viewing position is fixed, once the line of sight is deflected, it will be affected.

**Directional Backlight**
Pointing to the light source 3D technology refers to placing a layer of optical film behind the liquid crystal, using two groups of LED, through the control of LED

Directed propagation is a directional propagation optical system that allows content to enter the viewer's left and right eyes in a sort of order to produce a stereoscopic effect.

**Features:**
The 3D display effect of the pointing light source is excellent, but the technology is still under development and the products are immature, which is still a long way from the formal commercialization.

# Competition



**Parallax Barrier**   **Lenticular**

**A few other companies have developed Glasses-Free solutions, but none have had any success in the consumer market other than Nintendo. The Lenticular and Parallax Barrier solutions used by the competition do not offer the high-quality viewing experience that our technology provides.**

## Lenticular

The following companies are currently offering glasses-free 3D products based on lenticular solutions:

**Magnetic 3D** - verticals including digital-out-of-home, retail, hospitality, casinos, quick serve restaurants, music and sports venues and theme parks.

**Alioscopy** - digital-out-of-home markets for digital signage, marketing, events and computer graphics 3D imaging.

**Exceptional 3D** - digital-out-of-home markets including digital signage, casino gaming, medical, defense, video gaming and hospitality.

**Dimenco** –"Simulated Reality" uses eye tracking for greater precision with a single user, then augments with third party technologies for haptic (touch) response and 3-dimensional audio.

**EyeFly3D** – this low-cost, user-implemented solution consists of a mobile app and a lenticular sheet sold as a screen protector with additional 3D benefit. The app takes stereo 3D content and interleaves the images to use the lenticular lens applied to the phone by the user.

**ROKiT 3D** – this solution allows for playback of stereo 3D content from original side-by-side (half resolution) format. There is no allowance for viewing 2D or full resolution content. Market focus is limited to mobile phones.

**SuperD** (from Tronxyz) – this 2-view solution has been applied to tablets and phones. The company also makes VR headsets.

To compensate for the limitations of conventional lenticular technology…

Magnetic, Alioscopy and Exceptional focus on advertising and other markets where viewing times are so short that uncomfortable viewing zones are acceptable

Dimenco  has moved from out-of-home advertising to a single-user interactive niche that blends specially-produced content with other sensory input to create immersion

EyeFly 3D, ROKiT, and SuperD focus only on phones and tablets because these small devices are basically single-user by default and viewing angles can be fairly narrow.

## Parallax Barrier

The following companies are currently offering or have offered glasses-free 3D products based on parallax barrier solutions:

**Nintendo** – the Nintendo 3DS is probably the most successful product launched with barrier technology. The overall single-user experience made viewing angles less critical and the company was able to partially offset the loss of brightness because they also produce 100% of the content tailored for the device.

Discontinued products include two laptops and the Galapagos phone series from **Sharp**, the Optimus 3D and Thrill phones from **LG**, and the EVO 3D phone from **HTC**

| | ULTRA-DOPTICAL SYSTEM | LENTICULAR LENSES | PARALLAX BARRIER | INTEGRAL IMAGING | HOLOGRAPHY | VOLUMETRIC |
|---|---|---|---|---|---|---|
| **Horizontal Stereopsis** | X | X | X | X<br>Also enabling vertical stereopsis | X<br>Also enabling vertical stereopsis | X (dependent on implementation)<br>Also enabling vertical stereopsis |
| **Horizontal Motion Parallax** | X | X | X | X<br>Also enabling vertical motion parallax | X<br>Also enabling vertical motion parallax | X<br>Also enabling vertical motion parallax |
| **Size of the Viewing Cones** | No Viewing Cones | Pronounced transitions | Pronounced transitions | Pronounced transitions | No Viewing Cones | No Viewing Cones |
| **Color Reproduction** | No Effect | No Effect | Hampered | No Effect | Poor | Poor |
| **Energy Consumption** | No difference with respect to 2D | No difference with respect to 2D | High | Depends on Implementation | High | High |
| **Feasibility of Mass Production** | High, known processes | High, known processes | High, known processes | No cases | Difficult | Difficult |
| **3D Image Quality** | Good | Fair | Poor | No cases | Poor | Poor |
| **Depth Perception** | Good | Fair | Good | Good | Optimal | Good |
| **Content Availability** | Unlimited | 2D & Stereo to Auto-Stereo possible | 2D & Stereo to Auto-Stereo possible | Difficult | Difficult | Difficult |
| **R&D, Development and Production** | Stream TV | Dimenco, IZON, XYZ, Sony, Multiple Asian manufacturers | Toshiba, Sharp, Zalman, Cyberreality, TriDef, Multiple Asian manufacturers | Toshiba and others apply mostly one-dimensional integral imaging which infact is Lenticular technology again | Holografika, SeeReal | Sony experimental, ViSio |

# Technology Comparison

Confidential

50

# Barriers To Competition



- Partner Contracts
- Patents
- Know-how handled as trade-secrets

- Encryption
- Rendering as a key control point
- Source authentication
- Display authentication

**Legal**

**Technical**

**Organization**

- Key generation equipment
- Separation of technical controls

**Content**

- Content ecosystem
- Encryption
- Digital Rights Management

Confidential

51

# Marketing Plan











| **LEVERAGE EXISTING RELATIONSHIPS** | **TRADE SHOWS AND SPECIAL EVENTS** | **ADVERTISING** | **PUBLICITY** | **INFLUENCERS** |
|---|---|---|---|---|

**LEVERAGE EXISTING RELATIONSHIPS**
- BOE
- Brand customers ready to commit
- Brand customers waiting for prototype samples
- Media outlets

**TRADE SHOWS AND SPECIAL EVENTS**
- Support for customer booths with co-branding
- No direct participation and expense
- Support for special events like video game tournaments, special placements, etc.

**ADVERTISING**
- Minimal brand advertising
- Cross-promotion with device makers
- Cross-promotion with content creators and distributors

**PUBLICITY**
- Joint press releases made with customers, BOE and other strategic partners
- Contests and awards
- Social media presence

**INFLUENCERS**
- Provide technology samples or customer product samples to generate interest
- Partner with key Metaverse participants

# Industry Analyst

**Excerpt by Richard Windsor of Radio Free Mobile,** an independent research producer specialising in the digital and mobile ecosystem.  RFM produces an in-depth research product that helps clients to understand and evaluate the players in the digital ecosystem.

- Radio Free Mobile thinks that the digital signage market is ideally suited to the proposition of Ultra-D. This is because it plays to all of the strengths of the technology and its weaknesses are much less of an issue in this particular use case.
- Radio Free Mobile thinks that the case for Ultra-D should be made on this market alone with all of the other opportunities representing "upside for free".
- Radio Free Mobile thinks that digital signage is a market where Ultra-D will see good and stable demand. Of all the addressable markets it is the one where the technology has the most appeal and one where buyers (advertisers) are most likely to be willing to pay a premium to have their message displayed in 3D.
- It is also the market where the technology is likely to have the greatest impact on consumers resulting in higher engagement with the products or messages on display.
- Radio Free Mobile thinks that the Ultra-D investment proposition should stand on this market alone with all of the other opportunities representing upside.



# Financing Arrangements

 Moving and set-up expenses to relocate bonding line from Suzhou, China

 Clean room fully funded

 100% cash in advance for PO financing

 Expansion funding for additional bonding equipment

To facilitate fulfillment of large orders from global consumer brands, VSI is currently in negotiation with several government agencies and municipalities in Asia to establish supply chain financing and expansion capital to add more bonding lines as we grow

# Management Team with Hi-Tech Experience



**Mathu Rajan**
**Board Director**
**& CEO**

- Serial entrepreneur who blends the creativity of an inventor with business acumen to commercialize products
- Over 15 years direct marketing experience with global media, consumer products and high-tech companies
- Led development of innovative visual technology in the consumer electronics space, including applications for television, mobile computing devices, and digital signage
- As founder of ZeroWater, he co-invented and obtained several patents on water filtration technology and processes for products that are now sold in retail outlets such as Target, Bed Bath and Beyond, Home Depot, and Walmart
- Experience in M&A deal negotiations with diverse media and electronics entities



**Tracy Rees**
**Board Director**
**& President**

- 20+ years experience in executive management for tech companies
- Management of global engineering and sales operations
- Development of strategic partnerships with industry-leading companies
- Raising capital and investor relations
- Strategic marketing, brand and relationship marketing
- Public company governance



**Glenn Hasen**
**Board Director**

- 30-year technology experience in global Go-to-Market (GTM) strategy and execution
- Domestic and international successes with B2B solutions, corporate integrations, several M&A activities and an IPO
- Focus on revenue performance and efficiency has made him a sought-after Resource for startups and growth-oriented technology organizations

Confiden
tial

5
5

# Management Team with Hi-Tech Experience



**Cliff Morton**
**Board Director**
**& VP of Engineering**

• 30+ years of engineering management and business development experience in high-tech industries
• Developed SW/HW products for mobile, embedded IoT devices and aerospace systems
• International experience includes operational and strategic planning, risk analysis, oversight of remote offices, technical sales, product road maps and more



**Bud Robertson**
**Executive Vice**
**President**

• Served as CEO of Stream TV Networks' R&D subsidiary, SeeCubic B.V. in the Netherlands
• 12 years experience working closely with global sales, business and product teams
• Instrumental in expanding technical operations in Germany and China
• 20-years prior experience in the Film & TV industry

# Sales & Technical Team



**Matt JJ Lo, Global Sales**

- Component experience spread over Purchasing, Importing, Distributing and Manufacturing
- Has overseen transactions worth over $50M with CE firms like Toshiba, NEC, Mitsubishi, Hitachi, etc.
- Wholesaler for Fry's, Costco, Best Buy, for electronics equipment worth over $30M annually



**Sara Brewer, Content Engineer**

- 7 years experience in 3D content creation
- Design and materials creation for corporate marketing, trade shows, and in-house presentations
- Art direction and design for the video gaming and motion picture industries - key art, logos and title treatments, product packaging and marketing materials
- Print and multimedia publishing - layout and retouching

**Ziggy Papartis, Content Engineer**

- 10+ years experience in computer graphics, animation, and design
- Highly-skilled in Glasses-Free 3D content creation
- Exceptional knowledge of 3D content requirements across different platforms
- 8+ years experience in live action filmmaking: directing, producing, shooting, editing, post-production



Visual Semiconductor Inc.

Mathu Rajan
+1 267 251-2732
Mathu.Rajan@visualsemi.com

Nicole Maneen
+1 850 428-2558
Nicole.Maneen@visualsemi.com

Confidential

# Thank you

