# MWL INTERNATIONAL LIMITED

Fir Tree House, Old Horsham Road, Beare Green, Dorking, Surrey, U.K.,
RH5 4QU
Tel: 01306 888847          E-Mail: info@maywal.co.uk

The Clerk
United States Bankruptcy Court for the District of Pennsylvania
Robert N.C Nix Building
Suite 400
900 Market Street
Philadelphia
PA 19107

FILED

MAY 2 0 2024

TIMOTHY McGRATH, CLERK

20th May 2024

Dear Sir,

We are creditors of Stream TV Networks, SeeCubic Inc and VSI.

We love the glasses 3D technology derived from the original Philips IP and the Rembrandt adaptations and have invested heavily in the technology always following the assets.

Originally we invested in Stream TV Networks who were licensed to work with the Philips IP and Rembrandt IP and produced samples which we believe were approved by Google and Bosch. However progress was halted by SLS and Hawk calling their debt, and through directors placed on the Stream board caused the assets to be transferred to a Newco by an Omnibus Agreement, which we now understand was not agreed by the majority owners of the company contrary to the Stream Company Charter and Delaware Law.

We followed the assets across to SeeCubic Inc of Delaware believing their Warranty in the Subscription Agreement that the company was in good standing with no outstanding (relevant) court proceedings or IP disputes. This seemed to be confirmed by a summary judgement given by the Vice Chancellor of Delaware Chancery Court.

We were shocked to learn that the Supreme Court of Delaware reversed and vacated this judgement 5-0 requiring the Chancery Court to instruct to return the assets to Stream TV Networks.

VSI proposed a restructuring plan for Stream TV Networks and we invested in VSI expecting the assets to be returned so this could be worked on and the technology brought to Market.

Unfortunately SeeCubic Inc have withheld assets and tried to go forward with their own business plan which appears to us to rely on licensing IP which, legally we believe, they are unable to do.

Company Reg. No.: 3727171                    VAT Reg. No.: 787451192