Exhibit Ex A    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| STREAM TV NETWORKS, INC. | : | CASE NO. 23-10763-AMC |
| | : | |
| DEBTOR. | : | |

**O R D E R**

      AND NOW, this _____ day of June 2024, upon consideration of the Motion of Spector Gadon Rosen Vinci P.C. for Court Order Allowing its Withdrawal as Counsel to Party in Interest, Visual Semiconductor, Inc. and Request for Expedited Consideration Thereof ("Motion"), and after notice and hearing, it is hereby ORDERED that:

      1.      The Motion is GRANTED;

      2.      The withdrawal of Spector Gadon Rosen Vinci P.C., as counsel of record to Visual Semiconductor Inc., in this bankruptcy proceeding is GRANTED, effective as of June 11, 2024.

                                                                         J.

3905699-1