## CERTIFICATE OF SERVICE

I, Leslie Beth Baskin, hereby certify that on this 12th day of June, 2024, a true and correct copy of the foregoing Motion of Spector Gadon Rosen Vinci P.C. for Court Order Allowing its Withdrawal as Counsel to Party in Interest, Visual Semiconductor, Inc. and Request for Expedited Consideration Thereof has been served, via the Court's electronic filing system upon all counsel of record.

                                                        Leslie Beth Baskin

3905664-1