**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| STREAM TV NETWORKS, INC. | : | CASE NO. 23-10763-AMC |
| DEBTOR. | : | |

**O R D E R**

AND NOW, upon consideration of the Motion of Spector Gadon Rosen Vinci P.C. for Court Order Allowing its Withdrawal as Counsel to Party in Interest, Visual Semiconductor, Inc. and Request for Expedited Consideration Thereof, and sufficient cause being shown, it is hereby ORDERED that:

1. The Request For an Expedited Hearing **GRANTED**.

2. A telephonic hearing to consider the Motion shall be held on June ____, 2024 per the Court's telephone procedures.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on _____. If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on _____.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above.

Dated:_____                              _____
                                                  HONORABLE ASHELY M. CHAN

3905681-1