# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                :

**In re:**                         :        **Chapter 11**

                                  :

**Stream TV Networks, Inc., et al.**    :        **Bankruptcy No. 23-10763 (MDC)**

                                  :

                   **Debtors**        :        **(Jointly Administered)1**
_____

### AFFIDAVIT OF NICOLE MANEEN
### June 12, 2024

1. I, Nicole Maneen, work for Visual Semiconductor, Inc.

2. During the time of the 2022 Capstone relationship, I was the Executive Assistant to the CEO, Mathu Rajan, and was responsible for logistics, communication, setting appointments, coordinating travel, setting up meetings, writing emails based on dictation or meeting conversations, and other such administrative duties, as directed by the CEO.

3. I was aware that VSI engaged in a relationship with Capstone originating in 2022.

4. To the best of my knowledge, I only asserted that an NDA existed for Capstone in one instance in an email communication, that I recall.

5. I made this statement with the intent of information gathering for internal purposes only, and based on honest knowledge I had from previous practices and experiences in the past. It was my honest belief that our procedures in place would have meant that Capstone had an NDA. In the past, there was always internal legal team (of which I was not part) to collect, review, and supply documentation such as this to Counsel. I had an honest belief that providing this information would prompt that process and never intended my words

to go directly to a final document without having the document searched for by those in charge of record keeping.

6. When I asserted in the email (Exhibit A) on Wednesday, May 8, 2024, that Capstone also signed an NDA, I had an honest recollection of an NDA, and was relying on my general knowledge of the processes in place at the time.

7. VSI has made good faith attempts to keep confidentiality whenever possible and has had the practice of obtaining an NDA before exchanging information with new contacts, either via VSI representatives or brokers.

8. Although I did not always have direct interaction during the process, I was generally aware of how the NDA documents were being regularly requested and filed.

9. Because I didn't have absolute certainty, was sometimes not privy to those communications, and wasn't the person in the company to keep company records, I needed confirmation. In the only email where I mentioned that Capstone had an NDA, I informed Counsel (Ms. Baskin) that Daniel Rink (our in-house counsel) would need to provide it.

10. Daniel Rink is VSI's in-house counsel and frequently deals with company contracts and documents like NDAs.

11. I also copied Amanda Gonzalez, who is in charge of maintaining files for the company and assisted with document production and organization with previous counsel over the past few years.

12. I had every reason to believe the search would be done and should my assertion turn out to be a mistake, the search would have yielded that result and Counsel would have been notified and the information would have been corrected.

13. The week I made this statement, I was also away on a medical trip. My husband is terminally ill with stage 4 incurable, inoperable, rare Sarcoma Cancer. We drive 8 hours to Houston, Texas, regularly for oncology appointments. The trips are intense, and I am his primary caregiver, which demands my full attention during these visits. In addition to having a terminally ill husband, my youngest child is severely disabled and has issues when I am away. Both of my children are on prescription anxiety medication and have mental health struggles due to the various happenings of having a cancer-afflicted parent.

14. It is common knowledge for my team that I am only minimally available during weeks like this. During these medical absences, I am not expected to be the lead of any kind of project or big task. I issued an automatic reply to my email to keep contacts aware that I was minimally available. I also made sure to copy others on the emails (including the one in question) and delegate where possible.

15. I also asked Sara Brewer to search Mathu Rajan's emails and my emails and compile a pdf (Exhibit B) of all communications with Peter Bailey, our contact at Capstone.

16. I forwarded that pdf in an email (Exhibit C) just two hours after my assertion of the NDA existence to Counsel, Mathu Rajan, in-house counsel Daniel Rink, and Amanda Gonzalez. I expected this document to be reviewed as part of the NDA search process.

17. There were no further emails about the NDA, its existence, search results, etc., that I was copied on, that evening or the next day, when the Objection was filed (one day after my statement in the email that also asserted the location of the document was necesssary).

18. After the filing, Mathu sent a copy of the filed Objection to Suby Joseph, Daniel Rink (in-house counsel), Amanda Gonzalez, and copied me. Because these people were on

previous in-house legal teams who worked with previous counsel in other issues, I had an honest belief the document would be proofread by the appropriate people.

19. There were frequent calls with Counsel and various internal people, and discussed Capstone as an ongoing topic, but it did not register to me that the NDA, specifically, was still outstanding. Most of the focus was on the extent of the relationship and interaction. While it may have been mentioned on calls that there was an NDA, I am not comfortable asserting under any kind of oath how many times or was said by whom.

20. It wasn't until two and a half weeks after the Objection was filed that I learned the NDA wasn't produced when Counsel asked for it in email, sent on Tuesday, May 28, 2024. (Exhibit D) The Objection was filed on May 9, 2024, at 12:55 p.m.

21. Many conversations happened about Capstone over those few weeks and many emails had been sent regarding document production. Because I had not seen any emails to request that specific document from my assertion on May 8, 2024 to May 28, 2024, I had the honest belief it was handled.

22. When this email request came in from Counsel of May 28, 2024, I realized that our in-house counsel, Daniel Rink, had left for a long-planned trip to Paris the day before. Daniel Rink does not have a smart phone and has limitations regarding remote work on vacation. Knowing this, Mathu Rajan immediately asked Suby Joseph and Amanda Gonzalez to search for it everywhere they had access.

23. Amanda Gonzalez and Suby Joseph performed searches and came back very quickly that their searches were unsuccessful. Amanda Gonzalez was even able to access Dan Rink's email on the shared email service. That search came up unsuccessful too.

24. For obvious reasons, this mix- up was extremely upsetting to our entire team and Counsel.  Being as specific as possible, understanding the gravity of the situation, I felt the need to clarify with Counsel.

25. I informed Counsel that with Daniel Rink away, and his hard drive being in Texas and not accessible remotely in his absence, that we had no way to verify completely without that last search.  I was not satisfied saying all searches were empty until I knew this last step was taken.   Although I knew it was a long shot that it would be on his hard drive, I did not want to state for sure it did not exist until all searches were exhausted.

26. On Friday, June 7, 2024, Daniel Rink returned from his trip.  I immediately requested that he perform a search and Daniel Rink immediately did this search.  He replied that his search came up empty.  It was then that Counsel learned of the outcome that I had been mistaken and that the document did not exist.

27. I had no intention of appearing to lie, misinform, or mislead Counsel when I made the statement about the NDA.  I honestly thought it existed, based on previous experiences, and fully expected that information to be followed up on and vetted by someone other than myself, as I had not been on previous legal teams and am not an attorney.  I had honestly believed that my emails would be and had been followed up on and the document would have been found or Counsel would have been given corrected information.

28. There was no intention on my part to make assertions that would end up directly to the Court without being reviewed, as was my previous experience with previous litigation experiences.

29. Even Counsel admitted that the filing should have said upon information and belief. I don't believe there is a person on my team (or Counsel) who purposefully lied to the Court about this NDA. That is only my opinion, based on my interactions.

30. In my opinion, this was nothing more than a mistake. We made a good faith search effort to give the correct information once we realized the ball had been dropped. I made one assertion, one time, based on an honest recollection, and with no bad intentions, with full belief that there would be due diligence done on some level, given my previous experiences as only an information-provider, and my lack of availability that week.

31. The events that happened after I turned over the information and suggested the next contact were out of my control, in my opinion. I do not believe that this was an intentional act on anyone's part, especially my own.

Nicole Maneen
Visual Semiconductor, Inc.

I hereby certify that Nicole Maneen appeared before me on June 12, 2024 and signed this form in my presence.



Notary Public State of Florida
James J Ahearn
My Commission HH 036229
Expires 08/25/2024

**nicole.maneen@visualsemi.com**

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Wednesday, May 8, 2024 4:33 PM |
| **To:** | 'Leslie Beth Baskin'; 'Mathu Rajan'; 'dan.rink@visualsemi.com'; 'Amanda Gonzalez' |
| **Cc:** | sara.brewer@visualsemi.com |
| **Subject:** | Capstone |
| | |
| **Flag Status:** | Flagged |

Leslie,

Also – at the very least – when Bill's team demanded access to the entire box, including VSI folders, they had access to these documents that listed Capstone as contacts.  Capstone also signed an NDA that I'm copying Dan so he can attach. They could have even done a search on the box account like I just did and these all popped up.

Sara – can you include this screenshot below and maybe even a screenshot of where they are mentioned in the document as part of the pdf packet?  Maybe also a screenshot of who has access?  ALL the lawyers are listed.

Thanks
Nicole



### 3D-TV Contact List 9-6-22.docx

All Files › VSI › VSI - Dan › VSI › Advisory

*Consulting Winston Ma and Jeffery Schooner PLC Florida Gordan Saint*

Modified Sep 6, 2022 by Dan Rink · 24 KB



### 3D-TV Contact List 9-6-22 v2.docx

All Files › VSI › VSI - Dan › VSI › Advisory

*Winston Ma and Jeffery Schooner PLC Florida Peter Bailey Saint-Denis*

Modified Sep 6, 2022 by Dan Rink · 25.8 KB



### Contact List 2022 3D-TV_1-17-23.docx

All Files › VSI › VSI - Dan › VSI › Advisory › Execution Copi

*Bailey Capstone Partners Gordan Saint-Denis Monroe Cap Gregory*

**VSi**

| | |
|---|---|
| **From:** | Joseph Molloy <jmolloy@jamsportsventures.com> |
| **Sent:** | Monday, September 12, 2022 1:02 PM |
| **To:** | maneen nicole.; Gonzalez Amanda |
| **Cc:** | Mathu Rajan; Dannenberg Marc; Bailey Peter |
| **Subject:** | Fwd: Demo Availability |

VSI Team,

Please see email correspondence with Peter Bailey of Cap Stone Partners, Peter is copied on this email.

Thanks,
Joseph

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Begin forwarded message:

> **From:** Peter Bailey <pbailey@capstonepartners.com>
> **Date:** September 12, 2022 at 3:51:47 PM EDT
> **To:** Joseph Molloy <jmolloy@jamsportsventures.com>
> **Subject: RE: Demo Availability**
>
>
> Thanks, Joseph. What time are they doing the demo on the 13th and 16th?
>
> Regards,
>
> **Pete Bailey**
> Director
> Investment Banking
>
> Capstone Partners
> 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
> M: 310-740-3286
> www.capstonepartners.com

1



Peter,

On Tuesday and Friday the 13th and 16th of next week the 3-D TV without glasses company will be presenting demos for those interested in coming in to take a look.

On Wednesday and Thursday they will be presenting to the leagues.

If interested in taking a look at the demo which I highly recommend let me know as soon as possible.

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Monday, September 12, 2022 1:39 PM |
| **To:** | 'Joseph Molloy'; 'Gonzalez Amanda' |
| **Cc:** | 'Mathu Rajan'; 'Dannenberg Marc'; 'Bailey Peter' |
| **Subject:** | RE: Demo Availability |

Good afternoon, Peter,
I work with Mathu Rajan and can help coordinate a meeting for Friday.  We have some flexibility.  What time frame works for you?  We will be at 14 Wall Street in the financial district.

Very respectfully,
Nicole

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Monday, September 12, 2022 4:02 PM
**To:** maneen nicole. <nicole.maneen@visualsemi.com>; Gonzalez Amanda <amanda.gonzalez@visualsemi.com>
**Cc:** Mathu Rajan <mathu.rajan@visualsemi.com>; Dannenberg Marc <mdandml@hotmail.com>; Bailey Peter <pbailey@capstonepartners.com>
**Subject:** Fwd: Demo Availability

VSI  Team,

Please see email correspondence with Peter Bailey of Cap Stone Partners, Peter is copied on this email.

Thanks,
Joseph

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Begin forwarded message:

> **From:** Peter Bailey <pbailey@capstonepartners.com>
> **Date:** September 12, 2022 at 3:51:47 PM EDT

**To:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Subject: RE: Demo Availability**

Thanks, Joseph.  What time are they doing the demo on the 13<sup>th</sup> and 16<sup>th</sup>?

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Saturday, September 10, 2022 1:26 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** Demo Availability

Peter,

On Tuesday and Friday the 13th and 16th of next week the 3-D TV without glasses company will be presenting demos for those interested in coming in to take a look.

On Wednesday and Thursday they will be presenting to the leagues.

If interested in taking a look at the demo which I highly recommend let me know as soon as possible.

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services

are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

**VSi**

| | |
|---|---|
| **From:** | Marc Dannenberg <mdandml@hotmail.com> |
| **Sent:** | Tuesday, September 13, 2022 9:11 AM |
| **To:** | mathu rajan |
| **Subject:** | Fw: Demo Availability |

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Monday, September 12, 2022 10:01 PM
**To:** maneen nicole. <nicole.maneen@visualsemi.com>; Gonzalez Amanda <amanda.gonzalez@visualsemi.com>
**Cc:** Mathu Rajan <mathu.rajan@visualsemi.com>; Dannenberg Marc <mdandml@hotmail.com>; Bailey Peter <pbailey@capstonepartners.com>
**Subject:** Fwd: Demo Availability

VSI Team,

Please see email correspondence with Peter Bailey of Cap Stone Partners, Peter is copied on this email.

Thanks,
Joseph

Joseph A. Molloy
Chairman and CEO
JAM Sports Ventures
www.jamsportsventures.com (Google translate available)
Jmolloy@jamsportsventures.com
WeChat: jam13134
Mobile: 00-1-813-450-7759
*sent from iPhone

Begin forwarded message:

> **From:** Peter Bailey <pbailey@capstonepartners.com>
> **Date:** September 12, 2022 at 3:51:47 PM EDT
> **To:** Joseph Molloy <jmolloy@jamsportsventures.com>
> **Subject: RE: Demo Availability**
>
> Thanks, Joseph. What time are they doing the demo on the 13th and 16th?
>
> Regards,
>
> **Pete Bailey**
> Director
> Investment Banking
>
> Capstone Partners
> 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
> M: 310-740-3286
> www.capstonepartners.com



**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Saturday, September 10, 2022 1:26 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** Demo Availability

Peter,

On Tuesday and Friday the 13th and 16th of next week the 3-D TV without glasses company will be presenting demos for those interested in coming in to take a look.

On Wednesday and Thursday they will be presenting to the leagues.

If interested in taking a look at the demo which I highly recommend let me know as soon as possible.

Joseph A. Molloy
Chairman and CEO
JAM Sports Ventures
www.jamsportsventures.com (Google translate available)
Jmolloy@jamsportsventures.com
WeChat: jam13134
Mobile: 00-1-813-450-7759
*sent from iPhone

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Thursday, September 22, 2022 1:40 PM |
| **To:** | 'Bailey Peter'; 'Joseph Molloy'; 'Amanda Gonzalez' |
| **Cc:** | 'Mathu Rajan'; 'Dannenberg Marc'; 'Bailey Peter' |
| **Subject:** | RE: Demo Availability |

Hi Peter,
I would like to set up a zoom call for you to discuss the technology and opportunity with Mathu. When would be a good day/time for you?

Thank you,
Nicole

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Monday, September 12, 2022 4:02 PM
**To:** maneen nicole. <nicole.maneen@visualsemi.com>; Gonzalez Amanda <amanda.gonzalez@visualsemi.com>
**Cc:** Mathu Rajan <mathu.rajan@visualsemi.com>; Dannenberg Marc <mdandml@hotmail.com>; Bailey Peter <pbailey@capstonepartners.com>
**Subject:** Fwd: Demo Availability

VSI Team,

Please see email correspondence with Peter Bailey of Cap Stone Partners, Peter is copied on this email.

Thanks,
Joseph

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Begin forwarded message:

      **From:** Peter Bailey <pbailey@capstonepartners.com>
      **Date:** September 12, 2022 at 3:51:47 PM EDT

**To:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Subject: RE: Demo Availability**


Thanks, Joseph.  What time are they doing the demo on the 13<sup>th</sup> and 16<sup>th</sup>?

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Saturday, September 10, 2022 1:26 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** Demo Availability

Peter,

On Tuesday and Friday the 13th and 16th of next week the 3-D TV without glasses company will be presenting demos for those interested in coming in to take a look.

On Wednesday and Thursday they will be presenting to the leagues.

If interested in taking a look at the demo which I highly recommend let me know as soon as possible.

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services

are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| **From:** | Peter Bailey <pbailey@capstonepartners.com> |
|---|---|
| **Sent:** | Thursday, September 22, 2022 6:26 PM |
| **To:** | nicole.maneen@visualsemi.com; 'Joseph Molloy'; 'Amanda Gonzalez' |
| **Cc:** | 'Mathu Rajan'; 'Dannenberg Marc' |
| **Subject:** | RE: Demo Availability |

Thank you, Nicole.  I have availability on Monday after 2pm CT and Tuesday after 10am CT

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Thursday, September 22, 2022 3:40 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>; 'Joseph Molloy' <jmolloy@jamsportsventures.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Cc:** 'Mathu Rajan' <mathu.rajan@visualsemi.com>; 'Dannenberg Marc' <mdandml@hotmail.com>; Peter Bailey <pbailey@capstonepartners.com>
**Subject:** RE: Demo Availability

Hi Peter,
I would like to set up a zoom call for you to discuss the technology and opportunity with Mathu. When would be a good day/time for you?

Thank you,
Nicole

---

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Monday, September 12, 2022 4:02 PM
**To:** maneen nicole. <nicole.maneen@visualsemi.com>; Gonzalez Amanda <amanda.gonzalez@visualsemi.com>
**Cc:** Mathu Rajan <mathu.rajan@visualsemi.com>; Dannenberg Marc <mdandml@hotmail.com>; Bailey Peter <pbailey@capstonepartners.com>
**Subject:** Fwd: Demo Availability

VSI  Team,

Please see email correspondence with Peter Bailey of Cap Stone Partners, Peter is copied on this email.

Thanks,
Joseph

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

[www.jamsportsventures.com](http://www.jamsportsventures.com) (Google translate available)

[Jmolloy@jamsportsventures.com](mailto:Jmolloy@jamsportsventures.com)

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Begin forwarded message:

> **From:** Peter Bailey <[pbailey@capstonepartners.com](mailto:pbailey@capstonepartners.com)>
> **Date:** September 12, 2022 at 3:51:47 PM EDT
> **To:** Joseph Molloy <[jmolloy@jamsportsventures.com](mailto:jmolloy@jamsportsventures.com)>
> **Subject: RE: Demo Availability**
>
> Thanks, Joseph. What time are they doing the demo on the 13th and 16th?
>
> Regards,
>
> **Pete Bailey**
> Director
> Investment Banking
>
> Capstone Partners
> 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
> M: 310-740-3286
> [www.capstonepartners.com](http://www.capstonepartners.com)
>
> 

**From:** Joseph Molloy <[jmolloy@jamsportsventures.com](mailto:jmolloy@jamsportsventures.com)>
**Sent:** Saturday, September 10, 2022 1:26 PM
**To:** Peter Bailey <[pbailey@capstonepartners.com](mailto:pbailey@capstonepartners.com)>
**Subject:** Demo Availability

Peter,

On Tuesday and Friday the 13th and 16th of next week the 3-D TV without glasses company will be presenting demos for those interested in coming in to take a look.

On Wednesday and Thursday they will be presenting to the leagues.

If interested in taking a look at the demo which I highly recommend let me know as soon as possible.

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

[www.jamsportsventures.com](www.jamsportsventures.com) (Google translate available)

[Jmolloy@jamsportsventures.com](Jmolloy@jamsportsventures.com)

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| **From:** | nicole.maneen@visualsemi.com |
|---|---|
| **Sent:** | Friday, September 23, 2022 11:30 AM |
| **To:** | 'Peter Bailey'; 'Joseph Molloy'; 'Amanda Gonzalez' |
| **Cc:** | 'Mathu Rajan'; 'Dannenberg Marc' |
| **Subject:** | RE: Demo Availability |

Good afternoon, Peter,
I've sent an invitation for 2:30 pm CT/3:30 pm ET on Monday.  Please let me know if you have any conflicts or need anything before then.

Thank you,
Nicole

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Thursday, September 22, 2022 9:26 PM
**To:** nicole.maneen@visualsemi.com; 'Joseph Molloy' <jmolloy@jamsportsventures.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Cc:** 'Mathu Rajan' <mathu.rajan@visualsemi.com>; 'Dannenberg Marc' <mdandml@hotmail.com>
**Subject:** RE: Demo Availability

Thank you, Nicole.  I have availability on Monday after 2pm CT and Tuesday after 10am CT

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Thursday, September 22, 2022 3:40 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>; 'Joseph Molloy' <jmolloy@jamsportsventures.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Cc:** 'Mathu Rajan' <mathu.rajan@visualsemi.com>; 'Dannenberg Marc' <mdandml@hotmail.com>; Peter Bailey <pbailey@capstonepartners.com>
**Subject:** RE: Demo Availability

Hi Peter,
I would like to set up a zoom call for you to discuss the technology and opportunity with Mathu. When would be a good day/time for you?

Thank you,
Nicole

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Monday, September 12, 2022 4:02 PM
**To:** maneen nicole. <nicole.maneen@visualsemi.com>; Gonzalez Amanda <amanda.gonzalez@visualsemi.com>
**Cc:** Mathu Rajan <mathu.rajan@visualsemi.com>; Dannenberg Marc <mdandml@hotmail.com>; Bailey Peter <pbailey@capstonepartners.com>
**Subject:** Fwd: Demo Availability

VSI Team,

Please see email correspondence with Peter Bailey of Cap Stone Partners, Peter is copied on this email.

Thanks,
Joseph

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone


Begin forwarded message:

> **From:** Peter Bailey <pbailey@capstonepartners.com>
> **Date:** September 12, 2022 at 3:51:47 PM EDT
> **To:** Joseph Molloy <jmolloy@jamsportsventures.com>
> **Subject: RE: Demo Availability**
>
>
> Thanks, Joseph. What time are they doing the demo on the 13th and 16th?
>
> Regards,
>
> **Pete Bailey**
> Director
> Investment Banking
>
> Capstone Partners
> 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
> M: 310-740-3286
> www.capstonepartners.com



**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Saturday, September 10, 2022 1:26 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** Demo Availability

Peter,

On Tuesday and Friday the 13th and 16th of next week the 3-D TV without glasses company will be presenting demos for those interested in coming in to take a look.

On Wednesday and Thursday they will be presenting to the leagues.

If interested in taking a look at the demo which I highly recommend let me know as soon as possible.

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Monday, September 26, 2022 1:51 PM |
| **To:** | 'Peter Bailey' |
| **Cc:** | Dannenberg Marc; mathu rajan; 'Amanda Gonzalez' |
| **Subject:** | Deck |
| **Attachments:** | VSI Investment Memorandum 08042022.pdf |

Hi Peter,
It was nice to speak with you today.  I've attached the deck, as promised.  Please let me know if you need anything further.

Thank you,
Nicole

**VSi**

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, September 26, 2022 1:54 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** Dannenberg Marc; mathu rajan; 'Amanda Gonzalez'
**Subject:** RE: Deck

Thank you, Nicole. Great to connect with everyone today.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 3:51 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Deck

Hi Peter,
It was nice to speak with you today. I've attached the deck, as promised. Please let me know if you need anything further.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Monday, September 26, 2022 2:39 PM |
| **To:** | 'Peter Bailey' |
| **Cc:** | 'Dannenberg Marc'; 'mathu rajan'; 'Amanda Gonzalez' |
| **Subject:** | RE: Deck |

Hi again!

Mathu just got a message from Joe Malloy and wanted me to show you.

Thanks
Nicole

"Mathu and Marc,

Just got off the call with Fred Ridley, the President of the Masters, we spoke for about 30 minutes.

He was excited to learn more and will have his people reach out to me early next week. He mentioned that they will want to see a demo probably at Augusta.

When I hear back I will then connect all and Nicole can begin to schedule.

Joe"

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, September 26, 2022 4:54 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Thank you, Nicole. Great to connect with everyone today.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com

 **CAPSTONE PARTNERS**

---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 3:51 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>

Hi Peter,
It was nice to speak with you today.  I've attached the deck, as promised.  Please let me know if you need anything further.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | Peter Bailey <pbailey@capstonepartners.com> |
| **Sent:** | Monday, September 26, 2022 2:42 PM |
| **To:** | nicole.maneen@visualsemi.com |
| **Cc:** | 'Dannenberg Marc'; 'mathu rajan'; 'Amanda Gonzalez' |
| **Subject:** | RE: Deck |

Great!

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 4:39 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Dannenberg Marc' <mdandml@hotmail.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Hi again!

Mathu just got a message from Joe Malloy and wanted me to show you.

Thanks
Nicole

"Mathu and Marc,

Just got off the call with Fred  Ridley, the President of the Masters, we spoke for about 30 minutes.

He was excited to learn more and will have his people reach out to me early next week. He mentioned that they will want to see a demo probably at Augusta.

When I hear back I will then connect all and Nicole can begin to schedule.

Joe"

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, September 26, 2022 4:54 PM
**To:** nicole.maneen@visualsemi.com

**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Thank you, Nicole. Great to connect with everyone today.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 3:51 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Deck

Hi Peter,
It was nice to speak with you today.  I've attached the deck, as promised.  Please let me know if you need anything further.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

**From:** nicole.maneen@visualsemi.com
**Sent:** Saturday, October 22, 2022 9:35 AM
**To:** 'Peter Bailey'
**Cc:** 'Dannenberg Marc'; 'mathu rajan'; 'Amanda Gonzalez'
**Subject:** RE: Deck

Hey Peter,
We have some new content deals and developments you might be interested in hearing about.  When are you available for a zoom call with Mathu and Marc?  I'd be happy to coordinate.

Thanks
Nicole

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, September 26, 2022 5:42 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** 'Dannenberg Marc' <mdandml@hotmail.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Great!

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 4:39 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Dannenberg Marc' <mdandml@hotmail.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Hi again!

Mathu just got a message from Joe Malloy and wanted me to show you.

Thanks
Nicole

"Mathu and Marc,

Just got off the call with Fred Ridley, the President of the Masters, we spoke for about 30 minutes.

He was excited to learn more and will have his people reach out to me early next week. He mentioned that they will want to see a demo probably at Augusta.

When I hear back I will then connect all and Nicole can begin to schedule.

Joe"

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, September 26, 2022 4:54 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Thank you, Nicole. Great to connect with everyone today.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 3:51 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Deck

Hi Peter,
It was nice to speak with you today. I've attached the deck, as promised. Please let me know if you need anything further.

Thank you,
Nicole
Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC.

Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | Marc Dannenberg  <mdandml@hotmail.com> |
| **Sent:** | Tuesday, October 25, 2022 8:46 AM |
| **To:** | nicole.maneen@visualsemi.com; amanda.gonzalez@visualsemi.com; mathu rajan |
| **Subject:** | Fw: VSI -- 3D-TV Project |
| **Flag Status:** | Flagged |

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Wednesday, September 28, 2022 8:49 PM
**To:** Marc Dannenberg <mdandml@hotmail.com>
**Subject:** RE: VSI -- 3D-TV Project

Primarily credit, but may also invest equity.  Gordon St. Denis has Sports Finance Coverage.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** Marc Dannenberg <mdandml@hotmail.com>
**Sent:** Wednesday, September 28, 2022 1:27 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** Re: VSI -- 3D-TV Project

Hey Peter,

I took a look at Monroe Capital´s site...are they strictly lenders?

Best,
Marc

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Wednesday, September 28, 2022 4:59 PM
**To:** Marc Dannenberg <mdandml@hotmail.com>
**Subject:** RE: VSI -- 3D-TV Project

Ok, are you alright with also sharing that forecast in addition to your note?

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** Marc Dannenberg <mdandml@hotmail.com>
**Sent:** Wednesday, September 28, 2022 9:56 AM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** Re: VSI -- 3D-TV Project

Hi Peter,

We sold 5000 Units of the 65 inch to various partners shortly before litigation shut us down.   We are now picking up on production.   This is the main reason for the capital raise.

Best,
Marc

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Wednesday, September 28, 2022 3:48 PM
**To:** Dannenberg Marc <mdandml@hotmail.com>
**Subject:** FW: VSI -- 3D-TV Project

Marc, see question below.  Do you have any insight/response?
I received this email attachment on forecast.
Thanks.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** Gordon Saint-Denis <gsaintdenis@monroecap.com>
**Sent:** Wednesday, September 28, 2022 8:34 AM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** RE: VSI -- 3D-TV Project

Hi Pete – Interesting company.  Are they up and running and do they have any sales/EBITDA?  It seems like they have some orders but are still in pre-manufacturing stage.

Please clarify.

Thanks,

Gordon

**Gordon Saint-Denis**
Managing Director - Head Sports Finance Group
Monroe Capital LLC
Mobile: (914) 325-5011
Phone:  (843) 962-9778
Email:  gsaintdenis@monroecap.com
        www.monroecap.com
Connect With Monroe Capital LLC 

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Tuesday, September 27, 2022 12:14 PM
**To:** Gordon Saint-Denis <gsaintdenis@monroecap.com>
**Subject:** VSI -- 3D-TV Project

EXTERNAL EMAIL: Don't click links/attachments unless confidently safe or forward to IT@monroecap.com

Gordon,
Good catching up earlier on SportsTech.  This is the 3D capital raise we discussed earlier.  The Company just presented to the NFL.  If you have interest, I can connect you to the CEO for a Zoom demo of the technology and more information.

Regards,

Pete Bailey
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.
DISCLAIMER: This communication is intended only for the personal use of the recipient(s) named above and may contain information and/or attachments that are privileged, confidential, proprietary, and protected from disclosure. If you are not the intended recipient of this message, you are hereby notified that any dissemination, distribution or copying of this message, and any attachments thereto, is strictly prohibited. If you receive this message in error, please promptly delete it without further distribution and reply to the sender that you have received the message in error. The information contained in this email communication and any attachments is for information purposes only and should not be regarded as an offer to sell or a solicitation of an offer to buy any security or instrument in any jurisdiction where such an offer or solicitation would be in violation of any local laws. The information contained in this email

communication and any attachments does not constitute a recommendation or take into account the particular investment objectives, financial conditions, or needs of specific investors. In considering any performance data herein, each recipient should bear in mind that past performance is not indicative of future results and there can be no assurances that an investment will achieve comparable results.

The information contained herein has been obtained or derived from sources believed by us to be reliable, but we do not represent that it is accurate, complete, or timely; nor do we warrant the appropriateness of any investment referred to herein. Any opinions or estimates contained herein constitute our judgment as of this date and are subject to change without notice. We do not provide tax, accounting, or legal advice to our clients, investors or prospective clients or prospective investors, and all such persons are advised to consult with their tax, accounting, and legal advisers regarding any potential investment. To comply with IRS regulations, be advised that any discussion of U.S. federal tax issues in this e mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the U.S. Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

**VSi**

**From:**                nicole.maneen@visualsemi.com
**Sent:**               Monday, November 7, 2022 9:05 AM
**To:**                  'Peter Bailey'
**Cc:**                  'Joseph Molloy'; Dannenberg Marc; mathu rajan; 'Amanda Gonzalez'
**Subject:**          Follow up

**Flag Status:**        Flagged

Hi Peter,
Mathu would like to have another zoom with you.  Do either Wednesday or Thursday work?  I would be happy to send a link.

Thank you,
Nicole

| | |
|---|---|
| **From:** | Peter Bailey <pbailey@capstonepartners.com> |
| **Sent:** | Monday, November 7, 2022 12:11 PM |
| **To:** | nicole.maneen@visualsemi.com |
| **Cc:** | 'Joseph Molloy'; Dannenberg Marc; mathu rajan; 'Amanda Gonzalez' |
| **Subject:** | RE: Follow up |
| | |
| **Flag Status:** | Flagged |

Thank you, Nicole.  I am available Wednesday 10am CT – 1pm CT.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, November 7, 2022 11:05 AM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan
<mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Follow up

Hi Peter,
Mathu would like to have another zoom with you.  Do either Wednesday or Thursday work?  I would be happy to send a
link.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

**VSi**

---

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Wednesday, November 9, 2022 6:35 AM |
| **To:** | 'Peter Bailey' |
| **Cc:** | 'Joseph Molloy'; 'Dannenberg Marc'; 'mathu rajan'; 'Amanda Gonzalez' |
| **Subject:** | RE: Follow up |
| | |
| **Flag Status:** | Flagged |


Great, thank you.  I've sent an invitation for 10 am CT.  I'm including the link below for easy reference.

Thank you,
Nicole

Nicole Maneen is inviting you to a scheduled Zoom meeting.

Topic: My Meeting
Time: Nov 9, 2022 11:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/83936344318?pwd=K0dKK0V0aEFwKzRqTFdiMTROdGFxZz09

Meeting ID: 839 3634 4318
Passcode: 709855
One tap mobile
+13126266799,,83936344318#,,,,*709855# US (Chicago)
+16469313860,,83936344318#,,,,*709855# US

Dial by your location
        +1 312 626 6799 US (Chicago)
        +1 646 931 3860 US
        +1 929 436 2866 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 309 205 3325 US
        +1 360 209 5623 US
        +1 386 347 5053 US
        +1 507 473 4847 US
        +1 564 217 2000 US
        +1 669 444 9171 US
        +1 669 900 6833 US (San Jose)
        +1 689 278 1000 US
        +1 719 359 4580 US
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
Meeting ID: 839 3634 4318
Passcode: 709855
Find your local number: https://us02web.zoom.us/u/keD1nBX2BK

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, November 7, 2022 3:11 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Follow up

Thank you, Nicole.  I am available Wednesday 10am CT – 1pm CT.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, November 7, 2022 11:05 AM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Follow up

Hi Peter,
Mathu would like to have another zoom with you.  Do either Wednesday or Thursday work?  I would be happy to send a link.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Monday, December 19, 2022 8:39 AM |
| **To:** | 'Peter Bailey' |
| **Cc:** | 'Joseph Molloy'; 'Dannenberg Marc'; 'mathu rajan'; 'Amanda Gonzalez' |
| **Subject:** | RE: Follow up |
| | |
| **Flag Status:** | Flagged |

Hi Peter,
I wanted to pass along some updated information about our company progress since we last spoke.

**CONTENT**
On Wednesday, September 14th, Mathu met with the NHL at their Headquarters in New York.
Their team was:
David Proper, NHL, Senior Executive VP, Media & International Strategy
Stephen McArdle, NHL, Senior Executive VP, Digital Media & Strategic Planning and Chief Administrative Officer

On Thursday, December 15th, Mathu met with the NBA at their Headquarters in New York.
Their team was:
Dockery Walker, NBA, Emerging Technology and Innovation Division
John Michael Butterfield, NBA, Emerging Technology and Innovation Director

At both these meetings, Mathu presented the 65" 4K television containing VSI's Glasses-Free 3D state-of-the-art technology. Both the NBA and NHL went crazy over the technology and were blown away by the picture. They expressed their belief that the ramifications of our technology will be a landmark across the entire industry. They want to apply it to broadcasts, internet feeds, and immediate properties (IG, websites, etc).

The NBA team wants prototypes as quickly as possible. A test is being planned for the NBA All-Star Game, which will be held in their suite at the game. They will be inviting all the league owners to come see the technology.

In addition to content, the NBA believes the technology is going to be so huge, they also want to buy equity, and want to extend that offer to players and owners as well. Because they want the first jump at advertisers, they want some sort of sports protection.

The NBA team wants to be operational for the NBA Championship and Conference Championship. They want content put into the hard drive on our unit and on the NBA unit on the desktop. They plan to cross-promote with owner suites, and sports bars around the world.

Finally, Mathu is thinking about bringing James Cameron in to help produce the NBA Finals.

Both want to see game footage converted immediately. The NHL has already supplied us with some sample content and our engineers are in the process of conversion as we speak.

**JAMES CAMERON**
Over the past 6 months, Mathu has been in talks with James Cameron and members of his team regarding our technology. They want to have our relationship solidified so that we can work towards a Glasses-Free release for Avatar 3, the next in line for the Avatar movie series. James also wants to have input in producing different types of content to maximize the technology. They believe so much in its superiority, they want to invest.

<u>**OVERSEAS RELATIONSHIPS**</u>
After the new year, Mathu is making two trips to visit important vendors and partners.  Below are the groups he will be meeting with. These meetings will be for planning production, obtaining P.O.s, and solidifying future plans for our technology to go to market.

<u>Korea Trip Itinerary</u>
Meet with Samsung CEO, LG CEO, Hyundai CEO, and the Korean Telecom Group

<u>Japan Trip Itinerary</u>
Meet with Sony, Panasonic, Mitsubishi, Hitachi, NEC

When are you available so Mathu could update you properly via zoom?

I hope you are doing well.
Thank you,
Nicole

---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Wednesday, November 9, 2022 9:35 AM
**To:** 'Peter Bailey' <pbailey@capstonepartners.com>
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; 'Dannenberg Marc' <mdandml@hotmail.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Follow up

Great, thank you.  I've sent an invitation for 10 am CT.  I'm including the link below for easy reference.

Thank you,
Nicole

Nicole Maneen is inviting you to a scheduled Zoom meeting.

Topic: My Meeting
Time: Nov 9, 2022 11:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/83936344318?pwd=K0dKK0V0aEFwKzRqTFdiMTROdGFxZz09

Meeting ID: 839 3634 4318
Passcode: 709855
One tap mobile
+13126266799,,83936344318#,,,,*709855# US (Chicago)
+16469313860,,83936344318#,,,,*709855# US

Dial by your location
        +1 312 626 6799 US (Chicago)
        +1 646 931 3860 US
        +1 929 436 2866 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 309 205 3325 US
        +1 360 209 5623 US

+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
Meeting ID: 839 3634 4318
Passcode: 709855
Find your local number: https://us02web.zoom.us/u/keD1nBX2BK

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, November 7, 2022 3:11 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Follow up

Thank you, Nicole.  I am available Wednesday 10am CT – 1pm CT.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, November 7, 2022 11:05 AM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Follow up

Hi Peter,
Mathu would like to have another zoom with you.  Do either Wednesday or Thursday work?  I would be happy to send a link.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital

Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

**VSi**

---

| | |
|---|---|
| **From:** | mathu.rajan@visualsemi.com |
| **Sent:** | Friday, May 3, 2024 5:56 AM |
| **To:** | 'Peter Bailey' |
| **Cc:** | 'Mathu Rajan'; nicole.maneen@visualsemi.com |
| **Subject:** | RE: Follow up |
| | |
| **Flag Status:** | Flagged |

Hi Peter,
Are you available for a call?

Thank you,
Mathu

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, November 7, 2022 3:11 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Follow up

Thank you, Nicole.  I am available Wednesday 10am CT – 1pm CT.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, November 7, 2022 11:05 AM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Follow up

Hi Peter,
Mathu would like to have another zoom with you.  Do either Wednesday or Thursday work?  I would be happy to send a link.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

| | |
|---|---|
| **From:** | Peter E Bailey <pbailey@capstonepartners.com> |
| **Sent:** | Monday, May 6, 2024 7:11 AM |
| **To:** | mathu.rajan@visualsemi.com |
| **Cc:** | nicole.maneen@visualsemi.com |
| **Subject:** | RE: Follow up |
| | |
| **Flag Status:** | Flagged |

Hi Mathu,
I am traveling but available Wednesday 1230-3pm CT and Thursday 1030am-2pm CT.

Regards,

**Pete Bailey**
Senior Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
Mobile: 310-740-3286
Text: 412-206-6141
www.capstonepartners.com



Internal Use

Internal Use

**From:** mathu.rajan@visualsemi.com <mathu.rajan@visualsemi.com>
**Sent:** Friday, May 3, 2024 7:56 AM
**To:** Peter E Bailey <pbailey@capstonepartners.com>
**Cc:** 'Mathu Rajan' <mathu.rajan@visualsemi.com>; nicole.maneen@visualsemi.com
**Subject:** RE: Follow up

**<span style="color:red">Capstone Security Checkpoint:</span> <span style="color:red">External email. Please make sure you trust this source before clicking links or opening attachments.</span>**

Hi Peter,
Are you available for a call?

Thank you,
Mathu

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, November 7, 2022 3:11 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan

&lt;mathu.rajan@visualsemi.com&gt;; 'Amanda Gonzalez' &lt;amanda.gonzalez@visualsemi.com&gt;
**Subject:** RE: Follow up

Thank you, Nicole.  I am available Wednesday 10am CT – 1pm CT.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** nicole.maneen@visualsemi.com &lt;nicole.maneen@visualsemi.com&gt;
**Sent:** Monday, November 7, 2022 11:05 AM
**To:** Peter Bailey &lt;pbailey@capstonepartners.com&gt;
**Cc:** 'Joseph Molloy' &lt;jmolloy@jamsportsventures.com&gt;; Dannenberg Marc &lt;mdandml@hotmail.com&gt;; mathu rajan
&lt;mathu.rajan@visualsemi.com&gt;; 'Amanda Gonzalez' &lt;amanda.gonzalez@visualsemi.com&gt;
**Subject:** Follow up

Hi Peter,
Mathu would like to have another zoom with you.  Do either Wednesday or Thursday work?  I would be happy to send a link.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website at https://www.capstonepartners.com/.

| | |
|---|---|
| **From:** | Peter E Bailey <pbailey@capstonepartners.com> |
| **Sent:** | Monday, May 6, 2024 7:27 AM |
| **To:** | Mathu Rajan |
| **Subject:** | Automatic reply: Follow up |
| | |
| **Flag Status:** | Flagged |

Thank you for your email.  I am traveling and out of the office through May 7, and my response may be delayed.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website at https://www.capstonepartners.com/.

| | |
|---|---|
| **From:** | Peter E Bailey <pbailey@capstonepartners.com> |
| **Sent:** | Tuesday, May 7, 2024 4:09 AM |
| **To:** | nicole.maneen@visualsemi.com; 'Mathu Rajan'; mattrajan1471@gmail.com; mathu rajan |
| **Subject:** | RE: Peter-Mathu call |

Thanks, Nicole. Any way we can update the time to 1230pm CT / 130pm ET on Wednesday?  I had another meeting scheduled at 1130am CT / 1230pm ET.

Regards,

**Pete Bailey**
Senior Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
Mobile: 310-740-3286
Text: 412-206-6141
www.capstonepartners.com



Internal Use

Internal Use

-----Original Appointment-----
**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, May 6, 2024 8:26 PM
**To:** Peter E Bailey; 'Mathu Rajan'; mattrajan1471@gmail.com; mathu rajan
**Subject:** Peter-Mathu call
**When:** Wednesday, May 8, 2024 12:30 PM-1:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

Nicole Maneen is inviting you to a scheduled Zoom meeting.

Topic: My Meeting
Time: May 8, 2024 12:30 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/85229470636?pwd=UjdDQ29iRFQycytQLzVzaHBpMElrUT09

Meeting ID: 852 2947 0636
Passcode: 533886

---

One tap mobile
+13462487799,,85229470636#,,,,*533886# US (Houston)

+17193594580,,85229470636#,,,,*533886# US

---

Dial by your location
- +1 346 248 7799 US (Houston)
- +1 719 359 4580 US
- +1 253 205 0468 US
- +1 253 215 8782 US (Tacoma)
- +1 669 444 9171 US
- +1 669 900 6833 US (San Jose)
- +1 689 278 1000 US
- +1 929 436 2866 US (New York)
- +1 301 715 8592 US (Washington DC)
- +1 305 224 1968 US
- +1 309 205 3325 US
- +1 312 626 6799 US (Chicago)
- +1 360 209 5623 US
- +1 386 347 5053 US
- +1 507 473 4847 US
- +1 564 217 2000 US
- +1 646 931 3860 US

Meeting ID: 852 2947 0636
Passcode: 533886

Find your local number: https://us02web.zoom.us/u/kuVZecqhm

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website at https://www.capstonepartners.com/.



### 3D-TV Contact List 9-6-22.docx

All Files > VSI > VSI - Dan > VSI > Advisory

> *Consulting Winston Ma and Jeffery Schooner PLC Florida Peter Bailey **Capstone** Partners Gordan Saint*

Modified Sep 6, 2022 by Dan Rink · 24 KB



### 3D-TV Contact List 9-6-22 v2.docx

All Files > VSI > VSI - Dan > VSI > Advisory

> *Winston Ma and Jeffery Schooner PLC Florida Peter Bailey **Capstone** Partners Gordan Saint-Denis*

Modified Sep 6, 2022 by Dan Rink · 25.8 KB



### Contact List 2022 3D-TV_1-17-23.docx

All Files > VSI > VSI - Dan > VSI > Advisory > Execution Copies

> *Bailey **Capstone** Partners Gordan Saint-Denis Monroe Capital Dan Groen ClearLake Capital*

**nicole.maneen@visualsemi.com**

| | |
|---|---|
| **From:** | sara.brewer@visualsemi.com |
| **Sent:** | Wednesday, May 8, 2024 6:43 PM |
| **To:** | nicole.maneen@visualsemi.com |
| **Cc:** | 'Leslie Beth Baskin'; 'Mathu Rajan'; dan.rink@visualsemi.com; 'Amanda Gonzalez' |
| **Subject:** | RE: Capstone |
| **Attachments:** | Capstone VSI_Emails.pdf |
| | |
| **Flag Status:** | Flagged |

Hi Nicole,

Here are the emails and the screenshot. I'm not sure which document you are referring to but I can attach once you let me know.

Thanks,
Sara

-----Original Message-----
From: nicole.maneen@visualsemi.com
Sent: Wednesday, May 8, 2024 1:32pm
To: "'Leslie Beth Baskin'" <lbaskin@sgrvlaw.com>, "'Mathu Rajan'" <mathu.rajan@visualsemi.com>, dan.rink@visualsemi.com, "'Amanda Gonzalez'" <amanda.gonzalez@visualsemi.com>
Cc: sara.brewer@visualsemi.com
Subject: Capstone

Leslie,
Also – at the very least – when Bill's team demanded access to the entire box, including VSI folders, they had access to these documents that listed Capstone as contacts.  Capstone also signed an NDA that I'm copying Dan so he can attach.  They could have even done a search on the box account like I just did and these all popped up.

Sara – can you include this screenshot below and maybe even a screenshot of where they are mentioned in the document as part of the pdf packet?  Maybe also a screenshot of who has access?  ALL the lawyers are listed.

Thanks
Nicole



## 3D-TV Contact List

All Files > VSI > VSI - |

*Consulting Winston*
*Gordan Saint*

Modified Sep 6, 2022 b



## 3D-TV Contact List

All Files > VSI > VSI - |

*Winston Ma and Jef*
*Saint-Denis*

Modified Sep 6, 2022 b



## Contact List 2022 3

All Files > VSI > VSI - |

# Maneen Affidavit Exhibit D

| | |
|---|---|
| **From:** | Leslie Beth Baskin <lbaskin@sgrvlaw.com> |
| **Sent:** | Tuesday, May 28, 2024 12:14 PM |
| **To:** | nicole.maneen@visualsemi.com; 'mathu rajan'; 'Zahralddin, Rafael' |
| **Cc:** | Bud Robertson |
| **Subject:** | Re: Retention of Capstone |
| | |
| **Flag Status:** | Flagged |

Didn't they also sign a nondisclosure agreement for the benefit of VSI ( as opposed to Stream). I thought that was mentioned to me.

Get Outlook for iOS



**Leslie Beth Baskin, Esquire**

## Spector Gadon Rosen Vinci P.C.

**T** +1 215-241-8926
**F** +1 215-531-9145
**E** lbaskin@sgrvlaw.com

**www.sgrvlaw.com**  1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Tuesday, May 28, 2024 11:28 AM
**To:** Leslie Beth Baskin <lbaskin@sgrvlaw.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'Zahralddin, Rafael' <Rafael.Zahralddin@lewisbrisbois.com>
**Cc:** Bud Robertson <bud.robertson@visualsemi.com>
**Subject:** RE: Retention of Capstone

{EXTERNAL EMAIL} This message originated outside of your organization.

1. Capstone was introduced to VSI after Stream TV won in the Supreme Court of DE.
2. Capstone started calling investors on behalf of Stream TV and VSI.
3. Capstone did not want to split fees with one of the other brokers in VSI.
4. VSI is no longer working with that broker that Capstone didn't want to split fees with.
5. Capstone is still on our active contact list.
6. Capstone received a large amount of information on VSI, Stream TV, and the Glasses-Free market, prior to the bankruptcy.

7. The list of investors and strategics that Capstone is supposed to contact in the bankruptcy is already on VSI's list through VSI's current bankers so Capstone is a huge conflict of interest. It could even be tortious interference in VSI's business.
8. The $46K was given right after Bill was appointed.  That money was supposed to be used to analyze conversion.
9. We were told that money is going towards expenses for Bill to fulfill the court order of Jan 5th, specifically the Hawk conversion.
10. Bill did not do any of the work of the Jan 5th court order.

---

**From:** Leslie Beth Baskin <lbaskin@sgrvlaw.com>
**Sent:** Tuesday, May 28, 2024 6:37 AM
**To:** 'mathu rajan' <mathu.rajan@visualsemi.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; nicole.maneen@visualsemi.com; Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Subject:** Retention of Capstone

Please remind me for our argument against the retention of Capstone: recall that the nonrefundable retainer to be paid by Debtor to Capstone of $100,000 is made up of the $46,000 previously provided by VSI and the balance form Hawk, SLS , etc.  When VSI  provided these funds, what was the specific articulated purpose for giving those funds as then needed by Stream?  Thanks



**Leslie Beth Baskin, Esquire**
# Spector Gadon Rosen Vinci P.C.
**T** +1 215-241-8926
**F** +1 215-531-9145
**E** lbaskin@sgrvlaw.com

**www.sgrvlaw.com**  1635 Market Street, 7th Floor, Philadelphia, PA 19103

---

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

|  |  |
|---|---|
| In re: | Chapter 11 |
| Stream Networks, Inc., *et al.*[1] | Bky Case No. 23-10763 (AMC) |
| | (Jointly Administered) |
| The Debtors. | |

## AFFIDAVIT OF MATHU RAJAN
## REGARDING CAPSTONE CAPITAL MARKETS LLC

1.       I, Mathu Rajan, understand that this statement is to be used in a court of law and am willing to testify as below if called. I provide the information below, based on my personal knowledge, information, and belief, as a sworn statement.

2.       I am President and Chief Executive Officer of Visual Semiconductor, Inc. ("**VSI**") and have held those posts since the company's formation in 2022. I also serve as one of the directors on the company's board.

3.       I am also the sole director of Stream Networks, Inc. ("**Stream**"), a position I have held since the company's formation in 2009. I was also Chief Executive Officer and maintained operational control of Stream from its inception until January 5, 2024, when the U.S. Bankruptcy Court for the Eastern District of Pennsylvania issued an order appointing a chapter 11 trustee (the "**Trustee**").

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

4.	VSI is a party in interest in the Stream bankruptcy proceedings as an equity holder of Stream and the proposed sponsor of a plan of reorganization filed by Stream on July 13, 2023 (Dkt. No. 293).

5.	Based on an honest belief that VSI was actively working to establish a banking relationship with Capstone Capital Markets, LLC ("**Capstone**"), on May 9, 2024, VSI filed a motion objecting to the Trustee's proposed retention of Capstone (Dkt. No. 633, the "**Capstone Objection**").

6.	Given my new understanding of Capstone's position regarding the status of its relationship with VSI and preference to work with Stream, VSI is happy to withdraw the Capstone Objection. On June 6, 2024, VSI counsel notified both the U.S. trustee and counsel to the chapter 11 trustee that it intends to withdraw the Capstone Objection.

## BACKGROUND FACTS

7.	After the Delaware Supreme Court issued an en banc 5-0 unanimous ruling on June 15, 2022 that an agreement depriving Stream of its assets was void *ab initio*, the general expectation was that all assets would be returned to Stream, a return that never fully occurred, to my knowledge. Stream commenced new fundraising efforts to restart its Glasses-Free 3D business.

8.	Significant funds were raised from VSI, which purchased shares in Stream and financed Stream expenses while trying to reorganize Stream outside of bankruptcy.

9.	During the year and half that it wrongfully possessed Stream's assets, SeeCubic, Inc. had engaged Marc Dannenberg as an investment broker to raise capital. Upon the Delaware Supreme Court ruling, Mr. Dannenberg approached me about providing fundraising services since he had already gained knowledge of Stream's Glasses-Free 3D technology and had developed interest from investors.

10.     Mr. Dannenberg introduced me to Joe Malloy, a former sports executive, who then introduced both VSI and Stream to Capstone. On September 10, 2022, Mr. Malloy invited Peter Bailey, a Capstone executive, to see a demonstration of the Glasses-Free 3D technology. (**Exhibit A**). VSI considered Capstone to be a lead from Mr. Malloy and Mr. Dannenberg.

11.     On September 26, 2022, I attended a Zoom meeting with Capstone and discussed the possibility of Capstone raising money for VSI so that VSI could help with Stream's reorganization. Capstone seemed very interested in the Glasses-Free 3D category in general, and Mr. Bailey seemed interested in VSI as a company.

12.     After the Zoom meeting, I directed Nicole Maneen to provide information about both Stream and VSI for consideration. Later that day, Ms. Maneen also updated Mr. Bailey about possible interest from The Masters in seeing a technology demonstration in Augusta, to which Mr. Bailey gave his enthusiastic acknowledgement. (**Exhibit B**)

13.     On November 7, 2022, VSI requested a follow up Zoom meeting with Mr. Bailey to update him on certain business developments. The meeting was held on November 9, 2022, for the purpose of general business discussion. On December 19, 2022, VSI sent an email update to Mr. Bailey with summaries of significant strategic partner meetings that had occurred as well as an overview of plans for upcoming trips to Korea and Japan to solicit customer and manufacturing support. (**Exhibit C**)

14.     While Mr. Bailey solicited interest from Capstone's investor pool, VSI released information to Capstone as described above because we believed an engagement letter was imminent. My understanding is that there was interest from the approximately five investors Peter contacted.

15.     An engagement letter was not signed between Capstone and VSI, however. My understanding is that Capstone would not sign because Mr. Bailey was unwilling to split fees with

another broker (Mr. Dannenberg). We told Mr. Bailey that we would stay in touch, and if our situation changed, we would get back to him.

16.     Mr. Dannenberg may have had additional contact with Capstone in 2023, but I am not sure.

17.     By April 2024, Mr. Dannenberg was no longer engaged by VSI, and his broker agreement "tail" had expired, so he was no longer entitled to fees. In late April 2024, I directed Mrs. Maneen on our team to get a list of Mr. Malloy's contacts and reach out to Capstone and others to schedule meetings for me to provide them with an update. On April 30, 2024, Mrs. Maneen sent internal communication via WhatsApp to Amanda Gonzalez to gather the information I had requested. (**Exhibit D**) My direction to Mrs. Maneen to schedule a meeting with Capstone to renew our discussions was given before the Trustee filed his motion to retain Capstone.

18.     Mrs. Maneen waited for Mrs. Gonzalez to provide the requested Malloy contact information, but on May 3, 2024, I asked for a meeting with Capstone. On May 8, 2024, Mrs. Maneen and I attended the Zoom meeting with Capstone, which indicated interest provided they could work directly with VSI. However, upon advice from VSI counsel, we did not provide any additional information to Capstone.

19.     VSI counsel advised me that on May 2, 2024, the Trustee had filed a motion to engage Capstone, which was a surprise to me since I expected any conflict check for VSI would have ruled out the possibility.

20.     When asked about a non-disclosure agreement ("**NDA**"), I said maybe/probably we had signed one, as it was generally our common practice. Our process, typically, is to have all bankers and potential investors sign NDAs, so my assumption at the time was that there was likely an NDA on file. I was not sure that an NDA had been signed, as I typically do not get involved in

that process. Dan Rink, general counsel for VSI, normally handled the drafting and storing of all legal documents, though Amanda Gonzalez also maintained the company's master files.

21.     I delegated the search for a Capstone NDA that had been signed by VSI or Stream. My understanding is that Mr. Rink was asked on May 8, 2024 to locate the document and forward it to VSI counsel. Mr. Rink did not immediately respond to the request.

22.     VSI counsel filed the Capstone Objection on May 9, 2024 without giving me or anyone at VSI the opportunity to review it. I was surprised to learn from the VSI team that they were having difficulty locating a Capstone NDA. I was concerned that the NDA had been declared as fact when we had not provided the NDA to our counsel yet.

23.     When asked by VSI counsel to provide the NDA several weeks later, on May 28, 2024, I delegated the search to Suby Joseph and Mrs. Gonzalez. I have no recollection and have not been able to find any communication from me confirming to VSI counsel that the NDA existed. (**Exhibit E**)

24.     Mr. Rink has since completed a definitive search of VSI business records and confirmed that no Capstone NDA exists in the company's records.

25.     Consequently, VSI is willing to withdraw its objection to Capstone Motion. Although I believe that the VSI contact with Capstone was significant based on the sharing of sensitive business information and what I believe were bona fide ongoing business engagement discussions, VSI will defer to the Trustee's desire to engage them if the Court so approved the Capstone Motion.

[ Signature Page Follows ]

This affidavit is executed in Bensalem, Pennsylvania on this 12th day of June 2024.

*Mathu Rajan*

Mathu Rajan
Visual Semiconductor, Inc.

**Notary Public Acknowledgment**

New Jersey    Gloucester    SEAL
*State of*       *County of*

I hereby certify that Mathu Rajan (Name) appeared before me on

this 12 day of June , 2024 and signed this form in my presence.

*Amanda L. Von Ahnen*
*Notary Public Signature*
Gonzalez

February 2, 2027
*My Commission Expires (Date)*

AMANDA L VON AHNEN
Notary Public, State of New Jersey
My Commission Expires Feb 2, 2027

# Exhibit A

| | |
|---|---|
| **From:** | nicole.maneen@visualsemi.com |
| **Sent:** | Friday, September 23, 2022 11:30 AM |
| **To:** | 'Peter Bailey'; 'Joseph Molloy'; 'Amanda Gonzalez' |
| **Cc:** | 'Mathu Rajan'; 'Dannenberg Marc' |
| **Subject:** | RE: Demo Availability |

Good afternoon, Peter,
I've sent an invitation for 2:30 pm CT/3:30 pm ET on Monday.  Please let me know if you have any conflicts or need anything before then.

Thank you,
Nicole

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Thursday, September 22, 2022 9:26 PM
**To:** nicole.maneen@visualsemi.com; 'Joseph Molloy' <jmolloy@jamsportsventures.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Cc:** 'Mathu Rajan' <mathu.rajan@visualsemi.com>; 'Dannenberg Marc' <mdandml@hotmail.com>
**Subject:** RE: Demo Availability

Thank you, Nicole.  I have availability on Monday after 2pm CT and Tuesday after 10am CT

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com


**CAPSTONE PARTNERS**

---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Thursday, September 22, 2022 3:40 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>; 'Joseph Molloy' <jmolloy@jamsportsventures.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Cc:** 'Mathu Rajan' <mathu.rajan@visualsemi.com>; 'Dannenberg Marc' <mdandml@hotmail.com>; Peter Bailey <pbailey@capstonepartners.com>
**Subject:** RE: Demo Availability

Hi Peter,
I would like to set up a zoom call for you to discuss the technology and opportunity with Mathu. When would be a good day/time for you?

Thank you,
Nicole

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Monday, September 12, 2022 4:02 PM
**To:** maneen nicole. <nicole.maneen@visualsemi.com>; Gonzalez Amanda <amanda.gonzalez@visualsemi.com>
**Cc:** Mathu Rajan <mathu.rajan@visualsemi.com>; Dannenberg Marc <mdandml@hotmail.com>; Bailey Peter <pbailey@capstonepartners.com>
**Subject:** Fwd: Demo Availability

VSI  Team,

Please see email correspondence with Peter Bailey of Cap Stone Partners, Peter is copied on this email.

Thanks,
Joseph

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone


Begin forwarded message:

> **From:** Peter Bailey <pbailey@capstonepartners.com>
> **Date:** September 12, 2022 at 3:51:47 PM EDT
> **To:** Joseph Molloy <jmolloy@jamsportsventures.com>
> **Subject: RE: Demo Availability**
>
>
> Thanks, Joseph.  What time are they doing the demo on the 13th and 16th?
>
> Regards,
>
> **Pete Bailey**
> Director
> Investment Banking
>
> Capstone Partners
> 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
> M: 310-740-3286
> www.capstonepartners.com
>
>  CAPSTONE PARTNERS

**From:** Joseph Molloy <jmolloy@jamsportsventures.com>
**Sent:** Saturday, September 10, 2022 1:26 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Subject:** Demo Availability

Peter,

On Tuesday and Friday the 13th and 16th of next week the 3-D TV without glasses company will be presenting demos for those interested in coming in to take a look.

On Wednesday and Thursday they will be presenting to the leagues.

If interested in taking a look at the demo which I highly recommend let me know as soon as possible.

Joseph A. Molloy

Chairman and CEO

JAM Sports Ventures

www.jamsportsventures.com (Google translate available)

Jmolloy@jamsportsventures.com

WeChat: jam13134

Mobile: 00-1-813-450-7759

*sent from iPhone

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

# Exhibit B

| | |
|---|---|
| **From:** | Peter Bailey <pbailey@capstonepartners.com> |
| **Sent:** | Monday, September 26, 2022 2:42 PM |
| **To:** | nicole.maneen@visualsemi.com |
| **Cc:** | 'Dannenberg Marc'; 'mathu rajan'; 'Amanda Gonzalez' |
| **Subject:** | RE: Deck |

Great!

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 4:39 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Dannenberg Marc' <mdandml@hotmail.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Hi again!

Mathu just got a message from Joe Malloy and wanted me to show you.

Thanks
Nicole

"Mathu and Marc,

Just got off the call with Fred  Ridley, the President of the Masters, we spoke for about 30 minutes.

He was excited to learn more and will have his people reach out to me early next week. He mentioned that they will want to see a demo probably at Augusta.

When I hear back I will then connect all and Nicole can begin to schedule.

Joe"

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, September 26, 2022 4:54 PM
**To:** nicole.maneen@visualsemi.com

**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Deck

Thank you, Nicole. Great to connect with everyone today.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, September 26, 2022 3:51 PM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Deck

Hi Peter,
It was nice to speak with you today. I've attached the deck, as promised. Please let me know if you need anything further.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

# Exhibit C

**VSi**

_____

**From:** nicole.maneen@visualsemi.com
**Sent:** Monday, December 19, 2022 8:39 AM
**To:** 'Peter Bailey'
**Cc:** 'Joseph Molloy'; 'Dannenberg Marc'; 'mathu rajan'; 'Amanda Gonzalez'
**Subject:** RE: Follow up

**Flag Status:** Flagged

Hi Peter,
I wanted to pass along some updated information about our company progress since we last spoke.

**CONTENT**
On Wednesday, September 14th, Mathu met with the NHL at their Headquarters in New York.
Their team was:
David Proper, NHL, Senior Executive VP, Media & International Strategy
Stephen McArdle, NHL, Senior Executive VP, Digital Media & Strategic Planning and Chief Administrative Officer

On Thursday, December 15th, Mathu met with the NBA at their Headquarters in New York.
Their team was:
Dockery Walker, NBA, Emerging Technology and Innovation Division
John Michael Butterfield, NBA, Emerging Technology and Innovation Director

At both these meetings, Mathu presented the 65" 4K television containing VSI's Glasses-Free 3D state-of-the-art technology. Both the NBA and NHL went crazy over the technology and were blown away by the picture. They expressed their belief that the ramifications of our technology will be a landmark across the entire industry. They want to apply it to broadcasts, internet feeds, and immediate properties (IG, websites, etc).

The NBA team wants prototypes as quickly as possible. A test is being planned for the NBA All-Star Game, which will be held in their suite at the game. They will be inviting all the league owners to come see the technology.

In addition to content, the NBA believes the technology is going to be so huge, they also want to buy equity, and want to extend that offer to players and owners as well. Because they want the first jump at advertisers, they want some sort of sports protection.

The NBA team wants to be operational for the NBA Championship and Conference Championship. They want content put into the hard drive on our unit and on the NBA unit on the desktop. They plan to cross-promote with owner suites, and sports bars around the world.

Finally, Mathu is thinking about bringing James Cameron in to help produce the NBA Finals.

Both want to see game footage converted immediately. The NHL has already supplied us with some sample content and our engineers are in the process of conversion as we speak.

**JAMES CAMERON**
Over the past 6 months, Mathu has been in talks with James Cameron and members of his team regarding our technology. They want to have our relationship solidified so that we can work towards a Glasses-Free release for Avatar 3, the next in line for the Avatar movie series. James also wants to have input in producing different types of content to maximize the technology. They believe so much in its superiority, they want to invest.

<u>OVERSEAS RELATIONSHIPS</u>
After the new year, Mathu is making two trips to visit important vendors and partners.  Below are the groups he will be meeting with. These meetings will be for planning production, obtaining P.O.s, and solidifying future plans for our technology to go to market.

<u>Korea Trip Itinerary</u>
Meet with Samsung CEO, LG CEO, Hyundai CEO, and the Korean Telecom Group

<u>Japan Trip Itinerary</u>
Meet with Sony, Panasonic, Mitsubishi, Hitachi, NEC

When are you available so Mathu could update you properly via zoom?

I hope you are doing well.
Thank you,
Nicole

---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Wednesday, November 9, 2022 9:35 AM
**To:** 'Peter Bailey' <pbailey@capstonepartners.com>
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; 'Dannenberg Marc' <mdandml@hotmail.com>; 'mathu rajan' <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Follow up

Great, thank you.  I've sent an invitation for 10 am CT.  I'm including the link below for easy reference.

Thank you,
Nicole

Nicole Maneen is inviting you to a scheduled Zoom meeting.

Topic: My Meeting
Time: Nov 9, 2022 11:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/83936344318?pwd=K0dKK0V0aEFwKzRqTFdiMTROdGFxZz09

Meeting ID: 839 3634 4318
Passcode: 709855
One tap mobile
+13126266799,,83936344318#,,,,*709855# US (Chicago)
+16469313860,,83936344318#,,,,*709855# US

Dial by your location
        +1 312 626 6799 US (Chicago)
        +1 646 931 3860 US
        +1 929 436 2866 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 309 205 3325 US
        +1 360 209 5623 US

+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
Meeting ID: 839 3634 4318
Passcode: 709855
Find your local number: https://us02web.zoom.us/u/keD1nBX2BK

---

**From:** Peter Bailey <pbailey@capstonepartners.com>
**Sent:** Monday, November 7, 2022 3:11 PM
**To:** nicole.maneen@visualsemi.com
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** RE: Follow up

Thank you, Nicole.  I am available Wednesday 10am CT – 1pm CT.

Regards,

**Pete Bailey**
Director
Investment Banking

Capstone Partners
Ross Tower | 500 N. Akard Street, Suite 2350 | Dallas, TX 75201
M: 310-740-3286
www.capstonepartners.com



---

**From:** nicole.maneen@visualsemi.com <nicole.maneen@visualsemi.com>
**Sent:** Monday, November 7, 2022 11:05 AM
**To:** Peter Bailey <pbailey@capstonepartners.com>
**Cc:** 'Joseph Molloy' <jmolloy@jamsportsventures.com>; Dannenberg Marc <mdandml@hotmail.com>; mathu rajan <mathu.rajan@visualsemi.com>; 'Amanda Gonzalez' <amanda.gonzalez@visualsemi.com>
**Subject:** Follow up

Hi Peter,
Mathu would like to have another zoom with you.  Do either Wednesday or Thursday work?  I would be happy to send a link.

Thank you,
Nicole

Capstone Partners Email Disclaimer This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited. Capstone Partners is a trade name under which financial advisory and investment banking services of Capstone Enterprises LLC and its subsidiaries are marketed. Securities products and services are offered by licensed securities representatives of Capstone Capital

Markets LLC, a broker-dealer registered with the Securities and Exchange Commission and member, FINRA and SIPC. Capstone Capital Markets LLC provides financial advisory services and does not accept deposits, extend credit or engage in trading activity. For additional information and disclosures please visit our website.

**Exhibit D**



**Tue, Apr 30**

Hey - Mathu needs three things. 1. Please fill out a disbursement for the Lawyer bill I copied you on this morning. 2. Please get approvals for the forms you emailed and sign and process after Mathu approves. 3. I need you to access Mathu's VSI email - sort by "sent from" and look at everything Joe Molloy has sent to Mathu. We need a list of names/companies/email addresses of any introductions he made (especially the ones Marc D was copied on).



approvals for the forms you emailed and sign and process after Mathu approves. 3. I need you to access Mathu's VSI email - sort by "sent from" and look at everything Joe Molloy has sent to Mathu. We need a list of names/companies/email addresses of any introductions he made (especially the ones Marc D was copied on). If there are notes in the email, please add a column with a reference as to what kind of company or what might have been discussed. Thank you!   3:52 PM



Thank you!   4:04 PM

**Tue, Apr 30**

👍

**Amanda StreamTV**
1. done, 2. sent email for approval of all forms so that they can be signed, 4. was already done   4:51 PM

3. Have to download an then I will start looking - pretty sure I have all of those communications in the Malloy Box. I kept track of every communication I was on from Joe Malloy and the contact we made or were introduced to. But I will look through his email.   4:52 PM



**Fri, May 3**

Hey do you have list of contacts from Mathu's Joe Molloy's contacts?   9:57 AM

**Amanda StreamTV**
We have a master list of all contacts   10:49 AM

No I mean did you do the email scrub we asked for   10:56 AM

**Amanda StreamTV**
Not done but it is started. Going backwards   10:57 AM

that is just part of it   M

**Wed, May 8**

**Amanda StreamTV**

**Amanda StreamTV**
emailed

I emailed what I wrote above in the body of the email. You can print into PDF if you need an actual document   7:12 PM

**Amanda StreamTV**

📊 Joe Malloy - Introductions.xlsx
1 sheet • 13 KB • xlsx

Here you go. I will also email.   8:34 PM

# Exhibit E

| | |
|---|---|
| **From:** | Mathu Rajan <mathu.rajan@visualsemi.com> |
| **Sent:** | Tuesday, May 28, 2024 11:49 AM |
| **To:** | Leslie Beth Baskin |
| **Cc:** | nicole.maneen@visualsemi.com; Zahralddin, Rafael; Bud Robertson; Suby; Amanda Gonzalez; Dan Rink |
| **Subject:** | Re: Retention of Capstone |
| | |
| **Flag Status:** | Flagged |

Suby and Amanda can you find the VSI and capstone NDA.
Thanks,
Mathu
Sent from my iPhone