IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>STREAM TV NETWORKS, INC.<br>    Debtor<br>        and<br><br>IN RE:<br><br>TECHNOVATIVE MEDIA, INC.<br>    Debtor. | Chapter 11<br><br>Case No. 23-10763 (MDC)<br><br><br><br><br>Case No. 23- 10764 (MDC)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 13th day of June, 2024, the United States Trustee's Objection to the Application to Employ Capstone Capital Markets, LLC., as Investment Banker, was served upon those parties as set forth on the attached Clerk's Service List via CM/ECF,

                                    BY:    */s/ Nancy Miller*
                                            Nancy Miller, Legal Clerk