# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>　　Debtor. | Chapter 11<br><br>Case No.: 23-10763 MDC |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Akerman LLP hereby enters its appearance on behalf of Visual Semiconductor, Inc. and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Donald N. David (SBN # 304846)
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Telephone: (212) 880-3856
Facsimile: (212) 880-8965
Email: donald.david@akerman.com

R. Adam Swick (*pro hac vice pending*)
AKERMAN, LLP
500 W. 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7100
Facsimile: (512) 623-6701
Email: adam.swick@akerman.com

72179198;1

John H. Thompson (*pro hac vice pending*)
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Facsimile: (202) 393-5959
Email: john.thompson@akerman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand not only includes notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, request, answers, replies, memoranda and briefs in support of any of the above, whether formal or informal, transmitted or conveyed by electronic delivery, mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Visual Semiconductor Inc.'s: (i) right to contest the subject matter or personal jurisdiction of this Court; (ii) right to seek abstention or withdrawal of any matter arising in this proceeding; (iii) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (iv) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; (vi) right to enforce any contractual provisions with respect to arbitration; or (vii) other rights, claims, actions, defenses, setoffs or recoupments to which Visual Semiconductor Inc. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

72179198;1

**PLEASE TAKE FURTHER NOTICE** that this appearance is a limited appearance for purposes of notice only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated: June 18, 2024

**AKERMAN LLP**

/s/ Donald N. David

Donald N. David (SBN # 304846)
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Telephone: (212) 880-3856
Facsimile: (212) 880-8965
Email: donald.david@akerman.com

/s/ Adam Swick

R. Adam Swick (*pro hac vice pending*)
AKERMAN, LLP
500 W. 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7100
Facsimile: (512) 623-6701
Email: adam.swick@akerman.com

/s/ John H. Thompson

John H. Thompson (*pro hac vice pending*)
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Facsimile: (202) 393-5959
Email: john.thompson@akerman.com

*Attorneys for Visual Semiconductor Inc.*

72179198;1

## **CERTIFICATE OF SERVICE**

I certify that on June 18, 2024, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, Eastern District of Pennsylvania, via ECF.

| | |
|---|---|
| Dated: June 18, 2024 | **AKERMAN, LLP** |
| | |
| | */s/ Donald R. David* |
| | Donald N. David (SBN # 304846) |
| | AKERMAN LLP |
| | 1251 Avenue of the Americas |
| | 37th Floor |
| | New York, NY 10020 |
| | Telephone: (212) 880-3856 |
| | Facsimile: (212) 880-8965 |
| | Email: donald.david@akerman.com |
| | |
| | *Attorneys for Visual Semiconductor, Inc,* |

72179198;1