UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*[1]<br><br>The Debtors. | Chapter 11<br><br>Bky Case No. 23-10763 (AMC)<br>(Jointly Administered) |

### DECLARATION OF MATHU RAJAN

I, Mathu Rajan, pursuant to 28 U.S.C § 1746, hereby declare under penalty of perjury:

1. I respectfully submit this declaration with the *Objection of Visual Semiconductor, Inc. to the Motion of William A. Homony in His Capacity as Chapter 11 Trustee for Entry of an Order Enforcing the Automatic Stay and Compelling Turnover of Estate Property* ("Objection"). Other than as set forth expressly herein, this declaration is based upon personal knowledge.

2. Attached as Exhibit A is a true and correct copy of Exclusive Distribution Agreement executed on March 31, 2023.

3. Attached as Exhibit B is a true and correct copy of the January 16, 204 email from Nicole Maneen to the Trustee.

4. Attached as Exhibit C is a true and correct copy of the January 17, 2024 email from the Trustee to Nicole Maneen.

5. Attached as Exhibit D is a true and correct copy of the March 10, 2024 email from Nicole Maneen to the Trustee.

6. Attached as Exhibit E is a true and correct copy of the January 29, 2024 email from William Homony to Nicole Maneen

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

76871418;1

7. Attached as Exhibit F is a true and correct copy of the March 8, 2024 email exchange between Nicole Maneen and the Trustee.

8. Attached as Exhibit G is a true and correct copy of the March 10, 2024 email from Nicole Maneen to the Trustee.

9. Attached as Exhibit H is a true and correct copy of the March 11, 2024 follow-up email from Nicole Maneen to the Trustee.

10. Attached as Exhibit I is a true and correct copy of the March 11, 2024 email from the Trustee to Nicole Maneen.

11. Attached as Exhibit J is a true and correct copy of the March 11, 2024 email from the Trustee to Patric Theune.

12. Attached as Exhibit K is a true and correct copy of the March 11, 2024 email from Nicole Maneen to Patric Theune, with the Trustee copied.

13. Attached as Exhibit L is a true and correct copy of the March 12, 2024 email from Patric Theune to the Trustee and Nicole Maneen.

76871418;1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2024            Stream TV Networks, Inc.

By: *[signature]*

Mathu Rajan
Title: Chief Executive Officer

76871418;1