**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | William Homony <bhomony@mctllp.com> |
| **Sent:** | Wednesday, January 17, 2024 10:33 AM |
| **To:** | nicole@streamacquisitiongroup.com; Michael.vagnoni@obermayer.com; 'George, Edmond'; Matt Tomlin |
| **Cc:** | mathu rajan; Amanda Gonzalez; Dan Rink; Suby Joseph; Bud |
| **Subject:** | RE: Hawk conversion and amendment information |

Thanks Nicole.  I'm looking to obtain the documents and other information that supports Stream's position that the debt was in fact converted to equity.

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**From:** nicole@streamacquisitiongroup.com [mailto:nicole@streamacquisitiongroup.com]
**Sent:** Wednesday, January 17, 2024 10:11 AM
**To:** William Homony <bhomony@mctllp.com>; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>; Matt Tomlin <mtomlin@mctllp.com>
**Cc:** mathu rajan <mathu@streamacquisitiongroup.com>; Amanda Gonzalez <amanda@streamacquisitiongroup.com>; Dan Rink <dan@streamacquisitiongroup.com>; Suby Joseph <suby@streamacquisitiongroup.com>; Bud <bud@streamacquisitiongroup.com>
**Subject:** RE: Hawk conversion and amendment information

You don't often get email from nicole@streamacquisitiongroup.com. Learn why this is important

Good morning,

As a follow up, I've also put these documents in the box folder to which you have access.  Please see the link below should you need to access these documents.

https://app.box.com/s/niqc1r3ihpwwexal0jkd7j0bk6squskv

Thank you,
Nicole

**From:** nicole@streamacquisitiongroup.com <nicole@streamacquisitiongroup.com>
**Sent:** Tuesday, January 16, 2024 5:55 PM
**To:** bhomony@mctllp.com; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>; Matt Tomlin <mtomlin@mctllp.com>
**Cc:** mathu rajan <mathu@streamacquisitiongroup.com>
**Subject:** Hawk conversion and amendment information

Good evening,

**EXHIBIT B**

Please see attached the information about the Hawk conversion and the amendment.

Thank you,
Nicole