**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | George, Edmond <Edmond.George@obermayer.com> |
| **Sent:** | Thursday, February 8, 2024 10:55 AM |
| **To:** | nicole@streamacquisitiongroup.com; Vagnoni, Michael; bhomony@mctllp.com |
| **Cc:** | Steven Coren; Matt Tomlin |
| **Subject:** | Stream |

Nicole, we are reviewing and analyzing the documents you sent us on the conversion issue for Hawk. We are going to need to see proof of deposits of the funds referenced in your documentations, as you have asserted that more money was raised than was owed to Hawk. We were also wondering whether in the conversion calculation you performed, whether you considered the interest which was accruing on the obligations. It seems that the numbers may not match, but again, we may not have all of the documentation. If you could provide a list of the deposits and amounts and where deposited, and your interest calculation, that would be very helpful.

Thank you

Ed George



  

**Edmond M. George, Esquire, LLM**
Chairman, Creditor's Rights and Financial Reorganization Group

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665-3140 tel | 215.665.3165 fax
edmond.george@obermayer.com | www.obermayer.com

Super Lawyers
Pennsylvania: 2014, 2022, 2023
New Jersey: 2013, 2014, 2018, 2019

Best of the Bar 2018
Philadelphia Business Journal

 

1

**EXHIBIT C**