**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | nicole@streamacquisitiongroup.com |
| **Sent:** | Sunday, March 10, 2024 8:28 PM |
| **To:** | bhomony@mctllp.com; Michael.vagnoni@obermayer.com; 'George, Edmond'; Matt Tomlin |
| **Cc:** | Zahralddin, Rafael; 'mathu rajan'; 'mattrajan1471@gmail.com'; mathu rajan |
| **Subject:** | Assets |
| **Attachments:** | 20240310 Stream TV Assets to be Returned.docx |

Good evening, team,

Please see attached the updated missing assets list.

Below is where they should go:

Easy Space Storage
2520 Knights Rd
Bensalem, PA 19020

Unit  
is the keypad code

I will send another email with information regarding the bonding machine.

Thank you,
Nicole

**EXHIBIT D**