**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | William Homony <bhomony@mctllp.com> |
| **Sent:** | Monday, January 29, 2024 12:51 PM |
| **To:** | nicole@streamacquisitiongroup.com; Matt Tomlin; Michael.vagnoni@obermayer.com; 'George, Edmond' |
| **Cc:** | 'Zahralddin, Rafael'; 'mathu rajan'; 'Bud' |
| **Subject:** | RE: 2023 Q4 Philips Royalty Reporting |

We received the below information from Stastney this morning.

12.3" Display:  10
15.6" Display:  10
27" Display:  6

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**From:** nicole@streamacquisitiongroup.com [mailto:nicole@streamacquisitiongroup.com]
**Sent:** Friday, January 26, 2024 3:47 PM
**To:** Matt Tomlin <mtomlin@mctllp.com>; William Homony <bhomony@mctllp.com>; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>
**Cc:** 'Zahralddin, Rafael' <Rafael.Zahralddin@lewisbrisbois.com>; 'mathu rajan' <mathu@streamacquisitiongroup.com>; 'Bud' <bud@streamacquisitiongroup.com>
**Subject:** RE: 2023 Q4 Philips Royalty Reporting

You don't often get email from nicole@streamacquisitiongroup.com. Learn why this is important

Good afternoon,
Please let me know when you get the information needed to give to Phillips.  According to what Patric mentioned in his reply to Bud, Shad is managing the Netherlands so he should be able to provide this to you.   We don't want to miss the deadline.

Thank you,
Nicole

**From:** nicole@streamacquisitiongroup.com <nicole@streamacquisitiongroup.com>
**Sent:** Friday, January 26, 2024 1:12 PM
**To:** 'Matt Tomlin' <mtomlin@mctllp.com>; 'William Homony' <bhomony@mctllp.com>; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>
**Cc:** 'Zahralddin, Rafael' <Rafael.Zahralddin@lewisbrisbois.com>; 'mathu rajan' <mathu@streamacquisitiongroup.com>; 'Bud' <bud@streamacquisitiongroup.com>
**Subject:** RE: 2023 Q4 Philips Royalty Reporting

**EXHIBIT E**

Good afternoon,
Please see attached the 3 reports you requested. When a report is completed, they are uploaded to a secure portal that Phillips gives us access to.

Thank you,
Nicole

---

**From:** Matt Tomlin <mtomlin@mctllp.com>
**Sent:** Thursday, January 25, 2024 4:13 PM
**To:** nicole@streamacquisitiongroup.com; William Homony <bhomony@mctllp.com>; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>
**Cc:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; mathu rajan <mathu@streamacquisitiongroup.com>; Bud <bud@streamacquisitiongroup.com>
**Subject:** RE: 2023 Q4 Philips Royalty Reporting

Nicole,
Can you send us copies of the 1Q to 3Q reports submitted to Philips? Apologies if these in the files that have been sent but I do not see them. I do see the 1Q and 2Q invoices from Philips, but not the reporting. Thanks.

Matt Tomlin
Miller Coffey Tate LLP
p 215-561-0950 ext. 18
mtomlin@mctllp.com

---

**From:** nicole@streamacquisitiongroup.com [mailto:nicole@streamacquisitiongroup.com]
**Sent:** Thursday, January 25, 2024 3:58 PM
**To:** William Homony <bhomony@mctllp.com>; Matt Tomlin <mtomlin@mctllp.com>; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>
**Cc:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; mathu rajan <mathu@streamacquisitiongroup.com>; Bud <bud@streamacquisitiongroup.com>
**Subject:** FW: 2023 Q4 Philips Royalty Reporting

> You don't often get email from nicole@streamacquisitiongroup.com. Learn why this is important

Good afternoon, Bill,

Please see the information below about the Phillips license.

Stream is required to report quarterly sales data to Philips for calculation of royalties, if any. The reports are due 30 days after the end of each calendar quarter, which means our next report is due on January 30. Although Stream itself has no sales to report for Q4 2023, we are aware that Stream's subsidiary sold prototype samples to Hyundai Mobis during that period. It was part of the overall discussion in bankruptcy court last year, and samples fall under the reporting requirement.

On January 5, 2024, Bud Robertson sent an email to Patric Theune at SCBV requesting the minimal information required to file our royalty report. Mr. Theune replied on January 8 that the request had been forwarded to Shad Stastney, as he is the current registered director of SCBV. Mr. Stastney was copied on that response, so he is aware of the reporting requirement as well as the escalation of our request to him personally. For 2 weeks, there has been no response from Mr. Stastney.

Bud Robertson sent a follow up email directly to Mr. Stastney yesterday to communicate the urgency of the request and underscore the critical deadline.  He has not responded and is not cooperating.  We had hoped he would cooperate, but his lack of any communication in this matter to date is concerning.

We need to get this information quickly so we can file with Phillips before the deadline.

Thank you,
Nicole


**From:** bud@streamacquisitiongroup.com <bud@streamacquisitiongroup.com>
**Sent:** Thursday, January 25, 2024 3:50 PM
**To:** nicole@streamacquisitiongroup.com
**Subject:** FW: 2023 Q4 Philips Royalty Reporting

Hi Nicole,

Attached is the email thread showing my requests to Patric and Shad for information we need to file our quarterly report to Philips. Our deadline is next week.

Best regards,

Bud Robertson
Stream TV Networks, Inc.