**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | nicole@streamacquisitiongroup.com |
| **Sent:** | Friday, March 8, 2024 4:23 PM |
| **To:** | 'William Homony' |
| **Subject:** | RE: Payroll |
| | |
| **Flag Status:** | Flagged |

That's not a problem, VSI can pay them.  We thought it had to go through you and didn't want to break any rules.  I misunderstood Michael's email and thought he meant nothing without your permission, which, at the time, we were coordinating with you.  I will pass it on that VSI needs to pay.  I will tell them to look for that wire.

Thank you,
Nicole

**From:** William Homony <bhomony@mctllp.com>
**Sent:** Friday, March 8, 2024 2:58 PM
**To:** nicole@streamacquisitiongroup.com
**Subject:** RE: Payroll

Hi Nicole, I apologize I thought it was communicated that absent an order from the bankruptcy court that I was not going to accept any additional money from VSI.  I will return the wire and ask that VSI directly pay these contractors until further notice.

Thanks.

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**From:** nicole@streamacquisitiongroup.com [mailto:nicole@streamacquisitiongroup.com]
**Sent:** Friday, March 08, 2024 2:19 PM
**To:** William Homony <bhomony@mctllp.com>
**Subject:** Payroll

Good afternoon,
Please see attached the pay list for payroll.  The wire is headed your way.
Thank you,
Nicole

**EXHIBIT F**