**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | nicole@streamacquisitiongroup.com |
| **Sent:** | Sunday, March 10, 2024 8:32 PM |
| **To:** | bhomony@mctllp.com; Michael.vagnoni@obermayer.com; 'George, Edmond'; Matt Tomlin; Andrew Belli; Hinson, Philip; 'Steven Coren' |
| **Cc:** | Zahralddin, Rafael; 'mathu rajan'; 'mattrajan1471@gmail.com'; mathu rajan |
| **Subject:** | Bonding machine |
| **Attachments:** | Cystar Agreement.pdf |

Good afternoon,

Please see information below about where the bonding machine is currently being stored.  I've attached the agreement with Cystar for your review.

The machine needs to go to their facility.

Thank you,
Nicole



The address where the equipment is currently stored:

Address: No. 369, Kang Zhuang Road, Kun Shan City, Jiangsu Province
The information about the landlord
Tel.: +8613584870279
Manager Han.

**EXHIBIT G**