**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | nicole@streamacquisitiongroup.com |
| **Sent:** | Monday, March 11, 2024 11:30 AM |
| **To:** | 'William Homony'; 'Michael.vagnoni@obermayer.com'; 'George, Edmond'; 'Matt Tomlin'; 'Andrew Belli'; 'Hinson, Philip'; 'Steven Coren' |
| **Cc:** | 'Zahralddin, Rafael'; 'mathu rajan'; 'mattrajan1471@gmail.com'; 'mathu rajan' |
| **Subject:** | RE: Bonding machine |

To clarify further, Patric has some assets and the bonding machine.  Shad controls the assets in the other location offices (London, NY, Florida, etc).  Meetal Gokul (works in London but runs the India team) has the information about the content and potential accounts/companies contacted regarding Stream technology.

Could you please also reach out to Shad and Meetal like you did with Patric so we can get the rest of the assets listed besides what is in the Netherlands?

Thank you,
Nicole

**From:** nicole@streamacquisitiongroup.com <nicole@streamacquisitiongroup.com>
**Sent:** Monday, March 11, 2024 10:37 AM
**To:** 'William Homony' <bhomony@mctllp.com>; 'Michael.vagnoni@obermayer.com' <Michael.vagnoni@obermayer.com>; 'George, Edmond' <Edmond.George@obermayer.com>; 'Matt Tomlin' <mtomlin@mctllp.com>; 'Andrew Belli' <ABelli@kcr-law.com>; 'Hinson, Philip' <Philip.Hinson@lewisbrisbois.com>; 'Steven Coren' <SCoren@kcr-law.com>
**Cc:** 'Zahralddin, Rafael' <Rafael.Zahralddin@lewisbrisbois.com>; 'mathu rajan' <mathurajan@icloud.com>; 'mattrajan1471@gmail.com' <mattrajan1471@gmail.com>; 'mathu rajan' <mathu@streamacquisitiongroup.com>
**Subject:** RE: Bonding machine

Good morning!
Thank you.  I can coordinate.

In the document, many of the items were listed at locations other than the Netherlands.  You may need to reach out to Shad for those.

Thank you,
Nicole

**From:** William Homony <bhomony@mctllp.com>
**Sent:** Monday, March 11, 2024 9:38 AM
**To:** nicole@streamacquisitiongroup.com; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>; Matt Tomlin <mtomlin@mctllp.com>; Andrew Belli <ABelli@kcr-law.com>; Hinson, Philip <Philip.Hinson@lewisbrisbois.com>; 'Steven Coren' <SCoren@kcr-law.com>
**Cc:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; 'mathu rajan' <mathurajan@icloud.com>; mattrajan1471@gmail.com; mathu rajan <mathu@streamacquisitiongroup.com>
**Subject:** RE: Bonding machine

Nicole, I'm going to put you in contact with Patric Theune to discuss logistics of moving the bonding equipment and return of other Stream assets.

**EXHIBIT H**

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**From:** nicole@streamacquisitiongroup.com [mailto:nicole@streamacquisitiongroup.com]
**Sent:** Sunday, March 10, 2024 8:32 PM
**To:** William Homony <bhomony@mctllp.com>; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>; Matt Tomlin <mtomlin@mctllp.com>; Andrew Belli <ABelli@kcr-law.com>; Hinson, Philip <Philip.Hinson@lewisbrisbois.com>; 'Steven Coren' <SCoren@kcr-law.com>
**Cc:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; 'mathu rajan' <mathurajan@icloud.com>; mattrajan1471@gmail.com; mathu rajan <mathu@streamacquisitiongroup.com>
**Subject:** Bonding machine

Good afternoon,

Please see information below about where the bonding machine is currently being stored. I've attached the agreement with Cystar for your review.

The machine needs to go to their facility.

Thank you,
Nicole


The address where the equipment is currently stored:

Address: No. 369, Kang Zhuang Road, Kun Shan City, Jiangsu Province
The information about the landlord
Tel.: +8613584870279
Manager Han.