**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | William Homony <bhomony@mctllp.com> |
| **Sent:** | Monday, March 11, 2024 9:38 AM |
| **To:** | nicole@streamacquisitiongroup.com; Michael.vagnoni@obermayer.com; 'George, Edmond'; Matt Tomlin; Andrew Belli; Hinson, Philip; 'Steven Coren' |
| **Cc:** | Zahralddin, Rafael; 'mathu rajan'; mattrajan1471@gmail.com; mathu rajan |
| **Subject:** | RE: Bonding machine |

Nicole, I'm going to put you in contact with Patric Theune to discuss logistics of moving the bonding equipment and return of other Stream assets.

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**From:** nicole@streamacquisitiongroup.com [mailto:nicole@streamacquisitiongroup.com]
**Sent:** Sunday, March 10, 2024 8:32 PM
**To:** William Homony <bhomony@mctllp.com>; Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>; Matt Tomlin <mtomlin@mctllp.com>; Andrew Belli <ABelli@kcr-law.com>; Hinson, Philip <Philip.Hinson@lewisbrisbois.com>; 'Steven Coren' <SCoren@kcr-law.com>
**Cc:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; 'mathu rajan' <mathurajan@icloud.com>; mattrajan1471@gmail.com; mathu rajan <mathu@streamacquisitiongroup.com>
**Subject:** Bonding machine

Good afternoon,

Please see information below about where the bonding machine is currently being stored. I've attached the agreement with Cystar for your review.

The machine needs to go to their facility.

Thank you,
Nicole



The address where the equipment is currently stored:

Address: No. 369, Kang Zhuang Road, Kun Shan City, Jiangsu Province
The information about the landlord
Tel.: +8613584870279
Manager Han.

**EXHIBIT I**