**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | nicole@streamacquisitiongroup.com |
| **Sent:** | Monday, March 11, 2024 12:59 PM |
| **To:** | 'William Homony'; 'Patric Theune' |
| **Subject:** | RE: Stream TV |
| **Attachments:** | 20240311 Stream TV Assets to be Returned.pdf |

Hi Patric,

As per Bill's instruction below, I will be your contact for asset return.  I appreciate your prompt attention to this matter.

I have highlighted in BLUE on the asset list attached what we need you to send to this address:
Easy Space Storage
2520 Knights Rd
Bensalem, PA 19020
Unit 2032

Please send the bonding machine to this address:
No.136 Gangjian Road, Dongguan City, Guangdong Province, China

We need confirmation from you by 5pm CET on Tuesday, March 12th that you are processing this request.  We will assume you are not complying with the request if there is a failure to clearly respond by that time.

Please send me the shipping information and confirmations as soon as possible.

Thank you,
Nicole Maneen

---

**From:** William Homony <bhomony@mctllp.com>
**Sent:** Monday, March 11, 2024 10:00 AM
**To:** Patric Theune <patric.theune@seecubic.com>
**Cc:** nicole@streamacquisitiongroup.com
**Subject:** Stream TV

Hello Patric, as reflected in my prior email from earlier today, I am directing the relocation of Stream's bonding equipment as well as the return of the assets identified on the attached itemized list.  I've copied Nicole on this email who will be coordinating with you on the logistics.  Please work to accomplish these requests as quickly as possible.

Please let me know if you have any questions.

Regards,

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**

**EXHIBIT K**

**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**