IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-10763 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**JOHN H. THOMPSON**

Pursuant to Local Rule 2090-1(c) of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Donald David, hereby moves for the admission *pro hac vice* of John H. Thompson of Akerman LLP to appear as counsel for the plan sponsor, Visual Semiconductor, Inc. ("VSI") in the above-captioned bankruptcy case.

1. A Verified Declaration of Mr. Thompson is submitted herewith and incorporated herein by reference.

2. Movant, Donald David, is a member in good standing of, *inter alia*, the Supreme Court of the Commonwealth of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania, and is local counsel for VSI in this bankruptcy case.

3. Applicant will tender the required fee for *pro hac vice* admission.

**WHEREFORE**, Movant respectfully requests that this Honorable Court admit, *pro hac vice,* John H. Thompson as counsel for Visual Semiconductor, Inc, and for such other relief as is just and equitable.

| | |
|---|---|
| Dated: June 20, 2024 | **AKERMAN LLP** |
| | */s/ Donald David* |
| | Donald N. David |
| | SBN 304846 |
| | Akerman LLP |
| | 1251 Avenue of the Americas |
| | 37th Floor |
| | New York, NY 10020 |
| | Telephone: (212) 880-3800 |
| | Facsimile: (212) 880-8965 |
| | Email: donald.david@akerman.com |

71895224;3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on June 20, 2024, with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary.

By: /s/ *Donald David*

71895224;3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-10763 MDC |

**VERIFIED STATEMENT OF JOHN THOMPSON**

John Thompson, hereby verifies that:

1. I am an Partner with the law firm of Akerman LLP, 750 9th Street, NW, Suite 750, Washington, D.C. 20001(Telephone: (202) 393-6222).

2. I am admitted to practice in, and remain in good standing with the bars of the State of New York and the District of Columbia as well as the United States District Courts for the District of Columbia, District of Maryland, Southern District of New York, and the U.S. Courts of Appeals for the Second and Sixth Circuits.

3. I am not currently suspended or disbarred or subject to any disciplinary action in any jurisdiction.

4. I understand that I will be subject to the rules of procedure, practice and discipline applicable in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

This Verification is given subject to the penalties of 18 PA CSA 4904, relating to unsworn falsification to authorities.

Dated: June 20, 2024              /s/ *John Thompson*
                                  John Thompson

71895224;3