**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 11 |
| STREAM TV NETWORKS, INC., | Case No.: 23-10763 MDC |
| Debtor. | |

## ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW**, it is hereby ORDERED that the motion to admit John H. Thompson, to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.

BY THE COURT:

Dated: _____, 2024    _____
Honorable Ashely M. Chan

71895224;3