Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Rembrandt 3D Holding Ltd.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☑ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Granting a Motion to Approve Compromise under Rule 9019

2. State the date on which the judgment—or the appealable order or decree—was entered:
   June 6, 2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: (see attached additional pages)   Attorney: _____

2. Party: _____   Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Andrew DeMarco

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 6/20/2024

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Andrew DeMarco
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue, Wilmington, DE 19806
Telephone: (302) 449-9010

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**Additional page for part 3: Identify the other parties to the appeal.**

| No. | Party | Attorney |
|---|---|---|
| 1. | **Debtor:**<br>Stream TV Networks, Inc. | SEAN M. BRENNECKE<br>Lewis Brisbois Bisgaard & Smith, LLP<br>500 Delaware Avenue, Suite 700<br>Wilmington, DE 19801<br>(302) 985-6009<br>Fax : (302) 985-6001<br>Email: Sean.Brennecke@lewisbrisbois.com<br><br>SCOTT D. COUSINS<br>1201 Orange Street<br>P.O. Box 491<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br><br>BENNETT G. FISHER<br>Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, Suite 1400<br>Houston, TX 77046<br>(346) 241-0495<br>Fax : (713) 759-6830<br>Email: Bennett.Fisher@lewisbrisbois.com<br><br>MICHAEL D. VAGNONI<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>(215) 665-3066<br>Fax : (215) 665-3165<br>Email: michael.vagnoni@obermayer.com<br><br>RAFAEL X. ZAHRALDDIN<br>Lewis Brisbois<br>500 Delaware Avenue<br>Ste 700<br>Wilmington, DE 19801<br>302-985-6004<br>Email: Rafael.Zahralddin@lewisbrisbois.com |
| 2. | **Debtor:**<br>Technovative Media, Inc.<br>2009 Chestnut Street<br>3rd Floor<br>Philadephia, PA 19103<br>PHILADELPHIA-PA<br>Tax ID / EIN: 45-4345015 | SEAN M. BRENNECKE<br>Lewis Brisbois Bisgaard & Smith, LLP<br>500 Delaware Avenue, Suite 700<br>Wilmington, DE 19801<br>(302) 985-6009<br>Fax : (302) 985-6001<br>Email: Sean.Brennecke@lewisbrisbois.com |

|   |   |   |
|---|---|---|
|   |   | SCOTT D. COUSINS<br>1201 Orange Street<br>P.O. Box 491<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br><br>BENNETT G. FISHER<br>Lewis Brisbois Bisgaard & Smith LLP<br>24 Greenway Plaza, Suite 1400<br>Houston, TX 77046<br>(346) 241-0495<br>Fax : (713) 759-6830<br>Email: Bennett.Fisher@lewisbrisbois.com<br><br>MICHAEL D. VAGNONI<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>(215) 665-3066<br>Fax : (215) 665-3165<br>Email: michael.vagnoni@obermayer.com<br><br>RAFAEL X. ZAHRALDDIN<br>Lewis Brisbois<br>500 Delaware Avenue<br>Ste 700<br>Wilmington, DE 19801<br>302-985-6004<br>Email: Rafael.Zahralddin@lewisbrisbois.com |
| 3. | **Creditor:**<br>Visual Semiconductor, Inc. | Donald N. David, SBN: 304846<br>AKERMAN LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>Facsimile: (212) 880-8965<br>Email: donald.david@akerman.com<br><br>R. Adam Swick<br>AKERMAN LLP<br>500 West 5th Street, Suite 1210<br>Austin, TX 78701<br>Telephone: (737) 999-7103<br>Facsimile: (512) 623-6701<br>Email: adam.swick@akerman.com |

|   |   |   |
|---|---|---|
|   |   | John H. Thompson<br>AKERMAN LLP<br>750 Ninth Street, N.W. 750<br>Washington, D.C. 20001<br>Telephone: (202) 824-1760<br>Facsimile: (202) 393-5959<br>Email: john.thompson@akerman.com |
| 4. | **Trustee:**<br>WILLIAM A. HOMONY | ANDREW J. BELLI<br>Coren & Ress, PC<br>2001 Market Street<br>Suite 3900<br>Philadelphia, PA 19103<br>215-735-8700<br>Fax : 215-735-5170<br>Email: abelli@kcr-law.com<br><br>STEVEN M. COREN<br>Kaufman, Coren & Ress, P.C.<br>TWO COMMERCE SQUARE<br>SUITE 3900<br>2001 MARKET STREET<br>Philadelphia, PA 19103-2713<br>(215) 735-8700<br>Fax : 215-735-5170<br>Email: scoren@kcr-law.com<br><br>MICHAEL D. VAGNONI<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>(215) 665-3066<br>Fax : (215) 665-3165<br>Email: michael.vagnoni@obermayer.com |
| 5. | **U.S. Trustee:**<br>United States Trustee | KEVIN P. CALLAHAN<br>DOJ-Ust<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Ste. 320<br>Philadelphia, PA 19107<br>215-597-4411<br>Email: kevin.p.callahan@usdoj.gov<br><br>JOHN HENRY SCHANNE<br>DOJ-Ust<br>Office of The United States Trustee |

|  |  | Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>202-934-4154<br>Email: John.Schanne@usdoj.gov |
|---|---|---|