*Form 256* (3/23)–doc 688 – 685

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Stream TV Networks, Inc. ) | Case No. 23–10763–amc |
| ) | |
| ) | |
|    Technovative Media, Inc. ) | Chapter: 11 |
| ) | |
|   Debtor(s). ) | |

## Amended Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [685] Notice of Appeal as served on June 21, 2024 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: WILLIAM A. HOMONY | CM/ECF |
| U.S. District Court | Email |
| Debtor: Stream TV Networks, Inc. | Regular mail through the BNC |
| Debtor's Attorney:<br>RAFAEL X. ZAHRALDDIN | CM/ECF |
| Attorney Sean M. Brenneck Counsel for Debtors Stream TV Networks, Inc and Technovative Media Inc.<br>Attorney Scott D. Cousins Counsel for Debtors<br>Attorey Michael D. Vagnoni Counsel for Debtor<br>Attorney Donald N. David Counsel for Creditor Viscual Semicond | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: June 21, 2024

For The Court

Timothy B. McGrath
Clerk of Court