*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Stream TV Networks, Inc. ) | Case No. 23–10763–amc |
| ) | |
| ) | |
|    Technovative Media, Inc. ) | Chapter: 11 |
| ) | |
|   Debtor(s). ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered June 7, 2024 and dated June 6, 2024 by the Honorable Ashely M. Chan

Notice of appeal filing fee ☑ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: June 21, 2024

                                                                For The Court

                                                                Timothy B. McGrath
                                                                 Clerk of Court

---

Received Above material or record tile this day: 21st day of June 2024
Civil Action No.  24cv-2727                                    Signature: __/s/*Steve Tomas*
Miscellaneous       No._____            Date: 6/21/24
Assigned to Judge John M. Gallagher