# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (AMC)** |
|  | : | **(Jointly Administered)**[1] |
| **Debtors.** | : |  |
|  | : |  |

## ORDER DENYING MOTION OF VISUAL SEMICONDUCTOR, INC. TO RECONSIDER AND/OR CLARIFY ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN CHAPTER 11 TRUSTEE AND HAWK INVESTMENT HOLDINGS, LTD (ECF NO. 653)

**AND NOW**, this _____day of _____2024, upon consideration of the Motion of Visual Semiconductor, Inc. ("VSI") to Reconsider and/or Clarify the Court's June 7, 2024, Order Approving Settlement Agreement Between Chapter 11 Trustee (the "Trustee") and Hawk Investment Holdings, LTD ("Hawk") (ECF No. 653) (the "Order") (the "Motion"), and any responses thereto, it is hereby **ORDERED** that:

1. The Motion is **DENIED**.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4888-0790-7278 v2