*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Stream TV Networks, Inc. | ) | Case No. 23−10763−amc |
| | ) | |
| | ) | |
| Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
| Debtor(s). | ) | Civil Case Number. 24−cv−2727 |

### Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid      ☐ not paid

☑ Designation of Record on Appeal Filed by William A. Homony, Trustee
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: July 22, 2024                        For The Court

                                           Timothy B. McGrath
                                           Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____          Signature: _____
Miscellaneous No._____             Date: _____
Assigned to Judge _____