**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al*. | : | **Bankruptcy No. 23-10763 (AMC)** |
|  | : | **(Jointly Administered)[1]** |
| **Debtors.** | : |  |
|  | : |  |

**ORDER GRANTING APPLICATION OF THE CHAPTER 11 TRUSTEE
TO EMPLOY SSG ADVISORS, LLC AS INVESTMENT BANKER**

AND NOW this _____ day of _____, 2024, upon consideration of

the Application of William A. Homony, Chapter 11 Trustee (the "Chapter 11 Trustee") for the

bankruptcy estates of Stream TV Networks, Inc. and Technovative Media, Inc. (collectively, the

"Debtors") to employ SSG Advisors, LLC ("SSG"), as Investment Banker to the Chapter 11

Trustee (the "Application") in this bankruptcy case, and the Court being satisfied that SSG does

not represent any other party-in-interest or hold an interest adverse to the Debtors in their

bankruptcy cases and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is

hereby:

ORDERED that the Application is granted in its entirety; and it is further

ORDERED that the Chapter 11 Trustee is hereby authorized to retain and employ SSG, as

Investment Banker in the within proceeding under Chapter 11 of the United States Bankruptcy

Code in accordance with the terms of the Engagement Agreement dated August 14, 2024; and it

is further

ORDERED that SSG shall be compensated and reimbursed as follows:

(i)     <u>Retainer Fee</u>: a non-refundable retainer of $100,000 payable upon the approval of SSG's formal retention by the Court (the "Retainer").

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4854-4642-4790 v1
4854-4642-4790 v2

The Retainer paid by the Chapter 11 Trustee to SSG shall be fully credited against the Transaction Fee (as defined in (ii) below).

(ii)    Sale Transaction Fee: Concurrent with and payable immediately upon the closing of a Transaction, SSG shall receive a cash fee (the "Transaction Fee") equal to the greater of $500,000 including any crediting of the Retainer Fee (the "Minimum Transaction Fee"), or:

   a.  5.0% of the Aggregate Transaction Value (as defined in the Agreement) greater than $150 million but less than $200 million, plus

   b.  20% of the Aggregate Transaction Value (as defined in the Agreement) greater than $200 million but less than $225 million; plus

   c.  10% of the Aggregate Transaction Value (as defined in the Agreement) greater than $225 million; plus

(iii)   All reasonable out-of-pocket expenses incurred by SSG; and it is further

ORDERED that SSG shall not be required to file interim fee applications, and shall be granted a waiver of Local Rule 2016-1, so that SSG shall only be required to file a final fee application that sets forth a summary of all fees earned and expenses reimbursed in this case.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge