# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **Stream TV Networks, Inc.,** *et al.* | Bankruptcy No. 23-10763 (AMC) |
|  | (Jointly Administered)[1] |
| **Debtors.** |  |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, a partner with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on August 14, 2024, a true and correct copy of the Chapter 11 Trustee's Application to Employ SSG Advisors, LLC as Investment Banker to the Chapter 11 Trustee ("Application"), Notice of Application and Proposed Order were served via Court's CM/ECF system upon the following on the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4854-4642-4790 v1
4854-4642-4790 v2

**SERVICE LIST**

VINCENT F. ALEXANDER on behalf of Debtor Technovative Media, Inc.
valexander@shutts.com

ANDREW J. BELLI, on behalf of William A. Homony
abelli@kcr-law.com

ANDREW J. BELLI on behalf of Trustee WILLIAM A. HOMONY
abelli@kcr-law.com

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

STEVEN M. COREN on behalf of William A. Homony
scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN on behalf of Trustee WILLIAM A. HOMONY
scoren@kcr-law.com, ccapra@kcr-law.com

Steven Caponi on behalf of Creditor Hawk Investment Holdings Ltd.
steven.caponi@klgates.com, alyssa.domorod@klgates.com, kay.laplante@klgates.com

Steven Caponi, on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED
steven.caponi@klgates.com, alyssa.domorod@klgates.com, kay.laplante@klgates.com

Steven Caponi, on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON
steven.caponi@klgates.com, alyssa.domorod@klgates.com, kay.laplante@klgates.com

ANDREW PETER DEMARCO on behalf of Rembrandt 3D Holding Ltd.
ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO on behalf of Creditor Rembrandt 3D Holding Ltd.
ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

Donald N. David on behalf of Creditor Visual Semiconductor, Inc.
donald.david@akerman.com

KATHERINE M. FIX on behalf of Interested Party SLS Holdings VI, LLC
kfix@rc.com

NICHOLAS E HAKUN, on behalf of Interested Party Ian R. Liston in his capacity as the state court-appointed receiver pendente lite of the operations of Technovative Media, Inc.
nhakun@wsgr.com, nhakun@gmail.com

WILLIAM A. HOMONY
bhomony@mctllp.com, mtomlin@mctllp.com

JENNIFER R. HOOVER on behalf of Interested Party IMG Media Limited
jhoover@beneschlaw.com, docket2@beneschlaw.com, lmolinaro@beneschlaw.com

JENNIFER R. HOOVER on behalf of Interested Party Trans World International, LLC
jhoover@beneschlaw.com, docket2@beneschlaw.com, lmolinaro@beneschlaw.com

Joseph Oliver Larkin on behalf of Defendant SeeCubic, Inc.
joseph.larkin@skadden.com, christopher.heaney@skadden.com, wendy.lamanna@skadden.com, andrea.bates@skadden.com, ecf-7f0a8f590dc1@ecf.pacerpro.com

Joseph Oliver Larkin on behalf of Interested Party SeeCubic, Inc.
joseph.larkin@skadden.com, christopher.heaney@skadden.com, wendy.lamanna@skadden.com, andrea.bates@skadden.com, ecf-7f0a8f590dc1@ecf.pacerpro.com

JOHN HENRY SCHANNE on behalf of U.S. Trustee United States Trustee
John.Schanne@usdoj.gov

PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA
pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MARGARET ANN VESPER, on behalf of Creditor Shadron L. Stastney
vesperm@ballardspahr.com

MARGARET ANN VESPER, on behalf of Defendant SHADRON L STASTNEY
vesperm@ballardspahr.com

MARGARET ANN VESPER, on behalf of Interested Party Shadron L. Stastney
vesperm@ballardspahr.com

DAVIS LEE WRIGHT, on behalf of Defendant SLS Holdings VI, LLC
dwright@rc.com

DAVIS LEE WRIGHT on behalf of Interested Party SLS Holdings VI, LLC
dwright@rc.com

RAFAEL X. ZAHRALDDIN on behalf of Debtor Stream TV Networks, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

4854-4642-4790 v1
4854-4642-4790 v2

RAFAEL X. ZAHRALDDIN on behalf of Debtor Technovative Media, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Plaintiff Stream TV Networks, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Plaintiff Technovative Media, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

STEVEN M. COREN
Coren & Ress, P.C.
Two Commerce Square
2001 Market Street Suite 3900
Philadelphia, PA 19103

JUDGE PATRICIA M. MAYER
201 Penn Street, 4th Floor
The Gateway Building
Reading, PA 19601

Miller Coffey Tate
1628 John F Kennedy Blvd.
Suite 950
Philadelphia, PA 19103

RANDALL ADAM SWICK on behalf of Creditor Visual Semiconductor, Inc.
Akerman LLP
500 W. 5th Street, Suite 1210
Austin, TX 78701

JOHN H. THOMPSON on behalf of Creditor Visual Semiconductor, Inc.
Akerman LLP
750 9th Street NW, Suite 750
Washington, DC 20001

4854-4642-4790 v1
4854-4642-4790 v2