## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al*. | : | **Bankruptcy No. 23-10763 (AMC)** |
|  | : | **(Jointly Administered)[1]** |
| **Debtors.** | : |  |
|  | : |  |

### NOTICE OF APPLICATION TO EMPLOY SSG ADVISORS, LLC AS INVESTMENT BANKER TO THE CHAPTER 11 TRUSTEE

**TO THE UNITED STATES TRUSTEE:**

1. William A. Homony, the Chapter 11 Trustee (the "Chapter 11 Trustee") for the bankruptcy estates of Stream TV Networks, Inc. ("Stream TV") and Technovative Media, Inc. ("Technovative" or collectively with Stream TV, the "Debtors") has filed an Application pursuant to 11 U.S.C. § 327, Fed.R.Bankr.P. 2014 and L.B.R. 2014-1 to Employ SSG Advisors, LLC ("SSG"), as his Investment Banker (the "Application") with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. The Chapter 11 Trustee seeks to retain SSG for the purposes detailed in the Application.

3. Any party receiving this Notice may inspect the Application and file an objection or other responsive pleading to the Application with the Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, on or before seven (7) days from the date of service of this Notice. A copy of any objection or other responsive pleading must be served upon the proposed attorney for the Chapter 11 Trustee at the address set forth below.

4. If no objection or responsive pleading to the Application is filed and served within the seven (7) day period specified in paragraph 3 of this Notice, the Chapter 11 Trustee shall file a certificate of no objection to the Application along with a request that the Application be approved.

Dated: August 14, 2024        By: */s/ Michael D. Vagnoni*
                                                       Edmond M. George, Esquire
                                                     Michael D. Vagnoni, Esquire
                                                     OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                                   Centre Square West

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4854-4642-4790 v1
4854-4642-4790 v2

1500 Market Street, Suite 3400
Philadelphia, PA  19102
Phone: (215) 665-3066
*Counsel to William Homony, Chapter 11 Trustee*
