# EXHIBIT B

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

August 15, 2024
Invoice No. 4139102

**Stream TV Networks Inc.**
**2009 Chestnut St**
**Philadelphia, PA  19103-3307**
**United States of America**

    **Attn:**   **Mathu Rajan**
              **CEO**

| | |
|---|---|
| Re: | Chapter 11 |
| Our File No.: | 054493-000002 |
| Represented Party: | Stream TV Network Inc. |

| | | |
|---|---|---:|
| Current Fees through 01/31/24 | | 103,262.50 |
| Current Disbursements through 01/31/24 | | 1,900.66 |
| Total Current Charges | USD $ | 105,163.16 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**

City National Bank
Account Name: Lewis Brisbois Bisgaard & Smith, LLP-Attorney Operating Account
(Receivables)
Account No.: 210903526
ABA Routing No.: 122016066
SWIFT A/C No.: CINAUS6L

All Charges in US Dollars

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

**FEDERAL I.D. NO  95-3720522**

August 15, 2024
Invoice No. 4139102

**Stream TV Networks Inc.**
**2009 Chestnut St**
**Philadelphia, PA  19103-3307**
**United States of America**

**Attn:**     **Mathu Rajan**
         **CEO**

| | |
|---|---|
| Re: | Chapter 11 |
| Our File No.: | 054493-000002 |
| Represented Party: | Stream TV Network Inc. |

| | | |
|---|---|---:|
| Current Fees through 01/31/24 | | 103,262.50 |
| Current Disbursements through 01/31/24 | | 1,900.66 |
| Total Current Charges | USD $ | 105,163.16 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| **File Number** | 054493-000002 | **Stream TV Network Inc.** | 08/15/24 |
|---|---|---|---|
| **RXZ** | | **Chapter 11** | 4139102 |
| | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| **B110 – Case Administration** | | | | |
| 01/02/2024 | Brown, S. | Calendar deadlines for objection deadline and hearing date to UST's Motion to Dismiss. | 0.1 | 20.00 |
| 01/02/2024 | Brown, S. | Emails to legal team regarding continued hearings on stay enforcement and related calendaring. | 0.1 | 20.00 |
| 01/02/2024 | Heining, A. | Draft Pro Hac Vice Motion and Related Exhibits and Certification, Emails with RZ and SDC re same. Edit Certification. Pay Pro Hac Vice Admission Expense. File Pro Hac Motion. | 2.0 | 400.00 |
| 01/04/2024 | Wang, M. | Call with internal team and client representative. | 1.0 | 500.00 |
| | | **SubTotal:** | **3.2** | **$ 940.00** |
| **B115 – Reporting. Statement of financial affairs, schedules, monthly operating reports** | | | | |
| 01/02/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Teleconferences with RAF regarding Rule 2015.3 compliance | 0.8 | 400.00 |
| 01/02/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Research regarding Rule 2015.3 compliance | 1.5 | 750.00 |
| 01/02/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Began drafting motion to waive Rule 2015.3 disclosures | 2.2 | 1,100.00 |
| 01/02/2024 | Russell, C. | Correspond with Client regarding Rule 2015.3 Periodic Reports. | 0.1 | 27.50 |
| 01/02/2024 | Zahralddin, R. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Review file (.9) prepare work plan outline for legal team (.5) emails re: assignments to address motion to dismiss to client (.8) to K. Shaw, R. Diaz, S. Cousins and A. Heining (1.6) | 3.8 | 3,705.00 |
| 01/03/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Continue drafting motion to waive Rule 2015.3 disclosures | 1.8 | 900.00 |
| 01/03/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Teleconference with RAF regarding background facts to Rule 2015.3 waiver motion | 0.5 | 250.00 |
| 01/04/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Continue working on Rule 2015.3 statement | 1.3 | 650.00 |
| 01/04/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Finalize first draft of motion to waive Rule 2015.3 disclosures | 2.7 | 1,350.00 |
| 01/04/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Teleconferences (2) with RAF regarding background facts to response to motion to dismiss, Rule 2015.3 statement and Rule 2015.3 waiver motion | 0.4 | 200.00 |
| 01/04/2024 | Diaz, R. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Review and analyze spreadsheet and documents from A.Gonzalez and others, related to MORs and financial reporting in order to respond to issues raised by U.S. Trustee. | 2.8 | 840.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 054493-000002 | Stream TV Network Inc. | 08/15/24 |
|---|---|---|---|
| | | Chapter 11 | 4139102 |
| RXZ | | | Page   2 |

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/04/2024 | Russell, C. | Review Trustee emails regarding Initial Debtor Interview. | 0.3 | 82.50 |
| 01/04/2024 | Russell, C. | Create binder for B. Fisher containing amened Monthly Operating Reports for March through November. | 1.4 | 385.00 |
| 01/05/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Revise motion to waive Rule 2015.3 disclosures | 0.8 | 400.00 |
| 01/05/2024 | Cousins, S. | Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities, contacts with the United States Trustee not included in other categories: Continue drafting Rule 2015.3 statement and related global notes | 2.3 | 1,150.00 |
| 01/05/2024 | Fisher, B. | Review A/P and A/R ledgers and review balance sheet re same. | 0.4 | 220.00 |
| 01/05/2024 | Shaw, K. | Review periodic report of debtors pursuant to bankruptcy rule 2015.3 as part of continued compliance with bankruptcy case procedural requirements and UST requests | 0.5 | 225.00 |
| 01/06/2024 | Cousins, S. | Review U.S. Trustee's letter in response to request for clarification | 0.2 | 100.00 |
| 01/12/2024 | Russell, C. | Process December MOR documents received from Client for B. Fisher's review. | 0.3 | 82.50 |
| | | **SubTotal:** | **24.1** | **$ 12,817.50** |

**B120 – Asset Analysis and Recovery**

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/02/2024 | Zahralddin, R. | Review record regarding books and records related assets | 1.8 | 1,755.00 |
| 01/03/2024 | Shaw, K. | Emails with Amanda Gonzalez, Bennett Fisher, Rafael Zahralddin, and others re loan rightoff to Ultra-D ventures and source of 30 million dollar receivable | 0.9 | 405.00 |
| 01/04/2024 | Kisslinger, P. | Multiple conferences with R. Zahlraddin and SEC (C. Schuster) re: regulatory inquiry. | 0.3 | 150.00 |
| | | **SubTotal:** | **3.0** | **$ 2,310.00** |

**B140 – Relief from stay/Adqute Prtctn Procdngs**

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/01/2024 | Diaz, R. | Prep and regroup Zoom meeting with Stream TV team and LBBS team for Trustee's MTD. | 2.1 | 630.00 |
| 01/02/2024 | Diaz, R. | Review email and documents from B.Robertson, D,Rink S.Joseph and A.Gonzalez in preparation and use for response to MTD and MTD fact section. | 3.2 | 960.00 |
| 01/02/2024 | Diaz, R. | LBBS internal Zoom meeting for coordination and organization of upcoming work for MTD and 2015. | 1.1 | 330.00 |
| 01/03/2024 | Diaz, R. | Review documents and emails, and research in support of MTD unified fact section, MORs and response to U.S. Trustees MTD. | 3.6 | 1,080.00 |
| 01/04/2024 | Diaz, R. | Review 2015.3 motion and unified facts section to check references. | 1.5 | 450.00 |
| 01/04/2024 | Diaz, R. | Research Code, Cases and secondary sources regarding interplay of compliance with U.S. Trustee reporting requirements, conversion and dismissal of the bankruptcy. | 2.1 | 630.00 |
| 01/04/2024 | Diaz, R. | Zoom meeting with regarding Objection Deadline for UST MTD. | 2.5 | 750.00 |
| 01/04/2024 | Diaz, R. | Review multiple LBBS internal emails regarding MTD, 2015.3 and MTD unified facts section. | 0.6 | 180.00 |
| 01/05/2024 | Diaz, R. | Review of Judge Coleman's memorandum outlining the decision for appointment of a Chapter 11 trustee. | 0.3 | 90.00 |
| 01/05/2024 | Diaz, R. | Review of unified fact section for MTD. | 0.9 | 270.00 |
| 01/05/2024 | Diaz, R. | Debrief between LBBS team and Stream TV team regarding Judge Coleman's memorandum and the appointment of a Chapter 11 trustee. | 0.2 | 60.00 |
| | | **SubTotal:** | **18.1** | **$ 5,430.00** |

**B160 – Fee/Employment Applications**

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/02/2024 | Brown, S. | Email to M. Rajan the Certificate of No Objection and the LBBS application for June/July 2023 for R. Zahralddin. | 0.1 | 20.00 |
| 01/02/2024 | Brown, S. | Email draft of Certificate of No Response to LBBS 3rd fee application for | 0.1 | 20.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number RXZ | 054493-000002 | Stream TV Network Inc. Chapter 11 | | 08/15/24 4139102 Page  3 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| | | June/July 2023, to R. Zahralddin and S. Cousins. | | |
| 01/02/2024 | Brown, S. | Electronically file CNO to LBBS 3rd Application for Compensation, per R. Zahralddin. | 0.1 | 20.00 |
| 01/02/2024 | Brown, S. | Edit draft of LBBS 1st Interim Application for Compensation for March/April, May, June/July, for S.Cousins. | 1.9 | 380.00 |
| 01/02/2024 | Brown, S. | Edit Certificate of No Objection to LBBS 3rd Application for Compensation, for June/July 2023, for R. Zahralddin. | 0.4 | 80.00 |
| 01/02/2024 | Brown, S. | Draft Certificate of Service to Certificate of No Objection to LBBS 3rd Application for Compensation. | 0.1 | 20.00 |
| 01/03/2024 | Brown, S. | Draft Notice of Interim Fee Application (.2) and proposed Order (.1), for R. Zahralddin and S. Cousins review. | 0.3 | 60.00 |
| 01/03/2024 | Brown, S. | Edit to 1st Interim Fee Application (.7) and proposed form of Order (.1) for R. Zahralddin and S. Cousins. | 0.8 | 160.00 |
| 01/03/2024 | Heining, A. | Further background research and document gathering re Fee Application. | 0.3 | 60.00 |
| 01/04/2024 | Brown, S. | Revise Order to LBBS first interim application for R. Zahralddin and S. Cousins. | 0.3 | 60.00 |
| 01/04/2024 | Heining, A. | Edit and Finalize Interim Fee Application. File Interim Fee Application, Related Exhibits, COS and Notice. Draft Monthly Fee Application for August/September, Circulate draft to SB1 for review. | 3.5 | 700.00 |
| 01/05/2024 | Cousins, S. | Review and revise Fourth Request for August and September 2023 monthly fees and notice related thereto | 0.8 | 400.00 |
| 01/05/2024 | Heining, A. | Edit and Finalize Aug/Sept Fee Application. Draft Notice. Review with SDC. Edit and Finalize Notice. File Aug/Sept Fee Application, File Notice of Fee App. | 2.0 | 400.00 |
| 01/05/2024 | Heining, A. | Download Docketed Items, Circulate to SDC re Fee Applications. | 0.5 | 100.00 |
| 01/11/2024 | Heining, A. | October/November Fee Application Draft | 2.5 | 500.00 |
| 01/17/2024 | Heining, A. | File Oct/Nov Fee App and Exhibits, Emails with RZ re same. (NO CHARGE) - (0.40 hrs) | 0.0 | 0.00 |
| 01/30/2024 | Brown, S. | Telephone conference with R. Zahralddin regarding exhibit to December 2023 fee application.  (NO CHARGE) - (0.50 hrs) | 0.0 | 0.00 |
| | | **SubTotal:** | **13.7** | **$ 2,980.00** |

**B190 – Other Contested Matters**

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/03/2024 | Brown, S. | Analyze file to identify the Corporate Ownership/Organizational Chart of the Debtor, for R. Zahralddin and S. Cousins. | 0.4 | 80.00 |
| 01/04/2024 | Schwarz, J. | Calls with Bryan Sugar and Rafael Zahralddin regarding background of current issue involving debtor's IP and upcoming CES show, email communications with Bud Robertson | 0.8 | 400.00 |
| 01/04/2024 | Wang, M. | Draft and revise objection to the UST motion. | 3.9 | 1,950.00 |
| 01/05/2024 | Brown, S. | Draft Certificate of Service to the Stipulated Order restating and enforcing the Worldwide Automatic Stay, for R. Zahralddin. | 1.1 | 220.00 |
| 01/05/2024 | Schwarz, J. | Zoom meeting with Rafael and client to discuss options with respect to upcoming CES show | 1.0 | 500.00 |
| | | **SubTotal:** | **7.2** | **$ 3,150.00** |

**B430 – Hearings**

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/08/2024 | Cousins, S. | Attend teleconference with Judge Coleman and various parties regarding status quo following appointment of chapter 11 trustee | 0.8 | 400.00 |
| 01/08/2024 | Fisher, B. | Attend telephonic hearing with Judge Coleman to clarify the position of the court with respect to the Judge's ruling on 1.5.2024. | 0.8 | 440.00 |
| | | **SubTotal:** | **1.6** | **$ 840.00** |

**B600 – Litigation**

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/01/2024 | Fisher, B. | Zoom Mtg re responses to Motion to Dismiss by US Trustee. Zoom included Rafael Zahralddin, Kevin Shaw, Ron Diaz, Suby Joseph, Bud Robertson & Amanda Gonzalez to review paragraph by paragraph responses to factual issues raised. | 1.5 | 825.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number RXZ | 054493-000002 | Stream TV Network Inc.<br>Chapter 11 | 08/15/24<br>4139102<br>Page    4 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/01/2024 | Fisher, B. | re accounting issues and A/P aging: review revisions by Amanda and compare to Balance Sheet. Draft email to Amanda re same. | 0.4 | 220.00 |
| 01/01/2024 | Kodosky, K. | Emails A. Gonzalez, M. Rajan, D. Rink, S. Joseph, C. Robertson, R. Rajan, and R. Zahralddin and review attached drafts of rebuttals for response to trustee motion to dismiss in preparation for client conference | 2.4 | 1,200.00 |
| 01/01/2024 | Kodosky, K. | Teleconference A. Gonzalez, M. Rajan, D. Rink, S. Joseph, C. Robertson, R. Rajan, and R. Zahralddin re: draft rebuttals for response to trustee motion to dismiss | 0.6 | 300.00 |
| 01/01/2024 | Shaw, K. | Strategy conference with Mathu Rajan, Bud Robertson, Keith Kodosky, Ron Diaz, and others re trustee's motion to dismiss case | 2.1 | 945.00 |
| 01/01/2024 | Shaw, K. | Emails with Bennett Fisher, Amanda Gonzalez, and others re AR/AP reports and invoice aging as part of complying with UST's requests for 2004 exam compliance | 0.6 | 270.00 |
| 01/01/2024 | Shaw, K. | Emails with Kevin Callahan, Rafael Zahralddin, and others re compliance with 2004 exam requirements | 0.2 | 90.00 |
| 01/01/2024 | Shaw, K. | Review extensive 41 page rebuttal to UST's motion to dismiss case | 2.3 | 1,035.00 |
| 01/02/2024 | Heining, A. | Emails with SDC and RZ re Rule 2015.3 Motion - Download and send documents to SDC re same | 0.4 | 80.00 |
| 01/02/2024 | Hinson, P. | Developing the declarations of M. Rajan and C. Robertson in support of the motion for preliminary injunction against Stastney. | 5.4 | 2,700.00 |
| 01/02/2024 | Hinson, P. | Evaluating the 83-page brief of Defendants Hawk and Morton in support of their motion to dismiss in conjunction with developing the arguments opposing Defendants' motions to dismiss. | 1.8 | 900.00 |
| 01/02/2024 | Hinson, P. | Evaluating the motion of the United States Trustee to dismiss debtors' cases for cause under 11 U.S.C. 1112(b) for purposes of developing the response to the United States Trustee's motion. | 0.7 | 350.00 |
| 01/02/2024 | Kodosky, K. | Review Pennsylvania conversion competition cases for proposed amended complaint | 0.8 | 400.00 |
| 01/02/2024 | Kodosky, K. | Review Pennsylvania unfair competition cases for proposed amended complaint | 0.9 | 450.00 |
| 01/02/2024 | Kodosky, K. | Emails R. Zahralddin and S. Brown re: response to motion to dismiss case for cause | 0.2 | 100.00 |
| 01/02/2024 | Kodosky, K. | Emails D. Rink, A. Gonzalez, M. Rajan, S. Joseph, C. Robertson, R. Rajan, and R. Zahralddin and review attached rebuttal documents for response to trustee motion to dismiss | 1.9 | 950.00 |
| 01/02/2024 | Kodosky, K. | Review Pennsylvania breach of fiduciary duty cases for Debtors' motion for preliminary injunction against defendant Stastney | 2.2 | 1,100.00 |
| 01/02/2024 | Kodosky, K. | Drafting Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction and Permanent Injunction | 2.9 | 1,450.00 |
| 01/02/2024 | Shaw, K. | Review of responses to UST 2004 exam questions 5, 25, and 28 | 0.6 | 270.00 |
| 01/02/2024 | Shaw, K. | Zoom conference with Rafael Zahralddin, Ron Diaz, and others re UST demands for complying with 2004 exam requirements | 0.2 | 90.00 |
| 01/02/2024 | Shaw, K. | Review 9 Collier on Bankruptcy 2015.3.07 re substantial/controlling interest as part of 2015 motion | 0.4 | 180.00 |
| 01/02/2024 | Shaw, K. | Review of documents in support of 2015 motion | 2.3 | 1,035.00 |
| 01/02/2024 | Shaw, K. | Review of facts, highlighted transcripts, and evidence in support of claims that SCI has been illicitly using Stream's technology and property and has refused to return the assets it is required to return | 1.5 | 675.00 |
| 01/02/2024 | Shaw, K. | Numerous emails with Rafael Zahralddin, Suby Joseph, Scott Cousins, and others re asset turnover by SCI and stay violations for refusal to turnover assets | 0.8 | 360.00 |
| 01/02/2024 | Shaw, K. | Emails with Suby Joseph, Rafael Zahralddin, and others re responses to UST 2004 exam questions paragraphs 5, 25, and 28 | 0.5 | 225.00 |
| 01/03/2024 | Heining, A. | Research Case Background Information and Send Docs to SDC for use in | 1.0 | 200.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number RXZ | 054493-000002 | Stream TV Network Inc.<br>Chapter 11 | | 08/15/24<br>4139102<br>Page       5 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| | | drafting motion for waiver of requirements and response to Motion to Dismiss | | |
| 01/03/2024 | Hinson, P. | Evaluating the Hawk conversion agreements for purposes of assessing whether the agreements provide sufficient evidence of minimum contacts to the jurisdiction in Pennsylvania to defeat Defendants' motion to dismiss for lack of personal jurisdiction. | 1.3 | 650.00 |
| 01/03/2024 | Hinson, P. | Evaluating the 49-page brief of Defendant Stastney in support of his motion to dismiss in conjunction with developing the arguments opposing Defendants' motions to dismiss. | 1.3 | 650.00 |
| 01/03/2024 | Hinson, P. | Developing the argument in opposition to Defendant Stastney's motion to dismiss based on operation of the first-filed rule. | 1.1 | 550.00 |
| 01/03/2024 | Hinson, P. | Evaluating the strategy of responding to Defendants' motions to dismiss by amending the complaint to address the issues raised in Defendants' arguments and exchanging emails with the adversarial proceeding litigation team to articulate the strategy. | 1.1 | 550.00 |
| 01/03/2024 | Hinson, P. | Continuing to develop the opposition briefing to Hawk and Morton's Motion to Dismiss to address service of process issues under The Hague Convention. | 1.7 | 850.00 |
| 01/03/2024 | Hinson, P. | Continuing to develop the opposition briefing responding to the Hawk and Morton motions to dismiss to address arguments about the existence of personal jurisdiction. | 0.9 | 450.00 |
| 01/03/2024 | Hinson, P. | Continuing to develop the opposition briefing to the Hawk and Morton motion to dismiss to address the turnover and accounting arguments. | 0.8 | 400.00 |
| 01/03/2024 | Hinson, P. | Developing the arguments in opposition to the motion to dismiss of defendants Hawk and Morton based on appropriate service of process in compliance with the Hague Convention in the Bailiwicks of Jersey and Guernsey. | 0.6 | 300.00 |
| 01/03/2024 | Kodosky, K. | Drafting Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction and Permanent Injunction | 1.7 | 850.00 |
| 01/03/2024 | Kodosky, K. | Emails R. Zahralddin and P. Hinson re: Debtors' responses to motions to dismiss and proposed amended complaint | 0.3 | 150.00 |
| 01/03/2024 | Kodosky, K. | Emails C. Robertson, M. Rajan, S. Joseph, D. Rink, A. Gonzalez, and R. Zahralddin and review attached Debtors' requests for return of assets documents for response to motion to dismiss and uniform fact section | 0.9 | 450.00 |
| 01/03/2024 | Kodosky, K. | Review national lender liability cases for Debtors' motion for preliminary and permanent injunction | 1.8 | 900.00 |
| 01/03/2024 | Kodosky, K. | Review equitable subordination cases for Debtors' response to Defendants' motions to dismiss | 1.6 | 800.00 |
| 01/03/2024 | Kodosky, K. | Emails M. Rajan, C. Robertson, A. Gonzalez, S. Joseph. and R. Zahralddin re: TRO and consumer electronics show participation issues | 0.4 | 200.00 |
| 01/03/2024 | Kodosky, K. | Emails R. Zahralddin and M. Savage re: draft declaration in support of Debtors' opposition to motion to dismiss for lack of personal jurisdiction and uniform fact section for responses to motions to dismiss | 0.2 | 100.00 |
| 01/03/2024 | Kodosky, K. | Emails D. Rink, A. Gonzalez, M. Rajan, S. Joseph, C. Robertson, R. Rajan, R. Zahralddin and S. Cousins and review attached rebuttal documents for response to trustee motion to dismiss | 1.3 | 650.00 |
| 01/03/2024 | Savage, M. | Revise uniform fact section for motions to dismiss in order to supplement Stastney facts section | 5.5 | 1,650.00 |
| 01/03/2024 | Shaw, K. | Telephone call with Ron Diaz re 2015 motion and revisions to fact section and docket references | 0.4 | 180.00 |
| 01/03/2024 | Shaw, K. | Emails with Rafael Zahralddin, Raja Rajan, Mathu Rajan, and others re turnover of property action and Hawk Parties' potential defenses to same | 0.3 | 135.00 |
| 01/03/2024 | Shaw, K. | Emails with Bud Robertson and Amanda Gonzalez re 2004 exam responses | 0.6 | 270.00 |
| 01/03/2024 | Shaw, K. | Teleconference with Bud Robertson and Amanda Gonzalez re revised responses to UST's 2004 exam requests | 0.4 | 180.00 |
| 01/03/2024 | Shaw, K. | Emails with Rafael Zahralddin, Bud Robertson, Amanda Gonzalez, and others re UST 2004 exam question 25 | 0.8 | 360.00 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number RXZ | 054493-000002 | Stream TV Network Inc.<br>Chapter 11 | | 08/15/24<br>4139102<br>Page      6 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/03/2024 | Shaw, K. | Emails with Rafael Zahralddin, Bud Robertson, Amanda Gonzalez, and others re responses to UST 2004 exam request 24 | 0.7 | 315.00 |
| 01/03/2024 | Shaw, K. | Emails with Rafael Zahralddin, Mathu Rajan, and others re SeeCubic Inc's potential appearance at CES, a major electronics expo, and potential for a motion to enforce the automatic stay against SCI's attempts to compete with Stream and/or cause brand confusion at the expo | 0.7 | 315.00 |
| 01/03/2024 | Shaw, K. | Review of revised AR and AP aging tables for response to UST's 2004 exam demands | 0.8 | 360.00 |
| 01/03/2024 | Shaw, K. | Review and revise 2015 motion fact section and check of docket references and dates | 1.4 | 630.00 |
| 01/03/2024 | Shaw, K. | Emails with Scott Cousins, Rafael Zahralddin, Ron Diaz, and others re corporate organization chart in response to UST's 2004 exam question 25 and whether Stream was an operating company or a holding company | 0.5 | 225.00 |
| 01/03/2024 | Shaw, K. | Emails with Bud Robertson, Amanda Gonzalez, Rafael Zahralddin, and others re response to UST's 2004 exam question 1 | 0.6 | 270.00 |
| 01/03/2024 | Shaw, K. | Review documents in support of Stream response to UST's 2004 exam question 1 | 0.8 | 360.00 |
| 01/03/2024 | Wang, M. | Review case documents. | 4.2 | 2,100.00 |
| 01/04/2024 | Brown, S. | Calendar hearing date for the Court's final hearing on our Motion for Temporary Restraining Order. | 0.1 | 20.00 |
| 01/04/2024 | Fisher, B. | Zoom call with Rafael, Kevin Shaw, Keith Kodosky, Margaret Taviano, Malcolm Savage, Ron Diaz re Motion to Dismiss & TRO | 2.1 | 1,155.00 |
| 01/04/2024 | Fisher, B. | Zoom mtg w/ Rafael Zahralddin, Kevin Shaw, Bud Robertson, Amanda Gonzalez re completion of US Trustee's Subpoena of various documents. | 1.4 | 770.00 |
| 01/04/2024 | Hinson, P. | Conducting the adversarial proceeding litigation team meeting for purposes of cementing strategies for opposing the motions to dismiss, seeking injunctive relief, and preparing an amended complaint. | 1.0 | 500.00 |
| 01/04/2024 | Hinson, P. | Phone call with K. Kodosky to discuss strategy for development of the opposition briefs to the Defendants' motions to dismiss. | 0.8 | 400.00 |
| 01/04/2024 | Hinson, P. | Continuing to develop the opposition briefing to the Hawk and Morton motion to dismiss to address the injunctive relief requests. | 0.9 | 450.00 |
| 01/04/2024 | Hinson, P. | Continuing to develop the opposition briefing to the Hawk and Morton motion to dismiss to address the equitable subordination analysis. | 1.8 | 900.00 |
| 01/04/2024 | Hinson, P. | Continuing to develop the opposition briefing to the Hawk and Morton motion to dismiss to address the tortious interference with prospective economic advantage arguments. | 1.6 | 800.00 |
| 01/04/2024 | Kodosky, K. | Teleconference R. Zahralddin re: TRO, Debtors' responses to Defendants' motions to dismiss, Debtors' motion for preliminary and permanent injunctions, and settlement negotiations | 0.6 | 300.00 |
| 01/04/2024 | Kodosky, K. | Emails K. Shaw and M. Savage re: Debtors' response to Defendants' collateral estoppel arguments in motions to dismiss | 0.6 | 300.00 |
| 01/04/2024 | Kodosky, K. | Emails M. Rajan, C. Robertson, S. Joseph, D. Rink, and R. Zahralddin and review attached TRO from Judge Coleman | 0.8 | 400.00 |
| 01/04/2024 | Kodosky, K. | Drafting Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction and Permanent Injunction | 1.4 | 700.00 |
| 01/04/2024 | Kodosky, K. | Emails and teleconference R. Zahralddin and P. Hinson re: draft memorandum in support of Debtors' motion for preliminary and permanent injunction and proposed amended complaint | 1.6 | 800.00 |
| 01/04/2024 | Kodosky, K. | Review conversion cases for Debtors' motion for preliminary and permanent injunction | 1.1 | 550.00 |
| 01/04/2024 | Kodosky, K. | Emails C. Robertson, M. Rajan, D. Rink, S. Joseph, A. Gonzalez, N. Maneen, and R. Zahralddin re: SeeCubic CES participation issues and review attached trademark assignment and 2004 examination transcript materials | 0.8 | 400.00 |
| 01/04/2024 | Kodosky, K. | Teleconference P. Hinson re: Debtors' responses to motions to dismiss, | 0.7 | 350.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 054493-000002 | Stream TV Network Inc. | | 08/15/24 |
|---|---|---|---|---|
| | | Chapter 11 | | 4139102 |
| RXZ | | | | Page       7 |

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| | | Debtors' motion for preliminary and permanent injunction, and proposed amended complaint | | |
| 01/04/2024 | Kodosky, K. | Emails M. Taviano re: Debtors' response to Defendant Stastney's and SeeCubic's motions to dismiss | 0.4 | 200.00 |
| 01/04/2024 | Kodosky, K. | Emails C. Robertson, M. Rajan, S. Joseph, D. Rink, A. Gonzalez, and R. Zahralddin and review attached Debtors' requests for return of assets documents for response to motion to dismiss and uniform fact section | 0.7 | 350.00 |
| 01/04/2024 | Savage, M. | Team meeting to discuss oppositions to motions to dismiss adversary proceeding and possibility of amending adversary proceeding complaint AND discussion about response to US Trustee's motion to dismiss the entire bankruptcy | 2.2 | 660.00 |
| 01/04/2024 | Savage, M. | Revise uniform fact section for motions to dismiss in order to supplement Stastney facts section | 4.5 | 1,350.00 |
| 01/04/2024 | Savage, M. | Drafting collateral estoppel argument for motion to dismiss | 1.0 | 300.00 |
| 01/04/2024 | Shaw, K. | Review/revise argument section for objection to Shadron Stastney's motion to dismiss adversary complaint | 1.5 | 675.00 |
| 01/04/2024 | Shaw, K. | Emails with Ron Diaz re UST's 2004 exam question 25 as part of developing objection to UST's motion to dismiss | 0.7 | 315.00 |
| 01/04/2024 | Shaw, K. | Review updated AR/AP aging as of Jan. 4, 2024 as part of responding to UST's 2004 exam requests and preparing objection to UST motion to dismiss | 0.5 | 225.00 |
| 01/04/2024 | Shaw, K. | Telelphone calls x2 with Rafael Zahralddin re objection to UST motion to dismiss | 0.2 | 90.00 |
| 01/04/2024 | Shaw, K. | Review/revise 2015 motion facts section | 0.2 | 90.00 |
| 01/04/2024 | Shaw, K. | Review of cases cited in UST's motion to dismiss bankruptcy cases to prepare objection to UST motion | 1.6 | 720.00 |
| 01/04/2024 | Shaw, K. | Telephone calls x5 (.5, .2, .2, .1, and .1) with Ron Diaz re response to UST's motion to dismiss | 1.1 | 495.00 |
| 01/04/2024 | Shaw, K. | Telephone call with Minyao Wang re UST motion to dismiss bankruptcy cases and case status/background necessary for him to assist on responding to UST motion to dismiss and Hawk party motions to dismiss adversary proceeding | 2.2 | 990.00 |
| 01/04/2024 | Shaw, K. | Telephone calls x2 (.1 and .1) with Rafael Zahralddin re UST motion to dismiss and responses to UST's 2004 exam requests | 0.2 | 90.00 |
| 01/04/2024 | Shaw, K. | Review of UST IDI emails as part of assisting with drafting objection to UST motion to dismiss bankruptcy cases | 0.6 | 270.00 |
| 01/04/2024 | Shaw, K. | Review of IDI request responses provided to UST as part of drafting objection to UST motion to dismiss bankruptcy cases | 0.5 | 225.00 |
| 01/04/2024 | Shaw, K. | Emails with Keith Kodosky re collateral estoppel discussion and argument section for responses to Hawk Party motions to dismiss | 0.3 | 135.00 |
| 01/04/2024 | Shaw, K. | Review draft brief in support of Stream's motion for preliminary injunction against Shadron Stastney | 1.5 | 675.00 |
| 01/04/2024 | Shaw, K. | Emails with Keith Kodosky, Rafael Zahralddin, and others re objection to UST motion to dismiss | 0.4 | 180.00 |
| 01/04/2024 | Taviano, M. | Communications with Co-Counsel to discuss strategy for amending complaint and responses to motions to dismiss. | 1.8 | 540.00 |
| 01/04/2024 | Taviano, M. | Finish drafting argument section of Response to Defendant SeeCubic's Motion to Dismiss - Misappropriation of trade secrets and turnover and accounting claims. | 2.9 | 870.00 |
| 01/04/2024 | Taviano, M. | Researching disallowance of claims argument for purposes of developing arguments for Stream's response to Defendants' Motions to Dismiss. | 3.6 | 1,080.00 |
| 01/05/2024 | Brown, S. | Analysis of Judge Coleman's Memorandum (78 pgs) and Order (2 pgs) regarding Hawk's Section 1112/1104 Motion and impact to the Debtor. | 0.4 | 80.00 |
| 01/05/2024 | Cousins, S. | Review Judge Coleman's decision on motion to appointment chapter 11 trustee | 0.4 | 200.00 |
| 01/05/2024 | Cousins, S. | Conference (2) with RAF regarding Judge Coleman's decision on motion to appointment chapter 11 trustee | 0.6 | 300.00 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number RXZ | 054493-000002 | Stream TV Network Inc. Chapter 11 | | 08/15/24 4139102 Page 8 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/05/2024 | Fisher, B. | Review emails from (and to) Rafael Zahralddin re settlement terms with SLS, Hawk, etc. and draft notes and email re same to Rafael. Attend zoom call re same. | 0.8 | 440.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the SLS Holdings motion to dismiss to address the injunctive relief requests. | 0.9 | 450.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the SLS Holdings motion to dismiss to address the exemplary damages claim. | 1.0 | 500.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the SLS Holdings motion to dismiss to address the lender liability claim analysis. | 1.6 | 800.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the SLS Holdings motion to dismiss to address the equitable disallowance claim. | 0.8 | 400.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the SLS Holdings and Stastney motions to dismiss to address the waiver and release of claims based on the severance agreement with Stastney. | 1.2 | 600.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the SLS Holdings motion to dismiss to address the first filed doctrine. | 1.0 | 500.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the SLS Holdings motion to dismiss to address the collateral estoppel issues flowing from the Delaware litigation. | 1.4 | 700.00 |
| 01/05/2024 | Hinson, P. | Phone call with K. Kodosky for purposes of developing overall strategy regarding combining the opposition briefing to all pending motions to dismiss into one brief addressing all arguments. | 0.4 | 200.00 |
| 01/05/2024 | Hinson, P. | Continuing to develop the opposition briefing to the Hawk and Morton motion to dismiss to address the tortious interference with prospective economic advantage arguments. | 1.1 | 550.00 |
| 01/05/2024 | Kodosky, K. | Emails R. Zahralddin and M. Savage re: Debtors' response to Defendants' collateral estoppel argument and review attached draft uniform fact section for Debtors' responses to Defendants' motions to dismiss and motions for default judgment | 0.9 | 450.00 |
| 01/05/2024 | Kodosky, K. | Emails D. Wright, defense counsel and R. Zahralddin re: defendants' CES participation | 0.3 | 150.00 |
| 01/05/2024 | Kodosky, K. | Emails defense counsel and R. Zahralddin re: Debtors' requests for return of books and records of the Debtors | 0.3 | 150.00 |
| 01/05/2024 | Kodosky, K. | Teleconference P. Hinson re: Debtors' responses to Defendants' motions to dismiss and Debtors' motion for preliminary and permanent injunctions | 0.2 | 100.00 |
| 01/05/2024 | Kodosky, K. | Teleconference and emails C. Robertson, M. Rajan, D. Rink, S. Joseph, A. Gonzalez, N. Maneen, and R. Zahralddin re: TRO, SeeCubic website updates and CES participation issues, return of Debtors' assets requests, response to Trustee motion to dismiss, and Order granting motion to appoint chapter 11 trustee | 1.9 | 950.00 |
| 01/05/2024 | Kodosky, K. | Drafting Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction and Permanent Injunction | 1.3 | 650.00 |
| 01/05/2024 | Kodosky, K. | Order from Judge Coleman granting motion for a chapter 11 trustee and accompanying Memorandum | 1.6 | 800.00 |
| 01/05/2024 | Kodosky, K. | Emails K. Callahan and counsel re: Trustee's request for trustee candidates | 0.2 | 100.00 |
| 01/05/2024 | Savage, M. | Finalizing second draft of uniform fact section to be used responding to 4 motions to dismiss | 3.0 | 900.00 |
| 01/05/2024 | Savage, M. | Drafting collateral estoppel argument for motion to dismiss | 1.7 | 510.00 |
| 01/05/2024 | Shaw, K. | Emails with Minyao Wang and Ron Diaz re research re whether there are penalties for creditors or potential parties in interest interfering with the functioning of the debtors' DIP accounts and whether this constitutes a violation of the automatic stay as part of objections to Hawk Party motions to dismiss adversary proceeding and potential TRO against Shadron Stastney and other Hawk Parties | 0.4 | 180.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number RXZ | 054493-000002 | Stream TV Network Inc. Chapter 11 | | 08/15/24 4139102 Page    9 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/05/2024 | Shaw, K. | Telephone call with Minyao Wang re whether Debtors are being prejudiced when creditors and potential parties in interest interfere with the operation of their DIP acounts | 0.2 | 90.00 |
| 01/05/2024 | Shaw, K. | Telephone call with Malcolm Savage re objection to Hawk Parties' motions to dismiss | 0.2 | 90.00 |
| 01/05/2024 | Shaw, K. | Emails with Suby Joseph, Rafael Zahralddin, Keith Kodosky, and others re CES trade show and whether SeeCubic, Inc. appearing at trade show is a violation of automatic stay or causing brand confusion given SeeCubic's ongoing efforts to pass of Stream technology as its own | 0.5 | 225.00 |
| 01/05/2024 | Shaw, K. | Emails with Minyao Wang and Ron Diaz re cases cited in UST's motion to dismiss to draft objection to UST's motion | 0.5 | 225.00 |
| 01/05/2024 | Shaw, K. | Review Judge Coleman's opinion and order appointing chapter 11 trustee for potential appeal of same | 2.3 | 1,035.00 |
| 01/05/2024 | Shaw, K. | Research re whether there are penalties for creditors or potential parties in interest interfering with the functioning of the debtors' DIP accounts and whether this constitutes a violation of the automatic stay as part of objections to Hawk Party motions to dismiss adversary proceeding and potential TRO against Shadron Stastney and other Hawk Parties | 2.1 | 945.00 |
| 01/05/2024 | Shaw, K. | Emails with Rafael Zahralddin, Eben Colby, Davis Wright, Margaret Westbrook, and others re whether SeeCubic, Inc. and other parties intend to attend CES trade show and whether they are going to attempt to pass off Stream technology as their own as part of ongoing litigation regarding TRO and stay violation motions | 0.5 | 225.00 |
| 01/05/2024 | Shaw, K. | Review/revise uniform fact section drafted by Malcolm Savage for various objections to Hawk Parties' motion to dismiss adversary complaint | 1.8 | 810.00 |
| 01/05/2024 | Taviano, M. | Continue developing argument and begin drafting argument section of Response to Defendant SeeCubic's Motion to Dismiss - disallowance of claims related to judicial determination. | 2.3 | 690.00 |
| 01/05/2024 | Taviano, M. | Continue researching determination of secured status and priority for purposes of developing argument to rebut Defendant SeeCubic's Motion to Dismiss. | 1.9 | 570.00 |
| 01/05/2024 | Taviano, M. | Begin drafting argument section of Response to Defendant SeeCubic's Motion to Dismiss - demand for secured status and priority under section 506 of the bankruptcy code. | 1.1 | 330.00 |
| 01/05/2024 | Taviano, M. | Continue researching proof of claims for purposes of developing response to Defendant SeeCubic's Motion to Dismiss. | 1.0 | 300.00 |
| 01/05/2024 | Taviano, M. | Continue researching disallowance of claims for purposes of developing argument to rebut Defendant SeeCubic's Motion to Dismiss. | 2.1 | 630.00 |
| 01/05/2024 | Wang, M. | Review the Court's trustee appointment decision. | 1.5 | 750.00 |
| 01/05/2024 | Wang, M. | Revise opposition to UST motion. | 4.2 | 2,100.00 |
| 01/06/2024 | Cousins, S. | Teleconference with RAF regarding scope of Judge Coleman's decision | 0.5 | 250.00 |
| 01/06/2024 | Kodosky, K. | Email K. Callahan and review attached letter from K. Callahan re: Section 1104 Solicitation | 0.1 | 50.00 |
| 01/06/2024 | Kodosky, K. | Emails T. Grugan, R. Zahralddin and defense counsel re: CES participation and TRO compliance issues | 0.2 | 100.00 |
| 01/07/2024 | Cousins, S. | Review emails related to nominees of potential chapter 11 trustee candidates | 0.2 | 100.00 |
| 01/07/2024 | Cousins, S. | Teleconference with RAF regarding request for clarification related to scope of Judge Coleman's decision | 0.3 | 150.00 |
| 01/08/2024 | Kodosky, K. | Emails R. Zahralddin and P. Hinson re: K. Callahan's Section 1104 Solicitation and information turnover | 0.4 | 200.00 |
| 01/08/2024 | Zahralddin, R. | Prepare for hearing (1) attend hearing (.6) follow up with the client (.4) | 2.0 | 1,950.00 |
| 01/11/2024 | Kodosky, K. | Emails B. Homony, M. Vagnoni, M. Rajan, C. Robertson, A. Gonzalez, and R. Zahralddin re: information for Debtors' responses to motions to dismiss, Debtors' motion for preliminary and permanent injunction and Debtors' response to UST motion to dismiss | 0.4 | 200.00 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 054493-000002 | Stream TV Network Inc. | | 08/15/24 |
|---|---|---|---|---|
| | | Chapter 11 | | 4139102 |
| RXZ | | | | Page   10 |

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| 01/12/2024 | Kodosky, K. | Emails B. Homony, M. Vagnoni, M. Rajan, C. Robertson, A. Gonzalez, and R. Zahralddin re: information for Debtors' responses to motions to dismiss, Debtors' motion for preliminary and permanent injunction and Debtors' response to UST motion to dismiss | 0.9 | 450.00 |
| 01/14/2024 | Kodosky, K. | Emails B. Homony, M. Vagnoni, M. Rajan, C. Robertson, A. Gonzalez, and R. Zahralddin re: information for Debtors' responses to motions to dismiss, Debtors' motion for preliminary and permanent injunction and Debtors' response to UST motion to dismiss | 0.2 | 100.00 |
| 01/16/2024 | Kodosky, K. | Emails B. Homony, M. Vagnoni, M. Rajan, C. Robertson, A. Gonzalez, and R. Zahralddin re: information for Debtors' responses to motions to dismiss, Debtors' motion for preliminary and permanent injunction and Debtors' response to UST motion to dismiss. (NO CHARGE) - (0.20 hrs) | 0.0 | 0.00 |
| 01/16/2024 | Kodosky, K. | Emails M. Vagnoni, A. Gonzalez, N. Maneen, R. Zahralddin, P. Hinson, M. Savage and M. Taviano re: drafts of Debtors' responses to Defendants' motions to dismiss, Chancery estoppel opinion and rebuttal Third Circuit and Pennsylvania state opinions and case chronology materials. (NO CHARGE) - (0.70 hrs) | 0.0 | 0.00 |
| 01/16/2024 | Kodosky, K. | Preparing equitable disallowance and breach of fiduciary duty argument materials for M. Vagnoni for drafts of Debtors' responses to Defendants' motions to dismiss. (NO CHARGE) - (0.90 hrs) | 0.0 | 0.00 |
| 01/16/2024 | Kodosky, K. | Preparing unfair competition and conversion argument materials for M. Vagnoni for drafts of Debtors' responses to Defendants' motions to dismiss and proposed amended complaint. (NO CHARGE) - (0.60 hrs) | 0.0 | 0.00 |
| 01/16/2024 | Kodosky, K. | Preparing breach of fiduciary duty materials for M. Vagnoni for drafts of Debtors' motion for preliminary and permanent injunctions and proposed amended complaint. (NO CHARGE) - (0.80 hrs) | 0.0 | 0.00 |
| 01/16/2024 | Kodosky, K. | Preparing injunctive relief, punitive damages, and leave to amend materials for M. Vagnoni for drafts of Debtors' response to SeeCubic, Inc.'s motion to dismiss and for Debtors' motion for preliminary and permanent injunctions and proposed amended complaint. (NO CHARGE) - (1.10 hrs) | 0.0 | 0.00 |
| 01/18/2024 | Kodosky, K. | Preparing collateral estoppel argument materials for M. Vagnoni for drafts of Debtors' responses to Defendants' motions to dismiss. (NO CHARGE) - (0.90 hrs) | 0.0 | 0.00 |
| 01/18/2024 | Kodosky, K. | Preparing turnover, claims objections and judicial notice argument materials for M. Vagnoni for drafts of Debtors' responses to Defendants' motions to dismiss. (NO CHARGE) - (0.80 hrs) | 0.0 | 0.00 |
| 01/19/2024 | Hinson, P. | Compiling the motion to dismiss opposition briefing work-product for purposes of providing the work-product to M. Vagnoni at Obermayer.  (NO CHARGE) - (4.00 hrs) | 0.0 | 0.00 |
| 01/19/2024 | Hinson, P. | Compiling the motion for preliminary injunction briefing work-product for purposes of providing the work-product to M. Vagnoni at Obermayer.  (NO CHARGE) - (2.00 hrs) | 0.0 | 0.00 |
| 01/21/2024 | Kodosky, K. | Emails M. Vagnoni, M. Rajan,. N. Maneen. R. Zahralddin and K. Shaw re: timeline and Debtors' motion requesting return of production equipment. bringing in employees and money raise for responses to Defendants' motions to dismiss.  (NO CHARGE) - (0.70 hrs) | 0.0 | 0.00 |
| 01/22/2024 | Hinson, P. | Drafting correspondence to explain the motion to dismiss strategy, analysis, and opposition briefing work-product to M. Vagnoni at Obermayer.  (NO CHARGE) - (4.00 hrs) | 0.0 | 0.00 |
| 01/22/2024 | Hinson, P. | Drafting correspondence to explain the motion for preliminary injunction, the briefing analysis, and all motion for preliminary injunction related work-product to M. Vagnoni at Obermayer.  (NO CHARGE) - (2.00 hrs) | 0.0 | 0.00 |
| 01/22/2024 | Kodosky, K. | Emails R. Zahralddin and P. Hinson and review and revise attached drafts of letter to M. Vagnoni regarding adversary proceeding work product for Debtors' | 0.0 | 0.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number RXZ | 054493-000002 | Stream TV Network Inc.<br>Chapter 11 | 08/15/24<br>4139102<br>Page    11 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | $ Amount |
|---|---|---|---|---|
| | | responses to Defendants' motions to dismiss, Debtors' motion for preliminary and permanent injunction, and proposed amended complaint.  (NO CHARGE) - (0.90 hrs) | | |
| 01/23/2024 | Hinson, P. | Evaluating and finalizing the work product and research materials regarding the motion to dismiss opposition briefing and the motion for preliminary injunction briefing for purposes of providing the work product to M. Vagnoni at Obermeyer. Exchanging emails with M. Vagnoni regarding issues associated with the motion to dismiss opposition briefing and motion for preliminary injunction briefing and the associated work product materials.  (NO CHARGE) - (2.00 hrs) | 0.0 | 0.00 |
| 01/23/2024 | King, V. | Review and revisions to correspondence to M. Vagnoni at Obermayer regarding work-product and assembly of documents for transmittal.  (NO CHARGE) - (1.00 hrs) | 0.0 | 0.00 |
| 01/23/2024 | Kodosky, K. | Emails M. Vagnoni, E. George, R. Zahralddin, P. Hinson and V. King re: attached letter and documents providing context to the efforts undertaken with respect to Stream's motion to dismiss and motion for preliminary injunction briefing.  (NO CHARGE) - (0.70 hrs) | 0.0 | 0.00 |

SubTotal:  166.0   $ 74,795.00

| Recap of Services | Hours | $ Effective Rate | $ Fees |
|---|---|---|---|
| Susan Brown | 0.0 | 0.00 | No Charge |
| Susan Brown | 6.3 | 200.00 | 1,260.00 |
| Scott D. Cousins | 18.1 | 500.00 | 9,050.00 |
| Ron Diaz | 20.9 | 300.00 | 6,270.00 |
| Bennett Fisher | 7.4 | 550.00 | 4,070.00 |
| Aran D. Heining | 0.0 | 0.00 | No Charge |
| Aran D. Heining | 12.2 | 200.00 | 2,440.00 |
| Philip Hinson | 0.0 | 0.00 | No Charge |
| Philip Hinson | 32.2 | 500.00 | 16,100.00 |
| Victoria King | 0.0 | 0.00 | No Charge |
| Paul W. Kisslinger | 0.3 | 500.00 | 150.00 |
| Keith Kodosky | 0.0 | 0.00 | No Charge |
| Keith Kodosky | 37.7 | 500.00 | 18,850.00 |
| Candace Russell | 2.1 | 275.00 | 577.50 |
| Malcolm B. Savage | 17.9 | 300.00 | 5,370.00 |
| Joel Schwarz | 1.8 | 500.00 | 900.00 |
| Kevin F. Shaw | 40.9 | 450.00 | 18,405.00 |
| Margaret Taviano | 16.7 | 300.00 | 5,010.00 |
| Minyao Wang | 14.8 | 500.00 | 7,400.00 |
| Rafael X. Zahralddin | 7.6 | 975.00 | 7,410.00 |
| Total | 236.9 | | $ 103,262.50 |

| Date | Description of Disbursement | Units | $ Rate | $ Amount |
|---|---|---|---|---|
| 01/02/2024 | Parking - Ciro Poppiti #61 Inv#:CR-3532170701052014  Court Parking 54493.2 12/29/2023 | | | 32.00 |
| 01/09/2024 | Transcript - City National Bank Credit Card Processing Center Inv#:122823STMT-DBURK4473  Trans Date: 11/28/2023 THERECORDXCHANGE, Fee for Transcripts - Hearing Date 11/27/2023 | | | 337.92 |
| 01/09/2024 | Transcript - City National Bank Credit Card Processing Center Inv#:122823STMT-DBURK4473  Trans Date: 12/01/2023 THERECORDXCHANGE, Fee for Transcripts - | | | 36.50 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# Lewis Brisbois Bisgaard & Smith LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File | 054493-000002 | Stream TV Network Inc. | | 08/15/24 |
|------|---------------|------------------------|---|----------|
| Number | | Chapter 11 | | 4139102 |
| RXZ | | | Page | 12 |

| Date | Description of Disbursement | Units | $ Rate | $ Amount |
|------|------------------------------|-------|--------|----------|
| | Hearing Date 11/29/2023 | | | |
| 01/09/2024 | Transcript - City National Bank Credit Card Processing Center Inv#:122823STMT-DBURK4473  Trans Date: 11/29/2023 THERECORDXCHANGE, Fee for Transcripts - Hearing Date 11/27/2023 | | | 33.70 |
| 01/09/2024 | Transcript - City National Bank Credit Card Processing Center Inv#:122823STMT-DBURK4473  Trans Date: 11/30/2023 THERECORDXCHANGE, Fee for Transcripts - Hearing Date 11/29/2023 | | | 225.60 |
| 01/09/2024 | Transcript - City National Bank Credit Card Processing Center Inv#:122823STMT-DBURK4473  Trans Date: 12/14/2023 THERECORDXCHANGE, Fee for Transcripts - Hearing Date 12/14/2023 | | | 36.06 |
| 01/09/2024 | Transcript - City National Bank Credit Card Processing Center Inv#:122823STMT-DBURK4473  Trans Date: 12/07/2023 THERECORDXCHANGE, Fee for Transcripts - Hearing Date 11/22/2023 | | | 66.56 |
| 01/09/2024 | Transcript - City National Bank Credit Card Processing Center Inv#:122823STMT-DBURK4473  Trans Date: 12/06/2023 THERECORDXCHANGE, Fee for Transcripts - Hearing Date 11/22/2023 | | | 572.44 |
| 01/08/2024 | Travel Expense - Airfare - American Express Inv#:NOV2023-STMT 500937 K Kodosky 11/26/23 ATL PHL ATL 8068979236 | | | 559.88 |

| | | |
|---|---|---|
| **Total Fees** | | 103,262.50 |
| **Total Disbursements** | | 1,900.66 |
| **Total Current Charges** | $ | 105,163.16 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT