**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc.,[1] | Bky. No. 23-10763 (MDC) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| Technovative Media, Inc., | Bky. No. 23-10764 (MDC) |
| Debtor. | (Jointly Administered) |

**FINAL APPLICATION OF LEWIS BRISBOIS BISGAARD & SMITH LLP FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM MARCH 15, 2023
<u>THROUGH JANUARY 15, 2024</u>**

Pursuant to sections 105(a), 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-5 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Local Rules"), Lewis Brisbois Bisgaard & Smith LLP ("**LBBS**"), attorneys for the above-captioned debtors (the "**Debtors**"), hereby files this Final Application of Lewis Brisbois Bisgaard & Smith LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023 through January 15, 2024 (the "**Application**"). By this Application, LBBS seeks final allowance and payment of the sums of $2,928,159.00 as compensation and $49,799.10 for reimbursement of actual and necessary expenses, for a total of $2,977,958.10 for the period from March 15, 2023

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

144647601.1

through and including January 15, 2024. In support of this Application, LBBS respectfully

represents as follows:

## PART A - Preliminary Statement

1. Applicant is bankruptcy counsel to the Debtors.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtors.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

## PART B – General Information

5. The above-captioned cases were filed on March 15, 2023.

6. LBBS submitted its *Application Pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code for Authority to Employ Lewis Brisbois Bisgaard & Smith LLP* (the "**Retention Application**") on April 3, 2023.

7. The Retention Application was approved on May 3, 2023.[2]

8. LBBS first rendered services to the Debtor on March 15, 2023.

9. Compensation request is under § 330: __X__ Yes _____ No.

---

[2] To date, LBBS has received one objection to its First Application for Compensation from Hawk Investment Holdings, Ltd. [Filed 9/26/23, D.I. 424], and one objection to its Second Application for Compensation from Hawk Investment Holdings, Ltd. [Filed 11/24/23, D.I. 485]. LBBS submitted it's *Brief in Support of First Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith, LLP, Counsel for the Debtors, for the Period March 15, 2023 through April 30, 2023* [Filed 12/07/23, D.I. 500.]. Following the submission of these documents, the parties entered into a *Stipulation and Order Regarding Settling Objections to Fee Applications, Objection to Retention of CFO by the Debtors, and Continuance of Matters* [Entered 12/14/23, D.I. 516], which withdrew the prior objections by Hawk Investment Holdings, Ltd. Consistent with the briefing, LBBS reserves the right to assert a request for sanctions under 28 U.S.C. § 1927 and Bankruptcy Rule 9011. LBBS has submitted fees totaling $1,213,674.50, which represented the partial month of March, and the entire months May, June and July. Under Local Rule 2016-5, which allows up to 4 months of payment on account, the above fees were in line for payment by the Debtor. Shortly thereafter, on  January 15, 2024, the Chapter 11 Trustee accepted his appointment and requested that all payments from the Debtor be withheld. As of this application, LBBS has not received payment "on account" in accordance with Local Rule 2016-5.

144647601.1

10. Any fees awarded will be paid from the estate: __X__ Yes _____ No.

11. This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application: _____ Yes __X_ No.

### PART C – Summary of Application

| | |
|---|---|
| Name of Applicant: | Lewis Brisbois Bisgaard & Smith LLP ("**LBBS**") |
| Applicant's Role in Case: | Counsel to the above-captioned Debtors |
| Time period covered by this Application: | March 15, 2023 through January 15, 2024 |
| Total Fees sought in this Application: | $2,928,159.00[3] |
| Total Expenses sought in this Application: | $49,799.10 |
| Total Compensation approved and paid by interim order to date: | $0.00 |
| Total Expenses approved and paid by interim order to date: | $0.00 |
| Blended rate in the Fee Period for all attorneys: | $472.33 |
| Blended rate in the Fee Period for all timekeepers: | $430.27 |
| Time expended and compensation requested for fee application preparation during the Fee Period: | 195.1 Hours and $79,715.00 in Fees |
| Number of Professionals included for the Fee Period: | 37 |
| If applicable, number of professionals for the Fee Period not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Fee Period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Fee Period: | 16 |
| Are any rates higher than those approved or disclosed at retention? | No |

This is a(n): _____ Interim __X_ Final Application

---

[3] Lewis Brisbois Bisgaard & Smith LLP has included here fees in the amount of $8,000.00 for the preparation of this fee application.

144647601.1

## PART D – Monthly Application History

| Application | Date Filed / Docket No. | Period Covered | Requested Amounts | | |
|---|---|---|---|---|---|
| | | | Fees 100% | Fees 80% | Expenses 100% |
| First Monthly | 9/12/23 D.I. 409<br><br>Refiled: 2/28/24 D.I. 590-1[4] | 3/15/23 – 4/30/23 | $475,477.50 | $380,382.00 | $3,476.00 |
| Second Monthly | 11/9/23 D.I. 461<br><br>Refiled: 2/28/24 D.I. 590-2 | 5/1/23 – 5/31/23 | $214,386.50 | $171,509.20 | $102.57 |
| Third Monthly | 12/15/23 D.I. 523<br><br>Refiled: 2/28/24 D.I. 590-3 | 6/1/23 – 6/30/23<br><br>and<br><br>7/1/23 – 7/31/23 | $291,321.50<br><br><br><br>$232,849.00 | $233,057.20<br><br><br><br>$186,279.20 | $6,336.25<br><br><br><br>$636.45 |
| Fourth Monthly | 1/5/24 D.I. 546 | 8/1/23 – 8/31/23<br><br>and<br><br>9/1/23 - 9/30/23- | $293,734.50<br><br><br><br>$215,288.00 | $234,987.60<br><br><br><br>$172,230.40 | $11,055.98<br><br><br><br>$2,476.12 |
| Fifth Monthly<br><br><br>Fifth Monthly | 1/17/24 D.I. 563<br><br>Refiled: 2/28/24 D.I. 590-8 | 10/1/23 – 10/31/23<br><br>and<br><br>11/1/23 – 11/30/23 | $359,252.00<br><br><br><br>$380,450.00 | $287,401.60<br><br><br><br>$304,360.00 | $6,224.73<br><br><br><br>$8,324.61 |

---

[4]     Fee Applications for the First, Second, Third, and Fifth Monthly Fee Periods were refiled to correct certain typographical errors and errors caused by an internal software issue. These corrections are detailed in the Notice of Errata filed on February 28, 2024 at Docket No. 590.

144647601.1

| Sixth Monthly | Attached Hereto[5] | 12/1/23 – 12/31/23 | $354,137.50 | Not Applicable | $7,476.11 |
|---|---|---|---|---|---|
| | | and | | Not Applicable | |
| | | 1/1/24 – 1/15/24 | $103,262.50 | | $1,900.66 |

### PART E – Summary of Timekeepers Included in Application

| Name and Initials Used in Billing | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed |
|---|---|---|---|
| Rafael X. Zahralddin-Aravena (RXZ) | $785,207.50 | 805.3 | $975.00 |
| Vincent Alexander (VA2) | $519,999.00 | 748.2 | $695.00 |
| Sean P. Shecter (SS26) | $105,820.00 | 162.8 | $650.00 |
| Sean M. Brennecke (SMB7) | $2,160.00 | 3.6 | $600.00 |
| Bennett G. Fisher (BF4) | $202,015.00 | 367.3 | $550.00 |
| Paul W. Kisslinger (PWK) | $41,800.00 | 83.6 | $500.00 |
| Richard Lauter (RSL2) | $500.00 | 1 | $500.00 |
| Francis G. X. Pileggi (FGXP) | $150.00 | 0.3 | $500.00 |
| Joshua Curry (JC14) | $9,150.00 | 18.3 | $500.00 |
| John P. Yung (JPY1) | $250.00 | 0.5 | $500.00 |
| Keith Kodosky (KK2) | $259,500.00 | 519 | $500.00 |
| Jill Anderfuren (JA4) | $900.00 | 1.8 | $500.00 |
| Philip A. Hinson (PAH1) | $67,600.00 | 135.2 | $500.00 |
| Jonathan D. Goins (JDG) | $450.00 | 0.9 | $500.00 |
| Ciro Poppiti (CP5) | $13,900.00 | 27.8 | $500.00 |
| Bryan P. Sugar (BPS) | $7,200.00 | 14.4 | $500.00 |
| Scott D. Cousins (SDC1) | $14,450.00 | 28.9 | $500.00 |
| Minyao Wang (MW18) | $7,400.00 | 14.8 | $500.00 |
| Joel Schwarz (JS29) | $900.00 | 1.8 | $500.00 |
| Kevin F. Shaw (KFS) | $400,005.00 | 888.9 | $450.00 |
| Daniel David (DD7) | $48,370.00 | 138.2 | $350.00 |
| Anh P. Nguyen (APN) | $57,300.00 | 191 | $300.00 |
| Karen R. Poppel (KRP) | $63,030.00 | 210.1 | $300.00 |
| Rebecca L. Stoddard (RLS2) | $12,360.00 | 41.2 | $300.00 |
| Maria L. Garcia (MLG4) | $2,910.00 | 9.7 | $300.00 |
| Sarkis S. Yeretsian (SSY1) | $2,190.00 | 7.3 | $300.00 |

---

[5] *The Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP, Counsel for the Debtors, for the Periods December 1, 2023 through December 31, 2023 and January 1, 2024 through January 15, 2024* is being filed contemporaneously herewith.

144647601.1

| Rolando A. Diaz (RAD1) | $34,140.00 | 113.8 | $300.00 |
|---|---|---|---|
| Malcolm B. Savage (MBS4) | $60,780.00 | 202.6 | $300.00 |
| Margaret Taviano (MT9) | $54,090.00 | 180.3 | $300.00 |
| Christina Freeman (CF6) | $36,767.50 | 133.7 | $275.00 |
| Candace Russel (CR7) | $51,315.00 | 186.6 | $275.00 |
| Anika Townsend (AT11) | $2,000.00 | 10.0 | $200.00 |
| Leilani Quiles (LQ) | $60.00 | 0.3 | $200.00 |
| Vickie King (VK3) | $300.00 | 1.5 | $200.00 |
| Matthew Clark (MC9) | $60.00 | 0.3 | $200.00 |
| Susan Brown (SJB1) | $36,880.00 | 184.4 | $200.00 |
| Aran Heining (ADH4) | $2,540.00 | 12.7 | $200.00 |

## PART F – Compensation by Project Category

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | 76.5 | $26,689.50 |
| B115 | Statement of Financial Affairs | 464.0 | $219,902.50 |
| B120 | Asset Analysis and Recovery | 360.1 | $208,226.00 |
| B130 | Asset Disposition | 2.7 | $2,595.00 |
| B140 | Relief from Stay/ Adequate Protection Proceedings | 236.9 | $129,921.00 |
| B150 | Meetings of and Communications with Creditors | 10.2 | $5,070.50 |
| B160 | Employment/ Fee Applications (LBBS) | 194.0 | $79,495.00 |
| B170 | Employment / Fee Objections | 3.6 | $1,757.50 |
| B180 | Avoidance Action Analysis | 0 | $0.00 |
| B185 | Assumption/ Rejection of Leases and Contracts | 0 | $0.00 |
| B190 | Other Contested Matters | 685.3 | $440,746.50 |
| B195 | Non-Working Travel | 57.0 | $39,709.00 |
| B210 | Business Operations | 97.9 | $78,001.00 |
| B220 | Employee Benefits / Pensions | 0 | $0.00 |
| B230 | Financing / Cash Collections | 173.4 | $134,860.50 |
| B240 | Tax Issues | 0.3 | $82.50 |
| B260 | Board of Directors Matters | 4.9 | $2,669.50 |
| B270 | Regulatory and Compliance | 46.3 | $38,142.50 |
| B310 | Claims Administration and Objections | 95.9 | $38,741.50 |
| B320 | Plan and Disclosure Statement | 407.4 | $246,936.50 |
| B410 | General Bankruptcy Advice / Opinions | 0 | $0.00 |
| B430 | Court Hearings | 306.6 | $168,395.00 |
| B600 | Litigation | 2209.9 | $1,013,820.00 |
| B611 | Settlement | 48.9 | $45,337.50 |
| **TOTAL** | | **5,479.6** | **$2,920,159.00** |

144647601.1

Compensation and reimbursement for expenses is now sought for all reasonable and necessary activities performed in the case from March 15, 2023 through January 15, 2024 (hereafter the "**Compensation Period**") including, by categorical listing:

**B110 – Case Administration:**

This category represents coordination of service lists; scheduling and preparation for hearings; and other general case administration and compliance activities. During the Compensation Period, LBBS coordinated and prepared service of all motions, declarations, notices and other filings with the Claims and Noticing Agent, BMC Group, Inc.

**B115 – Statement of Financial Affairs:**

LBBS consulted with the Debtors, who worked diligently with LBBS regarding the Monthly Operating Reports and preparing documents responsive to the United States Trustee's requests.

**B120 – Asset Analysis/Recovery:**

This category represents identification and review of potential assets on behalf of the Debtor.  During the Compensation Period, LBBS consulted with the Debtors in pursuit of the recovery of assets. Specifically, LBBS assisted in recovery of equipment, books and records, demonstrative ("**demo**") units and other assets improperly taken and not returned by parties required to return assets under state law, including, but not limited to a Delaware Supreme Court Opinion and an Order by the Delaware Chancery Court, on remand.

**B130 – Asset Disposition:**

This category includes all matters relating to the sale and disposition of the Debtor's assets. During the Compensation Period, LLBS addressed revenue and asset inquiries.

144647601.1

**B140 – Relief from Stay/Adequate Protection Proceedings:**

This category includes matters relating to termination or continuation of automatic stay under Section 362 of the Bankruptcy Code and motions for adequate protection under Section 361 of the Bankruptcy Code.  During the Compensation Period, LLBS assisted the Debtor in defeating Motions for relief from the stay, as well as enforcement of the Stay, and in adequate protection discussions with the creditors.

**B150 – Meetings of and Communications with Creditors:**

This category includes routine communications with the Debtor's creditors regarding the status of the bankruptcy case, the receipt of certain notices, claims, and other issues and inquiries arising from time to time.

**B160 – Fee/Employment Applications:**

This category represents certain matters pertaining to retention of counsel and other professionals in the Debtor's cases. During the Compensation Period, LBBS communicated with the US Trustee and prepared applications to employ and applications for compensation in relation to approved employments.

**B170 – Fee/Employment Objections:**

This category generally relates to review of and objections to the employment and fee applications of others.

**B190 – Other Contested Matters:**

This category generally relates to time incurred in prosecuting general contested matters during the bankruptcy case.  During the Compensation Period, LBBS worked diligently to defend the Debtors from a Motion to Dismiss, Convert the case or appoint a Chapter 11 Trustee, and a

144647601.1

Motion to Lift the Automatic Stay, filed by the creditors who orchestrated an invalidated takeover scheme prepetition.  It is of note that the Delaware Supreme Court unanimously, sitting en banc, vacated, reversed, and remanded the matter to the Chancery Court where the Supreme Court . mandate was to unequivocally return all assets to the Debtors. LBBS also worked with the Debtors to assess issues related to the Debtors' foreign subsidiaries and impact on Debtors' estate. These matters required extensive hearings and post hearing briefing requested by the Court and the parties.

### B195 – Non-Working Travel:

This category represents the cost of non-working travel to the Court.

### B210 – Business Operations:

This category generally includes services provided to the Debtors in connection with matters regarding the operation of the Debtors' business.  Specifically, during the Compensation Period, LBBS assisted the Debtors with production, supply chain finance, conditions for reviewing its equipment, and the status of foreign subsidiaries, and alternate products, locations and options. LBBS also consulted in efforts to secure employees and contractors for the Debtors' operations. The production knowledge which was critical to producing a commercially viable panel and chip that could be scaled into all sizes of products was based in not just patents, but in vulnerable trade secrets and "know-how."  It was not commercially advantageous to reveal the company production processes which consisted of techniques, process, and coding that were closely held trade secrets and know-how.  Judge Coleman made direct requests of the Debtor to move forward on production and due to the interference with production equipment the Debtors secured alternatives.

144647601.1

**B220 – Employee Benefits/Pensions**:

This category includes issues reviewed such as severance, retention, 401K coverage, and continuance of pension plan.

**B230 – Financing/Cash Collection:**

This category includes time incurred by LBBS relating to the Debtor's financing of its Chapter 11 cases and operations.

**B240 – Tax Issues:**

This category generally includes time incurred relating to tax issues.

**B260 – Board of Directors Matters**:

This category consists of preparation of materials for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues and review and preparation of corporate documents (e.g., Articles, Bylaws, employment agreements, compensation plans, etc.)

**B270 – Regulatory and Compliance**:

This category generally includes all regulatory and compliance issues including, but not limited to, the Financial Industry Regulatory Authority ("FINRA"), the Securities and Exchange Commission ("SEC") and the Unfair Trade Practices Act.

**B310 – Claims Administration and Objections:**

This category consists of specific claims inquiries, bar date motions, analyses, objections and allowances of claims, which LBBS assisted with during the applicable Compensation Period.

144647601.1

**B320 – Plan and Disclosure Statement:**

This category includes time incurred relating to the disclosure statement and plan of reorganization.  During the Compensation Period, LBBS prepared, negotiated, and initially drafted the Plan of Reorganization and related Disclosure Statement and discussed the creditor classes within the plan.

**B410 – General Bankruptcy Advice/Opinions:**

This category includes time incurred for analysis, advice and/or opinions regarding potential bankruptcy related issues, where no bankruptcy case has been filed.

**B430 – Court Hearings**:

This category includes time incurred by LBBS relating to preparation for court hearings involving motions to dismiss, motion for enforcement of the automatic stay and applications for employment.

**B600 – Litigation:**

This category includes all work done to investigate, prepare responses to the multiple Motions to Dismiss the adversary complaint filed by the individual creditors who orchestrated the invalidated takeover scheme, as well as prepare the adversary complaint against the purported secured creditors and equity holders.  The adversary complaint was broadened and included claims objections and other turnover actions which had been previously brought forward in motions practice.  The expansion of the complaint was  required due to objections raised by the opposing parties to the motion practice for much of the same relief. The litigation also included several temporary restraining orders, one of which was granted, and two others that were deferred to a

later time, which the Court required to be done over multiple evidentiary hearings before the TRO was granted.

**B611 – Settlement**:

This category includes all time spent relating to litigation, arbitration or mediation concerning the Debtors, including conducting related research, drafting of documents, preparing various briefing, preparing and responding to discovery requests, attending related hearings and managing the strategy and coordination related to claims brought against the Debtors.

## PART G – Summary of Expenses

The following expenses are calculated using LBBS' in-house actual cost or the actual amount billed by a third party provider: Postage/Freight, Messenger/Courier Services, Court Reporting/Transcripts, Meals, Search Fees, Information Services and Outside Duplicating Services.

| Expense Category | Total Expenses |
|---|---|
| Filing Fees | $4,014.00 |
| Postage/Express Mail | $176.13 |
| Courier Service | $607.02 |
| Court Reporting Service | $14,306.02 |
| Reproduction Charges | $16,118.80 |
| Travel | $14,577.13 |
| **TOTAL** | **$49,799.10[6]** |

**WHEREFORE**, LBBS requests approval of compensation in the total amount of $2,928,159.00 ($2,920,159.00 in fees from March 15, 2023 through January 15, 2024 plus $8,000.00 for the preparation of this Application). LBBS seeks payment at this time as follows: $2,977,958.10 ($2,928,159.00 = 100% of the fees for services rendered for the Compensation

---

[6] Reimbursable expenses incurred during the time periods covered in this Final Fee Application include all expenses paid or which are pending payment because the Trustee's counsel instructed counsel for the Debtor to wait until after approval of the fee application to pay vendors. Copies of the unpaid expense invoices are attached hereto as Exhibit A.

144647601.1

Period) plus $49,799.10 (100% of the expenses incurred during the Compensation Period).

Date: August 28, 2024                    Respectfully submitted,


                                         */s/ Rafael X. Zahralddin*
                                         Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                         550 E. Swedesford Road, Suite 270
                                         Wayne, PA 19087
                                         Telephone: (302) 985-6000
                                         Facsimile: (302) 985-6001
                                         Email: Rafael.Zahralddin@lewisbrisbois.com


                                         -and-

                                         Bennett G. Fisher (admitted *Pro Hac Vice*)
                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                         24 Greenway Plaza, Suite 1400
                                         Houston, TX 77046
                                         Telephone: (346) 241-4095
                                         Email: Bennett.Fisher@lewisbrisbois.com


                                         -and-

                                         Keith Kodosky (admitted *Pro Hac Vice*)
                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                         600 Peachtree Street NE, Suite 4700
                                         Atlanta, GA 30308
                                         Telephone: (404) 467-8845
                                         Email: Keith.Kodosky@lewisbrisbois.com


                                         -and-

                                         Scott D. Cousins (admitted *Pro Hac Vice*)
                                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                         500 Delaware Avenue, Suite 700
                                         Wilmington, DE 19801
                                         Telephone: (302) 985-6000
                                         Email: scott.cousins@lewisbrisbois.com

                                         *Counsel to the Debtors*

144647601.1