IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc.**, *et al.* | : | Bankruptcy No. 23-10763 (AMC) |
| | : | (Jointly Administered)[1] |
| Debtors. | : | |
| | : | |

**ORDER GRANTING MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY
AS CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER: (I) GRANTING
EXPEDITED CONSIDERATION, SHORTENED TIME AND LIMITED NOTICE; (II)
QUASHING SUBPOENA; (III) ENTERING A PROTECTIVE ORDER;
AND (IV) GRANTING RELATED RELIEF**

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion of William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), for Entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice; (ii) Quashing Subpoena; (iii) Entering a Protective Order; and (iv) Granting Related Relief (the "Motion")[2], and cause therefore having been demonstrated, it is hereby

**ORDERED** that the Trustee's Motion is hereby **GRANTED**;

**ORDERED** that the Subpoena is **QUASHED**; and it is further

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

[2] Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms in the Motion.

1

**ORDERED** that a protective order is hereby issued preventing the Trustee from having to comply with the Subpoena and appear for a deposition on September 3, 2024.

        BY THE COURT

        _____
        Honorable
        United States Bankruptcy Judge

cc: Attached service list.