IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc.**, *et al*. | : | Bankruptcy No. 23-10763 (AMC) |
| | : | (Jointly Administered)[1] |
| Debtors. | : | |
| | : | |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME, AND LIMITED NOTICE FOR ENTRY OF AN ORDER: (I) GRANTING EXPEDITED CONSIDERATION, SHORTENED TIME, AND LIMITED NOTICE; AND (II) FOR AUTHORITY TO WITHDRAW THE TRUSTEE'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE AUTOMATIC STAY AND COMPELLING TURNOVER OF ESTATE PROPERTY (D.I. # 646) WITHOUT PREJUDICE**

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion of William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), for Entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice; and (ii) for Authority to Withdraw, Without Prejudice, the Trustee's Motion for Entry of an Order Enforcing the Automatic Stay and Compelling Turnover of Estate Property (the "Stay Violation Motion") from Visual Semiconductor, Inc. ("VSI") (D.I. #646) (the "Motion") [2], and cause therefore having been demonstrated, it is hereby **ORDERED** as follows:

1. The Trustee's request for an expedited hearing, shortened time, and limited notice on the Motion is **GRANTED**.

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).
[2] Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms in the Motion.

1

2.A hearing to consider the Motion is scheduled for _____, 2024 _____ a.m./p.m. before the Honorable _____ in the United States Bankruptcy Court, Robert N.C. Nix Courthouse, 900 Market Street, Second Floor, Courtroom No. _____. Any objection to the Motion must be filed with the Clerk of the Bankruptcy Court and serviced upon counsel for the Trust listed in the Motion and counsel to (i) the United States Trustee, Office of The United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107 and (ii) all parties in interest requesting notice in the above captioned Bankruptcy Case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure on or before _____, 2024.

3.A copy of this Order shall be served by counsel for the Trust on or before _____, 2024, at _____ a.m./p.m. by facsimile, hand delivery, next day mail or by electronic means upon (i) the Office of the United States Trustee; (ii) counsel to Centers for Visual Semiconductor, Inc. ("VSI"); and (iii) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedures.

4.If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, and the Local Rules of this Court.

BY THE COURT:

_____
Honorable
United States Bankruptcy Judge