IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al*. | : | Bankruptcy No. 23-10763 (AMC) |
|  | : | (Jointly Administered)[1] |
| **Debtors.** | : |  |
|  | : |  |

**ORDER GRANTING MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY
AS CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER: (I) GRANTING
EXPEDITED CONSIDERATION, SHORTENED TIME, AND LIMITED NOTICE AND
(II) FOR AUTHORITY TO WITHDRAW THE TRUSTEE'S MOTION FOR ENTRY OF
AN ORDER ENFORCING THE AUTOMATIC STAY AND COMPELLING
TURNOVER OF ESTATE PROPERTY (D.I. # 646) WITHOUT PREJUDICE**

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion of William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), for Entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice; and (ii) for Authority to Withdraw, Without Prejudice, the Trustee's Motion for Entry of an Order Enforcing the Automatic Stay and Compelling Turnover of Estate Property (the "Stay Violation Motion") from Visual Semiconductor, Inc. ("VSI") (D.I. #646), (the "Motion")[2], and cause therefore having been demonstrated, it is hereby

**ORDERED** that the Trustee's Motion is hereby **GRANTED**; and

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

[2] Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED** that the Trustee is **GRANTED** the authority to take any and all actions necessary to withdraw the Stay Violation Motion (D.I. #646) **WITHOUT PREJUDICE**.

BY THE COURT

_____
Honorable
United States Bankruptcy Judge

cc:  Attached service list.