UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| STREAM TV NETWORKS, INC. ET AL | : | |
| | : | Bankruptcy No. 23-10763-AMC |
| | : | (Jointly Administered) |
| DEBTORS | : | |
| | : | |

**ORDER**

AND NOW, this 30th day of August 2024, upon consideration of the Expedited Motion to Quash and for Protective Order ("Expedited Motion to Quash") Filed by William A. Homony ("Trustee") and the Expedited Motion to Withdraw Motion for Entry of an Automatic Stay ("Expedited Motion to Withdraw") filed by the Trustee, it is hereby ORDERED that:

1. The Expedited Motion to Quash is granted and:

    a. A hearing will be held on such motion on September 18, 2024 at 11 a.m.;

    b. Any objection to such motion must be filed on or before September 6, 2024;

    c. Any reply to such objection must be filed on or before September 13, 2024; and

    d. The subpoena issued by VSI to depose the Trustee and for production of documents is hereby quashed until the Court holds the hearing on September 18.

2. The Expedited Motion to Withdraw is granted and:

    a. A hearing will be held on such motion of September 18, 2024 at 11 a.m.;

    b. Any objection to such motion must be filed on or before September 6, 2024; and

    c. Any reply to such objection must be filed on or before September 13, 2024.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge