United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 23-10763-amc

Stream TV Networks, Inc.                                                      Chapter 11

Technovative Media, Inc.

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + BENNETT G. FISHER, Lewis Brisbois Bisgaard & Smith LLP, 24 Greenway Plaza, Suite 1400, Houston, TX 77046-2410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Trustee WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Creditor Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com |
| DAVIS LEE WRIGHT | on behalf of Interested Party SLS Holdings VI  LLC dwright@rc.com |
| DAVIS LEE WRIGHT | |

on behalf of Defendant SLS Holdings VI  LLC dwright@rc.com

Donald N. David

on behalf of Creditor Visual Semiconductor  Inc. donald.david@akerman.com

JEFFREY KURTZMAN

on behalf of Creditor SSG Advisors  LLC Kurtzman@kurtzmansteady.com

JENNIFER R. HOOVER

on behalf of Interested Party Trans World International  LLC jhoover@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JENNIFER R. HOOVER

on behalf of Interested Party IMG Media Limited jhoover@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

Joseph Oliver Larkin

on behalf of Interested Party SeeCubic  Inc. joseph.larkin@skadden.com,
christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.co
m

Joseph Oliver Larkin

on behalf of Defendant SeeCubic  Inc. joseph.larkin@skadden.com,
christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.co
m

KATHERINE M. FIX

on behalf of Interested Party SLS Holdings VI  LLC kfix@rc.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LESLIE BETH BASKIN

on behalf of Debtor In Possession Visual Semiconductor  Inc. lbaskin@sgrvlaw.com, klove@sgrvlaw.com

MARGARET ANN VESPER

on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

MARGARET ANN VESPER

on behalf of Interested Party Shadron L. Stastney vesperm@ballardspahr.com

MARGARET ANN VESPER

on behalf of Creditor Shadron L. Stastney vesperm@ballardspahr.com

MICHAEL D. VAGNONI

on behalf of Trustee WILLIAM A. HOMONY michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

MICHAEL D. VAGNONI

on behalf of William A Homony michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

MICHAEL D. VAGNONI

on behalf of Debtor Technovative Media  Inc. michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

MICHAEL D. VAGNONI

on behalf of Debtor Stream TV Networks  Inc. michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

NICHOLAS E HAKUN

on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of
Technovative Media  Inc. nhakun@wsgr.com, nhakun@gmail.com

PAMELA ELCHERT THURMOND

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RAFAEL X. ZAHRALDDIN

on behalf of Plaintiff Stream TV Networks  Inc. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN

on behalf of Plaintiff Technovative Media  Inc. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN

on behalf of Debtor Stream TV Networks  Inc. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN

|  |  |
|---|---|
|  | on behalf of Debtor Technovative Media  Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| RANDALL ADAM SWICK | on behalf of Creditor Visual Semiconductor  Inc. adam.swick@akerman.com, teresa.barrera@akerman.com;valerie.braun@akerman.com |
| STEVEN M. COREN | on behalf of Trustee WILLIAM A. HOMONY scoren@kcr-law.com  ccapra@kcr-law.com |
| STEVEN M. COREN | on behalf of William A Homony scoren@kcr-law.com  ccapra@kcr-law.com |
| Steven Caponi | on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com |
| Steven Caponi | on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com |
| Steven Caponi | on behalf of Creditor Hawk Investment Holdings Ltd. steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT F. ALEXANDER | on behalf of Debtor Technovative Media  Inc. valexander@shutts.com |
| WILLIAM A. HOMONY | bhomony@mctllp.com  mtomlin@mctllp.com |

TOTAL: 38

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Chapter 11** |
| | : | |
| **STREAM TV NETWORKS, INC. ET AL** | : | |
| | : | **Bankruptcy No. 23-10763-AMC** |
| | : | **(Jointly Administered)** |
| DEBTORS | : | |
| _____ | : | |

<u>**ORDER**</u>

AND NOW, this 30th day of August 2024, upon consideration of the Expedited Motion to Quash and for Protective Order ("Expedited Motion to Quash") Filed by William A. Homony ("Trustee") and the Expedited Motion to Withdraw Motion for Entry of an Automatic Stay ("Expedited Motion to Withdraw") filed by the Trustee, it is hereby ORDERED that:

1. The Expedited Motion to Quash is granted and:

    a. A hearing will be held on such motion on September 18, 2024 at 11 a.m.;

    b. Any objection to such motion must be filed on or before September 6, 2024;

    c. Any reply to such objection must be filed on or before September 13, 2024; and

    d. The subpoena issued by VSI to depose the Trustee and for production of documents is hereby quashed until the Court holds the hearing on September 18.

2. The Expedited Motion to Withdraw is granted and:

    a. A hearing will be held on such motion of September 18, 2024 at 11 a.m.;

    b. Any objection to such motion must be filed on or before September 6, 2024; and

    c. Any reply to such objection must be filed on or before September 13, 2024.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge