## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| STREAM TV NETWORKS, INC. *et al.*, | Case No.: 23-10763 (AMC) |
| The Debtors. | (Jointly Administered) |

### ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW**, it is hereby ORDERED that the motion to admit Leif M. Clark, to practice in

this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.

BY THE COURT:

Dated: _____, 2024    _____

Honorable Ashely M. Chan