# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10763 (AMC)<br>(Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## MARK S. LICHTENSTEIN

Pursuant to Local Rule 2090-1(c) of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Donald N. David, hereby moves for the admission *pro hac vice* of Mark S. Lichtenstein of Akerman LLP to appear as counsel for the plan sponsor, Visual Semiconductor, Inc. ("VSI") in the above-captioned bankruptcy case.

1. A Verified Declaration of Mr. Lichtenstein is submitted herewith and incorporated herein by reference.

2. Movant, Donald N. David, is a member in good standing of, *inter alia*, the Supreme Court of the Commonwealth of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania, and is local counsel for VSI in this bankruptcy case.

3. Applicant will tender the required fee for *pro hac vice* admission.

**WHEREFORE**, Movant respectfully requests that this Honorable Court admit, *pro hac vice,* Mark S. Lichtenstein as counsel for Visual Semiconductor, Inc, and for such other relief as is just and equitable.

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

77874767;1

Dated:  September 5, 2024

**AKERMAN LLP**

*/s/ Donald David*
Donald N. David
SBN 304846
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Email:  donald.david@akerman.com

-and-

R. Adam Swick (*pro hac vice*)
AKERMAN LLP
500 W. 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7100
Facsimile: (512) 623-6701
Email: adam.swick@akerman.com

-and-

John H. Thompson (*pro hac vice*)
AKERMAN LLP
750 9th Street, NW, Suite 750
Washington, D.C. 2001
Telephone: (202) 393-6222
Facsimile: (202) 393-5959
Email: john.thompson@akerman.com

*Counsel for Visual Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on September 5, 2024, with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary.

By:  */s/ Donald N. David*
     Donald N. David

77874767;1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10763 (AMC)<br>(Jointly Administered) |

**<u>VERIFIED STATEMENT OF MARK S. LICHTENSTEIN</u>**

Mark S. Lichtenstein, hereby verifies that:

1. I am an Partner with the law firm of Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, New York 10020 (Telephone: (212) 880-3800).

2. I am admitted to practice in, and remain in good standing with the Bar of the States of New York and New Jersey, including the United States District and Bankruptcy Courts for the Eastern and Southern Districts of New York, District of New Jersey and Second and Third Circuits for the United States Court of Appeals.

3. I am not currently suspended or disbarred or subject to any disciplinary action in any jurisdiction.

4. I understand that I will be subject to the rules of procedure, practice and discipline applicable in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

This Verification is given subject to the penalties of 18 PA CSA 4904, relating to unsworn falsification to authorities.

Dated: September 5, 2024                    /s/ *Mark S. Lichtenstein*
                                            Mark S. Lichtenstein

77874767;1