# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10763 (AMC)<br>(Jointly Administered) |

## ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW**, it is hereby ORDERED that the motion to admit Mark S. Lichtenstein, to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.

BY THE COURT:

Dated: _____, 2024     _____
Honorable Ashely M. Chan

77874767;1