IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>    Debtors. | Chapter 11<br><br>Case No.: 23-10763 (AMC)<br>(Jointly Administered)[1] |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on August 21, 2024 Visual Semiconductor, Inc. ("VSI") by and through the undersigned counsel, filed its *Limited Objection to the Application of the Chapter 11 Trustee to Employ SSG Advisors LLC as Investment Banker* [ECF No. 717] ("Objection").

**PLEASE TAKE FURTHER NOTICE** that VSI hereby withdraws its Objection.

Dated: September 18, 2024           Respectfully submitted,

  /s/ R. Adam Swick
Donald N. David, SBN: 304846
Mark S. Lichtenstein (Admitted *Pro Hac Vice*)
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Email: donald.david@akerman.com
       mark.lichtenstein@akerman.com
-and-

R. Adam Swick (Admitted *Pro Hac Vice)*
AKERMAN LLP
500 West 5th Street, Suite 1210
Austin, TX 78701

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc*.; Case No. 23-10764 (AMC). (D.I. #81).

78061164;1

Telephone: (737) 999-7103
Facsimile:   (512) 623-6701
Email: adam.swick@akerman.com

-and-

John H. Thompson *(Admitted Pro Hac Vice)*
AKERMAN LLP
750 Ninth Street, N.W. 750
Washington, D.C. 20001
Telephone: (202) 824-1760
Facsimile:   (202) 393-5959
Email: john.thompson@akerman.com

-and-

Leif M Clark (Admitted *Pro Hac Vice*)
Leif M Clark Consulting PLLC
1105 Bonner
Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclark@leifmclark.com

*Attorneys for Visual Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on September 18, 2024 with notice sent electronically to all parties receiving electronic notices in this case pursuant to local rules of this Court, and that no further notice or service is necessary.

 /s/ R. Adam Swick
R. Adam Swick

78061164;1