**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Stream TV Networks, Inc.,** *et al*. | **Bankruptcy No. 23-10763 (AMC)** |
| **Debtors.** | **(Jointly Administered)[1]** |

**CERTIFICATION OF NO OBJECTION REGARDING AMENDED**
**APPLICATION OF THE CHAPTER 11 TRUSTEE TO EMPLOY**
**SSG ADVISORS, LLC AS INVESTMENT BANKER**

The undersigned hereby certifies that, as of September 18, 2024, William A. Homony, Chapter 11 Trustee, has received no answer, objection or other responsive pleading to the Amended Application to Employ SSG Advisors, LLC ("SSG"), as his Investment Banker (the "Application") [D.I. 732] filed on September 6, 2024. The undersigned further certifies that I have reviewed the Court's docket in this case. Visual Semiconductor, Inc. ("VSI") filed a Limited Objection [D.I. 717] to the Trustee's original application to employ SSG, which has since been withdrawn [D.I. 739].

It is hereby respectfully requested that the Order Granting Application, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: September 18, 2024

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3066 – Phone
(215) 665-3165 – Facsimile
*Counsel to William A. Homony, Chapter 11 Trustee*

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).