**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **Stream TV Networks, Inc.**, *et al*. | : **Bankruptcy No. 23-10763 (AMC)** |
| | : **(Jointly Administered)**[1] |
| Debtors. | : |
| | : |

**STIPULATION AND CONSENT ORDER TO EXTEND TIME**
**TO RESPOND TO APPLICATIONS FOR COMPENSATION**

The parties hereby stipulate to extend time for William A. Homony, in his capacity as Chapter 11 Trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc., to file a Response to the Local Rule 2016-5 Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP, ("LBBS"), for the Periods December 1, 2023 through December 31, 2023 and January 1, 2024 through January 15, 2024 (D.I. #722) and/or the Final Application of LBBS for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023 Through January 15, 2024 (D.I. #723) until on or before October 28, 2024.

By: */s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail addresses: edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William Homony, Chapter 11 Trustee*

Dated: September 11, 2024

By: */s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena
LEWIS BRISBOIS BISGAARD &
SMITH, LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
*Counsel to the Debtors*

Dated: September 20, 2024

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4881-6364-1059