# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al.* | Bankruptcy No. 23-10763 (AMC) |
| | (Jointly Administered)[1] |
| Debtors. | |

## CONSENT ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the stipulation of the parties through counsel, the time within which the Trustee may file a response to the Local Rule 2016-5 Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP, for the Periods December 1, 2023 through December 31, 2023 and January 1, 2024 through January 15, 2024 (D.I. #722) and/or the Final Application of Lewis Brisbois Bisgaard & Smith, LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023 Through January 15, 2024 (D.I. #723) in the above captioned jointly administered bankruptcy cases is extended to on or before October 28, 2024.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4881-6364-1059