## EXHIBIT B
**Asset Purchase Agreement**

**Asset Purchase Agreement to be provided**