## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al*. | : | **Bankruptcy No. 23-10763 (AMC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)[1]** |
| | : | |

**ORDER GRANTING EXPEDITED CONSIDERATION, SHORTENED
TIME AND LIMITED NOTICE ON MOTION OF WILLIAM A. HOMONY IN HIS
CAPACITY AS CHAPTER 11 TRUSTEE FOR (I) AN ORDER (A) APPROVING THE
BIDDING PROCEDURES AND FORM OF ASSET PURCHASE AGREEMENT FOR
THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B)
ESTABLISHING THE NOTICE PROCEDURES AND APPROVING THE FORM AND
MANNER OF NOTICE THEREOF AND SCHEDULING A SALE BY AUCTION, (C)
APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (D)
SCHEDULING A SALE HEARING, (E) GRANTING EXPEDITED CONSIDERATION
PURSUANT TO LOCAL RULE OF BANKRUPTCY PROCEDURE 5070-1(g), AND (F)
GRANTING RELATED RELIEF, AND (II) AN ORDER (A) APPROVING THE SALE
OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS,
ENCUMBRANCES, AND OTHER INTERESTS, (B) APPROVING THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES RELATED THERETO, AND (C) GRANTING RELATED RELIEF**

AND NOW this _____ day of _____, 2024, upon consideration

of the Motion of William A. Homony in His Capacity as Chapter 11 Trustee for (I) an Order (A)

Approving the Bidding Procedures and Form of Asset Purchase Agreement for the Sale of

Substantially all of the Debtors' Assets, (B) Establishing the Notice Procedures and Approving the

Form and Manner of Notice Thereof and Scheduling a Sale by Auction, (C) Approving Procedures

for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D)

Scheduling a Sale Hearing, (E) Granting Expedited Consideration Pursuant to Local Rule of

Bankruptcy Procedure 5070-1(g), and (F) Granting Related Relief, and (II) an Order (A)

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4880-0354-5067 v1

Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief (the "Sale Motion"),[2] and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1.      The Trustee's request for an Expedited Consideration, shortened time, and limited notice on the Motion is GRANTED.

2.      A hearing to consider the Motion is scheduled for _____, 2024 at _____ a.m./p.m. before the Honorable Ashely M. Chan, United States Bankruptcy Judge in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA, 19107 in Courtroom No. 4.  Any objection to the Motion must be filed with the Clerk of the Bankruptcy Court and served upon counsel on or before _____, 2024.

3.      A copy of this Order shall be served by counsel to the Trustee on or before _____, 2024, at _____ a.m./p.m. by facsimile, next day mail or by electronic means, including the Court's CM/ECF system, upon: (i) Counsel to the Secured Creditors; (ii) the Office of the United States Trustee; (iii) the Debtors' top twenty unsecured creditors (iv) the Debtors; and (v) all parties who have timely filed requests for notice under Bankruptcy Rule 2002.

4.      Prior to the hearing on the Motion, the Trustee shall file a Certificate of Service demonstrating compliance with paragraph 3 above.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion, the Bidding Procedures or the Bidding Procedures Order.

4880-0354-5067 v1

5.      If notice is given in the manner provided above, said notice shall be sufficient and
proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures,
and the Local Rules of this Court.


BY THE COURT:


_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

4880-0354-5067 v1