**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10763 (AMC)<br>(Jointly Administered)[1] |

**NOTICE OF ORAL DEPOSITION *DUCES TECUM***

**PLEASE TAKE NOTICE** that Visual Semiconductor, Inc. ("**VSI**") by and through their undersigned counsel, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, as made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure, will take the oral deposition of Alastair Crawford (the "**Deponent**") on **November 4, 2024 at 10:00 a.m. (ET).**

**PLEASE THAT FURTHER NOTICE** that the deposition will continue day to day until completed or adjourned by mutual consent of the parties, at the law office of **Akerman LLP, 222 Delaware Avenue, Suite 1710, Wilmington, Delaware 19801**. The deposition will be conducted under oath before a certified court reporter, recorded stenographically and may be videotaped.

**PLEASE TAKE FURTHER NOTICE** that the Deponent is further requested to produce all documents described on the attached **Schedule "A."** In order to expedite the deposition, please deliver via electronic transmission, copies of the documents, electronically stored information, or objects described in the attached "Schedule A" to the undersigned counsel at Akerman LLP, 500 West 5th Street, Ste. 1210, Austin, Texas 78701 or via email to adam.swick@akerman.com on or before **October 25, 2024.**

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

1

78300316;1

| | |
|---|---|
| Dated: October 11, 2024 | Respectfully submitted, |
| | AKERMAN LLP |
| | /s/ R. Adam Swick |
| | Donald N. David, SBN: 304846 |
| | Mark S. Lichtenstein (Admitted *Pro Hac Vice*) |
| | 1251 Avenue of the Americas |
| | 37th Floor |
| | New York, NY 10020 |
| | Telephone: (212) 880-3800 |
| | Facsimile: (212) 880-8965 |
| | Email: donald.david@akerman.com |
| |       mark.lichtenstein@akerman.com |
| | -and- |
| | R. Adam Swick (Admitted *Pro Hac Vice)* |
| | AKERMAN LLP |
| | 500 West 5th Street, Suite 1210 |
| | Austin, TX 78701 |
| | Telephone: (737) 999-7103 |
| | Facsimile:   (512) 623-6701 |
| | Email: adam.swick@akerman.com |
| | -and- |
| | John H. Thompson *(*Admitted *Pro Hac Vice)* |
| | AKERMAN LLP |
| | 750 Ninth Street, N.W. 750 |
| | Washington, D.C. 20001 |
| | Telephone: (202) 824-1760 |
| | Facsimile:   (202) 393-5959 |
| | Email: john.thompson@akerman.com |
| | -and- |
| | Leif M Clark (Admitted *Pro Hac Vice*) |
| | Leif M Clark Consulting PLLC |
| | 1105 Bonner |
| | Houston, TX 77007 |
| | Telephone: (210) 663-5183 |
| | Email: lmclark@leifmclark.com |
| | *Attorneys for Visual Semiconductor, Inc.* |

78300316;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via email to the following parties as follows:

Arthur Leonard Robert Morton
c/o K&L GATES LLP
Steven L. Caponi
Megan E. O'Connor
600 King Street, Suite 901
Wilmington, DE 19801
Email:  steven.caponi@klgates.com
           megan.oconnor@klgates.com

-and-

Margaret R. Westbrook
Jonathan N. Edel
Aaron S. Rothman
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Email: margaret.westbrook@klgates.com
           jon.edel@klgates.com
           aaron.rothman@klgates.com

-and-

Thomas A. Warns
599 Lexington Avenue
New York, NY 10022
Email: tom.warns@klgates.com

William A. Homony as the Chapter 11 Trustee
MILLER COFFEY TATE LLP
1628 John F. Kennedy Blvd., Ste 950
Philadelphia, PA 19103
Email: bhomony@mctllp.com

3

78300316;1

William A. Homony as the Chapter 11 Trustee
c/o Edmond M. George
Michael D. Vagnoni
OBERMAYER REBMANN MAXELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Email: Michael.vagnoni@obermayer.com

                                            */s/ R. Adam Swick*
                                            R. Adam Swick

4

78300316;1