# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| STREAM TV NETWORKS, INC., | Case No.: 23-10763 (AMC) |
| Debtors. | (Jointly Administered)[1] |

## CERTIFICATE OF CONFERENCE

I certify that on October 7, 2024, the undersigned counsel for Visual Semiconductor, Inc. ("VSI") made a reasonable attempt to confer, via electronic mail, with Jon N. Edel, Esq. and Margaret Westbrook, Esq. of K&L Gates LLP, counsel for Hawk Investment Holdings Ltd. ("Hawk"), for a conference and acceptance of service of a subpoena duces tecum and scheduling of deposition and timing of production of documents by Hawk. As of October 10, 2024, no response was received.

Dated: October 11, 2024

Respectfully submitted,

*/s/ R. Adam Swick*
Donald N. David, SBN: 304846
Mark S. Lichtenstein (Admitted *Pro Hac Vice*)
AKERMAN LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Email: donald.david@akerman.com
          mark.lichtenstein@akerman.com

-and-

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

78300127;1

R. Adam Swick (Admitted *Pro Hac Vice)*
AKERMAN LLP
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7103
Facsimile:   (512) 623-6701
Email: adam.swick@akerman.com

-and-

John H. Thompson *(*Admitted *Pro Hac Vice)*
AKERMAN LLP
750 Ninth Street, N.W. 750
Washington, D.C. 20001
Telephone: (202) 824-1760
Facsimile:   (202) 393-5959
Email: john.thompson@akerman.com

-and-

Leif M Clark (Admitted *Pro Hac Vice*)
Leif M Clark Consulting PLLC
1105 Bonner
Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclark@leifmclark.com

*Attorneys for Visual Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on October 11, 2024 with notice sent electronically to all parties receiving electronic notices in this case pursuant to local rules of this Court, and that no further notice or service is necessary.

 */s/ R. Adam Swick*
R. Adam Swick

78300127;1