IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Stream TV Networks, Inc., *et al.* | : | Bankruptcy No. 23-10763 (AMC) |
| Debtors. | : | (Jointly Administered)[1] |

**PRAECIPE TO ATTACH SECOND NOTICE OF ORAL
DEPOSITION SUBPOENA DUCES TECUM OF
WILLIAM A. HOMONY AS THE CHAPTER 11 TRUSTEE
TO MOTION TO QUASH AND MOTION TO COMPEL**

TO THE CLERK OF BANKRUPTCY COURT:

Kindly attach the Second Notice of Oral Deposition Subpoena Duces Tecum of William A. Homony as the Chapter 11 Trustee (the "Second Notice") [D.I. 761] to the Motion of William A. Homony in His Capacity as Chapter 11 Trustee for Entry of an Order: (i) Granting Expedited Consideration, Shortened Time and Limited Notice; (ii) Quashing Subpoena; (iii) Entering a Protective Order; and (iv) Granting Related Relief (the "Motion to Quash") [D.I. 724] and VSI's Objection to Motion to Quash and Motion to Compel ("Motion to Compel") [D.I. 728]. By agreement of the Trustee and VSI, it is their intention that the Motion to Quash and the Motion to Compel will apply to the Second Notice for the purposes of arguing the Motion at the October 30, 2024 hearing without the need of filing an additional motion.

Dated: October 25, 2024        By: */s/ Michael D. Vagnoni*
                                   Edmond M. George, Esquire
                                   Michael D. Vagnoni, Esquire
                                   OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                   Centre Square West
                                   1500 Market Street, Suite 3400

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4872-5332-1458 v2-10/25/24

Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail: michael.vagnoni@obermayer.com
*Counsel to William A. Homony Chapter 11 Trustee*