**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| | § | |
| Stream TV Networks, Inc., *et al.*[1] | § § | |
| | § | Case No. 23-10763 (AMC) |
| Debtors. | § | |
| | § | (Jointly Administered) |

**STIPULATION BY AND BETWEEN LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
AND THE UNITED STATES TRUSTEE REGARDING FINAL FEE APPLICATION**

Lewis, Brisbois, Bisgaard & Smith, LLP ("LBBS") and Andrew R. Vara, the United States

Trustee for Region 3 ("U.S. Trustee" and together with LBBS, the "Parties" and each individually,

a "Party"), by and through their undersigned counsel, hereby stipulate (this "Stipulation") to the

following regarding the *Final Application Of Lewis Brisbois Bisgaard & Smith LLP For*

*Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From*

*March 15, 2023 Through January 15, 2024* (Docket No. 723) (the "Final Fee Application"):

**RECITALS**

WHEREAS, on March 15, 2023, (the "Petition Date"), Stream TV Networks, Inc.

("Stream") and Technovative Media, Inc. ("Technovative" and collectively with Stream, the

"Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States

Code (11 U.S.C. 101 *et seq.*, the "Bankruptcy Code");

---

[1]   The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

148041220.1   1

WHEREAS, on April 3, 2023, the Debtors filed the *Application Pursuant To 11 U.S.C. § 327(a) Of The Bankruptcy Code For Authority To Employ Lewis Brisbois Bisgaard & Smith LLP As Counsel For The Debtors* (Docket No. 70) (the "Retention Application");

WHEREAS, on April 28, 2023, the Debtors filed the *Supplemental Declaration of Rafael X. Zahralddin in Support of the Retention Application* (Docket No. 180) (the "Supplemental Declaration");

WHEREAS, on May 2, 2023, the Court entered the *Order Granting Debtor's Application To Employ And Retain Lewis Brisbois Bisgaard & Smith LLP As Counsel To The Debtors And Debtors-In-Possession* (Docket No. 185) (the "Retention Order");

WHEREAS, on January 5, 2024, the Court entered the *Order* (Docket No. 549) (the "Chapter 11 Trustee Order"), pursuant to which, among other things, the Court directed appointment of a chapter 11 trustee pursuant to Bankruptcy Code section 1104(a);

WHEREAS, on January 12, 2024, the Court entered the *Order Approving Appointment Of Trustee* (Docket No. 558) (the "Chapter 11 Trustee Appointment Order"), pursuant to which the Court approved the appointment of William A. Homony (the "Chapter 11 Trustee") as the chapter 11 trustee in the above-captioned cases;

WHEREAS, on August 28, 2024, LBBS filed the Final Fee Application, pursuant to which LBBS seeks final Court approval for the sum of $2,928,159.00 for professional services rendered for and on behalf of the Debtors and reimbursement of expenses in the amount of $49,799.10, for a total aggregate amount of $2,977.958.10, which amount is net of prior voluntary reductions as noted in the Final Fee Application;

WHEREAS, the deadline to object to the Final Fee Application was September 18, 2024.

148041220.1 2

WHEREAS, LLBS provided an extension of time to file an objection to the Final Fee Application to the United States Trustee through October 28, 2024. LBBS.

WHEREAS, LBBS and the Chapter 11 Trustee stipulated to an extension of time to review the Final Fee Application through October 28, 2024 which was approved by the Court on October 2, 2024. *See, Consent Order* (Docket No. 753).  LBBS represents that the Chapter 11 Trustee has been provided an additional extension through November 4, 2024 to allow them to review this settlement and avoid unnecessary additional administrative expense to the estate.  LBBS further represents that LBBS and the Chapter 11 Trustee will be filing a further stipulation for Court approval.

WHEREAS, no other party filed an objection to the Final Fee Application and LBBS represents that no other party requested or received an extension to file an objection after September 18, 2024.

WHEREAS, after the filing and service of the Final Fee Application, the U.S. Trustee raised an informal objection (the "Response") to the relief requested in the Final Fee Application;

WHEREAS, the Parties have resolved the Response through an agreed reduction of $235,226.00 (which is more than eight (8) percent of the total fees requested), subject to the terms of this Stipulation and Court approval thereof;

NOW, THEREFORE, after good faith, arm's length discussions, the Parties hereto agree as follows:

## STIPULATION

1.        The U.S. Trustee does not oppose a final request by LBBS for allowance of, and payment on, the aggregate sum of $2,692,933 for professional services and $49,799.10 for reimbursement of expenses, for a total aggregate sum of $2,742,732.10 (collectively the "Reduced Compensation Request").

2.        LBBS shall not seek allowance of, or payment on, any amounts beyond the Reduced Compensation Request.

3.        The Stipulation is without prejudice to the rights and interests of all other parties in interest, including, without limitation, the Chapter 11 Trustee, whatever those rights and interests may be.

4.        This Stipulation is the entire agreement between the Parties with respect to the subject matter hereof.

5.        This Stipulation is subject to approval of the Court.  The Parties acknowledge and agree that the Court shall retain jurisdiction over all disputes concerning or related to the subject matter of this Stipulation.

Dated:  October 28, 2024

| By: /s/ *Rafael X. Xahralddin-Aravena* | By: /s/ *Kevin P. Callahan* |
|---|---|
| Rafael X. Zahralddin-Aravena, Partner | Kevin P. Callahan, Trial Attorney |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | Andrew R. Vara, the United States Trustee for Region 3 |
| 550 E. Swedesford Road, Suite 270 | Office of The United States Trustee |
| Wayne, PA 19087 | Robert NC Nix, Sr. Federal Building |
| Telephone: (302) 985-6000 | 900 Market Street, Suite 320 |
| Facsimile: (302) 985-6001 | Philadelphia, PA 19107 |
| Email: Rafael.Zahralddin@lewisbrisbois.com | Telephone: (215) 597-4411 |
| | Facsimile: (215) 597-5795 |
| *Counsel to the Debtors* | Email: Kevin.P.Callahan@usdoj.gov |

148041220.1  4