**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Stream TV Networks, Inc., *et al.*[1] | § § | |
| Debtors. | § § § | Case No. 23-10763 (AMC) (Jointly Administered) |

**ORDER APPROVING STIPULATION BY AND BETWEEN LEWIS, BRISBOIS,
BISGAARD & SMITH, LLP AND THE UNITED STATES TRUSTEE
REGARDING FINAL FEE APPLICATION**

Upon consideration of the *Stipulation By And Between Lewis, Brisbois, Bisgaard & Smith, LLP And The United States Trustee Regarding Final Fee Application* (the "Stipulation"), and this Court having jurisdiction over this matter; and due and proper notice of the Stipulation having been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

1.          The Stipulation is APPROVED in all respects.

2.          The Stipulation is binding on the U.S. Trustee and LBBS.  The Stipulation and this Order are without prejudice to the rights and interests of all other parties in interest, including, without limitation, the Chapter 11 Trustee, whatever those rights and interests may be.

---

[1]     The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

148041220.1

3. The Court retains exclusive jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: _____, 2024

_____
Honorable Ashely M. Chan,
Chief United States Bankruptcy Judge