# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | :  | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc., *et al*.** | : | Bankruptcy No. 23-10763 (AMC) |
| | : | (Jointly Administered)[1] |
| **Debtors.** | : | |
| | : | |

## CONSENT ORDER

**AND NOW**, this  31st  day of  October , 2024, upon consideration of the stipulation of the parties through counsel, the time within which the Trustee may file a response to the Local Rule 2016-5 Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP, for the Periods December 1, 2023 through December 31, 2023 and January 1, 2024 through January 15, 2024 (D.I. #722) and/or the Final Application of Lewis Brisbois Bisgaard & Smith, LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023 Through January 15, 2024 (D.I. #723) in the above captioned jointly administered bankruptcy cases is extended to on or before November 4, 2024.

> BY THE COURT:
>
> The Honorable Ashely M. Chan
> Chief United States Bankruptcy Judge

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4865-0808-9843 v2