# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc.,** *et al*. | : | Bankruptcy No. 23-10763 (AMC) |
| | : | (Jointly Administered)[1] |
| Debtors. | : | |

## PRAECIPE TO WITHDRAW MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER ENFORCING THE AUTOMATIC STAY AND COMPELLING TURNOVER OF ESTATE PROPERTY

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw, without prejudice, the Motion of William A. Homony, in his Capacity as Chapter 11 Trustee, for Entry of an Order Enforcing the Automatic Stay and Compelling Turnover of Estate Property filed on May 30, 2024, docket number 646.

Dated: October 31, 2024

*/s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail addresses:
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William Homony, Chapter 11 Trustee*

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4869-5940-0692 v1-10/31/24