# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 11 |
| **Stream TV Networks, Inc.,** *et al*. | Bankruptcy No. 23-10763 (AMC) |
|  | (Jointly Administered)[1] |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, do herby certify that on October 31, 2024, I caused a true and correct copy of the foregoing Praecipe to Withdraw the Motion of William A. Homony, in his Capacity as Chapter 11 Trustee, for Entry of an Order Enforcing the Automatic Stay and Compelling Turnover of Estate Property to be served via the Court CM/ECF Systems or electronic means on the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

# SERVICE LIST

VINCENT F. ALEXANDER on behalf of Debtor Technovative Media, Inc.
valexander@shutts.com

LESLIE BETH BASKIN on behalf of Debtor In Possession Visual Semiconductor, Inc.
lbaskin@sgrvlaw.com, klove@sgrvlaw.com

ANDREW J. BELLI on behalf of William A Homony
abelli@kcr-law.com

ANDREW J. BELLI on behalf of Trustee WILLIAM A. HOMONY
abelli@kcr-law.com

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

STEVEN M. COREN on behalf of William A Homony
scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN on behalf of Trustee WILLIAM A. HOMONY
scoren@kcr-law.com, ccapra@kcr-law.com

Steven Caponi on behalf of Creditor Hawk Investment Holdings Ltd.
steven.caponi@klgates.com, alyssa.domorod@klgates.com; kay.laplante@klgates.com

Steven Caponi on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED
steven.caponi@klgates.com, alyssa.domorod@klgates.com; kay.laplante@klgates.com

Steven Caponi on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON
steven.caponi@klgates.com, alyssa.domorod@klgates.com; kay.laplante@klgates.com

ANDREW PETER DEMARCO on behalf of Rembrandt 3D Holding Ltd.
ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO on behalf of Creditor Rembrandt 3D Holding Ltd.
ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

Donald N. David on behalf of Creditor Visual Semiconductor, Inc.
donald.david@akerman.com

KATHERINE M. FIX on behalf of Interested Party SLS Holdings VI, LLC
kfix@rc.com

NICHOLAS E HAKUN on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of Technovative Media, Inc.

nhakun@wsgr.com, nhakun@gmail.com

WILLIAM A. HOMONY
bhomony@mctllp.com, mtomlin@mctllp.com

JENNIFER R. HOOVER on behalf of Interested Party IMG Media Limited
jhoover@beneschlaw.com, docket2@beneschlaw.com; lmolinaro@beneschlaw.com

JENNIFER R. HOOVER on behalf of Interested Party Trans World International, LLC
jhoover@beneschlaw.com, docket2@beneschlaw.com; lmolinaro@beneschlaw.com

JEFFREY KURTZMAN on behalf of Creditor SSG Advisors, LLC
Kurtzman@kurtzmansteady.com

Joseph Oliver Larkin on behalf of Defendant SeeCubic, Inc.
joseph.larkin@skadden.com, christopher.heaney@skadden.com; wendy.lamanna@skadden.com; andrea.bates@skadden.com; ecf-7f0a8f590dc1@ecf.pacerpro.com

Joseph Oliver Larkin on behalf of Interested Party SeeCubic, Inc.
joseph.larkin@skadden.com, christopher.heaney@skadden.com; wendy.lamanna@skadden.com; andrea.bates@skadden.com; ecf-7f0a8f590dc1@ecf.pacerpro.com

JOHN HENRY SCHANNE on behalf of U.S. Trustee United States Trustee
John.Schanne@usdoj.gov

RANDALL ADAM SWICK on behalf of Creditor Visual Semiconductor, Inc.
adam.swick@akerman.com, teresa.barrera@akerman.com; valerie.braun@akerman.com

PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA
pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MARGARET ANN VESPER on behalf of Creditor Shadron L. Stastney
vesperm@ballardspahr.com

MARGARET ANN VESPER on behalf of Defendant SHADRON L STASTNEY
vesperm@ballardspahr.com

MARGARET ANN VESPER on behalf of Interested Party Shadron L. Stastney
vesperm@ballardspahr.com


DAVIS LEE WRIGHT on behalf of Defendant SLS Holdings VI, LLC
dwright@rc.com

DAVIS LEE WRIGHT on behalf of Interested Party SLS Holdings VI, LLC
dwright@rc.com

RAFAEL X. ZAHRALDDIN on behalf of Debtor Stream TV Networks, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com; lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Debtor Technovative Media, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com; lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Plaintiff Stream TV Networks, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com; lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Plaintiff Technovative Media, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com; lewisbrisbois@ecfalerts.com

**VIA FIRST CLASS MAIL**

STEVEN M. COREN
Coren & Ress, P.C.
Two Commerce Square
2001 Market Street Suite 3900
Philadelphia, PA 19103

JUDGE PATRICIA M. MAYER
201 Penn Street, 4th Floor
The Gateway Building
Reading, PA 19601

Miller Coffey Tate
1628 John F Kenndy Blvd.
Suite 950
Philadelphia, PA 19103

SSG Advisors,LLC
J. Scott Victor, Managing Director
Five Tower Bridge, Suite 420
300 Barr Harbor Drive
West Conshohocken, PA 19428