**nicole.maneen@visualsemi.com**

| | |
|---|---|
| **From:** | Leslie Beth Baskin <lbaskin@sgrvlaw.com> |
| **Sent:** | Saturday, April 13, 2024 10:07 AM |
| **To:** | Edmond George (Edmond.George@obermayer.com); Michael.vagnoni@obermayer.com; 'Steven Coren' |
| **Cc:** | 'mathu rajan'; nicole.maneen@visualsemi.com; Jeffrey Kaiser |
| **Subject:** | Stream TV-- Urgent Issue |
| **Importance:** | High |
| **Flag Status:** | Flagged |

Good morning-- We were just told by reputable contacts from the Netherlands group that they have been making samples and getting them to SeeCubic at SeeCubic's request.  We believe that this is in violation of the TRO and the Philips and Rembrandts licenses.  Those licenses do not allow sub-licensing. This means that  SeeCubic of DE and the Netherlands are in violation of Court rulings  and for some reason continue  to get away with this and adversely affect the Estate.   We are having some problem raising funds from some of our likely investors as they are aware of this and losing all faith in this Chapter 11 process.  We would like to discuss this with you immediately.

You should also know that the representatives of SeeCubic are calling  Stream shareholders to try to get investment money and as previously stated, using the 3D technology in which they have no rights.  They are not supposed to be doing any of the 3D technologies at all!  Judge Coleman in fact ruled as such. As aforestated,  they should not be making samples, or making representations, or talking to companies about this 3D technology as if they own the rights.  If true, and based upon what has been presented to us, we believe this is impairing the Estate to which you have a fiduciary duty to protect .

Let me emphasize that VSI is 110% focused on getting the funding which you require but this is information coming from investors who are willing to put in the money but is giving them valid pause for concern because the misinformation campaign is flooding them and is depriving us of our hopes to move forward.  I am sending you a copy of an email ( see below) which was sent to us and which is representative of what the other side is sending to potential investors and customers --which needs to be stopped.

Please let me know when you can discuss this.  I would like to include Nicole on the call as she can answer most of your questions regarding these issues.  Please let me know. Thanks, Leslie

---

**From:** Marc Dannenberg <mdandml@hotmail.com>
**Sent:** Saturday, April 13, 2024 7:27 AM
**To:** mathu rajan <mathu.rajan@visualsemi.com>; Dan Rink <dan.rink@visualsemi.com>; nicole.maneen@visualsemi.com; suby.joseph@visualsemi.com
**Subject:** SeeCubic won the assets?

**Ken Hanover**

**EXHIBIT J**

to me

Marc:

Well it looks like the litigation is about ovah! The Rajans got squat, no debt was converted into equity, and SeeCubic will own all of the assets.

Hey what's up, it looks like SeeCubic won the assets.  You didn't raise anywhere near 10 million dollars for VSI.   I can honestly say i don't care.  This was always a battle between horrible people and worse than horrible people...the problem is nobody knew who was who.

Nicole I never had any problems with you until I heard you were talking shit about me.   People who talk shit about me typically lose in the end.   I hope you land on your feet in a place far far away from Mat Rajan.

Best,
Marc



**Leslie Beth Baskin, Esquire**

**Spector Gadon Rosen Vinci P.C.**

T +1 215-241-8926
F +1 215-531-9145
E lbaskin@sgrvlaw.com

**www.sgrvlaw.com**    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.