**From:** William Homony <bhomony@mctllp.com>
**Sent:** Tuesday, September 10, 2024 4:01 PM
**To:** bud@streamacquisitiongroup.com
**Cc:** 'Nicole Maneen' <nicole@streamacquisitiongroup.com>; 'Suby Joseph' <suby@streamacquisitiongroup.com>
**Subject:** RE: Philips - breach of contract

Bud, the TRO is no longer in effect.  I settled that issue.

During Q1 no displays were delivered. As a result, the reporting is empty.
During Q2 two (2) 12.3-inch display demonstrators were delivered to a customer.

Please have Suby submit the appropriate reports through the Philips portal.  Once the reporting is remitted, I will be adding myself as the primary licensee contact in the database.

Regards,

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**EXHIBIT L**