**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al*. | : | **Bankruptcy No. 23-10763 (AMC)** |
| | : | **(Jointly Administered)[1]** |
| **Debtors.** | : | |
| | : | |

**CONSENT ORDER**

**AND NOW**, this ___7th___ day of ___November___, 2024, upon consideration of the

stipulation of William A. Homony, in his capacity as Chapter 11 Trustee of the bankruptcy estates

of Stream TV Networks, Inc. and Technovative Media Inc. (the "Trustee") and Lewis Brisbois

Bisgaard & Smith LLP ("LBBS"), through counsel, dated November 4, 2024 (the "Stipulation");

and this Court having jurisdiction over this matter; and due and proper notice of the Stipulation

having been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1.      The Stipulation is **APPROVED** in all aspects;

2.      The time within which the Trustee may file a response to the Local Rule 2016-5

Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of

Lewis Brisbois Bisgaard & Smith LLP, for the Periods December 1, 2023 through December 31,

2023 and January 1, 2024 through January 15, 2024 (D.I. #722) and/or the Final Application of

Lewis Brisbois Bisgaard & Smith, LLP for Allowance and Payment of Compensation and

Reimbursement of Expenses for the Period from March 15, 2023 Through January 15, 2024 (D.I.

#723) in the above captioned jointly administered bankruptcy cases is extended two (2) weeks

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

from November 4, 2024, to on or before November 18, 2024 without prejudice to further extensions;

3.    The Stipulation is binding on the Trustee and LBBS, and the Stipulation and this Order are without prejudice to the rights and interests of all other parties in interest, including, without limitation, the United States Trustee, whatever those rights and interests may be; and

4.    The Court retains exclusive jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.


BY THE COURT:


_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

4855-1474-7638 v1