United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10763-amc |
| Stream TV Networks, Inc. | Chapter 11 |
| Technovative Media, Inc. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 07, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Stream TV Networks, Inc., Technovative Media, Inc., 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103-3307 |
| aty | + | BENNETT G. FISHER, Lewis Brisbois Bisgaard & Smith LLP, 24 Greenway Plaza, Suite 1400, Houston, TX 77046-2410 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Trustee WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com |
| ANDREW PETER DEMARCO | on behalf of Creditor Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com  dlflitparas@devlinlawfirm.com |
| DAVIS LEE WRIGHT | on behalf of Interested Party SLS Holdings VI  LLC dwright@rc.com |

DAVIS LEE WRIGHT
    on behalf of Defendant SLS Holdings VI LLC dwright@rc.com

Donald N. David
    on behalf of Creditor Visual Semiconductor Inc. donald.david@akerman.com

JEFFREY KURTZMAN
    on behalf of Creditor SSG Advisors LLC Kurtzman@kurtzmansteady.com

JENNIFER R. HOOVER
    on behalf of Interested Party Trans World International LLC jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JENNIFER R. HOOVER
    on behalf of Interested Party IMG Media Limited jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

Joseph Oliver Larkin
    on behalf of Interested Party SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

Joseph Oliver Larkin
    on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

KATHERINE M. FIX
    on behalf of Interested Party SLS Holdings VI LLC kfix@rc.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LESLIE BETH BASKIN
    on behalf of Debtor In Possession Visual Semiconductor Inc. lbaskin@sgrvlaw.com, klove@sgrvlaw.com

MARGARET ANN VESPER
    on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

MARGARET ANN VESPER
    on behalf of Interested Party Shadron L. Stastney vesperm@ballardspahr.com

MARGARET ANN VESPER
    on behalf of Creditor Shadron L. Stastney vesperm@ballardspahr.com

MICHAEL D. VAGNONI
    on behalf of Trustee WILLIAM A. HOMONY michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

MICHAEL D. VAGNONI
    on behalf of William A Homony michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Debtor Technovative Media Inc. michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Debtor Stream TV Networks Inc. michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

NICHOLAS E HAKUN
    on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of Technovative Media Inc. nhakun@wsgr.com, nhakun@gmail.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RAFAEL X. ZAHRALDDIN
    on behalf of Plaintiff Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
    on behalf of Plaintiff Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
    on behalf of Debtor Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

Case 23-10763-amc Doc 794 Filed 11/09/24 Entered 11/10/24 00:33:47 Desc
Imaged Certificate of Notice Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: pdf900 | Total Noticed: 2 |

RAFAEL X. ZAHRALDDIN
    on behalf of Debtor Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RANDALL ADAM SWICK
    on behalf of Creditor Visual Semiconductor Inc. adam.swick@akerman.com, teresa.barrera@akerman.com;valerie.braun@akerman.com

STEVEN M. COREN
    on behalf of Trustee WILLIAM A. HOMONY scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
    on behalf of William A Homony scoren@kcr-law.com ccapra@kcr-law.com

Steven Caponi
    on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Creditor Hawk Investment Holdings Ltd. steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT F. ALEXANDER
    on behalf of Debtor Technovative Media Inc. valexander@shutts.com

WILLIAM A. HOMONY
    bhomony@mctllp.com mtomlin@mctllp.com

TOTAL: 38

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (AMC)** |
| | : | **(Jointly Administered)[1]** |
| **Debtors.** | : | |
| | : | |

**CONSENT ORDER**

**AND NOW**, this  7th  day of  November , 2024, upon consideration of the stipulation of William A. Homony, in his capacity as Chapter 11 Trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc. (the "Trustee") and Lewis Brisbois Bisgaard & Smith LLP ("LBBS"), through counsel, dated November 4, 2024 (the "Stipulation"); and this Court having jurisdiction over this matter; and due and proper notice of the Stipulation having been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1. The Stipulation is **APPROVED** in all aspects;

2. The time within which the Trustee may file a response to the Local Rule 2016-5 Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP, for the Periods December 1, 2023 through December 31, 2023 and January 1, 2024 through January 15, 2024 (D.I. #722) and/or the Final Application of Lewis Brisbois Bisgaard & Smith, LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023 Through January 15, 2024 (D.I. #723) in the above captioned jointly administered bankruptcy cases is extended two (2) weeks

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4855-1474-7638 v1

from November 4, 2024, to on or before November 18, 2024 without prejudice to further extensions;

3.      The Stipulation is binding on the Trustee and LBBS, and the Stipulation and this Order are without prejudice to the rights and interests of all other parties in interest, including, without limitation, the United States Trustee, whatever those rights and interests may be; and

4.      The Court retains exclusive jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2

4855-1474-7638 v1