**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al*. | : | **Bankruptcy No. 23-10763 (AMC)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)[1]** |
|  | : |  |

**ORDER SUSTAINING OBJECTION OF WILLIAM A. HOMONY, CHAPTER 11
TRUSTEE, TO THE SIXTH REQUEST FOR PAYMENT ON ACCOUNT FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEWIS BRISBOIS
BISGAARD & SMITH LLP, FOR THE PERIODS DECEMBER 1, 2023, THROUGH
DECEMBER 31, 2023, AND JANUARY 1, 2024, THROUGH JANUARY 15, 2024, AND
THE FINAL APPLICATION OF LBBS FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MARCH 15, 2023, THROUGH JANUARY 15, 2024**

    **AND NOW**, upon consideration of the Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP, ("LBBS"), for the Periods December 1, 2023 through December 31, 2023 and January 1, 2024 through January 15, 2024 (D.I. #722) and the Final Application of LBBS for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023 through January 15, 2024 (D.I. #723) (collectively, the "Final Fee Application"), and the objection of William A. Homony, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative", or collectively with Stream the "Debtors") (the "Objection")[2], it is hereby:

    **ORDERED, ADJUDGED AND DECREED THAT:**

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.* Case No. 23-10764 (AMC) (D.I. #81).

[2] Capitalized terms used herein, but not otherwise defined, take on the same meaning here as given in the Objection.

**1.**      The Objection is **SUSTAINED**.

**2.**      The Final Fee Application is **DENIED.**

**3.**      LBBS is **DENIED** compensation and the reimbursement of expenses.

Dated: _____                        _____

                                              Ashely M. Chan,
                                              Chief Bankruptcy Judge