# EXHIBIT "C"

**From:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Sent:** Friday, August 04, 2023 9:44 PM EDT
**CC:** Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>; Mathu <mathu@streamacquisitiongroup.com>; dan@streamacquisitiongroup.com <dan@streamacquisitiongroup.com>; Curry, Josh <Josh.Curry@lewisbrisbois.com>; amanda@streamacquisitiongroup.com <amanda@streamacquisitiongroup.com>; nicole@streamacquisitiongroup.com <nicole@streamacquisitiongroup.com>; adam.swick@akerman.com <adam.swick@akerman.com>; john.thompson@akerman.com <john.thompson@akerman.com>; luis.casasmeyer@akerman.com <luis.casasmeyer@akerman.com>; eduardo.espinosa@akerman.com <eduardo.espinosa@akerman.com>; bradley.henry@akerman.com <bradley.henry@akerman.com>; Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Freeman, Christina <Christina.Freeman@lewisbrisbois.com>; bud@streamacquisitiongroup.com <bud@streamacquisitiongroup.com>
**Subject:** Zahralddin, Rafael has shared a document with you : motion to withdraw the reference order brief and certificate of service.docx (49.6 KB)
**Attachment(s):** "motion to withdraw the reference order brief and certificate of service(127777894.1).docx.nrl","motion to withdraw the reference order brief and certificate of service(127777894.1).docx"

Bennett/Adam/JT,

This is just a template to hold onto in the event we need to file a motion to withdraw the reference.

It would help if you three could focus on the issue of the withdrawal of the reference and if that is appropriate under what we have so far.

The jury trial is another strategic issue – I think Adam's initial reaction was to do request it.

I also think we have to figure out of the District Court will move quickly on this injunction or whether she will move quickly. I have doubts that she will, and want to discuss as a group.

Mathu and Bud tell me that VSI wants to have relief ASAP on several fronts  - we need to get that list and make sure we are asking for injunctive relief.

I think they want injunctive relief for  - the turnover, the trade secrets, and tortious interference.

### iManage LLC

**Zahralddin, Rafael** has shared a document with you.

**You must double-click the <u>attachment</u> to "open" the document for editing.**

Use the link below to see a read-only "preview" of the document:

[motion to withdraw the reference order brief and certificate of service.docx](49.6 KB)

***Please note:  You <u>cannot</u> edit the document from the preview window.***

LEGAL NOTICE: This e-mail is from iManage LLC, and may contain confidential and/or legally privileged information. This e-mail is intended solely for the use of the individual(s) to whom it is addressed.

If you have received this e-mail in error, please notify the sender by reply e-mail, delete the e-mail from your computer and do not copy or disclose it to anyone else. Any disclosure, copying, distribution, reliance or use of the contents or information received in error is strictly prohibited. Neither this e-mail message nor its attachment(s) may be construed as establishing an attorney-client relationship, constituting an electronic signature or providing consent to contract electronically, unless expressly so stated by a iManage LLC attorney in the body of this e-mail or an attachment.

Powered by iManage

**Rafael Zahralddin**
**Partner**
Wilmington
302.985.6004 or x3026004