# EXHIBIT "F"

**From:** Zahralddin, Rafael on behalf of Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Sent:** Monday, April 24, 2023 4:15 PM EDT
**To:** Christopher Michaels <michaels@bpmlegal.com>; Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>
**BCC:** Chapter 11 _ 54493_2 _Email Official <{F11698191}.LEWIS_BRISBOIS@mail.cloudimanage.com>
**Subject:** RE: Plan for Rembrandt

First we have to revise the schedules to include you.  We will get that sorted out this week.  Copying Bennett to start that process.

---

**From:** Christopher Michaels <michaels@bpmlegal.com>
**Sent:** Monday, April 24, 2023 4:02 PM
**To:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Subject:** [EXT] RE: Plan for Rembrandt


Our investors are primarily interested in product purchases and investment in long term production and distribution agreements with Rembrandt.  I doubt that they would be interested in DIP lending, but if they were, I am guessing their attorneys would expect secured lending options.

With SeeCubic offering unsecured debt, I can't see a way that any investment proposal for secured debt would get consideration at this stage.  I am not sure what SeeCubic and Hawk are demanding to honor their statements in their papers, but I read SeeCubic's papers and it seemed that they were offering funding on fairly favorable terms as unsecured debt.

While we are talking to a lot of money, we are not pitching to "dumb money." They are well represented and advised with a great deal of sophistication in their markets and ours.  I think you can appreciate the types of agreements and conditions their counsel will request prior to any investment. We are not going to be able to pull something together quickly, but it is a good longer term option at the right terms.

While I understand that you have an immediate cash flow issue to solve, we need clarification regarding Stream's plan for paying Rembrandt for its license.

Chris

**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*



118 N. Tioga Street, Suite 400, Ithaca, New York 14850
Main: 607-256-2000  Fax: 607-256-3628
www.brownandmichaels.com

*Email:* michaels@bpmlegal.com
*Direct Dial:  607-203-9470*

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.

---

**From:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Sent:** Monday, April 24, 2023 3:35 PM
**To:** Christopher Michaels <michaels@bpmlegal.com>
**Subject:** Re: Plan for Rembrandt

We have to update the schedules.

Right now we are trying to deal with the secured lenders.

Do your funding sources want to supply a DIP?

Might be better optics.

VSI isn't putting in $10 million - the purchase orders plus investors are the source of those funds.

Get Outlook for iOS

**Rafael Zahralddin**
**Partner**
Rafael.Zahralddin@lewisbrisbois.com

**T: 302.985.6004 F: 302.985.6001 M: 302.545.2888**

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Christopher Michaels <michaels@bpmlegal.com>
**Sent:** Monday, April 24, 2023 3:31:58 PM
**To:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Subject:** [EXT] Plan for Rembrandt

Rafael:

We have read Stream's latest motion papers and note that Stream was asking to have a number of employees and vendors paid to allow production to start but did not include any payment to Rembrandt. While I understand the list of vendors will not be paid, we expected to be included in the list of vendors that needed to be paid to restart production. Coupled with Stream's failure to list Rembrandt as either a creditor or as having an executory contract with Stream, we are having a hard time reconciling your filings with your statements that Rembrandt will both be paid and treated as an administrative claim.

If VSI has $10,000,000 to invest in Stream, there are funds to pay Rembrandt, but we see no plan to do so.

We are working with bankruptcy counsel, planning next steps, and talking to all parties. We need immediate clarification regarding Stream's plan for paying Rembrandt for its license.

Chris


**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*



Email: michaels@bpmlegal.com
Direct Dial:  607-203-9470

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.