**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | nicole@streamacquisitiongroup.com |
| **Sent:** | Thursday, March 7, 2024 11:09 AM |
| **To:** | bhomony@mctllp.com; Michael.vagnoni@obermayer.com; 'George, Edmond'; Matt Tomlin; Andrew Belli; 'Steven Coren' |
| **Cc:** | Zahralddin, Rafael; 'Mathurajan' |
| **Subject:** | Updated list of assets |
| **Attachments:** | 20240306 Stream TV Assets to be Returned.docx |

Please see attached the updated list of assets.

Thank you,
Nicole

1

**EXHIBIT C**

# List of Stream Assets to be Returned
# As of March 6, 2024

**Demonstrator Units**

**Assets located at SCBV:**
1. 65" 8K Ultra-D display(s) with player PC, accessories, and content.
2. 10.1" tablet samples
3. 5.5" phone samples
4. 12.3" 4.5K Automotive Samples
5. 12.3" 3K Automotive Samples

**Assets located at Hawk's Jersey office:**
Ground Floor Hawk House, 22 Esplanade, St Helier, Jersey, Channel Islands JE1 1HH, Jersey:
6. 65" 8K Ultra-D display with player PC, cables, and content
7. Any other Ultra-D displays

**Assets located at SeeCubic, Inc. Headquarters:**
667 Madison Ave, Floors 4 & 5, New York, NY 10055:
8. 65" 8K Ultra-D display(s) with player PC, cables, and content
9. 65" 4K Ultra-D display(s)
10. Any other Ultra-D displays

**Assets located at SeeCubic, Inc. UK office:**
Portman House, Floor 3, London, United Kingdom, W1H 6DU:
11. 65" 8K Ultra-D display(s) with player PC, cables, and content
12. 65" BV3 (8K Lite) Ultra-D displays with Player PCs, cables, and content
13. 65" 4K Ultra-D display(s)
14. Automotive Ultra-D displays
15. Any other Ultra-D displays

**Assets transferred to Seecubic, Inc. at Extra Space Storage but not returned:**
9180 Alcosta Blvd, Unit #441, San Ramon, CA 94583
16. 1 x 10" 4K Ultra-D display (S/N unknown)
17. 1 x 5.5" Ultra-D display (S/N unknown)
18. 1 x Dell laptop computer (S/N  593QZX2)
19. 1 x PW laptop computers (S/Ns  8F10SC051226)
20. 1 x Alienware laptop computer (S/N  5QCSQ72)

**Assets at unknown Florida location:**
(confirmed by a SeeCubic, Inc. finance source who could not provide exact location)
21. 65" 8K Ultra-D display(s) with player PC, cables, and content
22. 65" 4K Ultra-D display(s)
23. Any other Ultra-D displays

**Known assets at unknown locations:**
24. 12.3" 4.5K Ultra-D automotive demonstrator units
25. 3K Ultra-D automotive demonstrator units
26. 65" BV3 (8K Lite) Ultra-D displays with Player PCs, cables, and content
27. Additional 10" 4K Ultra-D displays

**Laptop Computers – Business & Content Creation**
1. Bud Robertson (Executive Vice President) – Dell s/n 623H852
2. Suby Joseph (VP Finance) – s/n unknown
3. Nicole Maneen (Executive Assistant) – s/n unknown
4. Amanda Von Ahnen-Gonzalez (Executive Assistant) – s/n unknown
5. Grazina Seskeviciute (VP Content) – Dell s/n unknown (valued at USD $6,000)
6. Sara Robertson-Brewer (Content Creator) – Dell s/n 747CPVZ* (valued at USD $6,000)

**Other Physical Assets**

SCBV is withholding or controlling the following additional physical assets:
1. Optical Bonding Equipment previously warehoused by Stream at Hold Jumper (Suzhou) Packing Co., No.1 XiangJie Street, Suzhou New District, JiangSu Province, China  215129 and moved to No. 369, Kang Zhuang Road, Kun Shan City, Jiangsu Province, China.
2. "Google Lenses" consisting of bonded 3D lenses from Matsunami, 8K video panels from BOE, and custom back light units and mechanical chassis from Skyworth.  All materials were paid for by Stream or its strategic partners and are the property of Stream. Currently stored at Stream's R&D Subsidiary, SeeCubic, B.V. ("SCBV") in the Netherlands.
3. 8K video panels purchased from BOE and delivered to SCBV

**Email Data**

SCBV is custodian of company email accounts still being withheld:
1. bill.hennessey@streamtvnetworks.com
2. chandra.rao@streamtvnetworks.com
3. dhumphreys@streamtvnetworks.com *
4. ed.reuss@streamtvnetworks.com
5. franklin.rodgers@streamtvnetworks.com *
6. kaushik.banerjee@streamtvnetworks.com
7. kevin.cabot@streamtvnetworks.com *
8. lriley@streamtvnetworks.com *
9. mark.hsu@streamtvnetworks.com
10. muni.mohan@streamtvnetworks.com
11. sford@streamtvnetworks.com *
12. sgreene@streamtvnetworks.com *
13. shad.stastney@streamtvnetworks.com *
14. zlehman@streamtvnetworks.com *

* Current employees of SeeCubic, Inc. but were employees of Stream TV Networks, Inc. (or its affiliate) as of December 8, 2020. Business emails prior to that date are the property of the Stream estate.

**Business Data**

SCBV has failed to restore user credentials and passwords allowing Stream to access its business data stored on SCBV servers. Such data includes:
1. Presentations: technical, sales, marketing, investment, business development, production
2. Business records: financial, corporate governance, legal, human resources

Stream is also entitled to additional business data enabling it to conduct business in the ordinary course:
- List of current and potential contracts – Stream must be made aware of all potential and current contractual commitments made by SeeCubic, Inc. during the period of its improvident control of the assets – includes current and prospective clients, customers, strategic partners, etc.

- List of current or potential licenses – Stream must be made aware of all licenses of any kind granted to or pending with all third parties, including all terms thereof.
- List of current patent portfolio – Stream must be updated on the current portfolio so it can maintain the necessary patents
- List and salary details of all current employees and contractors engaged by any/all Stream subsidiaries – Stream must know the payroll obligation
- Business development and customer update with contact names and details – Stream must know the current development status with all potential partners so that it can maintain necessary relationships and avoid any inadvertent damage to the Ultra-D brand
- List of all individuals and companies for whom Seecubic demonstrated (or plans to demonstrate) glasses-free 3D technology, for any purpose, including solicitation of 3D content conversion services
- List of all conversion contracts, work product, materials for content conversion services being provided by Seecubic, Inc., Meetal Gokul, and their associates. Such conversion contracts were secured using Stream TV technology and the resulting business should benefit Stream TV.
- List of all employees in Meetal Gokul's group.
- List of all potential customers that Meetal Gokul's group did demonstrations for or discussed the technology with.
- List of everyone that any SeeCubic, Inc., SeeCubic London, SeeCubic B.V., SeeCubic India had a meeting with regarding Glasses-Free and/or content projects.
- List of Seecubic, Inc.'s investors and prospective investors.


**Website Control**

Although SCBV provided limited access data for certain of Stream's websites, it did not provide full administrative access to Amazon Web Services. For the websites listed below, all Stream has been able to do is put a forwarding link to www.streamtvnetworks.tech. Stream needs complete administrative access for:

- www.streamtvnetworks.com
- www.streamtvnetworks.net
- www.streamtvinternational.com
- www.ultra-d.com
- www.mediatainmentinc.com
- www.techventuresbv.com

Additionally, several of Stream's websites remain under SCBV control and feature home pages with legally incorrect and misleading information that says:

> "Stream TV Networks, along with all subsidiaries and all associated assets, has been acquired by SeeCubic, Inc. The groundbreaking glasses-free 3D technology, UltraD, was developed by SeeCubic BV in the Netherlands and is now the cornerstone of a new & innovative international company, SeeCubic, Inc."

Stream has not been given control of its websites below, which feature the incorrect above-mentioned statement:

- www.streamtvinternational.nl
- www.stvinternational.com (forwards to www.streamtvinternational.nl)

- www.stvinternational.eu (forwards to www.streamtvinternational.nl)
- www.stvinternational.nl (forwards to www.streamtvinternational.nl)
- www.streamtvinternational.eu (forwards to www.streamtvinternational.nl)
- www.stvi.eu (forwards to www.streamtvinternational.nl)

Importantly, Stream purchased and owns the domain name www.seecubic.com. Stream used it for more than 10 years as the home of its R&D subsidiary in the Netherlands. SLS and Hawk created a new U.S. entity with a similar name and has commandeered the URL for its own purposes. This domain must be returned to Stream as mandated by the Delaware Supreme Court.

It appears that these Stream domains – that were never returned to Stream – are no longer registered or active:

- www.applicationultrad.com
- www.applicationultra-d.com
- www.application-ultra-d.com
- www.scpf.net
- www.seecube.de
- www.seecube.eu
- www.seecube.net
- www.seecube.nl
- www.seecube.us