**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | William Homony <bhomony@mctllp.com> |
| **Sent:** | Monday, March 11, 2024 10:00 AM |
| **To:** | Patric Theune |
| **Cc:** | nicole@streamacquisitiongroup.com |
| **Subject:** | Stream TV |
| **Attachments:** | 20240310 Stream TV Assets to be Returned.docx |
| **Flag Status:** | Flagged |

Hello Patric, as reflected in my prior email from earlier today, I am directing the relocation of Stream's bonding equipment as well as the return of the assets identified on the attached itemized list.  I've copied Nicole on this email who will be coordinating with you on the logistics.  Please work to accomplish these requests as quickly as possible.

Please let me know if you have any questions.

Regards,

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**EXHIBIT D**