**nicole@streamacquisitiongroup.com**

| | |
|---|---|
| **From:** | William Homony <bhomony@mctllp.com> |
| **Sent:** | Tuesday, March 26, 2024 12:54 PM |
| **To:** | nicole@streamacquisitiongroup.com |
| **Subject:** | RE: Touching base |

Hi Nicole, unfortunately time is up.  Everybody in this case talks a big game but is unable to back it up with money or legitimate funding sources/commitments.  Please withdrawal the email you just delivered to Patric.  I'm not directing anyone in the Netherlands to do anything without funding.

I assume VSI still doesn't have a bankruptcy lawyer despite being advised to get one almost immediately upon my appointment.  The DIP needs to be advanced in the amount of at least $5 million without any commitment to following VSI's proposed path forward.  Happy to discuss the other terms, but without a commitment of at least that amount to fund this case to a plan confirmation and/or sale, there is nothing further to discuss.

Thanks.

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

---

**From:** nicole@streamacquisitiongroup.com [mailto:nicole@streamacquisitiongroup.com]
**Sent:** Tuesday, March 26, 2024 12:26 PM
**To:** William Homony <bhomony@mctllp.com>
**Subject:** Touching base

Good morning, Bill,

It is clear from Patric's responses that the Netherlands is collapsing.  As we discussed, from a business standpoint, it makes sense to get rid of a lot of the unnecessary excess in the Netherlands and wind down to what's necessary and minimal.  We are happy to discuss that process and our thoughts if you would like a call or a ppt or something.

We are also prepared to have a discussion finalizing details needed for the DIP loan to correct all of these issues.

When is a good time to touch base?

Thank you,

Nicole

**EXHIBIT G**

2