

## Royalty Reporting Form

Koninklijke Philips N.V.  
High Tech Campus 52  
5656 AG Eindhoven  
Netherlands  
VAT-ID: NL002065538B01

**Contract 71646**  
**Technology License Agreement**  
**Royalties**  
**Apr2024-Jun2024**  
**Confidential**

Invoice to:  
ULTRA-D Ventures, C.V.  
Abraham de Veerstraat #2  
Willemstad  
Curacao

| | | | Report | | | | |
|---|---|---|---|---|---|---|---|
| Licensed Product | Serial Number | Description | Number of Units | Currency Net Turnover | Net Turnover | Conversion rate | Converted Net Turnover |
| | | | | | | | 0.00 EUR |
| 3D Displays - Size 10" - 13.9" | | 12.3" Instrument Cluster D | 2 | EUR | | 1 | 0.00 EUR |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXHIBIT I**