**PHILIPS**  **Invoice**

| | |
|---|---|
| Date of issue | Invoice number |
| November 08, 2024 | 2024 46282 |
| Invoice from | |
| 804506 | |

Koninklijke Philips N.V.
VAT-ID: NL002065538B01
High Tech Campus 52
5656 AG Eindhoven
Netherlands

Invoice to   026070

ULTRA-D Ventures, C.V.

Abraham de Veerstraat #2
Willemstad
Curacao

Customer's reference
Suby Joseph

Terms of payment
Upon receipt of invoice

Currency   EUR

### Technology License Agreement

Period: July 2024 - September 2024

We herewith debit your account for the amount of          EUR          **25.00 GROSS**

Please make payment of the amount into our bank account no. 8923019 of Koninklijke Philips N.V., Citibank N.A., Citigroup Centre, Canary Wharf 33, Canada Square, E14 5LB, London, United Kingdom, IBAN-code GB61CITI18500808923019, Sort code 185008, BIC/Swift Code CITIGB2L, reference: "Royalties , ID 2024 46282."

Correspondence address :    Koninklijke Philips N.V.
                             Philips Intellectual Property & Standards
                             License Administration Department IP&S

                             High Tech Campus 52
                             5656 AG Eindhoven Netherlands
                             E-mail: ips.ladcs@philips.com

In case of European customers VAT shifted; article 44 + 196 EU VAT Directive.

This invoice is issued on the basis of the information contained in the Royalty Reporting Form submitted to Philips by Licensee. This invoice does not constitute final acceptance by Philips of the number of Licensed Products reported by Licensee per the Royalty Reporting Form. Philips reserves the right to cancel this invoice in case of late payment. All Philips' rights under the Agreement(s) remain formally reserved.



**EXHIBIT J**