

# Royalty Reporting Form

Koninklijke Philips N.V.  
High Tech Campus 52  
5656 AG Eindhoven  
Netherlands  
VAT-ID: NL002065538B01

**Contract 71646**  
**Technology License Agreement**  
**Royalties**  
**Jul2024-Sep2024**  
**Confidential**

| | | | Report | | | |
|---|---|---|---|---|---|---|
| **Licensed Product** | **Description** | **Number of Units** | **Currency Net Turnover** | **Net Turnover** | **Conversion rate** | **Converted Net Turnover** |
| | | | | | | **0.00 EUR** |
| 3D Displays - Size 14" - 18.9" | 3d Displays 15.6" cer | 10 | EUR | 0.00 | 1 | 0.00 EUR |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**EXHIBIT K**