# EXHIBIT L

## SCBV Balance Sheet October 2024

| View options | | | | | |
|---|---|---|---|---|---|
| Balance: Type | Balance / Profit & Loss | Show | Both | Level | Extensive |
| Financial year | 2024 | Period | 1 - 10 | After entry | ☑ |
| Compare with | | Cost centre | | G/L Account Scheme | 1 - G/L Account Scheme |

|  | 2024 | |
|---|---|---|
|  | Closing balance (Debit) | Closing balance (Credit) |

# BALANCE SHEET

## 1700 Intangible fixed assets

**Software licenses**
| | | |
|---|---|---|
| 05300 - licenties | 87.341,65 | |
| 05305 - cum. amortization of software and licenses | | 70.706,67 |
| **Total: Software licenses** | **16.634,98** | |
| **Total: 1700 Intangible fixed assets** | **16.634,98** | |

## 1600 Tangible fixed assets

| | | |
|---|---|---|
| 01300 - computer inventory | 344.021,34 | |
| 01305 - cum. depreciation. computer inventory | | 213.344,04 |

**Clean room / Building items**
| | | |
|---|---|---|
| 00530 - other immovable tangible assets | 682.211,79 | |
| 00535 - cum. depreciation. other onr. matt. fixed assets | | 660.471,38 |
| **Total: Clean room / Building items** | **21.740,41** | |

**Machinery, Office Inventory**
| | | |
|---|---|---|
| 01100 - machinery | 1.006.004,88 | |
| 01105 - accumulated depreciation machinery | | 874.418,17 |
| 01200 - inventories office | 79.923,19 | |
| 01205 - accumulated depreciation inventories | | 79.923,19 |
| 01500 - transport | 8.400,00 | |
| **Total: Machinery, Office Inventory** | **139.986,71** | |
| **Total: 1600 Tangible fixed assets** | **292.404,42** | |

## 1500 Financial fixed assets

**overige financiële vaste activa**
| | | |
|---|---|---|
| 05400 - Interco loan receivable from Ultra-D Cooperatief U.A. | 73.347.663,00 | |
| **Total: overige financiële vaste activa** | **73.347.663,00** | |
| **Total: 1500 Financial fixed assets** | **73.347.663,00** | |

## 1300 Other Current Assets

**Trade receivables**
| | | |
|---|---|---|
| 13000 - trade receivables | 28.059,63 | |
| **Total: Trade receivables** | **28.059,63** | |

**other current assets / accruals**
| | | |
|---|---|---|
| 05900 - deposits | 51.170,02 | |
| 13002 - Other assets | | 0,01 |
| 19110 - Accruals Deltapatents | 20.593,37 | |
| 19300 - other receivables | 24.000,27 | |
| 22010 - Cross posting ABN AMRO account | 0,03 | |
| 22020 - crossposting cash foreign currency | 0,12 | |
| **Total: other current assets / accruals** | **95.763,80** | |

**1302 Other assets : VAT**
| | | |
|---|---|---|
| 18500 - sales tax | 500,00 | |
| 27100 - VAT purchase low | | 143,96 |
| 27200 - VAT purchase high | 51.578,07 | |
| 27220 - voorbelasting hoog (ic) | | 17.411,03 |
| 27260 - for imports outside the EU VAT tax 19% | 2.715,65 | |
| 27700 - af te dragen ob hoog | 17,50 | |
| 27720 - VAT purchase high within EU (IC) | 17.411,03 | |
| 27760 - VAT purchase high import outside the EU | | 2.715,65 |
| **Total: 1302 Other assets : VAT** | **51.951,61** | |

| | | 2024 closing balance (Credit) |
|---|---|---|
| | **Credit Debit** | **Desc (Credit)** |
| **1802 Other Assets: CA shareholder Ultra-D Coop UA** | | |
| 18215 - CA Ultra-D Coop | | 141.420,04 |
| 22000 - crossposting | | 1.316,69 |
| 23000 - cash differences | | 123,58 |
| **Total: 1802 Other Assets: CA shareholder Ultra-D Coop UA** | | **142.860,31** |
| **Total: 1300 Other Current Assets** | **32.914,73** | |

## 1000 Cash and cash equivalents

| | | |
|---|---|---|
| **Cash** | | |
| 10100 - Petty Cash | 80,84 | |
| **Total: Cash** | **80,84** | |
| **Banks current accounts** | | |
| 11000 - Rabobank account 1293.40.324 Operational acct | 1.359,53 | |
| 11003 - NL69HSBC2031727796 | 1.600,00 | |
| 11100 - Rabobank account. 1082.90.956 payroll acct | 28,61 | |
| 11200 - Rabobank rek. 106494775 | 1.972,70 | |
| 11300 - Rabobank rek. 106494775 USD | 539,19 | |
| **Total: Banks current accounts** | **5.500,03** | |
| **Total: 1000 Cash and cash equivalents** | **5.580,87** | |

## 3000 Shareholders' equity

| | | |
|---|---|---|
| **gestort en opgevraagd kapitaal** | | |
| 08100 - paid / paid-in capital | | 73.365.663,00 |
| **Total: gestort en opgevraagd kapitaal** | | **73.365.663,00** |
| **3300 Accumulated deficit / overige reserves** | | |
| 08500 - other reserve | 35.593.737,43 | |
| **Total: 3300 Accumulated deficit / overige reserves** | **35.593.737,43** | |
| **Total: 3000 Shareholders' equity** | | **37.771.925,57** |

## 2500 Provisions

| | | |
|---|---|---|
| **overige voorzieningen** | | |
| 09000 - Facilities-voorzieningen | | 250,00 |
| **Total: overige voorzieningen** | | **250,00** |
| **Total: 2500 Provisions** | | **250,00** |

## 2501/2601 Long-term debt, nett / Accrued interest non-curren

### 2601 Long term loans

| | | |
|---|---|---|
| 07100 - Covit-19 long term payable wagetax | | 1.282.671,00 |
| 07101 - NOW repayment liability 2024 through 31 dec 2027 | | 554.754,90 |
| 07200 - External debt Nov-2023 terms | | 9.415.547,28 |
| 07610 - Intercompany Loan from Ultra-D Cooperative UA | | 31.520.331,00 |
| 07612 - Intercompany loan SeeCubic Inc | | 19.931.828,15 |
| 07615 - SeeCubic Inc- US loan taken over by External debt investors | 9.415.547,28 | |
| 07620 - Intercompany Loan from Ultra-D Ventures | | 1.063.330,51 |
| 07800 - Loan from STVI | | 567.187,00 |
| **Total: 2601 Long term loans** | | **54.920.102,56** |

### 2602 Accrued interest non-current

| | | |
|---|---|---|
| 07601 - Accrued Interest Intercompany Loan SeeCubic Inc | | 655.461,12 |
| 07602 - Accrued Interest IC loan Stream TV Inc before May 6, 2020 | | 1.300.348,00 |
| 07611 - Accrued Interest Intercompany Loan Ultra-D Cooperatief UA | | 19.851.006,88 |
| 07621 - Accrued Interest Intercompany Loan from Ultra-D Ventures | | 850.209,61 |
| 07701 - Long term Loan Trebax Vastgoed | | 5.538,27 |
| 07702 - Long term Loan Peeters onrerend goed BV | | 3.511,53 |
| **Total: 2602 Accrued interest non-current** | | **22.666.075,41** |
| **Total: 2501/2601 Long-term debt, nett / Accrued interest non-curren** | | **77.586.177,97** |

## 2000 Current liabilities

| | | |
|---|---|---|
| 07613 - c/a ultra D to GL 18xx | | 21.393,63 |
| **2000 Accounts Payable** | | |
| 16000 - creditors | | 996.715,05 |
| 16001 - Adjustment Creditors | 0,25 | |
| **Total: 2000 Accounts Payable** | | **996.714,80** |
| **2001 CA /accounts payable intercompany** | | |

|  | 2024 | |
|---|---|---|
|  | Closing balance (Debit) | Closing balance (Credit) |
| 18210 - C/A SeeCubic Inc. |  | 875.821,77 |
| 18221 - CA Stream TV Networks US |  | 0,30 |
| **Total: 2001 CA /accounts payable intercompany** |  | **875.822,07** |
| **loonbelasting/volksverzekeringen** | | |
| 18600 - te be paid social costs |  | 1.249.170,23 |
| **Total: loonbelasting/volksverzekeringen** |  | **1.249.170,23** |
| **bedrijfsvereniging/pensioenfonds** | | |
| 18710 - pension premiums |  | 33.892,87 |
| **Total: bedrijfsvereniging/pensioenfonds** |  | **33.892,87** |
| **2600 accrued expenses/ other liabilities** | | |
| 18720 - reservation holiday fee and vacation days |  | 114.363,50 |
| 18770 - pension charges | 0,01 |  |
| 18790 - net wages | 1,05 |  |
| 19100 - Accruals | 9.968,00 |  |
| 22300 - to further encrypt |  | 371,51 |
| **Total: 2600 accrued expenses/ other liabilities** |  | **104.765,95** |
| **Total: 2000 Current liabilities** |  | **3.281.759,55** |

### Result

| | | |
|---|---|---|
| Unprocessed result for previous financial years | 40.974.269,37 | |
| Result for selected periods: 1 - 10 | 3.970.145,72 | |
| *Total: Result* | 44.944.415,09 | |

**Total: Balance sheet**  **118.639.863,09**  **118.639.863,09**