# EXHIBIT M

# MOtivIT Settlement Agreement



March 11, 2020

MotivIT, LLC
Attn: Derick Bowker
PO BOX 180
Newark, CA 94560
Phone: (877) 350-3300 x112
E-mail: derick.bowker@motivit.com

Dear Derick Bowker,

In recognition to the goods and services provided in accordance to the statement of work agreement ("SOW225") approved and agreed to by MotivIT, LLC ("MotivIT" or "Vendor") to Stream TV Networks, Inc. ("Stream TV" or "Client") on January 7, 2019 and the subsequent delinquency in payment of the associated costs currently owed, Stream TV formally agrees to begin making payments to MotivIT upon the outlined payment schedule below and in accordance to the to begin making payments based upon the payment schedule dates, amounts and allocations according to the table below.

| **Outstanding Balance as of 3/11/2020** | $50,591.89 |
|---|---|

| **Payment Due Date** | **Payment Amount** | **Allocation to Good/Services** |
|---|---|---|
| 3/11/2020 | $17,475.00 | Remaining payments owed on leased equipment |
| 3/20/2020 | $16,558.45 | Cost of subscription and IT services |
| 3/27/2020 | $16,558.44 | Remaining Cost of subscription and IT services |

Upon execution of the 1st initial payment, due on March 11, 2020, MotivIT agrees to temporary halt any removal or destruction of Stream TV property in its charge or possession until remaining payments are made. For the safety and security of the interests of both party during the period of time when remaining payments following the 1st initial payment are being made, Stream TV and MotivIT agree to the restriction of access to the equipment and data held in possession or charge by MotivIT, or a designated third party service storage provider of MotivIT, to member of Stream TV until final payment is received by MotivIT. In continuation to these secured interests of Stream TV, both parties agree that after the final payment but prior to the removal of this restricted access, future access will only be granted based upon a list provided by Charles Robertson ("Bud"), an executive member of Stream TV, or a Stream TV employee designated by Bud approved and authorized members of Stream TV who will be provided access to the data and equipment when the restriction removed or amended process agreed to and authorized by both parties in formal writing.

Failure by either party to follow the terms and conditions set forth in the arrangement above, will violate the agreement and it will be considered null and void, thus will automatically become subjected to the original terms and conditions of the SOW225 agreement.  Under no circumstance, do either parties agree to amend or change any other terms and conditions set forth by SOW225 other than what is mentioned in the amended terms and conditions mentioned

Part of the StreamTV- SeeCubic Team 

2009 Chestnut Street
Philadelphia PA 19103, USA
Fax:+1 215 405 2778

+1 215 391 4200
contact@streamtvnetworks.com
www.streamtvnetworks.com

**IN WITNESS WHEREOF**, the parties hereto have caused the amended terms and conditions to SOW225 outlined above to be effective as of the date written above upon execution by an authorized agent of each party below:

| **Stream TV Networks, Inc.** | | **MotivIT, LLC** | |
|---|---|---|---|
| Signature: | | Signature: | |
| Printed Name: | | Printed Name: | |
| Title: | | Title: | |
| Date: | | Date: | |

Part of the StreamTV- SeeCubic Team

2009 Chestnut Street
Philadelphia PA 19103, USA
Fax:+1 215 405 2778

+1 215 391 4200
contact@streamtvnetworks.com
www.streamtvnetworks.com