| | |
|---|---|
| **From:** | Amanda von Ahnen |
| **Sent:** | Thursday, September 10, 2020 2:44 PM |
| **To:** | Bud Robertson |
| **Subject:** | MotivIT Email |
| **Importance:** | High |

**From:** Derick Bowker <derick.bowker@motivit.com>
**Date:** September 10, 2020 at 2:11:18 PM EDT
**To:** Amanda von Ahnen <amanda.vonahnen@streamtvnetworks.com>, Tim Low <tim.low@motivit.com>, "marcelino.calara@motivit.com" <marcelino.calara@motivit.com>
**Cc:** "Grivner, Geoffrey G." <geoffrey.grivner@bipc.com>, Mathu Rajan <mrajan@streamtvnetworks.com>
**Subject: RE: Communication**

All,

In view of a court order you received from the new company, we have received payment from them and technically the new company is the owner of the equipment. You must secure a court order against the new company that these equipment are owned by Stream TV if wish to reclaim them.

Regards,

-Derick

**From:** Amanda von Ahnen [mailto:amanda.vonahnen@streamtvnetworks.com]
**Sent:** Wednesday, September 9, 2020 2:38 PM
**To:** Derick Bowker <derick.bowker@motivit.com>; Tim Low <tim.low@motivit.com>; marcelino.calara@motivit.com
**Cc:** Grivner, Geoffrey G. <geoffrey.grivner@bipc.com>; Mathu Rajan <mrajan@streamtvnetworks.com>
**Subject:** Communication

Hi Derick-

Attached, please see a letter from Mathu Rajan.

*Thank you,*
*Amanda Von Ahnen*
*Executive Assistant*


*Thank you,*
*Amanda Von Ahnen*
*Executive Assistant*



1

2009 Chestnut Street, 3rd Floor | Philadelphia | PA 19103
(D) 215-391-4205 | (F) 215-405-2778
www.streamtvnetworks.com | www.ultra-d.com
🚶 Before you print think about the **ENVIRONMENT**

**EXHIBIT N**