Bud Robertson <formerstreamtv.bud@gmail.com>

## Stream TV Inventory - Bud Robertson
15 messages

**Bud Robertson** <formerstreamtv.bud@gmail.com>  Mon, Dec 14, 2020 at 8:01 PM
To: slstastney@seecubic.co, kkabacinski@seecubic.co
Cc: formerstreamtv@gmail.com

Hi Shad and Kris,

This is Bud Robertson. It took me a few days to gather and organize the Stream TV assets in my possession or under my control. Here is a summary:

- UHaul storage locker #2309 (10x5-foot) located at: 18160 Parthenia St, Northridge, CA 91325. Phone: (818) 993-7470. Rent was due November 26 so there are late fees and possibly lien fees by now. I have the card key for the building and the locker key in my possession. I used to go to the facility a lot when I was living in Los Angeles and doing regular demos before moving to the Netherlands. Zach Lehman was the primary custodian during the past 2 years before he left Stream TV so I really don't have a good idea of what remains there. I have visited only a few times in the past 3 years and only once since I moved to Nevada a year ago. I cannot give you an inventory of what is stored there other than a general comment of what I remember seeing. Note: this is in my personal name, so if you do not want to take possession and make payment, I will notify UHaul that the locker is being abandoned, I will clear the balance and have them throw out the contents so there are no new storage fees accruing against me. I now live 5 hours away and have no intention or returning to Los Angeles any time soon. Here's what I remember seeing when I was there last:
    - 4K 65" inventory
    - flight cases
    - several demo units - 50" and possibly 65"
    - Other odds and ends
- In my possession is a 2x5x8-foot storage rack with a range of items. If you wish to collect these, you'll need to send a truck with a moving crew and boxes to Henderson, Nevada. I have given you the size of my shelving unit so you know how much space to plan for. Attached are photos of the 5 shelves so you can see what I have in my office:
    - Several desktop PC units with Ultra-D player software for demos
    - 2 x laptops with Ultra-D player software for demos
    - 2 x 27" Ultra-D demo displays
    - 5.5" Ultra-D demo display
    - 3 x MyRiad-60 render boards
    - 5 x NanoPi Android boards
    - TiVo Roamio console
    - Iadea CMS box
    - Speaker bars, audio receiver, and surround sound audio
    - Demo discs - movies and games
    - PS3 game system & Misc game controllers
    - Cables and switches for video wall
    - European power strips
    - Misc cables of all kinds
    - Misc Keyboards and mice
    - Misc remote controls
- Also in my possession is the big server PC for the video wall. The box it is in measures 3x2x2-feet.
- Also in my possession is a Dell laptop for basic office work.
- Also in my possession is a Dell desktop PC brand new (intended for demo use but never set up)

As you may know, I am owed 60% of one paycheck in back pay plus $26K in unreimbursed expenses. Please advise your plans for settling outstanding employee debt and retrieval of assets. I'll happy to get to get the space back in my office.

Regarding passwords, obviously the items controlled by SeeCubic BV are already taken care of. There are only a couple other accounts of interest, and some of them are pretty old and may not be currently active, but here are the ones that seem relevant:

| Service | User | Pass | Acct # |
|---|---|---|---|
| 123RF | ultrad | NoMoreGlasses3D! | |
| CES Exhibitor Portal | T0009574 | UltraD2014 | |
| CES Router | Cisco35785 | nomoreglasses | |
| Fedex | alanstream | 2009chestnut | 747598363 |
| HDMI.org | brobertson@streamtvnetworks.com | nomoreglasses | |
| UPS | alanstream | hayward | A07E77 |
| Vimeo | contact@ultlra-d.com | 2009chestnut | |

Regards,
Bud

---

**5 attachments**


20201214_174651.jpg
829K


20201214_174756.jpg
1039K


20201214_174713.jpg
1099K


20201214_174738.jpg
1147K

20201214_174813.jpg

**EXHIBIT O**

**EXHIBIT 14**

1527K

---

**Shadron Lee Stastney** <slstastney@seecubic.co>  Tue, Dec 15, 2020 at 10:20 AM
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Bud,

Thank you for putting all of this together.  We will be back shortly with arrangements to take control of those assets we wish to retain.

On the matter of the amounts owed to you, those are owed to you by StreamTV Networks, Inc., and are not being assumed by SeeCubic, Inc. under the Omnibus Agreement.  As you have seen from the order, the assets now belong to SeeCubic Inc., which does not owe you those amounts, so there is no right of offset.  However, those amounts are still due and payable to you from StreamTV Networks, Inc., and you are not precluded under the Preliminary Injunction from pursuing those claims against StreamTV Networks, Inc.

Thanks much,

Shad

> [Quoted text hidden]
> [Quoted text hidden]
> <20201214_174651.jpg><20201214_174756.jpg><20201214_174713.jpg><20201214_174738.jpg><20201214_174813.jpg>

---

**Leo Riley** <lriley@seecubic.co>  Fri, Dec 18, 2020 at 1:07 PM
To: "formerstreamtv.bud@gmail.com" <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Franklin Rodgers <frodgers@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>

Bud, Duncan alluded that you may have the video wall frame and displays in the U-Haul in LA as well.  Can you confirm this?  Also, U-Haul will require the locker be paid up to date before they allow any transfer of ownership to take place.  You are saying the locker is past due as of 11/26/20.  Do you have the latest invoice from U-Haul you can send me or Franklin?

I am working with Shad on the below and will be getting back to you in the near future to coordinate.

Leo

> Begin forwarded message:
>
> **From:** Bud Robertson <formerstreamtv.bud@gmail.com>
>
> **Subject: Stream TV Inventory - Bud Robertson**
>
> **Date:** December 14, 2020 at 11:01:32 PM EST
>
> **To:** slstastney@seecubic.co, kkabacinski@seecubic.co
>
> **Cc:** formerstreamtv@gmail.com
>
> Hi Shad and Kris,
>
> This is Bud Robertson. It took me a few days to gather and organize the Stream TV assets in my possession or under my control. Here is a summary:
>
> - UHaul storage locker #2309 (10x5-foot) located at: 18160 Parthenia St, Northridge, CA 91325. Phone: (818) 993-7470. Rent was due November 26 so there are late fees and possibly lien fees by now. I have the card key for the building and the locker key in my possession. I used to go to the facility a lot when I was living in Los Angeles and doing regular demos before moving to the Netherlands. Zach Lehman was the primary custodian during the past 2 years before he left Stream TV so I really don't have a good idea of what remains there. I have visited only a few times in the past 3 years and only once since I moved to Nevada a year ago. I cannot give you an inventory of what is stored there other than a general comment of what I remember seeing. Note: this is in my personal name, so if you do not want to take possession and make payment, I will notify UHaul that the locker is being abandoned, I will clear the balance and have them throw out the contents so there are no new storage fees accruing against me. I now live 5 hours away and have no intention or returning to Los Angeles any time soon. Here's what I remember seeing when I was there last:
>   - 4K 65" inventory
>   - flight cases
>   - several demo units - 50" and possibly 65"
>   - Other odds and ends
>
> - In my possession is a 2x5x8-foot storage rack with a range of items. If you wish to collect these, you'll need to send a truck with a moving crew and boxes to Henderson, Nevada. I have given you the size of my shelving unit so you know how much space to plan for. Attached are photos of the 5 shelves so you can see what I have in my office:
>   - Several desktop PC units with Ultra-D player software for demos Take
>   - 2 x laptops with Ultra-D player software for demos  Take
>   - 2 x 27" Ultra-D demo displays Take
>   - 5.5" Ultra-D demo display Take
>   - 3 x MyRiad-60 render boards Take
>   - 5 x NanoPi Android boards Take
>   - TiVo Roamio console
>   - Iadea CMS box
>   - Speaker bars, audio receiver, and surround sound audio
>   - Demo discs - movies and games
>   - PS3 game system & Misc game controllers

- - Cables and switches for video wall
  - European power strips
  - Misc cables of all kinds Take
  - Misc Keyboards and mice Take
  - Misc remote controls Take

- Also in my possession is the big server PC for the video wall. The box it is in measures 3x2x2-feet. Take

  - Also in my possession is a Dell laptop for basic office work. ake

- Also in my possession is a Dell desktop PC brand new (intended for demo use but never set up) Take

[Quoted text hidden]



---

**Bud Robertson** <formerstreamtv.bud@gmail.com>  Sat, Dec 19, 2020 at 8:52 AM
To: Leo Riley <lriley@seecubic.co>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Franklin Rodgers <frodgers@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>

Hi Leo,

Regarding Uhaul, they only send email notices, not actual invoices, and I don't have access to my email box any more. But I provided the address, phone number and locker number so I'm sure that's enough info to settle the account. The cost is $124.95 per month and the last notice I remember getting was an added $20 late fee. Based on history, there might also be a $50 lien fee at this point too. I don't know the exact status.

Regarding the video wall, good news and bad news. Your email reminded me that 10 x 50" displays for the wall are, in fact, here in Las Vegas. They had been stored at a Public Storage locker along with a lot of CES signage, etc. After a couple years of high storage costs, I cleaned out that locker earlier this year. I had never been there and found it to be mostly full of junk - old pedestals that were banged up, signage from shows many years ago, etc., and one pallet of 4K 65" inventory that eventually became part of the 210-unit sale to 3D Bob (BBack, Inc.). One of those 5 screens went to Sara to replace the content creation screen she was using which had a failing BLU. There were 5 pallets of 50" screens (2 each) for the video wall - 9 screens plus 1 spare. As I did not have storage in Las Vegas, I asked 3D Bob if he would store them as a favor. He currently has them in his Las Vegas warehouse but they are still the property of Stream TV. Bob knows that so you should be able to retrieve those screens from him no problem. In consideration of providing that storage, I gave Bob the 6 or 8 wooden pedestals so he could use them for the showroom his colleagues were opening for the 3D fish tanks a few months ago.

Now the bad news. I was surprised to see that the frame for the video wall was not in the Las Vegas locker. I found the computer server (listed in my email to Shad), a box of ethernet cables and switch boxes, a box of EU power strips, and the 10 screens. No metal frame or stand and no Zotac mini-PC's that mounted on the back to drive each screen (I think the Zotacs had been sent back to Eindhoven since they were getting hard to find).

Other than one trip many years ago for a trade show in Hollywood during the peak of 3D hype, the video wall was never in Los Angeles. I think after that it went to LV for CES and stayed there. A second wall went to NJ and was with Inception Digital if I remember correctly, but you'll know those details better than I do.

That's all I know. Give 3D Bob a call...

Bud

[Quoted text hidden]

---

**Franklin Rodgers** <frodgers@seecubic.co>  Mon, Jan 25, 2021 at 9:37 AM
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>

Hi Bud,


I have made attempts to call you discuss the matter of returning the assets held in your custody and those that in their custody of Sara Robertson in the Nevada area but to no avail which is why I am emailing you, as this is a time-sensitive matter. All the necessary arrangements through a 3rd party service firm have been setup by SeeCubic, Inc. to the pickup these assets this week. Please indicate a day or date <u>this week</u> in which this party can pick-up of these assets. Once you have given a date, I will provide you the name of the service firm performing the pickup, the time within that day which they will arrive and a copy of the list of assets they will be collecting. Thank you for your time and I look forward to hearing from you.


**Regards,**


**Franklin M. Rodgers**

Head of Accounting & Finance

SeeCubic, Inc.

frodgers@seecubic.co

(267) 400-1565

[Quoted text hidden]

**Bud Robertson** <formerstreamtv.bud@gmail.com>  Mon, Jan 25, 2021 at 5:20 PM
To: Franklin Rodgers <frodgers@seecubic.co>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, formerstreamtv@gmail.com

Hi Franklin,

I heard your voicemail earlier and am just now seeing this email. I'm not a Google person and am only checking this inbox about once a day. I don't have plans to go to my office until the end of the week, so a pickup on Friday should be okay (nobody at SeeCubic has contacted me in more than 5 weeks, so I guess it's not that time sensitive). Hopefully your third-party service can give me a reasonable window so I'm not waiting around all day. As you can see from the photo inventory I sent in December, most items are loose, so please make sure your moving company brings the necessary boxes and packing materials. Also, my office is at the end of a very long hallway, so they should bring carts or dollies.

I can't speak for Sara's availability for a pickup of the items in her possession, so please coordinate directly with her. We may be in the same city but we're about half an hour distant. Thanks.

As I said, I have heard nothing from your team since before the holidays. Have you paid the Los Angeles U-Haul and transferred that locker out of my name?

Regards,
Bud

[Quoted text hidden]

---

**Franklin Rodgers** <frodgers@seecubic.co>  Mon, Jan 25, 2021 at 5:37 PM
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

We will certainly let you know of the timeframe.

Franklin Rodgers

Get Outlook for iOS

**From:** Bud Robertson <formerstreamtv.bud@gmail.com>
**Sent:** Monday, January 25, 2021 8:20:27 PM
**To:** Franklin Rodgers <frodgers@seecubic.co>
**Cc:** Krzysztof Kabacinski <kkabacinski@seecubic.co>; Shadron Lee Stastney <slstastney@seecubic.co>; Leo Riley <lriley@seecubic.co>; formerstreamtv@gmail.com <formerstreamtv@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Franklin Rodgers** <frodgers@seecubic.co>  Wed, Jan 27, 2021 at 1:23 PM
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Hi Bud,

Per our phone conversation last night, I need the address to your office and if you could also confirm Sara's address, I can provide it to the 3rd party and give you the window for the pickup on Friday.

**Regards,**

**Franklin M. Rodgers**

Head of Accounting & Finance

SeeCubic, Inc.

frodgers@seecubic.co

(267) 400-1565

**From:** Bud Robertson <formerstreamtv.bud@gmail.com>
**Sent:** Monday, January 25, 2021 8:20 PM
**To:** Franklin Rodgers <frodgers@seecubic.co>
**Cc:** Krzysztof Kabacinski <kkabacinski@seecubic.co>; Shadron Lee Stastney <slstastney@seecubic.co>; Leo Riley <lriley@seecubic.co>; formerstreamtv@gmail.com

[Quoted text hidden]

[Quoted text hidden]

---

**Franklin Rodgers** <frodgers@seecubic.co>  Thu, Jan 28, 2021 at 3:51 PM
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Hi Bud,

Following up again, for the final time, please confirm the addresses of Sara and yourself for the pickup of the assets at your respective locations which is scheduled for tomorrow, January 29, 2021. If you don't comply, your failure to cooperate will be noted for the court.

Regards,

**Franklin M. Rodgers**

Head of Accounting & Finance

SeeCubic, Inc.

frodgers@seecubic.co

(267) 400-1565

[Quoted text hidden]

---

**Bud Robertson** <formerstreamtv.bud@gmail.com>  Thu, Jan 28, 2021 at 4:15 PM
To: Franklin Rodgers <frodgers@seecubic.co>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Hi Franklin,

Sorry, I thought I sent you this earlier.

My office address is 30 Strada di Villaggio, Henderson, NV 89011. It's a security building, so have them call me at (818) 943-0616 and I'll come out and meet them.

Sara's address is 72 Puerto Viejo Trail, Henderson, NV 89074. The freight company should contact her at (323) 717-3193 to coordinate pickup time.

Bud

[Quoted text hidden]

---

**Franklin Rodgers** <frodgers@seecubic.co>  Fri, Jan 29, 2021 at 7:46
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Hi Bud,

Thank you for confirming the address in the email attached. The 3rd party movers have been given this information with the additional instructions you provided. They will be arriving, today, between 9AM-11AM PST to the address of your office location and, after they retrieve the assets from the office location, they will proceed to the address of Sara to pick up the assets in her custody.

[Quoted text hidden]

---------- Forwarded message ----------
From: Bud Robertson <formerstreamtv.bud@gmail.com>
To: Franklin Rodgers <frodgers@seecubic.co>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>
Bcc:
Date: Fri, 29 Jan 2021 00:15:14 +0000
Subject: Re: Stream TV Inventory - Bud Robertson
Hi Franklin,

Sorry, I thought I sent you this earlier.

My office address is 30 Strada di Villaggio, Henderson, NV 89011. It's a security building, so have them call me at (818) 943-0616 and I'll come out and meet them.

Sara's address is 72 Puerto Viejo Trail, Henderson, NV 89074. The freight company should contact her at (323) 717-3193 to coordinate pickup time.

Bud

On Wed, Jan 27, 2021 at 1:23 PM Franklin Rodgers <frodgers@seecubic.co> wrote:

> Hi Bud,
>
> Per our phone conversation last night, I need the address to your office and if you could also confirm Sara's address, I can provide it to the 3rd party and give you the window for the pickup on Friday.
>
> **Regards,**
>
> **Franklin M. Rodgers**
>
> Head of Accounting & Finance
>
> SeeCubic, Inc.
>
> frodgers@seecubic.co
>
> (267) 400-1565

**From:** Bud Robertson <formerstreamtv.bud@gmail.com>
**Sent:** Monday, January 25, 2021 8:20 PM
**To:** Franklin Rodgers <frodgers@seecubic.co>
**Cc:** Krzysztof Kabacinski <kkabacinski@seecubic.co>; Shadron Lee Stastney <slstastney@seecubic.co>; Leo Riley <lriley@seecubic.co>; formerstreamtv@gmail.com
**Subject:** Re: Stream TV Inventory - Bud Robertson

Hi Franklin,

I heard your voicemail earlier and am just now seeing this email. I'm not a Google person and am only checking this inbox about once a day. I don't have plans to go to my office until the end of the week, so a pickup on Friday should be okay (nobody at SeeCubic has contacted me in more than 5 weeks, so I guess it's not that time sensitive). Hopefully your third-party service can give me a reasonable window so I'm not waiting around all day. As you can see from the photo inventory I sent in December, most items are loose, so please make sure your moving company brings the necessary boxes and packing materials. Also, my office is at the end of a very long hallway, so they should bring carts or dollies.

I can't speak for Sara's availability for a pickup of the items in her possession, so please coordinate directly with her. We may be in the same city but we're about half an hour distant. Thanks.

As I said, I have heard nothing from your team since before the holidays. Have you paid the Los Angeles U-Haul and transferred that locker out of my name?

Regards,

Bud

On Mon, Jan 25, 2021 at 9:37 AM Franklin Rodgers <frodgers@seecubic.co> wrote:

> Hi Bud,
>
> I have made attempts to call you discuss the matter of returning the assets held in your custody and those that in their custody of Sara Robertson in the Nevada area but to no avail which is why I am emailing you, as this is a time-sensitive matter. All the necessary arrangements through a 3rd party service firm have been setup by SeeCubic, Inc. to the pickup these assets this week. Please indicate a day or date <u>this week</u> in which this party can pick-up of these assets. Once you have given a date, I will provide you the name of the service firm performing the pickup, the time within that day which they will arrive and a copy of the list of assets they will be collecting. Thank you for your time and I look forward to hearing from you.
>
> **Regards,**
>
> **Franklin M. Rodgers**
>
> Head of Accounting & Finance
>
> SeeCubic, Inc.
>
> frodgers@seecubic.co
>
> (267) 400-1565

---

**From:** Bud Robertson <formerstreamtv.bud@gmail.com>
**Sent:** Saturday, December 19, 2020 11:52 AM
**To:** Leo Riley <lriley@seecubic.co>
**Cc:** Krzysztof Kabacinski <kkabacinski@seecubic.co>; Franklin Rodgers <frodgers@seecubic.co>; Shadron Lee Stastney <slstastney@seecubic.co>
**Subject:** Re: Stream TV Inventory - Bud Robertson

Hi Leo,

Regarding Uhaul, they only send email notices, not actual invoices, and I don't have access to my email box any more. But I provided the address, phone number and locker number so I'm sure that's enough info to settle the account. The cost is $124.95 per month and the last notice I remember getting was an added $20 late fee. Based on history, there might also be a $50 lien fee at this point too. I don't know the exact status.

Regarding the video wall, good news and bad news. Your email reminded me that 10 x 50" displays for the wall are, in fact, here in Las Vegas. They had been stored at a Public Storage locker along with a lot of CES signage, etc. After a couple years of high storage costs, I cleaned out that locker earlier this year. I had never been there and found it to be mostly full of junk - old pedestals that were banged up, signage from shows many years ago, etc., and one pallet of 4K 65" inventory that eventually became part of the 210-unit sale to 3D Bob (BBack, Inc.). One of those 5 screens went to Sara to replace the content creation screen she was using which had a failing BLU. There were 5 pallets of 50" screens (2 each) for the video wall - 9 screens plus 1 spare. As I did not have storage in Las Vegas, I asked 3D Bob if he would store them as a favor. He currently has them in his Las Vegas warehouse but they are still the property of Stream TV. Bob knows that so you should be able to retrieve those screens from him no problem. In consideration of providing that storage, I gave Bob the 6 or 8 wooden pedestals so he could use them for the showroom his colleagues were opening for the 3D fish tanks a few months ago.

Now the bad news. I was surprised to see that the frame for the video wall was not in the Las Vegas locker. I found the computer server (listed in my email to Shad), a box of ethernet cables and switch boxes, a box of EU power strips, and the 10 screens. No metal frame or stand and no Zotac mini-PC's that mounted on the back to drive each screen (I think the Zotacs had been sent back to Eindhoven since they were getting hard to find).

Other than one trip many years ago for a trade show in Hollywood during the peak of 3D hype, the video wall was never in Los Angeles. I think after that it went to LV for CES and stayed there. A second wall went to NJ and was with Inception Digital if I remember correctly, but you'll know those details better than I do.

That's all I know. Give 3D Bob a call...

Bud

On Fri, Dec 18, 2020 at 1:07 PM Leo Riley <lriley@seecubic.co> wrote:

> Bud, Duncan alluded that you may have the video wall frame and displays in the U-Haul in LA as well.  Can you confirm this?  Also, U-Haul will require the locker be paid up to date before they allow any transfer of ownership to take place.  You are saying the locker is past due as of 11/26/20.  Do you have the latest invoice from U-Haul you can send me or Franklin?
>
> I am working with Shad on the below and will be getting back to you in the near future to coordinate.
>
> Leo
>
>> Begin forwarded message:
>>
>> **From:** Bud Robertson <formerstreamtv.bud@gmail.com>
>>
>> **Subject: Stream TV Inventory - Bud Robertson**
>>
>> **Date:** December 14, 2020 at 11:01:32 PM EST
>>
>> **To:** slstastney@seecubic.co, kkabacinski@seecubic.co
>>
>> **Cc:** formerstreamtv@gmail.com
>>
>> Hi Shad and Kris,
>>
>> This is Bud Robertson. It took me a few days to gather and organize the Stream TV assets in my possession or under my control. Here is a summary:
>>
>> - UHaul storage locker #2309 (10x5-foot) located at: 18160 Parthenia St, Northridge, CA 91325. Phone: (818) 993-7470. Rent was due November 26 so there are late fees and possibly lien fees by now. I have the card key for the building and the locker key in my possession. I used to go to the facility a lot when I was living in Los Angeles and doing regular demos before moving to the Netherlands. Zach Lehman was the primary custodian during the past 2 years before he left Stream TV so I really don't have a good idea of what remains there. I have visited only a few times in the past 3 years and only once since I moved to Nevada a year ago. I cannot give you an inventory of what is stored there other than a general comment of what I remember seeing. Note: this is in my personal name, so if you do not want to take possession and make payment, I will notify UHaul that the locker is being abandoned, I will clear the balance and have them throw out the contents so there are no new storage fees accruing against me. I now live 5 hours away and have no intention or returning to Los Angeles any time soon. Here's what I remember seeing when I was there last:
>>   - 4K 65" inventory
>>   - flight cases
>>   - several demo units - 50" and possibly 65"
>>   - Other odds and ends
>> - In my possession is a 2x5x8-foot storage rack with a range of items. If you wish to collect these, you'll need to send a truck with a moving crew and boxes to Henderson, Nevada. I have given you the size of my shelving unit so you know how much space to plan for. Attached are photos of the 5 shelves so you can see what I have in my office:
>>   - Several desktop PC units with Ultra-D player software for demos Take
>>   - 2 x laptops with Ultra-D player software for demos  Take
>>   - 2 x 27" Ultra-D demo displays Take
>>   - 5.5" Ultra-D demo display Take
>>   - 3 x MyRiad-60 render boards Take
>>   - 5 x NanoPi Android boards Take
>>   - TiVo Roamio console
>>   - Iadea CMS box
>>   - Speaker bars, audio receiver, and surround sound audio
>>   - Demo discs - movies and games
>>   - PS3 game system & Misc game controllers
>>   - Cables and switches for video wall
>>   - European power strips
>>   - Misc cables of all kinds Take
>>   - Misc Keyboards and mice Take
>>   - Misc remote controls Take
>> - Also in my possession is the big server PC for the video wall. The box it is in measures 3x2x2-feet. Take
>>   - Also in my possession is a Dell laptop for basic office work. ake
>> - Also in my possession is a Dell desktop PC brand new (intended for demo use but never set up) Take
>>
>> As you may know, I am owed 60% of one paycheck in back pay plus $26K in unreimbursed expenses. Please advise your plans for settling outstanding employee debt and retrieval of assets. I'll happy to get to get the space back in my office.
>>
>> Regarding passwords, obviously the items controlled by SeeCubic BV are already taken care of. There are only a couple other accounts of interest, and some of them are pretty old and may not be currently active, but here are the ones that seem relevant:

| **Service** | **User** | **Pass** | **Acct #** |
|---|---|---|---|
| 123RF | ultrad | NoMoreGlasses3D! | |

| | | | |
|---|---|---|---|
| CES Exhibitor Portal | T0009574 | Ultra2014 | |
| CES Router | Cisco35785 | nomoreglasses | |
| Fedex | alanstream | 2009chestnut | 747598363 |
| HDMI.org | brobertson@streamtvnetworks.com | nomoreglasses | |
| UPS | alanstream | hayward | A07E77 |
| Vimeo | contact@ultlra-d.com | 2009chestnut | |

Regards,

Bud



📄 **Re: Stream TV Inventory - Bud Robertson.eml**
175K

---

**Franklin Rodgers** <frodgers@seecubic.co>  Fri, Jan 29, 2021 at 7:50 AM
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

To avoid any confusion, the name of 3rd party mover arriving between 9AM-11AM PST to retrieve the assets is Slater Transfer & Storage.

[Quoted text hidden]

---

**Bud Robertson** <formerstreamtv.bud@gmail.com>  Fri, Jan 29, 2021 at 8:06 AM
To: Franklin Rodgers <frodgers@seecubic.co>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Hi Franklin,

Thanks for the heads up. 9am is a bit early but I'll be there. I'll drop you an email once they've left.

Bud
[Quoted text hidden]

---

**Bud Robertson** <formerstreamtv.bud@gmail.com>  Fri, Jan 29, 2021 at 1:09 PM
To: Franklin Rodgers <frodgers@seecubic.co>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Hi Franklin,

The trucking company has completed the pickups from both me and Sara. I have no more Stream TV property in my possession and neither does she.

Bud
[Quoted text hidden]

---

**Franklin Rodgers** <frodgers@seecubic.co>  Fri, Jan 29, 2021 at 1:18 PM
To: Bud Robertson <formerstreamtv.bud@gmail.com>
Cc: Krzysztof Kabacinski <kkabacinski@seecubic.co>, Shadron Lee Stastney <slstastney@seecubic.co>, Leo Riley <lriley@seecubic.co>, "formerstreamtv@gmail.com" <formerstreamtv@gmail.com>

Hi Bud

I appreciate the confirmation. Thank you.

PINK — PLY 2 - HAULING AGENT'S COPY
WHITE — PLY 4 - CUSTOMER'S COPY

Case 23-10763-amc   Doc 815-16   Filed 11/22/24   Entered 11/22/24 15:10:21   Desc
Exhibit O   Page 9 of 12

PRINT CLEARLY

MILBURN PRINTING
1190AT




**ATLAS VAN LINES, INC.**
1212 St. George Road
P.O. Box 509
Evansville, IN 47703
Tele: (800) 252-8885
MC-79658

Lot No. 1283641   PIECE NO. 000

**RELOCATION SERVICES DESCRIPTIVE INVENTORY**

REGISTRATION NUMBER

| Customer's Name | | | | | Page No. | No. of Pages |
|---|---|---|---|---|---|---|
| Robertson Sara | | | | | 1 | 2 |

| Origin Address | City | ST | ZIP | Govt Bill of Lading No. |
|---|---|---|---|---|
| 72 Puerto Viejo Trail | Henderson NV | | | |

| Destination Address | City | ST | ZIP | Van No. |
|---|---|---|---|---|
| 9180 Alcosta Blvd #441 | San Ramon CA | | | |

**DESCRIPTIVE SYMBOLS**
BW - Black & White TV   DBO - Disassembled by Owner
C - Color TV   PB - Professional Books
CP - Carrier Packed   PE - Professional Equipment
PBO - Packed by Owner   PP - Professional Papers
CD - Carrier Disassembled   MCU - Mechanical Condition Unknown
SW - Stretch Wrapped   CU - Contents & Condition Unknown

**EXCEPTION SYMBOLS**
BE - Bent   M - Marred   SH - Short
BR - Broken   MI - Mildew   SO - Soiled
BU - Burned   MO - Motheaten   ST - Stained
CH - Chipped   P - Peeling   S - Stretched
D - Dented   R - Rubbed   T - Torn
F - Faded   RU - Rusted   W - Badly Worn
G - Gouged   SC - Scratched   Z - Cracked
L - Loose

**LOCATION SYMBOLS**
1. Arm   8. Right   15. Seat
2. Bottom   9. Side   16. Drawer
3. Corner   10. Top   17. Door
4. Front   11. Veneer   18. Shelf
5. Left   12. Edge   19. Hardware
6. Leg   13. Center
7. Rear   14. Inside

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | ARTICLES | CP SW PBO | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 1 | 4.5 ctn w/ Posters | (CP) SW PBO | | |
| 2 | 3D Monitor No Brand | CP SW PBO | MCU | |
| 3 | S/N 606M01C00782 | CP SW PBO | MCU | |
| 4 | M/N SC65D21Q-PI | CP SW PBO | | |
| 5 | 3D Monitor No Brand | (CP) SW PBO | MCU | |
| 6 | S/N 672M01C01471 | CP SW PBO | | |
| 7 | M/N SC65D21Q-PI | CP SW PBO | | |
| 8 | 3.0 ctn Monitor Legs | (CP) SW PBO | | |
| 9 | Dell Laptop | CP SW PBO | MCU | |
| 10 | M/N P74F | CP SW PBO | | |
| 11 | S/N 623H852 | CP SW PBO | | |
| 12 | BenQ Monitor | CP SW (PBO) | MCU | |
| 13 | S/N ETRSH00832SL0 | CP SW PBO | | |
| 14 | BenQ Monitor | CP SW (PBO) | MCU | |
| 15 | S/N ETFSH04489SL0 | CP SW PBO | | |
| 16 | 4.5 ctn w/ HDMI | (CP) SW PBO | | |
| 17 | Cables/Keyboards | CP SW PBO | | |
| 18 | 3.0 ctn w/ Cables/discs | CP SW PBO | | |
| 19 | Sony bluray S/N 1053990 | CP SW PBO | | |
| 20 | Insignia Receiver | CP SW (PBO) | MCU | |
| 21 | S/N 9693507 | CP SW PBO | | |
| 22 | Onkyo Speakers | CP SW PBO | | |
| 23 | S/N 1115DC5381607435E | CP SW PBO | | |
| 24 | 1.5 ctn Sony PS3 | (CP) SW PBO | | |
| 25 | S/N CG314904711 | CP SW PBO | | |
| 26 | Dell Laptop S/N 742CPV2 | CP SW PBO | | |
| 27 | P.W. Laptop S/N 8F10SC1 | CP SW PBO | | |
| 28 | 051226 | CP SW PBO | | |
| 29 | 4.5 ctn Cables TV stand | (CP) SW PBO | | |
| 30 | 1.5 ctn Cables/Router | (CP) SW PBO | | |

REMARKS/EXCEPTIONS:

Tape Lot No. 1283641   Tape Color Red   Nos. From 01   Through 30

Customer's signature at origin confirms the piece count and condition of goods released to carrier.

Customer's signature at destination means all items loaded have been received and obvious loss or damage has been noted. Signing the inventory does not waive any right to file a claim.

**At Origin** — WAS THERE ANY PROPERTY DAMAGE? Y/N
Customer Signature: X [signed]   Date: 1/29/24
Carrier Signature: [signed] DOUP   Date: 1-29-24
Agent Code:   PVO Code:

**At Destination** — WAS THERE ANY PROPERTY DAMAGE? Y/N
Customer Signature:   Date:
Carrier Signature:   Date:
Agent Code:   PVO Code:



**ATLAS VAN LINES, INC.**
1212 St. George Road
P.O. Box 509
Evansville, IN 47703
Tele: (800) 252-8885
MC-79658

## RELOCATION SERVICES DESCRIPTIVE INVENTORY

REGISTRATION NUMBER:

Customer's Name: Robertson Bud.
Page No. 2    No. of Pages: 2

Origin Address: 30 Estrada Di Villaggio    City: Henderson    ST: NV

Destination Address: 9180 Extra Space Stg. San Ramon    City: CA

### DESCRIPTIVE SYMBOLS
BW - Black & White TV  DBO - Disassembled by Owner
C - Color TV  PB - Professional Books
CP - Carrier Packed  PE - Professional Equipment
PBO - Packed by Owner  PP - Professional Papers
CD - Carrier Disassembled  MCU - Mechanical Condition Unknown
SW - Stretch Wrapped  CU - Contents & Condition Unknown

### EXCEPTION SYMBOLS
BE - Bent  M - Marred  SH - Short
BR - Broken  MI - Mildew  SO - Soiled
BU - Burned  MO - Motheaten  ST - Stained
CH - Chipped  P - Peeling  S - Stretched
D - Dented  R - Rubbed  T - Torn
F - Faded  RU - Rusted  W - Badly Worn
G - Gouged  SC - Scratched  Z - Cracked
L - Loose

### LOCATION SYMBOLS
1. Arm  8. Right  15. Seat
2. Bottom  9. Side  16. Drawer
3. Corner  10. Top  17. Door
4. Front  11. Veneer  18. Shelf
5. Left  12. Edge  19. Hardware
6. Leg  13. Center
7. Rear  14. Inside

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | ARTICLES | CP SW PBO | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 31 | Dupple bag w/ banner | (CP) SW PBO | T9.81 | |
| 32 | Duple bag w/ banner | (CP) SW PBO | 56, | |
| 33 | 3.0 cm HP Monitor | (CP) SW PBO | | |
| 34 | S/N MX342405JL | CP SW PBO | | |
| 35 | HP Monitor | CP SW PBO | | |
| 36 | S/N MX34260ZSW | CP SW PBO | | |
| 37 | IBP PC S/N 50E73BF03E8 | (CP) SW PBO | | |
| 38 | E2F 898 | CP SW PBO | | |
| 39 | IBPC S/N 50E73BF0 | (CP) SW PBO | | |
| 40 | 3E8 E2F 899 | CP SW PBO | | |
| 41 | BOHM sound bar | CP SW (PBO) | MCU, | |
| 42 | S/N NONO. | CP SW PBO | | |
| 43 | VAYA PC M/N TX650 | CP SW (PBO) | | |
| 44 | Does not power on | CP SW PBO | | |
| 45 | Asus PC S/N F6PDCE | CP SW PBO | | |
| 46 | 000 B55 | CP SW PBO | | |
| 47 | Alienware laptop | (CP) SW PBO | | |
| 48 | S/N 5QCSQ72 | CP SW PBO | | |
| 49 | Dell PC | CP SW (PBO) | | |
| 50 | S/N 593Q2X21 | CP SW (PBO) | | |
| 51 | Dell PC Server | CP SW (PBO) | (MCU) | |
| 52 | S/N M07FGA00 | CP SW PBO | | |
| 53 | | CP SW PBO | | |
| 54 | | CP SW PBO | | |
| 55 | | CP SW PBO | | |
| 56 | | CP SW PBO | | |
| 57 | | CP SW PBO | | |
| 58 | | CP SW PBO | | |
| 59 | | CP SW PBO | | |
| 60 | | CP SW PBO | | |

REMARKS/EXCEPTIONS:

Tape Lot No. 1286364    Tape Color: Red    Nos. From 31    Through 52

Customer's signature at origin confirms the piece count and condition of goods released to carrier.

Customer's signature at destination means all items loaded have been received and obvious loss or damage has been noted. Signing the inventory does not waive any right to file a claim.

At Origin:
WAS THERE ANY PROPERTY DAMAGE? Y/N
Customer Signature: BR    Date: 1/29/21
Carrier Signature: Joe P    Date: 1-29-21
Agent Code:    PVO Code:

At Destination:
WAS THERE ANY PROPERTY DAMAGE? Y/N
Customer Signature:    Date:
Carrier Signature:    Date:
Agent Code:    PVO Code:

MILBURN PRINTING · 800-999-6690 · www.milburnprinting.com

**1. RATING AND DISTRIBUTION SERVICES**

DC 208003
Rev. 04/10

# HIGH RISK/HIGH VALUE INVENTORY

| OPTIONAL IDENTIFIERS: | TAG LOT NO. 1286 3641 | TAG COLOR: Red | NOS 34 THRU 51 | PAGE NO. 2 | NO. OF PAGES 2 |
|---|---|---|---|---|---|

| TSP | AGENT Slater Transfer | TSP REFERENCE NO. |
|---|---|---|

SHIPPER'S NAME/GRADE/RATING: Robertson bud.

CONTRACT/BOL NO.

ORIGIN LOADING ADDRESS: 30 Estrada Di Villaggio Henderson NV.

GOVT. SERVICE ORDER NO.

DESTINATION DELIVERY ADDRESS: 9180 Extra space Stg. San Ramon CA.

**IMPORTANT - READ CAREFULLY:** This form is required for all items considered to be "high risk" or "high value" by either the shipper or TSP and affords both the shipper and TSP the opportunity to monitor the tender and receipt of the items. High risk / high value items may include but are not are limited to, currency, coins, jewelry, silverware and silver service sets, crystal, figurines, furs, objects of art, computer software programs, manuscripts, comic books, baseball cards, stamps, and other collectable items or rare documents that have a value in excess of $100 per pound. For purposes of determining the TSP's liability, all such items shall be deemed to weigh at least one pound. A collection of compact disks (CDs) and digital video disks (DVDs) will not be considered high risk / high value items. However, individual CDs or DVDs with a value in excess of $50 will be considered a high value item. IF YOU FAIL TO LIST YOUR HIGH RISK / HIGH VALUE ITEMS ON THIS FORM YOUR RECOVERY WILL BE LIMITED TO $100 PER POUND.

| INV. NUMBER | ARTICLE | DESCRIPTION | SEAL NO. (IF USED) | REMARKS | SHIPPER INITIAL ON RECEIPT |
|---|---|---|---|---|---|
| 39 | FBPC | S/N S0E73BF03E8 E2F899 | | | |
| 45 | Asus PC | S/N F6PDCG000BJ5 | | | |
| 47 | Alienware Laptop | S/N SQC5Q72 | | | |
| 49 | Dell PC | S/N S93Q2X2 | | | |
| 51 | Dell PC Server | S/N M07FGA00 | | | |

END.

**TSP WILL LIMIT CLAIM SETTLEMENTS FOR HIGH RISK/HIGH VALUE ITEMS NOT LISTED ON THIS FORM.**

| ORIGIN | DESTINATION |
|---|---|
| **CAUTION: READ BEFORE SIGNING** This is a special inventory for high risk/high value items. Shipper and TSP acknowledge by signatures below that TSP has requested a complete list of high risk/high value items and that this is a true and complete list of high risk/high value items tendered. | **CAUTION: READ BEFORE SIGNING** Before signing below, ensure that all items listed have been delivered and that seals (if used) are intact. Open all cartons, inspect and verify receipt of all contents. Note any loss or damage in Remarks column and on Notification of Loss or Damage at Delivery form. Your signature acknowledges receipt of all items except as noted. **IF YOU INITIAL YOUR RECEIPT YOU MAY NOT CLAIM LATER THAT THIS ITEM IS MISSING WITH EITHER THE TSP OR MCO.** |
| TSP/DRIVER SIGNATURE [signed]   DATE 1-29-21 | TSP/DRIVER SIGNATURE   DATE |
| SHIPPER/AUTHORIZED AGENT SIGNATURE [signed]   DATE 1/29/21 | SHIPPER/AUTHORIZED AGENT SIGNATURE   DATE |

MILBURN PRINTING · 800-999-6690 · www.milburnprinting.com

FORM #1182 REVISED 10/15

# HIGH VALUE INVENTORY FORM

**Atlas** — U.S. DOT No. 125550

ATLAS VAN LINES, INC.
1212 ST. GEORGE ROAD, P.O. BOX 509
EVANSVILLE, INDIANA 47703-0509
(800) 252-8885 / (812) 424-2222

ATLAS REGISTRATION NO.

Customer Name: Robertson Bud. Robertson, Sara

Be sure to complete the description and estimated value sections on this form for all items in your shipment considered to be of high value or that may require additional attention, special packing, crating or handling. If no items are considered to be of high value or in need of additional attention, write **NONE**. Examples of High Value Items or items needing additional attention - Antiques, Art (wall or standing), CDs or DVDs (quantity), clocks, collectibles, collections, computer hardware or software, customized items, designer clothing or wardrobe accessories, exercise equipment, fine china, firearms, high end appliances/furniture, home audio/video system, hot tub, memory foam mattress, piano/musical instruments, silverware, tanning bed, or other high value goods exceeding $1000.00 in value.

| INVENTORY NO.* | DESCRIPTION OF HIGH VALUE ITEMS | ESTIMATED VALUE | NOTES / CONDITION* |
|---|---|---|---|
| 02 | 3D Monitor NO BRAND. S/N 606M01C00782 | | |
| 05 | 3D Monitor NO BRAND. S/N 622M01C0471 | | |
| 09 | Dell Laptop. S/N 623H852 | | |
| 12 | BENQ Monitor. S/N ETRSH00832 L0 | | |
| 14 | BENQ Monitor. S/N ETF5H04489 5L0 | | |
| 20 | Insignia Receiver. S/N 0693507 | | |
| 26 | DELL Laptop S/N 747CRV2 | | |
| 27 | P.W. Laptop. S/N 8F10 SC 051226 | | |
| 33 | HP Monitor S/N NW0342405 IL | | |
| 35 | HP Monitor. S/N MX03426075W | | |
| 37 | IBP PC S/N 50E73BF03E8 E2F 898 | | |
|   |   | TOTAL | |

*TO BE COMPLETED BY ATLAS REPRESENTATIVE.

## AT ORIGIN
I CERTIFY THE ABOVE LISTED INFORMATION TO BE TRUE, CORRECT AND COMPLETE TO THE BEST OF MY KNOWLEDGE. I HAVE READ AND UNDERSTAND THE STATEMENT OF CUSTOMER RESPONSIBILITIES FORM.

X [signature]   1/29/21
SIGNATURE OF CUSTOMER OR CUSTOMER'S REPRESENTATIVE   DATE

[signature]   1-29-21
SIGNATURE OF ATLAS REPRESENTATIVE   AGENT/PVO CODE   DATE

## AT DESTINATION
I ACKNOWLEDGE RECEIPT OF ALL ITEMS LISTED ABOVE. ALL ITEMS ARE IN THE SAME CONDITION AS WHEN TENDERED TO ATLAS, UNLESS EXCEPTIONS ARE NOTED ABOVE.

X
SIGNATURE OF CUSTOMER OR CUSTOMER'S REPRESENTATIVE   DATE

SIGNATURE OF ATLAS REPRESENTATIVE   AGENT/PVO CODE   DATE

ESTIMATED VALUE DOES NOT DETERMINE THE ACTUAL VALUE OF THE GOODS. SHOULD A LOSS OCCUR, THE ACTUAL VALUE MUST BE ESTABLISHED BY THE OWNER OF THE GOODS. THE PURPOSE OF THIS FORM IS TO ASSIST YOU IN DETERMINING THE TOTAL VALUE OF YOUR SHIPMENT AND TO ASSIST ATLAS IN DETERMINING WHICH ITEMS NEED SPECIAL HANDLING AND PROTECTION.

**ATLAS**

DC 225009 (0309) Rev. C