**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC. [1]<br><br>     Debtor. | Chapter 11<br><br>Bky No.: 23-10763 (MDC) |
| In re:<br><br>TECHNOVATIVE MEDIA, INC.<br><br>     Debtor. | Chapter 11<br><br>Bky No.: 23-10764 (MDC)<br><br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE RE**

| | |
|---|---|
| Docket No. 811 | ORDER (A) APPROVING BIDDING PROCEDURES AND FORM OF ASSET PURCHASE AGREEMENT IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (C) APPROVING PROCEDURES FOR SELECTION OF A STALKING HORSE BIDDER AND BID PROTECTIONS, AND (D) GRANTING RELATED RELIEF |
| Exhibit 1 | NOTICE OF AUCTION AND SALE HEARING |
| Exhibit 2 | BIDDING PROCEDURES |

    I, Bradford Daniel, state as follows:

    1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). Their corporate headquarters is located at 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103. The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

2.      On November 20, 2024, at the direction of Obermayer Rebmann Maxwell & Hippel

LLP, counsel to the Chapter 11 Trustee, copies of the above referenced documents were served in

the following manner on the parties listed on the attached Exhibit A via the modes of service

indicated therein:


Exhibit A              Re all the above documents, the Core/2002/Top Creditor Parties
                       referenced in Service List Nos. 81145, 81146, and 81147 (via email and
                       First Class Mail to parties with email addresses on file, via overnight
                       mail to parties with no email address on file).

                       Re Exhibit 1, the Claimholders and Additional Creditor Matrix Parties
                       referenced in Service List Nos. 81150 and 81200 (via First Class Mail on
                       all parties, and also via email to parties with email addresses on file).

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on the 21st day of November, 2024 at New York, New York.


                                        _____/s/ Bradford Daniel____
                                              Bradford Daniel

EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (AMC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)[1]** |
| | : | |

## NOTICE OF AUCTION AND SALE HEARING PLEASE TAKE NOTICE OF THE FOLLOWING:

1.     On, March 15, 2023, the above-captioned Debtors and former debtors in possession (the "**Debtors**"), filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "**Bankruptcy Court**").

2.     On January 9, 2024, William A. Homony was appointed as Chapter 11 Trustee of the Debtors' estates (the **"Trustee"**) in order to determine, *inter alia*, if it would be beneficial to pursue a sale of substantially all of the Debtors' Assets.

3.     On September 30, 2024, in connection with the proposed sale (the "**Sale**") of the Debtors' Assets (the "**Assets**") at an auction for the Assets (the "**Auction**"), the Trustee filed a motion (the "Motion"), seeking, among other things, (i) entry of an order (the "**Bidding Procedures Order**")[2] approving the bidding procedures (the "**Bidding Procedures**") governing the Sale and approving the terms of a Stalking Horse Asset Purchase Agreement in connection therewith; (ii) establishing procedures for the assignment and assumption of executory contracts and unexpired leases (the "**Assumption and Assignment Procedures**"); and (iii) granting related relief [Docket No.750].

4.     On **November 20, 2024**, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 811].  Pursuant to the Bidding Procedures Order, if two or more Qualified Bids are received before the Bid Deadline, the Trustee will conduct the Auction to determine the highest or otherwise best Qualified Bid, beginning on **December 3, 2024** at 10:00 A.M. (prevailing Eastern Standard Time) at the offices of Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Philadelphia, PA 19102 or such other place and time as the Trustee shall notify all Qualified Bidders that have submitted Qualified Bid. Only the Trustee (and his professionals and advisors) and parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures Order, **by no later than December 2, 2024 at 12:00 P.M. (prevailing**

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures Order.

1

**Eastern Standard Time)** (the "**Bid Deadline**") may participate at the Auction. Any party that wishes to take part in this process and submit a bid for the Debtors' Assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

5.      A hearing to approve the Sale (the "<u>**Sale Hearing**</u>") will be held on **December 4, 2024, at 1:00 P.M.** (prevailing Eastern Standard Time) before the Honorable Ashely M. Chan, U.S.B.J. at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA, 19107 in Courtroom No. 4., or at such time thereafter as counsel may be heard, unless otherwise continued by the Trustee pursuant to terms of the Bidding Procedures.

6.      Objections, if any, to the Motion and the Sale of the Assets, except objections related solely to the identity of the Successful Bidder and adequate assurance of future performance by a Successful Bidder, must be made by <u>**November 22, 2024, at 4:00 P.M. (prevailing Eastern Standard Time)**</u> (the "**Sale Objection Deadline**"). Objections solely to the identity of the Successful Bidder and adequate assurance of future performance must be made at the Sale Hearing. In each case, all objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court no later than the Sale Objection Deadline or the Supplemental Limited Sale Objection Deadline, as applicable, and served on (i) counsel for the Trustee and (ii) any other entity on the Master Service List. Objections solely based on the identity of the Successful Bidder and adequate assurance of future performance must additionally be served on counsel to the Successful Bidder. ***Any party who fails to timely file an objection to entry of the Sale Order (i) shall be forever barred from objecting thereto, (ii) shall be deemed to consent to the sale of the Assets as approved by the Sale Order, and (iii) shall be deemed to "consent" for purposes of Section 363 (f)(2) of the Bankruptcy Code.***

7.      This Notice and the Sale Hearing is subject to the fuller terms and conditions of the Motion and the Bidding Procedures Order, which shall control in the event of any conflict, and the Trustee encourages parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of all the Assets and/or copies of any related document, including the Motion, or the Bidding Procedures Order, may make a written request to counsel for the Trustee, Obermayer Rebmann Maxwell Hippel LLP, c/o Edmond M George, Esquire (edmond.george@obermayer.com) or Michael D. Vagnoni, Esquire (michael.vagnoni@obermayer.com)  In addition, copies of the Motion, the Bidding Procedures Order and this Notice can be found through PACER on the Court's website, https://ecfnjb.uscourts.gov/ (registration required).

Respectfully Submitted,

Dated: November 20, 2024        By: */s/ Michael D. Vagnoni*
                                Edmond M. George, Esquire
                                Michael D. Vagnoni, Esquire
                                OBERMAYER REBMANN MAXWELL & HIPPEL LLP

2

Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail:  edmond.george@obermayer.com
          michael.vagnoni@obermayer.com

3

EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (AMC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)[1]** |
|  | : |  |

## BIDDING PROCEDURES

On March 15, 2023, (the "**Petition Date**"), Stream TV Networks, Inc. ("**Stream**") and Technovative Media, Inc ("**Technovative**" and collectively with Stream, the "**Debtors**") filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), in the Bankruptcy Court for the Eastern District of Pennsylvania (the "**Court**").

On January 9, 2024, William A. Homony was appointed as Chapter 11 Trustee of the Debtors' estates (the "**Trustee**") in order to determine, *inter alia*, if it would be beneficial to pursue a sale of substantially all of the Debtors' Assets.

On November 20, 2024, the Court entered an order [Docket No. 811] (the "**Bidding Procedures Order**")[2] approving, among other things, these bidding procedures (the "**Bidding Procedures**") and the Stalking Horse APA , pursuant to which SeeCubic, Inc. (the "**Stalking Horse Bidder**") has committed to provide a credit bid, pursuant to section 363(k) of the Bankruptcy Code in the amount of $150,000,000.00 in partial satisfaction of the Allowed Secured Claim (as defined in the Stalking Horse APA) (the "**Stalking Horse Bid**") pursuant to the terms of the Hawk Settlement. Pursuant to the Bidding Procedures, the Stalking Horse Bid is subject to higher or better offers, the outcome of the Auction (as defined herein) if one is needed, and approval of the Court.

These Bidding Procedures set forth, among other things, (i) the procedures for bidders to submit bids for an investment in, or other acquisition of, the Debtors' Assets pursuant to an order of the Bankruptcy Court approving such transaction (the "**Sale**"); (ii) the manner in which bidders and bids become Qualified Bidders and Qualified Bids; (iii) the process for negotiating the bids received; (iv) the process by which the Trustee is authorized to conduct the auction ("**Auction**") for the Sale; (v) the procedure for the ultimate selection of any Successful Bidder; and (vi) the process for approval of a potential Sale at a Sale Hearing (each as defined herein).

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).
[2] All terms used but not otherwise defined herein shall have the meanings ascribed to them in the motion for approval of the Bidding Procedures (the "**Motion**").

1

Pursuant to these Bidding Procedures, the Trustee and his advisors shall (i) determine whether any person is a Qualified Bidder (as defined below), (ii) coordinate the efforts of Potential Bidders (as defined below) in conducting their due diligence activities, (iii) receive offers from Potential Bidders, and (iv) negotiate any offers made to acquire the Assets.

The key dates for the sale process are as follows:

| Date/Time | Event |
|---|---|
| November 22, 2024 at 4:00 P.M. prevailing Eastern Standard Time | Sale Objection Deadline[3] |
| November 29, 2024 at 4:00 P.M. prevailing Eastern Standard Time | Sale Objection Response Deadline |
| December 2, 2024 at 12:00 P.M. prevailing Eastern Standard Time | Bid Deadline - Due Date for Bids and Deposits |
| December 3, 2024 at 10:00 A.M. prevailing Eastern Standard Time | Auction |
| At the Sale Hearing | Supplemental Limited Sale Objection Response Deadline |
| December 4, 2024 at 1:00 P.M. prevailing Eastern Standard Time | Sale Hearing |
| December 10, 2024 | Closing |

**<u>Due Diligence</u>**

**Access to Diligence Materials**

To participate in the bidding process and to receive access to due diligence (the "**<u>Diligence Materials</u>**"), a party interested in acquiring the Debtors' Assets must submit to the Trustee (i) an executed nondisclosure agreement in such form reasonably satisfactory to the Trustee, (ii) reasonable evidence demonstrating the party's financial capability to consummate a Sale as reasonably determined by the Trustee, and (iii) a statement that such party has a bona fide interest in submitting a bid. A party who qualifies for access to Diligence Materials pursuant to these Bidding Procedures shall be a "**<u>Potential Bidder</u>**." The Secured Creditors will be deemed a Potential Bidder at all times.

The Trustee will afford any Potential Bidder the time and opportunity to conduct reasonable due diligence, as determined by the Trustee, access to the electronic data room and other information that a Potential Bidder may reasonably request; <u>provided</u>, <u>however</u>, that the Trustee shall not be obligated to furnish any due diligence information after the Bid Deadline to any party that has not submitted a Qualified Bid (as defined below). The availability of additional due diligence to a Qualified Bidder will cease on the date of the Auction; <u>provided</u>, <u>however</u>, that the Successful Bidder shall be permitted to continue to conduct due diligence until the Closing of

---

[3] This deadline applies to all objections to the Sale Motion as well as the Sale of the Assets with the exception of objections solely related to the identity of the Successful Bidder and adequate assurance of future performance by the Successful Bidder.

the Sale (subject to the terms of the Successful Bidder Asset Purchase Agreement (as defined below)). The Trustee reserves the right to withhold any Diligence Materials that the Trustee determines are not appropriate for disclosure to a Potential Bidder who is a competitor of the Debtors or is affiliated with any competitor of the Debtors. Neither the Trustee nor its representatives shall be obligated to furnish information of any kind whatsoever to any person that is not determined to be a Potential Bidder.

Each Potential Bidder will be deemed to acknowledge and represent it (a) has had an opportunity to conduct any and all due diligence regarding the Debtors' Assets and liabilities that are the subject of the Auction prior to making any such bid, (b) has relied solely upon its own independent review, investigation, and/or inspection of any documents and/or the assets in making its bid, and (c) did not rely upon any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express, implied, by operation of law, or otherwise regarding the Debtors' assets or liabilities, or the completeness of any information provided in connection therewith, except as expressly stated in these Bidding Procedures.

All due diligence requests must be directed to the Trustee's investment banker, J. Scott Victor, Managing Director, SSG Capital Advisors, LLC; 300 Barr Harbor Drive, Suite 420, West Conshohocken, PA 19428: Direct: 610-940-5802; Mobile: 215-816-8118; jsvictor@ssgca.com.

**Due Diligence from Potential Bidders**

Each Potential Bidder shall comply with all reasonable requests for additional information and due diligence access by the Trustee or his advisors regarding the ability of such Potential Bidder to consummate its transaction. Failure to comply with such reasonable requests for additional information and due diligence access may be a basis for the Trustee to determine that such bidder (including any Qualified Bidder) is no longer a Potential Bidder or that the Bid made by such bidder will not be considered a Qualified Bid.

## Designation of Stalking Horse Bidder

The Trustee is authorized to name SeeCubic, Inc. ("**SCI**") as the Stalking Horse Bidder, (as defined in the Sale Motion) in connection with the Auction and enter into the stalking horse APA (a "**Stalking Horse APA**"; the Bid memorialized by the Stalking Horse APA, the "**Stalking Horse Bid**") with no bid protections.

## Communications with Potential Bidders

There must be no communications between and among Potential Bidders unless the Trustee has previously authorized such communication in writing or with the participation of the Trustee or the Trustee's advisors, and each Potential Bidder shall be deemed to have so represented to the Trustee and the Court. The Trustee reserves the right, in his reasonable business judgment, to disqualify any Potential Bidder(s) that have communications between and among themselves without the participation of the Trustee or the Trustee's prior written consent.

## **Bid Deadline**

The Trustee shall assist Potential Bidders in conducting their respective due diligence investigations and shall accept Bids (as defined below) until **December 2, 2024, at 12:00 p.m. (prevailing Eastern Standard Time)** (the "**Bid Deadline**") to acquire the Assets.

Parties interested in becoming a Qualified Bidder for Debtors' Assets are encouraged to submit a Qualified Bid to the Trustee's Investment Banker: J. Scott Victor and Teresa C. Kohl, Managing Directors, SSG Advisors, LLC; 300 Barr Harbor Drive, Suite 420, West Conshohocken, PA 19428: Direct: 610-940-5802; J. Scott Victor Mobile: 215-816-8118 and Teresa C. Kohl Mobile: 215-280-6766; jsvictor@ssgca.com and tkohl@ssgca.com.

**The submission of a Bid by the Bid Deadline shall constitute a binding and irrevocable offer to acquire the assets specified in such Bid.** Any party that does not submit a Bid by the Bid Deadline will not be allowed to (i) submit any offer after the Bid Deadline or (ii) participate in any Auction.

No later than the Bid Deadline, a Potential Bidder that desires to make a bid to consummate the Sale shall deliver written copies of its Bid (as defined below) in electronic format to: (i) the Trustee (bhomony@mctllp.com); (ii) counsel to the Trustee, Obermayer Rebmann Maxwell & Hippel LLP (edmond.george@obermayer.com); (iii) investment banker to the Trustee, J. Scott Victor and Teresa C. Kohl, Managing Directors, SSG Capital Advisors, LLC; 300 Barr Harbor Drive, Suite 420 West Conshohocken, PA 19428: Direct: 610-940-5802; J. Scott Victor, Mobile: 215-816-8118 and Teresa C. Kohl Mobile: 215-280-6766; jsvictor@ssgca.com and tkohl@ssgca.com; and (iv) Office of the United States Trustee.

The Trustee may extend the Bid Deadline without further order of the Bankruptcy Court, subject to providing notice to all Potential Bidders and the Stalking Horse Bidder.

## **Determination of Qualified Bid Status**

To be eligible for consideration as a Qualified Bid and to participate in the Auction, each Potential Bidder must deliver to the Trustee, his counsel and his advisors, a written, irrevocable, signed offer (each, a "**Bid**") prior to the Bid Deadline that must be determined by the Trustee, in its business judgment, to satisfy each of the following conditions; *provided*, that for the avoidance of doubt, the Stalking Horse Bid is a Qualified Bid, and the Stalking Horse Bidder is a Qualified Bidder:[4]

    a.    **Good Faith Offer**: Each Bid must constitute a good faith, bona fide offer to purchase all or certain of the Assets (it being understood that partial bids may be permitted only if the combined consideration thereof satisfies the requirements of a Minimum Bid, as defined below).

---

[4] The Trustee may, in his sole and exclusive discretion, waive any of the following requirements for a Bid to constitute a Qualified Bid to the extent reasonably necessary to promote bids and a robust Auction so long as any such waiver is not materially inconsistent with these Bidding Procedures.

4

b.    **Good Faith Deposit**: Each Bid must be accompanied by a deposit in the amount of ten percent (10%) of the total Purchase Price (as defined in the Modified APA (as defined below)), before any reductions for assumed liabilities (the "**Good Faith Deposit**"). The Good Faith Deposit shall come in the form of a wire transfer, certified check or other form acceptable to the Trustee, in his sole and exclusive discretion. Each Good Faith Deposit will be deposited and held in one or more non-interest-bearing accounts by the Trustee but shall not become property of the Debtors' estates absent further Order of the Bankruptcy Court. Wire instructions will be provided by the Trustee upon request.

c.    **Executed Agreement**: Each Bid must include an executed Asset Purchase Agreement (a "**Modified APA**") substantially in the form of the Stalking Horse APA, and any necessary transaction documents, signed by an authorized representative of such Potential Bidder, pursuant to which the Potential Bidder proposes to effectuate the acquisition of substantially all of the Assets of the Debtors. Each Bid must also include a copy of the Modified APA marked against the Stalking Horse APA to show all changes requested by the Potential Bidder (including those related to the assumption and assignment of executory contracts and unexpired leases, and other material terms such that the Trustee may determine how such Bid compares to the terms of the Stalking Horse APA and competing Bids). Each Modified APA must provide a commitment to close within two (2) business days after all closing conditions are met, but in no event later than December 10, 2024.

d.    **Purchase Price**: Each Bid must clearly identify the purchase price to be paid (the "**Purchase Price**") and identify how much of the Bid is being paid in cash. The non-cash component of the Bid, if any, shall be backed by a letter of credit or other security, over which the Secured Creditors shall have consultation rights as to the sufficiency and form of such security.

e.    **Minimum Bid**: Qualified Bids must bid a minimum consideration equal to the Stalking Horse Bid, plus a minimum overbid amount equal to or greater than $250,000.00.

f.    **Cash Requirements**: Each Bid must provide evidence of the ability to pay the cash portion of the Bid in cash in full. To the extent the Bid contains cash and non-cash portions, the allocations shall be identified in the Bid.  If a non-cash portion is part of the Bid, the cash portion must be a minimum of $120,000,000.00.  For the avoidance of doubt, the Secured Creditors shall have consultation rights with respect to the sufficiency of any non-cash component of the Purchase Price included in any Bid, as agreed upon and approved as part of the Hawk Settlement.

g.    **Designation of Assigned Contracts and Leases**: A Bid must identify any and all executory contracts and unexpired leases of the Debtors that the Potential Bidder wishes to be assumed and assigned pursuant to a Sale. A Bid must specify whether the Debtors or the Potential Bidder will be responsible for any cure costs associated

5

with such assumption and assignment, and include a good faith estimate of such cure costs.

h.    **Designation of Assumed Liabilities**: A Bid must identify all liabilities which the Potential Bidder proposes to assume.

i.    **Corporate Authority**: A Bid must include written evidence reasonably acceptable to the Trustee demonstrating appropriate entity authorization to consummate the proposed Sale; provided that, if the Potential Bidder is an entity specially formed for the purpose of effectuating the Sale, then the Potential Bidder must furnish written evidence reasonably acceptable to the Trustee of the approval of the Sale by the equity or interest holder(s) of such Potential Bidder.

j.    **Disclosure of Identity of Potential Bidder**: A Bid must fully disclose the identity of each entity that will be bidding for or purchasing the Assets or otherwise participating in connection with such Bid (including the identity of any parent equity holders or other financial backers of such entity), and the complete terms of any such participation, including any connections, agreements, arrangements or understandings with the Debtors, or any other known, potential, prospective bidder, or Potential Bidder, or any officer, director, shareholder or member of the Debtors.

k.    **Disclosure of Connections**: A Bid must fully disclose any connections or agreements the Potential Bidder and any of its officers and/or directors have with the Debtors, their affiliates, any other known Potential Bidder, and/or any officer, director or equity holder of the Debtors.

l.    **Proof of Financial Ability to Perform**: A Bid must include written evidence that the Trustee may reasonably conclude, in consultation with his advisors, demonstrates that the Potential Bidder has the necessary financial wherewithal to timely consummate a Sale including the amount of any Overbid and must further contain information that can be publicly filed and/or disseminated providing adequate assurance of future performance of all executory contracts and unexpired leases to be assumed and assigned in such Sale. Such information must include the following:

(1)    a statement that the Potential Bidder is financially capable of consummating the transaction contemplated by the Alternative APA;

(2)    contact names and numbers for verification of financing sources;

(3)    written evidence of the Potential Bidder's internal resources and proof of any debt funding commitments from a recognized banking institution and, if applicable, equity commitments in an aggregate amount equal to the cash portion of such Bid or the posting of an irrevocable letter of credit from a recognized banking institution issued in favor of the Debtors' estates in the amount of the cash portion of such Bid, in each case, as are needed to close the Sale;

6

(4)    the Potential Bidder's most current audited (if any) and latest unaudited financial statements or, if the bidder is an entity formed for the purpose of making a bid, the current audited (if any) and latest unaudited financial statements of the equity holder(s) of the bidder or such other form of financial disclosure, and a guaranty from such equity holder(s);

(5)    a description of the Potential Bidder's pro forma capital structure;

(6)    evidence of letters of credit or other forms of security to support any non-cash component of the Purchase Price, with respect to which the Secured Creditors shall have consultation rights over the sufficiency thereof; and

(7)    any such other form of financial disclosure or credit-quality support information or enhancement reasonably acceptable to the Trustee demonstrating that such Potential Bidder has the ability to promptly close the Sale.

m.    **Conditions/Contingencies**: Except as provided in the Stalking Horse APA, a Bid must not be subject to material conditions or contingencies to closing, including without limitation obtaining financing, internal approvals or further due diligence.

n.    **Bid Irrevocable**: A Bid must provide that it is irrevocable until two (2) business days after the closing of the Sale. Each Potential Bidder further agrees that its Bid, if not chosen as the Successful Bidder, shall serve, without modification, as a Backup Bidder (as defined below) as may be designated by the Trustee at the Sale Hearing, in the event the Successful Bidder fails to close as provided in the Successful Bidder Asset Purchase Agreement, if at all, and the Sale Order.

o.    **As-Is, Where-Is**: A Bid must include the following disclaimer: EXCEPT AS EXPRESSLY SET FORTH IN THIS AGREEMENT OR ANY ANCILLARY DOCUMENT DELIVERED BY TRUSTEE PURSUANT TO THIS AGREEMENT (I) THE TRUSTEE MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AT LAW OR IN EQUITY, RELATING TO THE ASSETS OR THE ASSUMED LIABILITIES, INCLUDING ANY REPRESENTATION OR WARRANTY AS TO VALUE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR FOR ORDINARY PURPOSES, OR ANY OTHER MATTER, (II) THE TRUSTEE MAKES NO, AND HEREBY DISCLAIM ANY, OTHER REPRESENTATION OR WARRANTY REGARDING THE ASSETS OR THE ASSUMED LIABILITIES, AND (III) THE ASSETS AND THE ASSUMED LIABILITIES ARE CONVEYED ON AN "AS IS, WHERE IS" BASIS AS OF THE CLOSING, AND THE BUYER SHALL RELY UPON ITS OWN EXAMINATION THEREOF. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, THE TRUSTEE MAKES NO REPRESENTATION OR WARRANTY REGARDING ANY ASSET.

p.    **Time Frame for Closing**: A Bid by a Potential Bidder must be reasonably likely to be consummated, if selected as the Successful Bid, within a time frame

acceptable to the Trustee, which in no event shall be later than [December 10], 2024.

q.    **Consent to Jurisdiction**: Each Potential Bidder must (i) submit to the jurisdiction of the Bankruptcy Court to enter an order or orders, which shall be binding in all respects, in any way related to the Debtors, the Bidding Procedures, the Auction, any Modified APA, or the construction and enforcement of documents relating to any Sale, (ii) waive any right to a jury trial in connection with any disputes relating to the Debtors the Bidding Procedures, the Auction, any Modified APA, or the construction and enforcement of documents relating to any Sale, and (iii) commit to the entry of a final order or judgment in any way related to the Debtors, the Bidding Procedures, the Auction, any Modified APA, or the construction and enforcement of documents relating to any Sale if it is determined that the Bankruptcy Court would lack Article III jurisdiction to enter such a final order or judgment absent the consent of the parties.

r.    **No Bid Protections**: A Bid must not entitle the Potential Bidder to any break-up fee, termination fee, transaction fee, expense reimbursement, or any similar type of payment or reimbursement and, by submitting a Bid, the Potential Bidder waives the right to pursue a substantial contribution claim under 11 U.S.C. § 503 related in any way to the submission of its Bid or participation in any Auction. Each Potential Bidder presenting a Bid will bear its own costs and expenses (including legal fees) in connection with any proposed Sale.

s.    **Representations and Warranties**: A Bid must include the following representations and warranties:

   i.    a statement that the Potential Bidder has had an opportunity to conduct any and all due diligence regarding the applicable assets prior to submitting its Bid;

   ii.    a statement that the Potential Bidder has relied solely upon its own independent review, investigation, and/or inspection of any relevant documents and the assets in making its Bid and did not rely on any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express or implied, by operation of law or otherwise, regarding the assets or the completeness of any information provided in connection therewith, except as expressly stated in the representations and warranties contained in the Potential Bidder's Modified APA ultimately accepted and executed by the Trustee;

   iii.    a statement that the Potential Bidder agrees to serve as Back-Up Bidder, if its Bid is selected as the next highest or next best bid after the Successful Bid with respect to the applicable assets;

   iv.    a statement that the Potential Bidder has not engaged in any collusion with respect to the submission of its Bid;

   v.    a statement that all proof of financial ability to consummate a Sale Transaction in a timely manner and all information provided to support adequate assurance of future performance is true and correct; and

8

      vi.    a statement that the Potential Bidder agrees to be bound by the terms of the Bidding Procedures.

## Review of Bids; Designation of Qualified Bids

A Bid received from a Potential Bidder that meets the above requirements, as determined by the Trustee (in consultation with the Secured Creditors, as set forth above), shall constitute a "**Qualified Bid**" for such Assets (and such Potential Bidder, a "**Qualified Bidder**"); *provided* that if the Trustee receives a Bid prior to the Bid Deadline that is not a Qualified Bid, the Trustee (in consultation with the Secured Creditors) may provide the Potential Bidder with the opportunity to cure or remedy any deficiencies prior to the Bid Deadline; *provided further*, that the Stalking Horse Bid is a Qualified Bid and the Stalking Horse Bidder is a Qualified Bidder.

On or before December 2, 2024, at 6:00 P.M. (prevailing Eastern Standard Time), the Trustee and his advisors (in consultation with the Secured Creditors), will determine which Potential Bidders are Qualified Bidders and will notify the Potential Bidders whether Bids submitted constitute Qualified Bids so as to enable such Qualified Bidders to bid at the Auction. Any Bid that is not deemed a Qualified Bid will not be considered by the Trustee. To the extent there is any dispute regarding whether a bidder is a Qualified Bidder, such dispute may be raised with the Bankruptcy Court on an expedited basis prior to the commencement of the Auction.

Prior to the Auction, the Trustee and its advisors will evaluate Qualified Bids and identify the Qualified Bid that is, in the Trustee's reasonable business judgment the highest or otherwise best bid (the "**Starting Bid**").  The Starting Bid may be the bid of the Stalking Horse Bidder or any other higher or better Qualified Bid.  In making such determination, the Trustee will take into account, among other things, the execution risk attendant to any Qualified Bids. On or before December 2, 2024, at 11:59 P.M. (prevailing Eastern Standard Time), the Trustee will (i) notify the Qualified Bidders as to which Qualified Bid is the Starting Bid, and (ii) distribute copies of the Starting Bid to each Qualified Bidder who has submitted a Qualified Bid.

If any Bid is determined by the Trustee not to be a Qualified Bid, the Trustee will refund such Potential Bidder's Good Faith Deposit on or within ten (10) business days after the Bid Deadline.

By submitting its Bid, each Potential Bidder is agreeing with each other Potential Bidder to abide by and honor the terms of these Bidding Procedures and agrees not to submit a Bid or seek to reopen the Auction after the Auction.

Without the written consent of the Trustee, a Qualified Bidder may not modify, amend, or withdraw its Qualified Bid, except for proposed amendments to increase the Purchase Price or otherwise improve the terms of the Qualified Bid during the period that such Qualified Bid remains binding as specified herein; *provided*, that any Qualified Bid may be improved at the Auction as set forth in these Bidding Procedures.

9

## **Auction**

If two or more Qualified Bids are received by the Bid Deadline, the Trustee will conduct an auction (the "**Auction**") to determine the highest and otherwise best Qualified Bid. This determination shall take into account any factors the Trustee reasonably deems relevant to the value of the Qualified Bid to the estate and may include, but are not limited to, the following: (a) the amount and nature of the consideration, including any assumed liabilities; (b) the number, type and nature of any changes to the Stalking Horse APA requested by each Qualified Bidder; (c) the extent to which such modifications or provisions are likely to delay closing of the sale of the Debtors' Assets and the cost to the Debtors' estates of such modifications or delay; (d) the total consideration to be received by the Debtors; (e) the likelihood the Qualified Bidder can close the transaction timely; and (f) any other qualitative or quantitative factor the Trustee deems reasonably appropriate under the circumstances (collectively, the "**Bid Assessment Criteria**"). Notwithstanding anything herein to the contrary, the Trustee may select a combination of Qualified Bids for the Assets, in any combination that yields the highest and best value for the Debtors' respective estates.

If no Qualified Bid (other than the Stalking Horse Bid) is received by the Bid Deadline, the Trustee will not conduct the Auction, and shall file a notice with the Bankruptcy Court indicating that no Auction will be held and that the Stalking Horse Bid shall be deemed the "Successful Bid" (and the Stalking Horse Bidder, the "Successful Bidder"), as otherwise defined below and as used in the Bidding Procedures Motion.

## **Procedures for Auction**

If the Trustee receives two (2) or more Qualified Bids, the Auction shall take place on December 3, 2024, at 10:00 A.M. (EST) at the offices of Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102, or such other place and time as determined by the Trustee. The Auction may be postponed, adjourned or cancelled as the Trustee deems appropriate, in consultation with the Secured Creditors, provided the Trustee provides notice of such postponement or adjournment and the time and place for the commencement of the Auction. The Auction shall be conducted according to the following procedures:

**Participation**

Only the Trustee, his advisors, and any Qualified Bidder that has submitted a Qualified Bid, in each case, along with their representatives and counsel, or such other parties as the Trustee shall determine shall attend the Auction and only such Qualified Bidders will be entitled to make any Bids at the Auction.

10

**The Trustee Shall Conduct the Auction**

The Trustee and his professionals shall direct and preside over the Auction and the Auction shall be transcribed. Other than as expressly set forth herein, the Trustee may conduct the Auction in the manner he reasonably determines will result in the highest or otherwise best Qualified Bid. The Trustee shall provide each participant in the Auction with a copy of the Modified APA or Stalking Horse APA, as applicable, associated with the Starting Bid. In addition, at the start of the Auction, the Trustee shall describe the terms of the Starting Bid. Each Qualified Bidder participating in the Auction must confirm, both before and after the Auction, that it (a) has not engaged in any collusion with respect to the bidding or sale of any of the Assets described herein, and (b) has reviewed, understands and accepts the Bidding Procedures.

All Qualified Bidders may submit further Bids, along with a markup or a further markup of the applicable APA. The Auction will be conducted in rounds. At any time, a Qualified Bidder may request that the Trustee announce the current highest and best bid. If requested, the Trustee shall use reasonable efforts to clarify any and all questions any Qualified Bidder may have regarding the Trustee's announcement of the Starting Bid or the then current and highest bid.

The Trustee may announce at the Auction additional procedural rules that are reasonable under the circumstances for conducting the Auction so long as such rules are not inconsistent with the Bidding Procedures.

**Overbids**

An "Overbid" is any bid made at the Auction subsequent to the Trustee's announcement of the respective Starting Bid. Any Overbid for purposes of this Auction must comply with the following conditions:

a.   **Minimum Overbid Increments**: Any Overbid after and above the respective Starting Bid or any subsequent Overbid shall be made in increments valued at not less than $250,000.00. The Trustee reserves the right to increase or decrease any subsequent increments, after the first Overbid.

b.   **Remaining Terms Are the Same as for Qualified Bids**: Except as modified herein, an Overbid at the Auction must comply with the conditions for a Qualified Bid set forth above, provided, however, that (i) the Bid Deadline shall not apply and (ii) no additional Good Faith Deposit shall be required beyond the Good Faith Deposit previously submitted by a Qualified Bidder, provided that the Successful Bidder (only if the Successful Bidder is not the Stalking Horse Bidder) shall be required to make a representation at the end of the Auction that it will provide any additional deposit necessary so that its Good Faith Deposit is equal to the amount of ten percent (10%) of the Purchase Price contained in the Successful Bid. Any Overbid must include, in addition to the amount and the form of consideration of the Overbid, a description of all changes requested by the Qualified Bidder to the Stalking Horse APA or its Modified APA, as applicable, in connection therewith (including any changes to the designated assigned executory contracts and

11

unexpired leases and assumed liabilities). Any Overbid must remain open and binding on the Qualified Bidder until and unless the Trustee accepts a higher or otherwise better Overbid from another Qualified Bidder (except, to the extent required hereby, to serve as the Backup Bid). At the Trustee's discretion, to the extent not previously provided, a Qualified Bidder submitting an Overbid at the Auction must submit, as part of its Overbid, written evidence (in the form of financial disclosure or credit-quality support information reasonably acceptable to the Trustee) reasonably demonstrating such Qualified Bidder's ability to close the Sale proposed by such Overbid, and the Trustee shall consult with the Secured Creditors **_only_** with respect to the sufficiency of security related to any non-cash component of an Overbid submitted by any Qualified Bidder as part of the Auction.

**Announcement and Consideration of Overbids**

a.   **Announcement of Overbids**: The Trustee shall announce at the Auction the material terms of each Overbid, the total amount of consideration offered in each such Overbid, the basis for calculating such total consideration and such other terms as the Trustee reasonably determines will facilitate the Auction.

b.   **Consideration of Overbids**: Subject to the deadlines set forth herein, the Trustee reserves the right in its reasonable business judgment to make one or more continuances of the Auction to, among other things facilitate discussions between the Trustee and Qualified Bidders or allow a Qualified Bidder to consider how it wishes to proceed.

**Closing the Auction**

The Auction shall continue until there is one or more Qualified Bid(s) that the Trustee determines in his reasonable business judgment, is the highest and otherwise best Qualified Bid at the Auction. Thereafter, the Trustee shall select such Qualified Bid as the overall highest and otherwise best Qualified Bid (such Qualified Bid, the "**Successful Bid**," the Qualified Bidder submitting such Successful Bid, the "**Successful Bidder**" and the Qualified Bidder's purchase agreement, the "**Successful Bidder Asset Purchase Agreement**"). In making this decision, the Trustee shall consider the Bid Assessment Criteria.

The Auction shall close when the Successful Bidder submits fully executed sale and transaction documents memorializing the terms of the Successful Bid. Promptly following the Trustee's selection of the Successful Bid and the conclusion of the Auction, the Trustee shall announce the Successful Bid and Successful Bidder and shall file with the Bankruptcy Court notice of the Successful Bid and Successful Bidder.

The Trustee shall not consider any Bids submitted after the conclusion of the Auction. For the avoidance of doubt, nothing in these Bidding Procedures shall prevent the Trustee from exercising its fiduciary duties under applicable law to maximize the value obtained for the Assets.

12

**Designation of Backup Bidder**

Notwithstanding anything in the Bidding Procedures to the contrary, if an Auction is conducted, the Qualified Bidder with the next highest and otherwise best Qualified Bid at the Auction after the Successful Bid, as determined by the Trustee, in the exercise of its business judgment will be designated as the backup bidder (the "**Backup Bidder**"). The Backup Bidder shall be required to keep its initial Qualified Bid (or if the Backup Bidder submitted one or more Overbids at the Auction, the Backup Bidder's final Overbid) (the "**Backup Bid**") open and irrevocable until the date that is two (2) days after the closing of the transaction with the Successful Bidder (the "**Outside Backup Date**").

Following the Sale Hearing, if the Successful Bidder fails to consummate an approved transaction, the Backup Bidder will be deemed to maintain the new prevailing Successful Bid (and its purchase agreement, the Successful Bidder Asset Purchase Agreement) and the Backup Bidder will be deemed to be the Successful Bidder, and the Trustee will be authorized, but not required, without further order of the Bankruptcy Court, to consummate the Sale with the Backup Bidder.

**Sale Is As Is/Where Is**

Except as otherwise provided in the Successful Bidder Asset Purchase Agreement or the Sale Order, the Assets or any other assets of the Debtors sold pursuant to the Bidding Procedures, shall be conveyed at the closing of a transaction with a Successful Bidder in their then-present condition, "**AS IS, WITH ALL FAULTS, AND WITHOUT ANY WARRANTY WHATSOEVER, EXPRESS OR IMPLIED.**" Except as may be set forth in the Successful Bidder Asset Purchase Agreement or the Sale Order, the Assets are sold free and clear of any and all liens, claims, interests, restrictions, charges and encumbrances of any kind or nature to the fullest extent permissible under the Bankruptcy Code, with such liens, claims, interests, restrictions, charges, and encumbrances to attach to the net proceeds of sale with the same validity and with the same priority.

**Sale Objections and Hearing**

A hearing to consider approval of the Successful Bid (the "**Sale Hearing**") is scheduled to take place on December 4, 2024, at 1:00 P.M. (prevailing Eastern Standard Time) before the Honorable Ashely M. Chan, Bankruptcy Judge, either telephonically or at the Courtroom 4 at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, or at such time thereafter as counsel may be heard. At the Sale Hearing, the Trustee will present the Successful Bid to the Bankruptcy Court for approval; provided, however, to the extent that the Successful Bid is to be implemented pursuant to a Plan, the Sale Hearing shall be used as a status conference.

Objections to the Sale (each, a "**Sale Objection**"), shall (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection, and provide proposed language that, if accepted and incorporated by the Trustee, would obviate such objection; (iv) conform to the Bankruptcy Rules and the Local Rules; (v) be filed with the Court (a) by registered users of

the Court's case filing system, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Court; and (vi) be served upon (i) counsel for the Trustee, (ii) counsel to the Secured Creditors, and (iii) any other entity on the Master Service List (the "**Objection Notice Parties**"),  by **November 22, 2024 at 4:00 P.M. (prevailing Eastern Standard Time)** (the "**Sale Objection Deadline**"); provided, that the Trustee may extend the Sale Objection Deadline, as the Trustee deems appropriate in the exercise of their reasonable business judgment. If a timely Sale Objection cannot otherwise be resolved by the parties, such objection shall be heard by the Court at the Sale Hearing.

Objections solely based on the identity of the Successful Bidder and adequate assurance of future performance must be made before the start of the Sale Hearing (the "**Supplemental Limited Sale Objection Deadline**"), and must be served on the Objection Notice Parties, counsel to the Successful Bidder, the Successful Bidder, and the Backup Bidder.

Each Successful Bidder shall appear at the Sale Hearing and be prepared to have a representative(s) testify in support of its Successful Bid and such Successful Bidder's ability to close in a timely manner and provide adequate assurance of its future performance under any and all executory contracts and unexpired leases to be assumed and/or assigned as part of the proposed transaction.

Any party who fails to file with the Court and serve on the Objection Notice Parties a Sale Objection, other than an objection based solely based on the identity of the Successful Bidder and adequate assurance of future performance, by the Sale Objection Deadline may be forever barred from asserting, at the Sale Hearing or thereafter, any Sale Objection to the relief requested in the Motion with regard to a Successful Bidder, or to the consummation and performance of a Sale contemplated by a purchase or investment agreement between the Trustee and each Successful Bidder, including the transfer of the Assets to such Successful Bidder, free and clear of all liens, claims, encumbrances, and other interests pursuant to section 363 of the Bankruptcy Code, and the assumption and assignment of executory contracts and unexpired leases.

### Return of Good Faith Deposits of Qualified Bidders

The Good Faith Deposits of all Qualified Bidders shall be held in one or more non-interest-bearing escrow accounts by the Trustee but shall not become property of the Debtors' estates absent further order of the Bankruptcy Court. The Good Faith Deposit of any Qualified Bidder that is neither the Successful Bidder nor the Backup Bidder shall be returned to such Qualified Bidder not later than five (5) business days after the Sale Hearing. If the Backup Bidder is not designated the Successful Bidder, the Good Faith Deposit of the Backup Bidder, if any, shall be returned to the Backup Bidder on the date that is the Outside Backup Date. In the case of a breach or failure to perform on the part of the Successful Bidder (including any Backup Bidder designated as a Successful Bidder), the remaining portion of the defaulting Successful Bidder's Good Faith Deposit shall be forfeited to the Trustee as liquidated damages, in addition to any and all rights, remedies and/or causes of action that may be available to the Trustee at law or in equity, and, the Trustee shall be free to consummate the Backup Bid with the Backup Bidder or the proposed transaction at the otherwise next highest price bid at the Auction by a Qualified Bidder, without

the need for an additional hearings or orders of the Courts. The Trustee reserves the right to seek all available damages, including specific performance, from any defaulting Successful Bidder (including any Backup Bidder designated as a Successful Bidder) in accordance with the terms of the Bidding Procedures. If the Successful Bidder timely closes the Sale transaction, its Good Faith Deposit shall be credited towards the purchase price.

## <u>Reservation of Rights of the Trustee</u>

Except as otherwise provided in the Bidding Procedures or the Bidding Procedures Order, and subject to the terms of the Hawk Settlement, the Trustee reserves the right as it may reasonably determine to be in the best interest of its estate and in the exercise of its fiduciary duty to: (a) determine which bidders are Qualified Bidders; (b) determine which Bids are Qualified Bids; (c) determine which Qualified Bid is the highest or otherwise best proposal and which is the next highest or otherwise best proposal; (d) reduce the Overbid amount; (e) reject any Bid that is (1) inadequate or insufficient, (2) not in conformity with the requirements of the Bidding Procedures or the requirements of the Bankruptcy Code, or (3) contrary to the best interests of the Debtors and their respective estates; (f) impose additional terms and conditions with respect to all potential bidders; (g) extend the deadlines set forth herein; and (h) continue or cancel the Auction and/or Sale Hearing in open court without further notice.

Notwithstanding anything to the contrary contained herein, nothing in the Bidding Procedures will prevent the Trustee from considering any and all transactions, including, but not limited to, proposals to sponsor a plan of reorganization.

Notwithstanding anything to the contrary contained herein, nothing in the Bidding Procedures will prevent the Trustee from exercising its fiduciary duties under applicable law.

15

# Stream TV Networks

**Total number of parties: 365**

## Exhibit A - Stream TV Networks

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81150 | 1AAASTREAM TV NETWORKS, INC., 209 CHESTNUT STREET, 3RD FLOOR, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81150 | 1AAATECHNOVATIVE MEDIA, INC., 2009 CHESTNUT STREET, 3RD FLOOR, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81150 | 3DETROIT FILM CO. LLC, 2385 N PINE CENTER ST, WEST BLOOMFIELD, MI, 48323 | **US Mail (1st Class)** |
| 81150 | ABU DHABI INVESTMENT COUNCIL, PO BOX 61999, ABU DHABI,  UNITED ARAB EMIRATES | **US Mail (1st Class)** |
| 81150 | AC LORDI, 1801 MARKET ST STE 1700, PHILADELPHIA, PA, 19103-1634 | **US Mail (1st Class)** |
| 81145 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, MADANLOLUGU@ADEPTCHIPS.COM | **E-mail** |
| 81146 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA | **US Mail (1st Class)** |
| 81150 | ADRIAN & ROTH PERSONALBERATUNG GMBH, TENGSTRAßE 45, MUNCHEN, 80796 GERMANY | **US Mail (1st Class)** |
| 81150 | ADVANCED IMAGING SOCIETY, 16027 VENTURA BLULEVARD, SUITE #301, ENCINO, CA, 91436 | **US Mail (1st Class)** |
| 81145 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), DONALD.DAVID@AKERMAN.COM | **E-mail** |
| 81146 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), 1251 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY, 10020 | **US Mail (1st Class)** |
| 81145 | AKERMAN LLP, JOHN H. THOMPSON, (RE: VISUAL SEMICONDUCTOR, INC.), JOHN.THOMPSON@AKERMAN.COM | **E-mail** |
| 81146 | AKERMAN LLP, JOHN H. THOMPSON, (RE: VISUAL SEMICONDUCTOR, INC.), 750 NINTH STREET, N.W.,, SUITE 750, WASHINGTON, DC, 20001 | **US Mail (1st Class)** |
| 81145 | AKERMAN, LLP, R. ADAM SWICK, (RE: VISUAL SEMICONDUCTOR, INC.), ADAM.SWICK@AKERMAN.COM | **E-mail** |
| 81146 | AKERMAN, LLP, R. ADAM SWICK, (RE: VISUAL SEMICONDUCTOR, INC.), 500 W. 5TH STREET,, SUITE 1210, AUSTIN, TX, 78701 | **US Mail (1st Class)** |
| 81150 | ALBANY DIRECTORS LIMITED, ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GUERENSEY, GY1 4LA CHANNEL ISLANDS | **US Mail (1st Class)** |
| 81150 | ALBANY DIRECTORS LIMITED, (RE: HAWK INVESTMENT HOLDINGS LTD..), ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GUERENSEY, GY1 4LA CHANNEL ISLANDS | **US Mail (1st Class)** |
| 81200 | ALBANY DIRECTORS LIMITED, (RE: HAWK INVESTMENT HOLDINGS LTD..), R.MAUNDER@ALBANYTRUSTEE.COM | **E-mail** |
| 81150 | ALLIANCE INTERNATIONAL LAW OFFICES, 7F -1, NO.58, SEC. 3, ZHONGSHAN N RD, ZHONGSHAN DIST., TAIPEI CITY, 10452 TAIWAN, REPUBLIC OF | **US Mail (1st Class)** |
| 81150 | ALVARTE TECHNOLOGY LLP, S NO29, PL52, OFFICE #201, BHAMA EMRALD, SATARA ROAD, DHANKAWADI, PUNE, MAHARASHTRA, 411043 INDIA | **US Mail (1st Class)** |
| 81150 | AMANDA VON AHNEN, 105 EDWARDS RUN ROAD, MOUNT ROYAL, NJ, 08061 | **US Mail (1st Class)** |
| 81150 | AON RISK SERVICES, INC. OF NEW YORK, 111 WALL STREET, NEW YORK, NY, 10043 | **US Mail (1st Class)** |
| 81145 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, VINOD@NICHANILAWFIRM.COM | **E-mail** |
| 81146 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131 | **US Mail (1st Class)** |
| 81150 | ARIA RESORT-CASINO AT CTYCNTR, 4882 FRANK SINATRA DR, LAS VEGAS, NV, 89158 | **US Mail (1st Class)** |
| 81150 | AVNET EM, 2211 SOUTH 47TH STREET, PHOENIX, AZ, 85034 | **US Mail (1st Class)** |
| 81150 | AY COMMERCIAL LAW OFFICES C/O EY LEGAL, 9F, NO. 333, SEC. 1, KEELUNG ROAD, TAIPEI CITY, 11012 TAIWAN, REPUBLIC OF | **US Mail (1st Class)** |
| 81145 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), VESPERM@BALLARDSPAHR.COM | **E-mail** |
| 81145 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), MCKEEVASSALLOE@BALLARDSPAHR.COM | **E-mail** |
| 81145 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), GRUGANT@BALLARDSPAHR.COM | **E-mail** |

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 81145 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), DALUZT@BALLARDSPAHR.COM | **E-mail** |
| 81146 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759 | **US Mail (1st Class)** |
| 81150 | BDO USA, LLP, 1801 MARKET ST STE 1700, PHILADELPHIA, PA, 19103-1634 | **US Mail (1st Class)** |
| 81145 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JVONDERHEYDT@BENESCHLAW.COM | **E-mail** |
| 81146 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), 127 PUBLIC SQUARE, SUITE 4900, CLEVELAND, OH, 44114-1284 | **US Mail (1st Class)** |
| 81145 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JHOOVER@BENESCHLAW.COM | **E-mail** |
| 81146 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), 1313 N. MARKET STREET, SUITE 1201, WILMINGTON, DE, 19801 | **US Mail (1st Class)** |
| 81150 | BLUE OCEAN PARTNERS, 100 QUEENS RD, CENTRAL, HONG KONG,  CHINA | **US Mail (1st Class)** |
| 81150 | BMC GROUP, INC., 600 FIRST AVENUE, SEATTLE, WA, 98104 | **US Mail (1st Class)** |
| 81150 | BOE, NO. 668 RD XINZHAN, GENERAL PILOT ZONE, HEIFEI, ANHUI, 230012 CHINA | **US Mail (1st Class)** |
| 81150 | BOUSTEAD SECURITIES, 6 VENTURE STREET, SUITE 395, IRVINE, CA, 92618 | **US Mail (1st Class)** |
| 81150 | BRAUW BLACKSTONE WESTBROEK N.V., ATT: R.G. KLOPPENBURG; E.R. MEERDINK, RE: SHADRON L. STASTNEY;CLAUDE DEBUSSYLAAN 80, P.O. BOX 75084, AMSTERDAM, 1070 AB NETHERLANDS | **US Mail (1st Class)** |
| 81200 | BRAUW BLACKSTONE WESTBROEK N.V., REMCO.KLOPPENBURG@DEBRAUW.COM | **E-mail** |
| 81145 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), MICHAELS@BPMLEGAL.COM | **E-mail** |
| 81146 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), 4TH FLOOR - M&T BANK BUILDING, 118 NORTH TIOGA STREET, ITHACA, NY, 14850 | **US Mail (1st Class)** |
| 81150 | BUBBLE COMMUNICATIONS, EAST SIDE COMPLEX - ROOM 555, PINEWD STUDIOS PINEWD RD BUCKINGHAMSHIRE, IVER HEATH, SL0 0NH UNITED KINGDOM | **US Mail (1st Class)** |
| 81150 | BUCHANAN INGERSOLL & ROONEY PC, 919 NORTH MARKET STREET, SUITE 1500, WILMINGTON, DE, 19801 | **US Mail (1st Class)** |
| 81145 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, WENDY@CADENCE.COM | **E-mail** |
| 81146 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134 | **US Mail (1st Class)** |
| 81150 | CALIFORNIA DEPT OF TAX AND FEE AM, ACCOUNT INFO. GROUP, MIC 29, PO BOX 942879, SACRAMENTO, CA, 94279-0029 | **US Mail (1st Class)** |
| 81150 | CALIFORNIA FRANCHISE TAX BOARD, BANKRUPTCY SECTION, MS: A-340, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | **US Mail (1st Class)** |
| 81150 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC, 28272-1083 | **US Mail (1st Class)** |
| 81150 | CAPITAL ONE-5, PO BOX 71083, CHARLOTTE, NC, 28272-1083 | **US Mail (1st Class)** |
| 81150 | CCH INCORPORATED (WOLTERS KLUWER), PO BOX 4307, CAROL STREAM, IL, 60197-4307 | **US Mail (1st Class)** |
| 81150 | CHARLES ROBERTSON, 9339 WOODLEY AVE, NORTH HILLS, CA, 91343 | **US Mail (1st Class)** |
| 81150 | CHARLES ROBERTSON, 10 VIA VISIONE, UNIT 201, HENDERSON, NV, 89011 | **US Mail (1st Class)** |
| 81150 | CHE WEI CHANG, NO.50, ALY. 63, LN517, SEC. 1, RENHE RD, DAXI DIST, TAOYUAN CITY, 335 TAIWAN, REPUBLIC OF | **US Mail (1st Class)** |
| 81150 | CHE WEI CHANG, 327 CAMPHOR AVENUE, SAN JOSE, CA, 95131 | **US Mail (1st Class)** |
| 81147 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | **Federal Express Overnight** |
| 81150 | CITI CARDS, PO BOX 9001037, LOUISVILLE, KY, 40290-1037 | **US Mail (1st Class)** |
| 81150 | CITTONE DEMERS & ARNERI LLP, 11 BROADWAY, SUITE 615, NEW YORK, NY, 10040 | **US Mail (1st Class)** |
| 81200 | CITTONE DEMERS & ARNERI LLP, IPADMIN@CDALAWLLLP.COM | **E-mail** |
| 81150 | CITY OF PHILADELPHIA LAW DEPT, TAX & REVENUE UNIT, 1401 JFK BLVD, 5TH FLOOR, PHILADELPHIA, PA, 19102 | **US Mail (1st Class)** |
| 81200 | CITY OF PHILADELPHIA LAW DEPT, MEGAN.HARPER@PHILA.GOV | **E-mail** |
| 81150 | CNA INSURANCE, PO BOX 790094, ST LOUIS, MO, 63179-0094 | **US Mail (1st Class)** |

Stream TV Networks

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81150 | CONCUR TECHNOLOGIES, INC., 62157 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | **US Mail (1st Class)** |
| 81150 | CONFERENCE TECHNOLOGIES, INC., 11653 ADIE ROAD, MARYLAND HEIGHTS, MO, 63043 | **US Mail (1st Class)** |
| 81150 | CORAL VISION LTD, EASTON HOUSE, MANOR WAY, OXSHOTT, KT22 0HU UNITED KINGDOM | **US Mail (1st Class)** |
| 81150 | CORE TECHNOLOGY LLC, PO BOX 799, GLOUCESTER, VA, 23061 | **US Mail (1st Class)** |
| 81150 | COREN & RESS, P.C., STEVEN M. COREN, TWO COMMERCE SQUARE,, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81200 | COREN & RESS, P.C., SCOREN@KER-LAW.COM | **E-mail** |
| 81145 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), ABELLI@KCR-LAW.COM | **E-mail** |
| 81145 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), SCOREN@KCR-LAW.COM | **E-mail** |
| 81146 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81150 | CORPORATE FILINGS, LLC, 30 NORTH GOULD STREET, SUITE 70001, SHERIDAN, WY, 82801 | **US Mail (1st Class)** |
| 81150 | COUSINS LAW, BRANDYWINE PLAZA WEST, 1521 CONCORD PIKE, SUITE 301, WILMINGTON, DE, 19803 | **US Mail (1st Class)** |
| 81150 | COVERALL NORTH AMERICA, INC., 2955 MOMENTUM PLACE, CHICAGO, IL, 60689 | **US Mail (1st Class)** |
| 81150 | CRYSLINK TECHNOLOGIES CO., LTD, COMPUTER VILLAGE, IKEJA, LAGOS, OTTA,  NIGERIA | **US Mail (1st Class)** |
| 81150 | CT LIEN SOLUTIONS, PO BOX 301133, DALLAS, TX, 75303-1133 | **US Mail (1st Class)** |
| 81200 | CT LIEN SOLUTIONS, BRIAN.BARTHOLOMEW@WOLTERSKLUWER.COM | **E-mail** |
| 81150 | DANIEL J RINK, 1017 E 28TH STREET, HOUSTON, TX, 77009 | **US Mail (1st Class)** |
| 81150 | DELAWARE SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, PO BOX 898, DOVER, DE, 19903 | **US Mail (1st Class)** |
| 81147 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | **Federal Express Overnight** |
| 81150 | DEMARTINO AND ASSOCIATES LLC, 875 UNION AVE., BOULDER, CO, 80304 | **US Mail (1st Class)** |
| 81200 | DEMARTINO AND ASSOCIATES LLC, DEMARTINO.MIKE@GMAIL.COM | **E-mail** |
| 81147 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | **Federal Express Overnight** |
| 81147 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | **Federal Express Overnight** |
| 81150 | DEVLIN LAW FIRM, LLC, (RE: REMBRANDT 3D HOLDING, LTD), ANDREW DEMARCO, 1526 GILPIN AVENUE, WILMINGTON, DE, 19806 | **US Mail (1st Class)** |
| 81200 | DEVLIN LAW FIRM, LLC, (RE: REMBRANDT 3D HOLDING, LTD), ADEMARCO@DEVLINLAWFIRM.COM | **E-mail** |
| 81200 | DEVLIN LAW FIRM, LLC, (RE: REMBRANDT 3D HOLDING, LTD), DLFLITPARAS@DEVLINLAWFIRM.COM | **E-mail** |
| 81145 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), ADEMARCO@DEVLINLAWFIRM.COM | **E-mail** |
| 81145 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), DLFLITPARAS@DEVLINLAWFIRM.COM | **E-mail** |
| 81146 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), 1526 GILPIN AVENUE, WILMINGTON, DE, 19806 | **US Mail (1st Class)** |
| 81150 | DEZAN SHIRA & ASSOCIATES, SUITE EF06, EAST TOWER, TWIN TOWERS, B12, JIAN GUO MEN WAI AVENUE, BEIJING, 100022 CHINA | **US Mail (1st Class)** |
| 81150 | DIGITAL CONTENT PROTECTION LLC, 3855 SW 153RD DRIVE, BEAVERTON, OR, 97006 | **US Mail (1st Class)** |
| 81150 | DILWORTH PAXSON LLP, 1500 MARKET STREET, SUITE 3500E, PHILADELPHIA, PA, 19102 | **US Mail (1st Class)** |
| 81147 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | **Federal Express Overnight** |
| 81150 | DLA PIPER LLP(US), 650 S EXETER ST STE 1100, BALTIMORE, MD, 21202-4576 | **US Mail (1st Class)** |
| 81145 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | **E-mail** |
| 81145 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, KEVIN.P.CALLAHAN@USDOJ.GOV | **E-mail** |
| 81146 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, ROBERT N.C. NIX FEDERAL BUILDING, 900 MARKET STREET, SUITE 320, PHILADELPHIA, PA, 19107 | **US Mail (1st Class)** |

Stream TV Networks

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81150 | DUNNER LAW PLLC, 3243 P STREET, N W, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 81147 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | Federal Express Overnight |
| 81150 | EMA DESIGN AUTOMATION, 225 PARK TECH DR, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 81150 | EME ENTERPRISE INC., 1256 WEST WINTON AVENUE, HAYWARD, CA, 94545 | US Mail (1st Class) |
| 81150 | ENDEAVOR, JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 81150 | ENDEAVOR, (RE: IMG MEDIA, LTD.), JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 81150 | ENDEAVOR, (RE: TRANS WORLD INTERNATIONAL, LLC), JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 81200 | ENDEAVOR, JOHN.COOPER@IMG.COM | E-mail |
| 81150 | ENG LAW FIRM, CHI ENG, 269 LEXINGTON AVE, 2ND FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 81200 | ENG LAW FIRM, CHI@ENGLAWFIRM.COM | E-mail |
| 81150 | ERIC SINGER, 200 E 71ST STR, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 81150 | ESPN INC MISCELLANEOUS, PO BOX 732527, DALLAS, TX, 75373-2527 | US Mail (1st Class) |
| 81150 | FARRUKH SHAH KAHN, 1564 KOOSER ROAD, SAN JOSE, CA, 95118 | US Mail (1st Class) |
| 81150 | FENG TSANG CORPORATION - TWN, 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 81150 | FERRY JOSEPH P.A., JOHN D MCLAUGHLIN JR, ATTY AT LAW, 1521 CONCORD PIKE SUITE 202, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 81150 | FERRY JOSEPH P.A., (RE: JAMUNA TRAVELS, INC.), JOHN D MCLAUGHLIN JR, ATTY AT LAW, 1521 CONCORD PIKE SUITE 202, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 81200 | FERRY JOSEPH P.A., (RE: JAMUNA TRAVELS, INC.), JACK@MCLAUGHLINCOUNSEL.COM | E-mail |
| 81150 | FHP CONSULTANTS LTD, GODDARD'S GREEN BARN, GODDARD'S GREEN ROAD, BENENDEN, KENT, TN17 4AR UNITED KINGDOM | US Mail (1st Class) |
| 81150 | FIRST SENTINEL ADVISORY LIMITED, OFFICE SUITE 12A, 55 PARK LANE, LONDON, W1K 1QG UNITED KINGDOM | US Mail (1st Class) |
| 81150 | FORNAX ASSOCIATES LTD., 70C 16 BUCKHOLD RD, LONDON, SW18 4FY UNITED KINGDOM | US Mail (1st Class) |
| 81150 | FREWIN & CLOSE LTD., 18 OAKLEY STREET, LONDON, SW3 5NT UNITED KINGDOM | US Mail (1st Class) |
| 81150 | FTI CONSULTING (CHINA) LIMITED, UNIT 2101-04, CENTRAL PLAZA, 227 HUANGPI (N) ROAD, SHANGHAI, 200003 CHINA | US Mail (1st Class) |
| 81150 | FULL FRONTAL GROUP FZ LLE, UNIT P12, RIMAL THE WALK, JBR, PO BOX 487177, DUBAI,  UNITED ARAB EMIRATES | US Mail (1st Class) |
| 81150 | GAME 7 STAFFING, 31 NAVASOTA ST UNIT 250, AUSTIN, TX, 78702-0102 | US Mail (1st Class) |
| 81150 | GLOBAL TAX MANAGEMENT, 656 E SWEDESFORD RD , SUITE 200, WAYNE, PA, 19087 | US Mail (1st Class) |
| 81150 | GLOBAL TAX MANAGEMENT, INC., DENNIS JOHNSON, 656 E. SWEDESFORD ROAD, SUITE 200, WAYNE, PA, 1908 | US Mail (1st Class) |
| 81200 | GLOBAL TAX MANAGEMENT, INC., DJOHNSON@GTMTAX.COM | E-mail |
| 81150 | GOOGLE PURCHASE ORDERS, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA, 94043 | US Mail (1st Class) |
| 81147 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | Federal Express Overnight |
| 81150 | HDMI, 550 S WINCHESTER BLVD, SUITE 515, SAN JOSE, CA, 95128 | US Mail (1st Class) |
| 81150 | HOANG NGUYEN, 359 DALE DRIVE, SAN JOSE, CA, 95127 | US Mail (1st Class) |
| 81145 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, SUZHOUSJG@163.COM | E-mail |
| 81145 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, DAVID@HJ-PACKING.COM | E-mail |
| 81146 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU,  CHINA | US Mail (1st Class) |
| 81150 | HOWELL INTERNATIONAL TRADE FAIR LTD, 5A-601 HOUXIANDAICHENG,NO.16 BAIZIWAN RD, CHAOYANG DISTRICT, BEIJING,  CHINA | US Mail (1st Class) |

Stream TV Networks

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81150 | HSBC BANK USA, N.A., 140 BROADWAY, SUITE 5020, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 81150 | HUDSON VALUATION GROUP LLC, ONE GLENLAKE PARKWAY, SUITE #700, ATLANTA, GA, 30328 | US Mail (1st Class) |
| 81150 | IAN R. LISTON, ESQ., AS RECEIVER PENDENTE LITE, WILSON SONSINI GOODRICH & ROSATI, PC & STIBBE NV, 222 DELAWARE AVENUE, STE 800, WILMINGTON, DE, 19801-222 | US Mail (1st Class) |
| 81200 | IAN R. LISTON, ESQ., AS RECEIVER PENDENTE LITE, ILISTON@WSGR.COM | E-mail |
| 81147 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | Federal Express Overnight |
| 81145 | IMG MEDIA LTD, MEDIA.AR@IMG.COM | E-mail |
| 81146 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM | US Mail (1st Class) |
| 81150 | IMG MEDIA, LTD., ISABELLE MERCER, VP & COUNSEL, ENDEAVOR, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 81150 | IMG MEDIA, LTD., JENNIFER R. HOOVER, BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 1313 N. MARKET ST., STE 1201, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81200 | IMG MEDIA, LTD., IMERCIER@ENDEAVORCO.COM | E-mail |
| 81200 | IMG MEDIA, LTD., JHOOVER@BENESCHLAW.COM | E-mail |
| 81150 | INFOCOMM INTERNATIONAL, 11242 WAPLES MILL RD, SUITE 200, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 81145 | INNOVENTURES GROUP LLC, INNOVENTURESGROUPLLC@GMAIL.COM | E-mail |
| 81146 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 81147 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | USPS Express Mail |
| 81150 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET ST., MAIL STOP 5 Q30 133, PHILADELPHIA, PA, 19104-5016 | US Mail (1st Class) |
| 81150 | INTERNAL REVENUE SERVICE, 600 ARCH STREET, PHILADELPHIA, PA, 19106-1611 | US Mail (1st Class) |
| 81150 | INTERNAL REVENUE SERVICE, PO BOX 7346, DEPARTMENT OF TREASURY, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 81150 | INTERNAL REVENUE SERVICE, JULIA CARLONE, BANKRUPTCY SPECIALIST, 600 ARCH STREET, PHILADELPHIA, PA, 19106-1611 | US Mail (1st Class) |
| 81200 | INTERNAL REVENUE SERVICE, JULIA.A.CARLONE@IRS.GOV | E-mail |
| 81150 | IQH3D, 6800 SW 40TH STREET, SUITE 298, MIAMI, FL, 33155 | US Mail (1st Class) |
| 81150 | ITAYA MISA (TWD), 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 81150 | IZON, 2005 TREE FORK LANE, SUITE 109, LONGWOOD, FL, 32750 | US Mail (1st Class) |
| 81150 | JAMUNA TRAVELS, INC., 6439 MARKET STREET, UPPER DARBY, PA, 19082-6439 | US Mail (1st Class) |
| 81200 | JAMUNA TRAVELS, INC., JAMUNATRAVELS@YAHOO.COM | E-mail |
| 81147 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | Federal Express Overnight |
| 81150 | JIH-CHUN YEH, 4F NO. LN232 ZHIXIANG 1ST ST, ZHONGLI DIST, TAOYUAN CITY, 320 CHINA | US Mail (1st Class) |
| 81150 | JINSHENG, 12/F SANTOI BUILDING, 137-139 CONNAUGHT ROAD, CENTRAL HONG KONG, CHINA | US Mail (1st Class) |
| 81150 | JOVEAI, 48511 WARM SPRINGS BLVD STE 211, FREMONT, CA, 94539-7746 | US Mail (1st Class) |
| 81145 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 81145 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), AARON.ROTHMAN@KLGATES.COM | E-mail |
| 81145 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JON.EDEL@KLGATES.COM | E-mail |
| 81146 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202 | US Mail (1st Class) |
| 81145 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), STEVEN.CAPONI@KLGATES.COM | E-mail |
| 81146 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), 600 KING STREET, SUITE 901, WILMINGTON, DE, 19801 | US Mail (1st Class) |

Stream TV Networks

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81145 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), TOM.WARNS@KLGATES.COM | E-mail |
| 81146 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), 599 LEXINGTON AVENUE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 81150 | KAREN S DONOVAN, 393 MYSTIC ST, ARLINGTON, MA, 02474 | US Mail (1st Class) |
| 81150 | KAUSHIK BANERJEE, 342 STANFORTH COURT, SAN RAMON, CA, 94582 | US Mail (1st Class) |
| 81150 | KENNETH W CARROLL, 8379 SWEET BRIAR COURT, LIBERTY TOWNSHIP, OH, 45044 | US Mail (1st Class) |
| 81150 | KEVIN CABOT, 11 RUE PAUL LANGEVIN, SAINT OUEN, 93400 FRANCE | US Mail (1st Class) |
| 81150 | KLEINWORT BENSON (GBP), 14 ST. GEORGE STREET, LONDON, W1S 1FE UNITED KINGDOM | US Mail (1st Class) |
| 81145 | KURTZMAN \| STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, (RE: SSG ADVISORS, LLC), KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 81146 | KURTZMAN \| STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, (RE: SSG ADVISORS, LLC), 101 N. WASHINGTON AVENUE,, SUITE 4A, MARGATE, NJ, 08403 | US Mail (1st Class) |
| 81150 | LAW OFFICES OF YOUNG K PARK, 2009 CHESTNUT STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 81150 | LEE AND KO, HANJIN BULIDING, 63 NAMDAEMUN-RO, JUNG-GU, SEOUL, 04532 SOUTH KOREA | US Mail (1st Class) |
| 81147 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, (RE: VISUAL SEMICONDUCTOR), 1105 BONNER, HOUSTON, TX, 77007 | Federal Express Overnight |
| 81150 | LEO RILEY, 225 AQUA LANE, DELRAN, NJ, 08075 | US Mail (1st Class) |
| 81145 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 81145 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 81146 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046 | US Mail (1st Class) |
| 81145 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, (RE: DEBTOR), RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 81146 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, (RE: DEBTOR), 550 E. SWEDESFORD ROAD, SUITE 270, WAYNE, PA, 19087 | US Mail (1st Class) |
| 81145 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, (RE: DEBTORS), SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 81146 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, (RE: DEBTORS), 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81150 | LEWIS BRISBOIS BISGAARD & SMITH, LLP, 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81145 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, (RE: DEBTORS), SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 81146 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, (RE: DEBTORS), 500 DELAWARE AVENUE,, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81150 | LUIJKS ADVIES B V, VINKENKADE 41 R 3, VINKEVEEN, 3645 AP NETHERLANDS | US Mail (1st Class) |
| 81150 | LUONG D NGUYEN, 2801 CAMINO DEL REY, SAN JOSE, CA, 95132 | US Mail (1st Class) |
| 81147 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | Federal Express Overnight |
| 81150 | MARCUM LLP, JOHN HELLER, 201 EAST LAS OLAS BOULEVARD, 21ST FLOOR, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 81200 | MARCUM LLP, JOHN.HELLER@MARCUMLLP.COM | E-mail |
| 81145 | MARCUM LLP, ILYSSA K. BLUM, CPA, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 81146 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131 | US Mail (1st Class) |
| 81150 | MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 81150 | MATREX EXHIBITS INC., 301 S. CHURCH STREET, ADDISON, IL, 60101 | US Mail (1st Class) |
| 81150 | MATREX EXHIBITS INC., HUCK BOUMA PC: ATTN:  ERIC J MALNAR, 1755 SOUTH NAPERVILLE, WHEATON, IL, 60189 | US Mail (1st Class) |
| 81200 | MATREX EXHIBITS INC., EMALNAR@HUCKBOUMA.COM | E-mail |

Stream TV Networks

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81200 | MATREX EXHIBITS INC., BFLYNN@MATREXEXHIBITS.COM | E-mail |
| 81145 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, JONA@CLD1LTD.COM | E-mail |
| 81146 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 81150 | MATT J LO, 7322 CARTER AVE, NEWARK, CA, 94560 | US Mail (1st Class) |
| 81150 | MATTHEW LO, 7322 CARTER AVE, NEWARK, CA, 94560 | US Mail (1st Class) |
| 81150 | MCCARTER & ENGLISH, LLP, 405 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81150 | MCCARTER & ENGLISH, LLP, JOSEPH LUBERTAZZI, JR., FOUR GATEWAY CENTER, 100 MULBERRY STREET, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 81200 | MCCARTER & ENGLISH, LLP, JLUBERTAZZI@MCCARTER.COM | E-mail |
| 81150 | MEDIATAINMENT, INC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 81150 | MEDIATAINMENT, INC (VENDOR WORK), 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 81147 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | Federal Express Overnight |
| 81145 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN, CPA, (RE: CH 11 TRUSTEE), MTOMLIN@MCTLLP.COM | E-mail |
| 81146 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN, CPA, (RE: CH 11 TRUSTEE), 1628 JOHN F. KENNEDY BLVD, STE 950, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 81150 | MODULAR MOBILE GMBH, HANSAALLEE 201, DUSSELDORF, D-450549 GERMANY | US Mail (1st Class) |
| 81150 | MOTIVIT, 2880 ZANKER RD , SUITE 203, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 81150 | MR AARON LAMKIN, 793A EAST FOOTHILL BLVD #43, SAN LUIS OBISPO, CA, 93405 | US Mail (1st Class) |
| 81150 | MTL SHIPPING & INVESTMENT LTD, MARK WALPOLE, MTL SHPNG & INVSTMNT LTD, HILLSIDE, CROCKNORTH ROAD, EAST HORSLEY, SURREY, KT24 5TF UNITED KINGDOM | US Mail (1st Class) |
| 81150 | MUNI MOHAN, 4612 AVIARA CT, SAN JOSE, CA, 95135 | US Mail (1st Class) |
| 81150 | MWL INTERNATIONAL LTD, DAVID WALPOLE, 1 PAPER MEWS, 330 HIGH STREET, DORKING, SURREY, RH4 2TU UNITED KINGDOM | US Mail (1st Class) |
| 81150 | NEVADA DEPT. OF EMPLOYMENT, TRAINING & REHABILITATION, 500 E. THIRD STREET, CARSON CITY, NV, 89713 | US Mail (1st Class) |
| 81150 | NEW JERSEY DIVISION OF TAXATION, COMPLIANCE & ENFORCEMENT - BANKRUPTCY, 50 BARRACK STREET, 9TH FLOOR, PO BOX 245, TRENTON, NJ, 08695-0267 | US Mail (1st Class) |
| 81150 | NICHANI LAW FIRM, 111 N. MARKET STREET, SUITE 300, SAN JOSE, CA, 95113 | US Mail (1st Class) |
| 81150 | NICOLE MARIE MANEEN, 2394 BARBEREE DRIVE, CRESTVIEW, FL, 32536 | US Mail (1st Class) |
| 81145 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, MICHAEL D. VAGNONI, (RE: CH 11 TRUSTEE), MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 81146 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, MICHAEL D. VAGNONI, (RE: CH 11 TRUSTEE), CENTRE SQUARE WEST, 1500 MARKET ST, SUITE 3400, PHILADELPHIA, PA, 19102-2101 | US Mail (1st Class) |
| 81150 | OPEN SALES SOLUTIONS, LLC, 548 MARKET STREET,, SUITE 11745, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 81150 | PACTRON, 3000 PATRICK HENRY DR, SANTA CLARA, CA, 95054-1814 | US Mail (1st Class) |
| 81145 | PEGATRON CORPORATION, SAL LU, SAL_LU@PEGATRONCORP.COM | E-mail |
| 81146 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN | US Mail (1st Class) |
| 81150 | PENN PARK INVESTMENTS LLC, Y WAN LEE, C/O LAW OFFICES OF YOUG K PARK, 2009 CHESTNUT STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 81145 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 81146 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 81150 | PENNSYLVANIA DEPT OF LABOR, OFFICE OF UNEMPLOYMENT COMP TAX SRVCS, COLLECTIONS SUPPORT UNIT, 651 BOAS ST., ROOM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 81200 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 81147 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | USPS Express Mail |
| 81150 | PENNSYLVANIA DEPT OF REVENUE, PO BOX 280905, HARRISBURG, PA, 17128-0905 | US Mail (1st Class) |

Stream TV Networks

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 81147 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | **Federal Express Overnight** |
| 81150 | POLSINELLI PC, 222 DELAWARE AVENUE, SUITE 1101, WILMINGTON, DE, 19801 | **US Mail (1st Class)** |
| 81200 | POLSINELLI PC, CWARD@POLSINELLI.COM | **E-mail** |
| 81150 | PORTER DIGITAL SIGNAGE, 241 N CALDWELL CIRCLE, DOWNINGTOWN, PA, 19335 | **US Mail (1st Class)** |
| 81150 | PORTER DIGITAL SIGNAGE, JEFFREY S PORTER, 241 N CALDWELL CIRCLE, DOWNINGTON, PA, 19335 | **US Mail (1st Class)** |
| 81150 | PR NESWIRE ASSOCIATION, LLC, G PO BOX 5897, NEW YORK, NY, 10087-5897 | **US Mail (1st Class)** |
| 81145 | QUARLES & BRADY LLP, BRITTANY S. OGDEN, ESQ., (RE: SLS HOLDINGS VI, LLC), BRITTANY.OGDEN@QUARLES.COM | **E-mail** |
| 81146 | QUARLES & BRADY LLP, BRITTANY S. OGDEN, ESQ., (RE: SLS HOLDINGS VI, LLC), 33 EAST MAIN STREET, SUITE 900, MADISON, WI, 53703 | **US Mail (1st Class)** |
| 81145 | QUARLES & BRADY LLP, CATHERINE GUASTELLO ALLEN, ESQ., (RE: SLS HOLDINGS VI, LLC), CATHERINE.ALLEN@QUARLES.COM | **E-mail** |
| 81146 | QUARLES & BRADY LLP, CATHERINE GUASTELLO ALLEN, ESQ., (RE: SLS HOLDINGS VI, LLC), 1701 PENNSYLVANIA AVENUE NW, SUITE 700, WASHINGTON, DC, 20006 | **US Mail (1st Class)** |
| 81145 | QUARLES & BRADY LLP, SARGINA DESARGONES, ESQ., (RE: SLS HOLDINGS VI, LLC), SARGINA.DESARGONES@QUARLES.COM | **E-mail** |
| 81146 | QUARLES & BRADY LLP, SARGINA DESARGONES, ESQ., (RE: SLS HOLDINGS VI, LLC), ONE RENAISSANCE SQUARE, TWO NORTH CENTRAL AVENUE SUITE 600, PHOENIX, AZ, 85004 | **US Mail (1st Class)** |
| 81150 | RAJA RAJAN, 5215 BISHOP VIEW CIRCLE, CHERRY HILL, NJ, 08002 | **US Mail (1st Class)** |
| 81145 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, STEPHEN3D@MAC.COM | **E-mail** |
| 81146 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | **US Mail (1st Class)** |
| 81150 | REMBRANDT 3D HOLDING, LTD, ANDREW DEMARCO, ESQ., 1526 GILPIN AVENUE, WILMINGTON, DE, 19806 | **US Mail (1st Class)** |
| 81200 | REMBRANDT 3D HOLDING, LTD, ADEMARCO@DEVLINLAWFIRM.COM | **E-mail** |
| 81150 | REMBRANDT 3D HOLDINGS LTD, STEPHEN K. BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | **US Mail (1st Class)** |
| 81150 | REMBRANDT 3D HOLDINGS LTD, (RE: REMBRANDT 3D HOLDING, LTD), STEPHEN K. BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | **US Mail (1st Class)** |
| 81200 | REMBRANDT 3D HOLDINGS LTD, STEVE@REMBRANDT3D.COM | **E-mail** |
| 81150 | RL SYSTEMS, OLD POST OFFICE COTTAGE, POST OFFICE RD, INKPEN,, BERKSHIRE, RG17 9PY UNITED KINGDOM | **US Mail (1st Class)** |
| 81150 | ROBERT HALF MANAGEMENT SERVICES, 12400 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | **US Mail (1st Class)** |
| 81150 | ROBERT S FRENCH REVOCABLE TRUST 2018, 1712 KIMBERLY DR, SUNNYVALE, CA, 94087 | **US Mail (1st Class)** |
| 81145 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), RMESSINA@RC.COM | **E-mail** |
| 81145 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), DWRIGHT@RC.COM | **E-mail** |
| 81145 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), KFIX@RC.COM | **E-mail** |
| 81146 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81150 | ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GY1 4LA GUERNSEY | **US Mail (1st Class)** |
| 81150 | RUFFENA CAPITAL LTD, PORTMAN HOUSE, 2 PORTMAN STREET, LONDON, W1H 6DU UNITED KINGDOM | **US Mail (1st Class)** |
| 81150 | SALAZAR LAW, 2000 PONCE DE LEON BOULEVARD, PENTHOUSE, CORAL GABLES, FL, 33134 | **US Mail (1st Class)** |
| 81150 | SARA LEONA ROBERTSON, 1900 TOMAHAWK DRIVE, HENDERSON, NV, 89074 | **US Mail (1st Class)** |
| 81145 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, PHILADELPHIA@SEC.GOV | **E-mail** |
| 81146 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81150 | SEECUBIC INC, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, 500 BOYLSTON ST, BOSTON, MA, 02116 | **US Mail (1st Class)** |

Stream TV Networks

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81200 | SEECUBIC INC, EBEN.COLBY@SKADDEN.COM | **E-mail** |
| 81200 | SEECUBIC INC., (RE: SEECUBIC INC), SHADRON.STASTNEY@SEECUBIC.COM | **E-mail** |
| 81150 | SIEMENS INDUSTRY SOFTWARE INC., 8005 SW BOECKMAN ROAD, WILSONVILLE, OR, 97070-8005 | **US Mail (1st Class)** |
| 81200 | SIEMENS INDUSTRY SOFTWARE INC., MEGHAN.SERCOMBE@SIEMENS.COM | **E-mail** |
| 81150 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | **US Mail (1st Class)** |
| 81150 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | **US Mail (1st Class)** |
| 81150 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | **US Mail (1st Class)** |
| 81150 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JOSEPH O. LARKIN, ESQ., ONE RODNEY SQUARE, 920 N. KING STREET, WILMINGTON, DE, 19801 | **US Mail (1st Class)** |
| 81150 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), JOSEPH O. LARKIN, ESQ., ONE RODNEY SQUARE, 920 N. KING STREET, WILMINGTON, DE, 19801 | **US Mail (1st Class)** |
| 81150 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JAMES J. MAZZA, JR;JUSTIN M. WINERMAN, REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | **US Mail (1st Class)** |
| 81150 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), JAMES J. MAZZA, JR;JUSTIN M. WINERMAN, REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | **US Mail (1st Class)** |
| 81200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), JAMES.MAZZA@SKADDEN.COM | **E-mail** |
| 81200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), EBEN.COLBY@SKADDEN.COM | **E-mail** |
| 81200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JOSEPH.LARKIN@SKADDEN.COM | **E-mail** |
| 81200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, MARLEY.BRUMME@SKADDEN.COM | **E-mail** |
| 81200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JUSTIN.WINERMAN@SKADDEN.COM | **E-mail** |
| 81200 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), REBECCA.RITCHIE@SKADDEN.COM | **E-mail** |
| 81145 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), EBEN.COLBY@SKADDEN.COM | **E-mail** |
| 81145 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), MARLEY.BRUMME@SKADDEN.COM | **E-mail** |
| 81146 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), 500 BOYLSTON STREET, 23RD FLOOR, BOSTON, MA, 02116 | **US Mail (1st Class)** |
| 81145 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JAMES.MAZZA@SKADDEN.COM | **E-mail** |
| 81145 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JUSTIN.WINERMAN@SKADDEN.COM | **E-mail** |
| 81145 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA.RITCHIE@SKADDEN.COM | **E-mail** |
| 81146 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | **US Mail (1st Class)** |
| 81145 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), JOSEPH.LARKIN@SKADDEN.COM | **E-mail** |
| 81146 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), ONE RODNEY SQUARE, 920 N. KING ST, WILMINGTON, DE, 19801 | **US Mail (1st Class)** |
| 81150 | SKC HAAS DISPLAY FILMS CO., 460,CHONHEUNG-RI,SONGGO-UB, CHUNGCHONGNAM-DO, CHONAN-CITY, 330-836 SOUTH KOREA | **US Mail (1st Class)** |
| 81147 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | **Federal Express Overnight** |
| 81150 | SLS HOLDINGS VI, LLC, BRITTANY S. OGDEN, QUARLES & BRADY LLP, 33 EAST MAIN STREET,, SUITE 900, MADISON, WI, 53703 | **US Mail (1st Class)** |
| 81200 | SLS HOLDINGS VI, LLC, BRITTANY.OGDEN@QUARLES.COM | **E-mail** |
| 81150 | SPECIAL COUNSEL, DEPT. CH 14305, PALATINE, IL, 60055-4305 | **US Mail (1st Class)** |

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81145 | ST4M ELECTRONICS, INC., WANGLING, MATTJJLO@GMAIL.COM | E-mail |
| 81146 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING,  CHINA | US Mail (1st Class) |
| 81147 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | USPS Express Mail |
| 81150 | STATE OF CALIFORNIA EMP DEV DEPT, PO BOX 826880, UIPCD, MIC 40, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 81150 | STATE OF CALIFORNIA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 81150 | STATE OF FLORIDA, DEPT. OF REVENUE, ATTN: MARK HAMILTON, P.O. BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 81150 | STOIT GROEP B V, VESTDIJK 23, EINDHOVEN, 5611 CA NETHERLANDS | US Mail (1st Class) |
| 81150 | STREAM TV INTERNATIONAL B V, PARK FORUM 1033 & 1035, EINDHOVEN, 5657 HJ NETHERLANDS | US Mail (1st Class) |
| 81150 | SUBY JOSEPH, 48 COLLEEN CIRCLE, DOWNINGTOWN, PA, 19335 | US Mail (1st Class) |
| 81150 | SUZHOU INDSTRIAL EQUIPMNT INSTLATION GRP, NO. 3, CAIXIANG ROAD, SUZHOU, JIANGSU,  CHINA | US Mail (1st Class) |
| 81150 | SYNOPSYS, 675 ALMANOR AVE STE 101, SUNNYVALE, CA, 94085-2925 | US Mail (1st Class) |
| 81150 | TD BANK, N A, PO BOX 16027, LEWISTON, ME, 04243-9513 | US Mail (1st Class) |
| 81150 | TECHNICAL LINK, 8461 LAKE WORTH ROAD, SUITE 225, LAKE WORTH, FL, 33467 | US Mail (1st Class) |
| 81150 | TEXAS WORKFORCE COMMISSION, P.O. BOX 149037, AUSTIN, TX, 78714-9037 | US Mail (1st Class) |
| 81145 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), PAMELA.THURMOND@PHILA.GOV | E-mail |
| 81146 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), MUNICIPAL SERVICES BUILDING, 1401 JFK BOULEVARD, 5TH FLOOR, PHILADELPHIA, PA, 19102-1595 | US Mail (1st Class) |
| 81150 | THOMAS JUNG HO PARK, 175 BUCKELEW AVE, BLDG 2-6, JAMESBURG, NJ, 08831 | US Mail (1st Class) |
| 81200 | THOMAS JUNG HO PARK, TOMJHPARK@GMAIL.COM | E-mail |
| 81150 | THREE D HOLOGRAMS PVT LTD., 307 KILFIRE HOUSE, C-17 DALIA INDUSTRIAL AREA, NEW LINK ROAD, ANDHERI-WEST, MUMBAI, MAHARASHTRA, 400053 INDIA | US Mail (1st Class) |
| 81145 | TRANS WORLD INTERNATIONAL, LLC, MEDIAAR@IMG.COM | E-mail |
| 81146 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 81150 | TRANS WORLD INTERNATIONAL, LLC, ISABELLE MERCIER, VP & COUNSEL, ENDEAVOR, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 81150 | TRANS WORLD INTERNATIONAL, LLC, C/O J. HOOVER, TWI, BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, 1313 N. MARKET ST., STE. 1201, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81200 | TRANS WORLD INTERNATIONAL, LLC, IMERCIER@ENDEAVORCO.COM | E-mail |
| 81200 | TRANS WORLD INTERNATIONAL, LLC, JHOOVER@BENESCHLAW.COM | E-mail |
| 81145 | TRIPLE CROWN CONSULTING, LLC, AR@TRIPLECO.COM | E-mail |
| 81146 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000 | US Mail (1st Class) |
| 81150 | U.S. SMALL BUSINESS ADMINISTRATION, 409 3RD STREET, SW, WASHINGTON, DC, 204116 | US Mail (1st Class) |
| 81150 | UHAUL MOVING AND STORAGE OF CINNAMINSON, 201 US HIGHWAY 130 S, CINNAMINSON, NJ, 08077 | US Mail (1st Class) |
| 81145 | US COMPLIANCE SERVICES LLC, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 81146 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071 | US Mail (1st Class) |
| 81150 | US LEGAL SUPPORT, 16825 NORTHCHASE DRIVE SUITE 900, HOUSTON, TX, 77060 | US Mail (1st Class) |
| 81200 | US LEGAL SUPPORT, CBLACK@USLEGALSUPPORT.COM | E-mail |
| 81150 | US LEGAL SUPPORT, INC., PO BOX 4772, HOUSTON, TX, 77210-4772 | US Mail (1st Class) |
| 81145 | VAYIKRA CAPITAL LLC, PHIL@DARIVOFF.NET | E-mail |
| 81146 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |
| 81150 | VIA LICENSING CORPORATION, 1275 MARKET STREET, SAN FRANCISCO, CA, 94103-1410 | US Mail (1st Class) |
| 81150 | VIKAS KSHETRAPAL, 2287 ASHBOURNE DR, SAN RAMON, CA, 94583 | US Mail (1st Class) |

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81150 | VISUAL APEX, INC, 7950 NE DAY ROAD W,, SUITE B, BAINBRIDGE ISLAND, WA, 98110 | **US Mail (1st Class)** |
| 81150 | WAH WOO TAN, 243 SUMMERWIND DRIVE, MILPITAS, CA, 95035 | **US Mail (1st Class)** |
| 81150 | WAI MING CHIU, 1798 CAPE CORAL DR, SAN JOSE, CA, 95133 | **US Mail (1st Class)** |
| 81150 | WAI MING CHIU, 1798 CAPE CORAL DRIVE, SAN JOSE, CA, 95133 | **US Mail (1st Class)** |
| 81200 | WAI MING CHIU, BIGFLATPANEL@GMAIL.COM | **E-mail** |
| 81150 | WALSH C H B INC, 189 SUNRISE HIGHWAY, SUITE# 302, ROCKVILLE CENTRE, NY, 11570 | **US Mail (1st Class)** |
| 81150 | WEIDA FREIGHT SYSTEM (HONG KONG) CO., LTD TAIWAN BRANCH FLAT, 402, 4/F , YEE KUK INDUSTRIAL CENTRE, 555 YEE KUK STREET, CHEUNG SHA WAN, KOWLOON,  HONG KONG | **US Mail (1st Class)** |
| 81150 | WHARTON CAPITAL PARTNERS, 5720 LAGORCE DRIVE, MIAMI BEACH, FL, 33140 | **US Mail (1st Class)** |
| 81150 | WILINE NETWORKS INC., PO BOX 102150, PASADENA, CA, 91189-2150 | **US Mail (1st Class)** |
| 81150 | WILLIAM HENNESSEY, 436 LEE PLACE, EXTON, PA, 19341 | **US Mail (1st Class)** |
| 81147 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | **Federal Express Overnight** |
| 81150 | WOLTERS KLUWER, BRIAN BARTHOLOMEW, 28 LIBERTY STREET 42ND FLOOR, NEW YORK, NY, 10005 | **US Mail (1st Class)** |
| 81150 | WOLTERS KLUWER, (RE: CT LIEN SOLUTIONS), BRIAN BARTHOLOMEW, 28 LIBERTY STREET 42ND FLOOR, NEW YORK, NY, 10005 | **US Mail (1st Class)** |
| 81200 | WOLTERS KLUWER, BRIAN.BARTHOLOMEW@WOLTERSKLUWER.COM | **E-mail** |
| 81150 | YEH, JIH-CHUN (CNY), 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI,  TAIWAN, REPUBLIC OF | **US Mail (1st Class)** |
| 81150 | YKP LAW, 2009 CHESTNUT STREET, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81150 | YTH, 3/F HENG SHAN CENTRE, 145 QUEEN`S ROAD, WAN CHAI, HONG KONG,  CHINA | **US Mail (1st Class)** |
| 81150 | ZACH LEHMAN, 1440 S STANLEY AVE, LOS ANGELES, CA, 90019 | **US Mail (1st Class)** |
| 81150 | ZEIFANG HSU, 101 BLAISDELL WAY, FREMONT, CA, 94536 | **US Mail (1st Class)** |
| 81150 | ZHONG LUN LAW FIRM, LEVEL 10 & 11, TWO IFC, 8 CENTURY AVENUE, PUDONG NEW AREA, SHANGHAI, 20021 CHINA | **US Mail (1st Class)** |
| 81150 | ZYGINTAS PAPARTIS (EUR), SARMOS G 7-2,, VILNIUS, 04126 LITHUANIA | **US Mail (1st Class)** |

**Subtotal for this group:  365**

Stream TV Networks