**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al*.[1] | Bankr. Case No. 23-10763 (AMC) |
| The Debtors. | (Jointly Administered) |

<u>**NOTICE OF APPEAL AND STATEMENT OF ELECTION**</u>

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): **Visual Semiconductor, Inc.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | |
| ☐ Defendant | ☐ Debtor |
| ☐ Other (describe) _____ | ☒ Creditor |
| | ☐ Trustee |
| | ☐ Other (describe)  _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   *Order* approving settlement between Trustee, Hawk Investment Holdings, Ltd., SeeCubic, Inc.

2. State the date on which the judgment—or the appealable order or decree—was entered:

   ECF 805 – November 14, 2024

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party:  Visual Semiconductor, Inc.

    Attorney:
    AKERMAN LLP
    Donald N. David, SBN: 304846
    Mark Lichtenstein *(Admitted pro hac vice)*
    1251 Avenue of the Americas
    37th Floor
    New York, NY 10020
    Telephone: (212) 880-3800
    Email: donald.david@akerman.com
    mark.lichtenstein@akerman.com

    R. Adam Swick (Admitted *pro hac vice*)
    AKERMAN LLP
    500 West 5th Street, Suite 1210
    Austin, TX 78701
    Telephone: (737) 999-7103
    Facsimile:   (512) 623-6701
    Email: adam.swick@akerman.com

    John H. Thompson (Admitted *pro hac vice*)
    AKERMAN LLP
    750 Ninth Street, N.W. 750
    Washington, D.C. 20001
    Telephone: (202) 824-1760
    Facsimile:   (202) 393-5959
    Email: john.thompson@akerman.com

    Leif M. Clark
    Leif M Clark Consulting PLLC
    1105 Bonner
    Houston, TX 77007
    Telephone: (210) 663-5183
    Email: lmclark@leifmclark.com

2.  Party:  William A. Homony, Trustee

    Attorney:
    ANDREW J. BELLI
    Coren & Ress, PC
    2001 Market Street, Suite 3900
    Philadelphia, PA 19103
    Tel. No.: (215) 735-8700
    Email: abelli@kcr-law.com

78928507;1

STEVEN M. COREN
Kaufman, Coren & Ress, P.C.
Two Commerce Square, Ste. 3900
2001 Market Street
Philadelphia, PA 19103-2713
Telephone: (215) 735-8700
Email: scoren@kcr-law.com

MICHAEL D. VAGNONI
Obermayer Rebmann Maxwell & Hippel
LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3066
Fax : (215) 665-3165
Email: michael.vagnoni@obermayer.com

2.  Party:  Hawk Investment Holdings, Ltd.

Attorney:
K&L GATES LLP
Steven L. Caponi
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: steven.caponi@klgates.com

Margaret R. Westbrook, Esq.
Aaron S. Rothman, Esq.
Jonathan N. Edel, Esq.
K&L GATES LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7400
Email: margaret.westbrook@klgates.com
aaron.rothman@klgates.com
jon.edel@klgates.com

Thomas A. Warns, Esq.
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900
Email: tom.warns@klgates.com

3

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel. ☐

Dated: New York, New York
November 27, 2024

**AKERMAN LLP**

By:  _/s/ R. Adam Swick_
R. Adam Swick
(Admitted *pro hac vice*)
AKERMAN LLP
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7103
Facsimile:  (512) 623-6701
Email: adam.swick@akerman.com

AKERMAN LLP
Donald N. David, SBN: 304846
Mark Lichtenstein *(Admitted pro hac vice)*
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Email: donald.david@akerman.com
        mark.lichtenstein@akerman.com

John H. Thompson (Admitted *pro hac vice*)
AKERMAN LLP
750 Ninth Street, N.W. 750
Washington, D.C. 20001
Telephone: (202) 824-1760
Facsimile:  (202) 393-5959
Email: john.thompson@akerman.com

Leif M. Clark

Leif M Clark Consulting PLLC
1105 Bonner
Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclark@leifmclark.com

*Counsel for Visual Semiconductor, Inc.*

78928507;1