**Exhibit A**
**Bank Reconciliation October 2024**

|  | | Chapter 11 Trustee Account | | | |
|---|---|---|---|---|---|
|  | Key Bank | TriState Capital Bank x4746 | TriState Capital Bank x4753 | TriState Capital Bank x7244 | Totals |
| Beginning Bank Balance | $ 226.00 | $ - | $ 940,925.89 | $ - | $ 941,151.89 |
| **Receipts:** | | | | | |
| Deposits | $ - | $ - | $ - | $ - | $ - |
| Transfers In | $ - | $ - | $ - | $ - | $ - |
| Sub-Total | $ - | $ - | $ - | $ - | $ - |
| **Disbursements:** | | | | | |
| Checks & Debits | $ - | $ - | | $ - | $ - |
| Transfers Out | $ - | $ - | $ - | $ - | $ - |
| Sub-Total | $ - | $ - | $ - | $ - | $ - |
| **Ending Bank Balance** | **$ 226.00** | **$ -** | **$ 940,925.89** | **$ -** | **$ 941,151.89** |



**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219



Period Covered:
October 01, 2024 - October 31, 2024
Page 1 of 2

Mr. William A. Homony
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia PA 19103

| | |
|---|---|
| Case Number | 23-10763 |
| Case Name | Stream TV Networks, Inc. |
| | DEBTOR |
| Trustee Number | 580192 |
| Trustee Name | Mr. William A. Homony |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 4746 | $0.00 | $0.00 |
| TRUSTEE CHECKING | 4753 | $940,925.89 | $940,925.89 |
| **Total** | | **$940,925.89** | **$940,925.89** |

## TRUSTEE CHECKING                          Account Number: 4746

| | | |
|---|---|---|
| Enclosures | 0 | **Beginning Balance** $0.00 |
| | | + Total Additions $0.00 |
| | | - Total Subtractions $0.00 |
| | | **Ending Balance** **$0.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | $0.00 | | | | |

## TRUSTEE CHECKING                          Account Number: 4753

| | | |
|---|---|---|
| Enclosures | 0 | **Beginning Balance** $940,925.89 |
| | | + Total Additions $0.00 |
| | | - Total Subtractions $0.00 |
| | | **Ending Balance** **$940,925.89** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | $940,925.89 | | | | |



**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh, PA 15219

Member FDIC

Period Covered:
October 01, 2024 - October 31, 2024
Page 2 of 2

ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com