**Exhibit A**
**Proposed Order**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>STREAM TV NETWORKS, INC.,<br><br>    Debtors. | Chapter 11<br><br>Case No.: 23-10763 (AMC)<br>(Jointly Administered)[2] |

**ORDER GRANTING VISUAL SEMICONDUCTOR INC'S MOTION FOR EXPEDITED CONSIDERATION, SHORTENED TIME, AND LIMITED NOTICE**
**[re: ECF NO. 826 ]**

Upon consideration of Visual Semiconductor Inc's ("VSI") Motion for Expedited Consideration, Shortened Time, and Limited Notice (the "Motion") of VSI's Motion to Reconsider and/or Clarify November 14, 2024 Order Quashing the Remaining VSI Discovery [ECF No. ] ("Motion to Reconsider"); the Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C § 157 AND 1334, and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court shall hold a hearing on VSI's Motion to Reconsider [ECF No. ] on _____

3. VSI is to file its Notice of Motion as it relates to its Motion to Reconsider in accordance with Local Bankruptcy Rules.

Dated: November __, 2024.

                                                                     ASHLEY M. CHAN
                                                                     United States Bankruptcy Judge

---

[2] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

77988089;1