*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Stream TV Networks, Inc.                  )            Case No. 23−10763−amc
                                             )
                                             )
   Technovative Media, Inc.                   )            Chapter: 11
                                             )
   Debtor(s).                                )            Civil Case Number.

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

     We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered and dated November 14, 2024 by the Honorable Ashely M. Chan
Notice of appeal filing fee ☑ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☑ Other Motion to Reconsider filed by Appellant Visual Semiconductor Inc pending in bky court

     Kindly acknowledge receipt on the copy of the letter provided.

Date: November 29, 2024

                       For The Court

                       Timothy B. McGrath
                       Clerk of Court

---

Received Above material or record tile this day: November 29, 2024
Civil Action No. 24-cv-6397             Signature: */s/ Steve Tomas*
   Miscellaneous    No._____      Date: 11/29/24
Assigned to Judge John M. Gallagher