# **EXHIBIT B**

**From:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Sent:** Saturday, July 08, 2023 10:21 PM EDT
**To:** adam.swick@akerman.com <adam.swick@akerman.com>
**CC:** Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>; Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Christopher Michaels <michaels@bpmlegal.com>; Poppel, Karen <Karen.Poppel@lewisbrisbois.com>; David, Daniel <Daniel.David@lewisbrisbois.com>; dan@streamacquisitiongroup.com <dan@streamacquisitiongroup.com>; mathu@streamacquisitiongroup.com <mathu@streamacquisitiongroup.com>
**Subject:** FW: Zahralddin, Rafael has shared a document with you : STREAM TV rxza update to plan first draft.docx (140.5 KB)
**Attachment(s):** "Revlon Inc._SDNY #22-10760_Backstop Commitment_Debt Commitment Ltr_Admin Exp_Rights Offering.pdf","Revlon Inc._SDNY #22-10760_Backstop Order.pdf","Revlon Inc._SDNY #22-10760_Revised Rights Offering Procedures and Subscription Form.pdf","Revlon Inc._SDNY #22-10760_Notice of Entry Into Exit Financing Comm Documents.pdf","PAEB Local Rules - effective 06-14-2021 (updated 04-12-2023).pdf","Revlon Inc._SDNY #22-10760_Notice of Hrg_Motion for Order Approv Discl Stmt_Solicitation_Voting Procedures_Form of Ballots.pdf"

Dear Adam,

Thanks for the call and or letting me know that the NDA and Joint Defense documents are coming (thanks Chris Michaels as well).

Here are the Revlon agreements which we will need to modify.   This is really VSI's deal, so I am sending to you directly.

I will get the latest version of the Plan and Disclosure Statement – do you guys have a SharePoint account where we can all access the documents?

---

**From:** Freeman, Christina <Christina.Freeman@lewisbrisbois.com>
**Sent:** Thursday, July 6, 2023 12:05 PM
**To:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; Poppel, Karen <Karen.Poppel@lewisbrisbois.com>; Nguyen, Anh <Anh.Nguyen@lewisbrisbois.com>; Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>
**Subject:** RE: Zahralddin, Rafael has shared a document with you : STREAM TV rxza update to plan first draft.docx (140.5 KB)

Good Afternoon,

I believe I've covered all the requests for me so far. Let me know what else is needed.

See pg 24 of the local rules regarding interim compensation.

[Christina Freeman](#)
**Paralegal**
Fort Lauderdale
954.628.5598 or x9545598

**From:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Sent:** Thursday, July 6, 2023 2:43 AM
**To:** Poppel, Karen <Karen.Poppel@lewisbrisbois.com>; Nguyen, Anh <Anh.Nguyen@lewisbrisbois.com>; Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>; Freeman, Christina <Christina.Freeman@lewisbrisbois.com>
**Subject:** Zahralddin, Rafael has shared a document with you : STREAM TV rxza update to plan first draft.docx (140.5 KB)

Here is the link to the updated document with comments in Imanage.

---

**iManage LLC**

**Zahralddin, Rafael** has shared a document with you.

**You must double-click the <u>attachment</u> to "open" the document for editing.**

Use the link below to see a read-only "preview" of the document:

[STREAM TV rxza update to plan first draft.docx](#)(140.5 KB)

***Please note:  You <u>cannot</u> edit the document from the preview window.***

LEGAL NOTICE: This e-mail is from iManage LLC, and may contain confidential and/or legally privileged information. This e-mail is intended solely for the use of the individual(s) to whom it is addressed.

If you have received this e-mail in error, please notify the sender by reply e-mail, delete the e-mail from your computer and do not copy or disclose it to anyone else. Any disclosure, copying, distribution, reliance on the contents or information received in error is strictly prohibited. Neither this e-mail message nor its attachment(s) may be construed as establishing an attorney-client relationship, constituting an electronic signature or providing consent to contract electronically, unless expressly so stated by a iManage LLC attorney in the body of this e-mail or an attachment.

Powered by iManage

**Rafael Zahralddin**
**Partner**
Wilmington
302.985.6004 or x3026004