# EXHIBIT 24

Case 23-10763-amc    Doc 840-23    Filed 12/02/24    Entered 12/02/24 13:09:09    Desc
Exhibit 24    Page 2 of 7






### SeeCubic
Computers and Electronics Manufacturing
New York, NY · 1,613 followers

Developer of pioneering spatial display technology. Introducing the third dimension directly to your device screen.

See jobs    Follow

View all 57 employees

## About us

SeeCubic Inc. is an accomplished deep tech company founded to become a global leader in immersive display technology innovation. SeeCubic has created an unparalleled end-to-end spatial display technology for rendering and displaying content in lifelike rich and natural three dimensions on any type of screen.

The SeeCubic technology consists of integrated hardware components - a complex lenticular structure embedded onto the display panel and dedicated internal electronics - combined with proprietary software to create an endless variety of never-before-seen visual experiences. Our innovations go far beyond any of the earlier attempts to display visuals in three dimensions, including cinematic 3D which was popular in the past decade. The effect, superior to all others in both precision and detail, can be enjoyed on a TV, tablet, computer screen or phone without any glasses or peripherals - you can see the transformative SeeCube advantage with the naked eye.




incredible value to consumers, all of the available content will be instantly accessible on all SeeCube-enabled devices. The environment offers a pathway for movie studios and other content right holders to produce and convert every type of existing 2D or cinematic 3D content into our spatial display format, vastly increasing potential monetization.

SeeCubic is currently focused on working together with top-tier home and mobile device brands via strategic partnerships to deliver spectacular viewing experiences to all consumers. We are bringing our technology to all popular device types we all use on a daily basis – televisions, mobile devices, computer screens, and even in-car displays. With the transformative ability to display depth-infused movies, events, sports and video games, our technology is poised to become a mainstream feature of entertainment both at home and on the go.

| | |
|---|---|
| Website | http://www.seecubic.com |
| Industries | Computers and Electronics Manufacturing |
| Company size | 51-200 employees |
| Headquarters | New York, NY |
| Type | Privately Held |
| Founded | 2011 |

Specialties

3D Displays, Visual Technologies, Autostereoscopy, 3D Cinema, Immersive Technologies, Visual Immersion, 3D Gaming, 3D Video, Depth Perception, 3D Without Glasses, Glasses Free 3D, Immersive Entertainment, Immersive Content, Content, and Content Conversion

## Locations

 Primary

667 Madison Avenue
New York, NY 10055, US




Oxford Street
Portman House
London, England W1H 6DU, GB

Get directions ↗

Park Forum 1035
(route 6024)
Eindhoven, The Netherlands 5657 HJ, NL

Get directions ↗

## Employees at SeeCubic

**Chris Maiden**
VP Projects at SeeCubic

**Nedim Osmanovic**
Sr Process Engineer at SeeCubic B.V.

**Leo Riley**

**Jeremy Nicolaides**
Immersive content and technology Executive • 3D Executive Producer • 3D & Business Development Consultant • Author • Investor • Speaker

See all employees

## Updates




Congratulations to **K2 Studios** on the **Giant Screen Cinema Association (GSCA)** award for their documentary **#Serengeti**! We loved working on this **#documentary** and appreciate the dedication of our CCO, **Meetal Gokul**, and our **SeeCubic India Pvt Ltd** team to this project!

62

Like    Comment    Share

## Join now to see what you are missing

✓ Find people you know at SeeCubic

✓ Browse recommended jobs for you

✓ View all updates, news, and articles

[ Join now ]

## Similar pages


**SeeCubic India Pvt Ltd**
Entertainment Providers
Pune, Maharashtra


**MEON**
Financial Services
Szczecin, Zachodniopomorskie


**BOT VFX**
Musicians
Alpharetta, Georgia


**PixStone Images Pvt Ltd**
Animation and Post-production

Case 23-10763-amc    Doc 840-23    Filed 12/02/24    Entered 12/02/24 13:09:09    Desc
                         Exhibit 24    Page 6 of 7



Show more similar pages

## Browse jobs

### Account Executive jobs
87,726 open jobs

### Artist jobs
56,032 open jobs

### 3D Artist jobs
970 open jobs

### Manager jobs
2,003,890 open jobs

### Sales Analyst jobs
60,183 open jobs

### Team Lead jobs
1,244,189 open jobs

### Engineer jobs
608,159 open jobs

### Release Engineer jobs
20,130 open jobs

### Field Representative jobs
122,285 open jobs

### Computational Biologist jobs
1,075 open jobs

Show more jobs like this

## More searches

© 2023                                                                                      About

Accessibility                                                                        User Agreement

 

**Brand Policy**

**Community Guidelines**

**Guest Controls**

**Language**