# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (MDC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)**[1] |
|  | : |  |

## NOTICE OF NO AUCTION TO BE HELD
## AND SELECTION OF SUCCESSFUL BIDDER

**To: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  On September 30, 2024, William A. Homony (the "Trustee")[2] in his capacity of Chapter 11 Trustee of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative", and collectively with Stream, the "Debtors"), filed a motion seeking entry of an order, (a) authorizing and approving the bidding procedures (the "Bidding Procedures") in connection with the sale of the Assets of the Debtors, the Stalking Horse APA, and form of Asset Purchase Agreement in connection with the Sale, (b) approving the form and manner of notice of the Auction and the Sale Hearing, (c) scheduling the Sale Hearing and setting other related dates, (d) approving procedures for the assumption and assignment of executory contracts and unexpired leases and noticing of related Cure Payments, (e) granting the Sale Motion, and (f) granting related relief (the "Sale Motion").

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned cases. (D.I. #81).
[2] Capitalized terms used in this Notice but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order [D.I. #811].

4899-4660-3778 v1

2. On November 20, 2024, the Court entered an order authorizing and approving the Bidding Procedures. [DI #811]. The Trustee served all interested parties with the Sale Notice and Bidding Procedures prior to the Bid Deadline.

3. The Trustee did not receive any Qualified Bids prior to the Bid Deadline of December 2, 2024, at 12:00 P.M. (EST). Accordingly, the Auction scheduled to take place on December 3, 2024, is **CANCELLED**.

4. The Stalking Horse Bidder is declared as the Successful Bidder for the Assets.

5. The Debtor will seek approval of a Sale to SeeCubic, Inc. as the Successful Bidder at the Sale Hearing scheduled to commence on December 4, 2024, at 1:00 P.M. (prevailing Eastern Standard Time) before the Honorable Ashely M. Chan, United States Bankruptcy Judge, in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA, 19107, in Courtroom No. 4.

Respectfully Submitted,

Dated: December 2, 2024

By: */s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail: edmond.george@obermayer.com
michael.vagnoni@obermayer.com

*Counsel to William A. Homony Chapter 11 Trustee*

4899-4660-3778 v1