**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC. [1]<br><br>    Debtor. | Chapter 11<br><br>Bky No.: 23-10763 (MDC) |
| In re:<br><br>TECHNOVATIVE MEDIA, INC.<br><br>    Debtor. | Chapter 11<br><br>Bky No.: 23-10764 (MDC)<br><br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE RE**

| | |
|---|---|
| Docket No. 835 | OMNIBUS RESPONSE OF WILLIAM A. HOMONY, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE, TO THE OBJECTIONS TO THE TRUSTEE'S MOTION FOR, INTER ALIA, AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO, AND (C) GRANTING RELATED RELIEF |

I, Bradford Daniel, state as follows:

1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2.     On November 29, 2024, at the direction of Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Chapter 11 Trustee, copies of the above referenced document were served in

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). Their corporate headquarters is located at 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103. The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

| | |
|---|---|
| Exhibit A | The Core/2002/Top Creditor Parties referenced in Service List No. 81243. |
| | The Additional ECF Registered Parties referenced in Service List No. 81244. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 2nd day of December, 2024 at New York, New York.

                                                               /s/ Bradford Daniel
                                                                 Bradford Daniel

# Stream TV Networks

**Total number of parties: 87**

### Exhibit A - Stream TV Networks

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81243 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, MADANLOLUGU@ADEPTCHIPS.COM | **E-mail** |
| 81243 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), DONALD.DAVID@AKERMAN.COM | **E-mail** |
| 81243 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), MARK.LICHTENSTEIN@AKERMAN.COM | **E-mail** |
| 81243 | AKERMAN LLP, JOHN H. THOMPSON, (RE: VISUAL SEMICONDUCTOR, INC.), JOHN.THOMPSON@AKERMAN.COM | **E-mail** |
| 81243 | AKERMAN, LLP, R. ADAM SWICK, (RE: VISUAL SEMICONDUCTOR, INC.), ADAM.SWICK@AKERMAN.COM | **E-mail** |
| 81244 | ALYSSA DOMOROD, ALYSSA.DOMOROD@KLGATES.COM | **E-mail** |
| 81244 | ANDREA BATES, ANDREA.BATES@SKADDEN.COM | **E-mail** |
| 81243 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, VINOD@NICHANILAWFIRM.COM | **E-mail** |
| 81243 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), VESPERM@BALLARDSPAHR.COM | **E-mail** |
| 81243 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), MCKEEVASSALLOE@BALLARDSPAHR.COM | **E-mail** |
| 81243 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), GRUGANT@BALLARDSPAHR.COM | **E-mail** |
| 81243 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), DALUZT@BALLARDSPAHR.COM | **E-mail** |
| 81244 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF, DOCKET2@BENESCHLAW.COM | **E-mail** |
| 81243 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JVONDERHEYDT@BENESCHLAW.COM | **E-mail** |
| 81243 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JHOOVER@BENESCHLAW.COM | **E-mail** |
| 81243 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), MICHAELS@BPMLEGAL.COM | **E-mail** |
| 81244 | C. CAPRA, CCAPRA@KCR-LAW.COM | **E-mail** |
| 81243 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, WENDY@CADENCE.COM | **E-mail** |
| 81244 | CHRISTOPHER HEANEY, CHRISTOPHER.HEANEY@SKADDEN.COM | **E-mail** |
| 81244 | COLEEN SCHMIDT, COLEEN.SCHMIDT@OBERMAYER.COM | **E-mail** |
| 81243 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), ABELLI@KCR-LAW.COM | **E-mail** |
| 81243 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), SCOREN@KCR-LAW.COM | **E-mail** |
| 81243 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), ADEMARCO@DEVLINLAWFIRM.COM | **E-mail** |
| 81243 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), DLFLITPARAS@DEVLINLAWFIRM.COM | **E-mail** |
| 81243 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | **E-mail** |
| 81243 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, KEVIN.P.CALLAHAN@USDOJ.GOV | **E-mail** |
| 81243 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, USTPREGION03.PH.ECF@USDOJ.GOV | **E-mail** |
| 81244 | HELEN BELAIR, HELEN.BELAIR@OBERMAYER.COM | **E-mail** |
| 81243 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, SUZHOUSJG@163.COM | **E-mail** |
| 81243 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, DAVID@HJ-PACKING.COM | **E-mail** |
| 81243 | IMG MEDIA LTD, MEDIA.AR@IMG.COM | **E-mail** |
| 81243 | INNOVENTURES GROUP LLC, INNOVENTURESGROUPLLC@GMAIL.COM | **E-mail** |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81243 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), AARON.ROTHMAN@KLGATES.COM | E-mail |
| 81243 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JON.EDEL@KLGATES.COM | E-mail |
| 81243 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 81243 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), STEVEN.CAPONI@KLGATES.COM | E-mail |
| 81243 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), TOM.WARNS@KLGATES.COM | E-mail |
| 81244 | K. LOVE, KLOVE@SGRVLAW.COM | E-mail |
| 81244 | KATHLEEN JORDAN, KATHLEEN.JORDAN@OBERMAYER.COM | E-mail |
| 81244 | KAY LA PLANTE, KAY.LAPLANTE@KLGATES.COM | E-mail |
| 81243 | KURTZMAN \| STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, (RE: SSG ADVISORS, LLC), KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 81244 | L. MOLINARO, LMOLINARO@BENESCHLAW.COM | E-mail |
| 81243 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, (RE: VISUAL SEMICONDUCTOR), LMCLARK@LEIFMCLARK.COM | E-mail |
| 81243 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 81243 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 81243 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, (RE: DEBTOR), RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 81243 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, (RE: DEBTORS), SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 81244 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, LEWISBRISBOIS@ECFALERTS.COM | E-mail |
| 81243 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, (RE: DEBTORS), SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 81244 | LUCILLE ACELLO, LUCILLE.ACELLO@OBERMAYER.COM | E-mail |
| 81243 | MARCUM LLP, ILYSSA K. BLUM, CPA, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 81243 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, JONA@CLD1LTD.COM | E-mail |
| 81243 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), BHOMONY@MCTLLP.COM | E-mail |
| 81243 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), MTOMLIN@MCTLLP.COM | E-mail |
| 81244 | NICHOLAS E. HAKUN, NHAKUN@WSGR.COM | E-mail |
| 81244 | NICHOLAS E. HAKUN, NHAKUN@GMAIL.COM | E-mail |
| 81243 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), KELSEY.SHERONAS@OBERMAYER.COM | E-mail |
| 81243 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), WILLIAM.SALDUTTI@OBERMAYER.COM | E-mail |
| 81243 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 81243 | PEGATRON CORPORATION, SAL LU, SAL_LU@PEGATRONCORP.COM | E-mail |
| 81243 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 81243 | QUARLES & BRADY LLP, BRITTANY S. OGDEN, ESQ., (RE: SLS HOLDINGS VI, LLC), BRITTANY.OGDEN@QUARLES.COM | E-mail |
| 81243 | QUARLES & BRADY LLP, CATHERINE GUASTELLO ALLEN, ESQ., (RE: SLS HOLDINGS VI, LLC), CATHERINE.ALLEN@QUARLES.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81243 | QUARLES & BRADY LLP, SARGINA DESARGONES, ESQ., (RE: SLS HOLDINGS VI, LLC), SARGINA.DESARGONES@QUARLES.COM | E-mail |
| 81244 | RAFAEL ZAHRALDDIN, RAFAEL-ZAHRALDDIN-4117@ECF.PACERPRO.COM | E-mail |
| 81243 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, STEPHEN3D@MAC.COM | E-mail |
| 81243 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), RMESSINA@RC.COM | E-mail |
| 81243 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), DWRIGHT@RC.COM | E-mail |
| 81243 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), KFIX@RC.COM | E-mail |
| 81243 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, PHILADELPHIA@SEC.GOV | E-mail |
| 81244 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, ECF-7F0A8F590DC1@ECF.PACERPRO.COM | E-mail |
| 81243 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), EBEN.COLBY@SKADDEN.COM | E-mail |
| 81243 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), MARLEY.BRUMME@SKADDEN.COM | E-mail |
| 81243 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JAMES.MAZZA@SKADDEN.COM | E-mail |
| 81243 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JUSTIN.WINERMAN@SKADDEN.COM | E-mail |
| 81243 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA.RITCHIE@SKADDEN.COM | E-mail |
| 81243 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 81243 | ST4M ELECTRONICS, INC., WANGLING, MATTJJLO@GMAIL.COM | E-mail |
| 81244 | TERESA BARRERA, TERESA.BARRERA@AKERMAN.COM | E-mail |
| 81243 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), PAMELA.THURMOND@PHILA.GOV | E-mail |
| 81243 | TRANS WORLD INTERNATIONAL, LLC, MEDIAAR@IMG.COM | E-mail |
| 81243 | TRIPLE CROWN CONSULTING, LLC, AR@TRIPLECO.COM | E-mail |
| 81243 | US COMPLIANCE SERVICES LLC, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 81244 | VALERIE BRAUN, VALERIE.BRAUN@AKERMAN.COM | E-mail |
| 81243 | VAYIKRA CAPITAL LLC, PHIL@DARIVOFF.NET | E-mail |
| 81244 | VINCENT F. ALEXANDER, VALEXANDER@SHUTTS.COM | E-mail |
| 81244 | WENDY LAMANA, WENDY.LAMANNA@SKADDEN.COM | E-mail |

**Subtotal for this group: 87**