# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al*. | : | **Bankruptcy No. 23-10763 (AMC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)**[1] |
|  | : |  |

**PRAECIPE TO SUBSTITUTE EXHIBIT "C" TO MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR AN ORDER (A) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (B) AUTHORIZING THE TRUSTEE TO ENTER INTO AND PERFORM DEBTORS' OBLIGATIONS UNDER THE ASSET PURCHASE AGREEMENT, (C) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES, AND (D) GRANTING RELATED RELIEF</u>**

TO THE CLERK OF BANKRUPTCY COURT:

Kindly substitute the attached for Exhibit "C" – The Sale Order to the Motion of William A. Homony in His Capacity as Chapter 11 Trustee for an Order (A) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, (B) Authorizing the Trustee to Enter into and Perform Debtors' Obligations Under the Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief, which was filed with the Court on September 30, 2024, at Docket No. 750, in the above-captioned matter.

**\*SIGNATURE PAGE TO FOLLOW\***

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.* Case No. 23-10764 (AMC) (D.I. #81).

Dated: December 4, 2024      By: */s/ Michael D. Vagnoni*
    Edmond M. George, Esquire
    Michael D. Vagnoni, Esquire (*pro hac vice*)
    OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
    Centre Square West
    1500 Market Street, Suite 3400
    Philadelphia., PA 19102
    Telephone: (215) 665-3066
    Facsimile: (215) 665-3165
    E-mail: edmond.george@obermayer.com
          michael.vagnoni@obermayer.com

*Counsel to William A. Homony Chapter 11 Trustee*