# Exhibit 2

## List of Executory Contracts and Unexpired Leases
## to be Assumed and Assigned

None