IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al.* | : | Bankruptcy No. 23-10763 (AMC) |
|  | : | (Jointly Administered)[1] |
| Debtors. | : |  |
|  | : |  |

### CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE CHAPTER 11 TRUSTEE TO EMPLOY PANITCH SCHWARZE BELISARIO & NADEL LLP AS SPECIAL COUNSEL

The undersigned hereby certifies that, as of December 4, 2024, William A. Homony, Chapter 11 Trustee, has received no answer, objection or other responsive pleading to the Application to Employ Panitch Schwarze Belisario & Nadel LLP as his Special Counsel (the "Application") [D.I. 812] filed on November 21, 2024. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to Notice of Application filed on November 21, 2024 [D.I. 813], objections to the Application were to be filed and served no later than November 28, 2024.

It is hereby respectfully requested that the Order Granting Application, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: December 4, 2024

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3066 – Phone
(215) 665-3165 – Facsimile
*Counsel to William A. Homony, Chapter 11 Trustee*

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4909-0858-0355 v1