**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **Stream TV Networks, Inc.,** *et al.* | : **Bankruptcy No. 23-10763 (AMC)** |
| | : **(Jointly Administered)[1]** |
| **Debtors.** | : |
| | : |

**ORDER GRANTING APPLICATION OF THE CHAPTER 11
TRUSTEE TO EMPLOY PANITCH SCHWARZE
BELISARIO & NADEL LLP AS SPECIAL COUNSEL**

AND NOW this _____ day of _____, 2024, upon consideration of the Application of William A. Homony, Chapter 11 Trustee (the "Chapter 11 Trustee") for the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media, Inc. (collectively, the "Debtors") to employ Panitch Schwarze Belisario & Nadel LLP ("Panitch"), as Special Counsel to the Chapter 11 Trustee (the "Application") in this bankruptcy case, and the Court being satisfied that Panitch does not represent any other party-in-interest or hold an interest adverse to the Debtors in their bankruptcy cases and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is hereby:

ORDERED that the Application is granted in its entirety; and it is further

ORDERED that the Chapter 11 Trustee is hereby authorized to retain and employ Panitch, as Special Counsel in the within proceeding under Chapter 11 of the United States Bankruptcy Code;[2] and it is further

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

[2] Panitch reserves all rights to seek compensation for professional services and reimbursement of expenses from August 16, 2024 forward and all parties reserve their rights to object to such compensation consistent with this Order.

4894-6462-3576 v1
4894-6462-3576 v2

ORDERED that the terms of Panitch's compensation set forth in the Fee Agreement are preapproved under 11 U.S.C. Section 328(a); and it is further

ORDERED that compensation for professional services of Panitch shall be charged at the hourly billing rate as follows:

a.   Martin G. Belisario, Esq.          $640.00 per hour

b.   John Simmons, Esq.               $640.00 per hour

c.   Partners and Associates          $380.00 - $875.00 per hour

d.   Paralegals                              $200.00 - $275.00 per hour; and it is further

ORDERED that notwithstanding anything to the contrary in the engagement letter from Panitch to the Trustee, compensation to Panitch is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States Bankruptcy Code, applicable Bankruptcy Rules, and *In re Busy Beaver Building Center, Inc.*, 19 F.3d 833 (3rd Cir. 1994).

BY THE COURT:

_____

The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge