**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC. [1]<br><br>    Debtor. | Chapter 11<br><br>Bky No.: 23-10763 (MDC) |
| In re:<br><br>TECHNOVATIVE MEDIA, INC.<br><br>    Debtor. | Chapter 11<br><br>Bky No.: 23-10764 (MDC)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE RE**

| | |
|---|---|
| Docket No. 850 | DECLARATION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE, IN SUPPORT OF THE MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE SAE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO, AND (C) GRANTING RELATED RELIEF |
| Docket No. 852 | DECLARATION OF J. SCOTT VICTOR IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING, BUT NOT DIRECTING, THE SALE OF THE ASSETS, IN EACH CASE WITH SUCH SALE BEING FREE AND CLEAR OF ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (II) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE, AND (III) GRANTING RELATED RELIEF. |

    I, Bradford Daniel, state as follows:

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). Their corporate headquarters is located at 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103. The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On December 3, 2024, at the direction of Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Chapter 11 Trustee, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

| | |
|---|---|
| Exhibit A | The Core/2002/Top Creditor Parties referenced in Service List Nos. 81264 and 81265. |
| | The Additional ECF Registered Parties referenced in Service List No. 81266. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 4th day of December, 2024 at New York, New York.

                                          /s/ Bradford Daniel
                                              Bradford Daniel

**Stream TV Networks**

**Total number of parties: 148**

**Exhibit A - Stream TV Networks**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81264 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, MADANLOLUGU@ADEPTCHIPS.COM | E-mail |
| 81265 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA | US Mail (1st Class) |
| 81265 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), 1251 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 81264 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), DONALD.DAVID@AKERMAN.COM | E-mail |
| 81264 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), MARK.LICHTENSTEIN@AKERMAN.COM | E-mail |
| 81265 | AKERMAN LLP, JOHN H. THOMPSON, (RE: VISUAL SEMICONDUCTOR, INC.), 750 NINTH STREET, N.W.,, SUITE 750, WASHINGTON, DC, 20001 | US Mail (1st Class) |
| 81264 | AKERMAN LLP, JOHN H. THOMPSON, (RE: VISUAL SEMICONDUCTOR, INC.), JOHN.THOMPSON@AKERMAN.COM | E-mail |
| 81265 | AKERMAN, LLP, R. ADAM SWICK, (RE: VISUAL SEMICONDUCTOR, INC.), 500 W. 5TH STREET,, SUITE 1210, AUSTIN, TX, 78701 | US Mail (1st Class) |
| 81264 | AKERMAN, LLP, R. ADAM SWICK, (RE: VISUAL SEMICONDUCTOR, INC.), ADAM.SWICK@AKERMAN.COM | E-mail |
| 81266 | ALYSSA DOMOROD, ALYSSA.DOMOROD@KLGATES.COM | E-mail |
| 81266 | ANDREA BATES, ANDREA.BATES@SKADDEN.COM | E-mail |
| 81264 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, VINOD@NICHANILAWFIRM.COM | E-mail |
| 81265 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 81265 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759 | US Mail (1st Class) |
| 81264 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), VESPERM@BALLARDSPAHR.COM | E-mail |
| 81264 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), MCKEEVASSALLOE@BALLARDSPAHR.COM | E-mail |
| 81264 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), GRUGANT@BALLARDSPAHR.COM | E-mail |
| 81264 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), DALUZT@BALLARDSPAHR.COM | E-mail |
| 81266 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF, DOCKET2@BENESCHLAW.COM | E-mail |
| 81265 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), 127 PUBLIC SQUARE, SUITE 4900, CLEVELAND, OH, 44114-1284 | US Mail (1st Class) |
| 81264 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JVONDERHEYDT@BENESCHLAW.COM | E-mail |
| 81265 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), 1313 N. MARKET STREET, SUITE 1201, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81264 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), JHOOVER@BENESCHLAW.COM | E-mail |
| 81265 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), 4TH FLOOR - M&T BANK BUILDING, 118 NORTH TIOGA STREET, ITHACA, NY, 14850 | US Mail (1st Class) |
| 81264 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), MICHAELS@BPMLEGAL.COM | E-mail |
| 81266 | C. CAPRA, CCAPRA@KCR-LAW.COM | E-mail |
| 81264 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, WENDY@CADENCE.COM | E-mail |
| 81265 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81266 | CHRISTOPHER HEANEY, CHRISTOPHER.HEANEY@SKADDEN.COM | **E-mail** |
| 81265 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | **US Mail (1st Class)** |
| 81266 | COLEEN SCHMIDT, COLEEN.SCHMIDT@OBERMAYER.COM | **E-mail** |
| 81265 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103 | **US Mail (1st Class)** |
| 81264 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), ABELLI@KCR-LAW.COM | **E-mail** |
| 81264 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), SCOREN@KCR-LAW.COM | **E-mail** |
| 81265 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | **US Mail (1st Class)** |
| 81265 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | **US Mail (1st Class)** |
| 81265 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | **US Mail (1st Class)** |
| 81265 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), 1526 GILPIN AVENUE, WILMINGTON, DE, 19806 | **US Mail (1st Class)** |
| 81264 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), ADEMARCO@DEVLINLAWFIRM.COM | **E-mail** |
| 81264 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), DLFLITPARAS@DEVLINLAWFIRM.COM | **E-mail** |
| 81265 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | **US Mail (1st Class)** |
| 81265 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, ROBERT N.C. NIX FEDERAL BUILDING, 900 MARKET STREET, SUITE 320, PHILADELPHIA, PA, 19107 | **US Mail (1st Class)** |
| 81264 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | **E-mail** |
| 81264 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, KEVIN.P.CALLAHAN@USDOJ.GOV | **E-mail** |
| 81264 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, USTPREGION03.PH.ECF@USDOJ.GOV | **E-mail** |
| 81265 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | **US Mail (1st Class)** |
| 81265 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | **US Mail (1st Class)** |
| 81266 | HELEN BELAIR, HELEN.BELAIR@OBERMAYER.COM | **E-mail** |
| 81264 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, SUZHOUSJG@163.COM | **E-mail** |
| 81264 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, DAVID@HJ-PACKING.COM | **E-mail** |
| 81265 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA | **US Mail (1st Class)** |
| 81265 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | **US Mail (1st Class)** |
| 81264 | IMG MEDIA LTD, MEDIA.AR@IMG.COM | **E-mail** |
| 81265 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM | **US Mail (1st Class)** |
| 81265 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | **US Mail (1st Class)** |
| 81264 | INNOVENTURES GROUP LLC, INNOVENTURESGROUPLLC@GMAIL.COM | **E-mail** |
| 81265 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | **US Mail (1st Class)** |
| 81265 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | **US Mail (1st Class)** |
| 81265 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202 | **US Mail (1st Class)** |
| 81264 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), AARON.ROTHMAN@KLGATES.COM | **E-mail** |
| 81264 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JON.EDEL@KLGATES.COM | **E-mail** |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81264 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 81265 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), 600 KING STREET, SUITE 901, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81264 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), STEVEN.CAPONI@KLGATES.COM | E-mail |
| 81265 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), 599 LEXINGTON AVENUE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 81264 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), TOM.WARNS@KLGATES.COM | E-mail |
| 81266 | K. LOVE, KLOVE@SGRVLAW.COM | E-mail |
| 81266 | KATHLEEN JORDAN, KATHLEEN.JORDAN@OBERMAYER.COM | E-mail |
| 81266 | KAY LA PLANTE, KAY.LAPLANTE@KLGATES.COM | E-mail |
| 81265 | KURTZMAN | STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, (RE: SSG ADVISORS, LLC), 101 N. WASHINGTON AVENUE,, SUITE 4A, MARGATE, NJ, 08403 | US Mail (1st Class) |
| 81264 | KURTZMAN | STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, (RE: SSG ADVISORS, LLC), KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 81266 | L. MOLINARO, LMOLINARO@BENESCHLAW.COM | E-mail |
| 81265 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, (RE: VISUAL SEMICONDUCTOR), 1105 BONNER, HOUSTON, TX, 77007 | US Mail (1st Class) |
| 81264 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, (RE: VISUAL SEMICONDUCTOR), LMCLARK@LEIFMCLARK.COM | E-mail |
| 81265 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046 | US Mail (1st Class) |
| 81264 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 81264 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 81265 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, (RE: DEBTOR), 550 E. SWEDESFORD ROAD, SUITE 270, WAYNE, PA, 19087 | US Mail (1st Class) |
| 81264 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, (RE: DEBTOR), RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 81265 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, (RE: DEBTORS), 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81264 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, (RE: DEBTORS), SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 81266 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, LEWISBRISBOIS@ECFALERTS.COM | E-mail |
| 81265 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, (RE: DEBTORS), 500 DELAWARE AVENUE,, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81264 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, (RE: DEBTORS), SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 81266 | LUCILLE ACELLO, LUCILLE.ACELLO@OBERMAYER.COM | E-mail |
| 81265 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | US Mail (1st Class) |
| 81265 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131 | US Mail (1st Class) |
| 81264 | MARCUM LLP, ILYSSA K. BLUM, CPA, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 81265 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 81264 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, JONA@CLD1LTD.COM | E-mail |
| 81265 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | US Mail (1st Class) |
| 81264 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), BHOMONY@MCTLLP.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81264 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), MTOMLIN@MCTLLP.COM | E-mail |
| 81266 | NICHOLAS E. HAKUN, NHAKUN@WSGR.COM | E-mail |
| 81266 | NICHOLAS E. HAKUN, NHAKUN@GMAIL.COM | E-mail |
| 81264 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), KELSEY.SHERONAS@OBERMAYER.COM | E-mail |
| 81264 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), WILLIAM.SALDUTTI@OBERMAYER.COM | E-mail |
| 81264 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 81265 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN | US Mail (1st Class) |
| 81264 | PEGATRON CORPORATION, SAL LU, SAL_LU@PEGATRONCORP.COM | E-mail |
| 81265 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 81264 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 81265 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 81265 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 81265 | QUARLES & BRADY LLP, BRITTANY S. OGDEN, ESQ., (RE: SLS HOLDINGS VI, LLC), 33 EAST MAIN STREET, SUITE 900, MADISON, WI, 53703 | US Mail (1st Class) |
| 81264 | QUARLES & BRADY LLP, BRITTANY S. OGDEN, ESQ., (RE: SLS HOLDINGS VI, LLC), BRITTANY.OGDEN@QUARLES.COM | E-mail |
| 81265 | QUARLES & BRADY LLP, CATHERINE GUASTELLO ALLEN, ESQ., (RE: SLS HOLDINGS VI, LLC), 1701 PENNSYLVANIA AVENUE NW, SUITE 700, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 81264 | QUARLES & BRADY LLP, CATHERINE GUASTELLO ALLEN, ESQ., (RE: SLS HOLDINGS VI, LLC), CATHERINE.ALLEN@QUARLES.COM | E-mail |
| 81265 | QUARLES & BRADY LLP, SARGINA DESARGONES, ESQ., (RE: SLS HOLDINGS VI, LLC), ONE RENAISSANCE SQUARE, TWO NORTH CENTRAL AVENUE SUITE 600, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 81264 | QUARLES & BRADY LLP, SARGINA DESARGONES, ESQ., (RE: SLS HOLDINGS VI, LLC), SARGINA.DESARGONES@QUARLES.COM | E-mail |
| 81266 | RAFAEL ZAHRALDDIN, RAFAEL-ZAHRALDDIN-4117@ECF.PACERPRO.COM | E-mail |
| 81265 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 81264 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, STEPHEN3D@MAC.COM | E-mail |
| 81265 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 81264 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), RMESSINA@RC.COM | E-mail |
| 81264 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), DWRIGHT@RC.COM | E-mail |
| 81264 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), KFIX@RC.COM | E-mail |
| 81265 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 81264 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, PHILADELPHIA@SEC.GOV | E-mail |
| 81266 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, ECF-7F0A8F590DC1@ECF.PACERPRO.COM | E-mail |
| 81265 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), 500 BOYLSTON STREET, 23RD FLOOR, BOSTON, MA, 02116 | US Mail (1st Class) |
| 81264 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), EBEN.COLBY@SKADDEN.COM | E-mail |
| 81264 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), MARLEY.BRUMME@SKADDEN.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 81265 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | US Mail (1st Class) |
| 81264 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JAMES.MAZZA@SKADDEN.COM | E-mail |
| 81264 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), JUSTIN.WINERMAN@SKADDEN.COM | E-mail |
| 81264 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA.RITCHIE@SKADDEN.COM | E-mail |
| 81265 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), ONE RODNEY SQUARE, 920 N. KING ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 81264 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 81265 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | US Mail (1st Class) |
| 81265 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 81264 | ST4M ELECTRONICS, INC., WANGLING, MATTJJLO@GMAIL.COM | E-mail |
| 81265 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 81266 | TERESA BARRERA, TERESA.BARRERA@AKERMAN.COM | E-mail |
| 81265 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), MUNICIPAL SERVICES BUILDING, 1401 JFK BOULEVARD, 5TH FLOOR, PHILADELPHIA, PA, 19102-1595 | US Mail (1st Class) |
| 81264 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), PAMELA.THURMOND@PHILA.GOV | E-mail |
| 81265 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 81264 | TRANS WORLD INTERNATIONAL, LLC, MEDIAAR@IMG.COM | E-mail |
| 81265 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000 | US Mail (1st Class) |
| 81264 | TRIPLE CROWN CONSULTING, LLC, AR@TRIPLECO.COM | E-mail |
| 81265 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071 | US Mail (1st Class) |
| 81264 | US COMPLIANCE SERVICES LLC, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 81266 | VALERIE BRAUN, VALERIE.BRAUN@AKERMAN.COM | E-mail |
| 81265 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |
| 81264 | VAYIKRA CAPITAL LLC, PHIL@DARIVOFF.NET | E-mail |
| 81266 | VINCENT F. ALEXANDER, VALEXANDER@SHUTTS.COM | E-mail |
| 81266 | WENDY LAMANA, WENDY.LAMANNA@SKADDEN.COM | E-mail |
| 81265 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 148**