*Form 256* (3/23)–doc 864 – 861

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Stream TV Networks, Inc. | ) | Case No. 23−10763−amc |
| | ) | |
| | ) | |
|     Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
|   Debtor(s). | ) | |

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [861] Notice of Appeal as served on December 5, 2024 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: WILLIAM A. HOMONY | CM/ECF |
| U.S. District Court | Email |
| Debtor: Stream TV Networks, Inc.<br>Joint Debtor: Technovative Media, Inc. | Regular mail through the BNC |
| Debtor's Attorney:<br>RAFAEL X. ZAHRALDDIN | CM/ECF |
| Joint Debtor's Attorney:<br>RAFAEL X. ZAHRALDDIN | CM/ECF |
| R.Adam Swick Esq Attorney for Visual Semiconductor Inc<br>Andrew Belli Esq for Attorney for William A. Homony , Trustee<br>Steven Caponi Esq<br>Attorney for Hawk Investment Holdings | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: December 5, 2024

For The Court

Timothy B. McGrath
Clerk of Court