*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Stream TV Networks, Inc. ) | Case No. 23−10763−amc | |
| ) | | |
| ) | | |
|    Technovative Media, Inc. ) | Chapter: 11 | |
| ) | | |
|    Debtor(s). ) | Civil Case Number. | |

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered and dated November 20, 2024 by the Honorable Ashely M. Chan
   Notice of appeal filing fee ☑ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: December 5, 2024              For The Court

                                                                                  Timothy B. McGrath
                                                                                  Clerk of Court

---

Received Above material or record tile this day: December 5, 2024
Civil Action No. 24-cv-6498                          Signature: /s/ *Steve Tomas*
Miscellaneous     No._____              Date: 12/5/24
Assigned to Judge John M. Gallagher