IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| STREAM TV NETWORKS, INC., | Case No. 23-10763 (AMC) |
| Debtor.[1] | (Jointly Administered) |

### ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW,** it is hereby ORDERED that the motion to admit Alyssa Russell, Esquire, to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.

Dated: _____Dec. 5_____, 2024

BY THE COURT:

_____
Hon. Ashely M. Chan,
U.S.B.J.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.