UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*[1]<br><br>The Debtors. | Chapter 11<br><br>Bankr. Case No. 23-10763 (AMC)<br>(Jointly Administered) |

### JOINT NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): **Visual Semiconductor, Inc. and Rembrandt 3D Holding Ltd.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.
    ☐ Plaintiff
    ☐ Defendant
    ☐ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding.
    ☐ Debtor
    ☒ Creditor
    ☐ Trustee
    ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

    *ORDER (A) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (B) AUTHORIZING THE TRUSTEE TO ENTER INTO AND PERFORM DEBTORS' OBLIGATIONS UNDER THE ASSET PURCHASE AGREEMENT, (C) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (D) GRANTING RELATED RELIEF*

2. State the date on which the judgment—or the appealable order or decree—was entered:

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

79087927;1

ECF 860 – December 4, 2024

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  Visual Semiconductor, Inc.

   Attorney:
   AKERMAN LLP
   Donald N. David, SBN: 304846
   Mark Lichtenstein *(Admitted pro hac vice)*
   1251 Avenue of the Americas
   37th Floor
   New York, NY 10020
   Telephone: (212) 880-3800
   Email: donald.david@akerman.com
   mark.lichtenstein@akerman.com

   R. Adam Swick (Admitted *pro hac vice*)
   AKERMAN LLP
   500 West 5th Street, Suite 1210
   Austin, TX 78701
   Telephone: (737) 999-7103
   Facsimile:  (512) 623-6701
   Email: adam.swick@akerman.com

   John H. Thompson (Admitted *pro hac vice*)
   AKERMAN LLP
   750 Ninth Street, N.W. 750
   Washington, D.C. 20001
   Telephone: (202) 824-1760
   Facsimile:  (202) 393-5959
   Email: john.thompson@akerman.com

   Leif M. Clark
   Leif M Clark Consulting PLLC
   1105 Bonner
   Houston, TX 77007
   Telephone: (210) 663-5183
   Email: lmclark@leifmclark.com

2. Party: Rembrandt 3D Holding Ltd.

   Andrew DeMarco, Esq. (PA Bar No. 326294)
   ademarco@devlinlawfirm.com
   DEVLIN LAW FIRM LLC

|  |  |
|---|---|
|  | 1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>- and –<br><br>Chris Michaels, Esq.<br>michaels@bpmlegal.com<br>Brown & Michaels, PC<br>400 M & T Bank Building<br>118 North Tioga Street<br>Ithaca, NY 14850 |
| 3. Party: William A. Homony, Trustee | Attorney:<br>ANDREW J. BELLI<br>Coren & Ress, PC<br>2001 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Tel. No.: (215) 735-8700<br>Email: abelli@kcr-law.com<br><br>STEVEN M. COREN<br>Kaufman, Coren & Ress, P.C.<br>Two Commerce Square, Ste. 3900<br>2001 Market Street<br>Philadelphia, PA 19103-2713<br>Telephone: (215) 735-8700<br>Email: scoren@kcr-law.com<br><br>MICHAEL D. VAGNONI<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>(215) 665-3066<br>Fax : (215) 665-3165<br>Email: michael.vagnoni@obermayer.com |
| 4. Party: Hawk Investment Holdings, Ltd. | Attorney:<br>K&L GATES LLP<br>Steven L. Caponi<br>600 King Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 416-7000 |

3

        Email: steven.caponi@klgates.com

        Margaret R. Westbrook, Esq.
        Aaron S. Rothman, Esq.
        Jonathan N. Edel, Esq.
        K&L GATES LLP
        300 South Tryon Street, Suite 1000
        Charlotte, NC 28202
        Telephone: (704) 331-7400
        Email: margaret.westbrook@klgates.com
        aaron.rothman@klgates.com
        jon.edel@klgates.com

        Thomas A. Warns, Esq.
        K&L GATES LLP
        599 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 536-3900
        Email: tom.warns@klgates.com

5. Party:  SeeCubic, Inc.

        Joseph O. Larkin
        One Rodney Square 920 N. King Street
        Wilmington, Delaware 19801 Telephone:
        (302) 651-3000 Fax: (302) 651-3001

        Joseph.Larkin@skadden.com
        James J. Mazza, Jr.
        Justin M. Winerman
        320 South Canal Street Chicago, Illinois
        60606 Telephone: (312) 407-0700 Fax:
        (312) 407-0411
        James.Mazza@skadden.com
        Justin.Winerman@skadden.com

        Eben P. Colby
        Marley Ann Brumme
        500 Boylston Street, 23rd Floor Boston,
        Massachusetts 02116 Telephone: (617) 573-
        4800 Fax: (617) 573-4822
        Eben.Colby@skadden.com
        Marley.Brumme@skadden.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

79087927;1

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel. ☐

Dated: New York, New York
December 9, 2024

                                         **AKERMAN LLP**

By:  /s/ R. Adam Swick
      R. Adam Swick
      (Admitted *pro hac vice*)
      AKERMAN LLP
      500 West 5th Street, Suite 1210
      Austin, TX 78701
      Telephone: (737) 999-7103
      Facsimile: (512) 623-6701
      Email: adam.swick@akerman.com

      AKERMAN LLP
      Donald N. David, SBN: 304846
      Mark Lichtenstein *(Admitted pro hac vice)*
      1251 Avenue of the Americas
      37th Floor
      New York, NY 10020
      Telephone: (212) 880-3800
      Email: donald.david@akerman.com
            mark.lichtenstein@akerman.com

      John H. Thompson (Admitted *pro hac vice*)
      AKERMAN LLP
      750 Ninth Street, N.W. 750
      Washington, D.C. 20001
      Telephone: (202) 824-1760
      Facsimile: (202) 393-5959
      Email: john.thompson@akerman.com


      Leif M. Clark
      Leif M Clark Consulting PLLC
      1105 Bonner

Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclark@leifmclark.com

*Counsel for Visual Semiconductor, Inc.*

*/s/ Andrew DeMarco*
Andrew DeMarco, Esq. (PA Bar No. 326294)
ademarco@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

- and –

*/s/ Chris Michaels*
Chris Michaels, Esq.
michaels@bpmlegal.com
Brown & Michaels, PC
400 M & T Bank Building
118 North Tioga Street
Ithaca, NY 14850

*Attorneys for Rembrandt 3D Holding Ltd.*