# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC., <br><br> Appellant, <br><br> v. <br><br> STREAM TV NETWORKS, INC. *et al.*, <br><br> Debtors-in-Posess. <br><br> AND <br><br> WILLIAM A. HOMONY, *et al.*, <br><br> Trustees. | Civil No. 2:24-cv-06397-JMG |

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009, William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), appellee in the appeal noticed by Visual Semiconductor, Inc. ("VSI" or the "Appellant"), on November 27, 2024 (the "Appeal"), files this Designation of Additional Items to be Included in the Record on Appeal (the "Designation") in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with the Appeal.

1

4902-8462-3113 v2

**DESIGNATION**

1. On June 6, 2024, the Court entered the Order Granting a Motion to Approve Compromise under Rule 9019 [D.I. 653]. On June 20, 2024, the Appellant filed a Motion to Reconsider the Order Granting a Motion to Approve Compromise under Rule 9019 [D.I. 686]. On November 14, 2024, the Court entered an Order Denying the Appellant's Motion to Reconsider [D.I. 805]. On December 11, 2024, the Appellant filed the Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal [D.I. 883].

2. The Trustee respectfully designates the following additional items to be included in the appellate record pursuant to Bankruptcy Rule 8009:[1]

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 548 | 1/5/2024 | Memorandum Opinion Regarding Appointment of Chapter 11 Trustee |
| 549 | 1/5/2024 | Order Granting Motion to Appoint Chapter 11 Trustee |
| 554 | 1/9/2024 | Notice of Appointment of William A. Homony, CIRA as Chapter 11 Trustee |
| 825 | 11/27/2024 | Rembrandt's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion Seeking (I) Enforcement of the Temporary Restraining Order, (II) Sanctions Against Parties Who Violated the Temporary Restraining Order, and (III) Injunctive Relief |
| 826 | 11/27/2024 | VSI's Motion to Reconsider and/or Clarify November 14, 2024, Order Quashing the Remaining VSI Discovery |
| 827 | 11/27/2024 | VSI's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion to Reconsider and/or Clarify November 14, 2024, Order Quashing the Remaining VSI Discovery |
| 832 | 11/29/2024 | Trustee's Objection to Rembrandt's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion Seeking (I) |

---

[1] Unless otherwise indicated, all designated items include attached exhibits and declarations.

| | | |
|---|---|---|
| | | Enforcement of the Temporary Restraining Order, (II) Sanctions Against Parties Who Violated the Temporary Restraining Order, and (III) Injunctive Relief |
| 834 | 11/29/2024 | Trustee's Objection to VSI's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion to Reconsider and/or Clarify November 14, 2024, Order Quashing the Remaining VSI Discovery |
| 835 | 11/29/2024 | Trustee's Omnibus Response to VSI and Rembrandt's Objections to the Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 836 | 11/29/2024 | Hawk's Joinder to Trustee's Omnibus Response to VSI and Rembrandt's Objections to the Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 837 | 11/30/2024 | SeeCubic's Joinder to Trustee's Omnibus Response to VSI and Rembrandt's Objections to the Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 843 | 12/2/2024 | Order Denying VSI's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion to Reconsider and/or Clarify November 14, 2024, Order Quashing the Remaining VSI Discovery |
| 844 | 12/2/2024 | Order Denying Motion for Expedited Consideration, Shortened Time, and Limited |

|   |   | Notice of Motion Seeking (I) Enforcement of the Temporary Restraining Order, (II) Sanctions Against Parties Who Violated the Temporary Restraining Order, and (III) Injunctive Relief |
|---|---|---|
| 845 | 12/2/2024 | Trustee's Notice of No Auction to be Held and Selection of Successful Bidder |
| 850 | 12/3/2024 | Trustee's Declaration in Support of Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 852 | 12/3/2024 | J. Scott Victor's Declaration in Support of Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 876 | 12/9/2024 | Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 878 | 12/11/2024<br><br>***Transcript Attached as Exhibit "A"*** | Transcript of Hearing Held on December 4, 2024 |

**ADVERSARY PROCEEDING (In Re: Stream TV Networks, Inc. And Technovative Media, Inc. v. Shadron L. Stastney, et al.,** ADV. NO. 23-00057-MDC)

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 154 | 12/2/2024 | Order Denying Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion Seeking (I) Enforcement of the Temporary Restraining Order, (II) Sanctions Against Parties Who Violated the Temporary Restraining Order, and (III) Injunctive Relief |

## RESERVATION OF RIGHTS

The Trustee expressly reserves his right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to this appeal. This filing is made expressly subject to and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

/s/ Michael D. Vagnoni
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail addresses:
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William Homony, Chapter 11 Trustee*

and

Steven M. Coren, Esquire

5

4902-8462-3113 v2

                                                     Andrew J. Belli, Esquire
                                                     COREN & RESS, P.C.
                                                     Two Commerce Square
                                                     2001 Market Street, Suite 3900
                                                     Philadelphia, PA 19103
                                                     Tel: (215) 735-8700
                                                     Fax: (215) 735-5170
                                                     scoren@kcr-law.com
                                                     abelli@kcr-law.com
                                                     *Special Counsel to William Homony, Chapter 11 Trustee*

Dated:  December 26, 2024