*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Stream TV Networks, Inc. | ) | Case No. 23–10763–amc |
| | ) | |
| | ) | |
| Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
| Debtor(s). | ) | Civil Case Number. 24–6397 |

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan

Notice of appeal filing fee ☐ paid ☐ not paid

☑ Designation of Record on Appeal Filed Appellants Designation

☐ Designation of Record on Appeal Not Filed

Transcript of hearing held on 10-30-24 is retricted through 2-3-25.
Transcript of hearing held on 11-7-24 is restricted through 2-10-25
Transcritp of hearing held on 11-13-24 is restricted through 2-18-25.

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed

☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan

☐ Report and recommendation entered by the Honorable Ashely M. Chan

☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: December 23, 2024

For The Court

Timothy B. McGrath
Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                    Signature: _____
Miscellaneous No._____                  Date: _____
Assigned to Judge _____