UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al.*[1] | Bky Case No. 23-10763 (AMC) (Jointly Administered) |
| The Debtors. | |

**NOTICE OF HYBRID HEARING ON MOTION OF VISUAL SEMICONDUCTOR, INC. TO STAY THE ORDER (A) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (B) AUTHORIZING THE TRUSTEE TO ENTER INTO AND PERFORM DEBTORS' OBLIGATIONS UNDER THE ASSET PURCHASE AGREEMENT, (C) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (D) GRANTING RELATED RELIEF PENDING RESOLUTION OF APPEAL**

Visual Semiconductor, Inc. has filed the *Motion to Stay the Order (a) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, (b) Authorizing the Trustee to Enter into and Perform Debtors' Obligations under the Asset Purchase Agreement, (c) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (d) Granting Related Relief Pending Resolution of Appeal* (the "Motion") [ECF No. 898].

1.     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2.     **If you do not want the court to grant the relief sought in the above referenced Motion** or if you want the court to consider your view on the Motion, then on or before **January**

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

79318225;1

**22, 2025, you or your attorney must file a response to the Motion** (See Instructions on next page).

3. A hearing on the Motion has been scheduled to be held before the Honorable Ashley M. Chan, on **January 29, 2025 at 12:30 p.m**. at the United States Bankruptcy Court Courtroom #4, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. The hearing will be conducted "in-person" and "telephonically." Any attorney or party or representative of a party wishing to attend the Hearing and participate telephonically may do so as follows: **TELEPHONIC PROCEDURES FOR OUTSIDE CALLERS: Judge Chan – Phone Number: 646-828-7666; Meeting ID: 160 6807 8081**.

5. Please be advised that the Hearing may be adjourned or continued from time to time by the Bankruptcy Court or the Debtors without further notice to parties other than an announcement in Court at the Hearing or any adjourned Hearing.

6. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

7. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of his Notice.

8. Copies of the Motion referenced above may be inspected in the Office of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.paeb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents through the

79318225;1

Bankruptcy Court's website. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.

Additionally, copies of the Motion are available on the website maintained by the Debtors' claims and noticing agent, BMC Group, Inc. at www.bmcgroup.com/streamtv. Requests for copies of the Motion and further information regarding the hearing may also be made to counsel for the Plan Sponsor at the telephone number and address listed below.

### Filing Instructions

9. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

10. **If you are not required to file electronically**, you must file your response at:

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107]

11. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

12. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> R. Adam Swick
> AKERMAN LLP
> 500 West 5th Street, Suite 1210
> Austin, TX 78701
> Telephone: (737) 999-7103
> Facsimile: (512) 623-6701
> Email: adam.swick@akerman.com

79318225;1

Dated: New York, New York
December 30, 2024

**AKERMAN LLP**

By: */s/ R. Adam Swick*

Donald N. David (SBN # 304846)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3856
Facsimile: (212) 880-8965
Email: donald.david@akerman.com

-and-

R. Adam Swick (admitted *pro hac vice*)
500 W. 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7100
Facsimile: (512) 623-6701
Email: adam.swick@akerman.com

-and-

John H. Thompson (admitted pro hac vice)
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Facsimile: (202) 393-5959
Email: john.thompson@akerman.com

-and-

Leif M. Clark (Admitted Pro Hac Vice)
Leif M Clark Consulting PLLC
1105 Bonner
Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclark@leifmclark.com

*Attorneys for Visual Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on December 30, 2024 with notice sent electronically to all parties receiving electronic notices in this case pursuant to local rules of this Court, and that no further notice or service is necessary.

                /s/ R. Adam Swick
                R. Adam Swick

79318225;1