## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*[1]<br><br>The Debtors. | Chapter 11<br><br>Bky Case No. 23-10763 (AMC)<br>(Jointly Administered) |

### VISUAL SEMICONDUCTOR, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Local Rule 8012-1(b), any nongovernmental corporate party to a proceeding before this Court must file a statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of the party's stock and requires that every party to an appeal must identify on the Corporate Disclosure Statement every publicly owned corporation not a party to the appeal, if any, that has a financial interest in the outcome of the litigation and the nature of that interest. This information need be provided only if a party has something to report. Furthermore, pursuant to Local Rule 8012-1(d), the appellant shall provide a list identifying: 1) the debtor if not named in the caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is an active participant in the bankruptcy proceedings.

Visual Semiconductor, Inc. ("VSI"), by and through undersigned counsel, makes the following disclosure:

(1) VSI has no parent company, and no publicly held corporation who owns ten percent (10%) or more of VSI.

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

79319017;1

(2)     If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

Dated: New York, New York
       December 30, 2024                    **AKERMAN LLP**

                                            By:  */s/ R. Adam Swick*
                                                 Donald N. David (SBN # 304846)
                                                 1251 Avenue of the Americas, 37th Floor
                                                 New York, NY 10020
                                                 Telephone: (212) 880-3856
                                                 Facsimile: (212) 880-8965
                                                 Email: donald.david@akerman.com

                                                 -and-

                                                 R. Adam Swick (admitted *pro hac vice*)
                                                 500 W. 5th Street, Suite 1210
                                                 Austin, TX 78701
                                                 Telephone: (737) 999-7100
                                                 Facsimile: (512) 623-6701
                                                 Email: adam.swick@akerman.com

                                                 -and-

79319017;1

John H. Thompson (admitted pro hac vice)
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Facsimile: (202) 393-5959
Email: john.thompson@akerman.com

-and-

Leif M. Clark (Admitted Pro Hac Vice)
Leif M Clark Consulting PLLC
1105 Bonner
Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclark@leifmclark.com

*Attorneys for Visual Semiconductor, Inc*