**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC., | : | |
| Appellant, | : | |
| v. | : | Civil No. 2:24-cv-6498-JMG |
| STREAM TV NETWORKS, INC. *et al.*, | : | |
| Debtors-in-Possess. | : | |
| AND | : | |
| WILLIAM A. HOMONY, *et al.*, | : | |
| Trustees. | : | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), appellee in the appeal noticed by Visual Semiconductor, Inc. ("VSI" or the "Appellant"), on December 4, 2024 (the "Appeal"), files this Designation of Additional Items to be Included in the Record on Appeal (the "Designation") in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with the Appeal.

1

**DESIGNATION**

1.  On June 6, 2024, the Court entered the Order Granting a Motion to Approve Compromise under Rule 9019 [D.I. 653]. On September 30, 2024, the Trustee filed a Motion for (I) an Order (A) Approving the Bidding Procedures and Form of Asset Purchase Agreement for the Sale of Substantially all of the Debtors' Assets, (B) Establishing the Notice Procedures and Approving the Form and Manner of Notice Thereof and Scheduling a Sale by Auction, (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Scheduling a Sale Hearing, (E) Granting Expedited Consideration Pursuant to Local Rule of Bankruptcy Procedure 5070-1(g), and (F) Granting Related Relief, and (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [D.I. 750]. On November 20, 2024, the Court entered an Order Granting (A) Approving Bidding Procedures And Form Of Asset Purchase Agreement In Connection With The Sale Of Substantially All Of The Debtors' Assets, (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases, (C) Approving Procedures For Selection Of A Stalking Horse Bidder And Bid Protections, And (D) Granting Related Relief [D.I. 811]. On December 18, 2024, the Appellant filed the Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal [D.I. 892].

4897-6853-9146 v1

2. The Trustee respectfully designates the following additional items to be included in the appellate record pursuant to Bankruptcy Rule 8009:[1]

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 548 | 1/5/2024 | Memorandum Opinion Regarding Appointment of Chapter 11 Trustee |
| 549 | 1/5/2024 | Order Granting Motion to Appoint Chapter 11 Trustee |
| 554 | 1/9/2024 | Notice of Appointment of William A. Homony, CIRA as Chapter 11 Trustee |
| 630 | 5/6/2024 | Motion of William A. Homony in his Capacity as Chapter 11 Trustee for Entry of an Order Approving a Settlement Agreement and Mutual Release with Hawk Investment Holdings, Ltd., as Collateral Agent for The Secured Noteholders of Seecubic, Inc., Pursuant To Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) |
| 642 | 5/20/2024 | Objection of Visual Semiconductor, Inc. to the Motion of the Chapter 11 Trustee to Approve Settlement Agreement And Mutual Release with Hawk Investment Holdings, Ltd, as Collateral Agent for The Secured Noteholders of Seecubic, Inc., Pursuant to Fed. R. Bankr. P. 9109(a) and 11 U.S.C. § 105 |
| 653 | 6/6/2024 | Order Approving a Settlement Agreement and Mutual Release with Hawk Investment Holdings, Ltd. ("Hawk"), as Collateral Agent for the secured noteholders of SeeCubic, Inc. ("SeeCubic"), Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) |
| 657 | 6/12/2024 | Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 660 | 6/13/2024 | Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 663 | 6/14/2024 | Hawk Investment Holdings Ltd.'s Limited Objection to Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |

---

[1] Unless otherwise indicated, all designated items include attached exhibits and declarations.

4897-6853-9146 v1

| 670 | 6/17/2024  *Transcript Attached as Exhibit "A"* | Transcript of Hearing Held on June 5, 2024 |
|---|---|---|
| 682 | 6/20/2024 | Order Granting Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 686 | 6/20/2024 | Visual Semiconductor, Inc.'s Motion to Reconsider and/or Clarify Order Approving Settlement Agreement Between Chapter 11 Trustee and Hawk Investment Holdings, Ltd (ECF No. 653) |
| 700 | 7/5/2024 | Opposition of William A. Homony In His Capacity as Chapter 11 Trustee to Motion of Visual Semiconductor, Inc. to Reconsider and/or Clarify Order Approving Settlement Agreement Between Chapter 11 Trustee and Hawk Investment Holdings, Ltd. |
| 732 | 9/6/2024 | Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 740 | 9/18/2024 | Certificate of No Response to Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 741 | 9/20/2024 | Order Granting Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 798 | 11/12/2024 | Praecipe to Supplement VSI's Objection to Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 802 | 11/12/2024 | Visual Semiconductor, Inc.'s Witness and Exhibit List for November 13 Hearing |
| 805 | 11/14/2024 | Order Denying Motion for Reconsideration; Granting Motion to Quash with Respect to the Remaining VSI Discovery Requests; Denying Motion to Compel with Respect to Remaining Discovery Requests. |

4897-6853-9146 v1

| | | |
|---|---|---|
| 809 | 11/19/2024 | Proposed Order (A) Approving the Bidding Procedures and Form of Asset Purchase Agreement for the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Procedures for Selection of a Stalking Horse Bidder and Bid Protections, and (D) Granting Related Relief |
| 810 | 11/19/2024 | Schedules to Asset Purchase Agreement/ Asset List of Stream and Technovative |
| 835 | 11/29/2024 | Trustee's Omnibus Response to VSI and Rembrandt's Objections to the Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 836 | 11/29/2024 | Hawk's Joinder to Trustee's Omnibus Response to VSI and Rembrandt's Objections to the Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 837 | 11/30/2024 | SeeCubic's Joinder to Trustee's Omnibus Response to VSI and Rembrandt's Objections to the Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |

4897-6853-9146 v1

| | | |
|---|---|---|
| 841 | 12/2/2024 | Interested Party Leia Inc.'s Reservation of Rights regarding Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 845 | 12/2/2024 | Trustee's Notice of No Auction to be Held and Selection of Successful Bidder |
| 850 | 12/3/2024 | Trustee's Declaration in Support of Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 852 | 12/3/2024 | J. Scott Victor's Declaration in Support of Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 853 | 12/4/2024 | Praecipe to Amend and Substitute Exhibit "C" to Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 876 | 12/9/2024 | Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |

4897-6853-9146 v1

| 878 | 12/11/2024 *Transcript Attached as Exhibit "B"* | Transcript of Hearing Held on December 4, 2024 |
|---|---|---|

## **RESERVATION OF RIGHTS**

The Trustee expressly reserves his right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to this appeal. This filing is made expressly subject to and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

*/s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail addresses:
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William Homony, Chapter 11 Trustee*

and

Steven M. Coren, Esquire
Andrew J. Belli, Esquire
COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com

4897-6853-9146 v1

        abelli@kcr-law.com
        *Special Counsel to William Homony, Chapter 11 Trustee*

Dated: January 2, 2025

4897-6853-9146 v1