*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Stream TV Networks, Inc. ) | | Case No. 23−10763−amc |
| ) | | |
| ) | | |
|    Technovative Media, Inc. ) | | Chapter: 11 |
| ) | | |
|    Debtor(s). ) | | Civil Case Number. 24−6397 |

## Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan

Notice of appeal filing fee ☐ paid ☐ not paid

    ☑ Designation of Record on Appeal Filed Appellee Designation (transcript of hearing held on 12/4/2024 restricted through 3/11/2025)

    ☐ Designation of Record on Appeal Not Filed

    ☐ Supplemental certificate of appeal

    ☐ Motion for leave to appeal filed
    ☐ Answer to motion filed

    ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
    ☐ Report and recommendation entered by the Honorable Ashely M. Chan
    ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: December 27, 2024                                        For The Court

                                                                                Timothy B. McGrath
                                                                                Clerk of Court

---

Received Above material or record tile this day: December 27, 2024
Civil Action No. 24-cv-6397                                    Signature: /s/Steve Tomas
   Miscellaneous    No._____          Date: December 27, 2024
Assigned to Judge John M. Gallagher