*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Stream TV Networks, Inc. | ) | Case No. 23−10763−amc |
| | ) | |
| | ) | |
|    Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
|    Debtor(s). | ) | Civil Case Number. 24−6498 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
- Notice of appeal filing fee ☐ paid ☐ not paid

- ☑ Designation of Record on Appeal Filed -<u>Appellant Designation</u>(Transcript of Hearing held on 11-7-24 is restricted through 2/10/2025
- ☐ Designation of Record on Appeal Not Filed
- ☐ Supplemental certificate of appeal
- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed
- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan  Report and recommendation entered by the Honorable Ashely M. Chan
- Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: December 30, 2024

                            For The Court

                            Timothy B. McGrath
                            Clerk of Court

___

Received Above material or record tile this day: _____
Civil Action No. _____                Signature: _____
Miscellaneous No._____           Date: _____
Assigned to Judge _____