*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Stream TV Networks, Inc. ) | Case No. 23−10763−amc |
| ) | |
| ) | |
|    Technovative Media, Inc. ) | Chapter: 11 |
| ) | |
|    Debtor(s). ) | Civil Case Number. 24−6498 |

## Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐  Certificate of appeal from order entered by the Honorable Ashely M. Chan

Notice of appeal filing fee ☐ paid     ☐ not paid

☑  Designation of Record on Appeal Filed Appellee Designation − Note −transcript of hearing held 12−4−24 is restricted through 3−11−25

☐  Designation of Record on Appeal Not Filed

☐  Supplemental certificate of appeal

☐  Motion for leave to appeal filed
☐  Answer to motion filed

☐  Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐  Report and recommendation entered by the Honorable Ashely M. Chan
☐  Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: January 3, 2025                                                       For The Court

                                                                                           Timothy B. McGrath
                                                                                           Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                 Signature: _____
Miscellaneous No._____               Date: _____
Assigned to Judge _____