*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Stream TV Networks, Inc. | ) | Case No. 23−10763−amc |
| | ) | |
| | ) | |
|    Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
|    Debtor(s). | ) | Civil Case Number. 24−6498 |

### Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
Notice of appeal filing fee  ☐ paid    ☐ not paid

☒ Designation of Record on Appeal Filed Appellee Designation − Note −transcript of hearing held 12−4−24 is restricted through 3−11−25

☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: January 3, 2025                                                           For The Court

                                                                                     Timothy B. McGrath
                                                                                     Clerk of Court

___

Received Above material or record tile this day: January 3, 2025
Civil Action No. 24-cv-6498                              Signature: /s/ *Steve Tomas*
   Miscellaneous   No._____           Date: 1/3/25
Assigned to Judge John M. Gallagher