# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VISUAL SEMICONDUCTOR, INC., : | |
| : | |
| Appellant, : | Civil No. 2:24-cv-6617-JMG |
| : | |
| v. : | |
| : | |
| STREAM TV NETWORKS, INC. *et al.*, : | |
| : | |
| Debtors-in-Posess. : | |
| : | |
| AND : | |
| : | |
| WILLIAM A. HOMONY, *et al.*, : | |
| : | |
| Trustees. : | |

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009, William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), appellee in the appeal jointly noticed by Visual Semiconductor, Inc. ("VSI") and Rembrandt 3D Holding, Ltd. ("Rembrandt" and together with VSI, the "Appellants"), on December 9, 2024 (the "Appeal"), files this Designation of Additional Items to be Included in the Record on Appeal (the "Designation") in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with the Appeal.

4918-4284-8270 v1

**DESIGNATION**

1.     On June 6, 2024, the Court entered the Order Granting a Motion to Approve Compromise under Rule 9019 [D.I. 653]. On September 30, 2024, the Trustee filed a Motion for (I) an Order (A) Approving the Bidding Procedures and Form of Asset Purchase Agreement for the Sale of Substantially all of the Debtors' Assets, (B) Establishing the Notice Procedures and Approving the Form and Manner of Notice Thereof and Scheduling a Sale by Auction, (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Scheduling a Sale Hearing, (E) Granting Expedited Consideration Pursuant to Local Rule of Bankruptcy Procedure 5070-1(g), and (F) Granting Related Relief, and (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [D.I. 750]. On November 20, 2024, the Court entered an Order Granting (A) Approving Bidding Procedures And Form Of Asset Purchase Agreement In Connection With The Sale Of Substantially All Of The Debtors' Assets, (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases, (C) Approving Procedures For Selection Of A Stalking Horse Bidder And Bid Protections, And (D) Granting Related Relief [D.I. 811]. On December 9, 2024, the Court entered an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief [D.I. 876]. On December 26, 2024, the Appellants filed their Statement of Issues and Designation of Items to be Included in the Record on Appeal [D.I. 900].

2.  The Trustee respectfully designates the following additional items to be included in the appellate record pursuant to Bankruptcy Rule 8009:[1]

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 548 | 1/5/2024 | Memorandum Opinion Regarding Appointment of Chapter 11 Trustee |
| 549 | 1/5/2024 | Order Granting Motion to Appoint Chapter 11 Trustee |
| 554 | 1/9/2024 | Notice of Appointment of William A. Homony, CIRA as Chapter 11 Trustee |
| 630 | 5/6/2024 | Motion of William A. Homony in his Capacity as Chapter 11 Trustee for Entry of an Order Approving a Settlement Agreement and Mutual Release with Hawk Investment Holdings, Ltd., as Collateral Agent for The Secured Noteholders of Seecubic, Inc., Pursuant To Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) |
| 642 | 5/20/2024 | Objection of Visual Semiconductor, Inc. to the Motion of the Chapter 11 Trustee to Approve Settlement Agreement And Mutual Release with Hawk Investment Holdings, Ltd, as Collateral Agent for The Secured Noteholders of Seecubic, Inc., Pursuant to Fed. R. Bankr. P. 9109(a) and 11 U.S.C. § 105 |
| 653 | 6/6/2024 | Order Approving a Settlement Agreement and Mutual Release with Hawk Investment Holdings, Ltd. ("Hawk"), as Collateral Agent for the secured noteholders of SeeCubic, Inc. ("SeeCubic"), Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) |
| 657 | 6/12/2024 | Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 660 | 6/13/2024 | Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 663 | 6/14/2024 | Hawk Investment Holdings Ltd.'s Limited Objection to Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |

---

[1] Unless otherwise indicated, all designated items include attached exhibits and declarations.

| 670 | 6/17/2024 *Transcript Attached as Exhibit "A"* | Transcript of Hearing Held on June 5, 2024 |
|---|---|---|
| 682 | 6/20/2024 | Order Granting Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 686 | 6/20/2024 | Visual Semiconductor, Inc.'s Motion to Reconsider and/or Clarify Order Approving Settlement Agreement Between Chapter 11 Trustee and Hawk Investment Holdings, Ltd (ECF No. 653) |
| 700 | 7/5/2024 | Opposition of William A. Homony In His Capacity as Chapter 11 Trustee to Motion of Visual Semiconductor, Inc. to Reconsider and/or Clarify Order Approving Settlement Agreement Between Chapter 11 Trustee and Hawk Investment Holdings, Ltd. |
| 732 | 9/6/2024 | Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 740 | 9/18/2024 | Certificate of No Response to Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 741 | 9/20/2024 | Order Granting Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 798 | 11/12/2024 | Praecipe to Supplement VSI's Objection to Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 799 | 11/12/2024 | Motion to Extend time to Deadlines, Timing, and Amount of Certain Obligations in the Sharing and Carve-Out Agreement Between the Trustee and Hawk Investment Holdings, Ltd. as Collateral Agent of the Secured Noteholders of SeeCubic, Inc., and for Related Relief |

4918-4284-8270 v1

| 802 | 11/12/2024 | Visual Semiconductor, Inc.'s Witness and Exhibit List for November 13 Hearing |
|---|---|---|
| 805 | 11/14/2024 | Order Denying Motion for Reconsideration; Granting Motion to Quash with Respect to the Remaining VSI Discovery Requests; Denying Motion to Compel with Respect to Remaining Discovery Requests. |
| 809 | 11/19/2024 | Proposed Order (A) Approving the Bidding Procedures and Form of Asset Purchase Agreement for the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Procedures for Selection of a Stalking Horse Bidder and Bid Protections, and (D) Granting Related Relief |
| 841 | 12/2/2024 | Interested Party Leia Inc.'s Reservation of Rights regarding Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 845 | 12/2/2024 | Trustee's Notice of No Auction to be Held and Selection of Successful Bidder |
| 895 | 12/19/2024 | Order Granting Motion to Extend Deadlines, Timing, and Amount of Certain Obligations in the Sharing and Carve-Out Agreement between the Trustee and Hawk Investment Holdings Ltd. as Collateral Agent of the Secured Noteholders of SeeCubic, Inc. and for Related Relief |
| 915 | 1/6/2025 | Notice of Closing on Sale of Substantially All of the Assets of Stream TV Networks, Inc. and Technovative Media Inc. |
| 916 | 1/8/2025 | Opinion on Order Approving the Sale of Substantially All Assets of Stream TV Networks, Inc. and Technovative Media Inc. to SeeCubic, Inc. |

## **RESERVATION OF RIGHTS**

The Trustee expressly reserves his right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to this appeal. This filing is made expressly subject to and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

*/s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail addresses:
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William Homony, Chapter 11 Trustee*

and

Steven M. Coren, Esquire
Andrew J. Belli, Esquire
COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
abelli@kcr-law.com
*Special Counsel to William Homony, Chapter 11 Trustee*

Dated: January 9, 2025

4918-4284-8270 v1