*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Stream TV Networks, Inc. | ) | Case No. 23−10763−amc |
| | ) | |
|    Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
|    Debtor(s). | ) | Civil Case Number. 24−6617 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan

Notice of appeal filing fee ☐ paid ☐ not paid

☒ Designation of Record on Appeal Filed Appellant, Rembrandt 3D Holding, LTD designation −

☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

Transcript of hearing held 11/13/24 is restricted through 2-18-25; Transcript of hearing held on 12-4-24 is restricted through 3-11-25; Transcript of hearing held 12/18/24 is restricted through 3/31/25

☐ Motion for leave to appeal filed

☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan

☐ Report and recommendation entered by the Honorable Ashely M. Chan

☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: January 8, 2025                        For The Court

                                                            Timothy B. McGrath
                                                            Clerk of Court

---

Received Above material or record tile this day: January 8, 2025
Civil Action No. 24-cv-6617                      Signature: */s/ Steve Tomas*
   Miscellaneous   No._____           Date: 1/8/25
Assigned to Judge John M. Gallagher