# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re:** | : | Chapter 11 |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al.* | : | Bankruptcy No. 23-10763 (AMC) |
|  | : |  |
| Debtors. | : | (Jointly Administered)[1] |
|  | : |  |

**ORDER DENYING MOTION OF VISUAL SEMICONDUCTOR, INC. TO STAY THE ORDER (A) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING THE TRUSTEE TO ENTER INTO AND PERFORM DEBTORS' OBLIGATIONS UNDER THE ASSET PURCHASE AGREEMENT, (C) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND GRANTING RELATED RELIEF <u>PENDING RESOLUTION APPEAL</u>**

**AND NOW** this _____ day of _____, 2025, upon consideration of the Motion of Visual Semiconductor, Inc. ("VSI") to Stay the Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Trustee to Enter Into and Perform Debtors' Obligations Under the Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and Granting Related Relief Pending Resolution Appeal (the "Motion") and William A. Homony's, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative," and collectively with Stream, the "Debtors") Response to the Motion (the "Response")[2], and cause therefore having been demonstrated, it is hereby **ORDERED** as follows:

1. The Motion is **DENIED**; and

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned cases. (D.I. #81).
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Response.

4898-0213-6335 v3

    2.    The Motion and the relief sought therein are deemed **MOOT**.

BY THE COURT:

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

4898-0213-6335 v3