# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*[1]<br><br>The Debtors. | Chapter 11<br><br>Bankr. Case No. 23-10763 (AMC)<br>(Jointly Administered) |

## JOINT NOTICE OF APPEAL AND STATEMENT OF ELECTION[2]

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): **Visual Semiconductor, Inc. and Rembrandt 3D Holding Ltd.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   *ORDER* denying Stay Motion.

2. State the date on which the judgment—or the appealable order or decree—was entered:

   ECF No. 938 – January 29, 2025.

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

[2] The Appellants will move to consolidate this appeal with the other appeals currently pending before the District Court for the Eastern District of Pennsylvania, Case Nos. 24-cv-02727-JMG, 24-cv-06397-JMG, 24-cv-06617-JMG and 24-cv-06498-JMG.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:   Visual Semiconductor, Inc.

    Attorney:
    AKERMAN LLP
    Donald N. David, SBN: 304846
    Mark Lichtenstein *(Admitted pro hac vice)*
    1251 Avenue of the Americas
    37th Floor
    New York, NY 10020
    Telephone: (212) 880-3800
    Email: donald.david@akerman.com
            mark.lichtenstein@akerman.com

    R. Adam Swick (Admitted *pro hac vice*)
    AKERMAN LLP
    500 West 5th Street, Suite 1210
    Austin, TX 78701
    Telephone: (737) 999-7103
    Facsimile:   (512) 623-6701
    Email: adam.swick@akerman.com

    John H. Thompson (Admitted *pro hac vice*)
    AKERMAN LLP
    750 Ninth Street, N.W. 750
    Washington, D.C. 20001
    Telephone: (202) 824-1760
    Facsimile:   (202) 393-5959
    Email: john.thompson@akerman.com

    Leif M. Clark
    Leif M Clark Consulting PLLC
    1105 Bonner
    Houston, TX 77007
    Telephone: (210) 663-5183
    Email: lmclark@leifmclark.com

2. Party: Rembrandt 3D Holding Ltd.

    Andrew DeMarco, Esq.
    (PA Bar No. 326294)
    ademarco@devlinlawfirm.com
    DEVLIN LAW FIRM LLC
    1526 Gilpin Avenue
    Wilmington, DE 19806

PAGE   \* MERGEFORMAT

|   |   |
|---|---|
|   | Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>- and –<br><br>Chris Michaels, Esq.<br>michaels@bpmlegal.com<br>Brown & Michaels, PC<br>400 M & T Bank Building<br>118 North Tioga Street<br>Ithaca, NY 14850 |
| 3. Party:  William A. Homony, Trustee | Attorney:<br>ANDREW J. BELLI<br>Coren & Ress, PC<br>2001 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Tel. No.: (215) 735-8700<br>Email: abelli@kcr-law.com<br><br>STEVEN M. COREN<br>Kaufman, Coren & Ress, P.C.<br>Two Commerce Square, Ste. 3900<br>2001 Market Street<br>Philadelphia, PA 19103-2713<br>Telephone: (215) 735-8700<br>Email: scoren@kcr-law.com<br><br>MICHAEL D. VAGNONI<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>(215) 665-3066<br>Fax : (215) 665-3165<br>Email: michael.vagnoni@obermayer.com |
| 4.  Party:  Hawk Investment Holdings, Ltd. | Attorney:<br>K&L GATES LLP<br>Steven L. Caponi<br>600 King Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 416-7000<br>Email: steven.caponi@klgates.com |

                                                  Margaret R. Westbrook, Esq.
Aaron S. Rothman, Esq.
Jonathan N. Edel, Esq.
K&L GATES LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7400
Email: margaret.westbrook@klgates.com
aaron.rothman@klgates.com
jon.edel@klgates.com

Thomas A. Warns, Esq.
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900
Email: tom.warns@klgates.com

5. Party:  SeeCubic, Inc.

Joseph O. Larkin
One Rodney Square 920 N. King Street
Wilmington, Delaware 19801 Telephone: (302) 651-3000 Fax: (302) 651-3001

Joseph.Larkin@skadden.com
James J. Mazza, Jr.
Justin M. Winerman
320 South Canal Street Chicago, Illinois 60606 Telephone: (312) 407-0700 Fax: (312) 407-0411
James.Mazza@skadden.com
Justin.Winerman@skadden.com

Eben P. Colby
Marley Ann Brumme
500 Boylston Street, 23rd Floor Boston, Massachusetts 02116 Telephone: (617) 573-4800 Fax: (617) 573-4822
Eben.Colby@skadden.com
Marley.Brumme@skadden.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have

the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

> Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel. ☒

Dated: New York, New York
      February 11, 2025        **AKERMAN LLP**

By: */s/ R. Adam Swick*
    R. Adam Swick (Admitted *pro hac vice*)
    AKERMAN LLP
    500 West 5th Street, Suite 1210
    Austin, TX 78701
    Telephone: (737) 999-7103
    Facsimile:   (512) 623-6701
    Email: adam.swick@akerman.com

    AKERMAN LLP
    Donald N. David, SBN: 304846
    Mark Lichtenstein *(Admitted pro hac vice)*
    1251 Avenue of the Americas
    37th Floor
    New York, NY 10020
    Telephone: (212) 880-3800
    Email: donald.david@akerman.com
          mark.lichtenstein@akerman.com

    John H. Thompson (Admitted *pro hac vice*)
    AKERMAN LLP
    750 Ninth Street, N.W. 750
    Washington, D.C. 20001
    Telephone: (202) 824-1760
    Facsimile:   (202) 393-5959
    Email: john.thompson@akerman.com

    Leif M. Clark
    Leif M Clark Consulting PLLC
    1105 Bonner
    Houston, TX 77007
    Telephone: (210) 663-5183
    Email: lmclark@leifmclark.com

*Counsel for Visual Semiconductor, Inc.*

By: */s/ Andrew DeMarco*
Andrew DeMarco, Esq.
(PA Bar No. 326294)
ademarco@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

- and –

Chris Michaels, Esq.
michaels@bpmlegal.com
BROWN & MICHAELS, PC
400 M & T Bank Building
118 North Tioga Street
Ithaca, NY 14850
Telephone: (607) 256-2000

*Attorneys for Rembrandt 3D Holding Ltd.*