### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | Bankruptcy No. 23-10763 (AMC) |
| | : | (Jointly Administered)[1] |
| **Debtors.** | : | |
| | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION OF WILLIAM A. HOMONY, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE, TO SET AN <u>ADMINISTRATIVE CLAIM BAR DATE</u>

The undersigned hereby certifies that, as of February 11, 2025, William A. Homony, Chapter 11 Trustee, has received no answer, objection or other responsive pleading to the Motion to Set an Administrative Claim Bar Date (the "Motion") [D.I. 929] filed on January 17, 2025. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to Notice of Application filed on January 21, 2025 [D.I. 930], objections to the Application were to be filed and served no later than January 29, 2025.

It is hereby respectfully requested that the Order Granting Motion, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: February 12, 2025

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3066 – Phone
(215) 665-3165 – Facsimile
*Counsel to William A. Homony, Chapter 11 Trustee*

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4932-8434-8953 v1