IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (AMC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)**[1] |
| | : | |

## ORDER GRANTING MOTION OF WILLIAM A. HOMONY, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE, TO SET AN ADMINISTRATIVE CLAIM BAR DATE

AND NOW, on this 12th day of Feb., 2025, upon consideration of the Motion of William A. Homony, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative," and collectively with Stream, the "Debtors") to Set an Administrative Claim Bar Date (the "Motion"), and in consideration of any responses thereto,

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is **GRANTED** to the extent set forth herein.

2. Any person asserting a claim for administrative priority expenses pursuant to 11 U.S.C. § 503 must file a formal Motion for Allowance of Administrative Expense no later than thirty (30) days after the date of this Order.

3. All such requests for payment of administrative expenses must be in compliance with L.B.R. 3002-2 and must include supporting documentation substantiating the amount and validity of the claim.

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.* Case No. 23-10764 (AMC) (D.I. #81).

4921-3263-6442 v2

4. This Order shall not apply to the compensation and expense reimbursement requests of the Trustee and any of the Trustee's professionals, the Debtors' professionals and governmental entities as set forth in the Motion.

BY THE COURT:

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

4921-3263-6442 v2