**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STREAM TV NETWORKS, INC., *et al.*,<br>    Debtors-in-Possession,<br><br>v.<br><br>REMBRANDT 3D HOLDING LTD.,<br>    Creditor,<br><br>    AND<br><br>WILLIAM A. HOMONY,<br>    Trustee. | Civil No. 2:24-cv-02727-JMG |
| VISUAL SEMICONDUCTOR, INC.,<br>    Appellant,<br><br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>    Debtors-in-Possession,<br><br>    AND<br><br>WILLIAM A. HOMONY,<br>    Trustee. | Civil No. 2:24-cv-06397-JMG |
| VISUAL SEMICONDUCTOR, INC.,<br>    Appellant,<br><br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>    Debtors-in-Possession,<br><br>    AND<br><br>WILLIAM A. HOMONY,<br>    Trustee. | Civil No. 2:24-cv-06498-JMG |

4921-0766-6461 v2

|  | : |  |
| VISUAL SEMICONDUCTOR, INC., | : | |
| Appellant, | : | |
|  | : | Civil No. 2:24-cv-06617-JMG |
| v. | : | |
|  | : | |
| STREAM TV NETWORKS, INC., *et al.*, | : | |
| Debtors-in-Possession, | : | |
|  | : | |
| AND | : | |
|  | : | |
| WILLIAM A. HOMONY, | : | |
| Trustee. | : | |
|  | : | |

## APPELLEE'S SUPPLEMENTAL DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), by and through his undersigned counsel, hereby submits this supplemental designation of additional items to be included in the record on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8009(e) and the Trustee's previous reservation of his right to supplement or modify previously filed designations. The Trustee respectfully requests that the record be supplemented with the following documents that have been omitted from previous designations but are part of the bankruptcy record and should have been transmitted to the Court. True and correct copies of said documents are included in the Trustee's appellate appendix[1] as indicated below:

---

[1] The Trustee's Appendix was filed under each of the above captioned docket nos. as follows: No. 2:24-cv-02727-JMG, D.I. 19-1 and 19-2; No. 2:24-cv-06397-JMG, D.I. 17-1 and 17-2; No. 2:24-cv-06498-JMG, D.I. 17-1 and 17-2; and No. 2:24-cv-06617-JMG, D.I. 17-1 and 17-2.

## SUPPLEMENTAL DESIGNATION

*Stream TV Networks, Inc. (23-10763-AMC)*

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Appendix Page Nos. | Brief Description of the Document or Transcript |
|---|---|---|---|
| 53 | 3/29/2023 | TA1-TA5 | Schedule D - Creditors Who Hold Claims Secured by Property |
| 54 | 3/29/2023 | TA6-TA55 | Schedule E/F: Creditors Who Have Unsecured Claims |
| 58 | 3/29/2023 | TA56-TA68 | List of Equity Security Holders of Stream TV Networks, Inc. |
| 898 | 12/23/2024 | TA436-TA668 | Motion To Stay Pending Appeal Filed by Visual Semiconductor, Inc. |
| 906 | 12/23/2024 | TA669-TA673 | Notice of Motion To Stay Pending Appeal Filed by Visual Semiconductor, Inc. |
| 934 | 1/22/2025 | | Trustee's Response to Motion to Stay Pending Appeal filed by Visual Semiconductor, Inc. |
| 938 | 1/29/2025 | TA676-679 | Order Denying Motion To Stay Pending Appeal |
| N/A<br><br>Attached hereto as **Exhibit "A"** | N/A | TA680-TA684 | Claims Register Claims Number 1-1 through 26-1 |

*Technovative Media, Inc. (23-10764-AMC)*

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Trustee Appendix Page Nos. | Brief Description of the Document or Transcript |
|---|---|---|---|
| 1 | 3/15/2023 | TA685-TA696 | Chapter 11 Voluntary Petition of Technovative Media, Inc. |
| 3 | 3/15/2023 | TA697-TA698 | List of Creditors Who Have 20 Largest Unsecured Claims of Technovative Media, Inc. |
| 48 | 3/29/2023 | TA699-TA703 | Schedule D - Creditors Who Hold Claims Secured by Property |

| 50 | 3/29/2023 | TA704-TA708 | Schedule E/F: Creditors Who Have Unsecured Claims |
|---|---|---|---|
| N/A<br><br>Attached hereto as **Exhibit "B"** | N/A | TA709-TA710 | Claims Register<br>Claims Number 1-1 through 4-1 |

The Trustee's appendix also includes documents filed in Visual Semiconductor, Inc., Petitioner, E.D. Pa. No. 24-cv-06548-MRP (TA711-TA831), which were not part of the bankruptcy record below but are judicially noticeable in support of the Trustee's argument that the appeal is moot pursuant to 11 U.S.C. § 363(m). *See, e.g., In re Posiba, Inc.*, 2020 WL 5709286, at *4 (S.D. Cal. Sept. 24, 2020).

## <u>RESERVATION OF RIGHTS</u>

The Trustee expressly reserves his right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to these appeals. This filing is made expressly subject to and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

*/s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail addresses:
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William Homony, Chapter 11 Trustee*

and

Steven M. Coren, Esquire
Andrew J. Belli, Esquire
COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
abelli@kcr-law.com
*Special Counsel to William Homony, Chapter 11 Trustee*

Dated: February 21, 2025

4921-0766-6461 v2