# Exhibit A

# Eastern District of Pennsylvania
# Claims Register

### [23-10763-amc Stream TV Networks, Inc. and Technovative Media, Inc.](#)

| | |
|---|---|
| **Chief Judge:** Ashely M. Chan | **Chapter:** 11 |
| **Office:** Philadelphia | **Last Date to file claims:** 05/13/2025 |
| **Trustee:** WILLIAM A. HOMONY | **Last Date to file (Govt):** 08/11/2025 |

---

*Creditor:*       (14767055)
DeMartino and Associates LLC
875 Union Ave.
Boulder, CO 80304

**Claim No: 1**
*Original Filed Date*: 03/31/2023
*Original Entered Date*: 03/31/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $6250.00
Priority  claimed: $6250.00

*History:*

Details    1-1    03/31/2023 Claim #1 filed by DeMartino and Associates LLC, Amount claimed: $6250.00 (Administrator, EPOC)

*Description:*
*Remarks:*

---

*Creditor:*       (14773843)
Rembrandt 3D Holding Ltd
Suites 5&6 Horsfords Business Centre,
Long Point Road, Nevis, West Indies

**Claim No: 2**
*Original Filed Date*: 04/14/2023
*Original Entered Date*: 04/14/2023

*Status:*
*Filed by:* AT
*Entered by:* ANDREW PETER DEMARCO
*Modified:*

Amount claimed: $1212407000.00

*History:*

Details    2-1    04/14/2023 Claim #2 filed by Rembrandt 3D Holding Ltd, Amount claimed: $1212407000.00 (DEMARCO, ANDREW)

*Description:* (2-1) A settlement agreement with debtor dated May 23, 2021.
*Remarks:*

---

*Creditor:*       (14767089)
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

**Claim No: 3**
*Original Filed Date*: 04/25/2023
*Original Entered Date*: 04/25/2023

*Status:*
*Filed by:* CR
*Entered by:* JOHN F LINDINGER
*Modified:*

Amount claimed: $6032.60
Priority  claimed: $4775.77

*History:*

Details    3-1    04/25/2023 Claim #3 filed by Internal Revenue Service, Amount claimed: $6032.60 (LINDINGER, JOHN)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14776727)<br>City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankrupcty Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595<br>*No amounts claimed* | **Claim No: 4**<br>*Original Filed Date*: 04/26/2023<br>*Original Entered Date*: 04/26/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MEGAN N. HARPER<br>*Modified:* |

*History:*

| Details | 4-1 | 04/26/2023 Claim #4 filed by City of Philadelphia Law Department, Amount claimed: (HARPER, MEGAN) |
|---|---|---|

*Description:* (4-1) Unliquidated Claims
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14779644)<br>Matrex Exhibits Inc.<br>1755 South Naperville<br>Wheaton, IL 60189<br>Amount claimed: $107200.73 | **Claim No: 5**<br>*Original Filed Date*: 05/05/2023<br>*Original Entered Date*: 05/05/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

*History:*

| Details | 5-1 | 05/05/2023 Claim #5 filed by Matrex Exhibits Inc., Amount claimed: $107200.73 (Administrator, EPOC) |
|---|---|---|

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14783348)<br>Hawk Investment Holdings Ltd c/o Rosco Maunder<br>PO Box 232, Newport House, 15 the Grange<br>St Peter Port<br>Guernsey<br>GY14LA<br>UK<br>Amount claimed: $178432069.68   Amount allowed: $178432069.68 | **Claim No: 6**<br>*Original Filed Date*: 05/19/2023<br>*Original Entered Date*: 05/19/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Belinda W.<br>*Modified:* |

*History:*

| Details | 6-1 | 05/19/2023 Claim #6 filed by Hawk Investment Holdings Ltd c/o Rosco Maunder, Amount claimed: $178432069.68 (W., Belinda) |
|---|---|---|
| | 679 | 06/20/2024 Order Denying Rembrandt 3D Holding LTD.'s Objection to Proofs of Claims #:6 filed by Hawk Investment Holdings LTD as Collateral Agent, ,9 Filed by SLS Holdings VI, LLC, and No. 14 filed by SeeCubic, Inc.(related document(s)628). The Objection is Denied as moot. (K., Marie) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14783653)<br>Penn Park Investments LLC<br>2009 Chestnut Street<br>Philadelphia<br>Pennsylvania<br>, | **Claim No: 7**<br>*Original Filed Date*: 05/22/2023<br>*Original Entered Date*: 05/22/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

*History:*

| Details | 7-1 | 05/22/2023 Claim #7 filed by Penn Park Investments LLC, Amount claimed: $81372.70 (Administrator, EPOC) |
|---|---|---|

*Description:*
*Remarks:*

Amount claimed: $81372.70

*History:*

| Details | 7-1 | 05/22/2023 Claim #7 filed by Penn Park Investments LLC, Amount claimed: $81372.70 (Administrator, EPOC) |

*Description:*
*Remarks:*

| *Creditor:* (14783852) Jamuna Travels, Inc. 6439 Market Street Upper Darby, PA 19082-6439 | **Claim No: 8** *Original Filed Date*: 05/22/2023 *Original Entered Date*: 05/22/2023 | *Status:* *Filed by:* CR *Entered by:* EPOC Administrator *Modified:* |

Amount claimed: $130944.25

*History:*

| Details | 8-1 | 05/22/2023 Claim #8 filed by Jamuna Travels, Inc., Amount claimed: $130944.25 (Administrator, EPOC) |

*Description:*
*Remarks:*

| *Creditor:* (14767920) SLS Holdings VI, LLC c/o Brittany S. Ogden, Esq. QUARLES & BRADY LLP 33 East Main Street, Suite 900 Madison, Wisconsin 53703 | **Claim No: 9** *Original Filed Date*: 05/23/2023 *Original Entered Date*: 05/23/2023 | *Status:* *Filed by:* CR *Entered by:* DAVIS LEE WRIGHT *Modified:* |

Amount claimed: $17222484.06
Secured claimed: $17222484.06

*History:*

| Details | 9-1 | 05/23/2023 Claim #9 filed by SLS Holdings VI, LLC, Amount claimed: $17222484.06 (WRIGHT, DAVIS) |
| | 679 | 06/20/2024 Order Denying Rembrandt 3D Holding LTD.'s Objection to Proofs of Claims #:6 filed by Hawk Investment Holdings LTD as Collateral Agent, ,9 Filed by SLS Holdings VI, LLC, and No. 14 filed by SeeCubic, Inc.(related document(s)628). The Objection is Denied as moot. (K., Marie) |

*Description:* (9-1) Secured Proof of Claim
*Remarks:*

| *Creditor:* (14767075) Global Tax Management 656 E Swedesford Rd , Suite 200 Wayne, PA 19087 | **Claim No: 10** *Original Filed Date*: 05/19/2023 *Original Entered Date*: 05/23/2023 | *Status:* *Filed by:* CR *Entered by:* Virginia D. *Modified:* |

Amount claimed: $44515.81

*History:*

| Details | 10-1 | 05/19/2023 Claim #10 filed by Global Tax Management, Amount claimed: $44515.81 (D., Virginia) |

*Description:*
*Remarks:*

| *Creditor:* (14767135) Porter Digital Signage 241 N Caldwell Circle Downingtown, PA 19335 | **Claim No: 11** *Original Filed Date*: 05/23/2023 *Original Entered Date*: 05/23/2023 | *Status:* *Filed by:* CR *Entered by:* Jeffrey S Porter *Modified:* |

*History:*

| Details | 11-1 | 05/23/2023 Claim #11 filed by Porter Digital Signage, Amount claimed: $9000.00 (Porter, Jeffrey) |

*Description:* (11-1) Professional Services
*Remarks:* (11-1) Unpaid invoices

Amount claimed: $9000.00

*History:*

Details    11-1    05/23/2023 Claim #11 filed by Porter Digital Signage, Amount claimed: $9000.00 (Porter, Jeffrey)

*Description:* (11-1) Professional Services

*Remarks:* (11-1) Unpaid invoices

| | | |
|---|---|---|
| *Creditor:*    (14784305)<br>McCarter & English, LLP<br>Joseph Lubertazzi, Jr.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | **Claim No: 12**<br>*Original Filed Date*: 05/23/2023<br>*Original Entered Date*: 05/23/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

Amount claimed: $2859902.63

*History:*

Details    12-1    05/23/2023 Claim #12 filed by McCarter & English, LLP, Amount claimed: $2859902.63 (Administrator, EPOC)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (14784423)<br>Ian R. Liston, Esq., as Receiver Pendente Lite<br>222 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801-222 | **Claim No: 13**<br>*Original Filed Date*: 05/23/2023<br>*Original Entered Date*: 05/23/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

No amounts claimed

*History:*

Details    13-1    05/23/2023 Claim #13 filed by Ian R. Liston, Esq., as Receiver Pendente Lite, Amount claimed: (Administrator, EPOC)

*Description:*

*Remarks:* (13-1) Filer Comment: See Annex A.

| | | |
|---|---|---|
| *Creditor:*    (14784456)<br>SeeCubic, Inc.<br>c/o Skadden, Arps, Slate, Meagher & Flom<br>Attn: Eben P. Colby<br>500 Boylston Street<br>Boston, Massachusetts 02116 | **Claim No: 14**<br>*Original Filed Date*: 05/23/2023<br>*Original Entered Date*: 05/23/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Joseph Oliver Larkin<br>*Modified:* |

No amounts claimed

*History:*

Details    14-1    05/23/2023 Claim #14 filed by SeeCubic, Inc., Amount claimed: (Larkin, Joseph)

      679    06/20/2024 Order Denying Rembrandt 3D Holding LTD.'s Objection to Proofs of Claims #:6 filed by Hawk Investment Holdings LTD as Collateral Agent, ,9 Filed by SLS Holdings VI, LLC, and No. 14 filed by SeeCubic, Inc.(related document(s)628). The Objection is Denied as moot. (K., Marie)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14767171)<br>Wai Ming Chiu<br>1798 Cape Coral Dr<br>San Jose, CA 95133 | **Claim No: 15**<br>*Original Filed Date*: 05/24/2023<br>*Original Entered Date*: 05/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Donna R.<br>*Modified:* |

Amount claimed: $44386.09

*History:*

Details   15-1   05/24/2023 Claim #15 filed by Wai Ming Chiu, Amount claimed: $44386.09 (R., Donna)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14784678)<br>Marcum LLP<br>Attn: John Heller<br>201 East Las Olas Boulevard 21st Floor<br>Ft. Lauderdale FL 33301 | **Claim No: 16**<br>*Original Filed Date*: 05/23/2023<br>*Original Entered Date*: 05/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Donna R.<br>*Modified:* |

Amount claimed: $162654.34

*History:*

Details   16-1   05/23/2023 Claim #16 filed by Marcum LLP, Amount claimed: $162654.34 (R., Donna)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14784696)<br>IMG Media, Ltd.<br>Jennifer R. Hoover<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>1313 N. Market St., Ste 1201<br>Wilmington, DE 19801 | **Claim No: 17**<br>*Original Filed Date*: 05/24/2023<br>*Original Entered Date*: 05/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

Amount claimed: $426437.00

*History:*

Details   17-1   05/24/2023 Claim #17 filed by IMG Media, Ltd., Amount claimed: $426437.00 (Administrator, EPOC)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14784706)<br>Trans World International, LLC<br>c/o J. Hoover<br>Benesch Friedlander Coplan & Aronoff LLP<br>1313 N. Market St., Ste. 1201<br>Wilmington, DE 19801<br>Wilmington, DE 19801 | **Claim No: 18**<br>*Original Filed Date*: 05/24/2023<br>*Original Entered Date*: 05/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

Amount claimed: $480000.00

*History:*

Details   18-1   05/24/2023 Claim #18 filed by Trans World International, LLC, Amount claimed: $480000.00 (Administrator, EPOC)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14767041)<br>Cittone Demers & Arneri LLP<br>11 Broadway<br>Suite 615<br>New York, NY 10040 | **Claim No: 19**<br>*Original Filed Date*: 05/24/2023<br>*Original Entered Date*: 05/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

  Amount claimed: $6065.00

*History:*

Details    19-1    05/24/2023 Claim #19 filed by Cittone Demers & Arneri LLP, Amount claimed: $6065.00 (Administrator, EPOC)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14784805)<br>Siemens Industry Software Inc.<br>8005 SW Boeckman Road<br>Wilsonville, OR 97070-8005 | **Claim No: 20**<br>*Original Filed Date*: 05/24/2023<br>*Original Entered Date*: 05/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

  Amount claimed: $444816.13

*History:*

Details    20-1    05/24/2023 Claim #20 filed by Siemens Industry Software Inc., Amount claimed: $444816.13 (Administrator, EPOC)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14784807)<br>CT Lien Solutions<br>PO Box 301133<br>Dallas, TX 75303-1133 | **Claim No: 21**<br>*Original Filed Date*: 05/24/2023<br>*Original Entered Date*: 05/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

  Amount claimed: $262.10

*History:*

Details    21-1    05/24/2023 Claim #21 filed by CT Lien Solutions, Amount claimed: $262.10 (Administrator, EPOC)

*Description:*

*Remarks:* (21-1) Account Number (last 4 digits):3451

| | | |
|---|---|---|
| *Creditor:* (14767171)<br>Wai Ming Chiu<br>1798 Cape Coral Dr<br>San Jose, CA 95133 | **Claim No: 22**<br>*Original Filed Date*: 05/24/2023<br>*Original Entered Date*: 05/30/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Donna R.<br>*Modified:* |

  Amount claimed: $44386.09

*History:*

Details    22-1    05/24/2023 Claim #22 filed by Wai Ming Chiu, Amount claimed: $44386.09 (R., Donna)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (14786427)<br>US Legal Support<br>16825 Northchase Drive, ste 900<br>Houston, TX 77060 | **Claim No: 23**<br>*Original Filed Date*: 05/30/2023<br>*Original Entered Date*: 05/31/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Donna R.<br>*Modified:* |

  Amount claimed: $2164.97

*History:*

Details    23-1    05/30/2023 Claim #23 filed by US Legal Support, Amount claimed: $2164.97 (R., Donna)

*Description:*

*Remarks:*

2/18/25, 5:25 PM
Live Database Area

Case 23-10763-amc    Doc 953-1    Filed 02/21/25    Entered 02/21/25 14:36:58    Desc
Exhibit A - Stream TV Networks    Inc. Claims Register    Page 8 of 9

| | | |
|---|---|---|
| *Creditor:*  (14767134)<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | **Claim No: 24**<br>*Original Filed Date*: 06/08/2023<br>*Original Entered Date*: 06/08/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

  Amount claimed: $276931.00

*History:*

  Details  24-1  06/08/2023 Claim #24 filed by Polsinelli PC, Amount claimed: $276931.00 (Administrator, EPOC)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (14767031)<br>California Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | **Claim No: 25**<br>*Original Filed Date*: 07/14/2023<br>*Original Entered Date*: 07/14/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

  Amount claimed: $4952.34
  Priority  claimed: $4279.10

*History:*

  Details  25-1  07/14/2023 Claim #25 filed by California Franchise Tax Board, Amount claimed: $4952.34 (Administrator, EPOC)

*Description:*

*Remarks:* (25-1) Account Number (last 4 digits):2372

| | | |
|---|---|---|
| *Creditor:*  (14771263)<br>Rembrandt 3D Holding Ltd<br>c/o Andrew DeMarco<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806 | **Claim No: 26**<br>*Original Filed Date*: 10/22/2024<br>*Original Entered Date*: 10/22/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ANDREW PETER DEMARCO<br>*Modified:* |

  Amount claimed: $1212407000.00

*History:*

  Details  26-1  10/22/2024 Claim #26 filed by Rembrandt 3D Holding Ltd, Amount claimed: $1212407000.00 (DEMARCO, ANDREW)

*Description:*

*Remarks:*

# Claims Register Summary

**Case Name:** Stream TV Networks, Inc. and Technovative Media, Inc.
**Case Number:** 23-10763-amc
**Chapter:** 11
**Date Filed:** 03/15/2023
**Total Number Of Claims:** 26

| Total Amount Claimed* | $2,625,606,827.52 |
|---|---|
| Total Amount Allowed* | $178,432,069.68 |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | $17,222,484.06 | |
| **Priority** | $15,304.87 | |
| **Administrative** | | |
| **Unassigned (unsecured)** | $2,608,369,038.59 | $178,432,069.68 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/18/2025 17:25:27 | | | |
| **PACER Login:** | ormh0150 | **Client Code:** | 090561.0001 |
| **Description:** | Claims Register | **Search Criteria:** | 23-10763-amc Filed or Entered From: 1/1/1900 Filed or Entered To: 2/18/2025 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |