# Exhibit B

# Eastern District of Pennsylvania
# Claims Register

### 23-10764-amc Technovative Media, Inc.

| | |
|---|---|
| **Chief Judge:** Ashely M. Chan | **Chapter:** 11 |
| **Office:** Philadelphia | **Last Date to file claims:** 05/24/2023 |
| **Trustee:** WILLIAM A. HOMONY | **Last Date to file (Govt):** 09/11/2023 |

*Creditor:* (14783254) History
Hawk Investment Holdings Ltd c/o Rosco Maunder
PO Box 232 Newport House 15 the Grange
St Peter Port
Guernsey
GY14LA
UK

**Claim No: 1**
*Original Filed Date:* 05/19/2023
*Original Entered Date:* 05/19/2023

*Status:*
*Filed by:* CR
*Entered by:* Belinda W.
*Modified:*

Amount claimed: $17222484.06    Amount allowed: $17222484.06

*History:*

| Details | | 1-1 | 05/19/2023 | Claim #1 filed by Hawk Investment Holdings Ltd c/o Rosco Maunder, Amount claimed: $17222484.06 (W., Belinda) |
|---|---|---|---|---|
| | | 99 | 05/20/2024 | Objection to Claim Number 1,2,3 by Claimant Hawk Investment Holdings Ltd. (1); SLS Holdings VI, LLC (2); and SeeCubic, Inc. (3), respectively. Filed by Rembrandt 3D Holding Ltd.. (Attachments: # 1 Proposed Order)(DEMARCO, ANDREW) |
| | | 104 | 06/20/2024 | Order Denying Objection to Claim Number 1,2,3 by Claimant Hawk Investment Holdings Ltd. (1); SLS Holdings VI, LLC (2); and SeeCubic, Inc. (3), respectively (related document(s)99). (W., Christine) |

*Description:*
*Remarks:*

*Creditor:* (14784278)
SLS Holdings VI, LLC
Quarles & Brady LLP
Attn: Brittany S. Ogden, Esq.
33 East Main Street, Suite 900
Madison, Wisconsin 53703

**Claim No: 2**
*Original Filed Date:* 05/23/2023
*Original Entered Date:* 05/23/2023

*Status:*
*Filed by:* CR
*Entered by:* DAVIS LEE WRIGHT
*Modified:*

Amount claimed: $17222484.06
Secured claimed: $17222484.06

*History:*

| Details | | 2-1 | 05/23/2023 | Claim #2 filed by SLS Holdings VI, LLC, Amount claimed: $17222484.06 (WRIGHT, DAVIS) |
|---|---|---|---|---|
| | | 99 | 05/20/2024 | Objection to Claim Number 1,2,3 by Claimant Hawk Investment Holdings Ltd. (1); SLS Holdings VI, LLC (2); and SeeCubic, Inc. (3), respectively. Filed by Rembrandt 3D Holding Ltd.. (Attachments: # 1 Proposed Order)(DEMARCO, ANDREW) |
| | | 104 | 06/20/2024 | Order Denying Objection to Claim Number 1,2,3 by Claimant Hawk Investment Holdings Ltd. (1); SLS Holdings VI, LLC (2); and SeeCubic, Inc. (3), respectively (related document(s)99). (W., Christine) |

*Description:* (2-1) Secured Proof of Claim
*Remarks:*

2/18/25, 5:24 PM                                                   LIVE Database Area

Case 23-10763-amc    Doc 953-2    Filed 02/21/25    Entered 02/21/25 14:36:58    Desc
Exhibit B - Technovative Media, Inc. Claims Register    Page 3 of 4

| | | |
|---|---|---|
| Creditor: (14784457) | Claim No: 3 | Status: |
| SeeCubic, Inc. | Original Filed Date: 05/23/2023 | Filed by: CR |
| c/o Skadden, Arps, Slate, Meagher & Flom | Original Entered Date: 05/23/2023 | Entered by: Joseph Oliver Larkin |
| Attn: Eben P. Colby | | Modified: |
| 500 Boylston Street | | |
| Boston, Massachusetts 02116 | | |

No amounts claimed

History:

| Details | | 3-1 | 05/23/2023 | Claim #3 filed by SeeCubic, Inc., Amount claimed: (Larkin, Joseph) |
|---|---|---|---|---|
| | | 99 | 05/20/2024 | Objection to Claim Number 1,2,3 by Claimant Hawk Investment Holdings Ltd. (1); SLS Holdings VI, LLC (2); and SeeCubic, Inc. (3), respectively. Filed by Rembrandt 3D Holding Ltd.. (Attachments: # 1 Proposed Order)(DEMARCO, ANDREW) |
| | | 104 | 06/20/2024 | Order Denying Objection to Claim Number 1,2,3 by Claimant Hawk Investment Holdings Ltd. (1); SLS Holdings VI, LLC (2); and SeeCubic, Inc. (3), respectively (related document(s)99). (W., Christine) |

Description:

Remarks:

| | | |
|---|---|---|
| Creditor: (14784724) | Claim No: 4 | Status: |
| McCarter & English, LLP | Original Filed Date: 05/24/2023 | Filed by: CR |
| Joseph Lubertazzi, Jr. | Original Entered Date: 05/24/2023 | Entered by: EPOC Administrator |
| Four Gateway Center | | Modified: |
| 100 Mulberry Street | | |
| Newark, NJ 07102 | | |

Amount claimed: $2550256.65

History:

| Details | | 4-1 | 05/24/2023 | Claim #4 filed by McCarter & English, LLP, Amount claimed: $2550256.65 (Administrator, EPOC) |
|---|---|---|---|---|

Description:

Remarks:

# Claims Register Summary

**Case Name:** Technovative Media, Inc.
**Case Number:** 23-10764-amc
**Chapter:** 11
**Date Filed:** 03/15/2023
**Total Number Of Claims:** 4

| Total Amount Claimed* | $36,995,224.77 |
|---|---|
| Total Amount Allowed* | $17,222,484.06 |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $17,222,484.06 | |
| **Priority** | | |
| **Administrative** | | |
| **Unassigned (unsecured)** | $19,772,740.71 | $17,222,484.06 |

| PACER Service Center ||
|---|---|
| **Transaction Receipt** ||
| 02/18/2025 17:00:54 ||
| **PACER Login:** | ormh0150 | **Client Code:** | 090561.0001 |
| **Description:** | Claims Register | **Search Criteria:** | 23-10764-amc Filed or Entered From: 1/1/1900 Filed or Entered To: 2/18/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |