*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Stream TV Networks, Inc. ) | Case No. | 23−10763−amc |
| ) | | |
| ) | | |
|   Technovative Media, Inc. ) | Chapter: | 11 |
| ) | | |
|   Debtor(s). ) | Civil Case Number. | 24-2727, 24-6397, 24-6498 & 24-6617 |

## Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
- Notice of appeal filing fee ☐ paid ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☐ Designation of Record on Appeal Not Filed

- ☑ Supplemental certificate of appeal — Appellee's Designation of Additional Items To Be Included In The Record on Appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- ☐ Report and recommendation entered by the Honorable Ashely M. Chan
- ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: February 25, 2025

For The Court

Timothy B. McGrath
Clerk of Court

___

Received Above material or record tile this day: _____
Civil Action No. _____
Miscellaneous No. _____
Assigned to Judge _____

Signature: _____
Date: _____