## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STREAM TV NETWORKS, INC. et al.., | : | Bankruptcy No. 23-10763 (DJB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF APPLICATION, RESPONSE DEADLINE AND HEARING DATE

SSG Advisors, LLC. by and through its undersigned attorney, has filed an Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 105(a) (A) determining indemnification rights and (B) authorizing and directing William A. Homony, as Chapter 11 Trustee, to indemnify and reimburse applicant.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before March 25, 2025, you or your attorney must do all of the following:

    (a) File a response or objection explaining your position with the Clerk's office:

    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your response or objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

    Jeffrey Kurtzman, Esquire
    **Kurtzman l Steady, LLC**
    555 City Avenue, Suite 480
    Bala Cynwyd, PA 19004
    Telephone: (215) 839-1222
    Email: kurtzman@kurtzmansteady.com

      2.      If you or your attorney do not take the steps described in paragraphs l(a) and l(b) above and attend the hearing, the court may enter an order granting the relief requested in the application.

      3.      A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker on **April 1, 2025 at 1:00 p.m.** in Courtroom #2, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one file an answer.

Dated: March 4, 2025                          **KURTZMAN | STEADY, LLC**

                                                By__/s/ Jeffrey Kurtzman_____
                                                Jeffrey Kurtzman, Esquire
                                                555 City Avenue, Suite 480
                                                Bala Cynwyd, PA 19004
                                                Telephone: (215) 839-1222
                                                Email: kurtzman@kurtzmansteady.com

                                                Attorneys for SSG Advisors, LLC