IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br><br>  Appellant,<br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br><br>  Debtors-in-Possession,<br>and<br><br>WILLIAM HOMONY, *et al.*,<br><br>  Trustee. | Bankruptcy Appeal<br><br>Civil No. 2:24-cv-06397-JMG |
| VISUAL SEMICONDUCTOR, INC.,<br><br>  Appellant,<br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br><br>  Debtors-in-Possession,<br>and<br><br>WILLIAM HOMONY, *et al.*,<br><br>  Trustee. | Civil No. 2:24-cv-06498-JMG |
| VISUAL SEMICONDUCTOR, INC., *et al.*,<br><br>  Appellants,<br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br><br>  Debtors-in-Possession,<br>and<br><br>WILLIAM HOMONY, *et al.*,<br><br>  Trustee. | Civil No. 2:24-cv-06617-JMG<br><br>Appeal Related to Case No. 23-10763-AMC in the United States Bankruptcy Court for the Eastern District of Pennsylvania |

- 1 -

80266025;1

# APPELLANT'S SUPPLEMENTAL DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant Visual Semiconductor, Inc. ("VSI"), by and through its undersigned counsel, hereby submits this supplemental designation of additional items to be included in the record on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8009(e) and VSI's previous reservation of its right to supplement or modify previously filed designations. VSI respectfully requests that the record be supplemented with the following documents part of the bankruptcy record and should be transmitted to the Court. True and correct copies of said documents are included in VSI's appellant appendix[1] as indicated below:

## SUPPLEMENTAL DESIGNATION

| ITEM NO. | BANKR. DKT. NO. | DOCKET DATE | TITLE OF DOCUMENT |
|---|---|---|---|
| 1. | N/A | 02/25/25 | Visual Semiconductor Inc Administrative Proof of Claim No. 27 |
| 2. | N/A Attached hereto as **Exhibit "A"** | N/A | Claims Register as of February 25, 2025, Claims Numbers 1-1 through 27-1 |
| 3. | 966 | 03/04/25 | Visual Semiconductor Inc Motion for Administrative Expense Claim |

---

[1] VSI's Appendix was filed under each of the above captioned docket nos. as follows: No. 2:24-cv-06397-JMG, ECF, 16-1; No. 2:24-cv-06498-JMG, ECF 16-1; and No. 2:24-cv-06617-JMG, ECF 16-1.

80266025;1

## RESERVATION OF RIGHTS

VSI expressly reserves its right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to these appeals. This filing is made expressly subject to and without waiver of any and all rights, remedies, challenges, and objections.

Dated: New York, New York
      March 4, 2025               Respectfully submitted,

By:   */s/ R. Adam Swick*
     Donald N. David (SBN # 304846)
     AKERMAN LLP
     1251 Avenue of the Americas, 37th Floor
     New York, NY 10020
     Telephone: (212) 880-3856
     Facsimile: (212) 880-8965
     Email: donald.david@akerman.com

     -and-

     R. Adam Swick (admitted *pro hac vice*)
     AKERMAN LLP
     500 W. 5th Street, Suite 1210
     Austin, TX 78701
     Telephone: (737) 999-7100
     Email: adam.swick@akerman.com

     -and-

     John H. Thompson (admitted *pro hac vice*)
     AKERMAN LLP
     750 Ninth Street, N.W., Suite 750
     Washington, D.C. 20001
     Telephone: (202) 393-6222
     Facsimile: (202) 393-5959
     Email: john.thompson@akerman.com

     *Attorneys for Appellant Visual Semiconductor Inc.*

# EXHIBIT A

# Eastern District of Pennsylvania
# Claims Register

### [23-10763-amc Stream TV Networks, Inc. and Technovative Media, Inc.](#)

| | |
|---|---|
| **Chief Judge:** Ashely M. Chan | **Chapter:** 11 |
| **Office:** Philadelphia | **Last Date to file claims:** 05/13/2025 |
| **Trustee:** WILLIAM A. HOMONY | **Last Date to file (Govt):** 08/11/2025 |

| *Creditor:* (14767055)<br>DeMartino and Associates LLC<br>875 Union Ave.<br>Boulder, CO 80304 | **Claim No: 1**<br>*Original Filed Date*: 03/31/2023<br>*Original Entered Date*: 03/31/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |
|---|---|---|
| Amount claimed: $6250.00<br>Priority  claimed: $6250.00 | | |

| *History:* | | |
|---|---|---|
| Details | 1-1 | 03/31/2023 Claim #1 filed by DeMartino and Associates LLC, Amount claimed: $6250.00 (Administrator, EPOC) |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (14773843)<br>Rembrandt 3D Holding Ltd<br>Suites 5&6 Horsfords Business Centre,<br>Long Point Road, Nevis, West Indies | **Claim No: 2**<br>*Original Filed Date*: 04/14/2023<br>*Original Entered Date*: 04/14/2023 | *Status:*<br>*Filed by:* AT<br>*Entered by:* ANDREW PETER DEMARCO<br>*Modified:* |
|---|---|---|
| Amount claimed: $1212407000.00 | | |

| *History:* | | |
|---|---|---|
| Details | 2-1 | 04/14/2023 Claim #2 filed by Rembrandt 3D Holding Ltd, Amount claimed: $1212407000.00 (DEMARCO, ANDREW) |
| *Description:* (2-1) A settlement agreement with debtor dated May 23, 2021. | | |
| *Remarks:* | | |

| *Creditor:* (14767089)<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St.<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 | **Claim No: 3**<br>*Original Filed Date*: 04/25/2023<br>*Original Entered Date*: 04/25/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* JOHN F LINDINGER<br>*Modified:* |
|---|---|---|
| Amount claimed: $6032.60<br>Priority  claimed: $4775.77 | | |

| *History:* | | |
|---|---|---|
| Details | 3-1 | 04/25/2023 Claim #3 filed by Internal Revenue Service, Amount claimed: $6032.60 (LINDINGER, JOHN) |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (14776727) City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group, MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102-1595 | Claim No: 4 Original Filed Date: 04/26/2023 Original Entered Date: 04/26/2023 | Status: Filed by: CR Entered by: MEGAN N. HARPER Modified: |
|---|---|---|

No amounts claimed

*History:*

| Details | 4-1 | 04/26/2023 Claim #4 filed by City of Philadelphia Law Department, Amount claimed: (HARPER, MEGAN) |
|---|---|---|

*Description:* (4-1) Unliquidated Claims
*Remarks:*

| Creditor: (14779644) Matrex Exhibits Inc. 1755 South Naperville Wheaton, IL 60189 | Claim No: 5 Original Filed Date: 05/05/2023 Original Entered Date: 05/05/2023 | Status: Filed by: CR Entered by: EPOC Administrator Modified: |
|---|---|---|

Amount claimed: $107200.73

*History:*

| Details | 5-1 | 05/05/2023 Claim #5 filed by Matrex Exhibits Inc., Amount claimed: $107200.73 (Administrator, EPOC) |
|---|---|---|

*Description:*
*Remarks:*

| Creditor: (14783348) Hawk Investment Holdings Ltd c/o Rosco Maunder PO Box 232, Newport House, 15 the Grange St Peter Port Guernsey GY14LA UK | Claim No: 6 Original Filed Date: 05/19/2023 Original Entered Date: 05/19/2023 | Status: Filed by: CR Entered by: Belinda W. Modified: |
|---|---|---|

Amount claimed: $178432069.68    Amount allowed: $178432069.68

*History:*

| Details | 6-1 | 05/19/2023 Claim #6 filed by Hawk Investment Holdings Ltd c/o Rosco Maunder, Amount claimed: $178432069.68 (W., Belinda) |
|---|---|---|
|  | 679 | 06/20/2024 Order Denying Rembrandt 3D Holding LTD.'s Objection to Proofs of Claims #:6 filed by Hawk Investment Holdings LTD as Collateral Agent, ,9 Filed by SLS Holdings VI, LLC, and No. 14 filed by SeeCubic, Inc.(related document(s)628). The Objection is Denied as moot. (K., Marie) |

*Description:*
*Remarks:*

| Creditor: (14783653) Penn Park Investments LLC 2009 Chestnut Street Philadelphia Pennsylvania , | Claim No: 7 Original Filed Date: 05/22/2023 Original Entered Date: 05/22/2023 | Status: Filed by: CR Entered by: EPOC Administrator Modified: |
|---|---|---|

*History:*

| Details | 7-1 | 05/22/2023 Claim #7 filed by Penn Park Investments LLC, Amount claimed: $81372.70 (Administrator, EPOC) |
|---|---|---|

*Description:*
*Remarks:*

Amount claimed: $81372.70

*History:*

| Details | 7-1 | 05/22/2023 Claim #7 filed by Penn Park Investments LLC, Amount claimed: $81372.70 (Administrator, EPOC) |

*Description:*

*Remarks:*

---

*Creditor:* (14783852)
Jamuna Travels, Inc.
6439 Market Street
Upper Darby, PA 19082-6439

**Claim No: 8**
*Original Filed Date*: 05/22/2023
*Original Entered Date*: 05/22/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $130944.25

*History:*

| Details | 8-1 | 05/22/2023 Claim #8 filed by Jamuna Travels, Inc., Amount claimed: $130944.25 (Administrator, EPOC) |

*Description:*

*Remarks:*

---

*Creditor:* (14767920)
SLS Holdings VI, LLC
c/o Brittany S. Ogden, Esq.
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703

**Claim No: 9**
*Original Filed Date*: 05/23/2023
*Original Entered Date*: 05/23/2023

*Status:*
*Filed by:* CR
*Entered by:* DAVIS LEE WRIGHT
*Modified:*

Amount claimed: $17222484.06
Secured claimed: $17222484.06

*History:*

| Details | 9-1 | 05/23/2023 Claim #9 filed by SLS Holdings VI, LLC, Amount claimed: $17222484.06 (WRIGHT, DAVIS) |
| | 679 | 06/20/2024 Order Denying Rembrandt 3D Holding LTD.'s Objection to Proofs of Claims #:6 filed by Hawk Investment Holdings LTD as Collateral Agent, ,9 Filed by SLS Holdings VI, LLC, and No. 14 filed by SeeCubic, Inc.(related document(s)628). The Objection is Denied as moot. (K., Marie) |

*Description:* (9-1) Secured Proof of Claim

*Remarks:*

---

*Creditor:* (14767075)
Global Tax Management
656 E Swedesford Rd , Suite 200
Wayne, PA 19087

**Claim No: 10**
*Original Filed Date*: 05/19/2023
*Original Entered Date*: 05/23/2023

*Status:*
*Filed by:* CR
*Entered by:*
*Modified:*

Amount claimed: $44515.81

*History:*

| Details | 10-1 | 05/19/2023 Claim #10 filed by Global Tax Management, Amount claimed: $44515.81 (D., Virginia) |

*Description:*

*Remarks:*

---

*Creditor:* (14767135)
Porter Digital Signage
241 N Caldwell Circle
Downingtown, PA 19335

**Claim No: 11**
*Original Filed Date*: 05/23/2023
*Original Entered Date*: 05/23/2023

*Status:*
*Filed by:* CR
*Entered by:* Jeffrey S Porter
*Modified:*

*History:*

| Details | 11-1 | 05/23/2023 Claim #11 filed by Porter Digital Signage, Amount claimed: $9000.00 (Porter, Jeffrey) |

*Description:* (11-1) Professional Services

*Remarks:* (11-1) Unpaid invoices

Amount claimed: $9000.00

*History:*

| Details | 11-1 | 05/23/2023 Claim #11 filed by Porter Digital Signage, Amount claimed: $9000.00 (Porter, Jeffrey) |

*Description:* (11-1) Professional Services

*Remarks:* (11-1) Unpaid invoices

---

| *Creditor:* (14784305)<br>McCarter & English, LLP<br>Joseph Lubertazzi, Jr.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | **Claim No: 12**<br>*Original Filed Date*: 05/23/2023<br>*Original Entered Date*: 05/23/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

Amount claimed: $2859902.63

*History:*

| Details | 12-1 | 05/23/2023 Claim #12 filed by McCarter & English, LLP, Amount claimed: $2859902.63 (Administrator, EPOC) |

*Description:*

*Remarks:*

---

| *Creditor:* (14784423)<br>Ian R. Liston, Esq., as Receiver Pendente Lite<br>222 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801-222 | **Claim No: 13**<br>*Original Filed Date*: 05/23/2023<br>*Original Entered Date*: 05/23/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

No amounts claimed

*History:*

| Details | 13-1 | 05/23/2023 Claim #13 filed by Ian R. Liston, Esq., as Receiver Pendente Lite, Amount claimed: (Administrator, EPOC) |

*Description:*

*Remarks:* (13-1) Filer Comment: See Annex A.

---

| *Creditor:* (14784456)<br>SeeCubic, Inc.<br>c/o Skadden, Arps, Slate, Meagher & Flom<br>Attn: Eben P. Colby<br>500 Boylston Street<br>Boston, Massachusetts 02116 | **Claim No: 14**<br>*Original Filed Date*: 05/23/2023<br>*Original Entered Date*: 05/23/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Joseph Oliver Larkin<br>*Modified:* |

No amounts claimed

*History:*

| Details | 14-1 | 05/23/2023 Claim #14 filed by SeeCubic, Inc., Amount claimed: (Larkin, Joseph) |
| | 679 | 06/20/2024 Order Denying Rembrandt 3D Holding LTD.'s Objection to Proofs of Claims #:6 filed by Hawk Investment Holdings LTD as Collateral Agent, ,9 Filed by SLS Holdings VI, LLC, and No. 14 filed by SeeCubic, Inc.(related document(s)628). The Objection is Denied as moot. (K., Marie) |

*Description:*

*Remarks:*

| Creditor: (14767171)<br>Wai Ming Chiu<br>1798 Cape Coral Dr<br>San Jose, CA 95133 | Claim No: 15<br>Original Filed Date: 05/24/2023<br>Original Entered Date: 05/24/2023 | Status:<br>Filed by: CR<br>Entered by: Donna R.<br>Modified: |
|---|---|---|
| Amount claimed: $44386.09 | | |
| History:<br>Details  15-1  05/24/2023 Claim #15 filed by Wai Ming Chiu, Amount claimed: $44386.09 (R., Donna) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (14784678)<br>Marcum LLP<br>Attn: John Heller<br>201 East Las Olas Boulevard 21st Floor<br>Ft. Lauderdale FL 33301 | Claim No: 16<br>Original Filed Date: 05/23/2023<br>Original Entered Date: 05/24/2023 | Status:<br>Filed by: CR<br>Entered by: Donna R.<br>Modified: |
|---|---|---|
| Amount claimed: $162654.34 | | |
| History:<br>Details  16-1  05/23/2023 Claim #16 filed by Marcum LLP, Amount claimed: $162654.34 (R., Donna) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (14784696)<br>IMG Media, Ltd.<br>Jennifer R. Hoover<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>1313 N. Market St., Ste 1201<br>Wilmington, DE 19801 | Claim No: 17<br>Original Filed Date: 05/24/2023<br>Original Entered Date: 05/24/2023 | Status:<br>Filed by: CR<br>Entered by: EPOC Administrator<br>Modified: |
|---|---|---|
| Amount claimed: $426437.00 | | |
| History:<br>Details  17-1  05/24/2023 Claim #17 filed by IMG Media, Ltd., Amount claimed: $426437.00 (Administrator, EPOC) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (14784706)<br>Trans World International, LLC<br>c/o J. Hoover<br>Benesch Friedlander Coplan & Aronoff LLP<br>1313 N. Market St., Ste. 1201<br>Wilmington, DE 19801<br>Wilmington, DE 19801 | Claim No: 18<br>Original Filed Date: 05/24/2023<br>Original Entered Date: 05/24/2023 | Status:<br>Filed by: CR<br>Entered by: EPOC Administrator<br>Modified: |
|---|---|---|
| Amount claimed: $480000.00 | | |
| History:<br>Details  18-1  05/24/2023 Claim #18 filed by Trans World International, LLC, Amount claimed: $480000.00 (Administrator, EPOC) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (14767041)<br>Cittone Demers & Arneri LLP<br>11 Broadway<br>Suite 615<br>New York, NY 10040 | Claim No: 19<br>Original Filed Date: 05/24/2023<br>Original Entered Date: 05/24/2023 | Status:<br>Filed by: CR<br>Entered by: EPOC Administrator<br>Modified: |
|---|---|---|

Amount claimed: $6065.00

History:
Details   19-1   05/24/2023 Claim #19 filed by Cittone Demers & Arneri LLP, Amount claimed: $6065.00 (Administrator, EPOC)

Description:
Remarks:

| Creditor: (14784805)<br>Siemens Industry Software Inc.<br>8005 SW Boeckman Road<br>Wilsonville, OR 97070-8005 | Claim No: 20<br>Original Filed Date: 05/24/2023<br>Original Entered Date: 05/24/2023 | Status:<br>Filed by: CR<br>Entered by: EPOC Administrator<br>Modified: |
|---|---|---|

Amount claimed: $444816.13

History:
Details   20-1   05/24/2023 Claim #20 filed by Siemens Industry Software Inc., Amount claimed: $444816.13 (Administrator, EPOC)

Description:
Remarks:

| Creditor: (14784807)<br>CT Lien Solutions<br>PO Box 301133<br>Dallas, TX 75303-1133 | Claim No: 21<br>Original Filed Date: 05/24/2023<br>Original Entered Date: 05/24/2023 | Status:<br>Filed by: CR<br>Entered by: EPOC Administrator<br>Modified: |
|---|---|---|

Amount claimed: $262.10

History:
Details   21-1   05/24/2023 Claim #21 filed by CT Lien Solutions, Amount claimed: $262.10 (Administrator, EPOC)

Description:
Remarks: (21-1) Account Number (last 4 digits):3451

| Creditor: (14767171)<br>Wai Ming Chiu<br>1798 Cape Coral Dr<br>San Jose, CA 95133 | Claim No: 22<br>Original Filed Date: 05/24/2023<br>Original Entered Date: 05/30/2023 | Status:<br>Filed by: CR<br>Entered by: Donna R.<br>Modified: |
|---|---|---|

Amount claimed: $44386.09

History:
Details   22-1   05/24/2023 Claim #22 filed by Wai Ming Chiu, Amount claimed: $44386.09 (R., Donna)

Description:
Remarks:

| Creditor: (14786427)<br>US Legal Support<br>16825 Northchase Drive, ste 900<br>Houston, TX 77060 | Claim No: 23<br>Original Filed Date: 05/30/2023<br>Original Entered Date: 05/31/2023 | Status:<br>Filed by: CR<br>Entered by: Donna R.<br>Modified: |
|---|---|---|

Amount claimed: $2164.97

History:
Details   23-1   05/30/2023 Claim #23 filed by US Legal Support, Amount claimed: $2164.97 (R., Donna)

Description:
Remarks:

| Creditor: (14767134) Polsinelli PC 222 Delaware Avenue, Suite 1101 Wilmington, DE 19801 | **Claim No: 24** Original Filed Date: 06/08/2023 Original Entered Date: 06/08/2023 | Status: Filed by: CR Entered by: EPOC Administrator Modified: |
|---|---|---|
| Amount claimed: $276931.00 | | |
| History: Details  24-1  06/08/2023 Claim #24 filed by Polsinelli PC, Amount claimed: $276931.00 (Administrator, EPOC) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (14767031) California Franchise Tax Board Bankruptcy Section, MS: A-340 PO Box 2952 Sacramento, CA 95812-2952 | **Claim No: 25** Original Filed Date: 07/14/2023 Original Entered Date: 07/14/2023 | Status: Filed by: CR Entered by: EPOC Administrator Modified: |
|---|---|---|
| Amount claimed: $4952.34 Priority  claimed: $4279.10 | | |
| History: Details  25-1  07/14/2023 Claim #25 filed by California Franchise Tax Board, Amount claimed: $4952.34 (Administrator, EPOC) | | |
| Description: | | |
| Remarks: (25-1) Account Number (last 4 digits):2372 | | |

| Creditor: (14771263) Rembrandt 3D Holding Ltd c/o Andrew DeMarco DEVLIN LAW FIRM LLC 1526 Gilpin Avenue Wilmington, DE 19806 | **Claim No: 26** Original Filed Date: 10/22/2024 Original Entered Date: 10/22/2024 | Status: Filed by: CR Entered by: ANDREW PETER DEMARCO Modified: |
|---|---|---|
| Amount claimed: $1212407000.00 | | |
| History: Details  26-1  10/22/2024 Claim #26 filed by Rembrandt 3D Holding Ltd, Amount claimed: $1212407000.00 (DEMARCO, ANDREW) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (14981960) Visual Semiconductor Inc c/o R. Adam Swick Akerman LLP 500 W 5th St., Ste 1210 Austin, TX 78701 | **Claim No: 27** Original Filed Date: 02/25/2025 Original Entered Date: 02/25/2025 | Status: Filed by: CR Entered by: RANDALL ADAM SWICK Modified: |
|---|---|---|
| Amount claimed: $1288511.01 Priority  claimed: $1288511.01 | | |
| History: Details  27-1  02/25/2025 Claim #27 filed by Visual Semiconductor Inc, Amount claimed: $1288511.01 (SWICK, RANDALL) | | |
| Description: | | |
| Remarks: | | |

## Claims Register Summary

**Case Name:** Stream TV Networks, Inc. and Technovative Media, Inc.
**Case Number:** 23-10763-amc
**Chapter:** 11
**Date Filed:** 03/15/2023
**Total Number Of Claims:** 27

| Total Amount Claimed* | $2,626,895,338.53 |
|---|---|
| Total Amount Allowed* | $178,432,069.68 |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | $17,222,484.06 |  |
| **Priority** | $1,303,815.88 |  |
| **Administrative** |  |  |
| **Unassigned (unsecured)** | $2,608,369,038.59 | $178,432,069.68 |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/25/2025 22:44:30 ||||
| **PACER Login:** | AkermanDAL | **Client Code:** | 097630-00423558 |
| **Description:** | Claims Register | **Search Criteria:** | 23-10763-amc Filed or Entered From: 1/1/2023 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |