*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Stream TV Networks, Inc.                    )          Case No. 23−10763−djb
                                                )
                                                )
    Technovative Media, Inc.                     )          Chapter: 11
                                                )
    Debtor(s).                                  )          Civil Case Number.
                                                )          24−6397,24−06498,24−06617

## Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:          Note: Case reassigned to Judge  Derek J. Baker as of 3/1/2025

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Derek J Baker
Notice of appeal filing fee  ☐ paid        ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☒ Supplemental certificate of appeal    Appellants Supplemental Designation of Additional Items  to be included on Record on Appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Derek J Baker
☐ Report and recommendation entered by the Honorable Derek J Baker
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.


Date: March 5, 2025                              For The Court

                                                 Timothy B. McGrath
                                                 Clerk of Court

_____

Received Above material or record tile this day: March 5, 2025
Civil Action No. 24-cv-6397,24-cv-6498,24-          Signature: /s/ *Steve Tomas*
cv-6617                                             Date: 3/5/25
Miscellaneous        No._____
Assigned to Judge John M. Gallagher