IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc.,** *et al*. | : | Bankruptcy No. 23-10763 (AMC) |
| | : | (Jointly Administered)[1] |
| **Debtors.** | : | |
| | : | |

### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
### TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009, William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative") (when referred to with Stream, the "Debtors"), the Appellee in the appeal jointly noticed by Visual Semiconductor, Inc. ("VSI") and Rembrandt 3D Holding, Ltd. ("Rembrandt" and together with VSI, the "Appellants"), on February 11, 2025 (the "Appeal"), files this Designation of Additional Items to be Included in the Record on Appeal (the "Designation") in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with the Appeal.

### DESIGNATION

1.  On June 6, 2024, the Court entered the Order Granting a Motion to Approve Compromise under Rule 9019 [D.I. 653]. On September 30, 2024, the Trustee filed a Motion for (I) an Order (A) Approving the Bidding Procedures and Form of Asset Purchase Agreement for the Sale of Substantially all of the Debtors' Assets, (B) Establishing the Notice Procedures and Approving the Form and Manner of Notice Thereof and Scheduling a Sale by Auction, (C)

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4937-1903-5429 v1

Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Scheduling a Sale Hearing, (E) Granting Expedited Consideration Pursuant to Local Rule of Bankruptcy Procedure 5070-1(g), and (F) Granting Related Relief, and (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [D.I. 750]. On November 20, 2024, the Court entered an Order Granting (A) Approving Bidding Procedures And Form Of Asset Purchase Agreement In Connection With The Sale Of Substantially All Of The Debtors' Assets, (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases, (C) Approving Procedures For Selection Of A Stalking Horse Bidder And Bid Protections, And (D) Granting Related Relief [D.I. 811]. On December 9, 2024, the Court entered an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief (the "Sale Order") [D.I. 876].

On December 9, 2024, the Appellants filed an Emergency Joint Petition for (I) of Mandamus; (II) Writ of Prohibition; (III) Motion for Stay Pending Appeal; and (IV) In the Alternative, Motion for Withdrawal of Reference of Bankruptcy Court (the "Mandamus Petition") with the District Court [E.D. Pa. No. 24-cv-6548 at D.I. 1]. On December 12, 2024, the District Court entered an Order denying the Mandamus Petition. [E.D. Pa. No. 24-cv-6548 at D.I. 16].

On December 23, 2024, VSI filed a Motion to Stay the Sale Order Pending Appeal [D.I. 898]. On January 28, 2025, Rembrandt filed a Joinder to VSI's Motion to Stay the Sale Order Pending Appeal [D.I. 936]. On January 29, 2025, the Court entered an Order Denying VSI's

Motion to Stay the Sale Order Pending Appeal [D.I. 938]. On February 25, 2025, the Appellants filed their Statement of Issues and Designation of Items to be Included in the Record on Appeal [D.I. 957].

2.  The Trustee respectfully designates the following additional items to be included in the appellate record pursuant to Bankruptcy Rule 8009:[2]

*Stream TV Networks, Inc. (23-10763-AMC)*

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 53 | 3/29/2023 | Schedule D - Creditors Who Hold Claims Secured by Property |
| 54 | 3/29/2023 | Schedule E/F: Creditors Who Have Unsecured Claims |
| 58 | 3/29/2023 | List of Equity Security Holders of Stream TV Networks, Inc. |
| 548 | 1/5/2024 | Memorandum Opinion Regarding Appointment of Chapter 11 Trustee |
| 549 | 1/5/2024 | Order Granting Motion to Appoint Chapter 11 Trustee |
| 554 | 1/9/2024 | Notice of Appointment of William A. Homony, CIRA as Chapter 11 Trustee |
| 630 | 5/6/2024 | Motion of William A. Homony in his Capacity as Chapter 11 Trustee for Entry of an Order Approving a Settlement Agreement and Mutual Release with Hawk Investment Holdings, Ltd., as Collateral Agent for The Secured Noteholders of Seecubic, Inc., Pursuant To Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) |
| 642 | 5/20/2024 | Objection of Visual Semiconductor, Inc. to the Motion of the Chapter 11 Trustee to Approve Settlement Agreement And Mutual Release with Hawk Investment Holdings, Ltd, as Collateral Agent for The Secured Noteholders of Seecubic, Inc., Pursuant to Fed. R. Bankr. P. 9109(a) and 11 U.S.C. § 105 |
| 653 | 6/6/2024 | Order Approving a Settlement Agreement and Mutual Release with Hawk Investment Holdings, Ltd. ("Hawk"), as Collateral Agent |

---

[2] Unless otherwise indicated, all designated items include attached exhibits and declarations.

4937-1903-5429 v1

|  |  |  |
|---|---|---|
|  |  | for the secured noteholders of SeeCubic, Inc. ("SeeCubic"), Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) |
| 657 | 6/12/2024 | Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 660 | 6/13/2024 | Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 663 | 6/14/2024 | Hawk Investment Holdings Ltd.'s Limited Objection to Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 670 | 6/17/2024 *Transcript Attached as Exhibit "A"* | Transcript of Hearing Held on June 5, 2024 |
| 682 | 6/20/2024 | Order Granting Amended Motion of Spector Gadon Rosen Vinci P.C. to Withdraw as Attorney to Visual Semiconductor, Inc. |
| 686 | 6/20/2024 | Visual Semiconductor, Inc.'s Motion to Reconsider and/or Clarify Order Approving Settlement Agreement Between Chapter 11 Trustee and Hawk Investment Holdings, Ltd (ECF No. 653) |
| 700 | 7/5/2024 | Opposition of William A. Homony In His Capacity as Chapter 11 Trustee to Motion of Visual Semiconductor, Inc. to Reconsider and/or Clarify Order Approving Settlement Agreement Between Chapter 11 Trustee and Hawk Investment Holdings, Ltd. |
| 732 | 9/6/2024 | Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 740 | 9/18/2024 | Certificate of No Response to Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 741 | 9/20/2024 | Order Granting Trustee's Amended Application to Employ SSG Advisors, LLC as Investment Banker |
| 798 | 11/12/2024 | Praecipe to Supplement VSI's Objection to Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of |

4937-1903-5429 v1

| | | |
|---|---|---|
| | | Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 799 | 11/12/2024 | Motion to Extend Time to Deadlines, Timing, and Amount of Certain Obligations in the Sharing and Carve-Out Agreement Between the Trustee and Hawk Investment Holdings, Ltd. as Collateral Agent of the Secured Noteholders of SeeCubic, Inc., and for Related Relief |
| 802 | 11/12/2024 | Visual Semiconductor, Inc.'s Witness and Exhibit List for November 13 Hearing |
| 805 | 11/14/2024 | Order Denying Motion for Reconsideration; Granting Motion to Quash with Respect to the Remaining VSI Discovery Requests; Denying Motion to Compel with Respect to Remaining Discovery Requests. |
| 809 | 11/19/2024 | Proposed Order (A) Approving the Bidding Procedures and Form of Asset Purchase Agreement for the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Procedures for Selection of a Stalking Horse Bidder and Bid Protections, and (D) Granting Related Relief |
| 825 | 11/27/2024 | Rembrandt's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion Seeking (I) Enforcement of the Temporary Restraining Order, (II) Sanctions Against Parties Who Violated the Temporary Restraining Order, and (III) Injunctive Relief |
| 832 | 11/29/2024 | Trustee's Objection to Rembrandt's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion Seeking (I) Enforcement of the Temporary Restraining Order, (II) Sanctions Against Parties Who Violated the Temporary Restraining Order, and (III) Injunctive Relief |
| 834 | 11/29/2024 | Trustee's Objection to VSI's Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion to Reconsider and/or |

4937-1903-5429 v1

| | | |
|---|---|---|
| | | Clarify November 14, 2024, Order Quashing the Remaining VSI Discovery |
| 841 | 12/2/2024 | Interested Party Leia Inc.'s Reservation of Rights regarding Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 845 | 12/2/2024 | Trustee's Notice of No Auction to be Held and Selection of Successful Bidder |
| 852 | 12/3/2024 | J. Scott Victor's Declaration in Support of Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 853 | 12/4/2024 | Praecipe to Amend and Substitute Exhibit "C" to Trustee's Motion for, inter alia, an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto, and (C) Granting Related Relief |
| 906 | 12/23/2024 | Notice of Motion To Stay Pending Appeal Filed by Visual Semiconductor, Inc. |
| 936 | 1/28/2025 | Rembrandt's Joinder to VSI's Motion to Stay the Sale Order Pending Appeal |
| 938 | 1/29/2025 | Order Denying Motion To Stay Pending Appeal |
| 940 | 2/6/2025<br><br>*Transcript Attached as Exhibit "B"* | Transcript of Hearing Held on January 29, 2025 |

4937-1903-5429 v1

*Technovative Media, Inc. (23-10764-AMC)*

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 1 | 3/15/2023 | Chapter 11 Voluntary Petition of Technovative Media, Inc. |
| 3 | 3/15/2023 | List of Creditors Who Have 20 Largest Unsecured Claims of Technovative Media, Inc. |
| 48 | 3/29/2023 | Schedule D - Creditors Who Hold Claims Secured by Property |
| 50 | 3/29/2023 | Schedule E/F: Creditors Who Have Unsecured Claims |
| N/A<br><br>*Attached hereto as Exhibit "C"* | N/A | Claims Register<br>Claims Number 1-1 through 4-1 |

**ADVERSARY PROCEEDING** (*In Re: Stream TV Networks, Inc. And Technovative Media, Inc. v. Shadron L. Stastney, et al.,* **ADV. NO. 23-00057-MDC**)

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 154 | 12/2/2024 | Order Denying Motion for Expedited Consideration, Shortened Time, and Limited Notice of Motion Seeking (I) Enforcement of the Temporary Restraining Order, (II) Sanctions Against Parties Who Violated the Temporary Restraining Order, and (III) Injunctive Relief |

*Petition for Writ of Mandamus (E.D. Pa. No. 24-cv-6548)*

| Docket Number | Date Entered in the Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 1 | 12/9/2024 | VSI's Emergency Joint Petition For (I) Writ Of Mandamus; (II) Writ Of Prohibition; (III) Motion For Stay Pending Appeal; And (IV) In The Alternative, Motion For Withdrawal Of Reference To Bankruptcy Court |
| 10 | 12/11/2024 | Trustee's Response to VSI's Emergency Joint Petition For (I) Writ Of Mandamus; (II) Writ Of Prohibition; (III) Motion For Stay Pending Appeal; And (IV) In The Alternative, Motion |

4937-1903-5429 v1

| | | |
|---|---|---|
| | | For Withdrawal Of Reference To Bankruptcy Court |
| 16 | 12/12/2024 | Order Denying VSI's Emergency Joint Petition For (I) Writ Of Mandamus; (II) Writ Of Prohibition; (III) Motion For Stay Pending Appeal; And (IV) In The Alternative, Motion For Withdrawal Of Reference To Bankruptcy Court |

## **RESERVATION OF RIGHTS**

The Trustee expressly reserves his right to amend or supplement this Designation and/or to object or otherwise supplement or move to strike or modify some or all of any designation filed by any other party to this appeal. This filing is made expressly subject to and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

*/s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail addresses:
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William Homony, Chapter 11 Trustee*

and

Steven M. Coren, Esquire
Andrew J. Belli, Esquire
COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103

4937-1903-5429 v1

        Tel: (215) 735-8700
        Fax: (215) 735-5170
        scoren@kcr-law.com
        abelli@kcr-law.com
        *Special Counsel to William Homony, Chapter 11 Trustee*

Dated: March 11, 2025

4937-1903-5429 v1