# EXHIBIT B

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF
DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND
TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their
direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct
and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets
and to conduct business operations. The Debtors direct interested parties to the *Declaration of
Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11
Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan
Declaration") in which the Debtors' organizational and operational structure is described in greater
detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership
interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the
"Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in
the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the
Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in
the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly
transferred in contravention of express provisions of its corporate charter through an invalidated
board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc*
unanimous decision on June 15, 2022. *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360,
2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required
under Stream's charter" to "transfer pledged assets to secured creditors in connection with what
was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court
also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets
. . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of
Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the
Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the
Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS
Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which
approved by the Delaware Court of Chancery and then held to be invalid by the Delaware
Supreme Court on appeal.  Prior to the Delaware Supreme Court ruling the SLS Holdings and its
newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB. Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court.  Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision.  SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV")  and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1. Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2. Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3. The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4. SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763**          Chapter    **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Bankruptcy Filing Services The Debtor reserves the right to assert that a contract or lease is not executory. | BMC Group, Inc. 600 First Avenue |
|---|---|---|---|
| | | | Seattle                    WA      98104 |
| | | Contract to be ASSUMED | |
| | State the term remaining | Continues until terminated | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Supplier and CO Marketer. Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED | BOE No. 668 RD Xinzhan General Pilot Zone, Heifei Anhui 230012 China |
| | State the term remaining | Expires 8/2/2024 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Investment Banker. The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED | Boustead Securities 6 Venture Street, Suite 395 |
| | State the term remaining | Open | Irvine                    CA      92618 |
| | List the contract number of any government contract | | |

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |



## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

### 2.4

| State what the contract or lease is for and the nature of the debtor's interest | **Legal Services.**<br>**The Debtor reserves the right to assert thata contract or lease is not executory.**<br>**Contract to be ASSUMED** | **Cittone Demers & Arneri LLP** |
| | | **11 Broadway** |
| | | **Suite 615** |
| State the term remaining | | |
| List the contract number of any government contract | | **New York**  **NY**  **10040** |

### 2.5

| State what the contract or lease is for and the nature of the debtor's interest | **Capitalized lease for computer server.**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.**<br>**Contract to be ASSUMED** | **Dell Financial Services** |
| | | **One Dell Way** |
| State the term remaining | | |
| List the contract number of any government contract | | **Round Rock**  **TX**  **78682** |

### 2.6

| State what the contract or lease is for and the nature of the debtor's interest | **Employment Recruiter.**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.**<br>**Contract to be ASSUMED** | **Demartino** |
| | | **875 Union Avenue** |
| State the term remaining | **Open until terminated** | |
| List the contract number of any government contract | | **Boulder**  **CO**  **80304** |

### 2.7

| State what the contract or lease is for and the nature of the debtor's interest | **Accounting Firm.**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.**<br>**Contract to be ASSUMED** | **Dezan Shira** |
| | | **Suite EF06, east tower Twin Towers, B12** |
| | | **Jian Guo Men Wai Avenue** |
| | | **Beijing 100022** |
| State the term remaining | | **China** |
| List the contract number of any government contract | | |

### 2.8

| State what the contract or lease is for and the nature of the debtor's interest | **Legal Services.**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.**<br>**Contract to be ASSUMED** | **Dilworth Paxson LLP** |
| | | **1500 Market Street, Suite 3500E** |
| State the term remaining | | |
| List the contract number of any government contract | | **Philadelphia**  **PA**  **19102** |

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |
|---|---|---|---|

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.9** State what the contract or lease is for and the nature of the debtor's interest

**Accounting Consultant for China. The Debtor reserves the right to assert that a contract or lease is not executory.**

**Initial Term is 3 months but can be cancelled with 15 days written notice.**
**Contract to be ASSUMED**

State the term remaining  **Continues until terminated**

List the contract number of any government contract

**FTI Consulting**
**Unit 2101-04, Central Plaza**
**227 Huangpi (N) Road**
**Shanghai 200003 China**

**2.10** State what the contract or lease is for and the nature of the debtor's interest

**Staffing Firm.**
**The Debtor reserves the right to assert that a contract or lease is not executory.**
**Contract to be ASSUMED**

State the term remaining  **Continuous until terminated**

List the contract number of any government contract

**Game 7 Staffing**
**1214 West 6th Street**
**Suite 210**

| **Austin** | **TX** | **78703** |
|---|---|---|

**2.11** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order.**
**The Debtor reserves the right to assert that a contract or lease is not executory.**
**Contract to be ASSUMED**

State the term remaining  **N/A**

List the contract number of any government contract

**Google Purchase Orders**
**1600 Amphitheatre Parkway**

| **Mountain View** | **CA** | **94043** |
|---|---|---|

**2.12** State what the contract or lease is for and the nature of the debtor's interest

**Omnibus Agreement**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Hawk Investment Holdings Limited**
**Newport House**
**15 The Grange, St. Peter Port**
**Guernsey GY1 2QL, Channel Islands**

**2.13** State what the contract or lease is for and the nature of the debtor's interest

**License to use HDMI.**
**The Debtor reserves the right to assert that a contract or lease is not executory.**
**Contract to be ASSUMED**

State the term remaining  **Expires 4/19/2026**

List the contract number of any government contract

**HDMI**
**550 S. Winchester Boulevard**
**Suite 515**

| **San Jose** | **CA** | **95128** |
|---|---|---|

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.14**  State what the contract or lease is for and the nature of the debtor's interest

**Small and Mass production lines for bonding.**
**The Debtor reserves the right to assert that a contract or lease is not executory.**
**Contract to be ASSUMED**

**Iinuma Gauge Manufacturing Co.,Ltd (JPY)**
**11400-327 Harayama, Tamagawa**
**Chino-City Nagano, Japan**
**391-0011**

State the term remaining

List the contract number of any government contract

**2.15**  State what the contract or lease is for and the nature of the debtor's interest

**Various study and potential marketing**
**services.**
**The Debtor reserves the right to assert that a contract or lease is not executory.**
**Contract to be ASSUMED**

**IMG Media Ltd**
**Building 6, Chiswick Park**
**566 Chiswick High Road**
**London, England UK W4 5HR**

State the term remaining    **Continues until terminated**

List the contract number of any government contract

**2.16**  State what the contract or lease is for and the nature of the debtor's interest

**Customer & Comp. for investment**
**The Debtor reserves the right to assert that a contract or lease is not executory.**
**Contract to be ASSUMED**

**IQH3D**
**6800 SW 40th Street**
**Suite 298**

State the term remaining

List the contract number of any government contract

**Miami**                    **FL**      **33155**

**2.17**  State what the contract or lease is for and the nature of the debtor's interest

**Engineering Consulting Services.**
**The Debtor reserves the right to assert that a contract or lease is not executory.**
**Contract to be ASSUMED**

**JoveAI**
**44081 Old Warm Springs Blvd.**

State the term remaining

List the contract number of any government contract

**Fremont**                  **CA**      **94538**

**2.18**  State what the contract or lease is for and the nature of the debtor's interest

**Legal Services.**
**The Debtor reserves the right to assert that a contract or lease is not executory.**

**Contract to be ASSUMED**

**Lewis Brisbois Bisgaard & Smith, LLP**
**500 Delaware Avenue, Suite 700**

State the term remaining    **Continues until terminated**

**Wilmington**               **DE**      **19801**

List the contract number of any government contract

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.19**

State what the contract or lease is for and the nature of the debtor's interest

Auditors.
The Debtor reserves the right to assert that a contract or lease is not executory.
Contract to be ASSUMED

Marcum LLP
One SE Third Ave, Suite 1100

State the term remaining | Continues until terminated

Miami      FL      33131

List the contract number of any government contract

**2.20**

State what the contract or lease is for and the nature of the debtor's interest

Legal Services.
The Debtor reserves the right to assert that a contract or lease is not executory.

MCCarter & English, LLP
405 North King Street

Wilmington      DE      19801

Contract to be ASSUMED

State the term remaining | Continues until terminated

List the contract number of any government contract

**2.21**

State what the contract or lease is for and the nature of the debtor's interest

Server Farm Provider.
The Debtor reserves the right to assert that a contract or lease is not executory.
Contract to be ASSUMED

MotivIT
2880 Zanker Road
Suite 203

State the term remaining

List the contract number of any government contract

San Jose      CA      95134

**2.22**

State what the contract or lease is for and the nature of the debtor's interest

Settlement for OEM/ODM
Contract to be ASSUMED

Pegatron Corporation
5F., No. 76, Ligong
St. Beltou District
Taipei City 112 Taiwan

State the term remaining

List the contract number of any government contract

Debtor    **Stream TV Networks, Inc.**                              Case number (if known)    **23-10763**

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

   Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **Investment Banker/Broker.** **The Debtor reserves the right to assert that a contract or lease is not executory.** | **Ruffena Capital Ltd.** **Portman House** **2 Portman Street** **London W1H 6DU** |

|  |  | **Contract to be ASSUMED** |  |
|---|---|---|---|
| | State the term remaining | **Continues until terminated** | |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **Omnibus Agreement** **Contract to be ASSUMED** | **SeeCubic Inc.** **251 Little Falls Drive** | |
| | State the term remaining | **Ongoing** | | |
| | List the contract number of any government contract | | **Wilmington** | **DE** **19808** |

| | | | | |
|---|---|---|---|---|
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **Omnibus Agreement** **Contract to be ASSUMED** | **SLS Holdings VI, LLC** **Attn: Shad Stastney** **392 Taylor Mills Road** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Marlboro** | **NJ** **07746** |

| | | | | |
|---|---|---|---|---|
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Firm.** **The Debtor reserves the right to assert that a contract or lease is not executory.** **Contract to be ASSUMED** | **Technical Link** **8461 Lake Worth Road** **Suite 225** | |
| | State the term remaining | **Continues until terminated** | | |
| | List the contract number of any government contract | | **Lake Worth** | **FL** **33467** |

| | | | | |
|---|---|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Firm.** **The Debtor reserves the right to assert that a contract or lease is not executory.** **Contract to be ASSUMED** | **Triple Crown Consulting, LLC** **10814 Jollyville Road** **Suite 100** | |
| | State the term remaining | **Continues until terminated** | | |
| | List the contract number of any government contract | | **Austin** | **TX** **78759** |

Debtor    **Stream TV Networks, Inc.**                                         Case number (if known)    **23-10763**

▉ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

  Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                          State the name and mailing address for all other
                                                                 parties with whom the debtor has an executory
                                                                 contract or unexpired lease

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | **This is a verbal lease for the offices of the debtor in Philadelphia. Contract to be ASSUMED** | **YKP Law** |
| | | | **2009 Chestnut Street** |
| | **State the term remaining** | **Continues until terminated** | |
| | **List the contract number of any government contract** | | **Philadelphia          PA      19103** |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | **Legal Services. The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED** | **Zhong Lun Law Firm** |
| | | | **Level 10 & 11, Two IFC, 8 Century Avenue** |
| | | | **Pudong New Area** |
| | **State the term remaining** | **Continues until terminated** | **Shanghai 20021 China** |
| | **List the contract number of any government contract** | | |

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtors direct interested parties to the *Declaration of Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11 Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan Declaration") in which the Debtors' organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the "Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly transferred in contravention of express provisions of its corporate charter through an invalidated board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc* unanimous decision on June 15, 2022. *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360, 2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required under Stream's charter" to "transfer pledged assets to secured creditors in connection with what was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets . . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which approved by the Delaware Court of Chancery and then held to be invalid by the Delaware Supreme Court on appeal. Prior to the Delaware Supreme Court ruling the SLS Holdings and its newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB. Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court.  Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision.  SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV")  and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.      Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.      Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3.      The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4.      SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763** |

☐ Check if this is an amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors                                                                12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763**      Chapter **11** |

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Supplier and CO Marketer. Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED** | **BOE** |
|---|---|---|---|
| | | | **No. 668 RD Xinzhan** |
| | | | **General Pilot Zone, Heifei** |
| | | | **Anhui 230012** |
| | State the term remaining | **Expires 8/2/2024** | **China** |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Lease.** | **Dell Financial Services** |
|---|---|---|---|
| | | | **One Dell Way** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Round Rock**     **TX**     **78682** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Firm.** | **Game 7 Staffing** |
|---|---|---|---|
| | | | **1214 West 6th Street** |
| | | | **Suite 210** |
| | State the term remaining | **Continuous until terminated** | |
| | List the contract number of any government contract | | **Austin**     **TX**     **78703** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order. The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED** | **Google Purchase Orders** |
|---|---|---|---|
| | | | **1600 Amphitheatre Parkway** |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Mountain View**     **CA**     **94043** |

Debtor   **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5** State what the contract or lease is for and the nature of the debtor's interest

License to use HDMI.
The Debtor reserves the right to assert a contract or lease is not executory.
Contract to be ASSUMED

HDMI
550 S. Winchester Boulevard
Suite 515

State the term remaining — Expires 4/19/26

San Jose          CA        95128

List the contract number of any government contract

---

**2.6** State what the contract or lease is for and the nature of the debtor's interest

Various study and potential marketing
services.
The Debtor reserves the right to assert that a contract or lease is not executory.
Contract to be ASSUMED

IMG Media Ltd
Building 6, Chiswick Park
566 Chiswick High Road
London, England UK W4 5HR

State the term remaining — Continues until terminated

List the contract number of any government contract

---

**2.7** State what the contract or lease is for and the nature of the debtor's interest

Customer & Comp. for investment
The Debtor reserves the right to assert that a contract or lease is not executory.
Contract to be ASSUMED

IQH3D
6800 SW 40th Street
Suite 298

State the term remaining

List the contract number of any government contract

Miami          FL        33155

---

**2.8** State what the contract or lease is for and the nature of the debtor's interest

Engineering Consulting Services.
The Debtor reserves the right to assert that a contract or lease is not executory.
Contract to be ASSUMED

JoveAl
44081 Old Warm Springs Blvd.

State the term remaining

List the contract number of any government contract

Fremont          CA        94538

---

**2.9** State what the contract or lease is for and the nature of the debtor's interest

Server Farm Provider.
The Debtor reserves the right to assert that a contract or lease is not executory.
Contract to be ASSUMED

MotivIT
2880 Zanker Road
Suite 203

State the term remaining

List the contract number of any government contract

San Jose          CA        95134

Debtor    **Stream TV Networks, Inc.**                                          Case number (if known)   23-10763

---

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Settlement for OEM/ODM Contract to be ASSUMED | Pegatron Corporation |
| | | | 5F., No. 76, Ligong |
| | State the term remaining | | St. Beltou District |
| | List the contract number of any government contract | | Taipei City 112 Taiwan |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement The Debtor reserves the right to assert that a contract or lease is not executory. Contract to be ASSUMED | Remrandt 3D Holdings Ltd |
| | | | 128 Bull Hill Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Newfield                     NY      14867 |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | This is a verbal lease for the offices of the debtor in Philadelphia. Contract to be ASSUMED | YKP Law |
| | | | 2009 Chestnut Street |
| | State the term remaining | Continues until terminated | |
| | List the contract number of any government contract | | Philadelphia              PA      19103 |

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF
DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND
TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtors direct interested parties to the *Declaration of Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11 Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan Declaration") in which the Debtors' organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the "Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly transferred in contravention of express provisions of its corporate charter through an invalidated board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc* unanimous decision on June 15, 2022. *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360, 2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required under Stream's charter" to "transfer pledged assets to secured creditors in connection with what was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets . . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which approved by the Delaware Court of Chancery and then held to be invalid by the Delaware Supreme Court on appeal. Prior to the Delaware Supreme Court ruling the SLS Holdings and its newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB.  Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court.  Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision.  SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV")  and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.      Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.      Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3.      The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4.      SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

2.   **Cash on hand** | | **$2,362.50** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|

4.   **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$2,362.50** |
|---|---|

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor    **Stream TV Networks, Inc.** _____    Case number (if known)   **23-10763**
          Name

| | Current value of debtor's interest |
|---|---|

**7.** Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

**8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

**9.** **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.    **$0.00**

## Part 3:  Accounts receivable

**10.** Does the debtor have any accounts receivable?

   ☐ No.  Go to Part 4.
   ☑ Yes.  Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11.** Accounts receivable

11a. 90 days old or less:    **$0.00**  –  **$0.00**  = ............. ➔    **$0.00**
                          face amount     doubtful or uncollectible accounts

11b. Over 90 days old:    **$167,751.93**  –  **$54,876.93**  = ............. ➔    **$112,875.00**
                        face amount      doubtful or uncollectible accounts

**12.** **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$112,875.00**

## Part 4:  Investments

**13.** Does the debtor own any investments?

   ☐ No.  Go to Part 5.
   ☑ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** Mutual funds or publicly traded stocks not included in Part 1

   Name of fund or stock:

**15.** Non-publicly traded stock and interests in incorporated and unincorporated
   businesses, including any interest in an LLC, partnership, or joint venture

   Name of entity:                                    % of ownership:

15.1. **Investment in Technovative Media, Inc. 99.9%
      ownership**                          **cost**           **$25,000.00**

15.2. **Investment in Ultra D Ventures C.V. 99.9%
      ownership**                          **cost**           **$8,295.96**

**16.** Government bonds, corporate bonds, and other negotiable and
   non-negotiable instruments not included in Part 1

   Describe:

**17.** **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.    **$33,295.96**

## Part 5:  Inventory, excluding agriculture assets

**18.** Does the debtor own any inventory (excluding agriculture assets)?

   ☑ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    23-10763
                       Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                                                                            $0.00

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                                                            $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Stream TV Networks, Inc.** _____  Case number (if known)  **23-10763**
        Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

**See Schedule 1 attached** _____  _____  _____  **$105,981.38**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.  |  **$105,981.38**  |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑  No
☐  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**See Schedule 2 attached.** _____  _____  **$5,889,159.26**

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.  |  **$5,889,159.26**  |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐  No
☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑  No
☐  Yes

Debtor    **Stream TV Networks, Inc.**_____    Case number (if known)    **23-10763**_____
          Name

---

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐  No.  Go to Part 10.
☒  Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1.  **2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103** <br> **Leased Office** | **lease** | **$0.00** | | **$0.00** |
| 55.2.  **2726 Bayview Drive, Fremont, CA 94538** <br> **Leased Office** | **lease** | **$0.00** | | **$0.00** |
| 55.3.  **No.1-B Factory, High-tech Zone, Suzhou City, Jiangsu Province, China** <br> **Leased Factory** | **lease** | **$0.00** | | **$0.00** |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.
**$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒  No
☐  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒  No
☐  Yes

---

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☒  No.  Go to Part 11.
☐  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |

---

Debtor    **Stream TV Networks, Inc.**                                  Case number (if known)   **23-10763**
          Name

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                    **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**See Schedule 3 attached**            $85,477,544.36  —        $0.00  = ➔        **$85,477,544.36**
                                        Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Federal NOL carryforward-not reflected on Company Balance Sheet**       Tax year    **2018**        **$118,566,740.00**

**73. Interests in insurance policies or annuities**

**Business General Liability Insurance**
**Hiscox Insurance Company, Inc.**
**Email: Dain.Wise@insurica.com**
**Phone: 405-310-1583**
**Policy No. P101.635.923**                                                                  **$0.00**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Interest in SeeCubic, Inc. with no attributable value**                              **$0.00**

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                          **$204,044,284.36**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Stream TV Networks, Inc.**                                          Case number (if known)   23-10763
         Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,362.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $112,875.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $33,295.96 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $105,981.38 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,889,159.26 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $204,044,284.36 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $210,187,958.46 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92........................................................................   $210,187,958.46

**Schedule 1**

January 1, 2011 - March 24, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300-00-00 Machinery, Furniture & Fixures | | | | | | | | | | | |
| 1300-10-00 Office Equipment | | | | | | | | | | | |
| 07/13/2017 | Bill | #17052Laptop - Aaron | Chen Hsin Liang | #17052-Laptop 10.1inch Tablet | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | 20000 2000-00-00 Accounts Payable | 2,380.00 | 2,380.00 | | 2,380.00 | 0.00 |
| 12/31/2017 | Journal Entry | 1957 | | Reclass Aaron Chen laptop to office supplies expense | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | -2,380.00 | 0.00 | | -2,380.00 | 0.00 |
| 12/31/2017 | Journal Entry | 1929 | | Record reclassification of Dell XPS laptop from Office Supplies Expense to CapEx | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | -1,479.13 | -1,479.13 | | -1,479.13 | 0.00 |
| 12/31/2017 | Journal Entry | 1957 | | Reverse reclassification of Dell XPS laptop from Office Supplies Expense to CapEx | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | 1,479.13 | 0.00 | | 1,479.13 | 0.00 |
| 12/27/2018 | Bill | INV-11653 | MotivIT | SV Team - SOW223 -  IT Servers Insallation, Setup & Commissioning | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | 20000 2000-00-00 Accounts Payable | 2,125.00 | 2,125.00 | | 2,125.00 | 0.00 |
| 12/31/2018 | Journal Entry | 2056 | | Record Capital Lease - Dell Servers for Fremont Office (SV Team) | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | 47,261.62 | 49,386.62 | | 47,261.62 | 0.00 |
| 03/31/2019 | Journal Entry | 2106 | | Accrual additional capital expenditures for Dell capital lease x003 - LeasePayment#1 Interim Rent Costs | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | 236.31 | 49,622.93 | | 236.31 | 0.00 |
| 03/31/2019 | Journal Entry | 2106 | | Accrual additional capital expenditures for Dell capital lease x003 - MotivIT Invoice # INV-11856 | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | 2,700.00 | 52,322.93 | | 2,700.00 | 0.00 |
| 03/31/2019 | Journal Entry | 2105 | | Record Capital Lease - Dell Finance Lease # 003-9026263-002 - Dell Order # 465968377 - Three (3) Dell PowerEdge 440 Servers (SV Team Office) | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | 53,658.45 | 105,981.38 | | 53,658.45 | 0.00 |
| 04/01/2019 | Journal Entry | 2106R | | Accrual additional capital expenditures for Dell capital lease x003 - MotivIT Invoice # INV-11856 | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | -2,700.00 | 103,281.38 | | -2,700.00 | 0.00 |
| 04/01/2019 | Journal Entry | 2106R | | Accrual additional capital expenditures for Dell capital lease x003 - LeasePayment#1 Interim Rent Costs | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | -Split- | -236.31 | 103,045.07 | | -236.31 | 0.00 |
| 04/01/2019 | Bill | INV-11856 | MotivIT | Professional Services - Servers Installation, Set-up & Commissioning<br>- STV-DV_RTL<br>- STV-SW_FW<br>- STV-BCKND | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | 20000 2000-00-00 Accounts Payable | 2,700.00 | 105,745.07 | | 2,700.00 | 0.00 |
| 04/26/2019 | Bill | x002-Lease Pymt # 1 | Dell Financial Services | Dell Order # 465968377 - PowerEdge R440 Server (1 of 3) - Interim Rent (3/25/2019 to 3/31/2019) | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | 20000 2000-00-00 Accounts Payable | 78.77 | 105,823.84 | | 78.77 | 0.00 |
| 04/26/2019 | Bill | x002-Lease Pymt # 1 | Dell Financial Services | Dell Order # 465968377 - PowerEdge R440 Server (2 of 3) - Interim Rent (3/25/2019 to 3/31/2019) | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | 20000 2000-00-00 Accounts Payable | 78.77 | 105,902.61 | | 78.77 | 0.00 |
| 04/26/2019 | Bill | x002-Lease Pymt # 1 | Dell Financial Services | Dell Order # 465968377 - PowerEdge R440 Server (3 of 3) - Interim Rent (3/25/2019 to 3/31/2019) | 1300-00-00 Machinery, Furniture & Fixures:1300-10-00 Office Equipment | 20000 2000-00-00 Accounts Payable | 78.77 | 105,981.38 | | 78.77 | 0.00 |
| **Total for 1300-10-00 Office Equipment** | | | | | | | **$105,981.38** | | | **$105,981.38** | **$0.00** |
| **Total for 1300-00-00 Machinery, Furniture & Fixures** | | | | | | | **$105,981.38** | | | **$105,981.38** | **$0.00** |
| **TOTAL** | | | | | | | **$105,981.38** | | | **$105,981.38** | **$0.00** |

Schedule 2

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1300-00 Machinery, Furniture & Fixtures** | | | | | | | | | | | |
| 12/31/2015 | Journal Entry | 1584 | | After a detail review of the Pegatron expenses and discussion with Management some of the amounts expensed to R&D as they relate to Pegatron have been reclassified to Fixed Assets, CIP and Prepaid Other. | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 87,927.86 | 87,927.86 | | 87,927.86 | 0.00 |
| 12/31/2015 | Journal Entry | 1584 | | After a detail review of the Pegatron expenses and discussion with Management some of the amounts expensed to R&D as they relate to Pegatron have been reclassified to Fixed Assets, CIP and Prepaid Other. | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 294,323.98 | 382,251.84 | | 294,323.98 | 0.00 |
| 12/31/2015 | Journal Entry | 1584 | | After a detail review of the Pegatron expenses and discussion with Management some of the amounts expensed to R&D as they relate to Pegatron have been reclassified to Fixed Assets, CIP and Prepaid Other. | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 474,810.45 | 857,062.29 | | 474,810.45 | 0.00 |
| 06/30/2016 | Journal Entry | 1692 | | Accrue remaining Coretronics Tooling payment | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 362,000.00 | 1,219,062.29 | | 362,000.00 | 0.00 |
| 06/30/2016 | Journal Entry | 1692 | | Reclass amounts paid to Pegatron for Chaisse | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 162,030.00 | 1,381,092.29 | | 162,030.00 | 0.00 |
| 06/30/2016 | Journal Entry | 1692 | | Accrue remaining Pegatron Chaisse payment | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 378,070.00 | 1,759,162.29 | | 378,070.00 | 0.00 |
| 06/30/2016 | Journal Entry | 1692 | | Reclass amounts paid to Coretronics for Tooling | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 543,000.00 | 2,302,162.29 | | 543,000.00 | 0.00 |
| 12/31/2017 | Journal Entry | 1977 | | Record accrual of credit due on accounts payable balance due to Coretronics, per statement provided by vendor. | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | -2,000.00 | 2,300,162.29 | | -2,000.00 | 0.00 |
| 01/01/2018 | Journal Entry | 1977R | | Record accrual of credit due on accounts payable balance due to Coretronics, per statement provided by vendor. | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | 2,000.00 | 2,302,162.29 | | 2,000.00 | 0.00 |
| 03/31/2018 | Journal Entry | 1994 | | Reclass Coretronic Credit to Correct FA Account | 1300-00-00 Machinery, Furniture & Fixtures | -Split- | -2,000.00 | 2,300,162.29 | | -2,000.00 | 0.00 |
| **Total for 1300-00-00 Machinery, Furniture & Fixtures** | | | | | | | **$2,300,162.29** | | | **$2,300,162.29** | **$0.00** |
| **1300-00-11 Iinuma Machines** | | | | | | | | | | | |
| 01/14/2016 | Bill | Payment 1 | Iinuma Gauge Manufacturing Co., Ltd | Payment 1 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | 639,519.50 | 639,519.50 | | 639,519.50 | 0.00 |
| 01/26/2016 | Journal Entry | 1846 | | Accrual for MPL - Temp Control | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | 88,562.75 | 728,082.25 | | 88,562.75 | 0.00 |
| 01/26/2016 | Journal Entry | 1846 | | Accrual for MPL - Passive Alignment | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | 63,933.87 | 792,016.12 | | 63,933.87 | 0.00 |
| 01/26/2016 | Journal Entry | 1846 | | Accrual for MPL - Installation | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | 92,780.03 | 884,796.15 | | 92,780.03 | 0.00 |
| 01/26/2016 | Bill | | Iinuma Gauge Manufacturing Co., Ltd | Partial 2nd Payment Per Invoice # Jan 26, 2016 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | 709,725.10 | 1,594,521.25 | | 709,725.10 | 0.00 |
| 01/26/2016 | Journal Entry | 1846 | | Additional accrual needed for MPL | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | 6,123,764.85 | 7,718,286.10 | | 6,123,764.85 | 0.00 |
| 05/01/2016 | Journal Entry | 1813 | | Reclass expense previously record to RD which is a Fixed Asset | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | 22,478.87 | 7,740,764.97 | | 22,478.87 | 0.00 |
| 06/30/2016 | Journal Entry | 1847 | | Reverse MPL accrual recorded in JE 1692 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | -6,705,300.85 | 1,035,464.12 | | -6,705,300.85 | 0.00 |
| 06/30/2016 | Journal Entry | 1726 | | Capitalize VAT associated with MPU | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | 1,503,400.27 | 2,538,864.39 | | 1,503,400.27 | 0.00 |
| 06/30/2016 | Journal Entry | 1692 | | Accrue remaining Iinuma MPU payment | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | 6,705,300.85 | 9,244,165.24 | | 6,705,300.85 | 0.00 |
| 01/01/2016 | Bill | APRV-Payment #1 | Iinuma Gauge Manufacturing Co., Ltd (JPY) | Payment # 1 per the amended agreement dually signed @ 3/8/17 effective as of 12/31/16 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 2000-00-05 Accounts Payable (JPY) | 323,580.93 | 9,567,746.17 | | 323,580.93 | 0.00 |
| 01/01/2017 | Bill | APRV-Payment #2 | Iinuma Gauge Manufacturing Co., Ltd (JPY) | Payment # 2 per schedule outline in amendment dually signed @ 3/8/17 effective 12/31/2016 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 2000-00-05 Accounts Payable (JPY) | 323,580.93 | 9,891,327.10 | | 323,580.93 | 0.00 |
| 01/01/2017 | Bill | APRV-Payment #3 | Iinuma Gauge Manufacturing Co., Ltd (JPY) | Payment # 3 per schedule outline in amendment dually signed @ 3/8/17 effective 12/31/2016 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 2000-00-05 Accounts Payable (JPY) | 915,410.65 | 10,806,737.75 | | 915,410.65 | 0.00 |
| 01/01/2017 | Bill | APRV-Payment #4 | Iinuma Gauge Manufacturing Co., Ltd (JPY) | Payment # 4 per schedule outline in amendment dually signed @ 3/8/17 effective 12/31/2016 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 2000-00-05 Accounts Payable (JPY) | 510,482.89 | 11,317,220.64 | | 510,482.89 | 0.00 |
| 03/03/2017 | Bill | MPL Payment #2 | Iinuma Gauge Manufacturing Co., Ltd | MPL Payment #2 April 19, 2017 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | 356,285.00 | 11,673,505.64 | | 356,285.00 | 0.00 |
| 03/03/2017 | Bill | MPL Payment#1 | Iinuma Gauge Manufacturing Co., Ltd | MPL payment #1 March 29, 2017 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | 356,285.00 | 12,029,790.64 | | 356,285.00 | 0.00 |
| 03/03/2017 | Bill | MPL Payment#3 | Iinuma Gauge Manufacturing Co., Ltd | MPL Payment#3 May 15, 2017 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | 1,007,931.00 | 13,037,721.64 | | 1,007,931.00 | 0.00 |
| 03/08/2017 | Vendor Credit | VC20170303-3 | Iinuma Gauge Manufacturing Co., Ltd | Reverse Bill # MPL Payment # 3 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | -1,007,931.00 | 12,029,790.64 | | -1,007,931.00 | 0.00 |
| 03/08/2017 | Vendor Credit | VC20170303-1 | Iinuma Gauge Manufacturing Co., Ltd | Reverse Bill # MPL Payment#1 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | -356,285.00 | 11,673,505.64 | | -356,285.00 | 0.00 |
| 03/08/2017 | Vendor Credit | VC20160126 | Iinuma Gauge Manufacturing Co., Ltd | Reverse of Iinuma Gauge Manufacturing Co., Ltd with blank Bill No. | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | -352,554.40 | 11,320,951.24 | | -352,554.40 | 0.00 |
| 03/08/2017 | Vendor Credit | VC20170303-2 | Iinuma Gauge Manufacturing Co., Ltd | Reverse Bill # MPL Payment # 2 | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | 20000 2000-00-00 Accounts Payable | -356,285.00 | 10,964,666.24 | | -356,285.00 | 0.00 |
| 03/31/2017 | Journal Entry | 1744 | | Adjust remaining accrual for Iinuma MPU payment | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-11 Iinuma Machines | -Split- | -1,720,501.00 | 9,244,165.24 | | -1,720,501.00 | 0.00 |
| **Total for 1300-00-11 Iinuma Machines** | | | | | | | **$9,244,165.24** | | | **$9,244,165.24** | **$0.00** |
| **1300-00-13 Small Production Unit** | | | | | | | | | | | |
| 12/31/2015 | Journal Entry | 1571 | | During the review of the 1410-00-20 Sample Hardware account a decision was made to reclass these previously capitalized amounts to Sample Expense, which rolls up into Marketing expenses. After additional inquires these expenses relate to R&D expenses and additional amount should be capitalized. | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-13 Small Production Unit | -Split- | 37,183.50 | 37,183.50 | | 37,183.50 | 0.00 |
| 12/31/2015 | Journal Entry | 1484 | | To record Small Production Unit machinery paid by Ultra-D Ventures (CV) | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-13 Small Production Unit | -Split- | 445,708.58 | 482,892.08 | | 445,708.58 | 0.00 |
| 01/01/2016 | Journal Entry | 1723 | | Capitalize VAT associated with SPU | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-13 Small Production Unit | -Split- | 127,696.22 | 610,588.30 | | 127,696.22 | 0.00 |
| 01/26/2016 | Journal Entry | 1846 | | Accrual for SPL - Autoclave | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-13 Small Production Unit | -Split- | 126,518.22 | 737,106.52 | | 126,518.22 | 0.00 |
| **Total for 1300-00-13 Small Production Unit** | | | | | | | **$737,106.52** | | | **$737,106.52** | **$0.00** |
| **1300-00-15 Accumulated Depreciation** | | | | | | | | | | | |
| 12/31/2015 | Journal Entry | 1581 | | Depreciation for Machine and equipment is 7 years. The assets listed above were placed in service in October of 2015. | 1300-00-00 Machinery, Furniture & Fixtures:1300-00-15 Accumulated | -Split- | -2,093.52 | -2,093.52 | | -2,093.52 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Depreciation | | | | | | |
| 12/31/2015 | Journal Entry | 1581 | | Depreciation for Machine and equipment is 7 years. The assets listed above were placed in service in October of 2015. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -7,007.71 | -9,101.23 | | -7,007.71 | 0.00 |
| 12/31/2015 | Journal Entry | 1482 | | To record current year depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -10,621.11 | -19,722.34 | | -10,621.11 | 0.00 |
| 12/31/2015 | Journal Entry | 1581 | | Depreciation for Machine and equipment is 7 years. The assets listed above were placed in service in October of 2015. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -11,305.01 | -31,027.35 | | -11,305.01 | 0.00 |
| 03/31/2016 | Journal Entry | 1724 | | Record additional expenses for depreciation of capitalized VAT for SPU | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -7,600.97 | -38,628.32 | | -7,600.97 | 0.00 |
| 03/31/2016 | Journal Entry | 1558 | | Current year depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -18,122.47 | -56,750.79 | | -18,122.47 | 0.00 |
| 03/31/2016 | Journal Entry | 1596 | | To record additional Q1 depreciation for 2015 Fixed Assets | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -30,609.00 | -87,359.79 | | -30,609.00 | 0.00 |
| 03/31/2016 | Journal Entry | 1849 | | Correct Q1 depreciation expense for linuma asset adjustments (MPL and SPL) | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -7,530.85 | -94,890.64 | | -7,530.85 | 0.00 |
| 06/30/2016 | Journal Entry | 1814 | | Record Q2 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -535.21 | -95,425.85 | | -535.21 | 0.00 |
| 06/30/2016 | Journal Entry | 1850 | | Correct Q2 depreciation expense for linuma asset adjustments (MPL and SPL) | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 3,487.67 | -91,938.18 | | 3,487.67 | 0.00 |
| 06/30/2016 | Journal Entry | 1725 | | Record additional expenses for depreciation of capitalized VAT for SPU | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -4,560.58 | -96,498.76 | | -4,560.58 | 0.00 |
| 06/30/2016 | Journal Entry | 1597 | | To record additional Q2 depreciation for 2015 Fixed Assets | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -30,609.00 | -127,107.76 | | -30,609.00 | 0.00 |
| 06/30/2016 | Journal Entry | 1725 | | Record additional expenses for depreciation of capitalized VAT for MPU | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -35,795.24 | -162,903.00 | | -35,795.24 | 0.00 |
| 06/30/2016 | Journal Entry | 1693 | | Record Q2 adjusted depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -194,057.53 | -356,960.53 | | -194,057.53 | 0.00 |
| 06/30/2016 | Journal Entry | 1559 | | Current year depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -49,371.02 | -406,331.55 | | -49,371.02 | 0.00 |
| 09/30/2016 | Journal Entry | 1815 | | Record Q3 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -802.82 | -407,134.37 | | -802.82 | 0.00 |
| 09/30/2016 | Journal Entry | 1851 | | Correct Q2 depreciation expense for linuma asset adjustments (MPL and SPL) | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 7,490.75 | -399,643.62 | | 7,490.75 | 0.00 |
| 09/30/2016 | Journal Entry | 1727 | | Record additional expenses for depreciation of capitalized VAT for MPU | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -53,692.87 | -453,336.49 | | -53,692.87 | 0.00 |
| 09/30/2016 | Journal Entry | 1598 | | Q3 depreciation entry | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -96,043.00 | -549,379.49 | | -96,043.00 | 0.00 |
| 09/30/2016 | Journal Entry | 1694 | | Record Q3 adjusted depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -291,085.57 | -840,465.06 | | -291,085.57 | 0.00 |
| 09/30/2016 | Journal Entry | 1727 | | Record additional expenses for depreciation of capitalized VAT for SPU | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -4,560.58 | -845,025.64 | | -4,560.58 | 0.00 |
| 12/31/2016 | Journal Entry | 1695 | | Record Q4 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -387,128.57 | -1,232,154.21 | | -387,128.57 | 0.00 |
| 12/31/2016 | Journal Entry | 1728 | | Record additional expenses for depreciation of capitalized VAT for MPU | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -53,692.87 | -1,285,847.08 | | -53,692.87 | 0.00 |
| 12/31/2016 | Journal Entry | 1728 | | Record additional expenses for depreciation of capitalized VAT for SPU | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -4,560.58 | -1,290,407.66 | | -4,560.58 | 0.00 |
| 12/31/2016 | Journal Entry | 1816 | | Record Q4 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -802.82 | -1,291,210.48 | | -802.82 | 0.00 |
| 12/31/2016 | Journal Entry | 1852 | | Correct Q2 depreciation expense for linuma asset adjustments (MPL and SPL) | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 7,490.75 | -1,283,719.73 | | 7,490.75 | 0.00 |
| 03/31/2017 | Journal Entry | 1827 | | Record additional Q1 2017 depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -0.36 | -1,283,720.09 | | -0.36 | 0.00 |
| 03/31/2017 | Journal Entry | 1827 | | Record additional Q1 2017 depreciation expense | 1300-00-00 Machinery, Furniture & | -Split- | -802.82 | -1,284,522.91 | | -802.82 | 0.00 |

January 1, 2011 - March 24, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fixures:1300-00-15 Accumulated Depreciation | | | | | | |
| 03/31/2017 | Journal Entry | 1745 | | Record Q1 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -445,382.01 | -1,729,904.92 | | -445,382.01 | 0.00 |
| 03/31/2017 | Journal Entry | 1877 | | To record adjustment to PP&E depreciation expense recorded at Q1 2017 | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 7,491.11 | -1,722,413.81 | | 7,491.11 | 0.00 |
| 06/30/2017 | Journal Entry | 1828 | | Record Q2 2017 depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -446,184.84 | -2,168,598.65 | | -446,184.84 | 0.00 |
| 06/30/2017 | Journal Entry | 1878 | | To record adjustment to PP&E depreciation expense recorded at Q2 2017 | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 7,490.76 | -2,161,107.89 | | 7,490.76 | 0.00 |
| 09/30/2017 | Journal Entry | 1879 | | To record the Q3 2017 depreciation expense for PP&E assets | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -438,892.41 | -2,600,000.30 | | -438,892.41 | 0.00 |
| 12/31/2017 | Journal Entry | 1930 | | Record reclassification entry of rounding calculation difference to depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -0.35 | -2,600,000.65 | | -0.35 | 0.00 |
| 12/31/2017 | Journal Entry | 1929 | | Record Q1 - Q3 2017 catch-up depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -369.81 | -2,600,370.46 | | -369.81 | 0.00 |
| 12/31/2017 | Journal Entry | 1930 | | Record Q4 2017 Depreciation Expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -439,015.68 | -3,039,386.14 | | -439,015.68 | 0.00 |
| 12/31/2017 | Journal Entry | 1957 | | Reverse Aaron Chen laptop depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 396.66 | -3,038,989.48 | | 396.66 | 0.00 |
| 12/31/2017 | Journal Entry | 1957 | | Reverse Q1 - Q3 2017 catch-up depreciation expense | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 493.08 | -3,038,496.40 | | 493.08 | 0.00 |
| 03/31/2018 | Journal Entry | 1993 | | Record Q1 2018 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -438,146.07 | -3,476,642.47 | | -438,146.07 | 0.00 |
| 06/30/2018 | Journal Entry | 2009 | | Record Q2 2018 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -438,622.65 | -3,915,265.12 | | -438,622.65 | 0.00 |
| 09/30/2018 | Journal Entry | 2034 | | Record Q3 2018 depreciation | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -438,622.65 | -4,353,887.77 | | -438,622.65 | 0.00 |
| 12/31/2018 | Journal Entry | 2049 | | Record Q4 2018 depreciation for assets in service. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -438,623.00 | -4,792,510.77 | | -438,623.00 | 0.00 |
| 03/31/2019 | Journal Entry | 2109 | | Record Q1 2019 depreciation for assets in service. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -442,261.68 | -5,234,772.45 | | -442,261.68 | 0.00 |
| 06/30/2019 | Journal Entry | 2110 | | Record Q2 2019 depreciation for assets in service. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -447,454.50 | -5,682,226.95 | | -447,454.50 | 0.00 |
| 09/30/2019 | Journal Entry | 2126 | | Record Q3 2019 depreciation for assets in service. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -447,454.50 | -6,129,681.45 | | -447,454.50 | 0.00 |
| 12/31/2019 | Journal Entry | 2139 | | Record Q4 2019 depreciation for assets in service. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -447,454.85 | -6,577,136.30 | | -447,454.85 | 0.00 |
| 12/31/2019 | Journal Entry | 2141 | | Record Q4 2019 depreciation for assets in service. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | -447,454.50 | -7,024,590.80 | | -447,454.50 | 0.00 |
| 12/31/2019 | Journal Entry | 2141R | | Record Q4 2019 depreciation for assets in service. | 1300-00-00 Machinery, Furniture & Fixures:1300-00-15 Accumulated Depreciation | -Split- | 447,454.50 | -6,577,136.30 | | 447,454.50 | 0.00 |
| **Total for 1300-00-15 Accumulated Depreciation** | | | | | | | **$ -6,577,136.30** | | | **$ -6,577,136.30** | **$0.00** |
| **Total for 1300-00-00 Machinery, Furniture & Fixures with subs** | | | | | | | **$5,704,297.75** | | | **$5,704,297.75** | **$0.00** |
| **1400-00-00 Other Asset** | | | | | | | | | | | |
| **1400-50-10 - CIP Fixed Asset** | | | | | | | | | | | |
| 12/31/2015 | Journal Entry | 1584 | | After a detail review of the Pegatron expenses and discussion with Management some of the amounts expensed to R&D as they relate to Pegatron have been reclassified to Fixed Assets, CIP and Prepaid Other. | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | -Split- | 162,030.00 | 162,030.00 | | 162,030.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1571 | | During the review of the 1410-00-20 Sample Hardware account a decision was made to reclass these previously capitalized amounts to Sample Expense, which rolls up into Marketing expenses. After additional inquires these expenses relate to R&D expenses and additional amount should be capitalized. | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | -Split- | 271,500.00 | 433,530.00 | | 271,500.00 | 0.00 |
| 06/30/2016 | Journal Entry | 1593 | | Record Q2 reclass entry from Sample Hardware to CIP (Coretronics), Inventory (Starlink) & R&D expense | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | -Split- | 271,500.00 | 705,030.00 | | 271,500.00 | 0.00 |
| 06/30/2016 | Journal Entry | 1692 | | Reclass amounts paid to Pegatron for Chaisse | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | -Split- | -162,030.00 | 543,000.00 | | -162,030.00 | 0.00 |
| 06/30/2016 | Journal Entry | 1692 | | Reclass amounts paid to Coretronics for Tooling | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | -Split- | -543,000.00 | 0.00 | | -543,000.00 | 0.00 |
| 03/06/2019 | Bill | 20190222014 | Suzhou Industrial Equipment Installation Group | Facility Design of 1st Floor (Concept/ Basic/ Detail design) | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 26,823.96 | 26,823.96 | | 26,823.96 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2019 | Bill | 20190222014 | Suzhou Industrial Equipment Installation Group | Management cost (10%) | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 2,682.40 | 29,506.36 | | 2,682.40 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Fire protection design record | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 4,566.90 | 34,073.26 | | 4,566.90 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Project drawing examination | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 3,864.30 | 37,937.56 | | 3,864.30 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Quality supervision declaration | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 2,107.80 | 40,045.36 | | 2,107.80 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Safety supervision declaration | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 2,107.80 | 42,153.16 | | 2,107.80 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Direct contracting | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 1,756.50 | 43,909.66 | | 1,756.50 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Fire inspection and acceptance | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 4,918.20 | 48,827.86 | | 4,918.20 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - EIA | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 9,485.10 | 58,312.96 | | 9,485.10 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Project set up | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 8,431.20 | 66,744.16 | | 8,431.20 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Construction permit | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 8,079.90 | 74,824.06 | | 8,079.90 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Acceptance | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 6,780.09 | 81,604.15 | | 6,780.09 | 0.00 |
| 09/23/2019 | Bill | SA2019090112 | Suzhou Industrial Equipment Installation Group | Remaining 50% of Cost - Management cost | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 5,209.78 | 86,813.93 | | 5,209.78 | 0.00 |
| 10/09/2019 | Bill | SA2019100006 | Suzhou Industrial Equipment Installation Group | China Manufacturing (Suzhou) Site - Facility Design of 1st Floor (Concept/ Basic/ Detail design) | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 25,828.74 | 112,642.67 | | 25,828.74 | 0.00 |
| 10/09/2019 | Bill | SA2019100008 | Suzhou Industrial Equipment Installation Group | China Manufacturing (Suzhou) Site - Management Fee (10%) | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 5,061.02 | 117,703.69 | | 5,061.02 | 0.00 |
| 10/09/2019 | Bill | SA2019100006 | Suzhou Industrial Equipment Installation Group | China Manufacturing (Suzhou) Site - Management Cost (10%) | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 2,582.87 | 120,286.56 | | 2,582.87 | 0.00 |
| 10/09/2019 | Bill | SA2019100008 | Suzhou Industrial Equipment Installation Group | China Manufacturing (Suzhou) Site - Facility Design of 2nd Floor (Concept/ Basic/ Detail design) | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 50,610.24 | 170,896.80 | | 50,610.24 | 0.00 |
| 11/06/2019 | Bill | SA201911060034 | Suzhou Industrial Equipment Installation Group | Dismantle and cleanup of Suzhou site | 1400-00-00 Other Asset:1400-50-10 - CIP Fixed Asset | 2000-00-04 Accounts Payable (CNY) | 13,964.71 | 184,861.51 | | 13,964.71 | 0.00 |
| **Total for 1400-50-10 - CIP Fixed Asset** | | | | | | | **$184,861.51** | | | **$184,861.51** | **$0.00** |
| **Total for 1400-00-00 Other Asset** | | | | | | | **$184,861.51** | | | **$184,861.51** | **$0.00** |
| **TOTAL** | | | | | | | **$5,889,159.26** | | | **$5,889,159.26** | **$0.00** |

Schedule 3

January 1, 2011 - March 24, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1405-00-10 Due (to) / from Mediatainment** | | | | | | | | | | | |
| 06/14/2012 | Bill | | Delaware Tax | Del Tax for Mediatainment Paid through Pex card | 1405-00-10 Due (to) / from Mediatainment | 20000 2000-00-00 Accounts Payable | 1,666.50 | 1,666.50 | | 1,666.50 | 0.00 |
| 12/31/2013 | Check | 230 | Pex Card | 12/01/13 to 12/31/13 Spend by Category - 2012 MT Delaware Corp registration online pymt | 1405-00-10 Due (to) / from Mediatainment | 1001-00-50 PEX CARD EPAY | 1,803.75 | 3,470.25 | | 1,803.75 | 0.00 |
| 06/30/2014 | Check | 281 | Pex Card | 06/01/14 to 06/30/14 Spend by Category - MT Del Franchise Tax rtn | 1405-00-10 Due (to) / from Mediatainment | 1001-00-50 PEX CARD EPAY | 1,666.50 | 5,136.75 | | 1,666.50 | 0.00 |
| 03/31/2015 | Check | 364 | Pex Card | 3/01/15 to 3/31/15 Spend by Category | 1405-00-10 Due (to) / from Mediatainment | 1001-00-50 PEX CARD EPAY | 1,575.00 | 6,711.75 | | 1,575.00 | 0.00 |
| 11/30/2018 | Journal Entry | 2072 | | Record receivable from MediaTainment for equity repurchased from same investor group | 1405-00-10 Due (to) / from Mediatainment | -Split- | 312,190.00 | 318,901.75 | | 312,190.00 | 0.00 |
| **Total for 1405-00-10 Due (to) / from Mediatainment** | | | | | | | **$318,901.75** | | | **$318,901.75** | **$0.00** |
| **1410-10-00 Loans Receivable** | | | | | | | | | | | |
| 01/15/2020 | Journal Entry | 2149 | | Loan with SeeCubic - Record Q4 2019 revalue of foreign denominated accumulated interest balance | 1410-10-00 Loans Receivable | -Split- | 30,590.64 | 30,590.64 | | 30,590.64 | 0.00 |
| **Total for 1410-10-00 Loans Receivable** | | | | | | | **$30,590.64** | | | **$30,590.64** | **$0.00** |
| **1410-10-05 Loans Receivable - SeeCubic** | | | | | | | | | | | |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | 915,796.11 | 915,796.11 | | 915,796.11 | 0.00 |
| 12/31/2015 | Journal Entry | 1505 | | To record 2014 AJE#56 to reclass amounts Due from SeeCubic to be Due from Ultra-D Coop | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | -1,907,968.66 | -992,172.55 | | -1,907,968.66 | 0.00 |
| 12/31/2015 | Journal Entry | 1430 | | 2011 adj to record interest income from SeeCubic, expense deposit, reverse $40K of business develop. exp & adjust interco. Loan | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | -234,296.00 | -1,226,468.55 | | -234,296.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1516 | | To reclass amount due from SeeCubic to properly reflect amount due from Ultra-D Coop | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | -16,349,616.94 | 17,576,085.49 | | -16,349,616.94 | 0.00 |
| 12/31/2015 | Journal Entry | 1431 | | To record 2013 intercompany interest @ 1.5% | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | 97,173.00 | 17,478,912.49 | | 97,173.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1429 | | Reclass 2015 amounts to SeeCubic Loans receivable | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | 16,349,616.94 | -1,129,295.55 | | 16,349,616.94 | 0.00 |
| 12/31/2015 | Journal Entry | 1429 | | Reclass 2015 amounts to SeeCubic Loans receivable | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | 1,129,295.55 | 0.00 | | 1,129,295.55 | 0.00 |
| 12/31/2018 | Journal Entry | 2103 | | Record Intercompany invoice for Bud R. management fee expensed at SeeCubic | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | -Split- | 50,000.00 | 50,000.00 | | 50,000.00 | 0.00 |
| 04/07/2020 | Expense | | WireRef#51185Q2019T3 | SeeCubic B.V. | Funding of working capital to SeeCubic | 1410-10-00 Loans Receivable:1410-10-05 Loans Receivable - SeeCubic | 1001-00-71 HSBC Bank 9207 | 16,404.06 | 66,404.06 | | 16,404.06 | 0.00 |
| **Total for 1410-10-05 Loans Receivable - SeeCubic** | | | | | | | **$66,404.06** | | | **$66,404.06** | **$0.00** |
| **1410-10-10 Loan to SeeCubic B.V.i.o** | | | | | | | | | | | |
| 10/12/2011 | Bill | Oct 12,2011 | SeeCubic B.V. i.o. | Operational Expenditures | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 20000 2000-00-00 Accounts Payable | 75,000.00 | 75,000.00 | | 75,000.00 | 0.00 |
| 11/15/2011 | Bill | Raja Request 11/15/11 | SeeCubic b.v | Operation & Expense for SeeCubic b.v. | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 20000 2000-00-00 Accounts Payable | 100,000.00 | 175,000.00 | | 100,000.00 | 0.00 |
| 12/02/2011 | Bill | Dec 2,11 | SeeCubic b.v | | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 20000 2000-00-00 Accounts Payable | 100,000.00 | 275,000.00 | | 100,000.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -275,000.00 | 0.00 | | -275,000.00 | 0.00 |
| 01/01/2016 | Journal Entry | 1709 | | Reclass opening balance of Loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 1,432,421.81 | 1,432,421.81 | | 1,432,421.81 | 0.00 |
| 03/31/2016 | Journal Entry | 1731 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 59,012.21 | 1,491,434.02 | | 59,012.21 | 0.00 |
| 06/30/2016 | Journal Entry | 1733 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -33,032.65 | 1,458,401.37 | | -33,032.65 | 0.00 |
| 09/30/2016 | Journal Entry | 1734 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 12,204.82 | 1,470,606.19 | | 12,204.82 | 0.00 |
| 09/30/2016 | Journal Entry | 1710 | | Reclass 2016 funding to SeeCubic to Loan account | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 172,299.83 | 1,642,906.02 | | 172,299.83 | 0.00 |
| 12/31/2016 | Journal Entry | 1735 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -101,852.70 | 1,541,053.32 | | -101,852.70 | 0.00 |
| 03/31/2017 | Journal Entry | 1754 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 24,342.06 | 1,565,395.38 | | 24,342.06 | 0.00 |
| 06/30/2017 | Journal Entry | 1831 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 108,608.68 | 1,674,004.06 | | 108,608.68 | 0.00 |
| 09/30/2017 | Journal Entry | 1870 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 57,169.41 | 1,731,173.47 | | 57,169.41 | 0.00 |
| 12/31/2017 | Journal Entry | 1925 | | Revaluate StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 24,303.96 | 1,755,477.43 | | 24,303.96 | 0.00 |
| 03/31/2018 | Journal Entry | 1989 | | Remeasurement StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 50,067.26 | 1,805,544.69 | | 50,067.26 | 0.00 |
| 06/30/2018 | Journal Entry | 2028 | | Remeasurement StreamTV loan receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -93,745.22 | 1,711,799.47 | | -93,745.22 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with SeeCubic - Record Q3 2018 revalue of foreign denominated principal balance | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -8,587.86 | 1,703,211.61 | | -8,587.86 | 0.00 |
| 10/10/2018 | Expense | Wire Ref#75055AV003FR | SeeCubic b.v | Funding of working capital needs for SeeCubic - 223,295.00 EUR | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 259,617.30 | 1,962,828.91 | | 259,617.30 | 0.00 |
| 10/11/2018 | Expense | Wire Ref#69575AW005AG | SeeCubic B.V. | Funding of capital to subsidiary - 150,000.00 EUR | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 175,024.20 | 2,137,853.11 | | 175,024.20 | 0.00 |
| 10/18/2018 | Expense | Wire Ref#65405B30075T | SeeCubic B.V. | Funding to SeeCubic for the resolution of SeeCubic's intercompany balance with STVI | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 83,898.72 | 2,221,751.83 | | 83,898.72 | 0.00 |
| 12/31/2018 | Journal Entry | 2053 | | Loan with SeeCubic - Record Q4 2018 revalue of foreign denominated principal balance | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -32,737.68 | 2,189,014.15 | | -32,737.68 | 0.00 |
| 01/03/2019 | Journal Entry | Transfer#05195D9001OI | SeeCubic B.V. | Funding of working capital needs for SeeCubic - HSBC Bank Account Fees | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 5,666.78 | 2,194,680.93 | | 5,666.78 | 0.00 |
| 03/31/2019 | Journal Entry | 2142 | | Loan with SeeCubic - Record Q1 2019 revalue of foreign denominated principal balance | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -43,787.47 | 2,150,893.46 | | -43,787.47 | 0.00 |
| 05/15/2019 | Expense | Transfer#03795GX01WNY | SeeCubic B.V. | Funding of SeeCubic working capital payroll | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 293,428.53 | 2,444,321.99 | | 293,428.53 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | B.V.i.o | | | | | | |
| 05/17/2019 | Expense | Transfer#15545GZ00WDX | SeeCubic B.V. | Funding of SC HSBC account working capital | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 1,147.40 | 2,445,469.39 | | 1,147.40 | 0.00 |
| 06/30/2019 | Expense | 2143 | | Loan with SeeCubic - Record Q2 2019 revalue of foreign denominated principal balance | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 30,253.98 | 2,475,723.37 | | 30,253.98 | 0.00 |
| 07/13/2019 | Expense | Transfer#32045IK0047J | SeeCubic B.V. | Funding of working capital to SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-71 HSBC Bank 9207 | 107,987.63 | 2,583,711.00 | | 107,987.63 | 0.00 |
| 07/29/2019 | Expense | Transfer#35275J001XJZ | SeeCubic B.V. | Funding of working capital to SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 1,145.61 | 2,584,856.61 | | 1,145.61 | 0.00 |
| 08/30/2019 | Expense | Transfer#14355JW018K1 | SeeCubic B.V. | Funding of working capital to SC HSBC account | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 1,134.62 | 2,585,991.23 | | 1,134.62 | 0.00 |
| 09/20/2019 | Expense | Transfer#17435KH015HZ | SeeCubic B.V. | Funding of working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-71 HSBC Bank 9207 | 1,698.30 | 2,587,689.53 | | 1,698.30 | 0.00 |
| 09/30/2019 | Journal Entry | 2144 | | Loan with SeeCubic - Record Q3 2019 revalue of foreign denominated principal balance | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | -106,636.86 | 2,481,052.67 | | -106,636.86 | 0.00 |
| 10/22/2019 | Expense | Transfer#42815LD0154P | SeeCubic B.V. | Funding of working capital to SeeCubic HSBC account | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-72 HSBC Bank 9215 | 2,287.41 | 2,483,340.08 | | 2,287.41 | 0.00 |
| 12/26/2019 | Expense | Transfer#80955N4008KL | SeeCubic B.V. | Funding of working capital to SC HSBC Account | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | 1001-00-71 HSBC Bank 9207 | 1,708.41 | 2,485,048.49 | | 1,708.41 | 0.00 |
| 01/15/2020 | Journal Entry | 2149 | | Loan with SeeCubic - Record Q4 2019 revalue of foreign denominated principal balance | 1410-10-00 Loans Receivable:1410-10-10 Loan to SeeCubic B.V.i.o | -Split- | 73,259.87 | 2,558,308.36 | | 73,259.87 | 0.00 |
| **Total for 1410-10-10 Loan to SeeCubic B.V.i.o** | | | | | | | **$2,558,308.36** | | | **$2,558,308.36** | **$0.00** |
| 1410-10-11 Intercompany Interest Receivable - SeeCubic | | | | | | | | | | | |
| 03/31/2016 | Journal Entry | 1732 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 2,142.73 | 2,142.73 | | 2,142.73 | 0.00 |
| 03/31/2016 | Journal Entry | 1732 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 72,428.97 | 74,571.70 | | 72,428.97 | 0.00 |
| 06/30/2016 | Journal Entry | 1736 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -2,888.53 | 71,683.17 | | -2,888.53 | 0.00 |
| 06/30/2016 | Journal Entry | 1736 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 74,156.97 | 145,840.14 | | 74,156.97 | 0.00 |
| 09/30/2016 | Journal Entry | 1737 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 1,755.82 | 147,595.96 | | 1,755.82 | 0.00 |
| 09/30/2016 | Journal Entry | 1737 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 73,266.38 | 220,862.34 | | 73,266.38 | 0.00 |
| 12/31/2016 | Journal Entry | 1738 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -15,633.64 | 205,228.70 | | -15,633.64 | 0.00 |
| 12/31/2016 | Journal Entry | 1738 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 76,254.53 | 281,483.23 | | 76,254.53 | 0.00 |
| 03/31/2017 | Journal Entry | 1752 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 66,194.27 | 347,677.50 | | 66,194.27 | 0.00 |
| 03/31/2017 | Journal Entry | 1752 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 78,064.91 | 425,742.41 | | 78,064.91 | 0.00 |
| 06/30/2017 | Journal Entry | 1832 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -33,150.19 | 392,592.22 | | -33,150.19 | 0.00 |
| 06/30/2017 | Journal Entry | 1832 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 80,575.72 | 473,167.94 | | 80,575.72 | 0.00 |
| 09/30/2017 | Journal Entry | 1873 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 16,615.46 | 489,783.40 | | 16,615.46 | 0.00 |
| 09/30/2017 | Journal Entry | 1873 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 86,102.51 | 575,885.91 | | 86,102.51 | 0.00 |
| 12/31/2017 | Journal Entry | 1926 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 9,556.53 | 585,442.44 | | 9,556.53 | 0.00 |
| 12/31/2017 | Journal Entry | 1926 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 86,302.21 | 671,744.65 | | 86,302.21 | 0.00 |
| 03/31/2018 | Journal Entry | 1988 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 19,273.28 | 691,017.93 | | 19,273.28 | 0.00 |
| 03/31/2018 | Journal Entry | 1988 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 90,162.53 | 781,180.46 | | 90,162.53 | 0.00 |
| 06/30/2018 | Journal Entry | 2023 | | Revaluate StreamTV interest receivable with SeeCubic | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -42,334.10 | 738,846.36 | | -42,334.10 | 0.00 |
| 06/30/2018 | Journal Entry | 2023 | | Record quarterly intercompany interest receivable on SeeCubic loan | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 87,364.61 | 826,210.97 | | 87,364.61 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with SeeCubic - Record Q2 2018 true-up adj. to interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -39,314.07 | 786,896.90 | | -39,314.07 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with SeeCubic - Record Q3 2018 revalue of foreign denominated accumulated interest balance | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -3,964.95 | 782,931.95 | | -3,964.95 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with SeeCubic - Record Q3 2018 true-up adj. to interest expense/(income) - CTA difference | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 798.54 | 783,730.49 | | 798.54 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with SeeCubic - Record Q3 2018 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 46,851.51 | 830,582.00 | | 46,851.51 | 0.00 |
| 12/31/2018 | Journal Entry | 2053 | | Loan with SeeCubic - Record Q4 2018 revalue of foreign denominated accumulated interest balance | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -12,545.61 | 818,036.39 | | -12,545.61 | 0.00 |
| 12/31/2018 | Journal Entry | 2053 | | Loan with SeeCubic - Record Q4 2018 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 46,851.51 | 864,887.90 | | 46,851.51 | 0.00 |
| 03/31/2019 | Journal Entry | 2142 | | Loan with SeeCubic - Record Q1 2019 revalue of foreign denominated accumulated interest balance | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -17,872.14 | 847,015.76 | | -17,872.14 | 0.00 |
| 03/31/2019 | Journal Entry | 2142 | | Loan with SeeCubic - Record Q1 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 59,658.76 | 906,674.52 | | 59,658.76 | 0.00 |
| 06/30/2019 | Journal Entry | 2143 | | Loan with SeeCubic - Record Q2 2019 revalue of foreign denominated accumulated interest balance | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 12,511.45 | 919,185.97 | | 12,511.45 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Receivable - SeeCubic | | | | | | |
| 06/30/2019 | Journal Entry | 2143 | | Loan with SeeCubic - Record Q2 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 59,196.93 | 978,382.90 | | 59,196.93 | 0.00 |
| 09/30/2019 | Journal Entry | 2144 | | Loan with SeeCubic - Record Q3 2019 revalue of foreign denominated accumulated interest balance | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | -41,617.02 | 936,765.88 | | -41,617.02 | 0.00 |
| 09/30/2019 | Journal Entry | 2144 | | Loan with SeeCubic - Record Q3 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 66,549.06 | 1,003,314.94 | | 66,549.06 | 0.00 |
| 01/15/2020 | Journal Entry | 2149 | | Loan with SeeCubic - Record Q4 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-11 Intercompany Interest Receivable - SeeCubic | -Split- | 69,278.58 | 1,072,593.52 | | 69,278.58 | 0.00 |
| **Total for 1410-10-11 Intercompany Interest Receivable - SeeCubic** | | | | | | | **$1,072,593.52** | | | **$1,072,593.52** | **$0.00** |
| 1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | | | | | | | | | | | |
| 01/01/2016 | Journal Entry | 1709 | | Reclass UltraD IC activity associated with invoices and Philips interest payments | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | -Split- | 129,006.84 | 129,006.84 | | 129,006.84 | 0.00 |
| 01/01/2016 | Journal Entry | 1709 | | Reclass UltraD IC activity | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | -Split- | 5,059.70 | 134,066.54 | | 5,059.70 | 0.00 |
| 04/12/2018 | Expense | Wire Ref#721855U01DDU | Ultra-D Cooperatief U.A.i.o. | Funding of Working Capital to Sub (SeeCubic) | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 233,424.83 | 367,491.37 | | 233,424.83 | 0.00 |
| 06/06/2018 | Expense | Wire Ref#204057D01HYC | Ultra-D Cooperatief U.A.i.o. | Funding of working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 96,780.67 | 464,272.04 | | 96,780.67 | 0.00 |
| 06/30/2018 | Journal Entry | 2027 | | 6/6/18 Wire Ref#204057D01HYC - Funding of working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | -Split- | -96,780.67 | 367,491.37 | | -96,780.67 | 0.00 |
| 06/30/2018 | Journal Entry | 2027 | | 4/12/18 Wire Ref#721855U01DDU - Funding of Working Capital to Sub (SeeCubic) | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | -Split- | -233,424.83 | 134,066.54 | | -233,424.83 | 0.00 |
| 08/13/2018 | Expense | Wire Ref#07325990070T | Ultra-D Cooperatief U.A.i.o. | Funding of SeeCubic working capital - 1st half | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 121,684.08 | 255,750.62 | | 121,684.08 | 0.00 |
| 08/13/2018 | Expense | Wire Ref#07325990070T | Ultra-D Cooperatief U.A.i.o. | Funding of SeeCubic working capital - 2nd half | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 121,684.08 | 377,434.70 | | 121,684.08 | 0.00 |
| 08/13/2018 | Expense | Wire Ref#07325990070T | Ultra-D Cooperatief U.A.i.o. | Funding of UltraD working capital | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 7,071.45 | 384,506.15 | | 7,071.45 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | 8/13/2018 Wire Ref#07325990070T - Reclass funding to correct IC account | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | -Split- | -7,071.45 | 377,434.70 | | -7,071.45 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | 8/13/2018 Wire Ref#07325990070T - Reclass funding to correct IC account | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | -Split- | -121,684.08 | 255,750.62 | | -121,684.08 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | 8/13/2018 Wire Ref#07325990070T - Reclass funding to correct IC account | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | -Split- | -121,684.08 | 134,066.54 | | -121,684.08 | 0.00 |
| 11/18/2019 | Expense | Transfer#14075M100ZL4 | Ultra-D Cooperatief U.A.i.o. | Funding working capital to SC | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 56,124.93 | 190,191.47 | | 56,124.93 | 0.00 |
| 11/19/2019 | Expense | Transfer#86235M501LY9 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SC | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-71 HSBC Bank 9207 | 45,215.68 | 235,407.15 | | 45,215.68 | 0.00 |
| 11/22/2019 | Expense | Transfer#22915M801K11 | Ultra-D Cooperatief U.A.i.o. | Funding working capital to SC | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 89,618.64 | 325,025.79 | | 89,618.64 | 0.00 |
| 12/13/2019 | Expense | Transfer#25005MT023ZI | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SC | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-72 HSBC Bank 9215 | 45,397.28 | 370,423.07 | | 45,397.28 | 0.00 |
| 12/19/2019 | Expense | Transfer#45805MZ020IS | Ultra-D Cooperatief U.A.i.o. | Funding working capital to Ultra-D for SC Payroll | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-71 HSBC Bank 9207 | 79,010.40 | 449,433.47 | | 79,010.40 | 0.00 |
| 12/24/2019 | Expense | Transfer#70685N400BUA | Ultra-D Cooperatief U.A.i.o. | Funding working capital to Ultra-D | 1410-10-00 Loans Receivable:1410-10-14 Loan to Ultra-D Cooperative UA -Other activity | 1001-00-71 HSBC Bank 9207 | 455.59 | 449,889.06 | | 455.59 | 0.00 |
| **Total for 1410-10-14 Loan to Ultra-D Cooperative UA -Other activity** | | | | | | | **$449,889.06** | | | **$449,889.06** | **$0.00** |
| 1410-10-15 Loan to Ultra-D Cooperative UA | | | | | | | | | | | |
| 01/01/2016 | Journal Entry | 1709 | | Reclass opening balance of Loan receivable with UltraD Coop | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 16,190,550.40 | 16,190,550.40 | | 16,190,550.40 | 0.00 |
| 12/31/2016 | Journal Entry | 1729 | | Reclass UltraD Q4 funding which posted to 1410-10-95 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 319,784.05 | 16,510,334.45 | | 319,784.05 | 0.00 |
| 12/31/2016 | Journal Entry | 1711 | | Reclass 2016 funding to UltraD Coop to Loan account | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 676,693.42 | 17,187,027.87 | | 676,693.42 | 0.00 |
| 03/31/2017 | Journal Entry | 1751 | | Reclass Q1 2017 funding to UltraD Coop to Loan account | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 840,500.40 | 18,027,528.27 | | 840,500.40 | 0.00 |
| 06/13/2017 | Bill | Ultra-D Payroll Jun | Ultra-D Cooperatief U.A.i.o. | Ultra-D Payroll June, 2017 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 20000 2000-00-00 Accounts Payable | 273,488.76 | 18,301,017.03 | | 273,488.76 | 0.00 |
| 06/30/2017 | Journal Entry | 1833 | | Reclass Q2 2017 funding to UltraD Coop to Loan account | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 935,456.34 | 19,236,473.37 | | 935,456.34 | 0.00 |
| 07/07/2017 | Bill | Ultra- Payroll July, | Ultra-D Cooperatief U.A.i.o. | Ultra- Payroll July, 2017 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 20000 2000-00-00 Accounts Payable | 264,871.15 | 19,501,344.52 | | 264,871.15 | 0.00 |
| 07/31/2017 | Bill | Ultra-D July | Ultra-D Cooperatief U.A.i.o. | Ultra-D July Transfer of Funds | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 20000 2000-00-00 Accounts Payable | 5,610.81 | 19,506,955.33 | | 5,610.81 | 0.00 |
| 08/07/2017 | Bill | Payroll Aug, 2017 | Ultra-D Cooperatief U.A.i.o. | Ultra-D Payroll Aug, 2017 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 20000 2000-00-00 Accounts Payable | 273,664.15 | 19,780,619.48 | | 273,664.15 | 0.00 |
| 08/15/2017 | Bill | Working Capital Aug | Ultra-D Cooperatief U.A.i.o. | Ultra-D Working Capital Aug, 2017 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 20000 2000-00-00 Accounts Payable | 154,099.93 | 19,934,719.41 | | 154,099.93 | 0.00 |
| 08/18/2017 | Bill | Ultra-D Aug 18, 2017 | Ultra-D Cooperatief U.A.i.o. | Ultra-D Aug 18, 2017 E & Y Payment | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 20000 2000-00-00 Accounts Payable | 20,460.52 | 19,955,179.93 | | 20,460.52 | 0.00 |
| 09/11/2017 | Bill | Sep 2017 Payroll | Ultra-D Cooperatief U.A.i.o. | Funding Ultra-D for SeeCubic's (Ultra-D subsidiary) September 2017 payroll | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 2000-00-03 Accounts Payable | 138,274.94 | 20,093,454.87 | | 138,274.94 | 0.00 |
| 09/18/2017 | Bill | 20170918-1 | Ultra-D Cooperatief U.A.i.o. (EUR) | September 2018 Transfer of Funds | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 2000-00-03 Accounts Payable (EUR) | 11,989.63 | 20,105,444.50 | | 11,989.63 | 0.00 |
| 09/30/2017 | Journal Entry | 1880 | | To adjust Funding of Working Capital and Payroll to Ultra-D for fx differences | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 189.64 | 20,105,634.14 | | 189.64 | 0.00 |
| 09/30/2017 | Vendor Credit | VC81517 | Ultra-D Cooperatief U.A.i.o. | Reverse bill # Working Capital Aug - recorded on 8/15/17 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 20000 2000-00-00 Accounts Payable | -76,116.35 | 20,029,517.79 | | -76,116.35 | 0.00 |
| 10/01/2017 | Bill | Sep28 2017WCPayroll | Ultra-D Cooperatief | Sep 28, 2017 Funding SeeCubic working capital & payroll | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 2000-00-03 Accounts Payable | 145,065.20 | 20,174,582.99 | | 145,065.20 | 0.00 |

January 1, 2011 - March 24, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | U.A.i.o. (EUR) | | Cooperative UA | (EUR) | | | | | |
| 10/04/2017 | Bill | Oct42017WCPayroll | Ultra-D Coöperatief U.A.i.o. (EUR) | Transfer of funds to Ultra-D Coöperatief U.A. for eventual transfer to SeeCubic for payroll and/or working capital purposes | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 2000-00-03 Accounts Payable (EUR) | 136,020.78 | 20,310,603.77 | | 136,020.78 | 0.00 |
| 10/10/2017 | Journal Entry | 1881 | | To adjust Funding of Working Capital and Payroll to Ultra-D for fx differences | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 1,666.21 | 20,312,269.98 | | 1,666.21 | 0.00 |
| 10/24/2017 | Expense | 6823513016YQ | Ultra-D Coöperatief U.A.i.o. | Funding SeeCubic's Operational Costs for October 2017 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 118,803.84 | 20,431,073.82 | | 118,803.84 | 0.00 |
| 10/24/2017 | Expense | 7856513015C9 | Ultra-D Coöperatief U.A.i.o. | Funding to SeeCubic for 1st Half of October 2017 Payroll | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 137,019.70 | 20,568,093.52 | | 137,019.70 | 0.00 |
| 10/31/2017 | Expense | NL48INGB0657233714 | Ultra-D Coöperatief U.A.i.o. | Transfer of funds to Ultra-D Coöperatief U.A. for working capital purposes - Funding # 20171031-2 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 5,858.40 | 20,573,951.92 | | 5,858.40 | 0.00 |
| 11/01/2017 | Expense | NL48INGB0657233714 | Ultra-D Coöperatief U.A.i.o. | Transfer of funds to Ultra-D Coöperatief U.A. for eventual transfer to SeeCubic for payroll and/or working capital purposes - Funding # 20171101-1 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 135,527.28 | 20,709,479.20 | | 135,527.28 | 0.00 |
| 11/14/2017 | Expense | WireRef#651051O00N7V | Ultra-D Coöperatief U.A.i.o. | Transfer of funds to D Coöperatief U.A. for eventual transfer for working capital purposes - Request # 20171109-1 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 14,299.38 | 20,723,778.58 | | 14,299.38 | 0.00 |
| 11/14/2017 | Expense | WireRef#679951O00XDV | Ultra-D Coöperatief U.A.i.o. | Transfer of funds to Ultra-D Coöperatief U.A. for eventual transfer to SeeCubic for payroll and/or working capital purposes - First Half November 2017 Payroll - Request # 20171113-1 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 142,544.83 | 20,866,323.41 | | 142,544.83 | 0.00 |
| 11/29/2017 | Expense | WireRef#735152301SYM | Ultra-D Coöperatief U.A.i.o. | November 2017 Working Capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 6,956.13 | 20,873,279.54 | | 6,956.13 | 0.00 |
| 12/04/2017 | Expense | WireRef#434552801UJ6 | Ultra-D Coöperatief U.A.i.o. | Funding for SC working capital for November 2017 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 130,480.15 | 21,003,759.69 | | 130,480.15 | 0.00 |
| 12/13/2017 | Expense | WireRef#250752H01IGV | Ultra-D Coöperatief U.A.i.o. | Funding of SC working capital for first half of December 2017 - Funding # 20171214-1 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 134,933.78 | 21,138,693.47 | | 134,933.78 | 0.00 |
| 12/13/2017 | Expense | WireRef#675152H01BV3 | Ultra-D Coöperatief U.A.i.o. | Funding of SC working capital for the second half of December 2017 - Funding # 20171214-2 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 136,687.20 | 21,275,380.67 | | 136,687.20 | 0.00 |
| 12/21/2017 | Expense | Wire ref#355552P011LG | Ultra-D Coöperatief U.A.i.o. | Funding of working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 2,512.27 | 21,277,892.94 | | 2,512.27 | 0.00 |
| 12/28/2017 | Expense | Wireref#511752W01MGW | Ultra-D Coöperatief U.A.i.o. | Funding working capital for SeeCubic - December 2017 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 36,252.93 | 21,314,145.87 | | 36,252.93 | 0.00 |
| 01/05/2018 | Expense | Wire Ref#134753501G86 | Ultra-D Coöperatief U.A.i.o. | Funding for SeeCubic Work Capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 146,488.75 | 21,460,634.62 | | 146,488.75 | 0.00 |
| 01/12/2018 | Expense | 20180112-1 | Ultra-D Coöperatief U.A.i.o. | Funding working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 286,496.10 | 21,747,130.72 | | 286,496.10 | 0.00 |
| 01/30/2018 | Expense | Wire Ref#622353U00UB3 | Ultra-D Coöperatief U.A.i.o. | Transfer of funds to Ultra-D Coöperatief U.A. for eventual transfer to SeeCubic for payroll and/or working capital purposes | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 134,423.59 | 21,881,554.31 | | 134,423.59 | 0.00 |
| 02/05/2018 | Expense | Wire ref#870254000UVN | Ultra-D Coöperatief U.A.i.o. | Funding of Working Capital to SC | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 317,468.43 | 22,199,022.74 | | 317,468.43 | 0.00 |
| 02/14/2018 | Expense | Wire Ref#457254901NS5 | Ultra-D Coöperatief U.A.i.o. | Funding for SeeCubic's Working Capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 167,824.48 | 22,366,847.22 | | 167,824.48 | 0.00 |
| 03/06/2018 | Expense | Wire Ref#419554T010HM | Ultra-D Coöperatief U.A.i.o. | Funding of SeeCubic Working Capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 186,043.11 | 22,552,890.33 | | 186,043.11 | 0.00 |
| 03/12/2018 | Expense | Wire Ref#238954Z01DBR | Ultra-D Coöperatief U.A.i.o. | Funding oWorking Capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 294,565.46 | 22,847,455.79 | | 294,565.46 | 0.00 |
| 04/11/2018 | Expense | Wire Ref#592055T012UP | Ultra-D Coöperatief U.A.i.o. | Funding for Working Capital to Sub (SC Payroll) | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 287,768.01 | 23,135,223.80 | | 287,768.01 | 0.00 |
| 05/08/2018 | Expense | Wire Ref#738556K00HZD | Ultra-D Coöperatief U.A.i.o. | Funding working capital from STV to subsidiary (Ultra-D) | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 42,354.37 | 23,177,578.17 | | 42,354.37 | 0.00 |
| 05/17/2018 | Expense | Wire Ref#894856S01G2M | Ultra-D Coöperatief U.A.i.o. | Funding working capital of subsidiary | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 314,574.18 | 23,492,152.35 | | 314,574.18 | 0.00 |
| 06/15/2018 | Expense | Wire Ref#443557M02004 | Ultra-D Coöperatief U.A.i.o. | Funding working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 260,164.78 | 23,752,317.13 | | 260,164.78 | 0.00 |
| 06/30/2018 | Journal Entry | 2027 | | 6/6/18 Wire Ref#204057D01HYC - Funding of working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 96,780.67 | 23,849,097.80 | | 96,780.67 | 0.00 |
| 06/30/2018 | Journal Entry | 2027 | | 4/12/18 Wire Ref#721855U01DDU - Funding of Working Capital to Sub (SeeCubic) | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 233,424.83 | 24,082,522.63 | | 233,424.83 | 0.00 |
| 07/03/2018 | Deposit | | John F. Bradley, Jr. | Settlement amount of Sierra Component equipment prepay | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1000-10-00 TD Bank:1001-00-00 TD Bank 8682 | -1,170.88 | 24,081,351.75 | | -1,170.88 | 0.00 |
| 07/11/2018 | Expense | Wire Ref#318158C00TM5 | Ultra-D Coöperatief U.A.i.o. | Funding of working capital for Ultra-D | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 10,989.86 | 24,092,341.61 | | 10,989.86 | 0.00 |
| 07/12/2018 | Expense | Wire Ref#197858D01XXO | Ultra-D Coöperatief U.A.i.o. | Remittance of legal settlement received by Stream TV due to SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 1,170.88 | 24,093,512.49 | | 1,170.88 | 0.00 |
| 07/12/2018 | Expense | Wire Ref#197858D01XXO | Ultra-D Coöperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 116,441.02 | 24,209,953.51 | | 116,441.02 | 0.00 |
| 07/19/2018 | Expense | Wire Ref#291158K0215P | Ultra-D Coöperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 58,906.65 | 24,268,860.16 | | 58,906.65 | 0.00 |
| 08/06/2018 | Expense | Wire Ref#104592017T0 | Ultra-D Coöperatief U.A.i.o. | Funding of SeeCubic working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 124,271.02 | 24,393,131.18 | | 124,271.02 | 0.00 |
| 08/31/2018 | Expense | Wire Ref#882459R01SJ1 | Ultra-D Coöperatief U.A.i.o. | Funding of working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 116,948.00 | 24,510,079.18 | | 116,948.00 | 0.00 |
| 09/05/2018 | Expense | Wire Ref#142659W0079Z | Ultra-D Coöperatief U.A.i.o. | Funding working capital for UltraD | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 16,475.20 | 24,526,554.38 | | 16,475.20 | 0.00 |
| 09/10/2018 | Expense | Wire Ref#13635A101BW4 | Ultra-D Coöperatief U.A.i.o. | Funding of Ultra-D Coop working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 7,037.44 | 24,533,591.82 | | 7,037.44 | 0.00 |
| 09/11/2018 | Expense | Wire Ref#18395A200FFF | Ultra-D Coöperatief U.A.i.o. | Funding of Ultra-D working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 140,090.64 | 24,673,682.46 | | 140,090.64 | 0.00 |
| 09/20/2018 | Expense | Wire Ref#52985AB001DV | Ultra-D Coöperatief U.A.i.o. | Funding of Ultra-D working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 9,669.64 | 24,683,352.10 | | 9,669.64 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | 8/13/2018 Wire Ref#07325990070T - Reclass funding to correct IC account | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 7,071.45 | 24,690,423.55 | | 7,071.45 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | 8/13/2018 Wire Ref#07325990070T - Reclass funding to correct IC account | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | -Split- | 121,684.08 | 24,812,107.63 | | 121,684.08 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cooperative UA | | | | | | |
| 09/30/2018 | Journal Entry | 2039 | | 8/13/2018 Wire Ref#07325990070T - Reclass funding to correct IC account | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D | -Split- | 121,684.08 | 24,933,791.71 | | 121,684.08 | 0.00 |
| 10/18/2018 | Expense | | Ultra-D Cooperatief U.A.i.o. | Funding of Ultra-D's working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 402.61 | 24,934,194.32 | | 402.61 | 0.00 |
| 10/18/2018 | Expense | Wire Ref#49225B3003G2 | Ultra-D Cooperatief U.A.i.o. | Funding to Ultra-D for resolution of Ultra-D intercompany balance with STVI | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 27,778.80 | 24,961,973.12 | | 27,778.80 | 0.00 |
| 10/18/2018 | Expense | Wire Ref#10615B3000F6 | Ultra-D Cooperatief U.A.i.o. | Funding of working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 300.00 | 24,962,273.12 | | 300.00 | 0.00 |
| 11/13/2018 | Expense | Transfer#89005BT01209 | Ultra-D Cooperatief U.A.i.o. | Funding of working capital for SeeCubic B.V. | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 380,477.84 | 25,342,750.96 | | 380,477.84 | 0.00 |
| 12/04/2018 | Expense | Transfer#34335CE00X16 | Ultra-D Cooperatief U.A.i.o. | Funding working capital to Ultra-D Coop | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 9,350.72 | 25,352,101.68 | | 9,350.72 | 0.00 |
| 12/10/2018 | Expense | Transfer#66885CJ00TU8 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 160,890.09 | 25,512,991.77 | | 160,890.09 | 0.00 |
| 12/10/2018 | Expense | Transfer#32605CI01RJ8 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 252,827.29 | 25,765,819.06 | | 252,827.29 | 0.00 |
| 12/14/2018 | Expense | Transfer#37835CO01SYA | Ultra-D Cooperatief U.A.i.o. | Funding working capital for Ultra-D Coop | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 11,616.36 | 25,777,435.42 | | 11,616.36 | 0.00 |
| 01/09/2019 | Expense | Transfer#03275DF01SKJ | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 9,492.54 | 25,786,927.96 | | 9,492.54 | 0.00 |
| 01/11/2019 | Expense | Transfer#24715DH01YC7 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 306,157.23 | 26,093,085.19 | | 306,157.23 | 0.00 |
| 01/23/2019 | Expense | Transfer#13165E0007BR | Ultra-D Cooperatief U.A.i.o. | Funding of SC working capital requirements | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 69,515.40 | 26,162,600.59 | | 69,515.40 | 0.00 |
| 02/07/2019 | Expense | Transfer#45845E800ZMH | Ultra-D Cooperatief U.A.i.o. | Funding of SC working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 205,891.56 | 26,368,492.15 | | 205,891.56 | 0.00 |
| 02/20/2019 | Expense | Transfer#15025EL015JK | Ultra-D Cooperatief U.A.i.o. | Funding of working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 3,504.30 | 26,371,996.45 | | 3,504.30 | 0.00 |
| 03/05/2019 | Expense | Transfer#03975EY020BR | Ultra-D Cooperatief U.A.i.o. | Funding of SC working capital - Payment 1 of 2 (100,000.00 EUR of 210,000.00 EUR) | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 113,819.90 | 26,485,816.35 | | 113,819.90 | 0.00 |
| 03/06/2019 | Expense | Transfer#69585EZ014FS | Ultra-D Cooperatief U.A.i.o. | Funding of SC working capital - Payment 2 of 2 (110,000.00 EUR of 210,000.00 EUR) | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 125,410.23 | 26,611,226.58 | | 125,410.23 | 0.00 |
| 03/13/2019 | Expense | Transfer#38615F600LKB | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 68,879.52 | 26,680,106.10 | | 68,879.52 | 0.00 |
| 03/19/2019 | Expense | Transfer#68135FC005O6 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for Ultra-D | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 583.25 | 26,680,689.35 | | 583.25 | 0.00 |
| 03/25/2019 | Expense | Transfer#63595FF0219A | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SC | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 125,468.31 | 26,806,157.66 | | 125,468.31 | 0.00 |
| 04/04/2019 | Expense | Transfer#13695FS01ZOC | Ultra-D Cooperatief U.A.i.o. | Funding working capital to Ultra-D | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 21,749.49 | 26,827,907.15 | | 21,749.49 | 0.00 |
| 04/11/2019 | Expense | Transfer#34495FZ01A6D | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 215,775.21 | 27,043,682.36 | | 215,775.21 | 0.00 |
| 04/23/2019 | Expense | Transfer#49445GB008V5 | Ultra-D Cooperatief U.A.i.o. | Funding of working capital for SC HSBC Account | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 1,151.60 | 27,044,833.96 | | 1,151.60 | 0.00 |
| 05/01/2019 | Expense | Transfer#10045GJ00RGR | Ultra-D Cooperatief U.A.i.o. | Working capital for SC Operations | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 34,275.67 | 27,079,109.63 | | 34,275.67 | 0.00 |
| 05/21/2019 | Expense | Transfer#55465H201P3L | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 73,584.56 | 27,152,694.19 | | 73,584.56 | 0.00 |
| 06/12/2019 | Check | Wire Ref#43425HN05ZKZ | Ultra-D Cooperatief U.A.i.o. | Working capital for SC Operations | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 114,011.30 | 27,266,705.49 | | 114,011.30 | 0.00 |
| 06/13/2019 | Check | Wire Ref#43425HN06ZKZ | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SC | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 159,043.08 | 27,425,748.57 | | 159,043.08 | 0.00 |
| 06/18/2019 | Check | Wire Ref#43425HN07ZKZ | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 191,825.28 | 27,617,573.85 | | 191,825.28 | 0.00 |
| 07/05/2019 | Expense | Transfer#34845IC005FG | Ultra-D Cooperatief U.A.i.o. | Funding working capital for Ultra-D Coop = 1,000.00 EUR | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 1,131.15 | 27,618,705.00 | | 1,131.15 | 0.00 |
| 07/05/2019 | Expense | Transfer#34845IC005FG | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic = 120,000.00 EUR | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 135,737.40 | 27,754,442.40 | | 135,737.40 | 0.00 |
| 07/10/2019 | Expense | Transfer#74145IH00XLG | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SC | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 91,412.96 | 27,845,855.36 | | 91,412.96 | 0.00 |
| 07/12/2019 | Expense | Transfer#44055IJ00G68 | Ultra-D Cooperatief U.A.i.o. | Funding of working capital | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 106,237.23 | 27,952,092.59 | | 106,237.23 | 0.00 |
| 07/17/2019 | Check | TEST | Ultra-D Cooperatief U.A.i.o. | Ultra-D EURO 145,000 | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 164,024.73 | 28,116,117.32 | | 164,024.73 | 0.00 |
| 08/09/2019 | Expense | Transfer#61565JB00WO4 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SC | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 112,925.90 | 28,229,043.22 | | 112,925.90 | 0.00 |
| 08/09/2019 | Expense | Transfer#64995JB017S7 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SC | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 73,954.08 | 28,302,997.30 | | 73,954.08 | 0.00 |
| 08/12/2019 | Expense | Transfer#54155JE010JB | Ultra-D Cooperatief U.A.i.o. | Funding working capital for Ultra-D | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 1,728.65 | 28,304,725.95 | | 1,728.65 | 0.00 |
| 08/26/2019 | Expense | Transfer#18035JS001ZS | Ultra-D Cooperatief U.A.i.o. | Funding of working capital for SC through Ultra-D | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 139,854.85 | 28,444,580.80 | | 139,854.85 | 0.00 |
| 08/30/2019 | Expense | Transfer#27495JW00ZGD | Ultra-D Cooperatief U.A.i.o. | Funding working capital to Ultra-D | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 1,135.02 | 28,445,715.82 | | 1,135.02 | 0.00 |
| 09/09/2019 | Expense | Transfer#56895K600BOD | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 67,321.74 | 28,513,037.56 | | 67,321.74 | 0.00 |
| 09/18/2019 | Expense | Transfer#19985KF00O1V | Ultra-D Cooperatief U.A.i.o. | Funding working capital for SeeCubic | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 133,826.64 | 28,646,864.20 | | 133,826.64 | 0.00 |
| 09/20/2019 | Expense | Transfer#33595KH00P89 | Ultra-D Cooperatief U.A.i.o. | Funding working capital for Ultra-D | 1410-10-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 1,698.26 | 28,648,562.46 | | 1,698.26 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | U.A.i.o. | | Cooperative UA | | | | | | |
| 10/01/2019 | Expense | Transfer#16645KS00NBQ | Ultra-D Cooperatief U.A.i.o. | Funding of working capital to SC | 1410-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 22,315.04 | 28,670,877.50 | | 22,315.04 | 0.00 |
| 10/04/2019 | Expense | Transfer#39005KV00Z2F | Ultra-D Cooperatief U.A.i.o. | Funding of working capital to SC | 1410-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 22,402.26 | 28,693,279.76 | | 22,402.26 | 0.00 |
| 10/08/2019 | Expense | Transfer#19085KZ018U9 | Ultra-D Cooperatief U.A.i.o. | Funding of working capital to Ultra-D | 1410-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 185,498.38 | 28,878,778.14 | | 185,498.38 | 0.00 |
| 10/22/2019 | Expense | Transfer#07565LD01BYT | Ultra-D Cooperatief U.A.i.o. | Funding of working capital to SeeCubic | 1410-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-71 HSBC Bank 9207 | 134,738.40 | 29,013,516.54 | | 134,738.40 | 0.00 |
| 11/06/2019 | Expense | Transfer#76375LS011OL | Ultra-D Cooperatief U.A.i.o. | Funding of working capital to SeeCubic | 1410-00 Loans Receivable:1410-10-15 Loan to Ultra-D Cooperative UA | 1001-00-72 HSBC Bank 9215 | 39,519.45 | 29,053,035.99 | | 39,519.45 | 0.00 |
| **Total for 1410-10-15 Loan to Ultra-D Cooperative UA** | | | | | | | **$29,053,035.99** | | | **$29,053,035.99** | **$0.00** |
| 1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | | | | | | | | | | | |
| 12/31/2015 | Journal Entry | 1556 | | To record 2015 Intercompany Interest Income & Intercompany Interest Receivable | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 272,015.94 | 272,015.94 | | 272,015.94 | 0.00 |
| 12/31/2015 | Journal Entry | 1555 | | To record 2014 Intercompany Interest Income & related receivable | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 238,219.52 | 510,235.46 | | 238,219.52 | 0.00 |
| 12/31/2015 | Journal Entry | 1554 | | To reclass intercompany interest receivable to correct company account. | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 97,173.11 | 607,408.57 | | 97,173.11 | 0.00 |
| 12/31/2015 | Journal Entry | 1557 | | To adjust 2015 Intercompany Interest Income & Intercompany Interest Receivable to actual | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 4,863.66 | 612,272.23 | | 4,863.66 | 0.00 |
| 12/31/2015 | Journal Entry | 1553 | | To correct the intercompany interest receivable to actual. | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 54,909.41 | 667,181.64 | | 54,909.41 | 0.00 |
| 03/31/2016 | Journal Entry | 1712 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 809,527.52 | 1,476,709.16 | | 809,527.52 | 0.00 |
| 06/30/2016 | Journal Entry | 1713 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 809,527.52 | 2,286,236.68 | | 809,527.52 | 0.00 |
| 09/30/2016 | Journal Entry | 1714 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 809,527.52 | 3,095,764.20 | | 809,527.52 | 0.00 |
| 12/31/2016 | Journal Entry | 1715 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 809,527.52 | 3,905,291.72 | | 809,527.52 | 0.00 |
| 03/31/2017 | Journal Entry | 1753 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 859,351.39 | 4,764,643.11 | | 859,351.39 | 0.00 |
| 06/30/2017 | Journal Entry | 1835 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 901,376.41 | 5,666,019.52 | | 901,376.41 | 0.00 |
| 09/30/2017 | Journal Entry | 1871 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 961,823.67 | 6,627,843.19 | | 961,823.67 | 0.00 |
| 12/31/2017 | Journal Entry | 1927 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 1,001,475.89 | 7,629,319.08 | | 1,001,475.89 | 0.00 |
| 03/31/2018 | Journal Entry | 1990 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 1,065,707.29 | 8,695,026.37 | | 1,065,707.29 | 0.00 |
| 06/30/2018 | Journal Entry | 2024 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 1,142,244.84 | 9,837,271.21 | | 1,142,244.84 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with Ultra-D (1) - Record Q2 2018 true-up adj. to interest expense/(income) | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | -513,939.81 | 9,323,331.40 | | -513,939.81 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with Ultra-D (1) - Record Q3 2018 interest expense/(income) | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 662,269.37 | 9,985,600.77 | | 662,269.37 | 0.00 |
| 12/31/2018 | Journal Entry | 2053 | | Loan with Ultra-D (1) - Record Q4 2018 interest expense/(income) | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 685,679.27 | 10,671,280.04 | | 685,679.27 | 0.00 |
| 03/31/2019 | Journal Entry | 2142 | | Loan with Ultra-D (1) - Record Q1 2019 interest expense/(income) | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 708,879.47 | 11,380,159.51 | | 708,879.47 | 0.00 |
| 06/30/2019 | Journal Entry | 2143 | | Loan with Ultra-D (1) - Record Q2 2019 interest expense/(income) | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 737,169.34 | 12,117,328.85 | | 737,169.34 | 0.00 |
| 09/30/2019 | Journal Entry | 2144 | | Loan with Ultra-D (1) - Record Q3 2019 interest expense/(income) | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 759,483.28 | 12,876,812.13 | | 759,483.28 | 0.00 |
| 01/15/2020 | Journal Entry | 2149 | | Loan with Ultra-D (1) - Record Q4 2019 interest expense/(income) | 1410-00 Loans Receivable:1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA | -Split- | 787,835.47 | 13,664,647.60 | | 787,835.47 | 0.00 |
| **Total for 1410-10-16 Intercompany Interest Receivable - Ultra-D Cooperative UA** | | | | | | | **$13,664,647.60** | | | **$13,664,647.60** | **$0.00** |
| 1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | | | | | | | | | | | |
| 03/31/2016 | Journal Entry | 1801 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 6,703.33 | | 6,703.33 | 0.00 |
| 06/30/2016 | Journal Entry | 1802 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 13,406.66 | | 6,703.33 | 0.00 |
| 09/30/2016 | Journal Entry | 1803 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 20,109.99 | | 6,703.33 | 0.00 |
| 12/31/2016 | Journal Entry | 1804 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 26,813.32 | | 6,703.33 | 0.00 |
| 03/31/2017 | Journal Entry | 1836 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 33,516.65 | | 6,703.33 | 0.00 |
| 06/30/2017 | Journal Entry | 1837 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 40,219.98 | | 6,703.33 | 0.00 |
| 09/30/2017 | Journal Entry | 1872 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 46,923.31 | | 6,703.33 | 0.00 |
| 12/31/2017 | Journal Entry | 1928 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 53,626.64 | | 6,703.33 | 0.00 |
| 03/31/2018 | Journal Entry | 1991 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 60,329.97 | | 6,703.33 | 0.00 |
| 06/30/2018 | Journal Entry | 2025 | | Interest receivable from UltraD loan | 1410-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 6,703.33 | 67,033.30 | | 6,703.33 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with Ultra-D (2) - Record Q3 2018 interest expense/(income) | 1410-00 Loans Receivable:1410-10-17 Interest Receivable | -Split- | 3,686.83 | 70,720.13 | | 3,686.83 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ultra-D Cooperatief U.A.i.o -Other | | | | | | |
| 09/30/2018 | Journal Entry | 2039 | | Loan with Ultra-D (2) - Record Q2 2018 true-up adj. to interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | -3,016.50 | 67,703.63 | | -3,016.50 | 0.00 |
| 12/31/2018 | Journal Entry | 2053 | | Loan with Ultra-D (2) - Record Q4 2018 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 3,686.83 | 71,390.46 | | 3,686.83 | 0.00 |
| 03/31/2019 | Journal Entry | 2142 | | Loan with Ultra-D (2) - Record Q1 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 3,686.83 | 75,077.29 | | 3,686.83 | 0.00 |
| 06/30/2019 | Journal Entry | 2143 | | Loan with Ultra-D (2) - Record Q2 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 3,686.83 | 78,764.12 | | 3,686.83 | 0.00 |
| 09/30/2019 | Journal Entry | 2144 | | Loan with Ultra-D (2) - Record Q3 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 3,686.83 | 82,450.95 | | 3,686.83 | 0.00 |
| 01/15/2020 | Journal Entry | 2149 | | Loan with Ultra-D (2) - Record Q4 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other | -Split- | 3,686.83 | 86,137.78 | | 3,686.83 | 0.00 |
| **Total for 1410-10-17 Interest Receivable Ultra-D Cooperatief U.A.i.o -Other** | | | | | | | **$86,137.78** | | | **$86,137.78** | **$0.00** |
| 1410-10-20 Loan to SeeCubic R & D | | | | | | | | | | | |
| 06/22/2011 | Bill | 4 Lanuch Notebook | A.K.(Bram) Riemens | 4 Lanuch Notebook | 1410-10-00 Loans Receivable:1410-10-20 Loan to SeeCubic R & D | 20000 2000-00-00 Accounts Payable | 2,395.97 | 2,395.97 | | 2,395.97 | 0.00 |
| 06/24/2011 | Bill | Declaration PCRTbox. | Walther Roelen | Declaration PCRTbox.xlsx Lab Equipment | 1410-10-00 Loans Receivable:1410-10-20 Loan to SeeCubic R & D | 20000 2000-00-00 Accounts Payable | 2,117.00 | 4,512.97 | | 2,117.00 | 0.00 |
| 06/30/2011 | Bill | EMI63011 | SeeCubic B.V. i.o. | | 1410-10-00 Loans Receivable:1410-10-20 Loan to SeeCubic R & D | 20000 2000-00-00 Accounts Payable | 26,000.00 | 30,512.97 | | 26,000.00 | 0.00 |
| 07/16/2011 | Bill | July 16, 2011 | SeeCubic B.V. i.o. | Samples-Equipment | 1410-10-00 Loans Receivable:1410-10-20 Loan to SeeCubic R & D | 20000 2000-00-00 Accounts Payable | 50,000.00 | 80,512.97 | | 50,000.00 | 0.00 |
| 08/20/2011 | Bill | Aug 20,11 | SeeCubic B.V. i.o. | To Purchase 3D Samples & Equipment | 1410-10-00 Loans Receivable:1410-10-20 Loan to SeeCubic R & D | 20000 2000-00-00 Accounts Payable | 75,000.00 | 155,512.97 | | 75,000.00 | 0.00 |
| 08/30/2011 | Bill | Mathu Verbal | SeeCubic B.V. i.o. | To purchase Equipment | 1410-10-00 Loans Receivable:1410-10-20 Loan to SeeCubic R & D | 20000 2000-00-00 Accounts Payable | 50,000.00 | 205,512.97 | | 50,000.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-20 Loan to SeeCubic R & D | -Split- | -205,512.97 | 0.00 | | -205,512.97 | 0.00 |
| **Total for 1410-10-20 Loan to SeeCubic R & D** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-21 Loan to StreamTV International - Inventory | | | | | | | | | | | |
| 12/31/2016 | Journal Entry | 1794 | | Correct adjustment posted to JE 1720 to correct ending balance in FG for StreamTV | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | -3,358.80 | -3,358.80 | | -3,358.80 | 0.00 |
| 12/31/2016 | Journal Entry | 1721 | | Reclass Inventory to StreamTV Int | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | 2,467,155.40 | 2,463,796.60 | | 2,467,155.40 | 0.00 |
| 07/31/2017 | Bill | Working Capital | Stream TV International B.V. | Working Capital  Funds Transfer | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 20000 2000-00-00 Accounts Payable | 11,568.91 | 2,475,365.51 | | 11,568.91 | 0.00 |
| 08/18/2017 | Bill | Aug 18, 2017 | Stream TV International B.V. | Working Capital  Aug 18, 2017 for E & Y Payment | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 20000 2000-00-00 Accounts Payable | 13,732.80 | 2,489,098.31 | | 13,732.80 | 0.00 |
| 09/18/2017 | Bill | 20170918-2 | Stream TV International B.V. (EUR) | Funding of Working Capital - September 18, 2017 | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 2000-00-03 Accounts Payable (EUR) | 32,744.84 | 2,521,843.15 | | 32,744.84 | 0.00 |
| 12/31/2017 | Journal Entry | 1942 | | Adjustment for Walsh invoices | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | -8,500.00 | 2,513,343.15 | | -8,500.00 | 0.00 |
| 12/31/2017 | Journal Entry | 1930 | | Record inventory shipped to US in November | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | -251,913.20 | 2,261,429.95 | | -251,913.20 | 0.00 |
| 12/31/2017 | Journal Entry | 1930 | | Record inventory shipped to US in December | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | -251,913.20 | 2,009,516.75 | | -251,913.20 | 0.00 |
| 12/31/2017 | Journal Entry | 1929 | | Reclass funding transaction posted to IC inventory account to STVI IC Fund account | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | -58,046.55 | 1,951,470.20 | | -58,046.55 | 0.00 |
| 12/31/2017 | Journal Entry | 1929 | | Reclass invoices recorded for STVI to IC inventory account | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | 1,907,643.97 | 3,859,114.17 | | 1,907,643.97 | 0.00 |
| 01/01/2018 | Vendor Credit | CR71059213 | Pegatron Corporation | Credit of invoice # 71059213 (half of billed amount) per Pegatron statement at YE2017 | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 20000 2000-00-00 Accounts Payable | -360,000.00 | 3,499,114.17 | | -360,000.00 | 0.00 |
| 01/01/2018 | Vendor Credit | CR71059273 | Pegatron Corporation | Credit of invoice # 71059273 per Pegatron statement @ YE2017 | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 20000 2000-00-00 Accounts Payable | -4,800.00 | 3,494,314.17 | | -4,800.00 | 0.00 |
| 01/29/2018 | Journal Entry | 1996 | | Intercompany Credit # CRIC201801291 - Transfer of sixty (60) 65" Displays FG units from STVI (Pegatron-CN) to STV (MAD-USA) | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | -94,568.70 | 3,399,745.47 | | -94,568.70 | 0.00 |
| 02/08/2018 | Expense | Wire ref#4760543023TH | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 1001-00-72 HSBC Bank 9215 | 28,304.55 | 3,428,050.02 | | 28,304.55 | 0.00 |
| 03/31/2018 | Journal Entry | 1986 | | Reclass funding transaction posted to IC inventory account to STVI IC Fund account | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | -Split- | -28,304.55 | 3,399,745.47 | | -28,304.55 | 0.00 |
| 10/22/2018 | Bill | 150 | Simon Ford | Funding of consultancy fee for the periods 9.24.2018 to 10.5.2018 on behalf of STVI - STVI Funding # 201810021 | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 2000-00-02 Accounts Payable (GBP) | 2,884.79 | 3,402,630.26 | | 2,884.79 | 0.00 |
| 06/04/2019 | Expense | WireRef#06385HG00WH1 | Simon A. Ford | Payroll payment for June 7, 2019 payroll cycle paid from HSBCx9215 account | 1410-10-00 Loans Receivable:1410-10-21 Loan to StreamTV International - Inventory | 1001-00-72 HSBC Bank 9215 | 2,920.70 | 3,405,550.96 | | 2,920.70 | 0.00 |
| **Total for 1410-10-21 Loan to StreamTV International - Inventory** | | | | | | | **$3,405,550.96** | | | **$3,405,550.96** | **$0.00** |
| 1410-10-25 Loan to Curacao C.V. | | | | | | | | | | | |
| 01/02/2015 | Journal Entry | 1426 | | Jan 2015 Hawk Note paid to Curacao (5,276,000 GBP) | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 8,191,515.00 | 8,191,515.00 | | 8,191,515.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1473R | | To record Hawk Note #5, 10/12/15 First Draw to Curacao of £2,500,000 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -2,991,495.00 | 5,200,020.00 | | -2,991,495.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1484 | | To record Small Production Unit machinery paid by Ultra-D Ventures (CV) | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -445,708.58 | 4,754,311.42 | | -445,708.58 | 0.00 |
| 12/31/2015 | Journal Entry | 1503 | | To record StreamTV's R&D expenses for Pegatron NRE paid by Ultra-D CV | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -297,258.06 | 4,457,053.36 | | -297,258.06 | 0.00 |
| 12/31/2015 | Journal Entry | 1503 | | To record StreamTV's UK office rent paid by Ultra-D CV | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -49,133.07 | 4,407,920.29 | | -49,133.07 | 0.00 |
| 12/31/2015 | Journal Entry | 1485 | | To reclass 2014 misposting of intercompany loan to investment account | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 1,861,342.00 | 6,269,262.29 | | 1,861,342.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1473RR | | To record Hawk Note #5, 10/12/15 First Draw to Curacao of £2,500,000 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 2,991,495.00 | 9,260,757.29 | | 2,991,495.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1473 | | To record Hawk Note #5, 10/12/15 First Draw to Curacao of £2,500,000 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -2,991,495.00 | 12,252,252.29 | | -2,991,495.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1474 | | To record Hawk Note #5, 11/19/15 Second Draw to Curacao of £2,500,000 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 3,071,963.00 | 15,324,215.29 | | 3,071,963.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1471 | | To record Hawk Note #4, 8/6/15 First Draw paid to Curacao of £4,000,000 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 4,110,744.00 | 19,434,959.29 | | 4,110,744.00 | 0.00 |
| 12/31/2015 | Journal Entry | 1472 | | To record Hawk Note #4, 9/7/15 Second Draw to Curacao of £4,000,000 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 4,142,832.00 | 23,577,791.29 | | 4,142,832.00 | 0.00 |
| 01/01/2016 | Journal Entry | 1716 | | Reclass opening balance for Pegatron NRE payment made by CV. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 297,258.06 | 23,875,049.35 | | 297,258.06 | 0.00 |

Stream TV Networks, Inc. Transactions by Account
January 1, 2011 - March 24, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2016 | Journal Entry | 1716 | | Reclass opening balance for SPU payment made by CV. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 445,708.58 | 24,320,757.93 | | 445,708.58 | 0.00 |
| 01/01/2016 | Journal Entry | 1716 | | Reclass opening balance for UK rent payment made by CV. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 49,133.07 | 24,369,891.00 | | 49,133.07 | 0.00 |
| 02/15/2016 | Journal Entry | 1589 | | Record Hawk Note #6 (2M GBP) on Feb 15 2016 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 2,868,109.20 | 27,238,000.20 | | 2,868,109.20 | 0.00 |
| 03/31/2016 | Journal Entry | 1586 | | March 2016 - Record Quarterly StreamTV UK office rent paid by CV (10.8K GBP) | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -15,644.77 | 27,222,355.43 | | -15,644.77 | 0.00 |
| 03/31/2016 | Journal Entry | 1717 | | Reclass opening balance for UK rent payment made by CV. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 15,644.77 | 27,238,000.20 | | 15,644.77 | 0.00 |
| 06/30/2016 | Journal Entry | 1587 | | June 2016 - Record Quarterly StreamTV UK office rent paid by CV (10.8K GBP) | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -15,660.76 | 27,222,339.44 | | -15,660.76 | 0.00 |
| 06/30/2016 | Journal Entry | 1718 | | Reclass opening balance for UK rent payment made by CV. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 15,660.76 | 27,238,000.20 | | 15,660.76 | 0.00 |
| 07/07/2016 | Journal Entry | 1590 | | Record Hawk Note #7 (3.5M GBP) on July 7, 2016 | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 2,989,786.80 | 30,227,787.00 | | 2,989,786.80 | 0.00 |
| 07/31/2016 | Journal Entry | 1585 | | July 2016 Record Marketing fee for FULL FRONTAL GROUP StreamTV paid by CV (10K GBP each) | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -26,342.80 | 30,201,444.20 | | -26,342.80 | 0.00 |
| 09/30/2016 | Journal Entry | 1719 | | Reclass opening balance for MARKETING payment made by CV. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 26,342.80 | 30,227,787.00 | | 26,342.80 | 0.00 |
| 09/30/2016 | Journal Entry | 1719 | | Reclass opening balance for MARKETING payment made by CV. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | 14,083.85 | 30,241,870.85 | | 14,083.85 | 0.00 |
| 09/30/2016 | Journal Entry | 1588 | | Sept 2016 - Record Quarterly StreamTV UK office rent paid by CV (10.8K GBP) | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | -Split- | -14,083.85 | 30,227,787.00 | | -14,083.85 | 0.00 |
| 08/22/2018 | Expense | 6914591013MR | Ultra-D Ventures CV | Funding of working capital | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 5,185.36 | 30,232,972.36 | | 5,185.36 | 0.00 |
| 09/11/2018 | Expense | Wire Ref#15905A2008EJ | Ultra-D Ventures CV | Funding of CV working capital (bank fees) | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 238.17 | 30,233,210.53 | | 238.17 | 0.00 |
| 11/13/2018 | Expense | Transfer#29835BS01M55 | Ultra-D Ventures CV | Funding of working capital to Ultra-D Ventures C.V. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 288.68 | 30,233,499.21 | | 288.68 | 0.00 |
| 11/21/2018 | Expense | Transfer#37375C1011Y9 | Ultra-D Ventures CV | Funding of working capital to Ultra-D Ventures C.V. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 4,098.52 | 30,237,597.73 | | 4,098.52 | 0.00 |
| 02/08/2019 | Expense | Wire Ref#50955E901XDH | Ultra-D Ventures CV | Funding of working capital to Ultra-D Ventures C.V. | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 3,495.39 | 30,241,093.12 | | 3,495.39 | 0.00 |
| 04/16/2019 | Expense | Transfer#55585G4019MI | Ultra-D Ventures CV | Funding of working capital to CV | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 1,277.82 | 30,242,370.94 | | 1,277.82 | 0.00 |
| 06/27/2019 | Expense | Transfer#09415I400X9D | Ultra-D Ventures CV | Funding of working capital to CV | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 175.30 | 30,242,546.24 | | 175.30 | 0.00 |
| 07/12/2019 | Expense | Transfer#41565IM020M0 | Ultra-D Ventures CV | Funding of working capital to CV | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 2,315.61 | 30,244,861.85 | | 2,315.61 | 0.00 |
| 12/26/2019 | Expense | Wire#51835N400LS7 | Ultra-D Ventures CV | Funding of working capital to CV-Bank fee | 1410-10-00 Loans Receivable:1410-10-25 Loan to Curacao C.V. | 1001-00-72 HSBC Bank 9215 | 113.89 | 30,244,975.74 | | 113.89 | 0.00 |
| **Total for 1410-10-25 Loan to Curacao C.V.** | | | | | | | **$30,244,975.74** | | | **$30,244,975.74** | **$0.00** |
| 1410-10-30 Loan to Travel & Other Exp | | | | | | | | | | | |
| 01/22/2011 | Bill | CES- 3D expense | Hans Zuidema | CES- 3D expense | 1410-10-00 Loans Receivable:1410-10-30 Loan to Travel & Other Exp | 20000 2000-00-00 Accounts Payable | 580.00 | 580.00 | | 580.00 | 0.00 |
| 06/24/2011 | Bill | June 24,11 | Hans Zuidema | Hans Zuidema Travel expenses to Taiwan | 1410-10-00 Loans Receivable:1410-10-30 Loan to Travel & Other Exp | 20000 2000-00-00 Accounts Payable | 531.71 | 1,111.71 | | 531.71 | 0.00 |
| 07/07/2011 | Bill | Taipei May 23 to June | A.K.(Bram) Riemens | Taipei May 23 to June 1,2011 | 1410-10-00 Loans Receivable:1410-10-30 Loan to Travel & Other Exp | 20000 2000-00-00 Accounts Payable | 344.43 | 1,456.14 | | 344.43 | 0.00 |
| 07/12/2011 | Bill | July 12,2011 | Jamuna Travels, Inc | Waltherus Roelen Trip to Philly July 12,2011 | 1410-10-00 Loans Receivable:1410-10-30 Loan to Travel & Other Exp | 20000 2000-00-00 Accounts Payable | 3,090.00 | 4,546.14 | | 3,090.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-30 Loan to Travel & Other Exp | -Split- | -4,546.14 | 0.00 | | -4,546.14 | 0.00 |
| **Total for 1410-10-30 Loan to Travel & Other Exp** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-35 Intercompany Receivable to Curacao C.V. | | | | | | | | | | | |
| 03/31/2017 | Journal Entry | 1800 | | Accr. Koninklijke Philips Electronics N.V Royalty Qtr#1, 2017 | 1410-10-00 Loans Receivable:1410-10-35 Intercompany Receivable to Curacao C.V. | -Split- | 724.14 | 724.14 | | 724.14 | 0.00 |
| 04/01/2017 | Journal Entry | 1800R | | Accr. Koninklijke Philips Electronics N.V Royalty Qtr#1, 2017 | 1410-10-00 Loans Receivable:1410-10-35 Intercompany Receivable to Curacao C.V. | -Split- | -724.14 | 0.00 | | -724.14 | 0.00 |
| 05/03/2017 | Bill | Royalty Qtr#1, 2017 | Koninkijke Philips Electronics N.V | Royalty Qtr #1 2017 | 1410-10-00 Loans Receivable:1410-10-35 Intercompany Receivable to Curacao C.V. | 20000 2000-00-00 Accounts Payable | 724.14 | 724.14 | | 724.14 | 0.00 |
| 06/27/2017 | Vendor Credit | CRRoyalty Qtr#1, 2016 | Koninkijke Philips Electronics N.V | Reverse Koninklijke Philips Electronics N.V invoice (Royalty Qtr#1, 2017) | 1410-10-00 Loans Receivable:1410-10-35 Intercompany Receivable to Curacao C.V. | 20000 2000-00-00 Accounts Payable | -724.14 | 0.00 | | -724.14 | 0.00 |
| **Total for 1410-10-35 Intercompany Receivable to Curacao C.V.** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-36 Intercompany Receivable to STVI | | | | | | | | | | | |
| 05/11/2017 | Bill | FGPMTMAY1117 | Pegatron Corporation | Payment of STVI Finished Goods Inventory by Stream to Pegatron | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 154,000.00 | 154,000.00 | | 154,000.00 | 0.00 |
| 05/24/2017 | Bill | FGPMTMAY2417 | Pegatron Corporation | Payment of STVI FG Inventory by Stream to Pegatron | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 100,000.00 | 254,000.00 | | 100,000.00 | 0.00 |
| 07/01/2017 | Bill | 71059213 | Pegatron Corporation | NRE Charge - Cotek fixed fee (2 months) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 720,000.00 | 974,000.00 | | 720,000.00 | 0.00 |
| 07/01/2017 | Bill | 71059204-1 | Pegatron Corporation | NRE Charges | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 148,328.58 | 1,122,328.58 | | 148,328.58 | 0.00 |
| 07/01/2017 | Bill | 71059208 | Pegatron Corporation | Vermeer Board Sample Fee | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 954.46 | 1,123,283.04 | | 954.46 | 0.00 |
| 07/01/2017 | Bill | 71059208 | Pegatron Corporation | CMS BOX NPI sample fee | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 1,136.61 | 1,124,419.65 | | 1,136.61 | 0.00 |
| 07/01/2017 | Bill | 71059208 | Pegatron Corporation | DCS3.0 Board Pegatron Samples | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 1,968.34 | 1,126,387.99 | | 1,968.34 | 0.00 |
| 07/01/2017 | Bill | 71059273 | Pegatron Corporation | Rework on 160 units | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 4,800.00 | 1,131,187.99 | | 4,800.00 | 0.00 |
| 07/01/2017 | Bill | 71059206 | Pegatron Corporation | Addition certification fee/safty/QTR fee (BLU SPEC) change | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 27,906.00 | 1,159,093.99 | | 27,906.00 | 0.00 |
| 07/01/2017 | Bill | 71059210 | Pegatron Corporation | Certification fee of CMS BOX | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 40,200.00 | 1,199,293.99 | | 40,200.00 | 0.00 |
| 07/01/2017 | Bill | 71059209 | Pegatron Corporation | Additional CMS NRE Fee | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 65,442.00 | 1,264,735.99 | | 65,442.00 | 0.00 |
| 07/01/2017 | Bill | 71059205 | Pegatron Corporation | QTR test Fee(Vibration/Thermal sock/Low & High temperature storage) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 103,404.18 | 1,368,140.17 | | 103,404.18 | 0.00 |
| 08/28/2017 | Bill | FGPMTAUG2817 | Pegatron Corporation | Payment for STVI Finished Goods Inventory by Stream per Wire Ref # 19284ZI00E1J (65" Western Configuration @ $1,164.38 per unit) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 81,506.60 | 1,449,646.77 | | 81,506.60 | 0.00 |
| 09/07/2017 | Bill | FGPMTSEP0717 | Pegatron Corporation | Payment for STVI Finished Goods Inventory by Stream per Wire Ref # 14344ZS01AIK (65" Western Configuration @ $1,164.38 per unit) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 81,506.60 | 1,531,153.37 | | 81,506.60 | 0.00 |
| 10/10/2017 | Bill | FGPMTOCT1017 | Pegatron Corporation | Payment of STVI FG Inventory at Pegatron by Stream Inc (USA) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 81,506.60 | 1,612,659.97 | | 81,506.60 | 0.00 |
| 10/17/2017 | Expense | 783950W00Z3B | Stream TV International B.V. | Funding for Kevin Cabot's Payroll | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,184.53 | 1,617,844.50 | | 5,184.53 | 0.00 |
| 10/31/2017 | Expense | NL90INGB0667086897 | Stream TV International | Transfer of funds to Stream TV International B.V. for working capital purposes - Funding # 20171031-1 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 11,487.39 | 1,629,331.89 | | 11,487.39 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | B.V. | | Receivable to STVI | | | | | | |
| 11/14/2017 | Expense | WireRef#581451O00L42 | Stream TV International B.V. | Transfer of funds to Stream TV International B.V. for working capital purposes - Request # 20171109-2 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 11,901.23 | 1,641,233.12 | | 11,901.23 | 0.00 |
| 11/28/2017 | Expense | 159552200ACH | Pegatron Corporation | Payment to Pegatron on behalf of STVI by Stream for FG produced | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 81,506.60 | 1,722,739.72 | | 81,506.60 | 0.00 |
| 11/29/2017 | Expense | WireRef#645152301PP1 | Stream TV International B.V. | November 2017 Funds Transfer | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 16,037.31 | 1,738,777.03 | | 16,037.31 | 0.00 |
| 12/11/2017 | Expense | Wire Ref#420752F01QLG | Pegatron Corporation | Payment by Stream (USA) to Pegatron (Starlink) for STVI finished goods produced - FG20171211-1 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 99,006.05 | 1,837,783.08 | | 99,006.05 | 0.00 |
| 12/17/2017 | Bill | FGPMTDEC1917 | Pegatron Corporation | Payment by Stream (USA) to Pegatron (Starlink) of STVI's accrued outstanding finished goods costs | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 105,971.35 | 1,943,754.43 | | 105,971.35 | 0.00 |
| 12/28/2017 | Expense | WireRef#141552W01S9T | Stream TV International B.V. | Funding of working capital to STVI - December 2017 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 59,810.48 | 2,003,564.91 | | 59,810.48 | 0.00 |
| 12/31/2017 | Journal Entry | 1929 | | Reclass invoices recorded for STVI to IC inventory account | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | -1,907,643.97 | 95,920.94 | | -1,907,643.97 | 0.00 |
| 12/31/2017 | Journal Entry | 1958 | | Reverse Pegatron invoice # 71059213 per Pegatron analysis | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | -360,000.00 | -264,079.06 | | -360,000.00 | 0.00 |
| 12/31/2017 | Journal Entry | 1958 | | Reverse Pegatron invoice # 71059273 per Pegatron analysis | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | -4,800.00 | -268,879.06 | | -4,800.00 | 0.00 |
| 12/31/2017 | Journal Entry | 1942 | | Adjustment for Walsh invoices | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | 8,500.00 | -260,379.06 | | 8,500.00 | 0.00 |
| 12/31/2017 | Journal Entry | 1929 | | Reclass funding transaction posted to IC inventory account to STVI IC Fund account | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | 58,046.55 | -202,332.51 | | 58,046.55 | 0.00 |
| 01/01/2018 | Journal Entry | 1958R | | Reverse Pegatron invoice # 71059213 per Pegatron analysis | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | 360,000.00 | 157,667.49 | | 360,000.00 | 0.00 |
| 01/01/2018 | Journal Entry | 1958R | | Reverse Pegatron invoice # 71059273 per Pegatron analysis | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | 4,800.00 | 162,467.49 | | 4,800.00 | 0.00 |
| 01/12/2018 | Expense | WireRef#096553C01GM2 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,603.56 | 168,071.05 | | 5,603.56 | 0.00 |
| 01/16/2018 | Expense | Wire Ref#124753G00IWN | Stream TV International B.V. | Funding of working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 43,371.00 | 211,442.05 | | 43,371.00 | 0.00 |
| 02/14/2018 | Expense | Wire Ref#816354900GA | Stream TV International B.V. | Funding to Stream TV International B.V. | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 16,844.12 | 228,286.17 | | 16,844.12 | 0.00 |
| 02/26/2018 | Expense | Wire Ref#187654H019V | Stream TV International B.V. | Funding Working Capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 26,471.98 | 254,758.15 | | 26,471.98 | 0.00 |
| 03/06/2018 | Expense | Wire Ref#187654H019VV | Stream TV International B.V. | Funding of STVI Working Capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 27,617.40 | 282,375.55 | | 27,617.40 | 0.00 |
| 03/12/2018 | Expense | Wire Ref#310354Z01HLC | Stream TV International B.V. | Funding of STVI Working Capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 39,017.07 | 321,392.62 | | 39,017.07 | 0.00 |
| 03/22/2018 | Expense | WireRef#177255900LTU | Stream TV International B.V. | Funding of Working Capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 22,970.13 | 344,362.75 | | 22,970.13 | 0.00 |
| 03/31/2018 | Journal Entry | 1986 | | Reclass funding transaction posted to IC inventory account to STVI IC Fund account | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | -Split- | 28,304.55 | 372,667.30 | | 28,304.55 | 0.00 |
| 04/11/2018 | Expense | Wire Ref#895755T01NTF | Stream TV International B.V. | Funding of Working Capital (Kevin Cabot Taxes) from STV to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,227.29 | 377,894.59 | | 5,227.29 | 0.00 |
| 04/11/2018 | Expense | Wire Ref#149055T00XBE | Stream TV International B.V. | Funding working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 32,207.58 | 410,102.17 | | 32,207.58 | 0.00 |
| 04/23/2018 | Expense | Wire Ref#1360565003JU | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 11,700.78 | 421,802.95 | | 11,700.78 | 0.00 |
| 04/25/2018 | Expense | Wire Ref#617656700JTD | Stream TV International B.V. | Funding of working capital to STVI - Wire 1 of 2 for Requested Funds | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 367,629.71 | 789,432.66 | | 367,629.71 | 0.00 |
| 04/26/2018 | Expense | Wire Ref#2051568O1N42 | Stream TV International B.V. | Funding of working capital to STVI - Wire 2 of 2 for Requested Funds | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 61,029.31 | 850,461.97 | | 61,029.31 | 0.00 |
| 04/26/2018 | Expense | Wire Ref#2051568O1N42 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 220,926.12 | 1,071,388.09 | | 220,926.12 | 0.00 |
| 05/25/2018 | Expense | Wire Ref#264571O0J0R | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 42,858.57 | 1,114,246.66 | | 42,858.57 | 0.00 |
| 06/06/2018 | Expense | Wire Ref#522857D00FZM | Stream TV International B.V. | Funding of working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 198,047.51 | 1,312,294.17 | | 198,047.51 | 0.00 |
| 06/25/2018 | Expense | Wire Ref#167657W01GHN | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 78,973.48 | 1,391,267.65 | | 78,973.48 | 0.00 |
| 07/23/2018 | Expense | Wire Ref#213658O01O1O | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 119,165.56 | 1,510,433.21 | | 119,165.56 | 0.00 |
| 08/13/2018 | Expense | Wire Ref#37965990248J | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 77,122.21 | 1,587,555.42 | | 77,122.21 | 0.00 |
| 09/05/2018 | Expense | Wire Ref#284659W00DN4 | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 114,326.47 | 1,701,881.89 | | 114,326.47 | 0.00 |
| 09/10/2018 | Expense | Wire Ref#25035A101GX8 | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 12,523.50 | 1,714,405.39 | | 12,523.50 | 0.00 |
| 09/13/2018 | Expense | Wire Ref#54435A4024LX | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 91,479.15 | 1,805,884.54 | | 91,479.15 | 0.00 |
| 09/20/2018 | Expense | Wire Ref#12465AB0O6K5 | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 79,953.85 | 1,885,838.39 | | 79,953.85 | 0.00 |
| 10/11/2018 | Expense | Wire Ref#86725AW01KER | Stream TV International B.V. | Funding of working capital to subsidiary | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 55,328.93 | 1,941,167.32 | | 55,328.93 | 0.00 |
| 10/18/2018 | Expense | Wire Ref#277795B300BY | Stream TV International B.V. | Funding of STVI's working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 300.00 | 1,941,467.32 | | 300.00 | 0.00 |
| 10/18/2018 | Expense | Wire Ref#12165B300AJ5 | Stream TV International B.V. | Funding of STVI's working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 17,556.71 | 1,959,024.03 | | 17,556.71 | 0.00 |
| 11/06/2018 | Expense | Wire Ref#38745BM01SLE | Stream TV International | Funding of working capital requirements for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 4,987.44 | 1,964,011.47 | | 4,987.44 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | B.V. | | Receivable to STVI | | | | | | |
| 11/06/2018 | Expense | Wire Ref#58835BM00G1V | Stream TV International B.V. | Funding of working capital requirement for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,450.00 | 1,969,461.47 | | 5,450.00 | 0.00 |
| 11/06/2018 | Expense | Wire Ref#03785BM011YG | Stream TV International B.V. | Funding of working capital requirements for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 18,054.23 | 1,987,515.70 | | 18,054.23 | 0.00 |
| 11/19/2018 | Expense | Transfer#53295BZ00I7J | Stream TV International B.V. | Funding of capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 34,091.62 | 2,021,607.32 | | 34,091.62 | 0.00 |
| 11/19/2018 | Expense | Transfer#10575BZ00GGN | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 9,000.00 | 2,030,607.32 | | 9,000.00 | 0.00 |
| 11/19/2018 | Expense | Transfer#20335BZ00C4V | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 93,014.56 | 2,123,621.88 | | 93,014.56 | 0.00 |
| 12/04/2018 | Expense | Transfer#11135CE00JKV | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 7,020.81 | 2,130,642.69 | | 7,020.81 | 0.00 |
| 12/04/2018 | Expense | Transfer#75565CE00ORU | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 3,931.21 | 2,134,573.90 | | 3,931.21 | 0.00 |
| 12/04/2018 | Expense | Transfer#02955CE00SU6 | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 6,000.00 | 2,140,573.90 | | 6,000.00 | 0.00 |
| 12/14/2018 | Expense | Transfer#30065CO01NR1 | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,000.00 | 2,145,573.90 | | 5,000.00 | 0.00 |
| 12/14/2018 | Expense | Transfer#78445CO01ANW | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 136,647.96 | 2,282,221.86 | | 136,647.96 | 0.00 |
| 12/14/2018 | Expense | Transfer#24085CO012O0 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 35,940.41 | 2,318,162.27 | | 35,940.41 | 0.00 |
| 12/31/2018 | Expense | Transfer#55945D50208N | Stream TV International B.V. | Funding of capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,000.00 | 2,323,162.27 | | 5,000.00 | 0.00 |
| 12/31/2018 | Expense | Transfer#10235D500A14 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 13,095.82 | 2,336,258.09 | | 13,095.82 | 0.00 |
| 01/09/2019 | Expense | Transfer#64145DF00KGB | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 29,433.15 | 2,365,691.24 | | 29,433.15 | 0.00 |
| 01/09/2019 | Expense | Transfer#55935DD017R9 | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 24,122.15 | 2,389,813.39 | | 24,122.15 | 0.00 |
| 01/29/2019 | Expense | Transfer#88995DZ01Q6U | Stream TV International B.V. | Funding of STVI's working capital requirements | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 2,935.62 | 2,392,749.01 | | 2,935.62 | 0.00 |
| 01/29/2019 | Expense | Transfer#45835DZ01Z3V | Stream TV International B.V. | Funding of STVI's working capital requirements | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 4,000.00 | 2,396,749.01 | | 4,000.00 | 0.00 |
| 01/29/2019 | Expense | Transfer#37355DZ01UIL | Stream TV International B.V. | Funding of STVI's working capital requirements | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 12,189.27 | 2,408,938.28 | | 12,189.27 | 0.00 |
| 02/07/2019 | Expense | Transfer#46805E8022OG | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 24,000.00 | 2,432,938.28 | | 24,000.00 | 0.00 |
| 02/07/2019 | Expense | Transfer#51255E801EF2 | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 21,156.26 | 2,454,094.54 | | 21,156.26 | 0.00 |
| 02/07/2019 | Expense | Transfer#76535E801KPN | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 97,976.19 | 2,552,070.73 | | 97,976.19 | 0.00 |
| 02/20/2019 | Expense | Transfer#04265EL00942 | Stream TV International B.V. | Funding of working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 2,921.00 | 2,554,991.73 | | 2,921.00 | 0.00 |
| 02/22/2019 | Expense | Transfer#74475EN01X49 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 10,076.25 | 2,565,067.98 | | 10,076.25 | 0.00 |
| 03/07/2019 | Expense | Transfer#16155F001Q01 | Stream TV International B.V. | Funding of STVI Working Capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 10,749.97 | 2,575,817.95 | | 10,749.97 | 0.00 |
| 03/19/2019 | Expense | Transfer#58235FC01420 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 7,474.57 | 2,583,292.52 | | 7,474.57 | 0.00 |
| 03/19/2019 | Expense | Tranfers#13235FC01CP9 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 8,000.00 | 2,591,292.52 | | 8,000.00 | 0.00 |
| 03/19/2019 | Expense | Transfer#19875FD00JL7 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 185,405.27 | 2,776,697.79 | | 185,405.27 | 0.00 |
| 04/04/2019 | Expense | Transfer#46135FS01P5W | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 18,809.42 | 2,795,507.21 | | 18,809.42 | 0.00 |
| 04/16/2019 | Expense | Transfer#45185G300JFT | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 7,000.00 | 2,802,507.21 | | 7,000.00 | 0.00 |
| 04/16/2019 | Expense | Transfer#61515G40127C | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 21,321.79 | 2,823,829.00 | | 21,321.79 | 0.00 |
| 04/16/2019 | Expense | Transfer#19445G4015J6 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 16,261.18 | 2,840,090.18 | | 16,261.18 | 0.00 |
| 05/03/2019 | Expense | Transfer#12985GL00EEF | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,000.00 | 2,845,090.18 | | 5,000.00 | 0.00 |
| 05/03/2019 | Expense | Transfer#54185GL00MKV | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 22,822.56 | 2,867,912.74 | | 22,822.56 | 0.00 |
| 05/08/2019 | Bill | 31-014 | Modular Mobile GmbH | Consulting services rendered during May 2019 - ASIC Team | 2000-00-03 Accounts Payable (EUR) | 1440-00-00 HSBC Bank 9215 | 80,179.58 | 2,948,092.32 | | 80,179.58 | 0.00 |
| 05/31/2019 | Expense | Transfer#88925HD01NM6 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 18,173.65 | 2,966,265.97 | | 18,173.65 | 0.00 |
| 06/10/2019 | Expense | Wire Ref#43425HN01ZKZ | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 81,572.26 | 3,047,838.23 | | 81,572.26 | 0.00 |
| 06/12/2019 | Check | Wire Ref#43425HN04ZKZ | Stream TV International B.V. | Funding of STVI working capital | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 19,622.88 | 3,067,461.11 | | 19,622.88 | 0.00 |
| 06/21/2019 | Expense | Transfer#10145HY0076U | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 7,000.00 | 3,074,461.11 | | 7,000.00 | 0.00 |
| 06/21/2019 | Expense | Transfer#02955HY01WNF | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 35,947.20 | 3,110,408.31 | | 35,947.20 | 0.00 |
| 06/27/2019 | Expense | Transfer#25295I4003AP | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 2,921.18 | 3,113,329.49 | | 2,921.18 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | Receivable to STVI | | | | | | |
| 06/27/2019 | Expense | Transfer#16685I400MAB | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 8,470.84 | 3,121,800.33 | | 8,470.84 | 0.00 |
| 07/05/2019 | Expense | Transfer#88165IC0087T | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 75,211.95 | 3,197,012.28 | | 75,211.95 | 0.00 |
| 07/10/2019 | Expense | Transfer#67415IH014SN | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 12,211.57 | 3,209,223.85 | | 12,211.57 | 0.00 |
| 07/12/2019 | Expense | Transfer#69355U01UWX | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 20,692.45 | 3,229,916.30 | | 20,692.45 | 0.00 |
| 07/16/2019 | Expense | Transfer#21015IN00GVL | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 7,000.00 | 3,236,916.30 | | 7,000.00 | 0.00 |
| 07/16/2019 | Expense | Transfer#62485IN00O9C | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 38,883.35 | 3,275,799.65 | | 38,883.35 | 0.00 |
| 07/16/2019 | Expense | Transfer#50215IN00TFP | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 24,053.92 | 3,299,853.57 | | 24,053.92 | 0.00 |
| 07/24/2019 | Expense | Transfer#03855IV002XI | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 11,541.11 | 3,311,394.68 | | 11,541.11 | 0.00 |
| 07/29/2019 | Expense | Transfer#13465J001NLK | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 7,539.10 | 3,318,933.78 | | 7,539.10 | 0.00 |
| 08/12/2019 | Expense | Transfer#29775JE01JBB | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 2,484.32 | 3,321,418.10 | | 2,484.32 | 0.00 |
| 08/12/2019 | Expense | Transfer#88755JE019HZ | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,000.00 | 3,326,418.10 | | 5,000.00 | 0.00 |
| 08/16/2019 | Expense | Transfer#35825J00LUL | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 14,984.21 | 3,341,402.31 | | 14,984.21 | 0.00 |
| 08/26/2019 | Expense | Transfer#42055JS01B94 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 11,343.45 | 3,352,745.76 | | 11,343.45 | 0.00 |
| 08/26/2019 | Expense | Transfer#81425JS00YYI | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 104,155.16 | 3,456,900.92 | | 104,155.16 | 0.00 |
| 08/26/2019 | Expense | Transfer#72305JS01V5Y | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 12,000.00 | 3,468,900.92 | | 12,000.00 | 0.00 |
| 09/03/2019 | Expense | Transfer#71095K000WQ4 | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 15,644.20 | 3,484,545.12 | | 15,644.20 | 0.00 |
| 09/09/2019 | Expense | Transfer#00125K6015SF | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 22,671.36 | 3,507,216.48 | | 22,671.36 | 0.00 |
| 09/18/2019 | Expense | Transfer#68285KF01LUJ | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 11,939.64 | 3,519,156.12 | | 11,939.64 | 0.00 |
| 09/18/2019 | Expense | Transfer#81285KF00JFO | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 16,179.43 | 3,535,335.55 | | 16,179.43 | 0.00 |
| 09/20/2019 | Expense | Transfer#85955KH00LV1 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 6,000.00 | 3,541,335.55 | | 6,000.00 | 0.00 |
| 09/20/2019 | Expense | Transfer#89975KH00I0H | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 3,844.96 | 3,545,180.51 | | 3,844.96 | 0.00 |
| 09/20/2019 | Expense | Transfer#39375KH00P8A | Stream TV International B.V. | Funding of working for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 37,097.02 | 3,582,277.53 | | 37,097.02 | 0.00 |
| 10/01/2019 | Expense | Transfer#01615KS00BP4 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 4,000.00 | 3,586,277.53 | | 4,000.00 | 0.00 |
| 10/01/2019 | Expense | Transfer#31215KS00GZD | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 13,909.86 | 3,600,187.39 | | 13,909.86 | 0.00 |
| 10/07/2019 | Expense | Transfer#12535KY01BCH | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,500.00 | 3,605,687.39 | | 5,500.00 | 0.00 |
| 10/08/2019 | Expense | Transfer#79795KZ00NR2 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 8,794.25 | 3,614,481.64 | | 8,794.25 | 0.00 |
| 10/08/2019 | Expense | Transfer#42015KZ01K9N | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 100,104.57 | 3,714,586.21 | | 100,104.57 | 0.00 |
| 10/15/2019 | Expense | Transfer#40565L600LYJ | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 20,331.01 | 3,734,917.22 | | 20,331.01 | 0.00 |
| 10/22/2019 | Expense | Transfer#15945LD01RXA | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 10,000.00 | 3,744,917.22 | | 10,000.00 | 0.00 |
| 10/22/2019 | Expense | Transfer#44495LD00AUK | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 14,551.02 | 3,759,468.24 | | 14,551.02 | 0.00 |
| 10/23/2019 | Expense | Transfer#19845LE021E3 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 20,512.52 | 3,779,980.76 | | 20,512.52 | 0.00 |
| 10/29/2019 | Expense | Transfer#65115LK01VQ1 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,000.00 | 3,784,980.76 | | 5,000.00 | 0.00 |
| 10/29/2019 | Expense | Transfer#00485LK000YV | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 9,256.50 | 3,794,237.26 | | 9,256.50 | 0.00 |
| 10/30/2019 | Expense | Transfer#14165LL0123R | Stream TV International B.V. | Funding of working capital for STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 63,174.78 | 3,857,412.04 | | 63,174.78 | 0.00 |
| 11/06/2019 | Expense | Transfer#59245LS001K3 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 4,549.67 | 3,861,961.71 | | 4,549.67 | 0.00 |
| 11/18/2019 | Expense | Transfer#46245M101UT5 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 19,979.22 | 3,881,940.93 | | 19,979.22 | 0.00 |
| 11/22/2019 | Expense | Transfer#64965M801X78 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 39,389.81 | 3,921,330.74 | | 39,389.81 | 0.00 |
| 11/22/2019 | Expense | Transfer#18455M801W | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 8,000.00 | 3,929,330.74 | | 8,000.00 | 0.00 |
| 11/27/2019 | Expense | Transfer#23085MD01H12 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 5,000.00 | 3,934,330.74 | | 5,000.00 | 0.00 |
| 11/27/2019 | Expense | Transfer#18855MD00JHR | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 9,264.65 | 3,943,595.39 | | 9,264.65 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | B.V. | | Receivable to STVI | | | | | | |
| 12/13/2019 | Check | Transfer#48925MS01FJP | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-72 HSBC Bank 9215 | 8,125.55 | 3,951,720.94 | | 8,125.55 | 0.00 |
| 12/16/2019 | Bill | SI-408 | RL Systems | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 935.86 | 3,952,656.80 | | 935.86 | 0.00 |
| 12/19/2019 | Expense | Transfer#83715MZ023GC | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 14,866.72 | 3,967,523.52 | | 14,866.72 | 0.00 |
| 12/19/2019 | Expense | Transfer#42925MZ01PP0 | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 26,000.00 | 3,993,523.52 | | 26,000.00 | 0.00 |
| 12/21/2019 | Bill | CM116185 | Big Yellow Self Storage (GP) Limited | VAT (20%) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 176.43 | 3,993,699.95 | | 176.43 | 0.00 |
| 12/21/2019 | Bill | CM116185 | Big Yellow Self Storage (GP) Limited | UK Storage Rent Room - Q05 - 31/12/2019 To 27/01/2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 908.74 | 3,994,608.69 | | 908.74 | 0.00 |
| 12/24/2019 | Expense | Transfer#73405N400ZSH | Stream TV International B.V. | Funding of working capital to STVI | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 1001-00-71 HSBC Bank 9207 | 23,131.10 | 4,017,739.79 | | 23,131.10 | 0.00 |
| 01/01/2020 | Bill | 4886-1788 | IW Group Services (UK) Ltd | VAT 20% | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 1,986.04 | 4,019,725.83 | | 1,986.04 | 0.00 |
| 01/01/2020 | Bill | 4886-1788 | IW Group Services (UK) Ltd | UK Office Rent February 2020 - Invoice Date 12/29/2019 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 9,930.21 | 4,029,656.04 | | 9,930.21 | 0.00 |
| 01/01/2020 | Bill | 31-020 | Modular Mobile GmbH | Consulting fee 2019, Oct/1~Oct/31 - Invoice Date November 4, 2019 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-03 Accounts Payable (EUR) | 13,455.78 | 4,043,111.82 | | 13,455.78 | 0.00 |
| 01/02/2020 | Bill | FT20200102 | FENG TSANG CORPORATION - TWN | STVI Taiwan Office Rent - January 2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-01 Accounts Payable (TWN) | 5,543.43 | 4,048,655.25 | | 5,543.43 | 0.00 |
| 01/10/2020 | Bill | CM116853 | Big Yellow Self Storage (GP) Limited | Late Charge - CM116185 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 42.33 | 4,048,697.58 | | 42.33 | 0.00 |
| 01/10/2020 | Bill | CM116853 | Big Yellow Self Storage (GP) Limited | Late Charge - CM116185 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 45.20 | 4,048,742.78 | | 45.20 | 0.00 |
| 01/18/2020 | Bill | CM117145 | Big Yellow Self Storage (GP) Limited | VAT (20%) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 176.58 | 4,048,919.36 | | 176.58 | 0.00 |
| 01/18/2020 | Bill | CM117145 | Big Yellow Self Storage (GP) Limited | UK Storage Rent - Room Q05 - 28/01/2020 To 24/02/2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 909.51 | 4,049,828.87 | | 909.51 | 0.00 |
| 01/31/2020 | Bill | 4886-1925 | IW Group Services (UK) Ltd | VAT 20% | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 1,985.71 | 4,051,814.58 | | 1,985.71 | 0.00 |
| 01/31/2020 | Bill | 4886-1925 | IW Group Services (UK) Ltd | Office Rent March 2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 9,928.54 | 4,061,743.12 | | 9,928.54 | 0.00 |
| 02/03/2020 | Bill | FT200203 | FENG TSANG CORPORATION - TWN | Taiwan Office Rent for February 2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-01 Accounts Payable (TWN) | 5,520.91 | 4,067,264.03 | | 5,520.91 | 0.00 |
| 02/15/2020 | Bill | CM118154 | Big Yellow Self Storage (GP) Limited | VAT (20%) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 177.01 | 4,067,441.04 | | 177.01 | 0.00 |
| 02/15/2020 | Bill | CM118154 | Big Yellow Self Storage (GP) Limited | UK Storage Rent - Room Q05 - 25/02/2020 To 23/03/2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 911.72 | 4,068,352.76 | | 911.72 | 0.00 |
| 03/06/2020 | Bill | CM118833 | Big Yellow Self Storage (GP) Limited | Late Charge - CM118154 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 42.28 | 4,068,395.04 | | 42.28 | 0.00 |
| 03/06/2020 | Bill | CM118833 | Big Yellow Self Storage (GP) Limited | Late Charge - CM118154 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 45.15 | 4,068,440.19 | | 45.15 | 0.00 |
| 03/14/2020 | Bill | CM119114 | Big Yellow Self Storage (GP) Limited | VAT (20%) | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 166.47 | 4,068,606.66 | | 166.47 | 0.00 |
| 03/14/2020 | Bill | CM119114 | Big Yellow Self Storage (GP) Limited | UK Storage Rent - Room Q05 - 24/03/2020 To 20/04/2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-02 Accounts Payable (GBP) | 857.42 | 4,069,464.08 | | 857.42 | 0.00 |
| 04/23/2020 | Bill | Mar20TW | AY Commercial Law Offices | March 2020 Payroll, Social Costs & Payroll Fees | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 20000 2000-00-00 Accounts Payable | 12,066.00 | 4,081,530.08 | | 12,066.00 | 0.00 |
| 07/01/2020 | Bill | July Rent | FENG TSANG CORPORATION - TWN | Taiwan Office Rent - July 2020 | 1410-10-00 Loans Receivable:1410-10-36 Intercompany Receivable to STVI | 2000-00-01 Accounts Payable (TWN) | 5,779.62 | 4,087,309.70 | | 5,779.62 | 0.00 |
| **Total for 1410-10-36 Intercompany Receivable to STVI** | | | | | | | **$4,087,309.70** | | | **$4,087,309.70** | **$0.00** |
| 1410-10-37 Intercompany Interest Receivable STVI | | | | | | | | | | | |
| 12/31/2017 | Journal Entry | 1941 | | Record quarterly intercompany interest receivable on STVI loan | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 2,902.33 | 2,902.33 | | 2,902.33 | 0.00 |
| 03/31/2018 | Journal Entry | 1987 | | Record quarterly intercompany interest receivable on STVI loan | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 8,123.37 | 11,025.70 | | 8,123.37 | 0.00 |
| 06/30/2018 | Journal Entry | 2026 | | Record quarterly intercompany interest receivable on STVI loan | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 18,633.37 | 29,659.07 | | 18,633.37 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with STVI - Record Q2 2018 true-up adj. to interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | -8,385.02 | 21,274.05 | | -8,385.02 | 0.00 |
| 09/30/2018 | Journal Entry | 2039 | | Loan with STVI - Record Q3 2018 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 38,259.86 | 59,533.91 | | 38,259.86 | 0.00 |
| 12/31/2018 | Journal Entry | 2053 | | Loan with STVI - Record Q4 2018 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 51,860.56 | 111,394.47 | | 51,860.56 | 0.00 |
| 03/31/2019 | Journal Entry | 2142 | | Loan with STVI - Record Q1 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 64,247.10 | 175,641.57 | | 64,247.10 | 0.00 |
| 06/30/2019 | Journal Entry | 2143 | | Loan with STVI - Record Q2 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 76,359.19 | 252,000.76 | | 76,359.19 | 0.00 |
| 09/30/2019 | Journal Entry | 2144 | | Loan with STVI - Record Q3 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 85,849.51 | 337,850.27 | | 85,849.51 | 0.00 |
| 01/15/2020 | Journal Entry | 2149 | | Loan with STVI - Record Q4 2019 interest expense/(income) | 1410-10-00 Loans Receivable:1410-10-37 Intercompany Interest Receivable STVI | -Split- | 98,512.63 | 436,362.90 | | 98,512.63 | 0.00 |
| **Total for 1410-10-37 Intercompany Interest Receivable STVI** | | | | | | | **$436,362.90** | | | **$436,362.90** | **$0.00** |
| 1410-10-40 Walther Roelen | | | | | | | | | | | |
| 05/11/2011 | Bill | Consulting 5/12/11 | Walther Roelen | Weekly Consulting fee 5/12/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 2,961.00 | | 2,961.00 | 0.00 |
| 05/18/2011 | Bill | Consulting 5/20/11 | Walther Roelen | weekly Consultin 5/19/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts | 2,961.00 | 5,922.00 | | 2,961.00 | 0.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2011 | Bill | Consulting 5/27/11 | Walther Roelen | Consulting 5/27/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 8,883.00 | | 2,961.00 | 0.00 |
| 06/03/2011 | Bill | Consulting 6/03/11 | Walther Roelen | Consulting 6/03/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 11,844.00 | | 2,961.00 | 0.00 |
| 06/10/2011 | Bill | Consulting 6/10/11 | Walther Roelen | Consulting 6/10/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 14,805.00 | | 2,961.00 | 0.00 |
| 06/17/2011 | Bill | Consulting 6/17/11 | Walther Roelen | Weekly Consulting 6/17/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 17,766.00 | | 2,961.00 | 0.00 |
| 06/24/2011 | Bill | Consulting 6/24/2011 | Walther Roelen | Consulting 6/24/2011 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 20,727.00 | | 2,961.00 | 0.00 |
| 07/01/2011 | Bill | Consulting 7/1/11 | Walther Roelen | Consulting 7/1/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 23,688.00 | | 2,961.00 | 0.00 |
| 07/12/2011 | Bill | Consulting 7/8/2011 | Walther Roelen | Consulting 7/8/2011 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 26,649.00 | | 2,961.00 | 0.00 |
| 07/15/2011 | Bill | Consulting 7/15/11 | Walther Roelen | Consulting 7/15/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 29,610.00 | | 2,961.00 | 0.00 |
| 07/22/2011 | Bill | Consulting 7/22/11 | Walther Roelen | Consulting 7/22/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 32,571.00 | | 2,961.00 | 0.00 |
| 07/29/2011 | Bill | Consulting 7/29/11 | Walther Roelen | Consulting 7/29/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 35,532.00 | | 2,961.00 | 0.00 |
| 08/05/2011 | Bill | Consulting 8/5/11 | Walther Roelen | Consulting 8/5/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 38,493.00 | | 2,961.00 | 0.00 |
| 08/12/2011 | Bill | Consulting 8/12/11 | Walther Roelen | Consulting 8/12/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 41,454.00 | | 2,961.00 | 0.00 |
| 08/19/2011 | Bill | Consulting 8/19/11 | Walther Roelen | Consulting 8/19/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 44,415.00 | | 2,961.00 | 0.00 |
| 08/26/2011 | Bill | Consulting Aug 26,11 | Walther Roelen | Consulting Aug 26,11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 47,376.00 | | 2,961.00 | 0.00 |
| 09/02/2011 | Bill | Consulting Sep 2,11 | Walther Roelen | Consulting Sep 2,11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 50,337.00 | | 2,961.00 | 0.00 |
| 09/09/2011 | Bill | Consulting 9/9/11 | Walther Roelen | Consulting 9/9/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 53,298.00 | | 2,961.00 | 0.00 |
| 09/16/2011 | Bill | Consulting 9/16/11 | Walther Roelen | Consulting 9/16/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 56,259.00 | | 2,961.00 | 0.00 |
| 09/23/2011 | Bill | Consulting 9/23/11 | Walther Roelen | Consulting 9/23/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 59,220.00 | | 2,961.00 | 0.00 |
| 09/30/2011 | Bill | Consulting 9/30/11 | Walther Roelen | Consulting 9/30/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 62,181.00 | | 2,961.00 | 0.00 |
| 10/11/2011 | Bill | Consulting 10/11/11 | Walther Roelen | Consulting 10/11/11 | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | 20000 2000-00-00 Accounts Payable | 2,961.00 | 65,142.00 | | 2,961.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-40 Walther Roelen | -Split- | -65,142.00 | 0.00 | | -65,142.00 | 0.00 |
| **Total for 1410-10-40 Walther Roelen** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-50 A.K.(Bram) Riemens | | | | | | | | | | | |
| 05/11/2011 | Bill | Consulting 5/12/11 | A.K.(Bram) Riemens | Weekly Consulting fee 5/12/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 1,925.00 | | 1,925.00 | 0.00 |
| 05/18/2011 | Bill | Consulting 5/20/11 | A.K.(Bram) Riemens | weekly Consulting 5/19/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 3,850.00 | | 1,925.00 | 0.00 |
| 05/27/2011 | Bill | Consulting 5/27/11 | A.K.(Bram) Riemens | Consulting 5/27/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 5,775.00 | | 1,925.00 | 0.00 |
| 06/03/2011 | Bill | Consulting 6/03/11 | A.K.(Bram) Riemens | Consulting 6/03/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 7,700.00 | | 1,925.00 | 0.00 |
| 06/10/2011 | Bill | Consulting 6/10/11 | A.K.(Bram) Riemens | Consulting 6/10/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 9,625.00 | | 1,925.00 | 0.00 |
| 06/17/2011 | Bill | Consulting 6/17/11 | A.K.(Bram) Riemens | Weekly Consulting 6/10/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 11,550.00 | | 1,925.00 | 0.00 |
| 06/24/2011 | Bill | Consulting 6/24/2011 | A.K.(Bram) Riemens | Consulting 6/24/2011 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 13,475.00 | | 1,925.00 | 0.00 |
| 07/01/2011 | Bill | Consulting 7/1/11 | A.K.(Bram) Riemens | Consulting 7/1/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 15,400.00 | | 1,925.00 | 0.00 |
| 07/12/2011 | Bill | Consulting 7/8/2011 | A.K.(Bram) Riemens | Consulting 7/8/2011 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 17,325.00 | | 1,925.00 | 0.00 |
| 07/15/2011 | Bill | Consulting 7/15/11 | A.K.(Bram) Riemens | Consulting 7/15/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 19,250.00 | | 1,925.00 | 0.00 |
| 07/22/2011 | Bill | Consulting 7/22/11 | A.K.(Bram) Riemens | Consulting 7/22/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 21,175.00 | | 1,925.00 | 0.00 |
| 07/29/2011 | Bill | Consulting 7/29/11 | A.K.(Bram) Riemens | Consulting 7/29/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 23,100.00 | | 1,925.00 | 0.00 |
| 08/05/2011 | Bill | Consulting 8/5/11 | A.K.(Bram) Riemens | Consulting 8/5/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 25,025.00 | | 1,925.00 | 0.00 |
| 08/12/2011 | Bill | Consulting 8/12/11 | A.K.(Bram) Riemens | Consulting 8/12/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 26,950.00 | | 1,925.00 | 0.00 |
| 08/19/2011 | Bill | Consulting 8/19/11 | A.K.(Bram) Riemens | Consulting 8/19/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 28,875.00 | | 1,925.00 | 0.00 |
| 08/26/2011 | Bill | Consulting Aug 26,11 | A.K.(Bram) Riemens | Consulting Aug 26,11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 30,800.00 | | 1,925.00 | 0.00 |
| 09/02/2011 | Bill | Consulting Sep 2,11 | A.K.(Bram) Riemens | Consulting Sep 2,11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 32,725.00 | | 1,925.00 | 0.00 |
| 09/09/2011 | Bill | Consulting 9/9/11 | A.K.(Bram) Riemens | Consulting 9/9/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 34,650.00 | | 1,925.00 | 0.00 |

Case 23-10763-mdc Doc 512-2 Filed 03/29/24 Entered 03/29/24 15:03:15 Desc Main
Document Page 47 of 118
Exhibit B - Transcript - Page 47 of 130

January 1, 2011 - March 24, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2011 | Bill | Consulting 9/16/11 | A.K.(Bram) Riemens | Consulting 9/16/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 36,575.00 | | 1,925.00 | 0.00 |
| 09/23/2011 | Bill | Consulting 9/23/11 | A.K.(Bram) Riemens | Consulting 9/23/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 38,500.00 | | 1,925.00 | 0.00 |
| 09/30/2011 | Bill | Consulting 9/30/11 | A.K.(Bram) Riemens | Consulting 9/30/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 40,425.00 | | 1,925.00 | 0.00 |
| 10/11/2011 | Bill | Consulting 10/11/11 | A.K.(Bram) Riemens | Consulting 10/11/11 | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | 20000 2000-00-00 Accounts Payable | 1,925.00 | 42,350.00 | | 1,925.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-50 A.K.(Bram) Riemens | -Split- | -42,350.00 | 0.00 | | -42,350.00 | 0.00 |
| **Total for 1410-10-50 A.K.(Bram) Riemens** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-60 Hans Zuidema | | | | | | | | | | | |
| 05/11/2011 | Bill | Consulting 5/12/11 | Hans Zuidema | Weekly Consulting fees 5/12/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 2,961.00 | | 2,961.00 | 0.00 |
| 05/18/2011 | Bill | Consulting 5/20/11 | Hans Zuidema | weekly Consultin 5/19/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 5,922.00 | | 2,961.00 | 0.00 |
| 05/27/2011 | Bill | Consulting 5/27/11 | Hans Zuidema | Consulting 5/27/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 8,883.00 | | 2,961.00 | 0.00 |
| 06/03/2011 | Bill | Consulting 6/03/11 | Hans Zuidema | Consulting 6/03/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 11,844.00 | | 2,961.00 | 0.00 |
| 06/10/2011 | Bill | Consulting 6/10/11 | Hans Zuidema | Consulting 6/10/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 14,805.00 | | 2,961.00 | 0.00 |
| 06/17/2011 | Bill | Consulting 6/17/11 | Hans Zuidema | Weekly Consulting 6/17/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 17,766.00 | | 2,961.00 | 0.00 |
| 06/24/2011 | Bill | Consulting 6/24/2011 | Hans Zuidema | Consulting 6/24/2011 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 20,727.00 | | 2,961.00 | 0.00 |
| 07/01/2011 | Bill | Consulting 7/1/11 | Hans Zuidema | Consulting 7/1/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 23,688.00 | | 2,961.00 | 0.00 |
| 07/12/2011 | Bill | Consulting 7/8/2011 | Hans Zuidema | Consulting 7/8/2011 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 26,649.00 | | 2,961.00 | 0.00 |
| 07/15/2011 | Bill | Consulting 7/15/11 | Hans Zuidema | Consulting 7/15/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 29,610.00 | | 2,961.00 | 0.00 |
| 07/22/2011 | Bill | Consulting 7/22/11 | Hans Zuidema | Consulting 7/22/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 32,571.00 | | 2,961.00 | 0.00 |
| 07/29/2011 | Bill | Consulting 7/29/11 | Hans Zuidema | Consulting 7/29/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 35,532.00 | | 2,961.00 | 0.00 |
| 08/05/2011 | Bill | Consulting 8/5/11 | Hans Zuidema | Consulting 8/5/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 38,493.00 | | 2,961.00 | 0.00 |
| 08/12/2011 | Bill | Consulting 8/12/11 | Hans Zuidema | Consulting 8/12/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 41,454.00 | | 2,961.00 | 0.00 |
| 08/19/2011 | Bill | Consulting 8/19/11 | Hans Zuidema | Consulting 8/19/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 44,415.00 | | 2,961.00 | 0.00 |
| 08/26/2011 | Bill | Consulting Aug 26,11 | Hans Zuidema | Consulting Aug 26,11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 47,376.00 | | 2,961.00 | 0.00 |
| 09/02/2011 | Bill | Consulting Sep 2,11 | Hans Zuidema | Consulting Sep 2,11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 50,337.00 | | 2,961.00 | 0.00 |
| 09/09/2011 | Bill | Consulting 9/9/11 | Hans Zuidema | Consulting 9/9/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 53,298.00 | | 2,961.00 | 0.00 |
| 09/16/2011 | Bill | Consulting 9/16/11 | Hans Zuidema | Consulting 9/16/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 56,259.00 | | 2,961.00 | 0.00 |
| 09/23/2011 | Bill | Consulting 9/23/11 | Hans Zuidema | Consulting 9/23/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 59,220.00 | | 2,961.00 | 0.00 |
| 09/30/2011 | Bill | Consulting 9/30/11 | Hans Zuidema | Consulting 9/30/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 62,181.00 | | 2,961.00 | 0.00 |
| 10/11/2011 | Bill | Consulting 10/11/11 | Hans Zuidema | Consulting 10/11/11 | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | 20000 2000-00-00 Accounts Payable | 2,961.00 | 65,142.00 | | 2,961.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-60 Hans Zuidema | -Split- | -65,142.00 | 0.00 | | -65,142.00 | 0.00 |
| **Total for 1410-10-60 Hans Zuidema** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-70 Grazina Seskevciute | | | | | | | | | | | |
| 07/08/2011 | Bill | Consulting 7/8/2011 | Grazina Seskevciute | Consulting 7/8/2011 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 1,922.00 | | 1,922.00 | 0.00 |
| 07/15/2011 | Bill | Consulting 7/15/11 | Grazina Seskevciute | Consulting 7/15/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 3,844.00 | | 1,922.00 | 0.00 |
| 07/22/2011 | Bill | Consulting 7/22/11 | Grazina Seskevciute | Consulting 7/22/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 5,766.00 | | 1,922.00 | 0.00 |
| 07/29/2011 | Bill | Consulting 7/29/11 | Grazina Seskevciute | Consulting 7/29/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 7,688.00 | | 1,922.00 | 0.00 |
| 08/05/2011 | Bill | Consulting 8/5/11 | Grazina Seskevciute | Consulting 8/5/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 9,610.00 | | 1,922.00 | 0.00 |
| 08/12/2011 | Bill | Consulting 8/12/11 | Grazina Seskevciute | Consulting 8/12/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 11,532.00 | | 1,922.00 | 0.00 |
| 08/19/2011 | Bill | Consulting 8/19/11 | Grazina Seskevciute | Consulting 8/19/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 13,454.00 | | 1,922.00 | 0.00 |
| 08/26/2011 | Bill | Consulting Aug 26,11 | Grazina Seskevciute | Consulting Aug 26,11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 15,376.00 | | 1,922.00 | 0.00 |
| 09/02/2011 | Bill | Consulting Sep 2,11 | Grazina Seskevciute | Consulting Sep 2,11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 17,298.00 | | 1,922.00 | 0.00 |
| 09/09/2011 | Bill | Consulting 9/9/11 | Grazina Seskevciute | Consulting 9/9/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 19,220.00 | | 1,922.00 | 0.00 |
| 09/16/2011 | Bill | Consulting 9/16/11 | Grazina Seskevciute | Consulting 9/16/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 21,142.00 | | 1,922.00 | 0.00 |

January 1, 2011 - March 24, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE | REVALUED EXCHANGE RATE | REVALUED AMOUNT | UNREALIZED GAIN OR LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2011 | Bill | Consulting 9/23/11 | Grazina Seskevciute | Consulting 9/23/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 23,064.00 | | 1,922.00 | 0.00 |
| 09/30/2011 | Bill | Consulting 9/30/11 | Grazina Seskevciute | Consulting 9/30/11 | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | 20000 2000-00-00 Accounts Payable | 1,922.00 | 24,986.00 | | 1,922.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-70 Grazina Seskevciute | -Split- | -24,986.00 | 0.00 | | -24,986.00 | 0.00 |
| **Total for 1410-10-70 Grazina Seskevciute** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-80 Bart Barenburg- | | | | | | | | | | | |
| 08/01/2011 | Bill | Consulting 8/5/11 | Bart Barenburg | Consulting 8/5/11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 2,313.00 | | 2,313.00 | 0.00 |
| 08/12/2011 | Bill | Consulting 8/12/11 | Bart Barenburg | Consulting 8/12/11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 4,626.00 | | 2,313.00 | 0.00 |
| 08/19/2011 | Bill | Consulting 8/19/11 | Bart Barenburg | Consulting 8/19/11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 6,939.00 | | 2,313.00 | 0.00 |
| 08/26/2011 | Bill | Consulting Aug 26,11 | Bart Barenburg | Consulting Aug 26,11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 9,252.00 | | 2,313.00 | 0.00 |
| 09/02/2011 | Bill | Consulting Sep 2,11 | Bart Barenburg | Consulting Sep 2,11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 11,565.00 | | 2,313.00 | 0.00 |
| 09/09/2011 | Bill | Consulting 9/9/11 | Bart Barenburg | Consulting 9/9/11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 13,878.00 | | 2,313.00 | 0.00 |
| 09/16/2011 | Bill | Consulting 9/16/11 | Bart Barenburg | Consulting 9/16/11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 16,191.00 | | 2,313.00 | 0.00 |
| 09/23/2011 | Bill | Consulting 9/23/11 | Bart Barenburg | Consulting 9/23/11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 18,504.00 | | 2,313.00 | 0.00 |
| 09/30/2011 | Bill | Consulting 9/30/11 | Bart Barenburg | Consulting 9/30/11 | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | 20000 2000-00-00 Accounts Payable | 2,313.00 | 20,817.00 | | 2,313.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-80 Bart Barenburg- | -Split- | -20,817.00 | 0.00 | | -20,817.00 | 0.00 |
| **Total for 1410-10-80 Bart Barenburg-** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-90 Mick McDonald | | | | | | | | | | | |
| 09/09/2011 | Bill | Consulting 9/9/11 | Mick McDonald | Consulting 9/9/11 | 1410-10-00 Loans Receivable:1410-10-90 Mick McDonald | 20000 2000-00-00 Accounts Payable | 1,700.00 | 1,700.00 | | 1,700.00 | 0.00 |
| 09/19/2011 | Bill | Consulting 9/16/11 | Mick McDonald | Consulting 9/16/11 | 1410-10-00 Loans Receivable:1410-10-90 Mick McDonald | 20000 2000-00-00 Accounts Payable | 1,700.00 | 3,400.00 | | 1,700.00 | 0.00 |
| 09/23/2011 | Bill | Consulting 9/23/11 | Mick McDonald | Consulting 9/23/11 | 1410-10-00 Loans Receivable:1410-10-90 Mick McDonald | 20000 2000-00-00 Accounts Payable | 1,700.00 | 5,100.00 | | 1,700.00 | 0.00 |
| 09/30/2011 | Bill | Consulting 9/30/11 | Mick McDonald | Consulting 9/30/11 | 1410-10-00 Loans Receivable:1410-10-90 Mick McDonald | 20000 2000-00-00 Accounts Payable | 1,700.00 | 6,800.00 | | 1,700.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-90 Mick McDonald | -Split- | -6,800.00 | 0.00 | | -6,800.00 | 0.00 |
| **Total for 1410-10-90 Mick McDonald** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-10-95 Loan to SeeCubic Payroll | | | | | | | | | | | |
| 10/20/2011 | Bill | Oct Payroll | SeeCubic b.v | Payroll-Related only -Oct 11 | 1410-10-00 Loans Receivable:1410-10-95 Loan to SeeCubic Payroll | 20000 2000-00-00 Accounts Payable | 71,000.00 | 71,000.00 | | 71,000.00 | 0.00 |
| 11/18/2011 | Bill | 11/18/11 | SeeCubic b.v | Payroll-related only for SeeCubic 11/18/11 | 1410-10-00 Loans Receivable:1410-10-95 Loan to SeeCubic Payroll | 20000 2000-00-00 Accounts Payable | 68,500.00 | 139,500.00 | | 68,500.00 | 0.00 |
| 12/20/2011 | Bill | Dec 20,11 | SeeCubic b.v | Payroll-related only | 1410-10-00 Loans Receivable:1410-10-95 Loan to SeeCubic Payroll | 20000 2000-00-00 Accounts Payable | 66,000.00 | 205,500.00 | | 66,000.00 | 0.00 |
| 05/31/2012 | Journal Entry | 113 | | Reclass 2011 SeeCubic pymts to consolidate into one loan acct | 1410-10-00 Loans Receivable:1410-10-95 Loan to SeeCubic Payroll | -Split- | -205,500.00 | 0.00 | | -205,500.00 | 0.00 |
| 10/10/2016 | Bill | Ultra-D Oct 10, 16 | Ultra-D Cooperatief U.A.i.o. | Ultra-D Oct 10, 2016-Payroll | 1410-10-00 Loans Receivable:1410-10-95 Loan to SeeCubic Payroll | 20000 2000-00-00 Accounts Payable | 319,784.05 | 319,784.05 | | 319,784.05 | 0.00 |
| 12/31/2016 | Bill | 1729 | | Reclass UltraD Q4 funding which posted to 1410-10-95 | 1410-10-00 Loans Receivable:1410-10-95 Loan to SeeCubic Payroll | -Split- | -319,784.05 | 0.00 | | -319,784.05 | 0.00 |
| **Total for 1410-10-95 Loan to SeeCubic Payroll** | | | | | | | **$0.00** | | | **$0.00** | **$0.00** |
| 1410-20-22 STREAMTV receivable - STVI prior years invoices | | | | | | | | | | | |
| 12/31/2017 | Journal Entry | 1952 | | Reclass prior year invoices paid on STVI's behalf | 1410-10-00 Loans Receivable:1410-20-22 STREAMTV receivable - STVI prior years invoices | -Split- | 2,836.30 | 2,836.30 | | 2,836.30 | 0.00 |
| **Total for 1410-20-22 STREAMTV receivable - STVI prior years invoices** | | | | | | | **$2,836.30** | | | **$2,836.30** | **$0.00** |
| **Total for 1410-10-00 Loans Receivable with subs** | | | | | | | **$85,158,642.61** | | | **$85,158,642.61** | **$0.00** |
| **TOTAL** | | | | | | | **$85,477,544.36** | | | **$85,477,544.36** | **$0.00** |

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF
DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND
TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtors direct interested parties to the *Declaration of Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11 Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan Declaration") in which the Debtors' organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the "Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly transferred in contravention of express provisions of its corporate charter through an invalidated board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc* unanimous decision on June 15, 2022. *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360, 2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required under Stream's charter" to "transfer pledged assets to secured creditors in connection with what was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets . . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which approved by the Delaware Court of Chancery and then held to be invalid by the Delaware Supreme Court on appeal. Prior to the Delaware Supreme Court ruling the SLS Holdings and its newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB. Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court. Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision. SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV") and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.      Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.      Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3.      The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4.      SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

| **2.1** | | | |
|---|---|---|---|
| **Creditor's name** **Dell Financial Services, LLC** | **Describe debtor's property that is subject to a lien** | $77,340.57 | $77,340.57 |
| **Creditor's mailing address** **Mail Stop-PS2DF-23** | **Dell Computer Servers** | | |
| **One Dell Way** | **Describe the lien** **UCC / Agreement** | | |
| | **Is the creditor an insider or related party?** | | |
| **Round Rock** **TX** **78682** | ☑ No | | |
| **Creditor's email address, if known** | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** **12/04/2018** | ☑ No | | |
| **Last 4 digits of account number** **6 9 3 1** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $6,885,121.57

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) **23-10763** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.2**

| | | | |
|---|---|---|---|
| **Creditor's name**<br>**SLS Holdings VI, LLC** | Describe debtor's property that is<br>subject to a lien | **$6,807,781.00** | **$6,807,781.00** |

**Creditor's mailing address**
**Attn: Shad Stastney**

**All assets**

**392 Taylor Mills Road**

**Describe the lien**

_____

**loan/investment / Agreement**

**Marlboro          NJ    07746**

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

_____

**Date debt was incurred    2011-2012**

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account**
**number            ___  ___  ___  ___**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in**
**the same property?**

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes.  Have you already specified the
          relative priority?

☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
           specified on lines  _____

---

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF
DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND
TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtors direct interested parties to the *Declaration of Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11 Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan Declaration") in which the Debtors' organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the "Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly transferred in contravention of express provisions of its corporate charter through an invalidated board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc* unanimous decision on June 15, 2022. *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360, 2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required under Stream's charter" to "transfer pledged assets to secured creditors in connection with what was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets . . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which approved by the Delaware Court of Chancery and then held to be invalid by the Delaware Supreme Court on appeal.  Prior to the Delaware Supreme Court ruling the SLS Holdings and its newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB. Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court.  Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision.  SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV")  and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.     Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.     Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3.     The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4.     SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**California Department of**

**Tax and Fee Adm**

**Account Info. Group, MIC 29**

PO Box 942879

**Sacramento          CA     94279-0029**

Date or dates debt was incurred
3/31/2020

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Disability insurance**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$2,688.27**  Priority amount: **$2,688.27**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

PO Box 7346

**Philadelphia          PA     19101-7346**

Date or dates debt was incurred
3/31/2020

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Medicare**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$8,805.72**  Priority amount: **$8,805.72**

---

| Debtor | **Stream TV Networks, Inc.** | Case number (if known)  **23-10763** |
|---|---|---|

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.3**   Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia          PA        19101-7346**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number        ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is:  *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Medicare employer portion**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,805.72**      **$8,805.72**

---

**2.4**   Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia          PA        19101-7346**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number        ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is:  *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Social Security employee portion**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,006.82**      **$32,006.82**

---

**2.5**   Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia          PA        19101-7346**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number        ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is:  *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Income taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$69,097.66**      **$69,097.66**

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.6**    **Priority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*     **$32,006.82**     **$32,006.82**

**Internal Revenue Service**

**PO Box 7346**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Philadelphia     PA     19101-7346**

Basis for the claim:
**Social Security Employer Portion**

Date or dates debt was incurred
**3/31/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

---

**2.7**    **Priority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*     **$4,580.49**     **$4,580.49**

**Internal Revenue Service**

**PO Box 7346**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Philadelphia     PA     19101-7346**

Basis for the claim:
**941/944**

Date or dates debt was incurred
**3/31/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

---

**2.8**    **Priority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*     **$711.31**     **$711.31**

**Internal Revenue Service**

**PO Box 7346**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Philadelphia     PA     19101-7346**

Basis for the claim:
**941 Taxes**

Date or dates debt was incurred
**3/31/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

---

Debtor    **Stream TV Networks, Inc.**                                        Case number (if known)    **23-10763**

---

| | | Total claim | Priority amount |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2.9**    Priority creditor's name and mailing address

**Nevada Dept. of Employment**

**Training & Rehabilitation**

**500 E. Third Street**

**Carson City**                    **NV**        **89713**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$476.88**    Priority amount **$476.88**

---

**2.10**    Priority creditor's name and mailing address

**New Jersey Division of Taxation**

**Compliance&Enforcement-Bankruptcy**

**50 Barrack Street, 9th Floor**

**PO Box 245**

**Trenton**                    **NJ**        **08695-0267**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Income Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$399.14**    Priority amount **$399.14**

---

**2.11**    Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg**                    **PA**        **17128-0946**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Income Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$1,763.45**    Priority amount **$1,763.45**

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    __23-10763__

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                  Total claim        Priority amount

**2.12**   Priority creditor's name and mailing address            As of the petition filing date, the                    **$460.47**            **$460.47**

**Pennsylvania Department of Revenue**                            claim is: *Check all that apply.*

**Department 280946**                                              ☑ Contingent
                                                                   ☑ Unliquidated
**Attn: Bankruptcy Division**                                      ☐ Disputed

                                                                   Basis for the claim:
**Harrisburg            PA      17128-0946**                       **Unemployment Insurance**

Date or dates debt was incurred
                                                                   Is the claim subject to offset?

Last 4 digits of account                                           ☑ No
number    ___ ___ ___ ___                                          ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**2.13**   Priority creditor's name and mailing address            As of the petition filing date, the                    **$156.00**            **$156.00**

**Pennsylvania Department of Revenue**                            claim is: *Check all that apply.*

**Department 280946**                                              ☑ Contingent
                                                                   ☑ Unliquidated
**Attn: Bankruptcy Division**                                      ☐ Disputed

                                                                   Basis for the claim:
**Harrisburg            PA      17128-0946**                       **Taxes**

Date or dates debt was incurred
**12/31/2020**                                                     Is the claim subject to offset?

Last 4 digits of account                                           ☑ No
number    ___ ___ ___ ___                                          ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**2.14**   Priority creditor's name and mailing address            As of the petition filing date, the                    **$1,165.62**          **$1,165.62**

**Pennsylvania Department of Revenue**                            claim is: *Check all that apply.*

**Department 280946**                                              ☑ Contingent
                                                                   ☑ Unliquidated
**Attn: Bankruptcy Division**                                      ☐ Disputed

                                                                   Basis for the claim:
**Harrisburg            PA      17128-0946**                       **Taxes**

Date or dates debt was incurred
**12/31/2020**                                                     Is the claim subject to offset?

Last 4 digits of account                                           ☑ No
number    ___ ___ ___ ___                                          ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

---

Debtor    **Stream TV Networks, Inc.**                                      Case number (if known)    **23-10763**

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.15** | Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg                    PA        17128-0946**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number       ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,324.21**      Priority amount: **$1,324.21**

---

**2.16** | Priority creditor's name and mailing address

**Pennsylvania Department of Revenue**

**Department 280946**

**Attn: Bankruptcy Division**

**Harrisburg                    PA        17128-0946**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number       ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,821.13**      Priority amount: **$3,821.13**

---

**2.17** | Priority creditor's name and mailing address

**Philadelphia Department of Revenue**

**Municipal Services Building**

**1401 JFK Boulevard**

**Philadelphia                  PA        19102**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number       ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Income Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$10,642.58**      Priority amount: **$10,642.58**

Debtor    **Stream TV Networks, Inc.**    Case number (if known)    **23-10763**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.18**    Priority creditor's name and mailing address

**Secretary of State - Delaware**

**Division of Corporations**

**Franchise Tax**

**PO Box 898**

**Dover                    DE        19903**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number          __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the
claim is:  *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Franchise Tax**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $5,000.00    **Priority amount** $5,000.00

---

**2.19**    Priority creditor's name and mailing address

**State of California**

**Franchise Tax Board**

**Bankruptcy Section, MS: A-340**

**PO Box 2952**

**Sacramento            CA        95812-2952**

Date or dates debt was incurred

**12/31/2020**

Last 4 digits of account
number          __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the
claim is:  *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$20,121.89    $20,121.89

---

**2.20**    Priority creditor's name and mailing address

**State of California Employment**

**Development Department**

**PO Box 826880, DICO, MIC 29**

**Sacramento            CA        94280**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account
number          __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the
claim is:  *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**CA PIT/SDI**

Is the claim subject to offset?
☑ No
☐ Yes

$9,808.22    $9,808.22

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.21**   Priority creditor's name and mailing address

**State of California Employment**

**Development Department**

**PO Box 826880, UIPCD, MIC 40**

**Sacramento           CA      94280**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:    11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**SUI/ETT**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,598.75**         **$2,598.75**

---

**2.22**   Priority creditor's name and mailing address

**State of Florida, Dept. of Revenue**

**Attn: Mark Hamilton**

**P.O. Box 6668**

**Tallahassee           FL      32314-6668**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:    11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**$123.75**         **$123.75**

---

**2.23**   Priority creditor's name and mailing address

**Texas Workforce Commission**

**P.O. Box 149037**

**Austin           TX      78714-9037**

Date or dates debt was incurred

**3/31/2020**

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:    11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**$11.11**         **$11.11**

---

Debtor   **Stream TV Networks, Inc.**                                        Case number (if known)   **23-10763**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00** |
|---|---|---|---|

**3Detroit Film Co. LLC**

**2385 N. Pine Center St**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**West Bloomfield**           **MI**     **48323**

**Basis for the claim:**
**good, services**

Date or dates debt was incurred     **2017-2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | | **$4,000.00** |
|---|---|---|---|

**Aaron Lamkin**

**793A East Foothill Blvd. #43**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Luis Obisbo**           **CA**     **93405**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred     **5/20/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.3 | **Nonpriority creditor's name and mailing address** | | **$1,159.00** |
|---|---|---|---|

**Abu Dhabi Investment Council**

**P.O. Box 61999**

**Abu Dhabi, UAE**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**loan, investment**

Date or dates debt was incurred     **10/09/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.4 | **Nonpriority creditor's name and mailing address** | | **$35,820.00** |
|---|---|---|---|

**Ac Lordi**

**75 Valley Stream Parkway Suite 201**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Malvern**           **PA**     **19355**

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred     **2016-2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor   **Stream TV Networks, Inc.**                                Case number (if known) **23-10763**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

          **Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$324,644.60**

**Adept Chip Service Private Ltd.**

**Site No.86 1st Floor**

**LRDI Layout Karthik Nagar**

**fvlarathahalli Outer Ring**

**Bengaluru, India 560037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred   **2019**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$19,682.75**

**Adrian & Roth**

**Personalberatung GmbH**

**Tengstraße 45**

**Munchen, Germany 80796**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred   **2018**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$15,000.00**

**Advanced Imaging Society**

**16027 Ventura Blulevard Suite #301**

**Encino**         **CA**    **91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred   **2017**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,020.00**

**Alliance International Law Offices**

**75-1, 58 Chung Shan N. Rd. Sec. 3**

**Taipei, Taiwan**

**10452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred   **2016-2018**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Stream TV Networks, Inc.**               Case number (if known)   **23-10763**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**Alvarte Technology LLP**

**S No29, PL52, Office #201**

**Bhama Emrald, Satara Road, Dhankawadi**

**Pune, Maharashtra 411043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2019**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$91,700.00**

---

**3.10**   Nonpriority creditor's name and mailing address

**Amanda Von Ahnen**

**105 Edwards Run Road**

**Mount Royal**     **NJ**   **08061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Date or dates debt was incurred   **Feb 16-29, 2020**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$1,544.12**

---

**3.11**   Nonpriority creditor's name and mailing address

**AON Risk Services Inc. of New York**

**111 Wall Street**

**New York, NY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2017-2021**

Last 4 digits of account number  **0**  **0**  **4**  **3**

Is the claim subject to offset?
☒ No
☐ Yes

**$49,632.62**

---

**3.12**   Nonpriority creditor's name and mailing address

**Arasan Chip Systems, Inc.**

**2150 North First Street, Suite 240**

**San Jose**     **CA**   **95131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2019-2020**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$132,500.00**

---

Debtor    **Stream TV Networks, Inc.**       Case number (if known)  **23-10763**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**  Nonpriority creditor's name and mailing address

**Aria Resort-Casino At Ctycntr**

**4882 Frank Sinatra Dr.**

**Las Vegas**      **NV**     **89158**

Date or dates debt was incurred     **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$34,626.25

---

**3.14**  Nonpriority creditor's name and mailing address

**Avnet EM**

**2211 South 47th Street**

**Phoenix**      **AZ**     **85034**

Date or dates debt was incurred     **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$30,024.42

---

**3.15**  Nonpriority creditor's name and mailing address

**AY Commercial Law Offices**

**9F, No. 333, Sec. 1, Keelung Road**

**Taipei City, Taiwan ROC 11012**

Date or dates debt was incurred     **2018-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,066.00

---

**3.16**  Nonpriority creditor's name and mailing address

**BDO USA, LLP**

**75 Valley Stream Parkway**

**Suite 201**

**Malvern**      **PA**     **19355**

Date or dates debt was incurred     **2014-2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,880.00

---

Debtor  **Stream TV Networks, Inc.**  Case number (if known) **23-10763**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$5,963.23**

**Blue Ocean Partners**

**100 Queens Rd.**

**Central, Hong Kong, China**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2018-2020**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$6,000.00**

**Bubble Communications East**

**East Side Complex Rm 555**

**Pinewood Studios, Pinewood Rd Iver Heath**

**Buckinghamshire, UK SL0 0NH**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2018-2019**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$41,816.50**

**Buchanan Ingersoll & Rooney PC**

**919 North Market Street**

**Suite 1500**

**Wilmington**          **DE    19801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2018-2020**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$524,340.00**

**Cadence Design Systems, Inc.**

**2655 Seely Avenue**

**San Jose**          **CA    95134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Stream TV Networks, Inc.**                                          Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Capital One**

**P.O. Box 71083**

**Charlotte**                 **NC**   **28272-1083**

Date or dates debt was incurred   **2009-2020**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$71,450.76

---

**3.22**   Nonpriority creditor's name and mailing address

**Capital One-5**

**P.O.Box 71083**

**Charlotte**                 **NC**   **28272-1083**

Date or dates debt was incurred   **2019-2020**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,720.42

---

**3.23**   Nonpriority creditor's name and mailing address

**CCH Incorporated (Wolters Kluwer)**

**P.O. Box 4307**

**Carol Stream**              **IN**   **60197-4307**

Date or dates debt was incurred   **2019**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,355.02

---

**3.24**   Nonpriority creditor's name and mailing address

**Charles Robertson**

**10 Via Visione, Unit 201**

**Henderson**                 **NV**   **89011**

Date or dates debt was incurred   **2019-2020**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **goods, services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$53,549.46

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.25**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$3,818.92**
                                                                            Check all that apply.
**Charles Robertson**                                                       ☐ Contingent
**10 Via Visione, Unit 201**                                                ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**
**Henderson**                    **NV**    **89011**                        **wages**

Date or dates debt was incurred    **Feb 16-29, 2020**                      Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number    __ __ __ __                              ☐ Yes

---

**3.26**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$2,724.62**
                                                                            Check all that apply.
**Che Wei Chang**                                                           ☐ Contingent
**327 Camphor Avenue**                                                      ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**
**San Jose**                    **CA**    **95131**                         **goods, services**

Date or dates debt was incurred    **2019-2020**                           Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number    __ __ __ __                              ☐ Yes

---

**3.27**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$117,600.00**
                                                                            Check all that apply.
**Cipher Development Partners LLC**                                         ☐ Contingent
**1381 McCarthy Blvd.**                                                     ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**
**Milpitas**                    **CA**    **95035**                         **goods, services**

Date or dates debt was incurred    **2019-2020**                           Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number    __ __ __ __                              ☐ Yes

---

**3.28**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    **$63,793.70**
                                                                            Check all that apply.
**Citi Cards**                                                             ☐ Contingent
**PO BOX 9001037**                                                         ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**
**Louisville**                    **KY**    **40290-1037**                  **Credit Card**

Date or dates debt was incurred    **2019-2020**                           Is the claim subject to offset?
                                                                            ☑ No
Last 4 digits of account number    __ __ __ __                              ☐ Yes

---

Debtor    **Stream TV Networks, Inc.**                           Case number (if known)   **23-10763**

---

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,065.00** |
|---|---|---|---|

**Cittone Demers & Arneri LLP**

**11 Broadway**

**Suite 615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **New York** | **NY** | **10040** |
|---|---|---|

**Attorney Fees**

Date or dates debt was incurred    **2019-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,984.84** |
|---|---|---|---|

**CNA INSURANCE**

**P.O. BOX 790094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **ST LOUIS** | **MO** | **63179-0094** |
|---|---|---|

**goods, services**

Date or dates debt was incurred    **12/31/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,012.96** |
|---|---|---|---|

**Concur Technologies, Inc.**

**62157 Collections Center Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60693** |
|---|---|---|

**goods, services**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Conference Technologies, Inc.**

**11653 Adie Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Maryland Heights** | **MO** | **63043** |
|---|---|---|

**goods, services**

Date or dates debt was incurred    **9/30/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor **Stream TV Networks, Inc.**     Case number (if known) **23-10763**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                               Amount of claim

---

**3.33**   Nonpriority creditor's name and mailing address

**Coral Vision Ltd**

**Easton House, Manor Way**

**Oxshott, UK KT22 0HU**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2017**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$31,285.00**

---

**3.34**   Nonpriority creditor's name and mailing address

**Corporate Filings**

**30 North Gould Street**

**Suite 7001**

**Sheridan**      **WY**    **82801**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **8/23/2019**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$90.00**

---

**3.35**   Nonpriority creditor's name and mailing address

**Cousins Law**

**Brandywine Plaza West**

**1521 Concord Pike, Suite 301**

**Wilmington**      **DE**    **19803**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred    **2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$27,947.08**

---

**3.36**   Nonpriority creditor's name and mailing address

**Coverall North America, Inc.**

**2955 Momentum Place**

**Chicago**      **IL**    **60689**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,125.00**

---

Debtor   **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Cryslink Technologies Co., Ltd**

**Computer Village, ikeja, Lagos**

**Otta Nigeria 101233**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2/24/2016**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$45,600.00

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**Daniel J. Rink**

**1017 E. 28th Street**

**Houston**               **TX    77009**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **February 2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,004.22

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**Daniel J. Rink**

**1017 E. 28th Street**

**Houston**               **TX    77009**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,070.57

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**DeMartino and Associates LLC**

**875 Union Ave.**

**Boulder**               **CO    80304**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods, services**

Date or dates debt was incurred    **2019**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,250.00

---

Debtor    **Stream TV Networks, Inc.**                                   Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | **Nonpriority creditor's name and mailing address** |

**Dezan Shira & Associates**

**Suite EF06, East Tower B12**

**Jian Guo Men Wai Avenue**

**Beijing, China 100022**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,976.63**

| 3.42 | **Nonpriority creditor's name and mailing address** |

**Digital Content Protection LLC**

**3855 SW 153rd Drive**

**Beaverton**          **OR    97006**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **3/29/2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,000.00**

| 3.43 | **Nonpriority creditor's name and mailing address** |

**DLA Piper LLP(US)**

**6225 Smith Avenue**

**Baltimore**          **MD    21209-3600**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred    **2011-2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$798,925.44**

| 3.44 | **Nonpriority creditor's name and mailing address** |

**Dunner Law PLLC**

**3243 P Street, N.W.**

**Washington**          **DC    20007**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$420.00**

---

Debtor   **Stream TV Networks, Inc.**                                   Case number (if known)   **23-10763**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.45** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$216,179.17**

**Elliott Greenleaf**

**1105 North Market Street**

**17th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Wilmington**          **DE**      **19801-1216**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| | |
|---|---|
| **3.46** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$600.00**

**EMA Design Automation**

**225 Park Tech Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Rochester**          **NY**      **14623**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| | |
|---|---|
| **3.47** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$68.99**

**EME Enterprise Inc.**

**1256 West Winton Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Hayward**          **CA**      **94545**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| | |
|---|---|
| **3.48** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$36,550.00**

**Eric Singer**

**200 E. 71st Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**New York**          **NY**      **10021**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor    **Stream TV Networks, Inc.**                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

| **3.49** | **Nonpriority creditor's name and mailing address** |

**ESPN Inc. Miscellaneous**

**P.O. Box 732527**

**Dallas**                    **TX**        **75373-2527**

Date or dates debt was incurred    **2015-2016**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,000.00**

---

| **3.50** | **Nonpriority creditor's name and mailing address** |

**Farrukh Shah Kahn**

**1564 Kooser Road**

**San Jose**                    **CA**        **95118**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,093.44**

---

| **3.51** | **Nonpriority creditor's name and mailing address** |

**Feng Tsang Corporation**

**1F, No. 1, Alley 50**

**Lane 737, Sec. 1**

**Nei Hu Road, Taipei, TAIWAN**

Date or dates debt was incurred    **2017-2020**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$23,432.00**

---

| **3.52** | **Nonpriority creditor's name and mailing address** |

**Feng Tsang Corporation-TWN**

**1F, No. 1, Alley 50**

**Lane 737, Sec. 1**

**Nei Hu Road, Taipei, TAIWAN**

Date or dates debt was incurred    **2016-2020**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods, services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,543.43**

---

Debtor    **Stream TV Networks, Inc.**                  Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$17,000.00**
*Check all that apply.*

**FHP Consultants Ltd.**

**Goddard's Green Barn**     ☐ Contingent

**Goddard's Green Road**     ☐ Unliquidated
☐ Disputed

**Benenden Kent, UK TN17 4AR**

Basis for the claim:

**goods, services**

Date or dates debt was incurred    **2018-2019**     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.54**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$6,000.00**
*Check all that apply.*

**First Sentinel Advisory Limited**

**Office Suite 12A**     ☐ Contingent

**55 Park Lane**     ☐ Unliquidated
☐ Disputed

**London, England UK W1K 1QG**

Basis for the claim:

**goods, services**

Date or dates debt was incurred    **2019-2020**     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.55**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$22,944.55**
*Check all that apply.*

**Fornax Associates Ltd.**

**70C 16 Buckhold Rd.**     ☐ Contingent

**London, England UK Sw18 4fy**     ☐ Unliquidated
☐ Disputed

Basis for the claim:

**goods, services**

Date or dates debt was incurred    **1/1/2018**     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.56**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$2,602.37**
*Check all that apply.*

**Frewin & Close Ltd.**

**18 Oakley Street**     ☐ Contingent

**London, England SW3 5NT**     ☐ Unliquidated
☐ Disputed

**UK**

Basis for the claim:

**goods, services**

Date or dates debt was incurred    **2018-2019**     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

Debtor   **Stream TV Networks, Inc.**                                                    Case number (if known)   **23-10763**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.57** | Nonpriority creditor's name and mailing address |

**FTI Consulting (China) Limited**

**Unit 2101-04, Central Plaza**

**227 Huangpi (N) Road**

**Shanghai, China 200003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

**$46,922.47**

Date or dates debt was incurred    **2018-2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| **3.58** | Nonpriority creditor's name and mailing address |

**FULL FRONTAL GROUP FZ LLE**

**Unit P12, Rimal The Walk**

**JBR PO Box 487177**

**Dubai, UAE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

**$13,005.90**

Date or dates debt was incurred    **2016-2017**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| **3.59** | Nonpriority creditor's name and mailing address |

**Global Tax Management**

**656 E. Swedesford Rd., Suite 200**

**Wayne**                    **PA**    **19087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

**$27,612.50**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| **3.60** | Nonpriority creditor's name and mailing address |

**HDMI Licensing Administrator, Inc.**

**550 S. Winchester Blvd Suite 515**

**San Cose**                    **CA**    **95128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

**$10,003.15**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

**Hoang Nguyen**

**359 Dale Drive**

**San Jose**                 **CA**    **95127**

Date or dates debt was incurred      **Feb 16-29, 2020**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$3,691.63

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

**Hold Jumper (Suzhou) Packing Co. Ltd.**

**No. 1, Xiang Street, High-Tech District**

**Suzhou, China**

Date or dates debt was incurred      **12/28/2018**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,813,662.35

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

**Howell International Trade Fair Ltd.**

**5A-604 Houxiandaicheng**

**No. 16 Baiziwan Rd.**

**Chaoyang District Beijing, China**

Date or dates debt was incurred      **2016**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$21,258.00

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

**HSBC Bank USA, N.A.**

**140 Broadway**

**Suite 5020**

**New York**                 **NY**    **10005**

Date or dates debt was incurred

Last 4 digits of account number      **7   1   0   5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paycheck Protection Program**

Is the claim subject to offset?
☑ No
☐ Yes

$805,177.00

Debtor    **Stream TV Networks, Inc.**                                  Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is: | $12,770.00 |

**Hudson Valuation Group LLC**

**One Glenlake Parkway Suite #700**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Atlanta                         GA        30328

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.66 | Nonpriority creditor's name and mailing address | $7,252,635.17 |

**Iinuma Gauge Manufacturing Co., Ltd.**

**11400-327 Harayama, Tamagawa**

**Chino-City Nagano, Japan 391-0011**

**Nagano, Japan 391-0011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2015-2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.67 | Nonpriority creditor's name and mailing address | $426,437.00 |

**IMG Media Ltd.**

**Building 6, Chiswick Park**

**566 Chiswick High Road**

**London, England UK W4 5HR**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.68 | Nonpriority creditor's name and mailing address | $500.00 |

**infoComm International**

**11242 Waples Mill Rd, Suite 200**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Fairfax                         VA        22030

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **4/6/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor    **Stream TV Networks, Inc.**    Case number (if known)    **23-10763**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

**Innoventures Group LLC**

**1105 William Penn Drive**

| **Bensalem** | **PA** | **19020** |
|---|---|---|

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$178,100.96**

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

**Itaya Misa (TWD)**

**1F, No. 1, Alley 50**

**Lane 737, Sec. 1, Nei Hu Road**

**Taipei, TAIWAN**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,893.63**

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

**IZON**

**2005 Tree Fork Lane, Suite 109**

| **Longwood** | **FL** | **32750** |
|---|---|---|

Date or dates debt was incurred    **12/29/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,500.00**

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

**Jamuna Travels, Inc**

**6439 Market St.**

| **Upper Darby** | **PA** | **19082** |
|---|---|---|

Date or dates debt was incurred    **2018-2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$122,768.45**

Debtor    **Stream TV Networks, Inc.**    Case number (if known)    **23-10763**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**Jih-Chun Yeh**

**4F No., Ln. 232 Zhixiang 1st St.**

**Zhongli Dist**

**Taoyuan City Taiwan 320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$543.68

---

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**Karen S. Donovan**

**393 Mystic Street**

**Arlington**          **MA**    **02474**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$4,318.00

---

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**Kaushik Banerjee**

**342 Stanforth Court**

**San Ramon**          **CA**    **94582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Date or dates debt was incurred    **February 2020**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$3,617.61

---

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**Kaushik Banerjee**

**342 Stanforth Court**

**San Ramonn**          **CA**    **94582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$9,264.97

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

**Kenneth W. Carroll**

**8379 Sweet Briar Court**

**Liberty Township**        **OH**    **45044-0000**

Date or dates debt was incurred    **1/31/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,000.00**

---

**3.78** Nonpriority creditor's name and mailing address

**Kevin Cabot**

**11 Rue Paul Langevin**

**Saint Ouen**

**France 93400**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,376.87**

---

**3.79** Nonpriority creditor's name and mailing address

**Kleinwort Benson (GBP)**

**14 St. George Street**

**London, England UK W1S 1FE**

Date or dates debt was incurred    **8/30/2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,010.73**

---

**3.80** Nonpriority creditor's name and mailing address

**Law Offices of Young K. Park**

**2009 Chestnut Street**

**Philadelphia**        **PA**    **19103**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$77,992.33**

---

Debtor   **Stream TV Networks, Inc.**                                Case number (if known)   **23-10763**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$2,800.00**

**Lee and Ko**

☐ Contingent

**Hanjin Buliding, 63 Namdaemun-ro**

☐ Unliquidated

**Jung-gu**

☐ Disputed

**Seoul, Korea 04532**

Basis for the claim:

**Attorney Fees**

Date or dates debt was incurred   **8/3/2016**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$2,347.73**

**Leo J. Riley**

☐ Contingent

**225 Aqua Lane**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Delran**              **NJ**      **08075**

**wages**

Date or dates debt was incurred   **Feb 16-29, 2020**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$2,317.08**

**Leo Riley**

☐ Contingent

**225 Aqua Lane**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Delran**              **NJ**      **08075**

**wages**

Date or dates debt was incurred   **3/3/2020**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$6,602.08**

**Luijks Advies B.V.**

☐ Contingent

**Vinkenkade 41 R 3**

☐ Unliquidated

**Vinkeveen, The Netherlands 3645 AP**

☐ Disputed

Basis for the claim:

**goods, services**

Date or dates debt was incurred   **1/5/2019**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor    **Stream TV Networks, Inc.**            Case number (if known)    **23-10763**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       **Amount of claim**

---

| **3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,682.93** |

**Luong D. Nguyen**

**2801 Camino Del Rey**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **San Jose** | **CA** | **95132** |

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$146,820.00** |

**Marcum LLP**

**One SE Third Ave, Suite 1100**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Miami** | **FL** | **33131** |

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,325.57** |

**Mathu  Rajan**

**1105 William Penn Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Bensalem** | **PA** | **19020** |

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185,354.47** |

**Mathu Rajan**

**1105 William Penn Drive**

**Bensalem, PA19020**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**  _____  Case number (if known)   **23-10763**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.89 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mathu Rajan**

**1105 William Penn Drive**

_____

**Bensalem**              **PA**     **19020**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$74,000.00**

---

| 3.90 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Matrex Exhibits, Inc.**

**301 S. Church St.**

_____

**Addison**              **IL**     **60101**

Date or dates debt was incurred    **9/30/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$155,000.00**

---

| 3.91 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Matt J. Lo.**

**7322 Carter Ave.**

_____

**Newark**              **CA**     **94560**

Date or dates debt was incurred    **9/16/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$120.46**

---

| 3.92 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Matthew Lo**

**7322 Carter Ave.**

_____

**Newark**              **CA**     **94560**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$7,128.63**

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93**    Nonpriority creditor's name and mailing address

**Mediatainment, Inc**

**1105 William Penn Drive**

**Bensalem**                    **PA**        **19020**

Date or dates debt was incurred        **2018-2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,000.00**

---

**3.94**    Nonpriority creditor's name and mailing address

**Mediatainment, Inc.**

**Attn: Raja Rajan**

**1105 William Penn Drive**

**Bensalem**                    **PA**        **19020**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$890,590.68**

---

**3.95**    Nonpriority creditor's name and mailing address

**Mentor Graphics Corporation**

**8005 SW Boeckman Rd.**

**Wilsonville**                    **OR**        **97070-7777**

Date or dates debt was incurred        **2019-2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$402,564.00**

---

**3.96**    Nonpriority creditor's name and mailing address

**Modular Mobile GmbH**

**Hansaallee 201**

**Dusseldorf, GERMANY**

**D-450549**

Date or dates debt was incurred        **2019-2020**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$61,780.89**

---

Debtor   **Stream TV Networks, Inc.**                    Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

| 3.97 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**MotivIT**

**2880 Zanker Rd., Suite 203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,281.89

**San Jose**        **CA**    **95134**

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2019-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.98 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**MTL Shipping & Investment Ltd.**

**Hillside, Crocknorth Road**

**East Horsley**

**Surrey KT24 5TF UK**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$75,849.00

Basis for the claim:
**goods, services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.99 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Muni Mohan**

**4612 Aviara Ct.**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,535.00

**San Jose**        **CA**    **95135**

Basis for the claim:
**wages**

Date or dates debt was incurred   **2/28/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.100 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Muni Mohan**

**4612 Aviara Ct.**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,113.47

**San Jose**        **CA**    **95135**

Basis for the claim:
**wages**

Date or dates debt was incurred   **Feb 16-29, 2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**                                      Case number (if known)   **23-10763**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MWL International Ltd.**

**Attn: David Walpole**

**1 Paper Mews, 330 High Street**

**Dorking, Surrey RH4 2TU**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$75,811.00

---

| 3.102 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Nicole Marie Maneen**

**2394 Barberee Drive**

**Crestview**          **FL**    **32536**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,400.27

---

| 3.103 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Open Sales Solutions, LLC**

**548 Market Street, Suite 11745**

**San Francisco**          **CA**    **94104**

Date or dates debt was incurred    **2015-2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$12,682.42

---

| 3.104 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Pactron**

**3000 Patrick Henry Dr.**

**Santa Clara**          **CA**    **95054-1814**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$24,539.78

---

Debtor   **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

<hr>

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.105 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,125,415.54**

**Pegatron Corporation**

**5F No. 76, Ligong St., Beitou District**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Taipei City 112**

**Taiwan**

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2017-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.106 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$206,006.36**

**Polsinelli PC**

**222 Delaware Avenue, Suite 1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

**Wilmington**        **DE**    **19801**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.107 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,000.00**

**Porter Digital Signage**

**241 N. Caldwell Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

**Downingtown**        **PA**    **19335**

Date or dates debt was incurred   **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.108 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,198.00**

**PR NESWIRE ASSOCIATION, LLC**

**G.P.O. Box 5897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

**New York**        **NY**    **10087-5897**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **Stream TV Networks, Inc.**                                              Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.109** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Raja Rajan**

**5215 Bishop View Circle**

| | | |
|---|---|---|
| **Cherry Hill** | **NJ** | **08002** |

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,807.60**

---

| **3.110** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**RL Systems**

**Old Post Office Cottage, Post Office Rd.**

**Inkpen, Berkshire, RG17 9PY**

**United Kingdon**

Date or dates debt was incurred    **12/16/2019**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$935.86**

---

| **3.111** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Robert Half Management Svs.**

**12400 Collections Center Drive**

| | | |
|---|---|---|
| **Chicago** | **IL** | **60693** |

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,321.53**

---

| **3.112** | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Robert S. French Revocable**

**1712 Kimberly Drive**

| | | |
|---|---|---|
| **Sunnyvale** | **CA** | **94087** |

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,115.00**

---

Debtor    **Stream TV Networks, Inc.**                              Case number (if known)    **23-10763**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.113 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                         **$173,257.51**

**Salazar Law**

☐ Contingent
**2000 Ponce De Leon Boulevard, Penthouse**     ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Coral Gables**            FL      33134         **Attorney Fees**

Date or dates debt was incurred    **2020-2021**

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          **$1,527.57**

**Sara Leona Robertson**

☐ Contingent
**1900 Tomahawk Drive**                          ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Henderson**               NV      89074         **wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  ___ ___ ___ ___      ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          **$4,500.00**

**SeeCubic B.V.**

☐ Contingent
**Park Forum 1033 & 1035**                       ☐ Unliquidated
☐ Disputed
**Eindhoven**

**Basis for the claim:**
**The Netherlands 5657HJ**
**goods, services**

Date or dates debt was incurred    **2011-2020**

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  ___ ___ ___ ___      ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          **$7,500.00**

**SKC Haas Display Films Co.**

☐ Contingent
**460,Chonheung-Ri,Songgo-Ub**                   ☐ Unliquidated
☐ Disputed
**Chonan-City**

**Basis for the claim:**
**Chungchongnam-Do 330-836, Korea**
**goods, services**

Date or dates debt was incurred    **2015-2016**

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  ___ ___ ___ ___      ☐ Yes

---

Debtor    **Stream TV Networks, Inc.**          Case number (if known)    **23-10763**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.117**    Nonpriority creditor's name and mailing address                 **$14,930.59**

**Special Counsel**

**Dept. CH 14305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Palatine**      IL      **60055-4305**

Basis for the claim: **Attorney Fees**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.118**    Nonpriority creditor's name and mailing address                 **$143,448.99**

**ST4M Electronics, Inc. Beijing Office**

**Room1102, Building313, Hui Zhong Bei Li**

**Beijing, Chaoyang District, China**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods, services**

Date or dates debt was incurred    **2018-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.119**    Nonpriority creditor's name and mailing address                 **$10,313.46**

**ST4M Electronics, Inc. Beijing Office**

**Room1102, Building313, Hui Zhong Bei Li**

**Beijing Chaoyang District China**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods, services**

Date or dates debt was incurred    **2018-2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.120**    Nonpriority creditor's name and mailing address                 **$3,877.66**

**Stoit Groep B.V.**

**Vestdijk 23**

**Eindhoven**

**The Netherlands 5611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods, services**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor  **Stream TV Networks, Inc.**                                    Case number (if known) **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.121** Nonpriority creditor's name and mailing address

**Stream TV International B.V.**

**Park Forum 1033 & 1035**

**Eindhoven**

**The Netherlands 5657HJ**

Date or dates debt was incurred    **2017-2020**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$27,569.35

---

**3.122** Nonpriority creditor's name and mailing address

**Suby Joseph**

**48 Colleen Circle**

**Downingtown**       **PA**    **19335**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$2,158.50

---

**3.123** Nonpriority creditor's name and mailing address

**Suby Joseph**

**48 Colleen Circle**

**Downingtown**       **PA**    **19335**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$3,608.74

---

**3.124** Nonpriority creditor's name and mailing address

**Suzhou Industrial Equipment Installation**

**No. 3, Caixiang Road**

**Suzhou, Jiangsu, China**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

$55,447.78

---

Debtor    **Stream TV Networks, Inc.**                          Case number (if known)   **23-10763**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,227.59** |
|---|---|---|---|

**Synopsys**

**690 East Middlefield Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mountain View** | **CA** | **94043** |

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,912.61** |
|---|---|---|---|

**TD BANK, N. A.**

**P.O.Box 16027**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Lewiston** | **ME** | **04243-9513** |

Basis for the claim:
**loan**

Date or dates debt was incurred    **2018-2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,300.00** |
|---|---|---|---|

**Three D Holograms Pvt. Ltd.**

**307 Kilfire House**

**C-17 Dalia Industrial Area**

**New Link Road, Andheri-West**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mumbai, Maharashtra India 00040-0053**

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **8/30/2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420,000.00** |
|---|---|---|---|

**Trans World International, LLC**

**200 Fifth Ave 7th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **New York** | **NY** | **10010** |

Basis for the claim:
**loan**

Date or dates debt was incurred    **2018-2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Stream TV Networks, Inc.**                                          Case number (if known)  **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| **3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$162,115.13** |

**Triple Crown Consulting, LLC**

**10814 Jollyville Rd, Suite 100**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78759-0000** |

Basis for the claim: **goods, services**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,011.38** |

**U.S. Legal Support, Inc.**

**P.O. Box 4772**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77210-4772** |

Basis for the claim: **goods, services**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.08** |

**UHaul Moving and Storage of Cinnaminson**

**201 US Highway 130S**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cinnaminson** | **NJ** | **08077** |

Basis for the claim: **goods, services**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$165,281.93** |

**US Compliance Services LLC**

**199 North Woodbury Road Suite # 103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Pitman** | **NJ** | **08071** |

Basis for the claim: **goods, services**

Date or dates debt was incurred    **2011-2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor  **Stream TV Networks, Inc.**                                       Case number (if known)  **23-10763**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| **3.133** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173,798.00** |
| --- | --- | --- |

**Vayikra Capital LLC**

**1 Farmstead Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Short Hills            NJ    07078     **loan**

Date or dates debt was incurred                Is the claim subject to offset?
                                               ☑ No
Last 4 digits of account number  __ __ __ __   ☐ Yes

---

| **3.134** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$214.81** |
| --- | --- | --- |

**Via Licensing Corporation**

**1275 Market Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Francisco          CA    94103-1410   **goods, services**

Date or dates debt was incurred  **2019-2020**    Is the claim subject to offset?
                                                  ☑ No
Last 4 digits of account number  __ __ __ __      ☐ Yes

---

| **3.135** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,729.98** |
| --- | --- | --- |

**Vikas Kshetrapal**

**2287 Ashbourne Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Ramon              CA    94583        **wages**

Date or dates debt was incurred  **2020**         Is the claim subject to offset?
                                                  ☑ No
Last 4 digits of account number  __ __ __ __      ☐ Yes

---

| **3.136** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,509.32** |
| --- | --- | --- |

**Vikas Kshetrapal**

**2287 Ashbourne Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Ramon              CA    94583        **wages**

Date or dates debt was incurred  **Feb 16-29, 2020**   Is the claim subject to offset?
                                                       ☑ No
Last 4 digits of account number  __ __ __ __           ☐ Yes

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Visual Apex, Inc.**                                                                                              **$972.00**

**7950 NE Day Road W, Suite B**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bainbridge Island**      **WA**    **98110**

Basis for the claim:
**goods, services**

Date or dates debt was incurred    **10/21/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.138 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Wah Woo Tan**                                                                                                   **$4,947.49**

**243 Summerwind Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Milpitas**      **CA**    **95035**

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.139 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Wai Ming Chiu**                                                                                                 **$1,874.05**

**1798 Cape Coral Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Jose**      **CA**    **95133**

Basis for the claim:
**wages**

Date or dates debt was incurred    **2019-2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.140 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Wai Ming Chiu**                                                                                                 **$5,053.11**

**1798 Cape Coral Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Jose**      **CA**    **95133**

Basis for the claim:
**wages**

Date or dates debt was incurred    **Feb 16-29, 2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.141 | Nonpriority creditor's name and mailing address |

**Walsh C.H.B. Inc**

**189 Sunrise Highway Suite # 302**

**Rockville Centre**           **NY    11570**

Date or dates debt was incurred    **2014-2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,640.00**

---

| 3.142 | Nonpriority creditor's name and mailing address |

**Weida Freight System Co.**

**Flat 402, 4/F., Yee Kuk Indust. Ctr.**

**555 Yee Kuk Street**

**Cheung Sha Wan, Kowloon Hong Kong, China**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$56,316.40**

---

| 3.143 | Nonpriority creditor's name and mailing address |

**Wharton Capital Partners**

**5720 Lagorce Drive**

**Miami Beach**           **FL    33140**

Date or dates debt was incurred    **2018-2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,383.77**

---

| 3.144 | Nonpriority creditor's name and mailing address |

**WiLine Networks Inc.**

**P.O. Box 102150**

**Pasadena**           **CA    91189-2150**

Date or dates debt was incurred    **2019-2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,617.50**

---

Debtor    **Stream TV Networks, Inc.**                              Case number (if known)   **23-10763**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.145**  Nonpriority creditor's name and mailing address

**William Hennessey**

**436 Lee Place**

_____

Exton                    **PA**    **19341**

Date or dates debt was incurred    **1/29/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Is the claim subject to offset?
☒ No
☐ Yes

**$806.08**

---

**3.146**  Nonpriority creditor's name and mailing address

**Zach Lehman**

**1440 S. Stanley Ave.**

_____

Los Angeles              **CA**    **90019**

Date or dates debt was incurred    **12/13/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$372.00**

---

**3.147**  Nonpriority creditor's name and mailing address

**Zach Lehman**

**1440 S. Stanley Ave.**

_____

Los Angeles              **CA**    **90019**

Date or dates debt was incurred    **Feb 16-29, 2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,182.43**

---

**3.148**  Nonpriority creditor's name and mailing address

**Zeifang Hsu**

**101 Blaisdell Way**

_____

Fremont                  **CA**    **94536**

Date or dates debt was incurred    **2/28/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,058.00**

---

Debtor   **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                          Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,342.79 |

**Zeifang Hsu**

**101 Blaisdell Way**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fremont**                     **CA    94536**

Basis for the claim:
**wages**

Date or dates debt was incurred   **Feb 16-29, 2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,577.86 |

**Zygintas Papartis (EUR)**

**Sarmos g. 7-2**

**Vilnius 04126**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods, services**

Date or dates debt was incurred   **2019-2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Stream TV Networks, Inc.** _____   Case number (if known)   **23-10763**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a.   **$216,576.01** |
| 5b. | **Total claims from Part 2** | 5b. **+**   **$20,137,677.18** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.   **$20,354,253.19** |

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTORS, STREAM TV NETWORKS, INC., CASE NO. 23-10763(mdc) AND TECHNOVATIVE MEDIA, INC., CAUSE NO. 10764 (Joint Administration Requested)**

The Debtors develop their technology and conduct the majority of their business through their direct and indirect foreign and domestic subsidiaries. The Debtors provided capital to their direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtors direct interested parties to the *Declaration of Mathu Rajan in Support of Stream TV Networks, Inc. and Technovative Media, Inc. Chapter 11 Petition, Supporting Emergency Relief, and First Day Motions* [Docket No. 48] ("Rajan Declaration") in which the Debtors' organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtors disclose and describe the assets, including their ownership interest in direct subsidiaries and their contracts, that the Debtors owned as of March 15, 2023 (the "Petition Date"). The Debtors' direct subsidiaries, in turn, hold or may hold ownership interests in the Debtors' indirect subsidiaries as depicted on the Debtor's Organization Chart included in the Rajans Declaration. The assets of the Debtors' direct and indirect subsidiaries are not included in the Debtors' bankruptcy schedules.

The Debtors intend to complete a recovery of assets which were previously and improperly transferred in contravention of express provisions of its corporate charter through an invalidated board settlement agreement as confirmed by the Delaware Supreme Court through an *en banc* unanimous decision on June 15, 2022. *See Stream TV Networks, Inc. v. Seecubic, Inc.*, No. 360, 2021, p. 3 (Del. June 15, 2022) (Holding that "a majority vote of Class B stockholders is required under Stream's charter" to "transfer pledged assets to secured creditors in connection with what was, in essence, a privately structured foreclosure transaction").[1] The Delaware Supreme Court also held that the "agreement authorizing the secured creditors to transfer Stream's pledged assets . . . is **invalid** because Stream's unambiguous certificate of incorporation required the approval of Stream's Class B stockholders." *Id.*. at p. 34. (emphasis added).

---

[1] A debt resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf reached an unauthorized settlement enshrined in an agreement titled as the Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and the Debtor's debt resolution committee, which was which approved by the Delaware Court of Chancery and then held to be invalid by the Delaware Supreme Court on appeal.  Prior to the Delaware Supreme Court ruling the SLS Holdings and its newly formed company,

The new company formed by the purported secured lenders,[2] SeeCubic, Inc. ("SeeCubic"),[3] asserted an ownership interest in all of the Debtor's assets and took possession of, and in some cases, destroyed the Debtors' assets. The Chancery Court, on remand and with direction from the Delaware Supreme Court to effectuate the dismissal and vacating of its prior injunctive relief, has made it clear that the assets must be returned **both in title and possession to the Debtors.**[4] Furthermore, the Chancery Court on August 10, 2022, issued an *Order Granting Partial Final Judgment* in favor of the Debtor. The order stated: "Pending transfer of the Assets from SeeCubic to Stream, SeeCubic and all those acting in concert with it shall not use, impair, encumber, or transfer the Assets, except as necessary to maintain the Assets in the ordinary course of business and preserve their value pending transfer to Stream." Rajan Declaration, Exhibit BB. Despite these clear directives, the purported secured lenders have resisted and continue to resist return of the assets.

The Debtors have also been alerted to SeeCubic's violation of intellectual property licenses which were held by the Debtors and were non-transferable, actions violating third party rights under applicable Federal and state law which cannot be remedied or cleansed by the invalidated settlement, even prior to its invalidation by the Delaware Supreme Court.  Even before the Omnibus Agreement was invalidated, the transfers themselves were invalid under both a Phillips license to the Debtors and a Rembrandt 3D Holding Ltd. ("Rembrandt") license, both parties not subject to the settlement or any now invalidated injunctive relief by the Chancery Court.[5]

The Debtors have been subjected to continuous damage by the purported secured creditors, even after the Supreme Court decision.  SeeCubic, the purported lenders, and Mr. Shad Stastney of SeeCubic and SLS, were held in contempt by the Delaware Court of Chancery in October 2022 for their orchestrated efforts to seize control of the Debtor's subsidiary, TechnoVative Media, Inc.,

---

[2] The Debtors contend that SLS Holdings VI, LLC ("SLS") and Hawk Investment Holdings Limited ("Hawk") hold secured debt convertible to equity or must pursue their claims in chapter 11 where they will be paid in full, if their claims are allowed.

[3] SeeCubic, Inc., a Delaware entity, took its name from a foreign Dutch subsidiary of the Debtors, SeeCubic B.V. (The Netherlands) ("SCBV")  and is likely in violation of trademark laws protecting the Debtors and its foreign subsidiary).

[4] On August 9, 2022, nearly 8 weeks after the Delaware Supreme Court opinion, the Chancery Court issued a TRO against SeeCubic. Vice Chancellor Laster specifically stated his expectations: "SeeCubic will restore Stream's assets to Stream in accordance with the Rule 54(b) order. Once this has occurred, SeeCubic may seek to exercise any creditor's rights it possesses against Stream. SeeCubic must do so based on a status quo where Stream has title to and possession of its assets, not a status quo in which SeeCubic acquired possession based on a decision that the Delaware Supreme Court has held is erroneous."

[5] On February 21, 2023, Rembrandt filed suit in the U.S. District Court for the District of Delaware against parties using the Ultra-D technology without a Rembrandt license. It sued TechnoVative USA, which was under the direction of the Chancery Court-appointed Receiver, Hawk, and SeeCubic for trade secret violations and injunctive relief to prevent the sale of Stream's assets *Rembrandt 3D Holding Ltd v Technovative Media, Inc., Hawk Investment Holdings Ltd. and SeeCubic, Inc.*

in the months after the Supreme Court decision. In ¶ 3 of his October 3, 2022 Opinion, Vice Chancellor Laster wrote: "This decision holds that SeeCubic and Hawk engaged in contumacious conduct. Shad L. Stastney was the puppet master who pulled the strings. He controls SeeCubic and Technovative, and he also controls SLS Holdings VI, LLC ("SLS"), Stream's only secured creditor other than Hawk." *See* Rajan Declaration, Exhibit AA.

SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets before the Petition Date. The Debtor's investigation into the location and condition of its assets is ongoing. The Debtors have listed the assets that they believe they continue to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtors intend to pursue recovery of assets and to operate their business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.      Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.      Funding advanced by the Debtors to their direct and indirect subsidiaries are reflected in intercompany loans.

3.      The Debtors' goodwill and similar intangible value is not reflected in the Debtors' bankruptcy schedules.

4.      SeeCubic BV (the Netherlands) is a subsidiary of the Debtors, SeeCubic BV (the Netherlands) is unrelated to and is a separate entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-10763** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other _____ | **$0.00** |
| For prior year: | From **01/01/2022** MM / DD / YYYY | to | **12/31/2022** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$0.00** |
| For the year before that: | From **01/01/2021** MM / DD / YYYY | to | **12/31/2021** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$0.00** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |
|---|---|---|---|
| | Name | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Stream TV Networks, Inc. v. Seecubic, Inc.** | **Dispute** | **Court of Chancery of Delaware** <br> Name <br><br> **New Castle County Courthouse** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **C.A. No. 2020-0766-JTL** | | **Wilmington**        **DE**    **19801** <br> City            State    ZIP Code | |
| 7.2. | **Hawk Investment Holdings Ltd. v. Stream TV Networks, Inc. and Technovative Media, Inc.** | **Dispute** | **Court of Chancery of Delaware** <br> Name <br><br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **C.A. No. 2022-0930-JTL** | | City            State    ZIP Code | |
| 7.3. | **Stream TV Networks, Inc. v. Sharon Stanstney, et al.** | **Debtor action seeking damages** | **US District Court for the District of DE** <br> Name <br><br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **C.A. No. 22-851-CJB** | | City            State    ZIP Code | |

| Debtor | **Stream TV Networks, Inc.** | | Case number (if known) | **23-10763** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 7.4. | **Case title**<br>**SLS Holdings VI, LLC v.**<br>**Stream TV Networks, Inc. et**<br>**al** | **Nature of case**<br>**Dispute** | **Court or agency's name and address**<br>**Superior Court of the State of Delaware**<br>Name<br>**New Castle County Courthouse**<br>Street<br>**500 N. King Street** | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**N20C-03-225 MMJ CCLD** | | **Wilmington      DE    19801**<br>City            State   ZIP Code | |

| | | | | |
|---|---|---|---|---|
| 7.5. | **Case title**<br>**Hawk Investment Holdings**<br>**LTD v. Mediatainment Inc. et**<br>**al.** | **Nature of case**<br>**Dispute** | **Court or agency's name and address**<br>**Delaware Chancery Court**<br>Name<br><br>Street | **Status of case**<br>☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**C.A. No. 2022-0733-JTL** | | City            State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **Ian Liston (appointed & resigned)**<br>Custodian's name<br>**WILSON SONSINI**<br>Street<br>**222 Delaware Avenue, Suite 800**<br><br>**Wilmington      DE    19801**<br>City            State   ZIP Code | **Case title**<br>**Hawk Investment Holdings Ltd. v. Stream**<br><br>**Case number**<br>**2022-0930-JTL**<br><br>**Date of order or assignment**<br>**10/20/22** | **Court name and address**<br>Name<br><br>Street<br><br>City            State   ZIP Code |

---

**Part 4:      Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

**Part 5:      Certain Losses**

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Stream TV Networks, Inc.** | Case number (if known) | **23-10763** |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lewis Brisbois Bisgaard & Smith** | | **3/2023** | **$50,000.00** |

**Address**

**500 Delaware Avenue, Suite 700**
Street

_____

**Wilmington**     **DE**     **19801**
City         State     ZIP Code

**Email or website address**

**lewisbrisbois.com**

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **BMC Group, Inc.** | | **3/2023** | **$5,000.00** |

**Address**

**600 First Avenue**
Street

_____

**Seattle**     **WA**     **98104**
City         State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|---|
| 14.1. | **2726 Bayview Drive** | | | From | **2019** | To | **2020** |

Street

**Fremont**                      **CA**    **94538**
City                             State    ZIP Code

| | Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|---|
| 14.2. | **2009 Chestnut Street** | | | From | **2009** | To | **present** |

Street
**3rd Floor**

**Philadelphia**                 **PA**    **19103**
City                             State    ZIP Code

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained  _____

    Does the debtor have a privacy policy about that information?
        ☐ No.
        ☐ Yes.

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)   **23-10763**
_____
Name

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No.  Go to Part 10.

     ☐ Yes. Fill in below:

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **HSBC Bank**<br>Name<br>**140 Broadway, Suite 5020**<br>Street<br><br>**New York**   **NY**   **10005**<br>City   State   ZIP Code | XXXX- **9  2  0  7** | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/31/2020** | **$8,420.68** |
| 18.2. | **HSBC Bank**<br>Name<br>**140 Broadway, Suite 5020**<br>Street<br><br>**New York**   **NY**   **10005**<br>City   State   ZIP Code | XXXX- **9  2  1  5** | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/31/2020** | **$1,002.67** |
| 18.3. | **TD Bank**<br>Name<br>**P.O. Box 16027**<br>Street<br><br>**Lewiston**   **ME**   **04243**<br>City   State   ZIP Code | XXXX- **8  6  8  2** | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/31/2020** | **$329.11** |

Debtor  **Stream TV Networks, Inc.**                                Case number (if known)  **23-10763**
Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.4.  **HSBC Bank**
Name

**140 Broadway, Suite 5020**
Street

XXXX-  **3  0  0  4**    ☑ Checking    **12/31/2020**    **$0.00**
                          ☐ Savings
                          ☐ Money market
                          ☐ Brokerage
**New York          NY   10005**        ☐ Other
City            State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.5.  **TD Bank**
Name

**P.O. Box 16027**
Street

XXXX-  **4  3  9  4**    ☑ Checking    **12/16/2020**    **$1,550.00**
                          ☐ Savings
                          ☐ Money market
                          ☐ Brokerage
**Lewiston          ME   04243**        ☐ Other
City            State   ZIP Code

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Big Yellow Storage**<br>Name<br>**Hounslow, UK**<br>Street<br><br>City        State  ZIP Code | **SeeCubic, Inc. presently has control of the storage facility.**<br>Address | **To the best of the Debtor's knowledge, the contents were display models and other electrical products, and remain within the unit.** | ☐ No<br>☑ Yes |
| **Big Yellow Storage**<br>Name<br>**Camberley, UK**<br>Street<br><br>City        State  ZIP Code | **SeeCubic, Inc. presently has control of the storage facility.**<br>Address | **To the best of the Debtor's knowledge, the contents were display models and other electrical products, and remain within the unit.** | ☐ No<br>☑ Yes |

Debtor    **Stream TV Networks, Inc.**                                    Case number (if known)    **23-10763**
          Name

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>Name<br><br>Street<br><br><br>**Bensalem          PA**<br>City          State    ZIP Code | **SeeCubic, Inc. presently has control of the storage facility.**<br><br>Address | **To the best of the Debtor's knowledge, the contents were display models and other electrical products, and remain within the unit.** | ☐ No<br>☑ Yes |

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21.  **Property held for another**
     List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

     ☑ None

---

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☑ No
     ☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☑ No
     ☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☑ No
     ☐ Yes.  Provide details below.

---

Debtor   **Stream TV Networks, Inc.** _____   Case number (if known)   **23-10763** _____
     Name

---

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Technovative Media, Inc.**<br>Name<br>**2009 Chestnut Street, 3rd Floor**<br>Street<br><br>**Philadelphia,**  **PA**  **19103**<br>City   State   ZIP Code | **Holding Company** | EIN: **4 5 – 4 3 4 5 0 1 5**<br><br>Dates business existed<br>From   **2011**   To   **Present** |
| 25.2. | **Technology Holdings Delaware, LLC**<br>Name<br><br>Street<br>**2009 Chestnut Street, 3rd Floor**<br>**Philadelphia**  **PA**  **19103**<br>City   State   ZIP Code | **Holding Company**<br>**File No. 5061735** | EIN: __ __ – __ __ __ __ __ __ __<br><br>Dates business existed<br>From   **2011**   To   **Present** |
| 25.3. | **Media Holdings Delaware, LLC**<br>Name<br>**2009 Chestnut Street, 3rd Floor**<br>Street<br><br>**Philadelphia**  **PA**  **19103**<br>City   State   ZIP Code | **Holding Company**<br>**File No. 5061759** | EIN: __ __ – __ __ __ __ __ __ __<br><br>Dates business existed<br>From   **2011**   To   **Present** |
| 25.4. | **Ultra-D Ventures C.V.**<br>Name<br><br>Street<br><br>**Curacao**<br>City   State   ZIP Code | **Holding Company** | EIN: **9 8 – 1 0 3 3 7 5 5**<br><br>Dates business existed<br>From   **2011**   To   **Present** |
| 25.5. | **Ultra-D Coopertief U.A.**<br>Name<br><br>Street<br><br>**The Netherlands**<br>City   State   ZIP Code | **Holding Company** | EIN: **9 8 – 1 0 3 3 7 9 3**<br><br>Dates business existed<br>From   **2011**   To   **Present** |
| 25.6. | **Stream TV International B.V.**<br>Name<br><br>Street<br><br>**The Netherlands**<br>City   State   ZIP Code | **Operating Company** | EIN: **9 8 – 1 0 3 3 3 4 6**<br><br>Dates business existed<br>From   **2011**   To   **Present** |

---

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page 9

| Debtor | **Stream TV Networks, Inc.** | | Case number (if known) | **23-10763** |
|---|---|---|---|---|
| | Name | | | |

**Business name and address**

| | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|

**25.7.** **SeeCubic B.V.**
Name

_____

Street

_____

**The Netherlands**
City                State    ZIP Code

**Describe the nature of the business**
**Operating Company**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **9  8 – 1  0  3  3  7  6  8**

**Dates business existed**

From    **2011**    To    **Present**

---

**Business name and address**

**25.8.** **Stream TV International B.V.**
**Taiwan Rep Office**
Name

_____

Street

_____

**Taiwan**
City                State    ZIP Code

**Describe the nature of the business**
**Operating Company**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From    **2018**    To    **Present**

---

**Business name and address**

**25.9.** **Stream TV 3D Technology (Suzhou)**
**Co., Lt**
Name

_____

Street

_____

**China**
City                State    ZIP Code

**Describe the nature of the business**
**Operating Company**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From    **2018**    To    **Present**

---

**Business name and address**

**25.10.** **Shanghai Ruishi Technology Co.,**
**Ltd.**
Name

_____

Street

_____

**China**
City                State    ZIP Code

**Describe the nature of the business**
**Operating Company**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From    **2019**    To    **Present**

---

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**    **Dates of service**

26a.1.    **INNOVENTURES**
Name
**1105 William Penn Drive**
Street

_____

**Bensalem**            **PA**    **19020**
City                State    ZIP Code

From    **2009**    To    **2022**

Debtor    **Stream TV Networks, Inc.** _____    Case number (if known)    **23-10763**
      Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1.   **INNOVENTURES** <br>       Name <br> **1105 William Penn Drive** <br>       Street <br><br> **Bensalem**    **PA**    **19020** <br>     City      State    ZIP Code | **N/A** |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No.
    ☐ Yes.  Give the details about the two most recent inventories.

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mathu Rajan | 1105 William Penn Drive <br> Bensalem, PA 19020 | CEO and Director | 88.885% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

    ☑ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☑ No
    ☐ Yes. Identify below.

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

    ☐ No
    ☑ Yes. Identify below.

**Name of the parent corporation**               **Employer Identification number of the parent corporation**
**Stream TV Networks, Inc.** _____  EIN: **2  7 – 1  2  2  4  0  9  2**

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

    ☑ No
    ☐ Yes. Identify below.

Debtor    **Stream TV Networks, Inc.**_____    Case number (if known)    **23-10763**_____
        Name

| Part 14: | Signature and Declaration |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/29/2023_____
        MM / DD / YYYY

**X** _____    Printed name    **Mathu Rajan**_____
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor    **CEO and Director**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes