# EXHIBIT F

**Steven Coren**

| | |
|---|---|
| **From:** | William Homony <bhomony@mctllp.com> |
| **Sent:** | Thursday, March 20, 2025 7:33 PM |
| **To:** | Steven Coren |
| **Subject:** | Fw: Stream TV Funding |

**EXTERNAL EMAIL.**

William A. Homony, CIRA
Miller Coffey Tate LLP
(215) 561-0950 ext. 26
bhomony@mctllp.com

---

**From:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Sent:** Wednesday, January 17, 2024 10:54 AM
**To:** William Homony <bhomony@mctllp.com>
**Cc:** Michael.vagnoni@obermayer.com <Michael.vagnoni@obermayer.com>; 'George, Edmond' <Edmond.George@obermayer.com>
**Subject:** RE: Stream TV Funding

Yes. There is a subscription agreement open for shares (they understand the shares are likely to be extinguished).

The shares are key to pushing the conversion agreements into surplus.

Let me find out where things are and I will revert back to you.



Rafael Zahralddin
Partner
Rafael.Zahralddin@lewisbrisbois.com

T: 302.985.6004  F: 302.985.6001  M: 302.545.2888

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the

1

Exhibit F

intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** William Homony <bhomony@mctllp.com>
**Sent:** Wednesday, January 17, 2024 10:34 AM
**To:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Cc:** Michael.vagnoni@obermayer.com; 'George, Edmond' <Edmond.George@obermayer.com>
**Subject:** [EXT] Stream TV Funding

Hi Rafael, is there a formal funding mechanism currently in place with VSI? Seems we'll need funds to cover upcoming costs including the $100k owed to BMC.

Thanks.

**William A. Homony, CIRA**
**Miller Coffey Tate LLP**
**1628 John F. Kennedy Boulevard**
**Suite 950**
**Philadelphia, PA 19103**
**p (215) 561-0950 ext. 26**
**f (215) 561-0330**

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

2