UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*[1]<br><br>  Debtors. | Chapter 11<br><br>Bky Case No. 23-10763 (DJB)<br>(Jointly Administered) |

### VISUAL SEMICONDUCTOR INC'S
### WITNESS AND EXHIBIT LIST FOR HEARING ON APRIL 14, 2025

Visual Semiconductor, Inc. ("VSI") hereby files its Witness and Exhibit List for the hearing to be held on April 14, 2025 at 10:30 a.m. (Eastern Daylight Time) (the "Hearing") before the Honorable Derek J. Baker, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, located at 900 Market Street, Suite 203, Philadelphia, Pennsylvania, 19807.

### WITNESSES

VSI designates the following persons as witnesses who may be called at the Hearing regarding the *Application of SSG Advisors, LLC for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 105(a) (A) Determining Indemnification Rights and (B) Authorizing and Directing William A. Homony, as Chapter 11 Trustee, to Indemnify and Reimburse Applicant* [ECF No. 964] (the "SSG Indemnification Motion") and *Visual Semiconductor, Inc.'s Motion for Allowance of Administrative Expense Claim* [ECF No. 966] ("VSI's Administrative Claim"):

1. Charles "Bud" Robertson;

2. Nicole Maneen

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

80933917;1

3. Rafael Zahralddin;

4. Mathu Rajan;

5. William A. Homony, the Chapter 11 Trustee; and

6. Any other witness called by another party.

## EXHIBITS

VSI designates exhibits identified by any other party, and the exhibits identified on the Combined Exhibit List for April 14, 2025 Hearing [ECF No. 998] that may be admitted and/or of which VSI may ask the Court to take judicial notice.

| VSI Exhibit Nos. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | All exhibits used by any other party | | | |
| 2. | All exhibits listed on the exhibit list [Docket No. 998] | | | |
| 3. | Any pleadings filed in this case | | | |
| 4. | Any exhibit designated or used by any other party | | | |

## RESERVATION OF RIGHTS

VSI reserves the right to introduce one or more, or none, of the witnesses above, and reserves the right to call any witness as a rebuttal, whether named herein or not, and to introduce any other documents into evidence as rebuttal / impeachment exhibits, whether or not listed.

VSI further reserves the right to supplement this list prior to the hearing.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: April 11, 2025 | Respectfully submitted, |
| | AKERMAN LLP |
| | /s/ R. Adam Swick |
| | Donald N. David, SBN: 304846 |
| | Mark S. Lichtenstein (Admitted *Pro Hac Vice*) |
| | 1251 Avenue of the Americas |
| | 37th Floor |
| | New York, NY 10020 |
| | Telephone: (212) 880-3800 |
| | Facsimile: (212) 880-8965 |
| | Email: donald.david@akerman.com |
| |        mark.lichtenstein@akerman.com |
| | -and- |
| | R. Adam Swick (Admitted *Pro Hac Vice)* |
| | 500 West 5th Street, Suite 1210 |
| | Austin, TX 78701 |
| | Telephone: (737) 999-7103 |
| | Facsimile:   (512) 623-6701 |
| | Email: adam.swick@akerman.com |
| | -and- |
| | John H. Thompson *(*Admitted *Pro Hac Vice)* |
| | 750 Ninth Street, N.W. 750 |
| | Washington, D.C. 20001 |
| | Telephone: (202) 824-1760 |
| | Facsimile:   (202) 393-5959 |
| | Email: john.thompson@akerman.com |
| | -and- |
| | Leif M Clark (Admitted *Pro Hac Vice*) |
| | Leif M Clark Consulting PLLC |
| | 1105 Bonner |
| | Houston, TX 77007 |
| | Telephone: (210) 663-5183 |
| | Email: lmclark@leifmclark.com |
| | *Attorneys for Visual Semiconductor, Inc.* |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on April 11, 2025 with notice sent electronically to all parties receiving electronic notices in this case pursuant to local rules of this Court, and that no further notice or service is necessary.

                                                /s/ R. Adam Swick
                                                R. Adam Swick

80933917;1