# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| Stream TV Networks, Inc.,[1] | Case No. 23-10763 (DJB) |
| Debtor. | (Jointly Administered) |
| | Ref. Docket No. 976 |

### ORDER ALLOWING, AND DIRECTING PAYMENT OF, ADMINISTRATIVE EXPENSE CLAIM OF IAN R. LISTON, IN HIS CAPACITY AS THE STATE COURT-APPOINTED *RECEIVER PENDENTE LITE*

Upon the Supplemental Request for Allowance and Payment of Administrative Expense Claim (the "Request") filed by Ian R. Liston, in his capacity as the state court-appointed *receiver pendente lite* (the "Receiver") of the operations of Technovative Media, Inc.; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having reviewed the Request and determined that the legal and factual bases set forth in the Request establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Request is GRANTED to the extent as set forth herein.

2. The Receiver is hereby allowed an administrative expense in the amount of $26,290.00 against the Debtors' estates.

3. WSGR is hereby allowed an administrative expense in the amount of $84,958.15 against the Debtors' estates.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

4. This Order is without prejudice to the Receiver's rights under its Proof of Claim or its rights to file, pursue, or recover under any other claims, whether administrative or otherwise.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Date: April 14, 2025**

_____
U.S. Bankruptcy Judge  Derek J. Baker