**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| STREAM TV NETWORKS, INC. et al.., | | Bankruptcy No. 23-10763 (DJB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER (A) DETERMINING INDEMNIFICATION RIGHTS AND (B) AUTHORIZING
AND DIRECTING WILLIAM A. HOMONY, AS CHAPTER 11 TRUSTEE, TO
INDEMNIFY AND REIMBURSE SSG ADVISORS, LLC**

**AND NOW**, this _____ day of April, 2025, upon consideration of the application (the

"Application") of SSG Advisors, LLC ("SSG") for an Order Pursuant to 11 U.S.C. §§ 327, 328

and 105(a) (A) determining indemnification rights and (B) authorizing and directing William A.

Homony (the "Trustee"), as Chapter 11 trustee of the estates of the above-captioned debtors, to

indemnify and reimburse SSG for the reasonable costs, fees and expenses incurred by SSG in

defending the litigation described in the Application (collectively, the "SSG Litigation Costs"),

and any objections or responses thereto, and good cause appearing for the relief requested in the

Application, and after notice and an opportunity for hearing, it is hereby

ORDERED, that the Application be and hereby is granted; and it is further

ORDERED, that the Trustee, in his capacity as Chapter 11 trustee of the debtors' estates,

be and hereby is directed to indemnify and hold SSG harmless of and from any liabilities arising

in or related to the litigation described in the Application, including, without limitation, the SSG

Litigation Costs, and it is further

ORDERED, that SSG or its counsel shall forward monthly statements to the Trustee or his counsel reflecting itemized SSG Litigation Costs incurred during the preceding month; and it is further

ORDERED, in accordance with the foregoing, that the Trustee be and hereby is authorized and directed to reimburse SSG on a monthly basis for the SSG Litigation Costs; and it is further

ORDERED, that in the event of any dispute concerning the reasonableness of any SSG Litigation Costs, the Trustee or SSG may request a determination of this Court for the purpose of resolving any such dispute; and it is further

ORDERED, that this Court shall retain jurisdiction regarding all matters arising from or related to the implementation of this Order.

**Date: April 15, 2025**

_____
DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE