**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Bky Case No. 23-10763 (DJB)<br>(Jointly Administered) |

## NOTICE OF STIPULATION OF SUBSTITUTION OF COUNSEL

Please take notice that Akerman LLP ("Akerman") and Leif M Clark of Leif M Clark Consulting ("Leif Clark") hereby withdraws as counsel to Visual Semiconductor Inc ("VSI") in the above-captioned case. Attorneys Donald N. David, Mark S. Lichtenstein, R. Adam Swick, and John H. Thompson of Akerman, and Leif Clark should be removed from all service lists, including the court's electronic notification lists, in the above-captioned case.

Please take further notice that Matthew B. Weisberg, Esq., L. Anthony DiJiacomo, III, Esq. and Gary Schafkopf, Esq, of Weisberg Law (collectively, "Weisberg") hereby substitutes their appearances as to VSI in the above-captioned case. Attorneys Matthew B. Weisberg, L. Anthony DiJiacomo, III, and Gary Schafkopf should be added to all service lists, including the court's electronic notification list, in the above-captioned case with the following contact information:

> **WEISBERG LAW**
> Matthew B. Weisberg, Esq.
> L. Anthony DiJiacomo, III, Esq.
> Gary Schafkopf, Esq.
> 7 S Morton Avenue
> Morton, PA 19070
> Telephone:    (610) 690-0801
> Facsimile:     (610) 690-0880
> mweisberg@weisberglawoffices.com
> adijiacomo@weisberglawoffices.com
> gschafkopf@weisberglawoffices.com

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

81493571;2

| | |
|---|---|
| Dated: May 22, 2025 | Respectfully submitted, |
| AKERMAN LLP | WEISBERG LAW |

| | |
|---|---|
| /s/ R. Adam Swick | /s/ Matthew B. Clark |
| Donald N. David, SBN: 304846 | Matthew B. Weisberg |
| Mark S. Lichtenstein (Admitted *Pro Hac Vice*) | L. Anthony DiJiacomo, III |
| 1251 Avenue of the Americas | Gary Schafkopf |
| 37th Floor | 7 S Morton Avenue |
| New York, NY 10020 | Morton, PA 19070 |
| Telephone: (212) 880-3800 | Telephone:    (610) 690-0801 |
| Facsimile: (212) 880-8965 | Facsimile:    (610) 690-0880 |
| Email: donald.david@akerman.com | mweisberg@weisberglawoffices.com |
|         mark.lichtenstein@akerman.com | adijiacomo@weisberglawoffices.com |
| -and- | gschafkopf@weisberglawoffices.com |

***New Counsel of Record for Visual Semiconductor Inc.***

R. Adam Swick (Admitted *Pro Hac Vice*)
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7103
Facsimile:  (512) 623-6701
Email: adam.swick@akerman.com

-and-

John H. Thompson *(*Admitted *Pro Hac Vice)*
750 Ninth Street, N.W. 750
Washington, D.C. 20001
Telephone: (202) 824-1760
Facsimile:  (202) 393-5959
Email: john.thompson@akerman.com

-and-

Leif M Clark (Admitted *Pro Hac Vice)*
Leif M Clark Consulting PLLC
115 Bonner
Houston, TX 77007
Telephone:  (210) 663-5183
Email: lmclarak@leifmclark.com

***Withdrawing Counsel of Visual Semiconductor Inc***

2

81493571;2

## CERTIFICATE OF SERVICE

      I certify that on May 22, 2025, I caused the attached **NOTICE OF STIPULATION OF SUBSTITUTION OF COUNSEL** to be electronically filed with the Clerk, United States Bankruptcy Court, Eastern District of Pennsylvania, by ECF and one copy of the forementioned document by way of first class mail and/or ECF to those persons listed on the attached service list.

                                                     */s/R. Adam Swick*
                                                     R. Adam Swick

81493571;2