# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Chapter 11 |
| **Stream TV Networks, Inc.,** *et al.* | : | |
| | : | Bky. Case No. 23-10763 (AMC) |
| **The Debtors.** | : | (Jointly Administered) |

## NOTICE OF WITHDRAW OF MOTION FOR
## ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

TO THE CLERK:

Kindly withdraw Visual Semiconductor, Inc.'s Motion for Allowance of Administrative Expenses Claim filed on March 4, 2025 (ECF Doc. 966).

Respectfully submitted,

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esq.
Gary Schafkopf, Esq.
L. Anthony DiJiacomo, III, Esq.
*Attorneys for Visual Semiconductor, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Chapter 11 |
| **Stream TV Networks, Inc.,** *et al.* | : | |
| | : | Bky. Case No. 23-10763 (AMC) |
| **The Debtors.** | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 19th day of June 2025, a true and correct copy of the foregoing Notice of Withdrawal was served on all counsel of record via ECF.

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esq.
Gary Schafkopf, Esq.
L. Anthony DiJiacomo, III, Esq.
*Attorneys for Visual Semiconductor, Inc.*