# Exhibit D

# OBERMAYER

**Michael D. Vagnoni**
215.665.3066
michael.vagnoni@obermayer.com
www.obermayer.com

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
P: 215.665.3000
F: 215.665.3165

March 24, 2025

**SENT VIA E-MAIL (shadron.stastney@seecubic.com)**
**AND FEDERAL EXPRESS**

SeeCubic, Inc.
1732A Marsh Road, Suite 124
Wilmington, Delaware 19810
Attention:     Shad L. Stastney

     **Re:**    *In re Stream TV Networks, Inc.* **and** *In re Technovative Media, Inc.*
           **Bankruptcy Case No. 23-10764-DJB (jointly administered)**
           <u>**Demand for Indemnification and Defense**</u>

Dear Mr. Stastney:

     As you are aware, this firm represents William A. Homony in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative," and collectively with Stream, the "Sellers" or "Debtors").

     This Notice and Demand for Indemnification is being made pursuant to Section 9.2 of the Asset Purchase Agreement dated January 3, 2025 ("APA") by and between See Cubic Inc. ("See Cubic"), as Buyer, and the Sellers and paragraph 30 of the *Order (A) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, (B) Authorizing the Trustee to Enter Into and Perform Debtors' Obligations Under the Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief* dated December 9, 2024 [Docket No. 876] (the "Sale Order"), pursuant to which certain transactions were consummated, including among others, the transfer of assets from the Sellers to See Cubic.  References to defined terms herein shall have the same meaning as provided in the APA and/or the Sale Order.

     Pursuant to Section 9.2 of the APA and paragraph 30 of the Sale Order, See Cubic is obligated to provide indemnity to and hold harmless the Sellers, the Sellers' bankruptcy estates, the Trustee and his Court approved professionals, their members, officers, directors and/or employees (the "Indemnified Parties") for any claim or cause of action alleging that any

Mr. Shad L. Stastney
March 24, 2025
Page **2** of 3

Intellectual Property of any third party, including but not limited to the Rembrandt Intellectual Property, has been improperly transferred or sold to See Cubic as the Buyer as part of the Transferred Assets at Closing through the sale pursuant to the APA and the Sale Order.

The APA further provides with respect to the indemnity obligations that See Cubic immediately enter a defense on behalf of the Indemnified Parties:

> In addition, in the event that the Sellers' bankruptcy estates, the Trustee or his Court approved professionals, their members, officers, directors and/or employees are sued by any third party as a consequence of (i) the Closing, (ii) the transfer of the Transferred Assets, or (iii) the utilization of the Transferred Assets, including but not limited to, the Rembrandt Intellectual Property, Buyer (or any Designated Buyer) will immediately enter a defense on behalf of the Sellers, the Sellers' bankruptcy estates, the Trustee or his Court approved professionals, their members, officers, directors and/or employees.  Buyers (or any Designated Buyer) may join any lawsuit with any other proceeding involving the same or affiliated plaintiffs.  Notwithstanding any other provision contained herein, this Section 9.2 shall survive Closing.

The above requirements are also contained in paragraph 30 of the Sale Order.

As you are undoubtedly aware, Rembrandt 3D Holding Ltd. ("Rembrandt") has initiated the following lawsuits against the below named Indemnified Parties:

(i) *Rembrandt 3D Holding Ltd. v. Technovative Media, Inc., et al.,* 23-cv-00193-JLH, filed February 21, 2023 in the United States District Court for the District of Delaware (the "Delaware District Court Action");

(ii) *Rembrandt 3D Holding Ltd. v. William A. Homony, in His Capacity as Chapter 11 Trustee, Stream TV Networks, Inc. and Technovative Media, Inc., et al.*, 24-00142-djb, filed December 4, 2024 in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Adversary Proceeding"); and

(iii) *Rembrandt 3D Holding Ltd. v. William A. Homony, in His Capacity as Chapter 11 Trustee, SSG Advisors, LLC, J. Scott Victor, Teresa C Kohl, Craig D. Warznak, Samuel P. Charlton, and Alexander D. Lamm*, 24-cv-06706-JMY, filed December 17, 2024 in the United States District Court for the Eastern District of Pennsylvania (the "Pennsylvania District Court Action" or together with the Delaware District Court Action and the Adversary Proceeding, the "Rembrandt Actions")).

Mr. Shad L. Stastney
March 24, 2025
Page **3** of 3

All three complaints are attached hereto for your review. Consequently, the Trustee demands that
See Cubic immediately perform all obligations required by Section 9.2 of the APA and
paragraph 30 of the Sale Order including, but not limited to (a) reimbursement of all attorneys'
fees expended by the above referenced Indemnified Parties in connection with the Rembrandt
Actions to date (b) immediately provide a defense of the Indemnified Parties in the Rembrandt
Actions going forward via the payment of all subsequent attorneys' fees incurred the
Indemnified Parties' counsel including but not limited to preparing for and attending the hearing
on the Motion to Dismiss the Adversary Proceeding which is scheduled for April 2, 2025 and the
Motion to Dismiss the Pennsylvania District Court Action which is being drafted
contemporaneously with this letter, and (c) commitment to indemnify the Indemnified Parties for
any damages incurred as a result of the claims asserted against them in the Rembrandt Actions.
The Trustee requests your response to this demand by March 27, 2025.  Rembrandt has served or
is in the process of serving the above referenced complaints, therefore your immediate attention
to this matter is required.

For the avoidance of doubt, notice and demand are hereby made for the following
Indemnified Parties:  William A. Homony, Stream TV Networks, Inc., Technovative Media, Inc.,
SSG Advisors, LLC, J. Scott Victor, Teresa C Kohl, Craig D. Warznak, Samuel P. Charlton, and
Alexander D. Lamm.  The Trustee reserves all rights, including the right to amend this demand
if/when he becomes aware of new information that bears on these issues, as well as if additional
claims are asserted which further trigger the Indemnification provisions in the APA and Sale
Order.

I look forward to hearing from you.

Very truly yours,

Michael D. Vagnoni, Esquire

cc:   James J. Mazza, Jr., Esquire (via e-mail james.mazza@skadden.com)
      Margaret R. Westbook, Esquire (via e-mail margaret.westbrook@klgates.com)
      William A. Homony, Chapter 11 Trustee (via e-mail bhomony@mctllp.com)
      Edmond M. George, Esquire (via e-mail edmond.george@obermayer.com)
      Steven M. Coren, Esquire (via e-mail scoren@kcr-law.com)
      Jeffrey Kurtzman, Esquire (via e-mail kurtzman@kurtzmansteady.com)