# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC. [1]<br><br>    Debtor. | Chapter 11<br><br>Bky No.: 23-10763 (MDC) |
| In re:<br><br>TECHNOVATIVE MEDIA, INC.<br><br>    Debtor. | Chapter 11<br><br>Bky No.: 23-10764 (MDC)<br><br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE RE

| | |
|---|---|
| Docket No. 1046 | ADDENDUM TO AMENDED SCHEDULE E/F |
| Docket No. 1047 | DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On July 30, 2025, at the direction of Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Chapter 11 Trustee, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). Their corporate headquarters is located at 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103. The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

Exhibit A	The Core/2002/Top Creditor Parties referenced in Service List Nos. 82012 and 82013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 4th day of August, 2025.

                                                /s/ Bradford Daniel
                                                 Bradford Daniel

# Stream TV Networks

**Total number of parties: 104**

### Exhibit A - Stream TV Network

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82012 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, MADANLOLUGU@ADEPTCHIPS.COM | E-mail |
| 82013 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA | US Mail (1st Class) |
| 82012 | AKERMAN LLP, DONALD N. DAVID, DONALD.DAVID@AKERMAN.COM | E-mail |
| 82012 | AKERMAN LLP, DONALD N. DAVID, MARK.LICHTENSTEIN@AKERMAN.COM | E-mail |
| 82012 | AKERMAN LLP, JOHN H. THOMPSON, JOHN.THOMPSON@AKERMAN.COM | E-mail |
| 82012 | AKERMAN, LLP, R. ADAM SWICK, ADAM.SWICK@AKERMAN.COM | E-mail |
| 82012 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, VINOD@NICHANILAWFIRM.COM | E-mail |
| 82013 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 82012 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, DALUZT@BALLARDSPAHR.COM | E-mail |
| 82012 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, VESPERM@BALLARDSPAHR.COM | E-mail |
| 82012 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, MCKEEVASSALLOE@BALLARDSPAHR.COM | E-mail |
| 82012 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, GRUGANT@BALLARDSPAHR.COM | E-mail |
| 82012 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, JVONDERHEYDT@BENESCHLAW.COM | E-mail |
| 82012 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, JHOOVER@BENESCHLAW.COM | E-mail |
| 82012 | BROWN & MICHAELS, PC, MICHAELS@BPMLEGAL.COM | E-mail |
| 82012 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, WENDY@CADENCE.COM | E-mail |
| 82013 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 82013 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 82012 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, ABELLI@KCR-LAW.COM | E-mail |
| 82012 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, SCOREN@KCR-LAW.COM | E-mail |
| 82013 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | US Mail (1st Class) |
| 82013 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | US Mail (1st Class) |
| 82013 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | US Mail (1st Class) |
| 82012 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, ADEMARCO@DEVLINLAWFIRM.COM | E-mail |
| 82012 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, DLFLITPARAS@DEVLINLAWFIRM.COM | E-mail |
| 82013 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | US Mail (1st Class) |
| 82012 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | E-mail |
| 82012 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, KEVIN.P.CALLAHAN@USDOJ.GOV | E-mail |
| 82012 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, USTPREGION03.PH.ECF@USDOJ.GOV | E-mail |
| 82013 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | US Mail (1st Class) |
| 82013 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | US Mail (1st Class) |
| 82012 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, SUZHOUSJG@163.COM | E-mail |
| 82012 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, DAVID@HJ-PACKING.COM | E-mail |
| 82013 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU,  CHINA | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82013 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | US Mail (1st Class) |
| 82012 | IMG MEDIA LTD, MEDIA.AR@IMG.COM | E-mail |
| 82013 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM | US Mail (1st Class) |
| 82013 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82012 | INNOVENTURES GROUP LLC, INNOVENTURESGROUPLLC@GMAIL.COM | E-mail |
| 82013 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82013 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | US Mail (1st Class) |
| 82012 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, AARON.ROTHMAN@KLGATES.COM | E-mail |
| 82012 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, JON.EDEL@KLGATES.COM | E-mail |
| 82012 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 82012 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, STEVEN.CAPONI@KLGATES.COM | E-mail |
| 82012 | K&L GATES LLP, THOMAS A. WARNS, TOM.WARNS@KLGATES.COM | E-mail |
| 82012 | KURTZMAN | STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 82013 | LARSON AND ZIRZOW, LLC, MATTHEW C. ZIRZOW, (RE: VISUAL TECHNOLOGY INNOVATIONS, INC), 850 E. BONNEVILLE AVE., LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 82013 | LAW OFFICE OF MICHAEL SCHWARTZ, MICHAEL SETH SCHWARTZ, (RE: MATHU RAJAN), 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | US Mail (1st Class) |
| 82012 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, LMCLARK@LEIFMCLARK.COM | E-mail |
| 82012 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 82012 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 82012 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 82012 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 82012 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 82013 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | US Mail (1st Class) |
| 82013 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131 | US Mail (1st Class) |
| 82012 | MARCUM LLP, ILYSSA K. BLUM, CPA, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 82013 | MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82013 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 82012 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, JONA@CLD1LTD.COM | E-mail |
| 82013 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | US Mail (1st Class) |
| 82012 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, MTOMLIN@MCTLLP.COM | E-mail |
| 82012 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, BHOMONY@MCTLLP.COM | E-mail |
| 82012 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82012 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, KELSEY.SHERONAS@OBERMAYER.COM | E-mail |
| 82012 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, WILLIAM.SALDUTTI@OBERMAYER.COM | E-mail |
| 82013 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN | US Mail (1st Class) |
| 82012 | PEGATRON CORPORATION, SAL LU, SAL_LU@PEGATRONCORP.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82013 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 82012 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 82013 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 82013 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82013 | RAJA RAJAN, 5215 BISHOP VIEW CIRCLE, CHERRY HILL, NJ, 08002 | US Mail (1st Class) |
| 82012 | RAJA RAJAN, RAJA@ADVISORY-CAPITAL-SOLUTIONS.COM | E-mail |
| 82013 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82012 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, STEPHEN3D@MAC.COM | E-mail |
| 82012 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, RMESSINA@RC.COM | E-mail |
| 82012 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, DWRIGHT@RC.COM | E-mail |
| 82012 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, KFIX@RC.COM | E-mail |
| 82013 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82012 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, PHILADELPHIA@SEC.GOV | E-mail |
| 82013 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, ALYSSA RUSSELL, ESQUIRE, (RE: SEECUBIC, INC.), 320 SOUTH CANAL STREET, CHICAGO, IL, 60606-5707 | US Mail (1st Class) |
| 82012 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, EBEN.COLBY@SKADDEN.COM | E-mail |
| 82012 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, MARLEY.BRUMME@SKADDEN.COM | E-mail |
| 82012 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, REBECCA.RITCHIE@SKADDEN.COM | E-mail |
| 82012 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, JAMES.MAZZA@SKADDEN.COM | E-mail |
| 82012 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, JUSTIN.WINERMAN@SKADDEN.COM | E-mail |
| 82012 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 82013 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | US Mail (1st Class) |
| 82013 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING,  CHINA | US Mail (1st Class) |
| 82012 | ST4M ELECTRONICS, INC., WANGLING, MATTJJLO@GMAIL.COM | E-mail |
| 82013 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82012 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, PAMELA.THURMOND@PHILA.GOV | E-mail |
| 82013 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82012 | TRANS WORLD INTERNATIONAL, LLC, MEDIAAR@IMG.COM | E-mail |
| 82013 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000 | US Mail (1st Class) |
| 82012 | TRIPLE CROWN CONSULTING, LLC, AR@TRIPLECO.COM | E-mail |
| 82013 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071 | US Mail (1st Class) |
| 82012 | US COMPLIANCE SERVICES LLC, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 82013 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |
| 82012 | VAYIKRA CAPITAL LLC, PHIL@DARIVOFF.NET | E-mail |
| 82013 | VISUAL TECHNOLOGY INNOVATIONS, INC., 1105 WILLIAM PENN DR., BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82013 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|

**Subtotal for this group: 104**

Stream TV Networks