**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Stream Networks, Inc., *et al*. | Bky Case No. 23-10763 (DJB) |
|  | (Jointly Administered) |
| Debtors. |  |

**VISUAL SEMICONDUCTOR, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING ON WEDSNESDAY, AUGUST 13, 2025 RE:  TRUSTEE'S MOTION FOR 9019 COMPROMISE, ET AL**

Exhibits:  Any and all pleadings, briefs, declarations, exhibits filed of record regarding the underlying motion for 9019 compromise, et al.

Witnesses:  any and all record declarants, signatories to record contracts and agreements, subjects and representatives of parties regarding the motions and responses, and all counsel who has testified previously.

DATED: August 10, 2025

Respectfully submitted,

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
7 South Morton Avenue
Morton, PA 19070
Telephone:     (610) 690-0801
Facsimile:     (610) 690-0880
mweisberg@weisberglawoffices.com
*Attorney for Visual Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 10th day of August 2025, a true

and correct copy of the foregoing was served via ECF upon all counsel of record.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
7 South Morton Avenue
Morton, PA 19070
Telephone:    (610) 690-0801
Facsimile:    (610) 690-0880
mweisberg@weisberglawoffices.com
*Attorney for Visual Semiconductor, Inc.*