IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Stream TV Networks, Inc., *et al*. | ) ) | Bankruptcy No. 23-10763 (DJB) |
| Debtors. | ) | |

**OBJECTION OF RAJA RAJAN TO
AMENDMENT OF SCHEDULE E/F DISPUTING CLAIM NO. 3.109**

NOW COMES Raja Rajan **("Claimant")**, appearing pro se and for purposes of this limited objection, and respectfully objects to the July 30, 2025 amendment of Schedule E/F (Docket No. 1046) and the related notice (Docket No. 1048), which now classify his previously scheduled general unsecured claim (Claim No. 3.109 in the amount of $3,807.60) as "disputed and subject to counterclaims or subordination."

In support of this Objection, Mr. Rajan states as follows:

**1. Background**

a) Mr. Rajan's claim for $3,807.60 arises from **wages earned during February 16–29, 2020**, while performing professional services for the Debtor.

b) This amount was **previously scheduled by the Debtor itself** as a valid general unsecured claim in its original Schedules filed on March 29, 2023 (D.I. 54).

c) The Debtor's amendment (D.I. 1046) now recharacterizes the claim as **"disputed,"** without **any factual basis**, supporting documentation, or contemporaneous objection.

d) The Trustee sued Claimant along with many other defendants in an adversary action in this matter at William A. Homony…v. Rembrandt Holdings, Ltd. et. al, at Adv. No. 25-00138- (DJB) but the Trustee dismissed claimant from that suit voluntarily.[ Adversary docket 29 and Court approval 30]

    e) Though the Trustee is not objecting to the numerous other claims of other creditors, he objects to the claims of Claimant and his brother Mathu Rajan.

    f) This objection's purpose is to object but also to seek expedited discovery on a limited basis for the objection.

    g) It appears the objection is not based on good faith but rather personal reasons that constitute the opposite of good faith.

## 2. The Claim Is Presumptively Valid

    a) The original schedules **included** this claim as undisputed.

    b) No objection under Rule 3007 or evidentiary motion has been filed to rebut the **presumption of validity** under Bankruptcy Rule 3001(f).

    c) Only an adversary proceeding has been filed against Claimant but has been voluntarily resolved.

    d) The Trustee has not filed a formal objection under § 502 of the Bankruptcy Code or provided **any explanation or evidence** supporting the "disputed" classification.

    e) The Trustee has not provided Claimant Official Form 420B (Notice of Objection to Claim) which requires notice to Claimant and an opportunity to request a hearing on the matter.

## 3. No Basis for Counterclaims or Subordination

- The vague references to "counterclaims or subordination" are **unsupported by any pleading** or legal theory.

- Mr. Rajan was a third-party professional service provider with **no officer or director role** in Stream TV and **no contractual liability** to the Debtor.

- There is **no basis for equitable subordination** under 11 U.S.C. § 510(c), which requires findings of **inequitable conduct, injury to creditors, and advantage to the claimant.**

**4. Prejudice and Due Process Concerns**

a) Recharacterizing a valid and previously scheduled claim as "disputed" without any evidence violates due process.

b) The amendment could improperly delay payment or reduce distributions to Mr. Rajan based on nothing more than Trustee speculation.

**WHEREFORE, Mr. Rajan respectfully requests that the Court:**

1. **Reject** the Trustee's reclassification of Claim No. 3.109 as "disputed."

2. Confirm the claim's treatment as a valid, general unsecured claim in the amount of **$3,807.60**;

3. If the Court does not, on its own initiative, make a finding that the claim remains valid, then grant an immediate deposition of the Trustee to obtain information regarding the propriety of the claim; and

4. Grant such other and further relief as the Court deems just and proper.

**Respectfully submitted**,

Dated: August 11, 2025

**Raja Rajan**
5215 Bishop View Circle
Cherry Hill, NJ 08002
raja@rajanlawgroup.com
**Pro Se Claimant**