# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Stream TV Networks, Inc.,** *et al.*, | **Bankr. No. 23-10763-DJB** |
| | **(Jointly Administered)[1]** |
| **Debtors.** | Hearing Date: September 30, 2025 |
| | Hearing Time: 1:00pm |
| | Hearing Place: Courtroom #2 |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative" or when referred to with Stream, the "Debtors"), by and through his counsel, Obermayer Rebmann Maxwell & Hippel LLP, has filed a Motion for an Examination and for the Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **September 10, 2025 you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. A hearing on the Motion is scheduled to be held before the Honorable Derek J. Baker, United States Bankruptcy Judge for the Eastern District of Pennsylvania on September 30, 2025, at 1:00 p.m. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☐ Telephonic via:

    ☒ Video Conference using the following link: ZOOMGOV.com with meeting ID 161 0657 4791. If no link is provided, the video conference link will be included on the hearing calendar.

    ☒ In-Person participation is also available for this hearing.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*, Case No. 23-10764-DJB. (D.I. #81).

4915-5886-3715 v4

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at Clerk of Court Office, United States Bankruptcy Court, Robert N.C. Nix, Sr., Federal Building and Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

3. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
michael.vagnoni@obermayer.com

Dated: August 27, 2025

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
*Counsel to William A. Homony, in his capacity as Chapter 11 Trustee of Stream TV Networks, Inc. and Technovative Media, Inc.*

4915-5886-3715 v4