**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **STREAM TV NETWORKS, INC.,** *et al.* | Case No. 23-10763 (DJB) |
| **Debtors.**[1] | (Jointly Administered) |

**SEECUBIC, INC.'S WITNESS AND EXHIBIT LIST FOR
SEPTEMBER 8, 2025 HEARING**

**I.      WITNESS LIST**

SeeCubic, Inc. ("SeeCubic") intends to call for cross-examination the following witnesses at the September 8, 2025 on *Omnibus Motion Of William A. Homony In His Capacity As Chapter 11 Trustee For Entry Of An Order (I) Approving A Settlement Agreement With Rembrandt 3d Holding, Ltd. Pursuant To Fed. R. Bankr. 9019(a) And 11 U.S.C. § 105(a); (II) Enforcing Defense And Indemnity Obligations Of SeeCubic, Inc.; And (III) Granting Related Relief* (Docket No. 1040):   (i) William H. Homony; (ii) John D. Simmons; and (iii) any witness necessary for impeachment and/or rebuttal purposes.  SeeCubic reserves the right to examine any witness listed by Debtors or any other party.

**II.     EXHIBIT LIST**

In addition to the below listed exhibits, SeeCubic reserves the right to utilize any exhibit listed on Debtors' exhibit list, the exhibit list of any other party, or documents on the docket of the above-captioned or related matters.  SeeCubic also reserves the right to utilize any document not listed on the below Exhibit List for impeachment and/or rebuttal purposes.

---

[1]    The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

| Ex. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | March 24, 2025 Letter from M. Vagnoni (ECF No. 1040-4) | | | |
| 2 | June 24, 2025 Letter from E. Colby (ECF No. 1040-5) | | | |
| 3 | Proposed Settlement Agreement between Debtors and Rembrandt (ECF 1040-6) | | | |
| 4 | Complaint, *Rembrandt 3D Holding Ltd. v. Homony*, No. 24-cv-6706 (E.D. Pa. Dec. 17, 2024), ECF No. 1 | | | |
| 5 | Motion to Dismiss, *Rembrandt 3D Holding Ltd. v. Homony*, No. 24-cv-6706 (E.D. Pa Apr. 4, 2025), ECF No. 16 and exhibits thereto | | | |
| 6 | Reply in Support of Motion to Dismiss, *Rembrandt 3D Holding Ltd. v. Homony*, No. 24-cv-6706 (E.D. Pa Apr. 25, 2025), ECF No. 21 | | | |
| 7 | Docket Report for Case No. 24-cv-2727 (E.D. Pa.) | | | |
| 8 | Docket Report for Case No. 24-cv-6617 (E.D. Pa.) | | | |
| 9 | Docket Report for Case No. 25-cv-0751 (E.D. Pa.) | | | |
| 10 | Sale Order (ECF No. 876) | | | |
| 11 | Asset Purchase Agreement | | | |
| 12 | Application to Employ Panitch Schwarze Belisario & Nadel LLP (ECF No. 812) | | | |
| 13 | Declaration of William Homony (ECF No. 1054) and exhibits thereto | | | |
| 14 | Declaration of John D. Simmons (ECF No. 1055) and exhibits thereto | | | |
| 15 | American Intellectual Property Law Association 2023 Report of the Economic Survey | | | |

SeeCubic reserves the right to supplement and/or amend the foregoing at any time.

Dated: September 3, 2025        **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Joseph O. Larkin*
Joseph O. Larkin (I.D. No. 206047)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411
James.Mazza@skadden.com
Justin.Winerman@skadden.com

- and –

Eben P. Colby (admitted *pro hac vice*)
Marley Ann Brumme (admitted *pro hac vice*)
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4822
Eben.Colby@skadden.com
Marley.Brumme@skadden.com

*Counsel to SeeCubic, Inc.*