**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*<br><br>Debtors. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |

**REMBRANDT 3D HOLDING LTD'S WITNESS AND EXHIBIT LIST FOR SEPTEMBER 8, 2025 HEARING**

Rembrandt 3D Holding Ltd ("Rembrandt"), hereby files its Witness and Exhibit List for the hearing to be held on September 8, 2025, at 10:30a.m. (Eastern Time) (the "Hearing"), as follows:

**WITNESSES**

The Debtors may call the following witnesses at the Hearing:

i. Christopher A. Michaels

   a. Subject Matter: Rembrandt 3D Holding, Ltd. intellectual property, its enforcement efforts, contractual obligations with related parties, and settlement with Stream and the Trustee.

   b. Email address of witness: michaels@bpmlegal.com

   c. Location of Witness: Mr. Michaels will be present in the courtroom. Mr. Michaels will be testifying in person

ii. any witness listed by any other party; and

iii. rebuttal witnesses as necessary.

**EXHIBITS**

| No. | Description |
|---|---|
| 1-7. | Adversary Complaint for Declaratory and Injunctive Relief filed by Rembrandt 3D Holding, Ltd. and exhibits 5, 9, 14, 19, 20, and 21 thereto (24-00142, D.I. 1; D.I. 1-5; D.I. 1-9; D.I. 1-14; D.I. 1-19; D.I. 1-20; D.I 1-21). |
| 8. | List of Identifiable Assets of Stream TV Networks, Inv., and Technovative Media, Inc., Annotated by VSI and Rembrandt (D.I. 810) |
| 9. | Temporary Restraining Order (23-00057, D.I. 119) |

3

| 10. | Letter to Chief Judge Chan dated November 12, 2024 (D.I. 797) |
|---|---|
| 11 | Email to SeeCubic's counsel re potential settlement |
| 12 | November 4, 2024 Litigation Funding and Confirmation Agreement and Common Interest Agreement |
| 13 | 2025-08-13 Email from Michaels to Weisberg - RE_ Visual Semiconductor - Rembrandt 3D Holding, Ltd Phone conference.pdf requesting a phone conference to discuss the demonstrably false information provided by VSI in its objection and ethical issues with respect to VSI's filings |
| 14 | 2025-08-15 Email from Michaels to Weisberg - FW_ Litigation Funding - Second Amendment.pdf forwarding original 2025-01-25 email from Michaels to Akerman attorneys providing copies of the email in house consul to VSI, Dan Rink, sent directly to Stephen Blumenthal without copying counsel and discussion of the violations of the ethical rules |
| 15 | 2025-08-15 Email from Michaels to Weisberg - FW_ Litigation Funding Agreement.pdf forwarding original 2025-01-28 email from Michaels to Akerman attorneys regarding VSI's late payment obligations with a spreadsheet attachment |
| 16 | 2025-08-15 Email from Michaels to Weisberg - FW_ Draft Rembrandt email - final.pdf forwarding original 2025-01-29 email from Michaels to Akerman attorneys regarding Mathu Rajan's attempt to enforce "amendment 2" and referencing a prior call with John Thompson regarding whether we were under a collective obligation to report Daniel Rink to the Pennsylvania state bar |
| 17 | 2025-08-15 Email from Michaels to Weisberg - FW_ From the Incergo website.pdf forwarding the 2025-05-14 email from Michaels to Adam Swick copying the press release related to the Incergo-VSI reverse merger |
| 18 | 2025-08-15 Email from Michaels to Weisberg - FW_ From the Incergo website.pdf forwarding the 2025-05-14 email from Michaels to Adam Swick discussing the Incergo-VSI reverse merger |
| 19 | 2025-08-15 Email from Michaels to Weisberg - FW_ Revised VSI-Rembrandt Acquisition Term Sheet.pdf forwarding the 2025-05-16 Email from VSI with a term sheet for acquisition for Rembrandt specifically requiring Rembrnadt to Settle with Stream and Trustee |
| 20 | 2025-08-15 Email from Michaels to Weisberg - FW_ Litigation Funding Agreement.pdf forwarding email from Wallace to Akerman re the lack of a Litigation Funding Agreement |
| 21 | 2025-08-15 Email from Michaels to Weisberg - FW_ Visual Semiconductor, Inc and Rembrandt 3D Holding, Ltd..pdf forwarding 2025-05-19 email from Michaels to Unity Group |
| 22 | 2025-08-18 Email from Michaels to Weisberg Re_ Follow-up call.pdf |
| 23 | 2025-09-03 Email from Michaels to Weisberg Re_ Follow-up call.pdf |
| 24. | Any document filed in the above-captioned bankruptcy case. |
| 25 | Any exhibit necessary for impeachment and/or rebuttal purposes |
| 26. | Any exhibit identified or offered by any other party. |

Rembrandt reserves the right to supplement or amend this Witness and Exhibit List and to identify additional exhibits, including, but not limited to, rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

Date: September 3, 2025               Respectfully submitted,

                                      */s/Andrew DeMarco*
                                      Andrew DeMarco

                                      *Counsel for Rembrandt*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all parties who are authorized to receive electronically Notice of Electronic Filing in this bankruptcy case.

*/s/Andrew DeMarco*
Andrew DeMarco

*Counsel for Rembrandt*