IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Stream Networks, Inc., *et al*. | Bky Case No. 23-10763 (DJB) |
| | (Jointly Administered) |
| Debtors. | |

**VISUAL SEMICONDUCTOR, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING RE: TRUSTEE'S MOTION FOR 9019 COMPROMISE, ET AL**

Exhibits: Any and all pleadings, briefs, declarations, exhibits filed of record regarding the underlying motion for 9019 compromise, et al.

Witnesses: any and all record declarants, signatories to record contracts and agreements, subjects and representatives of parties regarding the motions and responses, and all counsel who has testified previously.

Including:

Mathu Rajan
Stephen Blumenthal
Bud Robertson
Trustee, William Homony
Steven Coren, Esq.

DATED: September 3, 2025

    Respectfully submitted,

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
7 South Morton Avenue
Morton, PA 19070
Telephone:    (610) 690-0801
Facsimile:    (610) 690-0880
mweisberg@weisberglawoffices.com
*Attorney for Visual Semiconductor, Inc.*

1

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 3rd day of September 2025, a true and correct copy of the foregoing was served via ECF upon all counsel of record.

**WEISBERG LAW**

<u>/s/ Matthew B. Weisberg</u>
Matthew B. Weisberg, Esquire
7 South Morton Avenue
Morton, PA 19070
Telephone:     (610) 690-0801
Facsimile:     (610) 690-0880
mweisberg@weisberglawoffices.com
*Attorney for Visual Semiconductor, Inc.*