

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

SEPTEMBER 3, 2025

**VIA ECF**

Honorable Judge Derek J. Baker
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 204
Philadelphia, PA 19107

    Re:    *In re: Stream TV Networks, Inc. and Technovative Media, Inc.,*
           No. 23-10763-djb (LEAD)

Dear Judge Baker,

    We write concerning Visual Semiconductor, Inc's Counsel's Expedited Motion to Withdraw as Counsel (D.I. 1072). Rembrandt 3D Holding Ltd. opposes allowing Mr. Weisberg and his firm from withdrawing.

    The motion claims that the reason for the withdrawal is that Mr. Weisberg and his client have suffered irreconcilable differences. (¶ 9, D.I. 1072.) Yet, just sixteen hours earlier Mr. Weisberg filed an Adversary Complaint in this matter. This questions whether the stated basis for the withdrawal is correct. Moreover, the motion was filed on an expedited basis, but without any explanation why the motion needs be expedited.

    To ensure that no additional time is lost in resolving this matter, we respectfully ask that Mr. Weisberg be compelled to appear on Monday September 8, 2025, during the hearing on the Motion to Approve Compromise under Rule 9019 to explain the basis for his request to withdraw as counsel, and what the reasons are for filing this motion as an expedited motion. Mr. Weisberg owes a duty of candor to this court. If Mr. Weisberg knows that his prior filings were based on fraudulent or inaccurate information, he has an obligation to correct those or disavow his prior filings and Mr. Weisberg should be asked if he is disavowing his prior filings on September 8, 2025.

    We look forward to discussing this further during the September 8 hearing.

DEVLIN LAW FIRM
September 3, 2025
Page 2 of 2

Respectfully submitted,

*[signature: Andrew DeMarco]*

Andrew DeMarco
*Counsel for Rembrandt 3D Holding Ltd.*

2