## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | **:** | |
| **In Re:** | **:** | **Chapter 11** |
| | **:** | |
| **Stream TV Networks, Inc., et al.** | **:** | **Bankruptcy No. 23-10763-DJB** |
| | **:** | |
| **Debtors.** | **:** | **(Jointly Administered)** |
| | **:** | |

## ORDER STAYING MOTION OF THE TRUSTEE FOR AN EXAMINATION AND FOR PRODUCTION OF DOCUMENTS

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion pursuant to Rule 2004, and the Response Via Cross-Motion to Stay, and any responses thereto, it is hereby ORDERED and DECREED that the motion pursuant to Rule 2004 is stayed pending adjudication of the pending motion(s) to be relieved as counsel.

The Motion pursuant to Rule 2004 response deadline and hearing will be reset thereafter the aforesaid adjudication.

**AND IT IS SO ORDERED**.

BY THE COURT:

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

**WEISBERG LAW**
BY:  Matthew B. Weisberg
Attorney ID. #85570
7 South Morton Ave.                          Attorney for Defendants
Morton, PA 19070
(610) 690-0801
Fax (610) 690-0880

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al. | : | Bky Case No. 23-10763 (DJB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| _____ | : | |
| William A. Homony, in his capacity as | : | |
| Chapter 11 Trustee of the Bankruptcy | : | |
| Estates of Stream TV Networks Inc. | : | |
| and Technovative Media Inc. | : | |
| | : | |
| Plaintiff, | : | Adversary No. 25-00138-djb |
| | : | |
| v. | : | |
| | : | |
| Rembrandt 3D Holding Ltd., | : | |
| Visual Semiconductor Inc., Mathu Rajan, | : | |
| Raja Rajan, and Brown and Michaels PC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## RESPONSE TO MOTION FOR 2004 EXAMINATION VIA CROSS-MOTION TO STAY

Whereas, Trustee, William A. Homony, has filed a motion for 2004 examination;

Whereas the deponents of the sought examination of Innoventures Group, LLC and

Mediatainment, Inc., may be those same principals, officers, and directors that undersigned

counsel represents through Visual Semiconductors, Inc.;

Whereas, counsel's motion(s) to withdraw as counsel pends;

Whereas, counsel respectfully requests this Honorable Court stay the instant motion for 2004 examination pending adjudication of the motion(s) to withdraw as counsel so that those deponents may fairly be represented by counsel of their choosing.

WHEREFORE, the motion for 2004 examination is respectfully requested to be stayed with deadlines thereafter to be reset upon adjudication of the separately pending motion to withdraw as counsel.

WEISBERG LAW

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Visual Semiconductor, Inc.

**WEISBERG LAW**
BY: Matthew B. Weisberg
Attorney ID. #85570
7 South Morton Ave.                    Attorney for Defendants
Morton, PA 19070
(610) 690-0801
Fax (610) 690-0880

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al. | : | Bky Case No. 23-10763 (DJB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| _____ | : | |
| William A. Homony, in his capacity as | : | |
| Chapter 11 Trustee of the Bankruptcy | : | |
| Estates of Stream TV Networks Inc. | : | |
| and Technovative Media Inc. | : | |
| | : | |
| Plaintiff, | : | Adversary No. 25-00138-djb |
| | : | |
| v. | : | |
| | : | |
| Rembrandt 3D Holding Ltd., | : | |
| Visual Semiconductor Inc., Mathu Rajan, | : | |
| Raja Rajan, and Brown and Michaels PC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 10th day of September,

2025, a true and correct copy of the foregoing Order Staying Motion of the Trustee for an

Examination and for Production of Documents were served, upon the following parties: all

counsel of record.

WEISBERG LAW


/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Visual Semiconductor, Inc.