IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **Stream TV Networks, Inc.,** *et al.* | **Bankruptcy No. 23-10763 (DJB)** |
|  | **(Jointly Administered)[1]** |
| **Debtors.** |  |

## CONSENT ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the stipulation of William A. Homony, in his capacity as Chapter 11 Trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc. (the "Trustee") and Lewis Brisbois Bisgaard & Smith LLP ("LBBS") concerning LBBS's Local Rule 2016-5 Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP for the Periods December 1, 2023, through December 31, 2023, and January 1, 2024, through January 15, 2024 (D.I. #722) and/or the Final Application of LBBS for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023, Through January 15, 2024 (D.I. #723) (collectively the "Final Fee Application"), through counsel, dated September __, 2025 (the "Stipulation"); and this Court having jurisdiction over this matter; and due and proper notice of the Stipulation having been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1. The Stipulation is APPROVED.

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

5. LBBS shall file its response to the Trustee's objection (D.I. #808) on or before September 25, 2025. Discovery concerning the Final Fee Application shall be completed on or before November 28, 2025.

6. The parties shall contact the Court to obtain a mutually agreeable hearing date in early 2026.

7. The parties shall file pre-trial memoranda and identify exhibits and witnesses on or before 5 p.m. one week prior to the hearing date.

8. The Court retains exclusive jurisdiction over all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

**BY THE COURT:**

**Date: September 11, 2025**

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al.* | Bankruptcy No. 23-10763 (DJB) |
| | (Jointly Administered)[1] |
| Debtors. | |

**STIPULATION AND CONSENT ORDER CONCERNING
SCHEDULING RE: LEWIS BRISBOIS FEE APPLICATION**

William A. Homony, in his capacity as Chapter 11 Trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media Inc. (the "Trustee") and Lewis Brisbois Bisgaard & Smith LLP, ("LBBS") hereby stipulate to the following schedule concerning LBBS's Local Rule 2016-5 Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP for the Periods December 1, 2023, through December 31, 2023, and January 1, 2024, through January 15, 2024 (D.I. #722) and/or the Final Application of LBBS for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023, Through January 15, 2024 (D.I. #723) (collectively the "Final Fee Application"):

1. LBBS shall file its response to the Trustee's objection (D.I. #808) on or before September 25, 2025.

2. Discovery concerning the Final Fee Application shall be completed on or before November 28, 2025.

3. The parties shall contact the Court to obtain a mutually agreeable hearing date in early 2026.

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

4. The parties shall file pre-trial memoranda and identify exhibits and witnesses on or before 5 p.m. one week prior to the hearing date.

| | |
|---|---|
| By: /s/ *Steven M. Coren*<br>COREN & RESS, P.C.<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 735-8700<br><br>and<br><br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>Telephone: (215) 665-3140<br><br>*Counsel to the Trustee*<br><br>Dated: September 10, 2025 | By: __/s/_____<br>Jonathan M. Preziosi<br>(Application for pro hac vice admission forthcoming)<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>One Riverfront Plaza, Suite 800<br>Newark, NJ 07102<br>Telephone: (973) 792-8736<br>Facsimile: (973) 577-6261<br>*Counsel to the Debtors*<br><br>Dated: September 10, 2025 |