# EXHIBIT "1"

# Skadden, Arps, Slate, Meagher & Flom llp

500 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116
———
TEL: (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

DIRECT DIAL
617-573-4855
DIRECT FAX
617-305-4855
EMAIL ADDRESS
EBEN.COLBY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 17, 2021

**VIA EMAIL**

Amanda von Ahnen
c/o Jonathan Stemerman
Armstrong Teasdale LLP
300 Delaware Avenue, Suite 201
Wilmington, Delaware  19801

Dear Ms. von Ahnen:

  On behalf of Seecubic, Inc. ("SeeCubic"), we write to put you on notice, if you are not already, of the Court of Chancery of the State of Delaware's December 8, 2020 Order Granting Preliminary Injunction (the "Order").  A copy of the Order is attached hereto as Exhibit A.  As an employee of Stream TV Networks, Inc. ("Stream") at the time of entry of the Order, you should have received a copy of it in or around December 2020, as required by paragraph 2 thereof.

  The Order enjoins Stream, Mathu Rajan, Raja Rajan and their officers, agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the Order, from taking any action to interfere with the Omnibus Agreement dated May 6, 2020.  In the Omnibus Agreement, Stream agreed to transfer its assets, including but not limited to assets related to the Ultra-D technology, to SeeCubic.  Although Stream and the Rajans later contested the validity of it, the Court of Chancery found the Omnibus Agreement to be valid and binding upon Stream on December 8, 2020.

  You are receiving this notice because SeeCubic understands that you have been working with or for Visual Technology Innovations, Inc. ("VTI") and Mathu

Amanda von Ahnen
June 17, 2021
Page 2

Rajan with respect to fundraising for VTI and VTI's operations.  SeeCubic understands that VTI's business plan was premised, at least in part, on the use of certain Stream assets that have already been transferred to SeeCubic under the Omnibus Agreement.  In particular, SeeCubic understands that VTI, through Stream's chapter 11 bankruptcy filing, intended to block or unwind the Omnibus Agreement and "cherry pick" from Stream's assets for VTI's use.

      The Order has continuously been in effect since December 8, 2020 and applies to individuals in any capacity, whether personal or professional.  Now that you are on actual notice of the Order, to the extent you were not already, you are bound by its terms and subject to personal liability for violation thereof.  SeeCubic will pursue any violations to the fullest extent of the law.  SeeCubic reserves all rights and waives none.

      Sincerely,

      */s/ Eben P. Colby*

      Eben P. Colby