## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (DJB) |

| | |
|---|---|
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (DJB)<br><br>(Jointly Administered) |

### [PROPOSED] ORDER

AND NOW, this ___ day of September 2025, upon consideration of Lewis Brisbois

Bisgaard and Smith, LLP's Motion for Leave of Court to File Documents Under Seal (the

"Motion"), and any opposition thereto, the following is hereby ORDERED and DECREED:

(1) The Motion is GRANTED;

(2) Lewis Brisbois is permitted to file their Ex. 3 to the LEWIS BRISBOIS BISGAARD

& SMITH, LLP'S RESPONSE TO THE OBJECTION OF WILLIAM HOMONY

CHAPTER 11 TRUSTEE TO THE SIXTH REQUEST FOR PAYMENT ON

ACCOUNT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

OF LEWIS BRISBOIS BISGAARD & SMITH LLP FOR THE PERIODS

DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023 AND JANUARY 1, 2024

THROUGH JANUARY 15, 2024 AND THE FINAL APPLICATION OF LBBS

FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 15,

2023,THROUGH JANUARY 15, 2024 under seal;

(3) Ex. 3- Confidentiality Agreement  shall remain under seal until the resolution of the

Motion.

(4) The Confidentiality Agreement shall be designed "Confidential Information –

Outside Counsel Eyes Only" such that (a) the Confidentiality Agreement shall not be

used by outside counsel for the Parties for any purpose other than this litigation and

(b) except for disclosure to this Court and Debtors, outside counsel for Parties shall

not disclose the Confidentiality Agreement, and the information contained therein, to

the  Parties nor any third parties.


**AND IT IS SO ORDERED.**


_____

Judge Derek J. Baker