# **EXHIBIT A**

Stream TV Networks, Inc.
QuickBooks Accounting Report of Unpaid Bills
from Innoventures Group LLC

## Unpaid Bills Report

STREAM TV NETWORKS, INC.

All Dates

| DATE | TRANSACTION TYPE | NUM | LOCATION FULL NAME | DUE DATE | PAST DUE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|---|
| Innoventures Group LLC | | | | | | | |
| 02/28/2019 | Bill | #186 for Feb,2019 | Philadelphia-HQ | 03/10/2019 | 2388 | $7,125.00 | $7,125.00 |
| 03/30/2019 | Bill | INV#187 Mar, 2019 | Philadelphia-HQ | 04/09/2019 | 2358 | $7,505.00 | $7,505.00 |
| 04/30/2019 | Bill | INV#188 Apr, 2019 | Philadelphia-HQ | 05/10/2019 | 2327 | $7,790.00 | $7,790.00 |
| 05/31/2019 | Bill | INV#194 for May, 19 | Philadelphia-HQ | 06/10/2019 | 2296 | $7,220.00 | $7,220.00 |
| 06/30/2019 | Bill | INV#195 for June, 19 | Philadelphia-HQ | 07/10/2019 | 2266 | $7,410.00 | $7,410.00 |
| 07/31/2019 | Bill | INV#196for July, 19 | Philadelphia-HQ | 08/10/2019 | 2235 | $7,600.00 | $7,600.00 |
| 08/30/2019 | Bill | INV#200 for Aug, 19 | Philadelphia-HQ | 09/09/2019 | 2205 | $8,550.00 | $8,550.00 |
| 09/30/2019 | Bill | INV#201 for Sep, 19 | Philadelphia-HQ | 10/10/2019 | 2174 | $8,740.00 | $8,740.00 |
| 10/31/2019 | Bill | INV#202 for Oct, 19 | Philadelphia-HQ | 11/10/2019 | 2143 | $8,075.00 | $8,075.00 |
| 11/29/2019 | Bill | INV#203 for Nov, 19 | Philadelphia-HQ | 12/09/2019 | 2114 | $7,790.00 | $7,790.00 |
| 12/31/2019 | Bill | INV#204 for Dec, 19 | Philadelphia-HQ | 01/10/2020 | 2082 | $7,790.00 | $7,790.00 |
| 01/31/2020 | Bill | INV#205 for Jan, 20 | Philadelphia-HQ | 02/10/2020 | 2051 | $7,410.00 | $7,410.00 |
| 02/28/2020 | Bill | INV#206 for Feb, 20 | Philadelphia-HQ | 03/09/2020 | 2023 | $6,650.00 | $6,650.00 |
| 03/31/2020 | Bill | INV#207 for Mar, 20 | Philadelphia-HQ | 04/10/2020 | 1991 | $6,460.00 | $6,460.00 |
| 04/30/2020 | Bill | INV#208 for Apr, 20 | Philadelphia-HQ | 05/10/2020 | 1961 | $6,175.00 | $6,175.00 |
| 05/29/2020 | Bill | INV#209 for May, 20 | Philadelphia-HQ | 06/08/2020 | 1932 | $6,175.00 | $6,175.00 |
| 12/21/2020 | Bill | ADP Payroll 12-22-20 | Philadelphia-HQ | 12/22/2020 | 1735 | $59,635.96 | $59,635.96 |
| **Total for Innoventures Group LLC** | | | | | | **$178,100.96** | **$178,100.96** |
| **TOTAL** | | | | | | **$178,100.96** | **$178,100.96** |