**EXHIBIT B**

Innoventures Group LLC
Outstanding Invoices Submitted to
Stream TV Networks, Inc.

# Invoice

**Innoventures Group LLC 2012**
1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 2/28/2019 | 186 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 2/28/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 75 | Business consulting | Feb 2019 Continue to get Pegetron to help in moving machines and Materials. Arranged a visit to start preparing the packing process. Selected four Japanese lens manufacturer, for lens development. Gathered information in application process for manufacturing license. . It needs a local company to sponsor and interviewed four Companies. Discussions with Mathu on Chinese company sent up and controls. Selected Suzhou Installations group to sponsor our application for license. | 95.00 | 7,125.00 |

**Total** $7,125.00

Innoventures Group LLC 2012
1105 William Penn Dr
Bensalem, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 3/30/2019 | 187 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | | 3/30/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 79 | Business consulting | Follow up on Moving MPL and SPL with Pegetro, Mathu, Iinuma San Li jun , etc. Working withg Suzhou Installation group on Getting MFG WFOE license etc Cashflow discussions with Mathu, Suby and Raja | 95.00 | 7,505.00 |

**Total** $7,505.00

# Invoice

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 4/30/2019 | 188 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 4/30/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 82 | Business consulting | Continued the dialogue on Moving Machines and inventory from Pegetron. Coordinated Packing list from iinuma as requested by Pegetron, Aj and Iinuma group worked with Pegetron and packrd the machines. Mathu is working on getting it release by Pegetron lawyer. Discussions on exhibit B provided by Raja on list of delvrablesincluding RE , RTC software , Hardware Deign etc. Follow up on Inventory to move to a eare house cordinated bt Jolene.Follow up on License application and discussions on Plant design with Suzhou Installation Group. | 95.00 | 7,790.00 |

**Total**  $7,790.00

# Invoice

**Innoventures Group LLC 2012**
1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 5/31/2019 | 194 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | | 5/31/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 76 | Business consulting | Working with Frank Zhang on Plant design, coordinating with Iinuma Group and Aj., continuing activity to moveMPl and Spl , Talking to Sal on release DiscussionERP selection process,pegetron settelrment,caash flow discussion with suby | 95.00 | 7,220.00 |

**Total** $7,220.00

# Invoice

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 6/30/2019 | 195 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 6/30/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 78 | Business consulting | June, 2019 Discussion on ERP, China production plan, Cash Flow with Suby,, Answering investors question Quality system,, Rent payment discussions with China land lord, Basic design discussions with Frank,, continuing settlement agreement with Pegetron,, Reviewing Packing list of MPL,SPL for moving. | 95.00 | 7,410.00 |

**Total** $7,410.00

# Invoice

Innoventures Group LLC 2012
1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 7/31/2019 | 196 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 7/31/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 80 | Business consulting | July, 2019 Completed with AJ all equipment Moving formalities.,Asset impairment conversation with Bill., Reviewing Adept chip contract,,, continuing discussion Pegetron Settlement,.Replying rent payment questions from Land lord,, discussions on BV3 Sample with Bud, Mathu etc., sal Lu on moving machines | 95.00 | 7,600.00 |

**Total** $7,600.00

# Invoice

Innoventures Group LLC 2012

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 8/30/2019 | 200 |

| Bill To | Ship To |
|---|---|
| Stream TV Networks, Inc<br>1105 William Penn Dr<br>Bensalem, PA 19020<br>Attn: Raja Rajan | Stream TV Networks, Inc<br>1105 William Penn Dr<br>Bensalem, PA 19020 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 8/30/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 90 | Business consulting | ERP vendor discussions cordinating license applivcation for MFG. Following up on annual auadit report for China Trading company  cash flow discussions,question on marine cargo insurance -Bill,Discussion wih Cubic ON MTBF testing . Planning and cordinatinfg with Iinuma and Pegetron Attorney moving tthe MPL and Spl and reducing Pegetron payable. | 95.00 | 8,550.00 |

**Total**   $8,550.00

# Invoice

Innoventures Group LLC 2012
1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 9/30/2019 | 201 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 9/30/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 92 | Business consulting | Sep , 2019 Visit Pegetron to finalize payable list and moving the machines Using Iinuma engineerrs FrankZhang and went thro plant lay out propsal,Talskr Dezan Shira Accounting legal firm =exploring usin that company to provide staffing support in accounting when we need, physical audit of our inventory at bonded ware house.it 48 pallets of Tcon board,38, lens and Open cells Meeting with Shad 9/28/19 | 95.00 | 8,740.00 |

**Total** $8,740.00

# Invoice

Innoventures Group LLC 2012

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 10/31/2019 | 202 |

### Bill To
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

### Ship To
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 10/31/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 85 | Business consulting | Visited Suzhou Bank with Lihua and updated account information sins articles of Assn changed to Inc mfg, Bills meeting on ERP system.Iinuma on alignment for small screen bonding,..construction quotation discussions, plant design review. Cash flow review bt Suby, Duscussion on cahonging roles at executive level , Following up on Leased building Modifications to get in compliance with township regulations.Visiting plan to Adept Chips. | 95.00 | 8,075.00 |

**Total**  $8,075.00

# Invoice

Innoventures Group LLC 2012

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 11/29/2019 | 203 |

**Bill To**

Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**

Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 11/29/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 82 | Business consulting | inv 203 ,Nov., 2019 Conversations with Shad on company issues, Conversation with land lord, Conversation with Sal on Final payment Frankzhnd wants to remove the construction trailer since the project is getting delayed Adept chips and good meeting with Madan | 95.00 | 7,790.00 |

**Total** $7,790.00

# Invoice

**Innoventures Group LLC 2012**

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 12/31/2019 | 204 |

### Bill To
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

### Ship To
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 12/31/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 82 | Business consulting | Inv#204 Dec,2019 Investor visit to leased building Meeting with Frank Zhang.. Conversation with Sal corporate attorney for Pegetron.Meeting on China issues-CES discussions with Shad, Ended the lease of old Suzhou office contract and got the deposit back activities in opening account at Shanghai HSBC bank Shad suggested canceling Stream Tv visit to CES to reduce expenses. . Worked on the expense reduction. managed to cancel reservation at Aria hotel for large group. Cancelled Setting up Booth. But CES management offered a small meeting room and assisted in bring small group of employees and meeting with Goggle and others. | 95.00 | 7,790.00 |

**Total** $7,790.00

# Invoice

Innoventures Group LLC 2012

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 1/31/2020 | 205 |

| Bill To | Ship To |
|---|---|
| Stream TV Networks, Inc<br>1105 William Penn Dr<br>Bensalem, PA 19020<br>Attn: Raja Rajan | Stream TV Networks, Inc<br>1105 William Penn Dr<br>Bensalem, PA 19020 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 1/31/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 78 | Business consulting | Inv#205 Jan,2020 Following on HSBC Bank account set up with Alic, He Mengayao Rosie etc, Following the development of Alsatair negotiations with Raja, CF review with Suby,, following with Dezan gfroup,,Discussions company options with the situations now., conversation with Lihua ,Conversation with Pegetron Attorney on payment CFO letter to employees .Talking to land lord on lease payments. | 95.00 | 7,410.00 |

**Total**     $7,410.00

# Invoice

**Innoventures Group LLC 2012**

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 2/28/2020 | 206 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 2/28/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 70 | Business consulting | Inv# 206, Feb 2020: Reading Corporate governance issues. Covid-18 impact on Taiwan and China operations shutting downConversation with Franklin on various Accounting issues. Talking to landlord on lease payments. Answering questions from Suzhou installation on schedule to get the ;plant ready. Cash flow discussions with Suby Call with Pegetron lawyer. | 95.00 | 6,650.00 |

**Total** $6,650.00

# Invoice

Innoventures Group LLC 2012

1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 3/31/2020 | 207 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 3/31/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 68 | Business consulting | Inv# 207 March,2020  Dan on insurance issue, Franklin on payables,Bud on step by step progress to manufacturing yield and quality to acceptable level. conversation with Jeffrey ion payables,Shad wants to stay as advisor to company, ADP seminar,. Bosch deal with see cubic. Furlough extension discussion. . | 95.00 | 6,460.00 |

**Total** $6,460.00

# Invoice

Innoventures Group LLC 2012
1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 4/30/2020 | 208 |

| Bill To | Ship To |
|---|---|
| Stream TV Networks, Inc<br>1105 William Penn Dr<br>Bensalem, PA 19020<br>Attn: Raja Rajan | Stream TV Networks, Inc<br>1105 William Penn Dr<br>Bensalem, PA 19020 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 4/30/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 65 | Business consulting | Inv# 208 April,2020:  Colin Mikkers It issues,Franklin on pay roll and tax issues, Leo riley condolence,Conversation with Alic and Frank Zhang on HSBC Bank account set up,Bill payment with Franklin, arsan payments, Problem with mail - Password rest with Colin, Discussion on professional liability insurance with Chubb, coordinating potential sample purchase from Hi sense.Conversation with Lora Camporeale of Chubb | 95.00 | 6,175.00 |

| | Total | $6,175.00 |
|---|---|---|

# Invoice

**Innoventures Group LLC 2012**
1105 William Penn Dr
Bensalem, PA 19020

| Date | Invoice # |
|---|---|
| 5/29/2020 | 209 |

**Bill To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020
Attn: Raja Rajan

**Ship To**
Stream TV Networks, Inc
1105 William Penn Dr
Bensalem, PA 19020

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 5/29/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 65 | Business consulting | INV# 209: May, 2020: Arsan settlement proposal, Avnet Payable issue, Conversation with Aj on delinquent pay roll, Providing Suby production time needed and cost for Building upgrade, Franklin pay roll and tax discussions, Alic on HSBC account status, Stream TV by laws review,, Asset transfer deliberations, omnibus agreement conversation on Google project meeting | 95.00 | 6,175.00 |

**Total** $6,175.00