# **EXHIBIT C**

Charles Robertson
Chase Bank Statement, December 2020 (redacted)

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 01, 2020 through December 31, 2020
Account Number: ████████1568

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00363122 1 AV 00.389

00363122 DRE 703 143 00121 NNNNNNNNNNNN T 1 000000000 68 0000146 P4670
CHARLES M ROBERTSON
10 VIA VISIONE UNIT 201
HENDERSON NV 89011-3769

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | ███ |
| Deposits and Additions | ███ |
| ATM & Debit Card Withdrawals | ███ |
| Electronic Withdrawals | ███ |
| Ending Balance | ███ |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | ███ | ███ |
| 12/02 | Remote Online Deposit            1 | ███ | |
| 12/02 | Paypal          Inst Xfer  Elisabethashlin Web ID: Paypalsi77 | ███ | |
| 12/03 | Paypal          Inst Xfer  Elisabethashlin Web ID: Paypalsi77 | ███ | |
| 12/07 | ADP Totalsource  Direct Dep          PPD ID: 9111111102 | 4,931.64 | |
| 12/07 | Capital One      Online Pmt 3B478P3Oiuxar8H Web ID: 9279744991 | ███ | |
| 12/09 | Capital One N.A. Capitalone 000036092138840 Web ID: 1510394779 | ███ | |
| 12/11 | Viera Condominiu L430016          PPD ID: 1200184758 | ███ | |
| 12/11 | Montelago Villag L430044          PPD ID: 1200145183 | ███ | |
| 12/11 | Centurylink    Speedpay    481016459      Web ID: 1880016491 | ███ | |
| 12/14 | ATM Withdrawal          12/12 220 W Lake Mead Pkwy Henderson NV Card 0310 | ███ | |
| 12/14 | Barclaycard US   Creditcard 751489525      Web ID: 2510407970 | ███ | |
| 12/14 | Bk of Amer Vl/Mc Online Pmt Ckf453855205POS Web ID: 9500000000 | ███ | |
| 12/16 | Citi Card Online Payment     4302952491 33557 Web ID: Citictp | ███ | |
| 12/22 | ADP Totalsource  Direct Dep          PPD ID: 9111111101 | 4,944.05 | |
| 12/28 | Remote Online Deposit            1 | ███ | |
| 12/28 | Fglifeinsco     Insur Prem       PPD ID: 1526033321 | ███ | |
| | Ending Balance | ███ | ███ |

Page 1 of 2