## **EXHIBIT F**

2016 Amendment to Convertible Note Issued by
Stream TV Networks, Inc. to Mediatainment, Inc.

## AMENDMENT TO CONVERTIBLE NOTE

THIS AMENDMENT dated as of December 6, 2016 ("**Amendment**") is between MediaTainment, Inc. or its registered assigns (the "**Holder**") having an office at 1105 William Penn Drive, Bensalem, PA 19020 and Stream TV Networks, Inc., a Delaware corporation (the "**Company**") having an office at 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103, and amends the Convertible Note dated December 30, 2010, as amended, between the Company and Holder ("**Note**"). All capitalized terms not herein defined shall have the meaning ascribed to them in the Note.

## W I T N E S S E T H

WHEREAS, the Company and Holder wish to further amend the Note such that the Maturity Date of the Note will be further extended.

NOW, THEREFORE, the parties hereto, in consideration of the mutual promises herein contained and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby agree to amend the Note as follows:

1. Unless otherwise specified herein, each term used herein that is defined in the Note shall have the meaning assigned to such term in the Note.

2. The Maturity Date of the Note is extended to December 30, 2019.

3. Except as expressly amended by this Amendment, the provisions of the Note shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed on the date first above written.

COMPANY: Stream TV Networks, Inc.                HOLDER:  MediaTainment, Inc.

By:_____               By:_____
Name:  Raja Rajan                                 Name: Mathu Rajan
Title:  COO                                       Title: CEO