## EXHIBIT G

Stream TV Networks, Inc.
Balance Sheet as of March 24, 2023

# Stream TV Networks, Inc.
## Balance Sheet
### As of March 24, 2023

**LIABILITIES AND EQUITY**

**Liabilities**

**Current Liabilities**

**Accounts Payable**

| | | |
|---|---|---:|
| 2000-00-01 Accounts Payable (TWN) | | 11,161.68 |
| 2000-00-02 Accounts Payable (GBP) | | 27,457.21 |
| 2000-00-03 Accounts Payable (EUR) | | 55,538.48 |
| 2000-00-04 Accounts Payable (CNY) | | 2,073,150.54 |
| 2000-00-05 Accounts Payable (JPY) | | 7,252,635.20 |
| 20000 2000-00-00 Accounts Payable | | 8,972,122.22 |
| 2000-00-10 Accounts Payable (Contra) | | 0.00 |
| **Total 20000 2000-00-00 Accounts Payable** | $ | **8,972,122.22** |
| Accounts Payable (A/P) - HKD | | 0.00 |
| **Total Accounts Payable** | $ | **18,392,065.33** |

**Credit Cards**

| | | |
|---|---|---:|
| 1001-00-25 Juniper Credit Card | | 0.00 |
| **Total Credit Cards** | $ | **0.00** |

**Other Current Liabilities**

**2100-00-00 Current Liability**

| | | |
|---|---|---:|
| 1540-00-10 Financing Fees Shad | | 0.00 |
| 2100-00-10 Accrued Expenses | | 347,953.56 |
| 2100-00-20 Short Term Loan from Shad | | 746,900.00 |
| 2100-00-25 Short-Term Loan - Hawk Note 14 | | 770,000.00 |
| 2100-00-27 Short term Loan from Mathu | | 265,600.00 |
| 2100-00-30 Versant Financing/Factor | | 0.00 |
| 2100-00-40 Advances from SLS Holdings VI LLC | | 0.00 |
| 2100-00-50 Short Term Financing Obligations | | -102,790.49 |
| 2100-10-00 Product warranty liability | | 0.00 |
| 2100-20-00 Loan | | 500,000.01 |
| 2100-20-10 Beneficial Bank Loan | | 0.00 |
| **Total 2100-20-00 Loan** | $ | **500,000.01** |
| 2100-30-10 Customer Deposits & Prepayments | | 0.00 |
| 2100-50-00 Accumulated Interest Payable | | 55,311,700.40 |
| 2200-00-00 Sales tax payable | | 156.00 |
| Short term Loan 2100-00-26 Short term Loan from GFT | | 576,970.00 |
| **Total 2100-00-00 Current Liability** | $ | **58,416,489.48** |
| 2100-00-28 Innoventures Group | | 1,364.04 |
| 2100-60-00 Intercompany Payable | | 16,195,000.00 |
| 2100-60-10 Intercompany Payable OTHER | | 863,831.89 |
| Direct Deposit Payable | | 0.00 |

**Payroll Liabilities**

| | | |
|---|---|---:|
| 529 COLLEGE PLAN - SAVINGS | | 100.00 |
| CA PIT / SDI | | 9,808.22 |
| CA SUI / ETT | | 2,598.75 |

1

| | | |
|---|---:|---:|
| **Federal Taxes (941/944)** | | 4,580.49 |
| **Federal Unemployment (940)** | | 711.31 |
| **FL Unemployment Tax** | | 123.75 |
| **NJ Income Tax** | | 0.00 |
| **NV Unemployment Tax** | | 476.88 |
| **PA Income Tax** | | 1,165.62 |
| **PA Local Tax** | | 1,324.21 |
| **PA Unemployment Tax** | | 3,821.13 |
| **TX Unemployment Tax** | | 11.11 |
| **Total Payroll Liabilities** | $ | 24,721.47 |
| **Total Other Current Liabilities** | $ | 75,501,406.88 |
| **Total Current Liabilities** | $ | 93,893,472.21 |
| **Long-Term Liabilities** | | |
|   2010-00-00 Longterm liability | | |
|     2010-00-05 HSBC PPP Loan | | 805,177.00 |
|     **2010-00-10 Convertible Debt** | | **895,590.68** |
|       2010-00-50 Legend Conv N/P | | 0.00 |
|     Total 2010-00-10 Convertible Debt | $ | 895,590.68 |
|     2010-00-20 Notes Payable to Investors | | |
|       2010-00-40 Notes Payable to SLS Holdings VI LLC | | |
|         2010-00-41 Note Payable to Vicis Investment | | 3,000,000.00 |
|         2010-00-42 Note Payable to SLS Holdings VI | | 3,000,001.00 |
|         2010-00-43 SLS Unsecured Loan | | 0.00 |
|           2010-00-01 Notes Payable to Shad | | 0.00 |
|         Total 2010-00-43 SLS Unsecured Loan | $ | 0.00 |
|       Total 2010-00-40 Notes Payable to SLS Holdings VI LLC | $ | 6,000,001.00 |
|       2010-00-44 Notes Payable to Vipul Patel | | 0.00 |
|       2010-00-45 Notes Payable to Hawk Investment | | 0.00 |
|       2010-00-46 Note Payable to Edinburgh Capital Management Limted | | 0.00 |
|       2010-00-48 Notes Payable James K Baudains | | 0.00 |
|       2010-00-49 Notes Payable Miridas Limited | | 0.00 |
|       2010-00-51 Notes Payable Matthew Hammond | | 0.00 |
|       2010-00-52 Notes Payable Vela Technologies PLC | | 0.00 |
|       2010-00-53 Notes Payable Sarah Caroline Drnec | | 0.00 |
|       2010-00-54 Notes Payable to Paul P. Kelly | | 0.00 |
|       2010-00-55 Notes Payable Ronald Mandell | | 0.00 |
|       2010-00-56 Notes Payable Dr. Gerald Laboda | | 0.00 |
|       2010-00-57 Notes Payable Marjonjac, LLC | | 0.00 |
|       2010-00-58 Notes Payable to Frederic J. Leonard | | 0.00 |
|       2010-00-59 Notes Payable 192.com Limited | | 0.00 |
|       2010-00-60 Notes Payable Alastair Duncan Hadifield Crawford | | 0.00 |
|       2010-00-61 Notes Payable Keith Gordon Marsden | | 0.00 |
|       2010-00-62 Notes Payable to S F Booth | | 0.00 |
|       2010-00-63 Notes Payable to Tarlton Parsons | | 0.00 |
|       2010-00-64 Notes Payable to Keith Young | | 0.00 |
|       2010-00-65 Notes Payable David and Valerie Brookland | | 0.00 |
|       2010-00-66 Notes Payable EBURY USD CLIENT ACC | | 0.00 |
|       2010-00-67 Notes Payable 1/Mr AR and Mrs. PS Orchard | | 0.00 |

| | | |
|---|---:|---:|
| **2010-00-68 Notes Payable to Jaystyle Ltd** | | 0.00 |
| **2010-00-69 Notes Payable to Silverwood Enterprises** | | 0.00 |
| **2010-00-70 Notes Payable to Mr. Laurence Catterson** | | 0.00 |
| **2010-00-72 Notes Payable Hamilton-Smith Nigel** | | 0.00 |
| **2010-00-73 Notes Payable to Edward J. Borkowski & Nancy B. McCormick** | | 0.00 |
| **2010-00-74 Notes Payable to Joseph A. Saiia** | | 0.00 |
| **2010-00-75 Notes Payable to David Simon** | | 0.00 |
| **2010-00-76 Notes Payable to Lisa Walsh** | | 0.00 |
| **2010-00-77 Notes Payable to Pepper Grove Holdings, Ltd** | | 0.00 |
| **2010-00-78 Notes Payable to JM Finn and Co** | | 0.00 |
| **2010-00-79 Notes Payable to Erlanger** | | 0.00 |
| **2010-00-80 Notes Payable to Intrinsyc Technologies** | | 0.00 |
| **2010-00-95 Hawk Notes Payable (other than 12% CPN)** | | |
|     2010-00-71 Notes Payable Hawk Investment Holdings, Ltd | | 9,620,025.00 |
|     2010-00-96 Notes Payable Hawk Invest Holdings - Curacao | | 42,228,825.00 |
|     2010-00-97 Hawk Loan #9 | | 788,670.00 |
|     2010-00-98 Hawk Loan #10 | | 4,757,865.00 |
|     2010-00-99 Hawk Loan #11, 12 & 13 | | 8,949,615.06 |
| **Total 2010-00-95 Hawk Notes Payable (other than 12% CPN)** | $ | 66,345,000.06 |
| **Total 2010-00-20 Notes Payable to Investors** | $ | 72,345,001.06 |
| **2010-00-30 Bridge Loan** | | 0.00 |
| **2010-10-10 Debt Discount** | | 0.01 |
|     1100-00-11 Pre Paid Interest -Hawk | | 0.00 |
|     1510-00-00 Legend Commissions | | 0.00 |
|     1520-00-00 Legend Finance Cost | | 0.00 |
|     1530-00-00 Vicis Finance Costs | | 0.00 |
|     1540-00-00 SLS Holdings VI Finance Costs | | -350,755.45 |
|     1550-00-00 Pref Series A Finance Costs | | 0.00 |
|     1560-00-00 New Offering Finance Costs | | 0.00 |
|     1570-00-00 Finance-Fee Hawk | | 0.00 |
|     1580-00-00 Legal-Fee Hawk Loan | | 0.00 |
|     1590-00-00 Signature Bank Escrow Fee - 12% CPN | | 0.00 |
|     1590-10-00 Alexander Bank Fee - 12% CPN | | 0.00 |
|     1590-15-00 Commissions & Fees - 12% CPN | | 0.00 |
|     1590-20-00 Dr. Richard Windsor Fee - K Benson | | 0.00 |
|     1590-30-00 Kleinwort Benson Fee re Intrinsyc NP | | 0.00 |
|     2010-10-15 Hawk Debt Discount | | -8,404,347.58 |
|     2010-10-16 Hawk Debt Discount (ST) | | -321,149.27 |
|     2010-10-50 Convertible Note Debt Discount | | 0.01 |
| **Total 2010-10-10 Debt Discount** | -$ | 9,076,252.28 |
| **2010-10-51 Old Debt Net Carrying Value** | | 0.00 |
| **2010-10-52 New Debt-FV** | | 0.00 |
| **Total 2010-00-00 Longterm liability** | $ | 64,969,516.46 |
| **2100-00-51 Long Term Financing Obligations** | | -1,290.37 |
| **2100-50-10 Accumulated Interest Payable (ST)** | | 5,775.00 |
| **2200-00-10 SLS Warranty Liability** | | 0.00 |
| **2200-00-11 Warrant Liability** | | 0.00 |
| **Total Long-Term Liabilities** | $ | 64,974,001.09 |
| **Total Liabilities** | $ | 158,867,473.30 |

| | | |
|---|---:|---:|
| **Equity** | | |
|   **30000 3020-20-00 Opening Bal  Equity** | | 21,560.51 |
|   **30100 3020-00-00 Capital Stock** | | 2,500.01 |
|     **3020-10-00 Preferred Stock Series A** | | |
|       **3020-10-10 Preferred Stock  Alexander** | | 0.00 |
|       **3020-10-20 Preferred Stock Series A  Investor Group** | | 1.15 |
|     **Total 3020-10-00 Preferred Stock Series A** | $ | 1.15 |
|     **3020-10-30 Common Stock - Exercise of Pref'd A Warrants** | | 90.88 |
|     **3020-10-31 Common Stock - Legend Conversion** | | 57,873,234.74 |
|     **3020-10-32 Common Stock - New Offering** | | 2,182,829.98 |
|   **Total 30100 3020-00-00 Capital Stock** | $ | 60,058,656.76 |
|   **3020-40-99 Additional Paid-In Capital** | | |
|     **3020-40-00 APIC - Park rent** | | 0.00 |
|     **3020-40-10 APIC - Converted Legend costs** | | 740,616.50 |
|     **3020-40-20 APIC-Debt Discounts & Warrants** | | 142,610,343.02 |
|     **3020-40-25 APIC-Series A** | | 6,141,550.68 |
|     **3020-40-30 APIC-Redemption of BCF** | | -2,441,259.45 |
|   **Total 3020-40-99 Additional Paid-In Capital** | $ | 147,051,250.75 |
|   **31000 3100-00-00 Currency Translation Adjustment** | | -369,119.23 |
|   **32000 3020-30-00 Retained Earnings** | | -272,011,537.29 |
|   **Net Income** | | -290.20 |
| **Total Equity** | -$ | 65,249,478.70 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 93,617,994.60 |

Friday, Mar 24, 2023 07:41:15 AM GMT-7 - Accrual Basis