**EXHIBIT H**

Stream TV Networks, Inc.
QuickBooks Accounting Report of Unpaid Bills
from Mediatainment, Inc.

## Unpaid Bills Report

### STREAM TV NETWORKS, INC.

All Dates

| DATE | TRANSACTION TYPE | NUM | LOCATION FULL NAME | DUE DATE | PAST DUE | AMOUNT | OPEN BALANCE |
|------|------------------|-----|--------------------|----------|----------|--------|--------------|
| Mediatainment, Inc | | | | | | | |
| 06/28/2019 | Bill | INV#116 for Jun, 2019 | Philadelphia-HQ | 07/08/2019 | 2268 | $5,000.00 | $5,000.00 |
| 07/31/2019 | Bill | INV#117 for July, 19 | Philadelphia-HQ | 08/10/2019 | 2235 | $5,000.00 | $5,000.00 |
| 08/30/2019 | Bill | INV#118 for Aug, 19 | Philadelphia-HQ | 09/09/2019 | 2205 | $5,000.00 | $5,000.00 |
| 09/30/2019 | Bill | INV#119 for  Sep, 19 | Philadelphia-HQ | 10/10/2019 | 2174 | $5,000.00 | $5,000.00 |
| 10/31/2019 | Bill | INV#120 for Oct,2019 | Philadelphia-HQ | 11/10/2019 | 2143 | $5,000.00 | $5,000.00 |
| 11/29/2019 | Bill | INV#121 for Nov,2019 | Philadelphia-HQ | 12/09/2019 | 2114 | $5,000.00 | $5,000.00 |
| 12/31/2019 | Bill | INV#122 for Dec,2019 | Philadelphia-HQ | 01/10/2020 | 2082 | $5,000.00 | $5,000.00 |
| 01/31/2020 | Bill | INV#123 for Jan, 2020 | Philadelphia-HQ | 02/10/2020 | 2051 | $5,000.00 | $5,000.00 |
| 02/28/2020 | Bill | INV#124 for Feb, 2020 | Philadelphia-HQ | 03/09/2020 | 2023 | $5,000.00 | $5,000.00 |
| 03/30/2020 | Bill | INV#125 for Mar, 2020 | Philadelphia-HQ | 04/09/2020 | 1992 | $5,000.00 | $5,000.00 |
| 04/30/2020 | Bill | INV#126 for Apr,20 | Philadelphia-HQ | 05/10/2020 | 1961 | $5,000.00 | $5,000.00 |
| 05/29/2020 | Bill | INV#127 for May, 20 | Philadelphia-HQ | 06/08/2020 | 1932 | $5,000.00 | $5,000.00 |
| **Total for Mediatainment, Inc** | | | | | | **$60,000.00** | **$60,000.00** |
| **TOTAL** | | | | | | **$60,000.00** | **$60,000.00** |