# **EXHIBIT I**

Mediatainment, Inc.
Outstanding Invoices Submitted to
Stream TV Networks, Inc.

**MEDIATAINMENT, INC**

1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2019 | 116 |

**Bill To**
Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 6/28/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month June, 2019 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

**MEDIATAINMENT, INC**

1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2019 | 117 |

**Bill To**

Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | | 7/31/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month July, 2019 | 5,000.00 | 5,000.00 |

**Total**   $5,000.00

# MEDIATAINMENT, INC

1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 8/30/2019 | 118 |

| Bill To |
|---|
| Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 8/30/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month August 2019 | 5,000.00 | 5,000.00 |

| | Total | $5,000.00 |
|---|---|---|

# Invoice

**MEDIATAINMENT, INC**
1105 WILLIAM PENN DR
BENSALEM, PA 19020

| Date | Invoice # |
|---|---|
| 9/30/2019 | 119 |

**Bill To**
Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 9/30/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month September, 2019 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

# MEDIATAINMENT, INC

1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 11/29/2019 | 121 |

**Bill To**
Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 11/29/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month Nov. 2019 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

# Invoice

**MEDIATAINMENT, INC**
1105 WILLIAM PENN DR
BENSALEM, PA 19020

| Date | Invoice # |
|---|---|
| 12/31/2019 | 122 |

**Bill To**
Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 12/31/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month Dec. 2019 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

# Invoice

**MEDIATAINMENT, INC**
1105 WILLIAM PENN DR
BENSALEM, PA 19020

| Date | Invoice # |
|---|---|
| 1/1/2020 | 123 |

**Bill To**
Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 1/1/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month Jan, 2020 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

# MEDIATAINMENT, INC

1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2020 | 124 |

**Bill To**

Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | | 2/28/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month Feb. 2020 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

**MEDIATAINMENT, INC**
1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2020 | 125 |

**Bill To**
Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | | 3/31/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month Mar, 2020 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

# MEDIATAINMENT, INC

1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2020 | 126 |

**Bill To**

Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 4/30/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month Apr, 2020 | 5,000.00 | 5,000.00 |

**Total** $5,000.00

# MEDIATAINMENT, INC
1105 WILLIAM PENN DR
BENSALEM, PA 19020

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2020 | 127 |

**Bill To**
Stream TV Networks
1105 William Penn drive
Bensalem, PA 19020

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 5/29/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Consulting | Book Keeping, Quick Book entries, Payroll, Account Payable, Account Receivable, Bank Reconciliation Services for the Month May, 2020 | 5,000.00 | 5,000.00 |

**Total** $5,000.00