**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> Stream TV Networks, Inc., *et al*. <br><br> The Debtors. | Chapter 11 <br><br> Bky. Case No. 23-10763 (DJB) <br><br> (Jointly Administered) |

## PRAECIPE TO WITHDRAW ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw the above-referenced entry of appearance as to the above caption.

                                                            Respectfully Submitted,

                                                              **WEISBERG LAW**

                                                              */s/ Matthew B. Weisberg*
                                                             Matthew B. Weisberg, Esquire
                                                            L. Anthony DiJiacomo, III, Esquire
                                                            7 South Morton Avenue
                                                            Morton, PA   19070
                                                            (610) 690-0801
                                                            (610) 690-0880 – Fax
                                                            mweisberg@weisberglawoffices.com
                                                            adijiacomo@weisberglawoffices.com
                                                            *Attorneys for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al*.<br><br>The Debtors. | Chapter 11<br><br>Bky. Case No. 23-10763 (DJB)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 30th day of September 2025, a true and correct copy of the foregoing Praecipe to Withdraw Entry of Appearance was served via e-filing on all counsel of record and upon all via email:

ANDREW J. BELLI
Coren & Ress, PC
2001 Market Street, Suite 3900
Philadelphia, PA 19103
abelli@kcr-law.com

STEVEN M. COREN
Coren & Ress, P.C.
2001 Market Street
Two Commerce Square, Suite 3900
Philadelphia, PA 19103
scoren@kcr-law.com

EDMOND M. GEORGE
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

MICHAEL D. VAGNONI
Obermayer Rebmann Maxwell & Hippel LLP

Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

                                      **WEISBERG LAW**

                                      */s/ Matthew B. Weisberg*
                                      Matthew B. Weisberg, Esquire
                                      L. Anthony DiJiacomo, III, Esq.
                                      *Attorneys for Plaintiff*