**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE**
**OF COURT TO FILE DOCUMENTS UNDER SEAL DOCKET NO.1099**

**PLEASE TAKE NOTICE** that Lewis Brisbois Bisgaard & Smith, LLP filed the *Lewis, Brisbois, Bisgaard & Smith, LLP's Motion for Leave of Court to File Documents Under Seal* (Docket No. 1099), on September 25, 2025 (the "**Motion**"). The sealed document attached as Exhibit 1 to the Motion is a Confidentiality Agreement dated July 7, 2023 between the Debtors, Visual Semiconductor Inc., and Rembrandt 3D Holdings, Ltd. (the "**Agreement**"). LBBS ceased to be Debtors' counsel upon the appointment of the Chapter 11 Trustee and had no client to consult to discuss the estate's position on whether the Agreement should be filed under seal or not, and filed the Motion in the excess of caution.

**PLEASE TAKE FURTHER NOTICE** that the Court has asked the parties to confer and resolve the issue regarding the confidential nature of the Agreement and to see if the parties

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

164576042.1   1

would give consent for the document to be public, or to file responses to the Motion by October 8, 2025 to allow the Court to decide the Motion. *See* Docket No. 1111.

**PLEASE TAKE FURTHER NOTICE** that Visual Semiconductor Inc., Rembrandt 3D Holdings, Ltd., and the Chapter 11 Trustee, William A. Homony, have conferred with LBBS and agreed that the Agreement is not confidential. The Agreement is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that the Motion is hereby withdrawn as moot, and without prejudice.

Submitted this 6th day of October 2025.

<div style="margin-left: 3em;">

/s/ Rafael X. Zahralddin
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Email: Rafael.Zahralddin@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted Pro Hac Vice)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (346) 241-4095
Email: Bennett.Fisher@lewisbrisbois.com

-and-

Keith Kodosky (admitted Pro Hac Vice)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
Telephone: (404) 467-8845
Email: Keith.Kodosky@lewisbrisbois.com

-and-

</div>

Scott D. Cousins (admitted Pro Hac Vice)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Telephone: (302) 985-6000
Email: scott.cousins@lewisbrisbois.com

Counsel to Lewis, Brisbois, Bisgaard & Smith, LLP