# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Stream TV Networks, Inc. *et al.*,** | : | **Bky. No. 23-10763 (DJB)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

## ORDER

**AND NOW,** this 31st day of October, 2025, upon consideration of the Trustee's Omnibus Motion (the "Motion") [Dkt. No. 1040], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART** as to the request for approval of the Settlement Agreement pursuant to Fed. R. Bankr. P. 9019; and

2. The Motion is **DENIED** as to all other requested relief.

**Date: October 31, 2025**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**