**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al.* | |
| The Debtors. | Bky. Case No. 23-10763 (DJB) |
| | (Jointly Administered) |

## APPELLANT VISUAL SEMICONDUCTOR, INC.'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO FED.R.BANK.P.8009(a)(1) RE ECF 1137 (NOTICE OF APPEAL RE ECF 1147)

Appellant, Visual Semiconductor, Inc. hereby submits the following Designation of Record and Statement of Issues pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), regarding the appeal currently pending before the United State4s District Court for the Eastern District of Pennsylvania, Civil Action No. 25-00197-DJB.

### STATEMENT OF ISSUES

1. Whether the trial (bankruptcy) court erred in granting the Motion to Compromise the settlement agreement by overruling the objection of respondent, Visual Semiconductor, Inc.

### DESIGNATION OF RECORD

In addition to all items required by Fed. R. Bank. P. 8009(a)(4), the following documents identified by Bankruptcy Court ECF Document Number:

| No. | Docket No. | Title |
|---|---|---|
| 1. | ECF 1040 | Motion to Approve Compromise under Rule 9019 with Rembrandt 3D Holding Ltd., Enforcing Defense and Indemnity Obligations of SeeCubic, Inc., and Granting Related Relief Filed by WILLIAM A. HOMONY |
| 2. | ECF 1041 | Notice of (related document(s):  Motion to Approve Compromise under Rule 9019 with Rembrandt 3D Holding Ltd., Enforcing Defense and Indemnity Obligations of SeeCubic, Inc., and Granting Related Relief) Filed by WILLIAM A. HOMONY. |
| 3. | ECF 1042 | Certificate of Service Filed by BMC Group Inc. |
| 4. | ECF 1045 | Response to Motion to Approve Compromise under Rule 9019 filed by Trustee WILLIAM A. HOMONY SeeCubic Inc.'s Response to Omnibus Motion of William A. Homony in his Capacity as Chapter 11 Trustee for Entry of an Order (1) Approving a Settlement Agreement with Rembrandt 3D Holding, Ltd. Pursuant to Fed. R. Bankr. 9019(a) and 11 U.S.C. § 105(a); (II) Enforcing Defense and Indemnity Obligations of SeeCubic, Inc.; and (III) Granting Related Relief Filed by SeeCubic, Inc. |
| 5. | ECF 1053 | Opposition Response to Motion to Approve |

| | | |
|---|---|---|
| | | Compromise under Rule 9019 filed by Trustee WILLIAM A. HOMONY. Filed by Visual Semiconductor, Inc. |
| 6. | ECF 1054 | Declaration re: of William A. Homony in Support of Omnibus Motion for Entry of an Order Approving Settlement Agreement wiht Rembrandt 3D Holding Ltd. and Enforcing Indemnity Obligations of SeeCubic, Inc. Filed by STEVEN M. COREN |
| 7. | ECF 1055 | Declaration re: of John D. Simmons in Support of Omnibus Motion for Entry of an Order Approving Settlement Agreement with Rembrandt 3D Holding Ltd. and Enforcing Indemnity Obligations of SeeCubic, Inc. Filed by STEVEN M. COREN |
| 8. | ECF 1056 | Expedited Motion for Leave to File Reply in Support of Motion to Approve Settlement Agreement filed by William A. Homony |
| 9. | ECF 1057 | Declaration in Support of Trustee's Motion filed by Andrew Peter DeMarco on behalf of Rembrandt 3D Holding LTD. |
| 10. | ECF 1058 | Supplemental Response Declaration in Support of Opposition to Motion to Approve Compromise under Rule 9019 filed by Trustee, William A. Homony |
| 11. | ECF 1060 | Supplemental Response to Motion to Approve Compromise under Rule |

| | | 9019 filed by Trustee, William A. Homony |
|---|---|---|
| 12. | ECF 1061 | Response Declaration of Mathu Rajan in Support of VSI's Opposition to Omnibus Motion by Chapter 11 Trustee |
| 13. | ECF 1062 | Expedited Motion to Continue Hearing On Motion to Approve Compromise under Rule 9019 Filed by Visual Semiconductor, Inc. |
| 14. | ECF 1063 | Notice of Intent to Offer Witnesses and Exhibits Filed by Visual Semiconductor, Inc. |
| 15. | ECF 1073 | Document in re: Witness and Exhibit List of William A. Homony, Chapter 11 Trustee, for September 8, 2025 Hearing Filed by STEVEN M. COREN |
| 16. | ECF 1074 | Exhibit SeeCubic, Inc.'s Witness and Exhibit List for September 8, 2025 Hearing Filed by Joseph Oliver Larkin on behalf of SeeCubic, Inc. |
| 17. | ECF 1075 | Document in re: WITNESS AND EXHIBIT LIST FOR SEPTEMBER 8, 2025 HEARING Filed by ANDREW PETER DEMARCO on behalf of Rembrandt 3D Holding Ltd.. |
| 18. | ECF 1076 | Second Notice of Intent to offer Witnesses and Exhibits Filed by Visual Semiconductor, Inc. |
| 19. | ECF 1078 | Declaration re: 2nd DECLARATION OF CHRISTOPHER A. MICHAELS IN SUPPORT OF MOTION UNDER |

| | | 9019 Filed by ANDREW PETER DEMARCO on behalf of Rembrandt 3D Holding Ltd. |
|---|---|---|
| 20. | ECF 1080 | Declaration re: Corrected 2nd DECLARATION OF CHRISTOPHER A. MICHAELS IN SUPPORT OF MOTION UNDER 9019 Filed by ANDREW PETER DEMARCO on behalf of Rembrandt 3D Holding Ltd. |
| 21. | ECF 1081 | Notice of Intent to Offer Supplement Declaration - Second Declaration of Mathu Rajan Filed by Visual Semiconductor, Inc. |
| 22. | ECF 1082 | Notice of Intent to Offer Supplemental Declaration - Third Declaration of Mathu Rajan Filed by Visual Semiconductor, Inc.. |
| 23. | ECF 1083 | Supporting Reply in Support of Omnibus to Motion to Approve Compromise under Rule 9019 filed by Trustee WILLIAM A. HOMONY Filed by WILLIAM A. HOMONY |
| 24. | ECF 1096 | Transcript regarding Hearing Held on 9-8-25 |
| 25. | ECF 1100 | Brief Post-Trial Brief in Further Support of Motion to Approve Compromise Under Rule 9019 with Rembrandt 3D Holding Ltd., Enforcing Defense and Indemnity Obligations of SeeCubic, Inc., and Granting Related Relief Filed by STEVEN M. COREN on behalf of WILLIAM A. HOMONY |

| 26. | ECF 1102 | Brief Filed by DANIEL JOSEPH RINK on behalf of Visual Semiconductor, Inc. |
| 27. | ECF 1103 | Supplemental Response to Motion to Approve Compromise under Rule 9019 filed by Trustee WILLIAM A. HOMONY |
| 28. | ECF 1104 | Brief POST-TRIAL BRIEF IN FURTHER SUPPORT OF OMNIBUS MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER Filed by ANDREW PETER DEMARCO on behalf of Rembrandt 3D Holding Ltd. |
| 29. | ECF 1116 | Response to Motion to Approve Compromise under Rule 9019 filed by Trustee WILLIAM A. HOMONY Filed by WILLIAM A. HOMONY |
| 30. | ECF 1122 | Opposition Brief Filed by DANIEL JOSEPH RINK on behalf of Visual Semiconductor, Inc. |
| 31. | ECF 1123 | Reply to Motion to Approve Compromise under Rule 9019 filed by Trustee WILLIAM A. HOMONY |
| 32. | ECF 1136 | Opinion |
| 33. | ECF 1137 | Order Granting in part, Denying in part; the request for approval of the Settlement Agreement pursuant to Fed. R. Bankr. P. 9019; and Denying Motion to all other requested relief. |

34.                    ECF 1147                    Notice of Appeal to
                                                   DISTRICT Court. . Fee
                                                   Amount $298.00 Filed by
                                                   Visual Semiconductor, Inc.



Respectfully Submitted,

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
7 South Morton Avenue
Morton, PA   19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
adijiacomo@weisberglawoffices.com
*Attorneys for Appellant*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al.* | |
| The Debtors. | Bky. Case No. 23-10763 (DJB) |
| | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 26th day of November 2025, a true and correct copy of the foregoing Designation of Record and Statement of Issues Pursuant to Fed.R.C.Bank.P.8009(a)(1) re ECF 1147 (Notice of Appeal re ECF 1137) filed by Visual Semiconductor, Inc. in the above-captioned chapter 9 bankruptcy case to be served on November 26, 2025, on all parties registered to receive CM/ECF service.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esq.
*Attorneys for Appellant*