**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (DJB) |

| | |
|---|---|
| In re:<br><br>Technovative Media, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (DJB)<br><br>(Jointly Administered) |

### LEWIS, BRISBOIS, BISGAARD & SMITH, LLP'S MOTION FOR SANCTIONS PURSUANT TO FED. R. BANKR. P. 9011 AND 28 U.S.C. § 1927

Lewis, Brisbois, Bisgaard & Smith, LLP ("LBBS"), pursuant to Fed. R. Bankr. P. 9013, 9014, and 9011, and 28 U.S.C. § 1927, brings this motion for sanctions ("Motion") against Steven M. Coren, Esq. ("Mr. Coren"), Coren & Ress, P.C. ("Coren & Ress"), Michael Vagnoni ("Mr. Vagnoni"), and Obermayer Rebman Maxwell & Hippel LLP ("Obermayer" and together with Mr. Coren, Coren & Ress, and Mr. Vagnoni the "Respondents"), Special Counsel to William A. Homony in his capacity as Chapter 11 Trustee ("Chapter 11 Trustee") regarding the *Objection of William Homony, Chapter 11 Trustee* (the "Objection"[2]) *to the Sixth Request for Payment on Account for Compensation and Reimbursement of Expenses of Lewis Brisbois Bisgaard & Smith LLP for the Periods December 1, 2023 through December 31, 2023 and January 1, 2024 through January 15, 2024* (the "Sixth Fee Request"[3]) *and the Final Application of LBBS for Allowance*

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

[2] Dkt. No. 808.

[3] Dkt. No. 722.

*and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2023, through January 15, 2024* (the "Final Fee Application"[4]).   As set forth in LBBS's accompanying Memorandum of Law, the Respondents are subject to sanctions for filing the Objection because (i) the Respondents filed the Objection for an objectively improper purpose, (ii) the Respondents' Objection is frivolous, (iii) the Respondents failed to undertake a reasonable factual investigation to ensure the Objection was objectively well-grounded in law and fact, and (iv) the Respondents' weaponization of the fee application process unreasonably and vexatiously multiplied the proceedings thereby imposing on LBBS excess costs, expenses, and attorneys' fees in the proceedings.

Dated: March 6, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Rafael X. Zahralddin-Aravena*

Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Tel: (302) 985-6000
Rafael.Zahralddin@lewisbrisbois.com

-and-

Bennett G. Fisher (admitted *pro hac vice*)
24 Greenway Plaza #1400
Houston, TX 77046
Tel: (346) 241-4095
Bennett.Fisher@lewisbrisbois.com

-and-

Keith Kodosky (admitted *pro hac vice*)
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
Tel: (404) 991-2183
Keith.Kodosky@lewisbrisbois.com

---

[4] Dkt. No. 723.

2

-and-

Minyao Wang (*pro hac* forthcoming)
7 World Trade Center
250 Greenwich Street, Floor 11
New York, NY  10007
Tel: (212) 232-1300
Minyao.Wang@lewisbrisbois.com

-and-

Jonathan Preziosi (*pro hac* forthcoming)
One Riverfront Plaza, Suite 800
Newark, NJ  07102
Tel: (973) 577-6260
Jonathan.Preziosi@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2026, I electronically filed the foregoing

Rule 11 Motion with the Clerk of Court using CM/ECF. I also certify that the foregoing document

is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on

all parties who are authorized to receive electronically Notice of Electronic Filing in this

bankruptcy case.

/s/ *Rafael X. Zahralddin-Aravena*_____
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Tel: (302) 985-6000
Rafael.Zahralddin@lewisbrisbois.com