**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (DJB)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)[1]** |
|  | : |  |

**WITNESS AND EXHIBIT LIST FOR MARCH 31, 2026, HEARING ON MOTION**
**OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR**
**ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT WITH**
**REMBRANDT 3D HOLDING, LTD. PURSUANT TO FED. R. BANKR. P. 9019(a)**
**AND 11 U.S.C. § 105(a) AND GRANTING RELATED RELIEF**

COMES NOW William A. Homony, in his capacity as Chapter 11 Trustee (the "Trustee")

of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc.

("Technovative," and collectively with Stream, the "Debtors") and files this Witness and Exhibit

List in connection with the hearing on the Trustee's *Motion for Entry of an Order Approving a*

*Settlement Agreement with Rembrandt 3D Holding Ltd. Pursuant to Fed. R. Bankr. P. 9019(a) and*

*11 U.S.C. § 105(a) and Granting Related Relief* [Dkt. No. 1183] (the "Motion") set for hearing on

March 31, 2026, at 1:00 p.m.

**TRUSTEE'S EXHIBITS**

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| T-1 | Trustee's Motion to Approve 2025 Settlement Agreement with Rembrandt 3D Holding Ltd. ("Omnibus Motion") [D.I. 1040] |  |  |  |
| T-2 | NY Settlement Agreement dated May 23, 2021 [Exhibit A to Omnibus Motion, D.I. 1040-1] |  |  |  |
| T-3 | Amendment to NY Settlement Agreement dated August 12, 2023 [Exhibit B to Omnibus Motion, D.I. 1040-2] |  |  |  |
| T-4 | Licensing Covenant dated August 14, 2023 [Exhibit C to Omnibus Motion, D.I. 1040-3] |  |  |  |

---

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned cases. (D.I. 81).

4910-3255-2604 v3

| Exh. | Description | Offered | Objection | Admitted |
|------|-------------|---------|-----------|----------|
| T-5 | Trustee's Indemnification Demand to SeeCubic, Inc. dated March 24, 2025 [Exhibit D to Omnibus Motion, D.I. 1040-4] | | | |
| T-6 | SeeCubic, Inc.'s Response to Trustee's Indemnification Demand dated June 24, 2025 [Exhibit E to Omnibus Motion, D.I. 1040-5] | | | |
| T-7 | Rembrandt Settlement Agreement [Exhibit F to Omnibus Motion, D.I. 1040-6] | | | |
| T-8 | Complaint in Pennsylvania District Court Action *Rembrandt 3D Holding Ltd. v. William A. Homony et al.*, Case No. 24-cv-06706-JMY [Exhibit G to Omnibus Motion, D.I. 1040-7] | | | |
| T-9 | Trustee's Reply in Support of Omnibus Motion [Exhibit A to Motion for Leave to File Reply, D.I. 1056-1] | | | |
| T-10 | Declaration of William A. Homony in Support of Omnibus Motion [D.I. 1054] | | | |
| T-11 | Declaration of John D. Simmons in Support of Omnibus Motion [D.I. 1055] | | | |
| T-12 | Declaration of Christopher A. Michaels in Support of Omnibus Motion [D.I. 1057] | | | |
| T-13 | June 3, 2025, Judgment against SeeCubic, Inc. in California Action *Kaushik Banerjee vs. SeeCubic, Inc. et al*. Case No. MSC21-02074 | | | |
| T-14 | Adversary Complaint in *Visual Semiconductor, Inc. v. Rembrandt 3D Holding, LTD., et al.*, Adv. No. 25-00197 (DJB) [D.I. 1071] | | | |
| T-15 | Motion [D.I. 1183] | | | |
| T-16 | NY Settlement Agreement dated May 23, 2021 [Exhibit A to Motion, D.I. 1183-1] | | | |
| T-17 | Amendment to NY Settlement Agreement dated August 12, 2023 [Exhibit B to Motion, D.I. 1183-2] | | | |
| T-18 | Licensing Covenant dated August 14, 2023 [Exhibit C to Motion, D.I. 1183-3] | | | |
| T-19 | Rembrandt Settlement Agreement [Exhibit D to Motion, D.I. 1183-4] | | | |
| T-20 | VSI's Objection to Motion [D.I. 1189] | | | |
| T-21 | SeeCubic's Response to Motion [D.I. 1190] | | | |
| T-22 | Declaration of William A. Homony in Support of Motion [D.I. 1197] | | | |
| T-23 | Rembrandt Settlement Opinion [Exhibit A to Homony Declaration, D.I. 1197-1] | | | |
| T-24 | Hearing Transcript dated September 8, 2025 [Exhibit B to Homony Declaration, D.I. 1197-2] | | | |

4910-3255-2604 v3

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| T-25 | Hearing Transcript dated October 15, 2025 [Exhibit C to Homony Declaration, D.I. 1197-3] | | | |
| T-26 | Declaration of Christopher A. Michaels in Support of Motion [D.I. 1200] | | | |

The Trustee reserves the right to amend and/or supplement his Witness List and Exhibit List.  The Trustee further reserves the right to introduce any document designated by any other party in interest and any rebuttal documents.

**TRUSTEE'S WITNESSES**

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | William A. Homony | Testimony set forth in Declarations filed on 8/7/2025 [D.I. 1054] and 3/26/2026 [D.I. 1197]. |
| 2 | John D. Simmons | Testimony set forth in Declaration filed on 8/7/2025 [D.I. 1055] and forthcoming Declaration. |
| 3 | Christopher A. Michaels | Testimony set forth in Declarations filed on 8/7/2025 [D.I. 1057] and 3/27/2026 [D.I. 1200]. |

The Trustee reserves the right to call any other witness designated, identified or called to testify by any other party at the hearing for purpose of examination at the hearing and/or any rebuttal witness.

[*Signature contained on following page.*]

3

4910-3255-2604 v3

Respectfully submitted,

Dated: March 27, 2026

By: */s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
E-mail: edmond.george@obermayer.com
michael.vagnoni@obermayer.com

*Counsel to William Homony, Chapter 11 Trustee*

4

4910-3255-2604 v3