**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (DJB)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**ORDER**

AND NOW, this ____ day of _____, 2026, upon consideration of the Motion for

Sanctions Pursuant to Fed. R. Bankr. P. 9011 and 28 U.S.C. § 1927 filed by Lewis, Brisbois,

Bisgaard & Smith, LLP ("LBBS") [D.I. No. 1185], and the Trustee's objection thereto, it is

hereby ORDERED that the Motion is DENIED.

_____
DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE