**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (DJB)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**DECLARATION OF STEVEN M. COREN IN SUPPORT OF RESPONDENTS'
OBJECTION TO THE MOTION OF LEWIS, BRISBOIS, BISGAARD & SMITH LLP
FOR SANCTIONS PURSUANT TO FED. R. BANKR. P. 9011 AND 28 U.S.C. § 1927**

I, Steven M. Coren, hereby declare as follows:

1.      I am special counsel to William A. Homony, in his capacity as Chapter 11 Trustee of the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media, Inc.

2.      I make this declaration on my own knowledge and belief in support of the Respondents' Objection to the Motion for Sanctions Pursuant to Fed. R. Bankr. P. 9011 and 28 U.S.C. § 1927 filed by Lewis, Brisbois, Bisgaard & Smith, LLP.

3.      The Appendix attached hereto contains true and correct copies of the documents cited in the Objection.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2026            */s/ Steven M. Coren*
                    Steven M. Coren, Esquire
                    COREN & RESS, P.C.
                    Two Commerce Square, Suite 3900
                    2001 Market Street
                    Philadelphia, PA 19103
                    Telephone: (215) 735-8700
                    scoren@kcr-law.com
                    *Special Counsel to the Trustee*