## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 8, 2026, I electronically filed the Trustee's Objection to the Motion for Sanctions Pursuant to Fed. R. Bankr. P. 9011 and 28 U.S.C. § 1927 filed by Lewis, Brisbois, Bisgaard & Smith, LLP using CM/ECF and that the filing will be served by transmission of Notice of Electronic Filing generated by CM/ECF on all parties who are authorized to receive electronic notice in this bankruptcy case.

*/s/ Steven M. Coren*
Steven M. Coren, Esquire
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
scoren@kcr-law.com
*Special Counsel to the Trustee*
