UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STREAM TV NETWORKS, INC. et al | : | Bankruptcy No. 23-10763 (DJB) |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors | : | |
| | : | |

**ORDER SCHEDULING EVIDENTIARY HEARING
ON ADMINISTRATIVE CLAIM REQUEST**

**AND NOW** the Court having originally held a status conference on March 10, 2026 and April 14, 2026 relating to the Local Rule 2016-5 Sixth Request For Payment On Account For Compensation And Reimbursement Of Expenses Of Lewis Brisbois Bisgaard & Smith, LLP Counsel For The Debtors, For The Periods December 1, 2023 Through December 31, 2023 and January 1, 2024 Through January 15, 2024 [Dkt. No. 722], and the Final Application Of Lewis Brisbois Bisgaard & Smith LLP For Allowance And Payment Of Compensation And Reimbursement of Expenses For The Period From March 15, 2023 Through January 15, 2024 [Dkt. No. 723] (collectively, the "Application"), and the Chapter 11 Trustee's Objection thereto, and the parties agreeing to a trial time, the Court sets down the following deadlines and procedures for the evidentiary hearing:

1.     On or before July 27, 2026, the parties shall jointly prepare and submit a Joint Pre-Trial Statement addressing the following issues:

    a.  Basis of jurisdiction. A statement setting forth whether any party disputes that the Court has jurisdictional and constitutional authority to enter a final order on

the Application because the matter is core or the parties' have otherwise consented to the Court's entry of a final order pursuant to 28 U.S.C. § 157(c)(2).

b. <u>Uncontested facts</u>. A statement of any facts pled which are uncontested.

c. <u>Facts which are in dispute</u>. A statement of the facts opposing counsel expects to present contrary evidence on the point at trial, or genuinely challenges the fact on credibility grounds.

d. <u>Damages or other relief</u>. A statement of damages claimed or relief sought. A party seeking damages shall for each cause of action pursued, list a detailed description of each item of damages claimed, the legal basis therefore, and state the amount of damages claimed. A party seeking relief other than damages shall list the exact form of relief sought with precise designations of persons, parties, places and things expected to be included in any order providing relief.

e. <u>Legal issues</u>. For each cause of action and affirmative defense to be pursued, the constitutional, statutory, regulatory and decisional authorities relied upon the elements to be proven at trial and a brief statement regarding which party has the burden of proof on each legal issue).

f. <u>Discovery to be submitted</u>. Confirmation of whether the parties intend to offer discovery items and/or depositions into evidence at trial. Prior to Trial, Counsel shall designate the deposition testimony by page/line reference and the number the interrogatory response(s) which shall be offered in evidence at trial.

g. <u>Motion(s) *In Limine*</u>: The parties shall identify any Motions *In Limine* that they believe need to be resolved prior to trial. The nature of the issue shall be described in sufficient detail to facilitate a discussion of the issue(s) at the beginning of trial or at the final pretrial conference and to permit the Court to issue an appropriate scheduling order, if necessary, for the filing and resolution of such Motion(s).

h. <u>Settlement certification</u>. A certification that the parties have participates in good faith settlement discussions without success.

Counsel for Applicant shall be responsible for initiation of the preparation of the Joint Pre-Trial Statement due no later than July 20, 2026.

2.    To the extent the parties wish to jointly request a settlement conference, the parties may jointly contact Chambers to advise of the parties' interest and determine available scheduling.

3.       To the extent either party believes that a final Pre-Trial Conference in advance of the commencement of trial is needed, such party should determine the parties' joint availability for a zoom conference and contact Chambers to determine available scheduling.

4.       Any exhibit lists, witness lists and any witness declarations intended to be submitted as direct testimony shall be filed on the Docket **no later than 5:00 p.m. prevailing eastern time on August 5, 2026**.  The Court reserves the right to exclude any exhibit or witness not identified on the submitted lists.

5.       Trial shall commence on the Motion (with Applicant's case in chief) at **9:30 a.m. prevailing eastern time on August 10, 2026 and continuing through August 14, 2026**.

6.       Trial (including all witnesses and counsel seeking to be heard) shall be conducted in person in **Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania**.

7.       Trial days will begin at **9:30 a.m. and continue through 12:30 p.m.  After a lunch recess, trial will resume at 2:00 p.m. and continue through 5:00 p.m. on each trial day**.

8.       Each of the Applicant and the Chapter 11 Trustee (and any persons aligned with them who seek to be heard in support or opposition) are hereby allocated fifteen (15) trial hours.  The fifteen (15) hours allocated to the Applicant will include the conclusion of their case in chief and any rebuttal.  The fifteen (15) hours allocated to the Chapter 11 Trustee will include any opposition. The Court will use a "chess clock" method to conduct of trial.  Any time spent by a particular party examining direct witnesses, cross-examining adverse witnesses or making substantive argument shall be counted against that party's allocated trial time.  The Court will advise the parties at the conclusion of each session of the time that has elapsed.

9.      At the conclusion of the trial on August 14, 2026 the Court will discuss the appropriateness of further post-trial submissions together with limitations and deadlines related thereto.

10.      Trial dates and all deadlines are firm and **may be continued only in exceptional circumstances on Motion and leave of Court**.

Dated: April 16, 2026

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge