**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al*. | Bky. Case No. 23-10763 (DJB) |
| The Debtors. | (Jointly Administered) |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1.      Name(s) of appellant(s):  Visual Semiconductor, Inc.

2.      Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
❑      Plaintiff
❑      Defendant
❑      Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding.
❑      Debtor
❑      Creditor
❑      Trustee
**X** Other (describe)  Creditor/Interested Party

**Part 2: Identify the subject of this appeal**
1.      Describe the judgment—or the appealable order or decree—from which the appeal is taken:

Order Approving Settlement Agreement with Rembrandt 3D Holdings Ltd. Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) and 11 U.S.C. § 105(a) and Granting Related Relief

2.      State the date on which the judgment—or the appealable order or decree was entered:

ECF No. 1211 - April 14, 2026

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  (See Attachment)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

      **Not Applicable**  Appellant(s) elect to have the appeal heard by the United States District  Court rather than by   the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Joseph H. Lemkin*
Joseph H. Lemkin, Esq. (admitted pro-hac vice)

*/s/ Marshall T. Kizner*
Marshall T. Kizner, Esq.

Stark & Stark P.C.
100 American Metro Blvd.
Hamilton, NJ 08619
609.896.9060

Fee waiver notice. If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed.R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.

**Addendum to Part 3: Identify the Other Parties to the Appeal**

| Party:<br>William A. Homony, Trustee | Attorneys:<br>ANDREW J. BELLI<br>Coren & Ress, PC<br>2001 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Tel: (215) 735-8700<br>Email: abelli@kcr-law.com<br><br>STEVEN M. COREN<br>2001 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Tel: (215) 735-8700<br>Email: scoren@kcr-law.com<br><br>MICHAEL D. VAGNONI<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>Tel: (215) 665-3066<br>Fax: (215) 665-3165<br>Email: michael.vagnoni@obermayer.com |
|---|---|
| Party:<br>Rembrandt 3D Holding Ltd. | Attorneys:<br>ANDREW DEMARCO, ESQ.<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Tel: (302) 449-9010<br>Fax: (302) 353-4251<br>ademarco@devlinlawfirm.com<br><br>CHRIS MICHAELS, ESQ.<br>Brown & Michaels, PC<br>400 M & T Bank Building<br>118 North Tioga Street<br>Ithaca, NY 14850<br>Tel: (607) 256-2000<br>Fax: (607) 256-3628<br>Email: michaels@bpmlegal.com |

3

| Party: | Attorneys: |
|---|---|
| SeeCubic, Inc. | JOSEPH O. LARKIN<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-3000<br>Fax: (302) 651-3001<br>Email: Joseph.Larkin@skadden.com<br><br>JAMES J. MAZZA, JR.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>320 South Canal Street<br>Chicago, Illinois 60606<br>Tel: (312) 407-0700<br>Fax: (312) 407-0411<br>Email: James.Mazza@skadden.com<br><br>EBEN P. COLBY<br>MARLEY ANN BRUMME<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>500 Boylston Street, 23rd Floor<br>Boston, Massachusetts 02116<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822<br>Email: Eben.Colby@skadden.com<br>Email: Marley.Brumme@skadden.com |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 28, 2026, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF

to those parties registered to receive electronic notices of filing in this case, and via email to the

Trustee as follows:


William A. Homony as the Chapter 11 Trustee
MILLER COFFEY TATE LLP
1628 John F. Kennedy Blvd., Ste 950
Philadelphia, PA 19103
bhomony@mctllp.com

Steven M. Coren, Esq.
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
scoren@kcr-law.com
*Special Counsel to the Trustee*

Edmond M. George, Esq.
Michael D. Vagnoni, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Michael.vagnoni@obermayer.com
*Bankruptcy Counsel to the Trustee*


Dated: April 28, 2026

/s/ Joseph H. Lemkin
Joseph H. Lemkin, Esq.

5