**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC. [1]<br><br>Debtor. | Chapter 11<br><br>Bky No.: 23-10763 (MDC) |
| In re:<br><br>TECHNOVATIVE MEDIA, INC.<br><br>Debtor. | Chapter 11<br><br>Bky No.: 23-10764 (MDC)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE RE

| | |
|---|---|
| Docket No. 1261 | MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT WITH LEWIS BRISBOIS BISGAARD & SMITH LLP PURSUANT TO FED. R. BANKR. P. 9019(a) AND 11 U.S.C. § 105(a) AND GRANTING RELATED RELIEF |
| Docket No. 1262 | NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). Their corporate headquarters is located at 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103. The location of the Debtor's service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

2. On August 4, 2026, at the direction of Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Chapter 11 Trustee, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

| | |
|---|---|
| Exhibit A | Re all the above documents, the Core/2002/Top Creditor Parties referenced in Service List Nos. 82690, 82691, and 82709. |
| | Re Docket No. 1262, the Creditor Matrix Parties referenced in Service List No. 82692. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 10th day of August, 2026.

/s/ Bradford Daniel
Bradford Daniel

# Stream TV Networks

**Total number of parties: 332**

## Exhibit A - Stream TV Network

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82692 | 1AAASTREAM TV NETWORKS, INC., 209 CHESTNUT STREET, 3RD FLOOR, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82692 | 1AAATECHNOVATIVE MEDIA, INC., 2009 CHESTNUT STREET, 3RD FLOOR, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82692 | 3DETROIT FILM CO. LLC, 2385 N PINE CENTER ST, WEST BLOOMFIELD, MI, 48323 | US Mail (1st Class) |
| 82692 | ABU DHABI INVESTMENT COUNCIL, PO BOX 61999, ABU DHABI, UNITED ARAB EMIRATES | US Mail (1st Class) |
| 82692 | AC LORDI, 1801 MARKET ST STE 1700, PHILADELPHIA, PA, 19103-1634 | US Mail (1st Class) |
| 82691 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA | US Mail (1st Class) |
| 82692 | ADRIAN & ROTH PERSONALBERATUNG GMBH, TENGSTRAßE 45, MUNCHEN, 80796 GERMANY | US Mail (1st Class) |
| 82692 | ADVANCED IMAGING SOCIETY, 16027 VENTURA BLULEVARD, SUITE #301, ENCINO, CA, 91436 | US Mail (1st Class) |
| 82690 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), 1251 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY, 10020, DONALD.DAVID@AKERMAN.COM | E-mail |
| 82690 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), 1251 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY, 10020, MARK.LICHTENSTEIN@AKERMAN.COM | E-mail |
| 82690 | AKERMAN LLP, JOHN H. THOMPSON, (RE: VISUAL SEMICONDUCTOR, INC.), 750 NINTH STREET, N.W.,, SUITE 750, WASHINGTON, DC, 20001, JOHN.THOMPSON@AKERMAN.COM | E-mail |
| 82690 | AKERMAN, LLP, R. ADAM SWICK, (RE: VISUAL SEMICONDUCTOR, INC.), 500 W. 5TH STREET,, SUITE 1210, AUSTIN, TX, 78701, ADAM.SWICK@AKERMAN.COM | E-mail |
| 82692 | ALBANY DIRECTORS LIMITED, ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GUERENSEY, GY1 4LA CHANNEL ISLANDS | US Mail (1st Class) |
| 82692 | ALBANY DIRECTORS LIMITED, (RE: HAWK INVESTMENT HOLDINGS LTD., AS COLLATERAL, ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GUERENSEY, GY1 4LA CHANNEL ISLANDS | US Mail (1st Class) |
| 82692 | ALLIANCE INTERNATIONAL LAW OFFICES, 7F -1, NO.58, SEC. 3, ZHONGSHAN N RD, ZHONGSHAN DIST., TAIPEI CITY, 10452 TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82692 | ALVARTE TECHNOLOGY LLP, S NO29, PL52, OFFICE #201, BHAMA EMRALD, SATARA ROAD, DHANKAWADI, PUNE, MAHARASHTRA, 411043 INDIA | US Mail (1st Class) |
| 82692 | AMANDA VON AHNEN, 105 EDWARDS RUN ROAD, MOUNT ROYAL, NJ, 08061 | US Mail (1st Class) |
| 82692 | AON RISK SERVICES, INC. OF NEW YORK, 111 WALL STREET, NEW YORK, NY, 10043 | US Mail (1st Class) |
| 82690 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131, VINOD@NICHANILAWFIRM.COM | E-mail |
| 82691 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 82692 | ARIA RESORT-CASINO AT CTYCNTR, 4882 FRANK SINATRA DR, LAS VEGAS, NV, 89158 | US Mail (1st Class) |
| 82692 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 400 PARK AVE., 12TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 82692 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 2005 MARKET STREET, 29TH FLOOR, ONE COMMERCE SQUARE, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82692 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 1717 PENNSYLVANIA AVENUE NW, SUITE 400, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 82692 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 1007 NORTH MARKET STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | AVNET EM, 2211 SOUTH 47TH STREET, PHOENIX, AZ, 85034 | US Mail (1st Class) |
| 82690 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, VESPERM@BALLARDSPAHR.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82690 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, MCKEEVASSALLOE@BALLARDSPAHR.COM | E-mail |
| 82690 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, GRUGANT@BALLARDSPAHR.COM | E-mail |
| 82690 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, DALUZT@BALLARDSPAHR.COM | E-mail |
| 82692 | BDO USA, LLP, 1801 MARKET ST STE 1200, PHILADELPHIA, PA, 19103-1601 | US Mail (1st Class) |
| 82690 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), 127 PUBLIC SQUARE, SUITE 4900, CLEVELAND, OH, 44114-1284, JVONDERHEYDT@BENESCHLAW.COM | E-mail |
| 82690 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT'L), 1313 N. MARKET STREET, SUITE 1201, WILMINGTON, DE, 19801, JHOOVER@BENESCHLAW.COM | E-mail |
| 82692 | BLUE OCEAN PARTNERS, 100 QUEENS RD, CENTRAL, HONG KONG, CHINA | US Mail (1st Class) |
| 82692 | BMC GROUP, INC., 600 FIRST AVENUE, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 82692 | BOE, NO. 668 RD XINZHAN, GENERAL PILOT ZONE, HEIFEI, ANHUI, 230012 CHINA | US Mail (1st Class) |
| 82692 | BOUSTEAD SECURITIES, 6 VENTURE STREET, SUITE 395, IRVINE, CA, 92618 | US Mail (1st Class) |
| 82692 | BRADFORD CAPITAL HOLDINGS, LP, ATTN: BRIAN BRAGER, C/O BRADFORD CAPITAL MANAGEMENT, LLC, PO BOX 4353, CLIFTON, NJ, 07012 | US Mail (1st Class) |
| 82692 | BRAUW BLACKSTONE WESTBROEK N.V., ATT: R.G. KLOPPENBURG; E.R. MEERDINK, RE: SHADRON L. STASTNEY, CLAUDE DEBUSSYLAAN 80, P.O. BOX 75084, AMSTERDAM, 1070 AB NETHERLANDS | US Mail (1st Class) |
| 82690 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), 4TH FLOOR - M&T BANK BUILDING, 118 NORTH TIOGA STREET, ITHACA, NY, 14850, MICHAELS@BPMLEGAL.COM | E-mail |
| 82692 | BUBBLE COMMUNICATIONS, EAST SIDE COMPLEX - ROOM 555, PINEWD STUDIOS PINEWD RD BUCKINGHAMSHIRE, IVER HEATH, SL0 0NH UNITED KINGDOM | US Mail (1st Class) |
| 82692 | BUCHANAN INGERSOLL & ROONEY PC, 919 NORTH MARKET STREET, SUITE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82690 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134, WENDY@CADENCE.COM | E-mail |
| 82691 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 82692 | CALIFORNIA DEPT OF TAX AND FEE AM, ACCOUNT INFO. GROUP, MIC 29, PO BOX 942879, SACRAMENTO, CA, 94279-0029 | US Mail (1st Class) |
| 82692 | CALIFORNIA FRANCHISE TAX BOARD, BANKRUPTCY SECTION, MS: A-340, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | US Mail (1st Class) |
| 82692 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC, 28272-1083 | US Mail (1st Class) |
| 82692 | CAPITAL ONE-5, PO BOX 71083, CHARLOTTE, NC, 28272-1083 | US Mail (1st Class) |
| 82692 | CCH INCORPORATED (WOLTERS KLUWER), PO BOX 4307, CAROL STREAM, IL, 60197-4307 | US Mail (1st Class) |
| 82692 | CHARLES ROBERTSON, 9339 WOODLEY AVE, NORTH HILLS, CA, 91343 | US Mail (1st Class) |
| 82692 | CHARLES ROBERTSON, 10 VIA VISIONE, UNIT 201, HENDERSON, NV, 89011 | US Mail (1st Class) |
| 82692 | CHE WEI CHANG, NO.50, ALY. 63, LN517, SEC. 1, RENHE RD, DAXI DIST, TAOYUAN CITY, 335 TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82692 | CHE WEI CHANG, 327 CAMPHOR AVENUE, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 82691 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 82692 | CITI CARDS, PO BOX 9001037, LOUISVILLE, KY, 40290-1037 | US Mail (1st Class) |
| 82692 | CITTONE DEMERS & ARNERI LLP, 11 BROADWAY, SUITE 615, NEW YORK, NY, 10040 | US Mail (1st Class) |
| 82692 | CITY OF PHILADELPHIA LAW DEPT, TAX & REVENUE UNIT, 1401 JFK BLVD, 5TH FLOOR, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82692 | CNA INSURANCE, PO BOX 790094, ST LOUIS, MO, 63179-0094 | US Mail (1st Class) |
| 82692 | CONCUR TECHNOLOGIES, INC., 62157 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 82692 | CONFERENCE TECHNOLOGIES, INC., 11653 ADIE ROAD, MARYLAND HEIGHTS, MO, 63043 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82692 | CORAL VISION LTD, EASTON HOUSE, MANOR WAY, OXSHOTT, KT22 0HU UNITED KINGDOM | US Mail (1st Class) |
| 82692 | CORE TECHNOLOGY LLC, PO BOX 799, GLOUCESTER, VA, 23061 | US Mail (1st Class) |
| 82692 | COREN & RESS, P.C., STEVEN M. COREN, TWO COMMERCE SQUARE,, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82690 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103, ABELLI@KCR-LAW.COM | E-mail |
| 82690 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103, SCOREN@KCR-LAW.COM | E-mail |
| 82690 | COREN & RESS, P.C., STEVEN M. COREN, (RE: INNOVENTURES AND MEDIATAINMENT), 2001 MARKET STREET, TWO COMMERCE SQUARE, SUITE 3900, PHILADELPHIA, PA, 19103, SCOREN@KCR-LAW.COM | E-mail |
| 82690 | COREN & RESS, PC, ANDREW J. BELLI, (RE: INNOVENTURES AND MEDIATAINMENT), 2001 MARKET STREET,, SUITE 3900, PHILADELPHIA, PA, 19103, ABELLI@KCR-LAW.COM | E-mail |
| 82692 | CORPORATE FILINGS, LLC, 30 NORTH GOULD STREET, SUITE 70001, SHERIDAN, WY, 82801 | US Mail (1st Class) |
| 82692 | COUSINS LAW, BRANDYWINE PLAZA WEST, 1521 CONCORD PIKE, SUITE 301, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 82692 | COVERALL NORTH AMERICA, INC., 2955 MOMENTUM PLACE, CHICAGO, IL, 60689 | US Mail (1st Class) |
| 82692 | CRYSLINK TECHNOLOGIES CO., LTD, COMPUTER VILLAGE, IKEJA, LAGOS, OTTA, NIGERIA | US Mail (1st Class) |
| 82692 | CT LIEN SOLUTIONS, PO BOX 301133, DALLAS, TX, 75303-1133 | US Mail (1st Class) |
| 82692 | DANIEL J RINK, 1017 E 28TH STREET, HOUSTON, TX, 77009 | US Mail (1st Class) |
| 82690 | DANIEL JOSEPH RINK, ESQUIRE, (RE: VISUAL SEMICONDUCTOR, INC.), 1017 E. 28TH STREET, HOUSTON, TX, 77009, DAN.RINK@VISUALSEMI.COM | E-mail |
| 82692 | DELAWARE SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 82691 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | US Mail (1st Class) |
| 82692 | DELL FINANCIAL SERVICES, ONE DELL WAY, ROUND ROCK, TX, 78682 | US Mail (1st Class) |
| 82692 | DEMARTINO AND ASSOCIATES LLC, 875 UNION AVE., BOULDER, CO, 80304 | US Mail (1st Class) |
| 82691 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | US Mail (1st Class) |
| 82691 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | US Mail (1st Class) |
| 82690 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), 1526 GILPIN AVENUE, WILMINGTON, DE, 19806, ADEMARCO@DEVLINLAWFIRM.COM | E-mail |
| 82690 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), 1526 GILPIN AVENUE, WILMINGTON, DE, 19806, DLFLITPARAS@DEVLINLAWFIRM.COM | E-mail |
| 82692 | DEZAN SHIRA & ASSOCIATES, SUITE EF06, EAST TOWER, TWIN TOWERS, B12, JIAN GUO MEN WAI AVENUE, BEIJING, 100022 CHINA | US Mail (1st Class) |
| 82692 | DIGITAL CONTENT PROTECTION LLC, 3855 SW 153RD DRIVE, BEAVERTON, OR, 97006 | US Mail (1st Class) |
| 82692 | DILWORTH PAXSON LLP, 1500 MARKET STREET, SUITE 3500E, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82691 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | US Mail (1st Class) |
| 82692 | DLA PIPER LLP(US), 650 S EXETER ST STE 1100, BALTIMORE, MD, 21202-4576 | US Mail (1st Class) |
| 82690 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, ROBERT N.C. NIX FEDERAL BUILDING, 900 MARKET STREET, SUITE 320, PHILADELPHIA, PA, 19107, USTPREGION03.PH.ECF@USDOJ.GOV | E-mail |
| 82690 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, ROBERT N.C. NIX FEDERAL BUILDING, 900 MARKET STREET, SUITE 320, PHILADELPHIA, PA, 19107, JOHN.SCHANNE@USDOJ.GOV | E-mail |
| 82692 | DUNNER LAW PLLC, 3243 P STREET, N W, WASHINGTON, DC, 20007 | US Mail (1st Class) |
| 82691 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | US Mail (1st Class) |
| 82692 | EMA DESIGN AUTOMATION, 225 PARK TECH DR, ROCHESTER, NY, 14623 | US Mail (1st Class) |
| 82692 | EME ENTERPRISE INC., 3470 DEPOT RD, HAYWARD, CA, 94545-2714 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82692 | ENDEAVOR, JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82692 | ENDEAVOR, (RE: IMG MEDIA, LTD.), JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82692 | ENDEAVOR, (RE: TRANS WORLD INTERNATIONAL, LLC), JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82692 | ENG LAW FIRM, CHI ENG, 269 LEXINGTON AVE, 2ND FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 82692 | ERIC SINGER, 200 E 71ST STR, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 82692 | ESPN INC MISCELLANEOUS, PO BOX 732527, DALLAS, TX, 75373-2527 | US Mail (1st Class) |
| 82692 | FARRUKH SHAH KAHN, 1564 KOOSER ROAD, SAN JOSE, CA, 95118 | US Mail (1st Class) |
| 82692 | FENG TSANG CORPORATION - TWN, 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82692 | FERRY JOSEPH P.A., JOHN D MCLAUGHLIN JR, ATTY AT LAW, 1521 CONCORD PIKE SUITE 202, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 82692 | FERRY JOSEPH P.A., (RE: JAMUNA TRAVELS, INC.), JOHN D MCLAUGHLIN JR, ATTY AT LAW, 1521 CONCORD PIKE SUITE 202, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 82692 | FHP CONSULTANTS LTD, GODDARD’S GREEN BARN, GODDARD’S GREEN ROAD, BENENDEN, KENT, TN17 4AR UNITED KINGDOM | US Mail (1st Class) |
| 82692 | FIRST SENTINEL ADVISORY LIMITED, OFFICE SUITE 12A, 55 PARK LANE, LONDON, W1K 1QG UNITED KINGDOM | US Mail (1st Class) |
| 82692 | FORNAX ASSOCIATES LTD., 70C 16 BUCKHOLD RD, LONDON, SW18 4FY UNITED KINGDOM | US Mail (1st Class) |
| 82692 | FREWIN & CLOSE LTD., 18 OAKLEY STREET, LONDON, SW3 5NT UNITED KINGDOM | US Mail (1st Class) |
| 82692 | FTI CONSULTING (CHINA) LIMITED, UNIT 2101-04, CENTRAL PLAZA, 227 HUANGPI (N) ROAD, SHANGHAI, 200003 CHINA | US Mail (1st Class) |
| 82692 | FULL FRONTAL GROUP FZ LLE, UNIT P12, RIMAL THE WALK, JBR, PO BOX 487177, DUBAI, UNITED ARAB EMIRATES | US Mail (1st Class) |
| 82692 | GAME 7 STAFFING, 31 NAVASOTA ST UNIT 250, AUSTIN, TX, 78702-0102 | US Mail (1st Class) |
| 82692 | GLOBAL TAX MANAGEMENT, 656 E SWEDESFORD RD , SUITE 200, WAYNE, PA, 19087 | US Mail (1st Class) |
| 82692 | GLOBAL TAX MANAGEMENT, INC., DENNIS JOHNSON, 656 E. SWEDESFORD ROAD, SUITE 200, WAYNE, PA, 19087 | US Mail (1st Class) |
| 82692 | GOOGLE PURCHASE ORDERS, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA, 94043 | US Mail (1st Class) |
| 82691 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | US Mail (1st Class) |
| 82692 | HAWK INVESTMENT HOLDINGS LTD., AS COLLATERAL AGENT, AARON S. ROTHMAN, AS COLLATERAL AGENT, 300 S. TRYON ST., STE. 1000, CHARLOTTE, NC, 28202 | US Mail (1st Class) |
| 82692 | HDMI, 550 S WINCHESTER BLVD, SUITE 515, SAN JOSE, CA, 95128 | US Mail (1st Class) |
| 82692 | HOANG NGUYEN, 359 DALE DRIVE, SAN JOSE, CA, 95127 | US Mail (1st Class) |
| 82690 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA, SUZHOUSJG@163.COM | E-mail |
| 82690 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA, DAVID@HJ-PACKING.COM | E-mail |
| 82691 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA | US Mail (1st Class) |
| 82692 | HOWELL INTERNATIONAL TRADE FAIR LTD, 5A-601 HOUXIANDAICHENG,NO.16 BAIZIWAN RD, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 82692 | HSBC BANK USA, N.A., 140 BROADWAY, SUITE 5020, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 82692 | HUDSON VALUATION GROUP LLC, ONE GLENLAKE PARKWAY, SUITE #700, ATLANTA, GA, 30328 | US Mail (1st Class) |
| 82692 | IAN R. LISTON, ESQ., AS RECEIVER PENDENTE LITE, WILSON SONSINI GOODRICH & ROSATI, PC & STIBBE NV, 222 DELAWARE AVENUE, STE 800, WILMINGTON, DE, 19801-222 | US Mail (1st Class) |
| 82691 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82690 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM, MEDIA.AR@IMG.COM | E-mail |
| 82691 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM | US Mail (1st Class) |
| 82692 | IMG MEDIA, LTD., ISABELLE MERCER, VP & COUNSEL, ENDEAVOR, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82692 | IMG MEDIA, LTD., JENNIFER R. HOOVER, BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 1313 N. MARKET ST., STE 1201, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | INFOCOMM INTERNATIONAL, 11242 WAPLES MILL RD, SUITE 200, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 82690 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020, INNOVENTURESGROUPLLC@GMAIL.COM | E-mail |
| 82691 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82691 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82692 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82692 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET ST., MAIL STOP 5 Q30 133, PHILADELPHIA, PA, 19104-5016 | US Mail (1st Class) |
| 82692 | INTERNAL REVENUE SERVICE, 600 ARCH STREET, PHILADELPHIA, PA, 19106-1611 | US Mail (1st Class) |
| 82692 | INTERNAL REVENUE SERVICE, PO BOX 7346, DEPARTMENT OF TREASURY, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82692 | INTERNAL REVENUE SERVICE, JULIA CARLONE, BANKRUPTCY SPECIALIST, 600 ARCH STREET, PHILADELPHIA, PA, 19106-1611 | US Mail (1st Class) |
| 82692 | IQH3D, 6800 SW 40TH STREET, SUITE 298, MIAMI, FL, 33155 | US Mail (1st Class) |
| 82692 | ITAYA MISA (TWD), 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82692 | IZON, 2005 TREE FORK LANE, SUITE 109, LONGWOOD, FL, 32750 | US Mail (1st Class) |
| 82692 | JAMUNA TRAVELS, INC., 6439 MARKET STREET, UPPER DARBY, PA, 19082-6439 | US Mail (1st Class) |
| 82691 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | US Mail (1st Class) |
| 82692 | JIH-CHUN YEH, 4F NO. LN232 ZHIXIANG 1ST ST, ZHONGLI DIST, TAOYUAN CITY, 320 CHINA | US Mail (1st Class) |
| 82692 | JINSHENG, 12/F SANTOI BUILDING, 137-139 CONNAUGHT ROAD, CENTRAL HONG KONG, CHINA | US Mail (1st Class) |
| 82692 | JOVEAI, 48511 WARM SPRINGS BLVD STE 211, FREMONT, CA, 94539-7746 | US Mail (1st Class) |
| 82690 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202, MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 82690 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202, AARON.ROTHMAN@KLGATES.COM | E-mail |
| 82690 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202, JON.EDEL@KLGATES.COM | E-mail |
| 82690 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), 600 KING STREET, SUITE 901, WILMINGTON, DE, 19801, STEVEN.CAPONI@KLGATES.COM | E-mail |
| 82690 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), 599 LEXINGTON AVENUE, NEW YORK, NY, 10022, TOM.WARNS@KLGATES.COM | E-mail |
| 82692 | KAREN S DONOVAN, 393 MYSTIC ST, ARLINGTON, MA, 02474 | US Mail (1st Class) |
| 82692 | KAUSHIK BANERJEE, 342 STANFORTH COURT, SAN RAMON, CA, 94582 | US Mail (1st Class) |
| 82692 | KENNETH W CARROLL, 8379 SWEET BRIAR COURT, LIBERTY TOWNSHIP, OH, 45044 | US Mail (1st Class) |
| 82692 | KEVIN CABOT, 11 RUE PAUL LANGEVIN, SAINT OUEN, 93400 FRANCE | US Mail (1st Class) |
| 82692 | KLEINWORT BENSON (GBP), 14 ST. GEORGE STREET, LONDON, W1S 1FE UNITED KINGDOM | US Mail (1st Class) |
| 82690 | KURTZMAN \| STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, (RE: SSG ADVISORS, LLC), 101 N. WASHINGTON AVENUE,, SUITE 4A, MARGATE, NJ, 08403, KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 82692 | LARSON AND ZIRZOW, LLC, MATTHEW C. ZIRZOW, 850 E. BONNEVILLE AVE., LAS VEGAS, NV, 89101 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82691 | LARSON AND ZIRZOW, LLC, MATTHEW C. ZIRZOW, (RE: VISUAL TECHNOLOGY INNOVATIONS, INC.), 850 E. BONNEVILLE AVE., LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 82691 | LAW OFFICE OF MICHAEL SCHWARTZ, MICHAEL SETH SCHWARTZ, (RE: MATHU RAJAN), 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | US Mail (1st Class) |
| 82692 | LAW OFFICES OF YOUNG K PARK, 2009 CHESTNUT STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82692 | LEE AND KO, HANJIN BULIDING, 63 NAMDAEMUN-RO, JUNG-GU, SEOUL, 04532 SOUTH KOREA | US Mail (1st Class) |
| 82690 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, (RE: VISUAL SEMICONDUCTOR), 1105 BONNER, HOUSTON, TX, 77007, LMCLARK@LEIFMCLARK.COM | E-mail |
| 82692 | LEO RILEY, 225 AQUA LANE, DELRAN, NJ, 08075 | US Mail (1st Class) |
| 82692 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, 575 E SWEDESFORD RD STE 102, WAYNE, PA, 19087-1625 | US Mail (1st Class) |
| 82692 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, ONE RIVERFRONT PLAZA, SUITE 800, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 82690 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 82690 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 82709 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046 | US Mail (1st Class) |
| 82690 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, (RE: LEWIS BRISBOIS BISGAARD & SMITH LLP), ONE RIVERFRONT PLAZA, SUITE 800, NEWARK, NJ, 07102, JONATHAN.PREZIOSI@LEWISBRISBOIS.COM | E-mail |
| 82709 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, (RE: LEWIS BRISBOIS BISGAARD & SMITH LLP), ONE RIVERFRONT PLAZA, SUITE 800, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 82690 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, 550 E. SWEDESFORD ROAD, SUITE 270, WAYNE, PA, 19087, RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 82709 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, 550 E. SWEDESFORD ROAD, SUITE 270, WAYNE, PA, 19087 | US Mail (1st Class) |
| 82690 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801, SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 82709 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | LEWIS BRISBOIS BISGAARD & SMITH, LLP, 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82690 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, 500 DELAWARE AVENUE,, SUITE 700, WILMINGTON, DE, 19801, SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 82692 | LEXENCE N.V., 500, AMSTELVEENSEWEG, AMSTERDAM, KL, 1081 NETHERLANDS | US Mail (1st Class) |
| 82692 | LUIJKS ADVIES B V, VINKENKADE 41 R 3, VINKEVEEN, 3645 AP NETHERLANDS | US Mail (1st Class) |
| 82692 | LUONG D NGUYEN, 2801 CAMINO DEL REY, SAN JOSE, CA, 95132 | US Mail (1st Class) |
| 82691 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | US Mail (1st Class) |
| 82692 | MARCUM LLP, JOHN HELLER, 201 EAST LAS OLAS BOULEVARD, 21ST FLOOR, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 82690 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 82691 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131 | US Mail (1st Class) |
| 82691 | MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82692 | MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82692 | MATHU RAJAN, C/O MICHAEL SETH SCHWARTZ, LAW OFFICE OF MICHAEL SCHWARTZ, 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | US Mail (1st Class) |
| 82692 | MATREX EXHIBITS INC., 301 S. CHURCH STREET, ADDISON, IL, 60101 | US Mail (1st Class) |
| 82692 | MATREX EXHIBITS INC., HUCK BOUMA PC: ATTN: ERIC J MALNAR, 1755 SOUTH NAPERVILLE, WHEATON, IL, 60189 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82691 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 82692 | MATT J LO, 7322 CARTER AVE, NEWARK, CA, 94560 | US Mail (1st Class) |
| 82692 | MATTHEW LO, 7322 CARTER AVE, NEWARK, CA, 94560 | US Mail (1st Class) |
| 82692 | MCCARTER & ENGLISH, LLP, 405 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | MCCARTER & ENGLISH, LLP, JOSEPH LUBERTAZZI, JR., FOUR GATEWAY CENTER, 100 MULBERRY STREET, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 82692 | MEDIATAINMENT, INC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82692 | MEDIATAINMENT, INC (VENDOR WORK), 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82691 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | US Mail (1st Class) |
| 82690 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), 1628 JOHN F. KENNEDY BLVD, STE 950, PHILADELPHIA, PA, 19103, BHOMONY@MCTLLP.COM | E-mail |
| 82690 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), 1628 JOHN F. KENNEDY BLVD, STE 950, PHILADELPHIA, PA, 19103, MTOMLIN@MCTLLP.COM | E-mail |
| 82692 | MODULAR MOBILE GMBH, HANSAALLEE 201, DUSSELDORF, D-450549 GERMANY | US Mail (1st Class) |
| 82692 | MOTIVIT, 2880 ZANKER RD , SUITE 203, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 82692 | MR AARON LAMKIN, 793A EAST FOOTHILL BLVD #43, SAN LUIS OBISPO, CA, 93405 | US Mail (1st Class) |
| 82692 | MTL SHIPPING & INVESTMENT LTD, MARK WALPOLE, MTL SHPNG & INVSTMNT LTD, HILLSIDE, CROCKNORTH ROAD, EAST HORSLEY, SURREY, KT24 5TF UNITED KINGDOM | US Mail (1st Class) |
| 82692 | MUNI MOHAN, 2728 116TH AVE NE, MINNEAPOLIS, MN, 55449-6010 | US Mail (1st Class) |
| 82692 | MWL INTERNATIONAL LTD, DAVID WALPOLE, 1 PAPER MEWS, 330 HIGH STREET, DORKING, SURREY, RH4 2TU UNITED KINGDOM | US Mail (1st Class) |
| 82692 | NEVADA DEPT. OF EMPLOYMENT, TRAINING & REHABILITATION, 500 E. THIRD STREET, CARSON CITY, NV, 89713 | US Mail (1st Class) |
| 82692 | NEW JERSEY DIVISION OF TAXATION, COMPLIANCE & ENFORCEMENT - BANKRUPTCY, 50 BARRACK STREET, 9TH FLOOR, PO BOX 245, TRENTON, NJ, 08695-0267 | US Mail (1st Class) |
| 82692 | NICHANI LAW FIRM, 84 W SANTA CLARA ST STE 700, SAN JOSE, CA, 95113-1809 | US Mail (1st Class) |
| 82692 | NICOLE MARIE MANEEN, 2394 BARBEREE DRIVE, CRESTVIEW, FL, 32536 | US Mail (1st Class) |
| 82690 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), CENTRE SQUARE WEST, 1500 MARKET ST, SUITE 3400, PHILADELPHIA, PA, 19102-2101, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82690 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), CENTRE SQUARE WEST, 1500 MARKET ST, SUITE 3400, PHILADELPHIA, PA, 19102-2101, KELSEY.SHERONAS@OBERMAYER.COM | E-mail |
| 82690 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), CENTRE SQUARE WEST, 1500 MARKET ST, SUITE 3400, PHILADELPHIA, PA, 19102-2101, WILLIAM.SALDUTTI@OBERMAYER.COM | E-mail |
| 82690 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, (RE: INNOVENTURES AND MEDIATAINMENT), CENTRE SQUARE WEST, 1500 MARKET STREET, SUITE 3400, PHILADELPHIA, PA, 19102, EDMOND.GEORGE@OBERMAYER.COM | E-mail |
| 82690 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, (RE: INNOVENTURES AND MEDIATAINMENT), CENTRE SQUARE WEST, 1500 MARKET STREET, SUITE 3400, PHILADELPHIA, PA, 19102, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82692 | OPEN SALES SOLUTIONS, LLC, 548 MARKET STREET,, SUITE 11745, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 82692 | PACTRON, 3000 PATRICK HENRY DR, SANTA CLARA, CA, 95054-1814 | US Mail (1st Class) |
| 82690 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN, SAL_LU@PEGATRONCORP.COM | E-mail |
| 82691 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN | US Mail (1st Class) |
| 82692 | PENN PARK INVESTMENTS LLC, Y WAN LEE, C/O LAW OFFICES OF YOUNG K PARK, PO BOX 2195, PHILADELPHIA, PA, 19103-0195 | US Mail (1st Class) |
| 82690 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82691 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 82692 | PENNSYLVANIA DEPT OF LABOR, OFFICE OF UNEMPLOYMENT COMP TAX SRVCS, COLLECTIONS SUPPORT UNIT, 651 BOAS ST., ROOM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 82691 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 82692 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 82692 | PENNSYLVANIA DEPT OF REVENUE, PO BOX 280905, HARRISBURG, PA, 17128-0905 | US Mail (1st Class) |
| 82691 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82692 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82692 | POLSINELLI PC, 222 DELAWARE AVENUE, SUITE 1101, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | PORTER DIGITAL SIGNAGE, 241 N CALDWELL CIRCLE, DOWNINGTOWN, PA, 19335 | US Mail (1st Class) |
| 82692 | PORTER DIGITAL SIGNAGE, JEFFREY S PORTER, 241 N CALDWELL CIRCLE, DOWNINGTON, PA, 19335 | US Mail (1st Class) |
| 82692 | PR NESWIRE ASSOCIATION, LLC, G PO BOX 5897, NEW YORK, NY, 10087-5897 | US Mail (1st Class) |
| 82690 | RAJA RAJAN, 5215 BISHOP VIEW CIRCLE, CHERRY HILL, NJ, 08002, RAJA@ADVISORY-CAPITAL-SOLUTIONS.COM | E-mail |
| 82692 | RAJA RAJAN, 5215 BISHOP VIEW CIRCLE, CHERRY HILL, NJ, 08002 | US Mail (1st Class) |
| 82690 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867, STEPHEN3D@MAC.COM | E-mail |
| 82691 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82692 | REMBRANDT 3D HOLDING, LTD, ANDREW DEMARCO, ESQ., DEVLIN LAW FIRM, LLC, 1526 GILPIN AVENUE, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 82692 | REMBRANDT 3D HOLDINGS LTD, STEPHEN K. BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82692 | REMBRANDT 3D HOLDINGS LTD, (RE: REMBRANDT 3D HOLDING, LTD), STEPHEN K. BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82692 | RL SYSTEMS, OLD POST OFFICE COTTAGE, POST OFFICE RD, INKPEN,, BERKSHIRE, RG17 9PY UNITED KINGDOM | US Mail (1st Class) |
| 82692 | ROBERT HALF MANAGEMENT SERVICES, 12400 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 82692 | ROBERT S FRENCH REVOCABLE TRUST 2018, 1712 KIMBERLY DR, SUNNYVALE, CA, 94087 | US Mail (1st Class) |
| 82690 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103, RMESSINA@RC.COM | E-mail |
| 82690 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103, DWRIGHT@RC.COM | E-mail |
| 82690 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103, KFIX@RC.COM | E-mail |
| 82692 | ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GY1 4LA GUERNSEY | US Mail (1st Class) |
| 82692 | RUFFENA CAPITAL LTD, PORTMAN HOUSE, 2 PORTMAN STREET, LONDON, W1H 6DU UNITED KINGDOM | US Mail (1st Class) |
| 82692 | SALAZAR LAW, 2000 PONCE DE LEON BOULEVARD, PENTHOUSE, CORAL GABLES, FL, 33134 | US Mail (1st Class) |
| 82692 | SARA LEONA ROBERTSON, 1900 TOMAHAWK DRIVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 82690 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103, PHILADELPHIA@SEC.GOV | E-mail |
| 82691 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82692 | SEECUBIC B V, PARK FORUM 1033 & 1035, EINDHOVEN, 5657 HJ NETHERLANDS | US Mail (1st Class) |
| 82692 | SEECUBIC INC, 667 MADISON AVE, FLOORS 4 & 5, NEW YORK, NY, 10055 | US Mail (1st Class) |
| 82692 | SEECUBIC INC, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, 500 BOYLSTON ST, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82692 | SEECUBIC INC., 251 LITTLE FALLS DRIVE, WILMINGTON, DE, 19808 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82692 | SEECUBIC INC., SHADRON STASTNEY, CEO, 667 MADISON AVE., FLOORS 4 & 5, NEW YORK, NY, 10055 | US Mail (1st Class) |
| 82692 | SEECUBIC INC., (RE: SEECUBIC INC), SHADRON STASTNEY, CEO, 667 MADISON AVE., FLOORS 4 & 5, NEW YORK, NY, 10055 | US Mail (1st Class) |
| 82692 | SIEMENS INDUSTRY SOFTWARE INC., 8005 SW BOECKMAN ROAD, WILSONVILLE, OR, 97070-8005 | US Mail (1st Class) |
| 82692 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82692 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82692 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82692 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JOSEPH O. LARKIN, ESQ., ONE RODNEY SQUARE, 920 N. KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), JOSEPH O. LARKIN, ESQ., ONE RODNEY SQUARE, 920 N. KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JAMES J. MAZZA, JR;JUSTIN M. WINERMAN, REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | US Mail (1st Class) |
| 82692 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), JAMES J. MAZZA, JR;JUSTIN M. WINERMAN, REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | US Mail (1st Class) |
| 82691 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, ALYSSA RUSSELL, ESQUIRE, (RE: SEECUBIC, INC.), 320 SOUTH CANAL STREET, CHICAGO, IL, 60606-5707 | US Mail (1st Class) |
| 82690 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), 500 BOYLSTON STREET, 23RD FLOOR, BOSTON, MA, 02116, EBEN.COLBY@SKADDEN.COM | E-mail |
| 82690 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), 500 BOYLSTON STREET, 23RD FLOOR, BOSTON, MA, 02116, MARLEY.BRUMME@SKADDEN.COM | E-mail |
| 82690 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720, JAMES.MAZZA@SKADDEN.COM | E-mail |
| 82690 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720, JUSTIN.WINERMAN@SKADDEN.COM | E-mail |
| 82690 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), ONE RODNEY SQUARE, 920 N. KING ST, WILMINGTON, DE, 19801, JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 82692 | SKC HAAS DISPLAY FILMS CO., 460,CHONHEUNG-RI,SONGGO-UB, CHUNGCHONGNAM-DO, CHONAN-CITY, 330-836 SOUTH KOREA | US Mail (1st Class) |
| 82691 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | US Mail (1st Class) |
| 82692 | SLS HOLDINGS VI, LLC, BRITTANY S. OGDEN, QUARLES & BRADY LLP, 33 EAST MAIN STREET,, SUITE 900, MADISON, WI, 53703 | US Mail (1st Class) |
| 82692 | SPECIAL COUNSEL, DEPT. CH 14305, PALATINE, IL, 60055-4305 | US Mail (1st Class) |
| 82690 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA, MATTJJLO@GMAIL.COM | E-mail |
| 82691 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 82690 | STARK & STARK, PC, JOSEPH H. LEMKIN, (RE: VISUAL SEMICONDUCTOR, INC.), 100 AMERICAN METRO BLVD., HAMILTON, NJ, 08619, MKIZNER@STARK-STARK.COM | E-mail |
| 82691 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82692 | STATE OF CALIFORNIA EMP DEV DEPT, PO BOX 826880, UIPCD, MIC 40, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82692 | STATE OF CALIFORNIA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82692 | STATE OF FLORIDA, DEPT. OF REVENUE, ATTN: MARK HAMILTON, P.O. BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 82692 | STOIT GROEP B V, VESTDIJK 23, EINDHOVEN, 5611 CA NETHERLANDS | US Mail (1st Class) |
| 82692 | STREAM TV INTERNATIONAL B V, PARK FORUM 1033 & 1035, EINDHOVEN, 5657 HJ NETHERLANDS | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82692 | SUBY JOSEPH, 48 COLLEEN CIRCLE, DOWNINGTOWN, PA, 19335 | US Mail (1st Class) |
| 82692 | SUZHOU INDSTRIAL EQUIPMNT INSTLATION GRP, NO. 3, CAIXIANG ROAD, SUZHOU, JIANGSU, CHINA | US Mail (1st Class) |
| 82692 | SYNOPSYS, 675 ALMANOR AVE STE 101, SUNNYVALE, CA, 94085-2925 | US Mail (1st Class) |
| 82692 | TD BANK, N A, PO BOX 16027, LEWISTON, ME, 04243-9513 | US Mail (1st Class) |
| 82692 | TECHNICAL LINK, 8461 LAKE WORTH ROAD, SUITE 225, LAKE WORTH, FL, 33467 | US Mail (1st Class) |
| 82692 | TEXAS WORKFORCE COMMISSION, P.O. BOX 149037, AUSTIN, TX, 78714-9037 | US Mail (1st Class) |
| 82690 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), MUNICIPAL SERVICES BUILDING, 1401 JFK BOULEVARD, 5TH FLOOR, PHILADELPHIA, PA, 19102-1595, PAMELA.THURMOND@PHILA.GOV | E-mail |
| 82692 | THOMAS JUNG HO PARK, 175 BUCKELEW AVE, BLDG 2-6, JAMESBURG, NJ, 08831 | US Mail (1st Class) |
| 82692 | THREE D HOLOGRAMS PVT LTD., 307 KILFIRE HOUSE, C-17 DALIA INDUSTRIAL AREA, NEW LINK ROAD, ANDHERI-WEST, MUMBAI, MAHARASHTRA, 400053 INDIA | US Mail (1st Class) |
| 82690 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010, MEDIAAR@IMG.COM | E-mail |
| 82691 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82692 | TRANS WORLD INTERNATIONAL, LLC, ISABELLE MERCIER, VP & COUNSEL, ENDEAVOR, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82692 | TRANS WORLD INTERNATIONAL, LLC, C/O J. HOOVER, BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, 1313 N. MARKET ST., STE. 1201, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82690 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000, AR@TRIPLECO.COM | E-mail |
| 82691 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000 | US Mail (1st Class) |
| 82692 | U.S. SMALL BUSINESS ADMINISTRATION, 409 3RD STREET, SW, WASHINGTON, DC, 204116 | US Mail (1st Class) |
| 82692 | UHAUL MOVING AND STORAGE OF CINNAMINSON, 201 US HIGHWAY 130 S, CINNAMINSON, NJ, 08077 | US Mail (1st Class) |
| 82690 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 82691 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071 | US Mail (1st Class) |
| 82692 | US LEGAL SUPPORT, 16825 NORTHCHASE DRIVE SUITE 900, HOUSTON, TX, 77060 | US Mail (1st Class) |
| 82692 | US LEGAL SUPPORT, INC., PO BOX 4772, HOUSTON, TX, 77210-4772 | US Mail (1st Class) |
| 82690 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078, PHIL@DARIVOFF.NET | E-mail |
| 82691 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |
| 82692 | VIA LICENSING CORPORATION, 1275 MARKET STREET, SAN FRANCISCO, CA, 94103-1410 | US Mail (1st Class) |
| 82692 | VIKAS KSHETRAPAL, 2287 ASHBOURNE DR, SAN RAMON, CA, 94583 | US Mail (1st Class) |
| 82692 | VISUAL APEX, INC, 7950 NE DAY ROAD W,, SUITE B, BAINBRIDGE ISLAND, WA, 98110 | US Mail (1st Class) |
| 82692 | VISUAL SEMICONDUCTOR, INC, R. ADAM SWICK, AKERMAN LLP, 500 W., 5TH STREET, SUITE 1210, AUSTIN, TX, 78701 | US Mail (1st Class) |
| 82692 | VISUAL SEMICONDUCTOR, INC, MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82692 | VISUAL SEMICONDUCTOR, INC., C/O STARK & STARK, PC, JOSEPH H. LEMKIN, 100 AMERICAN METRO BLVD., HAMILTON, NJ, 0819 | US Mail (1st Class) |
| 82691 | VISUAL TECHNOLOGY INNOVATIONS, INC., 1105 WILLIAM PENN DR., BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82692 | VISUAL TECHNOLOGY INNOVATIONS, INC., 1105 WILLIAM PENN DR., BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82692 | WAH WOO TAN, 243 SUMMERWIND DRIVE, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 82692 | WAI MING CHIU, 1798 CAPE CORAL DR, SAN JOSE, CA, 95133 | US Mail (1st Class) |
| 82692 | WAI MING CHIU, 1798 CAPE CORAL DRIVE, SAN JOSE, CA, 95133 | US Mail (1st Class) |
| 82692 | WALSH C H B INC, 189 SUNRISE HIGHWAY, SUITE# 302, ROCKVILLE CENTRE, NY, 11570 | US Mail (1st Class) |
| 82692 | WEIDA FREIGHT SYSTEM (HONG KONG) CO., LTD TAIWAN BRANCH FLAT, 402, 4/F , YEE KUK INDUSTRIAL CENTRE, 555 YEE KUK STREET, CHEUNG SHA WAN, KOWLOON, HONG KONG | US Mail (1st Class) |
| 82692 | WHARTON CAPITAL PARTNERS, 5720 LAGORCE DRIVE, MIAMI BEACH, FL, 33140 | US Mail (1st Class) |

**Exhibit A - Stream TV Network**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82692 | WILINE NETWORKS INC., PO BOX 102150, PASADENA, CA, 91189-2150 | US Mail (1st Class) |
| 82692 | WILLIAM HENNESSEY, 436 LEE PLACE, EXTON, PA, 19341 | US Mail (1st Class) |
| 82691 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82692 | WOLTERS KLUWER, BRIAN BARTHOLOMEW, 28 LIBERTY STREET 42ND FLOOR, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 82692 | WOLTERS KLUWER, (RE: CT LIEN SOLUTIONS), BRIAN BARTHOLOMEW, 28 LIBERTY STREET 42ND FLOOR, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 82692 | YEH, JIH-CHUN (CNY), 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82692 | YKP LAW, 2009 CHESTNUT STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82692 | YTH, 3/F HENG SHAN CENTRE, 145 QUEEN`S ROAD, WAN CHAI, HONG KONG, CHINA | US Mail (1st Class) |
| 82692 | ZACH LEHMAN, 1440 S STANLEY AVE, LOS ANGELES, CA, 90019 | US Mail (1st Class) |
| 82692 | ZEIFANG HSU, 101 BLAISDELL WAY, FREMONT, CA, 94536 | US Mail (1st Class) |
| 82692 | ZHONG LUN LAW FIRM, LEVEL 10 & 11, TWO IFC, 8 CENTURY AVENUE, PUDONG NEW AREA, SHANGHAI, 20021 CHINA | US Mail (1st Class) |
| 82692 | ZYGINTAS PAPARTIS (EUR), SARMOS G 7-2,, VILNIUS, 04126 LITHUANIA | US Mail (1st Class) |

**Subtotal for this group: 332**