**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC.<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No.: 23-10763 (DJB)<br><br>(Jointly Administered) [1] |

**CERTIFICATE OF SERVICE RE**

| | |
|---|---|
| Docket No. 1270 | EXPEDITED MOTION OF WILLIAM A. HOMONY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER (I) GRANTING EXPEDITED CONSIDERATION AND SHORTENED TIME; (II) APPROVING A SETTLEMENT AGREEMENT WITH MATHU RAJAN AND VISUAL SEMICONDUCTOR, INC. PURSUANT TO FED. R. BANKR. P. 9019(a) AND 11 U.S.C. § 105(a); AND (III) GRANTING RELATED RELIEF |
| Docket No. 1271 | ORDER [Re Expedited Hearing] |
| Docket No. 1272 | NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE [Re Docket No. 1270] |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On August 20, 2026, at the direction of Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Chapter 11 Trustee, copies of the above referenced documents were served in

[1] On Apil 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764. (D.I. 95)

the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

| | |
|---|---|
| Exhibit A | Re all the above documents, the Core/2002 Parties referenced in Service List Nos. 82745 (via email) and 82746 (via overnight mail). |
| | Re all the above documents, the Settlement Parties referenced in Service List No. 82747 (via overnight mail). |
| | Re Docket Nos. 1271 and 1272, the Creditor Matrix Parties referenced in Service List Nos. 82748 and 82749 (via first class mail). |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of August, 2026.

/s/ Bradford Daniel
Bradford Daniel

# Stream TV Networks

**Total number of parties: 316**

## Exhibit A - Stream TV Network

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82748 | 1AAASTREAM TV NETWORKS, INC., 209 CHESTNUT STREET, 3RD FLOOR, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82748 | 1AAATECHNOVATIVE MEDIA, INC., 2009 CHESTNUT STREET, 3RD FLOOR, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82748 | 3DETROIT FILM CO. LLC, 2385 N PINE CENTER ST, WEST BLOOMFIELD, MI, 48323 | US Mail (1st Class) |
| 82748 | ABU DHABI INVESTMENT COUNCIL, PO BOX 61999, ABU DHABI, UNITED ARAB EMIRATES | US Mail (1st Class) |
| 82748 | AC LORDI, 1801 MARKET ST STE 1700, PHILADELPHIA, PA, 19103-1634 | US Mail (1st Class) |
| 82745 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, MADANLOLUGU@ADEPTCHIPS.COM | E-mail |
| 82748 | ADRIAN & ROTH PERSONALBERATUNG GMBH, TENGSTRAßE 45, MUNCHEN, 80796 GERMANY | US Mail (1st Class) |
| 82748 | ADVANCED IMAGING SOCIETY, 16027 VENTURA BLULEVARD, SUITE #301, ENCINO, CA, 91436 | US Mail (1st Class) |
| 82745 | AKERMAN LLP, DONALD N. DAVID, DONALD.DAVID@AKERMAN.COM | E-mail |
| 82745 | AKERMAN LLP, DONALD N. DAVID, MARK.LICHTENSTEIN@AKERMAN.COM | E-mail |
| 82745 | AKERMAN LLP, JOHN H. THOMPSON, JOHN.THOMPSON@AKERMAN.COM | E-mail |
| 82745 | AKERMAN, LLP, R. ADAM SWICK, ADAM.SWICK@AKERMAN.COM | E-mail |
| 82748 | ALBANY DIRECTORS LIMITED, (RE: HAWK INVESTMENT HOLDINGS LTD., AS COLLATERAL, ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GUERENSEY, GY1 4LA CHANNEL ISLANDS | US Mail (1st Class) |
| 82748 | ALBANY DIRECTORS LIMITED, ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GUERENSEY, GY1 4LA CHANNEL ISLANDS | US Mail (1st Class) |
| 82748 | ALLIANCE INTERNATIONAL LAW OFFICES, 7F -1, NO.58, SEC. 3, ZHONGSHAN N RD, ZHONGSHAN DIST., TAIPEI CITY, 10452 TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82748 | ALVARTE TECHNOLOGY LLP, S NO29, PL52, OFFICE #201, BHAMA EMRALD, SATARA ROAD, DHANKAWADI, PUNE, MAHARASHTRA, 411043 INDIA | US Mail (1st Class) |
| 82747 | AMANDA VON AHNEN, 105 EDWARDS RUN ROAD, MOUNT ROYAL, NJ, 08061 | Federal Express Overnight |
| 82748 | AON RISK SERVICES, INC. OF NEW YORK, 111 WALL STREET, NEW YORK, NY, 10043 | US Mail (1st Class) |
| 82745 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, VINOD@NICHANILAWFIRM.COM | E-mail |
| 82748 | ARIA RESORT-CASINO AT CTYCNTR, 4882 FRANK SINATRA DR, LAS VEGAS, NV, 89158 | US Mail (1st Class) |
| 82748 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 2 LOGAN SQ STE 710, PHILADELPHIA, PA, 19103-2765 | US Mail (1st Class) |
| 82748 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 1717 PENNSYLVANIA AVENUE NW, SUITE 400, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 82748 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 1007 NORTH MARKET STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82748 | ARMSTRONG TEASDALE LLP, ATT: RESTRUCTURING GROUP, 400 PARK AVE., 12TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 82748 | AVNET EM, 2211 SOUTH 47TH STREET, PHOENIX, AZ, 85034 | US Mail (1st Class) |
| 82745 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, VESPERM@BALLARDSPAHR.COM | E-mail |
| 82745 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, MCKEEVASSALLOE@BALLARDSPAHR.COM | E-mail |
| 82745 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, GRUGANT@BALLARDSPAHR.COM | E-mail |
| 82745 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, DALUZT@BALLARDSPAHR.COM | E-mail |
| 82748 | BDO USA, LLP, 1801 MARKET ST STE 1200, PHILADELPHIA, PA, 19103-1601 | US Mail (1st Class) |
| 82745 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, JVONDERHEYDT@BENESCHLAW.COM | E-mail |
| 82745 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, JHOOVER@BENESCHLAW.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82748 | BLUE OCEAN PARTNERS, 100 QUEENS RD, CENTRAL, HONG KONG, CHINA | US Mail (1st Class) |
| 82748 | BMC GROUP, INC., 600 FIRST AVENUE, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 82748 | BOE, NO. 668 RD XINZHAN, GENERAL PILOT ZONE, HEIFEI, ANHUI, 230012 CHINA | US Mail (1st Class) |
| 82748 | BOUSTEAD SECURITIES, 6 VENTURE STREET, SUITE 395, IRVINE, CA, 92618 | US Mail (1st Class) |
| 82748 | BRADFORD CAPITAL HOLDINGS, LP, ATTN: BRIAN BRAGER, C/O BRADFORD CAPITAL MANAGEMENT, LLC, PO BOX 4353, CLIFTON, NJ, 07012 | US Mail (1st Class) |
| 82748 | BRAUW BLACKSTONE WESTBROEK N.V., ATT: R.G. KLOPPENBURG; E.R. MEERDINK, (RE: SHADRON L. STASTNEY), CLAUDE DEBUSSYLAAN 80, P.O. BOX 75084, AMSTERDAM, 1070 AB NETHERLANDS | US Mail (1st Class) |
| 82745 | BROWN & MICHAELS, PC, MICHAELS@BPMLEGAL.COM | E-mail |
| 82748 | BUBBLE COMMUNICATIONS, EAST SIDE COMPLEX - ROOM 555, PINEWD STUDIOS PINEWD RD BUCKINGHAMSHIRE, IVER HEATH, SL0 0NH UNITED KINGDOM | US Mail (1st Class) |
| 82748 | BUCHANAN INGERSOLL & ROONEY PC, 919 NORTH MARKET STREET, SUITE 1500, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82745 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, WENDY@CADENCE.COM | E-mail |
| 82748 | CALIFORNIA DEPT OF TAX AND FEE AM, ACCOUNT INFO. GROUP, MIC 29, PO BOX 942879, SACRAMENTO, CA, 94279-0029 | US Mail (1st Class) |
| 82748 | CALIFORNIA FRANCHISE TAX BOARD, BANKRUPTCY SECTION, MS: A-340, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | US Mail (1st Class) |
| 82748 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC, 28272-1083 | US Mail (1st Class) |
| 82748 | CAPITAL ONE-5, PO BOX 71083, CHARLOTTE, NC, 28272-1083 | US Mail (1st Class) |
| 82748 | CCH INCORPORATED (WOLTERS KLUWER), PO BOX 4307, CAROL STREAM, IL, 60197-4307 | US Mail (1st Class) |
| 82748 | CHARLES ROBERTSON, 9339 WOODLEY AVE, NORTH HILLS, CA, 91343 | US Mail (1st Class) |
| 82747 | CHARLES ROBERTSON, 10 VIA VISIONE, UNIT 201, HENDERSON, NV, 89011 | Federal Express Overnight |
| 82748 | CHE WEI CHANG, 327 CAMPHOR AVENUE, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 82748 | CHE WEI CHANG, NO.50, ALY. 63, LN517, SEC. 1, RENHE RD, DAXI DIST, TAOYUAN CITY, 335 TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82749 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 82748 | CITI CARDS, PO BOX 9001037, LOUISVILLE, KY, 40290-1037 | US Mail (1st Class) |
| 82748 | CITTONE DEMERS & ARNERI LLP, 11 BROADWAY, SUITE 615, NEW YORK, NY, 10040 | US Mail (1st Class) |
| 82748 | CITY OF PHILADELPHIA LAW DEPT, TAX & REVENUE UNIT, 1401 JFK BLVD, 5TH FLOOR, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82748 | CNA INSURANCE, PO BOX 790094, ST LOUIS, MO, 63179-0094 | US Mail (1st Class) |
| 82748 | CONCUR TECHNOLOGIES, INC., 62157 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 82748 | CONFERENCE TECHNOLOGIES, INC., 11653 ADIE ROAD, MARYLAND HEIGHTS, MO, 63043 | US Mail (1st Class) |
| 82748 | CORAL VISION LTD, EASTON HOUSE, MANOR WAY, OXSHOTT, KT22 0HU UNITED KINGDOM | US Mail (1st Class) |
| 82748 | CORE TECHNOLOGY LLC, PO BOX 799, GLOUCESTER, VA, 23061 | US Mail (1st Class) |
| 82748 | COREN & RESS, P.C., STEVEN M. COREN, TWO COMMERCE SQUARE,, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82745 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, ABELLI@KCR-LAW.COM | E-mail |
| 82745 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, SCOREN@KCR-LAW.COM | E-mail |
| 82745 | COREN & RESS, P.C., STEVEN M. COREN, SCOREN@KCR-LAW.COM | E-mail |
| 82745 | COREN & RESS, PC, ANDREW J. BELLI, ABELLI@KCR-LAW.COM | E-mail |
| 82748 | CORPORATE FILINGS, LLC, 30 NORTH GOULD STREET, SUITE 70001, SHERIDAN, WY, 82801 | US Mail (1st Class) |
| 82748 | COUSINS LAW, BRANDYWINE PLAZA WEST, 1521 CONCORD PIKE, SUITE 301, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 82748 | COVERALL NORTH AMERICA, INC., 2955 MOMENTUM PLACE, CHICAGO, IL, 60689 | US Mail (1st Class) |
| 82748 | CRYSLINK TECHNOLOGIES CO., LTD, COMPUTER VILLAGE, IKEJA, LAGOS, OTTA, NIGERIA | US Mail (1st Class) |
| 82748 | CT LIEN SOLUTIONS, PO BOX 301133, DALLAS, TX, 75303-1133 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82747 | DANIEL J RINK, 1017 E 28TH STREET, HOUSTON, TX, 77009 | **Federal Express Overnight** |
| 82745 | DANIEL JOSEPH RINK, ESQUIRE, DAN.RINK@VISUALSEMI.COM | **E-mail** |
| 82748 | DELAWARE SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, PO BOX 898, DOVER, DE, 19903 | **US Mail (1st Class)** |
| 82748 | DELL FINANCIAL SERVICES, ONE DELL WAY, ROUND ROCK, TX, 78682 | **US Mail (1st Class)** |
| 82746 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | **Federal Express Overnight** |
| 82748 | DEMARTINO AND ASSOCIATES LLC, 875 UNION AVE., BOULDER, CO, 80304 | **US Mail (1st Class)** |
| 82746 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | **Federal Express Overnight** |
| 82746 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | **Federal Express Overnight** |
| 82745 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, ADEMARCO@DEVLINLAWFIRM.COM | **E-mail** |
| 82745 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, DLFLITPARAS@DEVLINLAWFIRM.COM | **E-mail** |
| 82748 | DEZAN SHIRA & ASSOCIATES, SUITE EF06, EAST TOWER, TWIN TOWERS, B12, JIAN GUO MEN WAI AVENUE, BEIJING, 100022 CHINA | **US Mail (1st Class)** |
| 82748 | DIGITAL CONTENT PROTECTION LLC, 3855 SW 153RD DRIVE, BEAVERTON, OR, 97006 | **US Mail (1st Class)** |
| 82748 | DILWORTH PAXSON LLP, 1500 MARKET STREET, SUITE 3500E, PHILADELPHIA, PA, 19102 | **US Mail (1st Class)** |
| 82749 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | **US Mail (1st Class)** |
| 82748 | DLA PIPER LLP(US), 650 S EXETER ST STE 1100, BALTIMORE, MD, 21202-4576 | **US Mail (1st Class)** |
| 82745 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | **E-mail** |
| 82745 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, USTPREGION03.PH.ECF@USDOJ.GOV | **E-mail** |
| 82748 | DUNNER LAW PLLC, 3243 P STREET, N W, WASHINGTON, DC, 20007 | **US Mail (1st Class)** |
| 82749 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | **US Mail (1st Class)** |
| 82748 | EMA DESIGN AUTOMATION, 225 PARK TECH DR, ROCHESTER, NY, 14623 | **US Mail (1st Class)** |
| 82748 | EME ENTERPRISE INC., 3470 DEPOT RD, HAYWARD, CA, 94545-2714 | **US Mail (1st Class)** |
| 82748 | ENDEAVOR, (RE: IMG MEDIA, LTD.), JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | **US Mail (1st Class)** |
| 82748 | ENDEAVOR, (RE: TRANS WORLD INTERNATIONAL, LLC), JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | **US Mail (1st Class)** |
| 82748 | ENDEAVOR, JOHN COOPER, VICE PRESIDENT, C/O ISABELLE MERCIER, 200 5TH AVE., NEW YORK, NY, 10010 | **US Mail (1st Class)** |
| 82748 | ENG LAW FIRM, CHI ENG, 269 LEXINGTON AVE, 2ND FLOOR, NEW YORK, NY, 10017 | **US Mail (1st Class)** |
| 82748 | ERIC SINGER, 200 E 71ST STR, NEW YORK, NY, 10021 | **US Mail (1st Class)** |
| 82748 | ESPN INC MISCELLANEOUS, PO BOX 732527, DALLAS, TX, 75373-2527 | **US Mail (1st Class)** |
| 82748 | FARRUKH SHAH KAHN, 1564 KOOSER ROAD, SAN JOSE, CA, 95118 | **US Mail (1st Class)** |
| 82748 | FENG TSANG CORPORATION - TWN, 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | **US Mail (1st Class)** |
| 82748 | FERRY JOSEPH P.A., (RE: JAMUNA TRAVELS, INC.), JOHN D MCLAUGHLIN JR, ATTY AT LAW, 1521 CONCORD PIKE SUITE 202, WILMINGTON, DE, 19803 | **US Mail (1st Class)** |
| 82748 | FERRY JOSEPH P.A., JOHN D MCLAUGHLIN JR, ATTY AT LAW, 1521 CONCORD PIKE SUITE 202, WILMINGTON, DE, 19803 | **US Mail (1st Class)** |
| 82748 | FHP CONSULTANTS LTD, GODDARD’S GREEN BARN, GODDARD’S GREEN ROAD, BENENDEN, KENT, TN17 4AR UNITED KINGDOM | **US Mail (1st Class)** |
| 82748 | FIRST SENTINEL ADVISORY LIMITED, OFFICE SUITE 12A, 55 PARK LANE, LONDON, W1K 1QG UNITED KINGDOM | **US Mail (1st Class)** |
| 82748 | FORNAX ASSOCIATES LTD., 70C 16 BUCKHOLD RD, LONDON, SW18 4FY UNITED KINGDOM | **US Mail (1st Class)** |
| 82748 | FREWIN & CLOSE LTD., 18 OAKLEY STREET, LONDON, SW3 5NT UNITED KINGDOM | **US Mail (1st Class)** |
| 82748 | FTI CONSULTING (CHINA) LIMITED, UNIT 2101-04, CENTRAL PLAZA, 227 HUANGPI (N) ROAD, SHANGHAI, 200003 CHINA | **US Mail (1st Class)** |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82748 | FULL FRONTAL GROUP FZ LLE, UNIT P12, RIMAL THE WALK, JBR, PO BOX 487177, DUBAI, UNITED ARAB EMIRATES | US Mail (1st Class) |
| 82748 | GAME 7 STAFFING, 31 NAVASOTA ST UNIT 250, AUSTIN, TX, 78702-0102 | US Mail (1st Class) |
| 82748 | GLOBAL TAX MANAGEMENT, 656 E SWEDESFORD RD , SUITE 200, WAYNE, PA, 19087 | US Mail (1st Class) |
| 82748 | GLOBAL TAX MANAGEMENT, INC., DENNIS JOHNSON, 656 E. SWEDESFORD ROAD, SUITE 200, WAYNE, PA, 19087 | US Mail (1st Class) |
| 82748 | GOOGLE PURCHASE ORDERS, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA, 94043 | US Mail (1st Class) |
| 82746 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | Federal Express Overnight |
| 82748 | HAWK INVESTMENT HOLDINGS LTD., AS COLLATERAL AGENT, AARON S. ROTHMAN, AS COLLATERAL AGENT, 300 S. TRYON ST., STE. 1000, CHARLOTTE, NC, 28202 | US Mail (1st Class) |
| 82748 | HDMI, 550 S WINCHESTER BLVD, SUITE 515, SAN JOSE, CA, 95128 | US Mail (1st Class) |
| 82748 | HOANG NGUYEN, 359 DALE DRIVE, SAN JOSE, CA, 95127 | US Mail (1st Class) |
| 82745 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, SUZHOUSJG@163.COM | E-mail |
| 82745 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, DAVID@HJ-PACKING.COM | E-mail |
| 82748 | HOWELL INTERNATIONAL TRADE FAIR LTD, 5A-601 HOUXIANDAICHENG,NO.16 BAIZIWAN RD, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 82748 | HSBC BANK USA, N.A., 140 BROADWAY, SUITE 5020, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 82748 | HUDSON VALUATION GROUP LLC, ONE GLENLAKE PARKWAY, SUITE #700, ATLANTA, GA, 30328 | US Mail (1st Class) |
| 82748 | IAN R. LISTON, ESQ., AS RECEIVER PENDENTE LITE, WILSON SONSINI GOODRICH & ROSATI, PC & STIBBE NV, 222 DELAWARE AVENUE, STE 800, WILMINGTON, DE, 19801-222 | US Mail (1st Class) |
| 82749 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | US Mail (1st Class) |
| 82745 | IMG MEDIA LTD, MEDIA.AR@IMG.COM | E-mail |
| 82748 | IMG MEDIA, LTD., JENNIFER R. HOOVER, BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 1313 N. MARKET ST., STE 1201, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82748 | IMG MEDIA, LTD., ISABELLE MERCER, VP & COUNSEL, ENDEAVOR, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82748 | INFOCOMM INTERNATIONAL, 11242 WAPLES MILL RD, SUITE 200, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 82749 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82747 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | Federal Express Overnight |
| 82745 | INNOVENTURES GROUP LLC, INNOVENTURESGROUPLLC@GMAIL.COM | E-mail |
| 82748 | INTERNAL REVENUE SERVICE, JULIA CARLONE, BANKRUPTCY SPECIALIST, 600 ARCH STREET, PHILADELPHIA, PA, 19106-1611 | US Mail (1st Class) |
| 82748 | INTERNAL REVENUE SERVICE, 600 ARCH STREET, PHILADELPHIA, PA, 19106-1611 | US Mail (1st Class) |
| 82748 | INTERNAL REVENUE SERVICE, PO BOX 7346, DEPARTMENT OF TREASURY, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82748 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82748 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET ST., MAIL STOP 5 Q30 133, PHILADELPHIA, PA, 19104-5016 | US Mail (1st Class) |
| 82746 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | USPS Express Mail |
| 82748 | IQH3D, 6800 SW 40TH STREET, SUITE 298, MIAMI, FL, 33155 | US Mail (1st Class) |
| 82748 | ITAYA MISA (TWD), 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82748 | IZON, 2005 TREE FORK LANE, SUITE 109, LONGWOOD, FL, 32750 | US Mail (1st Class) |
| 82748 | JAMUNA TRAVELS, INC., 6439 MARKET STREET, UPPER DARBY, PA, 19082-6439 | US Mail (1st Class) |
| 82749 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | US Mail (1st Class) |
| 82748 | JIH-CHUN YEH, 4F NO. LN232 ZHIXIANG 1ST ST, ZHONGLI DIST, TAOYUAN CITY, 320 CHINA | US Mail (1st Class) |
| 82748 | JINSHENG, 12/F SANTOI BUILDING, 137-139 CONNAUGHT ROAD, CENTRAL HONG KONG, CHINA | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82748 | JOVEAI, 48511 WARM SPRINGS BLVD STE 211, FREMONT, CA, 94539-7746 | US Mail (1st Class) |
| 82745 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, JON.EDEL@KLGATES.COM | E-mail |
| 82745 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 82745 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, AARON.ROTHMAN@KLGATES.COM | E-mail |
| 82745 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, STEVEN.CAPONI@KLGATES.COM | E-mail |
| 82745 | K&L GATES LLP, THOMAS A. WARNS, TOM.WARNS@KLGATES.COM | E-mail |
| 82748 | KAREN S DONOVAN, 393 MYSTIC ST, ARLINGTON, MA, 02474 | US Mail (1st Class) |
| 82748 | KAUSHIK BANERJEE, 105 PROVIDENCE PL, PLEASANT HILL, CA, 94523 | US Mail (1st Class) |
| 82748 | KENNETH W CARROLL, 8379 SWEET BRIAR COURT, LIBERTY TOWNSHIP, OH, 45044 | US Mail (1st Class) |
| 82748 | KEVIN CABOT, 11 RUE PAUL LANGEVIN, SAINT OUEN, 93400 FRANCE | US Mail (1st Class) |
| 82748 | KLEINWORT BENSON (GBP), 14 ST. GEORGE STREET, LONDON, W1S 1FE UNITED KINGDOM | US Mail (1st Class) |
| 82745 | KURTZMAN \| STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 82748 | LARSON AND ZIRZOW, LLC, MATTHEW C. ZIRZOW, 850 E. BONNEVILLE AVE., LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 82746 | LARSON AND ZIRZOW, LLC, MATTHEW C. ZIRZOW, (RE: VISUAL TECH INNOVATIONS, INC.), 850 E. BONNEVILLE AVE., LAS VEGAS, NV, 89101 | Federal Express Overnight |
| 82746 | LAW OFFICE OF MICHAEL SCHWARTZ, MICHAEL SETH SCHWARTZ, (RE: MATHU RAJAN), 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | Federal Express Overnight |
| 82748 | LAW OFFICES OF YOUNG K PARK, 2009 CHESTNUT STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82748 | LEE AND KO, HANJIN BULIDING, 63 NAMDAEMUN-RO, JUNG-GU, SEOUL, 04532 SOUTH KOREA | US Mail (1st Class) |
| 82745 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, LMCLARK@LEIFMCLARK.COM | E-mail |
| 82748 | LEO RILEY, 225 AQUA LANE, DELRAN, NJ, 08075 | US Mail (1st Class) |
| 82748 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, ONE RIVERFRONT PLAZA, SUITE 800, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 82748 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, 565 E SWEDESFORD RD STE 303, WAYNE, PA, 19087-1626 | US Mail (1st Class) |
| 82745 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 82745 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 82745 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, JONATHAN.PREZIOSI@LEWISBRISBOIS.COM | E-mail |
| 82745 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 82745 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 82748 | LEWIS BRISBOIS BISGAARD & SMITH, LLP, 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82745 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 82748 | LEXENCE N.V., 500, AMSTELVEENSEWEG, AMSTERDAM, KL, 1081 NETHERLANDS | US Mail (1st Class) |
| 82748 | LUIJKS ADVIES B V, VINKENKADE 41 R 3, VINKEVEEN, 3645 AP NETHERLANDS | US Mail (1st Class) |
| 82748 | LUONG D NGUYEN, 2801 CAMINO DEL REY, SAN JOSE, CA, 95132 | US Mail (1st Class) |
| 82746 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | Federal Express Overnight |
| 82748 | MARCUM LLP, JOHN HELLER, 201 EAST LAS OLAS BOULEVARD, 21ST FLOOR, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 82745 | MARCUM LLP, ILYSSA K. BLUM, CPA, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 82747 | MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | Federal Express Overnight |
| 82747 | MATHU RAJAN, 1615 EASTFORD AVE, DUARTE, CA, 91010-2823 | Federal Express Overnight |
| 82747 | MATHU RAJAN, C/O MICHAEL SETH SCHWARTZ, LAW OFFICE OF MICHAEL SCHWARTZ, 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | Federal Express Overnight |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82748 | MATREX EXHIBITS INC., HUCK BOUMA PC: ATTN: ERIC J MALNAR, 1755 SOUTH NAPERVILLE, WHEATON, IL, 60189 | US Mail (1st Class) |
| 82748 | MATREX EXHIBITS INC., 301 S. CHURCH STREET, ADDISON, IL, 60101 | US Mail (1st Class) |
| 82749 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 82747 | MATT J LO, 7322 CARTER AVE, NEWARK, CA, 94560 | Federal Express Overnight |
| 82747 | MATTHEW LO, 7322 CARTER AVE, NEWARK, CA, 94560 | Federal Express Overnight |
| 82748 | MCCARTER & ENGLISH, LLP, JOSEPH LUBERTAZZI, JR., FOUR GATEWAY CENTER, 100 MULBERRY STREET, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 82748 | MCCARTER & ENGLISH, LLP, 405 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82747 | MEDIATAINMENT, INC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | Federal Express Overnight |
| 82748 | MEDIATAINMENT, INC (VENDOR WORK), 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82749 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | US Mail (1st Class) |
| 82745 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, BHOMONY@MCTLLP.COM | E-mail |
| 82745 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, MTOMLIN@MCTLLP.COM | E-mail |
| 82748 | MODULAR MOBILE GMBH, HANSAALLEE 201, DUSSELDORF, D-450549 GERMANY | US Mail (1st Class) |
| 82748 | MOTIVIT, 2880 ZANKER RD , SUITE 203, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 82748 | MR AARON LAMKIN, 793A EAST FOOTHILL BLVD #43, SAN LUIS OBISPO, CA, 93405 | US Mail (1st Class) |
| 82748 | MTL SHIPPING & INVESTMENT LTD, MARK WALPOLE, MTL SHPNG & INVSTMNT LTD, HILLSIDE, CROCKNORTH ROAD, EAST HORSLEY, SURREY, KT24 5TF UNITED KINGDOM | US Mail (1st Class) |
| 82748 | MUNI MOHAN, 2728 116TH AVE NE, MINNEAPOLIS, MN, 55449-6010 | US Mail (1st Class) |
| 82748 | MWL INTERNATIONAL LTD, DAVID WALPOLE, 1 PAPER MEWS, 330 HIGH STREET, DORKING, SURREY, RH4 2TU UNITED KINGDOM | US Mail (1st Class) |
| 82748 | NEVADA DEPT. OF EMPLOYMENT, TRAINING & REHABILITATION, 500 E. THIRD STREET, CARSON CITY, NV, 89713 | US Mail (1st Class) |
| 82748 | NEW JERSEY DIVISION OF TAXATION, COMPLIANCE & ENFORCEMENT - BANKRUPTCY, 50 BARRACK STREET, 9TH FLOOR, PO BOX 245, TRENTON, NJ, 08695-0267 | US Mail (1st Class) |
| 82748 | NICHANI LAW FIRM, 84 W SANTA CLARA ST STE 700, SAN JOSE, CA, 95113-1809 | US Mail (1st Class) |
| 82747 | NICOLE MARIE MANEEN, 2394 BARBEREE DRIVE, CRESTVIEW, FL, 32536 | Federal Express Overnight |
| 82745 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, KELSEY.SHERONAS@OBERMAYER.COM | E-mail |
| 82745 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, WILLIAM.SALDUTTI@OBERMAYER.COM | E-mail |
| 82745 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82745 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, EDMOND.GEORGE@OBERMAYER.COM | E-mail |
| 82745 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82748 | OPEN SALES SOLUTIONS, LLC, 548 MARKET STREET,, SUITE 11745, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 82748 | PACTRON, 3000 PATRICK HENRY DR, SANTA CLARA, CA, 95054-1814 | US Mail (1st Class) |
| 82745 | PEGATRON CORPORATION, SAL LU, SAL_LU@PEGATRONCORP.COM | E-mail |
| 82748 | PENN PARK INVESTMENTS LLC, Y WAN LEE, C/O LAW OFFICES OF YOUNG K PARK, PO BOX 2195, PHILADELPHIA, PA, 19103-0195 | US Mail (1st Class) |
| 82748 | PENNSYLVANIA DEPT OF LABOR, OFFICE OF UNEMPLOYMENT COMP TAX SRVCS, COLLECTIONS SUPPORT UNIT, 651 BOAS ST., ROOM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 82745 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 82748 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 82748 | PENNSYLVANIA DEPT OF REVENUE, PO BOX 280905, HARRISBURG, PA, 17128-0905 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82746 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | USPS Express Mail |
| 82748 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82746 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | Federal Express Overnight |
| 82748 | POLSINELLI PC, 222 DELAWARE AVENUE, SUITE 1101, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82748 | PORTER DIGITAL SIGNAGE, JEFFREY S PORTER, 241 N CALDWELL CIRCLE, DOWNINGTON, PA, 19335 | US Mail (1st Class) |
| 82748 | PORTER DIGITAL SIGNAGE, 241 N CALDWELL CIRCLE, DOWNINGTOWN, PA, 19335 | US Mail (1st Class) |
| 82748 | PR NESWIRE ASSOCIATION, LLC, G PO BOX 5897, NEW YORK, NY, 10087-5897 | US Mail (1st Class) |
| 82747 | RAJA RAJAN, 5215 BISHOP VIEW CIRCLE, CHERRY HILL, NJ, 08002 | Federal Express Overnight |
| 82745 | RAJA RAJAN, RAJA@ADVISORY-CAPITAL-SOLUTIONS.COM | E-mail |
| 82745 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, STEPHEN3D@MAC.COM | E-mail |
| 82748 | REMBRANDT 3D HOLDING, LTD, ANDREW DEMARCO, ESQ., DEVLIN LAW FIRM, LLC, 1526 GILPIN AVENUE, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 82748 | REMBRANDT 3D HOLDINGS LTD, (RE: REMBRANDT 3D HOLDING, LTD), STEPHEN K. BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82748 | REMBRANDT 3D HOLDINGS LTD, STEPHEN K. BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82748 | RL SYSTEMS, OLD POST OFFICE COTTAGE, POST OFFICE RD, INKPEN,, BERKSHIRE, RG17 9PY UNITED KINGDOM | US Mail (1st Class) |
| 82748 | ROBERT HALF MANAGEMENT SERVICES, 12400 COLLECTIONS CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 82748 | ROBERT S FRENCH REVOCABLE TRUST 2018, 1712 KIMBERLY DR, SUNNYVALE, CA, 94087 | US Mail (1st Class) |
| 82745 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, RMESSINA@RC.COM | E-mail |
| 82745 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, DWRIGHT@RC.COM | E-mail |
| 82745 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, KFIX@RC.COM | E-mail |
| 82748 | ROSCO MAUNDER, PO BOX 232, NEWPORT HOUSE, 15 THE GRANGE, ST PETER PORT, GY1 4LA GUERNSEY | US Mail (1st Class) |
| 82748 | RUFFENA CAPITAL LTD, PORTMAN HOUSE, 2 PORTMAN STREET, LONDON, W1H 6DU UNITED KINGDOM | US Mail (1st Class) |
| 82748 | SALAZAR LAW, 2000 PONCE DE LEON BOULEVARD, PENTHOUSE, CORAL GABLES, FL, 33134 | US Mail (1st Class) |
| 82747 | SARA LEONA ROBERTSON, 1900 TOMAHAWK DRIVE, HENDERSON, NV, 89074 | Federal Express Overnight |
| 82745 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, PHILADELPHIA@SEC.GOV | E-mail |
| 82748 | SEECUBIC B V, PARK FORUM 1033 & 1035, EINDHOVEN, 5657 HJ NETHERLANDS | US Mail (1st Class) |
| 82748 | SEECUBIC INC, 667 MADISON AVE, FLOORS 4 & 5, NEW YORK, NY, 10055 | US Mail (1st Class) |
| 82748 | SEECUBIC INC, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, 500 BOYLSTON ST, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82748 | SEECUBIC INC., (RE: SEECUBIC INC), SHADRON STASTNEY, CEO, 667 MADISON AVE., FLOORS 4 & 5, NEW YORK, NY, 10055 | US Mail (1st Class) |
| 82748 | SEECUBIC INC., SHADRON STASTNEY, CEO, 667 MADISON AVE., FLOORS 4 & 5, NEW YORK, NY, 10055 | US Mail (1st Class) |
| 82748 | SEECUBIC INC., 251 LITTLE FALLS DRIVE, WILMINGTON, DE, 19808 | US Mail (1st Class) |
| 82748 | SIEMENS INDUSTRY SOFTWARE INC., 8005 SW BOECKMAN ROAD, WILSONVILLE, OR, 97070-8005 | US Mail (1st Class) |
| 82748 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82748 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JOSEPH O. LARKIN, ESQ., ONE RODNEY SQUARE, 920 N. KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82748 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), JOSEPH O. LARKIN, ESQ., ONE RODNEY SQUARE, 920 N. KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82748 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), JAMES J. MAZZA, JR;JUSTIN M. WINERMAN, REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | US Mail (1st Class) |
| 82748 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC INC.), JAMES J. MAZZA, JR;JUSTIN M. WINERMAN, REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82748 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, (RE: SEECUBIC B V), EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82748 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, 500 BOYLSTON STREET, BOSTON, MA, 02116 | US Mail (1st Class) |
| 82746 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, ALYSSA RUSSELL, ESQUIRE, (RE: SEECUBIC, INC.), 320 SOUTH CANAL STREET, CHICAGO, IL, 60606-5707 | Federal Express Overnight |
| 82745 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, EBEN.COLBY@SKADDEN.COM | E-mail |
| 82745 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, MARLEY.BRUMME@SKADDEN.COM | E-mail |
| 82745 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, JAMES.MAZZA@SKADDEN.COM | E-mail |
| 82745 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, JUSTIN.WINERMAN@SKADDEN.COM | E-mail |
| 82745 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 82748 | SKC HAAS DISPLAY FILMS CO., 460,CHONHEUNG-RI,SONGGO-UB, CHUNGCHONGNAM-DO, CHONAN-CITY, 330-836 SOUTH KOREA | US Mail (1st Class) |
| 82748 | SLS HOLDINGS VI, LLC, BRITTANY S. OGDEN, QUARLES & BRADY LLP, 33 EAST MAIN STREET,, SUITE 900, MADISON, WI, 53703 | US Mail (1st Class) |
| 82746 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | Federal Express Overnight |
| 82748 | SPECIAL COUNSEL, DEPT. CH 14305, PALATINE, IL, 60055-4305 | US Mail (1st Class) |
| 82747 | ST4M ELECTRONICS INC BEIJING OFFICE, ROOM1102, BLDG313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | Federal Express Overnight |
| 82749 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 82745 | ST4M ELECTRONICS, INC., WANGLING, MATTJJLO@GMAIL.COM | E-mail |
| 82745 | STARK & STARK, PC, JOSEPH H. LEMKIN, MKIZNER@STARK-STARK.COM | E-mail |
| 82746 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | USPS Express Mail |
| 82748 | STATE OF CALIFORNIA EMP DEV DEPT, PO BOX 826880, UIPCD, MIC 40, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82748 | STATE OF CALIFORNIA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82748 | STATE OF FLORIDA, DEPT. OF REVENUE, ATTN: MARK HAMILTON, P.O. BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 82748 | STOIT GROEP B V, VESTDIJK 23, EINDHOVEN, 5611 CA NETHERLANDS | US Mail (1st Class) |
| 82747 | STREAM TV INTERNATIONAL B V, PARK FORUM 1033 & 1035, EINDHOVEN, 5657 HJ NETHERLANDS | Federal Express Overnight |
| 82747 | SUBY JOSEPH, 48 COLLEEN CIRCLE, DOWNINGTOWN, PA, 19335 | Federal Express Overnight |
| 82748 | SUZHOU INDSTRIAL EQUIPMNT INSTLATION GRP, NO. 3, CAIXIANG ROAD, SUZHOU, JIANGSU, CHINA | US Mail (1st Class) |
| 82748 | SYNOPSYS, 675 ALMANOR AVE STE 101, SUNNYVALE, CA, 94085-2925 | US Mail (1st Class) |
| 82748 | TD BANK, N A, PO BOX 16027, LEWISTON, ME, 04243-9513 | US Mail (1st Class) |
| 82748 | TECHNICAL LINK, 8461 LAKE WORTH ROAD, SUITE 225, LAKE WORTH, FL, 33467 | US Mail (1st Class) |
| 82748 | TEXAS WORKFORCE COMMISSION, P.O. BOX 149037, AUSTIN, TX, 78714-9037 | US Mail (1st Class) |
| 82745 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, PAMELA.THURMOND@PHILA.GOV | E-mail |
| 82748 | THOMAS JUNG HO PARK, 175 BUCKELEW AVE, BLDG 2-6, JAMESBURG, NJ, 08831 | US Mail (1st Class) |
| 82748 | THREE D HOLOGRAMS PVT LTD., 307 KILFIRE HOUSE, C-17 DALIA INDUSTRIAL AREA, NEW LINK ROAD, ANDHERI-WEST, MUMBAI, MAHARASHTRA, 400053 INDIA | US Mail (1st Class) |
| 82748 | TRANS WORLD INTERNATIONAL, LLC, C/O J. HOOVER, BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, 1313 N. MARKET ST., STE. 1201, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82748 | TRANS WORLD INTERNATIONAL, LLC, ISABELLE MERCIER, VP & COUNSEL, ENDEAVOR, 200 5TH AVE., NEW YORK, NY, 10010 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82745 | TRANS WORLD INTERNATIONAL, LLC, MEDIAAR@IMG.COM | E-mail |
| 82745 | TRIPLE CROWN CONSULTING, LLC, AR@TRIPLECO.COM | E-mail |
| 82748 | U.S. SMALL BUSINESS ADMINISTRATION, 409 3RD STREET, SW, WASHINGTON, DC, 204116 | US Mail (1st Class) |
| 82748 | UHAUL MOVING AND STORAGE OF CINNAMINSON, 201 US HIGHWAY 130 S, CINNAMINSON, NJ, 08077 | US Mail (1st Class) |
| 82745 | US COMPLIANCE SERVICES LLC, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 82748 | US LEGAL SUPPORT, 16825 NORTHCHASE DRIVE SUITE 900, HOUSTON, TX, 77060 | US Mail (1st Class) |
| 82748 | US LEGAL SUPPORT, INC., PO BOX 4772, HOUSTON, TX, 77210-4772 | US Mail (1st Class) |
| 82745 | VAYIKRA CAPITAL LLC, PHIL@DARIVOFF.NET | E-mail |
| 82748 | VIA LICENSING CORPORATION, 1275 MARKET STREET, SAN FRANCISCO, CA, 94103-1410 | US Mail (1st Class) |
| 82748 | VIKAS KSHETRAPAL, 2287 ASHBOURNE DR, SAN RAMON, CA, 94583 | US Mail (1st Class) |
| 82748 | VISUAL APEX, INC, 7950 NE DAY ROAD W,, SUITE B, BAINBRIDGE ISLAND, WA, 98110 | US Mail (1st Class) |
| 82748 | VISUAL SEMICONDUCTOR, INC, MATHU RAJAN, 1615 EASTFORD AVE, DUARTE, CA, 91010-2823 | US Mail (1st Class) |
| 82748 | VISUAL SEMICONDUCTOR, INC, R. ADAM SWICK, AKERMAN LLP, 500 W., 5TH STREET, SUITE 1210, AUSTIN, TX, 78701 | US Mail (1st Class) |
| 82748 | VISUAL SEMICONDUCTOR, INC., C/O STARK & STARK, PC, JOSEPH H. LEMKIN, 100 AMERICAN METRO BLVD., HAMILTON, NJ, 0819 | US Mail (1st Class) |
| 82748 | VISUAL TECHNOLOGY INNOVATIONS, INC., 1105 WILLIAM PENN DR., BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82746 | VISUAL TECHNOLOGY INNOVATIONS, INC., 1105 WILLIAM PENN DR., BENSALEM, PA, 19020 | Federal Express Overnight |
| 82748 | WAH WOO TAN, 243 SUMMERWIND DRIVE, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 82748 | WAI MING CHIU, 1111 OAKFIELD DR STE 115 PMB 8, BRANDON, FL, 33511-4948 | US Mail (1st Class) |
| 82748 | WALSH C H B INC, 189 SUNRISE HIGHWAY, SUITE# 302, ROCKVILLE CENTRE, NY, 11570 | US Mail (1st Class) |
| 82748 | WEIDA FREIGHT SYSTEM (HONG KONG) CO., LTD TAIWAN BRANCH FLAT, 402, 4/F , YEE KUK INDUSTRIAL CENTRE, 555 YEE KUK STREET, CHEUNG SHA WAN, KOWLOON, HONG KONG | US Mail (1st Class) |
| 82748 | WHARTON CAPITAL PARTNERS, 5720 LAGORCE DRIVE, MIAMI BEACH, FL, 33140 | US Mail (1st Class) |
| 82748 | WILINE NETWORKS INC., PO BOX 102150, PASADENA, CA, 91189-2150 | US Mail (1st Class) |
| 82748 | WILLIAM HENNESSEY, 436 LEE PLACE, EXTON, PA, 19341 | US Mail (1st Class) |
| 82746 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | Federal Express Overnight |
| 82748 | WOLTERS KLUWER, (RE: CT LIEN SOLUTIONS), BRIAN BARTHOLOMEW, 28 LIBERTY STREET 42ND FLOOR, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 82748 | WOLTERS KLUWER, BRIAN BARTHOLOMEW, 28 LIBERTY STREET 42ND FLOOR, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 82748 | YEH, JIH-CHUN (CNY), 1F, NO. 1, ALLEY 50, LANE 737, SEC. 1, NEI HU ROAD, TAIPEI, TAIWAN, REPUBLIC OF | US Mail (1st Class) |
| 82748 | YKP LAW, 2009 CHESTNUT STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82748 | YTH, 3/F HENG SHAN CENTRE, 145 QUEEN`S ROAD, WAN CHAI, HONG KONG, CHINA | US Mail (1st Class) |
| 82748 | ZACH LEHMAN, 1440 S STANLEY AVE, LOS ANGELES, CA, 90019 | US Mail (1st Class) |
| 82747 | ZEIFANG HSU, 101 BLAISDELL WAY, FREMONT, CA, 94536 | Federal Express Overnight |
| 82748 | ZHONG LUN LAW FIRM, LEVEL 10 & 11, TWO IFC, 8 CENTURY AVENUE, PUDONG NEW AREA, SHANGHAI, 20021 CHINA | US Mail (1st Class) |
| 82748 | ZYGINTAS PAPARTIS (EUR), SARMOS G 7-2,, VILNIUS, 04126 LITHUANIA | US Mail (1st Class) |

**Subtotal for this group: 316**