**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| STREAM TV NETWORKS, INC. | Bankruptcy No.: 23-10763 (DJB) |
| Debtor. | (Jointly Administered) [1] |

**CERTIFICATE OF SERVICE RE**

| | |
|---|---|
| Docket No. 1268 | FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COREN & RESS, P.C., SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR THE PERIOD JANUARY 24, 2024 THROUGH AUGUST 18, 2026 |
| Docket No. 1269 | NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On August 19, 2026, at the direction of Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Chapter 11 Trustee, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

[1] On Apil 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764. (D.I. 95)

| | |
|---|---|
| Exhibit A | The Core/2002/Top Creditor Parties referenced in Service List Nos. 82743 and 82744. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of August, 2026.

/s/ Bradford Daniel
Bradford Daniel

# Stream TV Networks

**Total number of parties: 107**

## Exhibit A - Stream TV Network

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82743 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, MADANLOLUGU@ADEPTCHIPS.COM | E-mail |
| 82744 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA | US Mail (1st Class) |
| 82743 | AKERMAN LLP, DONALD N. DAVID, DONALD.DAVID@AKERMAN.COM | E-mail |
| 82743 | AKERMAN LLP, DONALD N. DAVID, MARK.LICHTENSTEIN@AKERMAN.COM | E-mail |
| 82743 | AKERMAN LLP, JOHN H. THOMPSON, JOHN.THOMPSON@AKERMAN.COM | E-mail |
| 82743 | AKERMAN, LLP, R. ADAM SWICK, ADAM.SWICK@AKERMAN.COM | E-mail |
| 82743 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, VINOD@NICHANILAWFIRM.COM | E-mail |
| 82744 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 82743 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, VESPERM@BALLARDSPAHR.COM | E-mail |
| 82743 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, MCKEEVASSALLOE@BALLARDSPAHR.COM | E-mail |
| 82743 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, GRUGANT@BALLARDSPAHR.COM | E-mail |
| 82743 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, DALUZT@BALLARDSPAHR.COM | E-mail |
| 82743 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, JVONDERHEYDT@BENESCHLAW.COM | E-mail |
| 82743 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, JHOOVER@BENESCHLAW.COM | E-mail |
| 82743 | BROWN & MICHAELS, PC, MICHAELS@BPMLEGAL.COM | E-mail |
| 82743 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, WENDY@CADENCE.COM | E-mail |
| 82744 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 82744 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 82743 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, ABELLI@KCR-LAW.COM | E-mail |
| 82743 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, SCOREN@KCR-LAW.COM | E-mail |
| 82743 | COREN & RESS, P.C., STEVEN M. COREN, SCOREN@KCR-LAW.COM | E-mail |
| 82743 | COREN & RESS, PC, ANDREW J. BELLI, ABELLI@KCR-LAW.COM | E-mail |
| 82743 | DANIEL JOSEPH RINK, ESQUIRE, DAN.RINK@VISUALSEMI.COM | E-mail |
| 82744 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | US Mail (1st Class) |
| 82744 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | US Mail (1st Class) |
| 82744 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | US Mail (1st Class) |
| 82743 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, ADEMARCO@DEVLINLAWFIRM.COM | E-mail |
| 82743 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, DLFLITPARAS@DEVLINLAWFIRM.COM | E-mail |
| 82744 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | US Mail (1st Class) |
| 82743 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, JOHN.SCHANNE@USDOJ.GOV | E-mail |
| 82743 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, USTPREGION03.PH.ECF@USDOJ.GOV | E-mail |
| 82744 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | US Mail (1st Class) |
| 82744 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | US Mail (1st Class) |
| 82743 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, SUZHOUSJG@163.COM | E-mail |
| 82743 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, DAVID@HJ-PACKING.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82744 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA | US Mail (1st Class) |
| 82744 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | US Mail (1st Class) |
| 82743 | IMG MEDIA LTD, MEDIA.AR@IMG.COM | E-mail |
| 82744 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM | US Mail (1st Class) |
| 82744 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82743 | INNOVENTURES GROUP LLC, INNOVENTURESGROUPLLC@GMAIL.COM | E-mail |
| 82744 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82744 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | US Mail (1st Class) |
| 82743 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, JON.EDEL@KLGATES.COM | E-mail |
| 82743 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 82743 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, AARON.ROTHMAN@KLGATES.COM | E-mail |
| 82743 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O'CONNOR, STEVEN.CAPONI@KLGATES.COM | E-mail |
| 82743 | K&L GATES LLP, THOMAS A. WARNS, TOM.WARNS@KLGATES.COM | E-mail |
| 82743 | KURTZMAN \| STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 82744 | LARSON AND ZIRZOW, LLC, MATTHEW C. ZIRZOW, (RE: VISUAL TECHNOLOGY INNOVATIONS, INC.), 850 E. BONNEVILLE AVE., LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 82744 | LAW OFFICE OF MICHAEL SCHWARTZ, MICHAEL SETH SCHWARTZ, (RE: MATHU RAJAN), 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | US Mail (1st Class) |
| 82743 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, LMCLARK@LEIFMCLARK.COM | E-mail |
| 82743 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 82743 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 82743 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, JONATHAN.PREZIOSI@LEWISBRISBOIS.COM | E-mail |
| 82743 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 82743 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 82743 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 82744 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | US Mail (1st Class) |
| 82744 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131 | US Mail (1st Class) |
| 82743 | MARCUM LLP, ILYSSA K. BLUM, CPA, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 82744 | MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82744 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 82744 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | US Mail (1st Class) |
| 82743 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, BHOMONY@MCTLLP.COM | E-mail |
| 82743 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, MTOMLIN@MCTLLP.COM | E-mail |
| 82743 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, KELSEY.SHERONAS@OBERMAYER.COM | E-mail |
| 82743 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, WILLIAM.SALDUTTI@OBERMAYER.COM | E-mail |
| 82743 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82743 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, EDMOND.GEORGE@OBERMAYER.COM | E-mail |
| 82743 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82744 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN | US Mail (1st Class) |
| 82743 | PEGATRON CORPORATION, SAL LU, SAL_LU@PEGATRONCORP.COM | E-mail |
| 82744 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 82743 | PENNSYLVANIA DEPT OF LABOR, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 82744 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 82744 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82743 | RAJA RAJAN, RAJA@ADVISORY-CAPITAL-SOLUTIONS.COM | E-mail |
| 82744 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82743 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, STEPHEN3D@MAC.COM | E-mail |
| 82743 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, RMESSINA@RC.COM | E-mail |
| 82743 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, DWRIGHT@RC.COM | E-mail |
| 82743 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, KFIX@RC.COM | E-mail |
| 82744 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82743 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, PHILADELPHIA@SEC.GOV | E-mail |
| 82744 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, ALYSSA RUSSELL, ESQUIRE, (RE: SEECUBIC, INC.), 320 SOUTH CANAL STREET, CHICAGO, IL, 60606-5707 | US Mail (1st Class) |
| 82743 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, EBEN.COLBY@SKADDEN.COM | E-mail |
| 82743 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, MARLEY.BRUMME@SKADDEN.COM | E-mail |
| 82743 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, JAMES.MAZZA@SKADDEN.COM | E-mail |
| 82743 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, JUSTIN.WINERMAN@SKADDEN.COM | E-mail |
| 82743 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 82744 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | US Mail (1st Class) |
| 82744 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 82743 | ST4M ELECTRONICS, INC., WANGLING, MATTJJLO@GMAIL.COM | E-mail |
| 82743 | STARK & STARK, PC, JOSEPH H. LEMKIN, MKIZNER@STARK-STARK.COM | E-mail |
| 82744 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82743 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, PAMELA.THURMOND@PHILA.GOV | E-mail |
| 82744 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82743 | TRANS WORLD INTERNATIONAL, LLC, MEDIAAR@IMG.COM | E-mail |
| 82744 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000 | US Mail (1st Class) |
| 82743 | TRIPLE CROWN CONSULTING, LLC, AR@TRIPLECO.COM | E-mail |
| 82744 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071 | US Mail (1st Class) |
| 82743 | US COMPLIANCE SERVICES LLC, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 82744 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |

**Exhibit A - Stream TV Network**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82743 | VAYIKRA CAPITAL LLC, PHIL@DARIVOFF.NET | **E-mail** |
| 82744 | VISUAL TECHNOLOGY INNOVATIONS, INC., 1105 WILLIAM PENN DR., BENSALEM, PA, 19020 | **US Mail (1st Class)** |
| 82744 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | **US Mail (1st Class)** |

**Subtotal for this group: 107**