# Exhibit C

Exhibit C

**Stream TV Networks, Inc. and Technovative Media, Inc.**

## Liquidation Analysis

| | Estimated Creditor Recovery Based Upon Plan of Liquidation | | | Estimated Creditor Recovery Based Upon Chapter 7 Liquidation | | |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash on Hand | $ | 8,112,000 | (a) | $ | 8,112,000 | (a) |
| Causes of Action | $ | - | | $ | - | |
| Indemnification against Purchaser | $ | 750,000 | | $ | 250,000 | |
| Interest Income | $ | 36,000 | | $ | 36,000 | |
| **Cash Available** | **$** | **8,898,000** | | **$** | **8,398,000** | |
| **Chapter 7 Administrative Costs** | | | | | | |
| Chapter 7 Trustee Fees | N/A | | | $ | 280,000 | (b) |
| Chapter 7 Professional Fees | N/A | | | $ | 400,000 | |
| **Total Estimated Chapter 7 Administrative Costs** | **$** | **-** | | **$** | **680,000** | |
| **Post-Confirmation Costs (Estimated)** | | | | | | |
| Disbursing Agent Expenses | $ | 412,500 | | N/A | | |
| UST Quarterly Fees | $ | 80,082 | | N/A | | |
| **Total Estimated Post-Confirmation Costs** | $ | 492,582 | | $ | - | |
| **Chapter 11 Administrative Costs** | | | | | | |
| **Chapter 11 Trustee Professional Fees (Estimated)** | | | | | | |
| Chapter 11 Trustee | $ | 310,000 | (b) | $ | 310,000 | (b) |
| Counsel to Chapter 11 Trustee | $ | 2,160,000 | (c) | $ | 2,400,000 | |
| Special Litigation Counsel to Chapter 11 Trustee | $ | 1,719,000 | (c) | $ | 1,910,000 | |
| Special Intellectual Property Counsel to Chapter 11 Trustee | $ | 150,000 | | $ | 150,000 | |
| Financial Advisors to Chapter 11 Trustee | $ | 325,000 | | $ | 325,000 | |
| **Total Estimated Chapter 11 Professional Fees** | $ | 4,664,000 | | $ | 5,095,000 | |
| **Debtors' Professional Fees** | | | | | | |
| Lewis Brisbois Bisgaard & Smith LLP (Debtors' Counsel) | $ | 1,000,000 | (d) | $ | 1,000,000 | (d) |
| BMC Group (Claims and Noticing Agent) | $ | 25,000 | | $ | 25,000 | |
| | $ | 1,025,000 | | $ | 1,025,000 | |
| **Other Administrative Claims** | | | | | | |
| Ian R. Liston (Receiver) | $ | 26,290 | | $ | 26,290 | |
| Wilson Sonsini Goodrich & Rosati, P.C. (Receiver's Counsel) | $ | 84,958 | | $ | 84,958 | |
| | $ | 111,248 | | $ | 111,248 | |
| **Total Estimated Chapter 11 Administrative Costs** | **$** | **5,800,248** | | **$** | **6,231,248** | |
| **Total Estimated Post-Confirmation Expenses and Administrative Claims** | **$** | **6,292,830** | | **$** | **6,911,248** | |
| **Cash Available for Pre-Petition Creditor Distribution** | **$** | **2,605,170** | | **$** | **1,486,752** | |

(a) Cash balance as of June 30, 2026.
(b) Represents the statutory commission in accordance with Bankruptcy Code Section 326.
(c) Counsels to Chapter 11 Trustee have agreed to a 10% fee reduction assuming Plan confirmation.
(d) A settlement has been reached between the Chapter 11 Trustee and Lewis Brisbois Bisgaard & Smith LLP for the final allowance of fees and expenses in the amount of $1 million, pending approval of the Bankrtupcy Court.