**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Stream TV Networks, Inc., *et al.*** | : | **Bankruptcy No. 23-10763 (DJB)** |
| **Debtors.** | : | **(Jointly Administered)[1]** |

**ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

AND NOW, this _____day of ___________________, 2026, upon consideration of the Motion (the "Motion") of William A. Homony, the duly appointed Chapter 11 trustee (the "Chapter 11 Trustee") for the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative", and with Stream each a "Debtor", and collectively the "Debtors") for approval of the First Amended Disclosure Statement Accompanying First Amended Joint Plan of Liquidation of Stream TV Networks, Inc. and Technovative Media, Inc. Pursuant to Section 1125 of the Bankruptcy Code [Dkt. No. 1276] (the "Disclosure Statement") and related relief, pursuant to 11 U.S.C. §1125(a) [Dkt. No. 1258] (the "Motion")[2]; and for good cause shown, it is hereby ORDERED AND DECREED that;

1. The Motion is GRANTED as set forth herein.

2. The Disclosure Statement with date insertions consistent with this Order, along with the voting procedures contained therein, is approved as containing adequate information.

3. The Online Voting Procedure set forth in the Motion is hereby approved.

4. Within three (3) business days after the entry of this Order, the Chapter 11 Trustee shall cause to be mailed the following voting materials to (i) the United States Trustee;

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).
[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

(ii) all creditors and equity security holders; (iii) all persons who have requested notice in these cases pursuant to Fed. R. Bank. P. 2002; and (v) any party in interest who requests in writing a copy of the Disclosure Statement or Plan as required by Fed. R. Bankr. P. 2002 and 3017(d) and L.B.R. 3017-1(c):

(a) this Order;

(b) the Disclosure Statement (as conformed);

(c) the First Amended Plan of Liquidation (the "Plan") (as conformed);

(d) the forms of ballot attached to the Motion as Exhibit C[3] (as conformed); and

(e) Notice of the hearing on Confirmation of the Plan.

5. September 14, 2026 is fixed as the record date for determining which entities are entitled to vote on the Plan.

6. October 6, 2026 is fixed as the last date for filing and serving written objections to confirmation of the Plan.

7. October 6, 2026 is fixed as the last date by which the ballots must be received by counsel to the Chapter 11 Trustee to be considered as acceptances or rejections of the Plan.

8. October 9, 2026 is fixed as the date by which the Chapter 11 Trustee shall file the Report of Plan Voting.

9. A hearing shall be held before the Honorable Derek J. Baker, United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on October 13, 2026 at 1:00 p.m. for confirmation of the Plan.

By the Court:

Dated: September 9, 2026

Honorable Derek J. Baker
United States Bankruptcy Judge

[3]To be provided by the Claims Agent only to Classes of Claims entitled to vote under the Debtors' Plans.