United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Stream TV Networks, Inc.
Technovative Media, Inc.
Debtors

Case No. 23-10763-djb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 09, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/db | + | Stream TV Networks, Inc., Technovative Media, Inc., 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103-3307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ANDREW J. BELLI | on behalf of Trustee WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Defendant William A. Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Plaintiff WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com |
| ANDREW PETER DEMARCO | |

on behalf of Interested Party SeeCubic Inc. ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO
on behalf of Defendant Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO
on behalf of Plaintiff Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO
on behalf of Creditor Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com

BRIAN CHRISTOPHER DEENEY
on behalf of Lewis Brisbois Bisgaard & Smith LLP brian.deeney@lewisbrisbois.com

DANIEL JOSEPH RINK
on behalf of Mathu Rajan dan.rink@visualsemi.com

DANIEL JOSEPH RINK
on behalf of Creditor Visual Semiconductor Inc. dan.rink@visualsemi.com

DAVIS LEE WRIGHT
on behalf of Interested Party SLS Holdings VI LLC dwright@rc.com

DAVIS LEE WRIGHT
on behalf of Defendant SLS Holdings VI LLC dwright@rc.com

EDMOND M. GEORGE
on behalf of Trustee WILLIAM A. HOMONY edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

JEFFREY KURTZMAN
on behalf of Creditor SSG Advisors LLC Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Creditor SSG Advisors LLC Kurtzman@kurtzmansteady.com

JENNIFER R. HOOVER
on behalf of Interested Party Trans World International LLC jhoover@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JENNIFER R. HOOVER
on behalf of Interested Party IMG Media Limited jhoover@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

Joseph Oliver Larkin
on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com,
christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

Joseph Oliver Larkin
on behalf of Interested Party SeeCubic Inc. joseph.larkin@skadden.com,
christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

KATHERINE M. FIX
on behalf of Interested Party SLS Holdings VI LLC kfix@rc.com

KERI P EBECK
on behalf of Creditor Leia Inc kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LESLIE BETH BASKIN
on behalf of Debtor In Possession Visual Semiconductor Inc. lbaskin@sgrvlaw.com, klove@sgrvlaw.com

MARGARET ANN VESPER
on behalf of Creditor Shadron L. Stastney vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Interested Party Shadron L. Stastney vesperm@ballardspahr.com

MARSHALL T KIZNER
on behalf of Creditor Visual Semiconductor Inc. mkizner@stark-stark.com

MATTHEW B WEISBERG
on behalf of Plaintiff Visual Semiconductor Inc. mweisberg@weisberglawoffices.com, kdaversa@weisberglawoffices.com

MATTHEW B WEISBERG
on behalf of Defendant Mathu Rajan mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com

MICHAEL D. VAGNONI
on behalf of William A Homony michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

MICHAEL D. VAGNONI
on behalf of Trustee WILLIAM A. HOMONY michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

NICHOLAS E HAKUN
on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of Technovative Media Inc. nhakun@wsgr.com, nhakun@gmail.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Stream TV Networks Inc. rzahralddin@qpwblaw.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Stream TV Networks Inc. rzahralddin@qpwblaw.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Plaintiff Technovative Media Inc. rzahralddin@qpwblaw.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Lewis Brisbois Bisgaard & Smith LLP rzahralddin@qpwblaw.com
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN
on behalf of Debtor Technovative Media Inc. rzahralddin@qpwblaw.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

RAJA G. RAJAN
on behalf of Defendant Raja G. Rajan raja@advisory-capital-solutions.com

RAJA G. RAJAN
on behalf of Creditor RAJA G RAJAN raja@advisory-capital-solutions.com

STEVEN M. COREN
on behalf of William A Homony scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
on behalf of Trustee WILLIAM A. HOMONY scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
on behalf of Plaintiff WILLIAM A. HOMONY scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
on behalf of Defendant William A. Homony scoren@kcr-law.com ccapra@kcr-law.com

Steven Caponi
on behalf of Creditor Hawk Investment Holdings Ltd. steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com
alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com
alyssa.domorod@klgates.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

VINCENT F. ALEXANDER
on behalf of Debtor Technovative Media Inc. valexander@shutts.com

WILLIAM A. HOMONY
bhomony@mctllp.com mtomlin@mctllp.com

TOTAL: 53

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Stream TV Networks, Inc., *et al.*** | : | **Bankruptcy No. 23-10763 (DJB)** |
| **Debtors.** | : | **(Jointly Administered)[1]** |

**ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

AND NOW, this ____day of __________________, 2026, upon consideration of the Motion (the "Motion") of William A. Homony, the duly appointed Chapter 11 trustee (the "Chapter 11 Trustee") for the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative", and with Stream each a "Debtor", and collectively the "Debtors") for approval of the First Amended Disclosure Statement Accompanying First Amended Joint Plan of Liquidation of Stream TV Networks, Inc. and Technovative Media, Inc. Pursuant to Section 1125 of the Bankruptcy Code [Dkt. No. 1276] (the "Disclosure Statement") and related relief, pursuant to 11 U.S.C. §1125(a) [Dkt. No. 1258] (the "Motion")[2]; and for good cause shown, it is hereby ORDERED AND DECREED that;

1. The Motion is GRANTED as set forth herein.

2. The Disclosure Statement with date insertions consistent with this Order, along with the voting procedures contained therein, is approved as containing adequate information.

3. The Online Voting Procedure set forth in the Motion is hereby approved.

4. Within three (3) business days after the entry of this Order, the Chapter 11 Trustee shall cause to be mailed the following voting materials to (i) the United States Trustee;

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

(ii) all creditors and equity security holders; (iii) all persons who have requested notice in these cases pursuant to Fed. R. Bank. P. 2002; and (v) any party in interest who requests in writing a copy of the Disclosure Statement or Plan as required by Fed. R. Bankr. P. 2002 and 3017(d) and L.B.R. 3017-1(c):

(a) this Order;

(b) the Disclosure Statement (as conformed);

(c) the First Amended Plan of Liquidation (the "Plan") (as conformed);

(d) the forms of ballot attached to the Motion as Exhibit C[3] (as conformed); and

(e) Notice of the hearing on Confirmation of the Plan.

5. September 14, 2026 is fixed as the record date for determining which entities are entitled to vote on the Plan.

6. October 6, 2026 is fixed as the last date for filing and serving written objections to confirmation of the Plan.

7. October 6, 2026 is fixed as the last date by which the ballots must be received by counsel to the Chapter 11 Trustee to be considered as acceptances or rejections of the Plan.

8. October 9, 2026 is fixed as the date by which the Chapter 11 Trustee shall file the Report of Plan Voting.

9. A hearing shall be held before the Honorable Derek J. Baker, United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on October 13, 2026 at 1:00 p.m. for confirmation of the Plan.

By the Court:



______________________________

Dated: September 9, 2026

Honorable Derek J. Baker
United States Bankruptcy Judge

[3]To be provided by the Claims Agent only to Classes of Claims entitled to vote under the Debtors' Plans.