United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-10763-djb
Stream TV Networks, Inc. Chapter 11
Technovative Media, Inc.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 10, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Stream TV Networks, Inc., Technovative Media, Inc., 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103-3307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Defendant William A. Homony abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Plaintiff WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW J. BELLI | on behalf of Trustee WILLIAM A. HOMONY abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Plaintiff Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com |
| ANDREW PETER DEMARCO | |

on behalf of Defendant Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO
on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO
on behalf of Creditor Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO
on behalf of Interested Party SeeCubic Inc. ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

BRIAN CHRISTOPHER DEENEY
on behalf of Lewis Brisbois Bisgaard & Smith LLP brian.deeney@lewisbrisbois.com

DANIEL JOSEPH RINK
on behalf of Creditor Visual Semiconductor Inc. dan.rink@visualsemi.com

DANIEL JOSEPH RINK
on behalf of Mathu Rajan dan.rink@visualsemi.com

DAVIS LEE WRIGHT
on behalf of Interested Party SLS Holdings VI LLC dwright@rc.com

DAVIS LEE WRIGHT
on behalf of Defendant SLS Holdings VI LLC dwright@rc.com

EDMOND M. GEORGE
on behalf of Trustee WILLIAM A. HOMONY edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer
.com

JEFFREY KURTZMAN
on behalf of Creditor SSG Advisors LLC Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Creditor SSG Advisors LLC Kurtzman@kurtzmansteady.com

JENNIFER R. HOOVER
on behalf of Interested Party IMG Media Limited jhoover@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JENNIFER R. HOOVER
on behalf of Interested Party Trans World International LLC jhoover@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

Joseph Oliver Larkin
on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com,
christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.co
m

Joseph Oliver Larkin
on behalf of Interested Party SeeCubic Inc. joseph.larkin@skadden.com,
christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.co
m

KATHERINE M. FIX
on behalf of Interested Party SLS Holdings VI LLC kfix@rc.com

KERI P EBECK
on behalf of Creditor Leia Inc kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LESLIE BETH BASKIN
on behalf of Debtor In Possession Visual Semiconductor Inc. lbaskin@sgrvlaw.com, klove@sgrvlaw.com

MARGARET ANN VESPER
on behalf of Creditor Shadron L. Stastney vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

MARGARET ANN VESPER
on behalf of Interested Party Shadron L. Stastney vesperm@ballardspahr.com

MARSHALL T KIZNER
on behalf of Creditor Visual Semiconductor Inc. mkizner@stark-stark.com

| | |
|---|---|
| MATTHEW B WEISBERG | on behalf of Defendant Mathu Rajan mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com |
| MATTHEW B WEISBERG | on behalf of Plaintiff Visual Semiconductor Inc. mweisberg@weisberglawoffices.com, kdaversa@weisberglawoffices.com |
| MICHAEL D. VAGNONI | on behalf of William A Homony michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Trustee WILLIAM A. HOMONY michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com |
| NICHOLAS E HAKUN | on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of Technovative Media Inc. nhakun@wsgr.com, nhakun@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RAFAEL X. ZAHRALDDIN | on behalf of Debtor Stream TV Networks Inc. rzahralddin@qpwblaw.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| RAFAEL X. ZAHRALDDIN | on behalf of Lewis Brisbois Bisgaard & Smith LLP rzahralddin@qpwblaw.com rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| RAFAEL X. ZAHRALDDIN | on behalf of Debtor Technovative Media Inc. rzahralddin@qpwblaw.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| RAFAEL X. ZAHRALDDIN | on behalf of Plaintiff Stream TV Networks Inc. rzahralddin@qpwblaw.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| RAFAEL X. ZAHRALDDIN | on behalf of Plaintiff Technovative Media Inc. rzahralddin@qpwblaw.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| RAJA G. RAJAN | on behalf of Defendant Raja G. Rajan raja@advisory-capital-solutions.com |
| RAJA G. RAJAN | on behalf of Creditor RAJA G RAJAN raja@advisory-capital-solutions.com |
| STEVEN M. COREN | on behalf of Plaintiff WILLIAM A. HOMONY scoren@kcr-law.com ccapra@kcr-law.com |
| STEVEN M. COREN | on behalf of William A Homony scoren@kcr-law.com ccapra@kcr-law.com |
| STEVEN M. COREN | on behalf of Defendant William A. Homony scoren@kcr-law.com ccapra@kcr-law.com |
| STEVEN M. COREN | on behalf of Trustee WILLIAM A. HOMONY scoren@kcr-law.com ccapra@kcr-law.com |
| Steven Caponi | on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com alyssa.domorod@klgates.com |
| Steven Caponi | on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com alyssa.domorod@klgates.com |
| Steven Caponi | on behalf of Creditor Hawk Investment Holdings Ltd. steven.caponi@klgates.com alyssa.domorod@klgates.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT F. ALEXANDER | on behalf of Debtor Technovative Media Inc. valexander@shutts.com |
| WILLIAM A. HOMONY | bhomony@mctllp.com mtomlin@mctllp.com |

TOTAL: 53

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Stream TV Networks, Inc.,** ***et al.*** | : | **Bankruptcy No. 23-10763 (DJB)** |
| | : | **(Jointly Administered)[1]** |
| **Debtors.** | : | |

**ORDER**

**AND NOW,** upon consideration of the Motion of William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative" or in conjunction with Stream, the "Debtors"), for Entry of an Order Approving a Settlement Agreement (the "Settlement Agreement" or the "Agreement") with Lewis Brisbois Bisgaard & Smith LLP ("LBBS" or, in conjunction with the Trustee, may be generally referred to as "Party" or collectively, as the "Parties") pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) and Granting Related Relief (the "Motion")[2]; and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the required and necessary parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and no objections having been lodged to the relief sought in the Motion [Dkt. No. 1278] the Court having determined that

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. 81).
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the Court having determined that the relief requested is in the best interests of the Debtors, their estates, creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Settlement Agreement [Dkt. No. 1261-1] and Settlement embodied therein are **APPROVED**.

3. The Settlement represents a valid exercise of the Trustee's business judgment, having been informed by extensive research, investigation, and negotiation by the Trustee and other parties in interest.

4. The Settlement Agreement is in the best interest of the Debtors' estates and all of the Debtors' stakeholders.

5. In settlement of the Final Fee Application and Trustee LBBS Fee Objection, LBBS is granted an allowed final fee award, including costs, in the amount of One Million Dollars ($1,000,000.00) (the "LBBS Allowed Claim").

6. The Trustee shall pay the LBBS Allowed Claim in full, within fifteen (15) days of the Effective Date.

7. The Parties are authorized to take all actions necessary to effectuate and consummate the Settlement Agreement, including, without limitation, the execution and delivery of any documents, agreements, or other instruments.

And it is further **ORDERED** that:

1. This Order and the Settlement Agreement shall be binding on the Parties, the

Debtors' estates, all creditors and parties-in-interest, and any trustee or plan administrator appointed in this case.

2. Notice of the Motion, as provided therein, shall be deemed good and sufficient notice, service was proper, and parties in interest were afforded adequate opportunity to file opposition to the Motion and appear at the Hearing, and the requirements of the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure are satisfied by such notice.

3. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from the implementation of this Order and consummation of the Settlement Agreement.

**BY THE COURT:**

Date: September 9, 2026

______________________________
HON. DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE