**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC.<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No.: 23-10763 (DJB)<br><br>(Jointly Administered) [1] |

**CERTIFICATE OF SERVICE RE**

| | |
|---|---|
| Docket No. 1291 | ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN |
| Docket No. 1292 | ORDER [Re Rajan/VSI Settlement] |
| Docket No. 1293 | ORDER [Re Lewis Brisbois Bisgaard & Smith LLP Settlement] |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On September 10, 2026, at the direction of Obermayer Rebmann Maxwell & Hippel LLP, counsel to the Chapter 11 Trustee, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764. (D.I. 95)

| | |
|---|---|
| Exhibit A | Re all the above documents, the Core/2002 Parties referenced in Service List Nos. 82782. |
| | Re Docket Nos. 1292 and 1293, the Core/2002 Parties referenced in Service List No. 82783. |
| | Re Docket No. 1292, the Rajan/VSI Settlement Parties referenced in Service List No. 82785. |
| | Re Docket No. 1293, the LBBS Settlement Parties referenced in Service List No. 82784. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 16th day of September, 2026.

/s/ Bradford Daniel
Bradford Daniel

# Stream TV Networks

**Total number of parties: 128**

## Exhibit A - Stream TV Network

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82782 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA, MADANLOLUGU@ADEPTCHIPS.COM | E-mail |
| 82783 | ADEPT CHIP SERVICE PRIVATE LTD., A. TIRUMALA KUMAR, SITE#86 1ST FLR LRDI LAYOUT KARTHIK, NAGAR, FVLARATHAHALLI OUTER RING, BENGALURU, 560037 INDIA | US Mail (1st Class) |
| 82782 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), 1251 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY, 10020, DONALD.DAVID@AKERMAN.COM | E-mail |
| 82782 | AKERMAN LLP, DONALD N. DAVID, (RE: VISUAL SEMICONDUCTOR, INC.), 1251 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY, 10020, MARK.LICHTENSTEIN@AKERMAN.COM | E-mail |
| 82782 | AKERMAN LLP, JOHN H. THOMPSON, (RE: VISUAL SEMICONDUCTOR, INC.), 750 NINTH STREET, N.W.,, SUITE 750, WASHINGTON, DC, 20001, JOHN.THOMPSON@AKERMAN.COM | E-mail |
| 82782 | AKERMAN, LLP, R. ADAM SWICK, (RE: VISUAL SEMICONDUCTOR, INC.), 500 W. 5TH STREET,, SUITE 1210, AUSTIN, TX, 78701, ADAM.SWICK@AKERMAN.COM | E-mail |
| 82785 | AMANDA VON AHNEN, 105 EDWARDS RUN ROAD, MOUNT ROYAL, NJ, 08061 | US Mail (1st Class) |
| 82782 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131, VINOD@NICHANILAWFIRM.COM | E-mail |
| 82783 | ARASAN CHIP SYSTEMS, INC., VINOD NICHANI, PRINCIPAL, 2150 NORTH FIRST, STREET, SUITE 240, SAN JOSE, CA, 95131 | US Mail (1st Class) |
| 82782 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, VESPERM@BALLARDSPAHR.COM | E-mail |
| 82782 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, MCKEEVASSALLOE@BALLARDSPAHR.COM | E-mail |
| 82782 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, GRUGANT@BALLARDSPAHR.COM | E-mail |
| 82782 | BALLARD SPAHR LLP, TMDALUZ;TMGRUGAN;EMVASSALLO;MAVESPR, (RE: SHADRON L. STASTNEY), 1735 MARKET STREET, 51ST FLOOR, PHILADELPHIA, PA, 19103-759, DALUZT@BALLARDSPAHR.COM | E-mail |
| 82782 | BENESCH,FRIEDLANDER,COPLAN &ARONOFF, JAMES E. VON DER HEYDT, (RE: IMG MEDIA LMTD & TRANS WORLD INT`L), 127 PUBLIC SQUARE, SUITE 4900, CLEVELAND, OH, 44114-1284, JVONDERHEYDT@BENESCHLAW.COM | E-mail |
| 82782 | BENESCH,FRIEDLANDER,COPLAN&ARONOFF, JENNIFER R. HOOVER, (RE: IMG MEDIA LMTD & TRANS WORLD INT`L), 1313 N. MARKET STREET, SUITE 1201, WILMINGTON, DE, 19801, JHOOVER@BENESCHLAW.COM | E-mail |
| 82782 | BROWN & MICHAELS, PC, (RE: REMBRANDT 3D HOLDING LTD), 4TH FLOOR - M&T BANK BUILDING, 118 NORTH TIOGA STREET, ITHACA, NY, 14850, MICHAELS@BPMLEGAL.COM | E-mail |
| 82782 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134, WENDY@CADENCE.COM | E-mail |
| 82783 | CADENCE DESIGN SYSTEMS, INC., WENDY LUJAN-CAVIN, 2655 SEELY AVENUE, SAN JOSE, CA, 95134 | US Mail (1st Class) |
| 82785 | CHARLES ROBERTSON, 10 VIA VISIONE, UNIT 201, HENDERSON, NV, 89011 | US Mail (1st Class) |
| 82783 | CIPHER DEVELOPMENT PARTNERS, LLC, 1381 MCCARTHY BLVD, MILPITAS, CA, 95035 | US Mail (1st Class) |
| 82782 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103, ABELLI@KCR-LAW.COM | E-mail |
| 82782 | COREN & RESS, P.C., ANDREW J. BELLI & STEVEN M. COREN, (RE: SPECIAL COUNSEL TO WILLIAM A HOMONY), TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 3900, PHILADELPHIA, PA, 19103, SCOREN@KCR-LAW.COM | E-mail |
| 82782 | COREN & RESS, P.C., STEVEN M. COREN, (RE: INNOVENTURES AND MEDIATAINMENT), 2001 MARKET STREET, TWO COMMERCE SQUARE, SUITE 3900, PHILADELPHIA, PA, 19103, SCOREN@KCR-LAW.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82782 | COREN & RESS, PC, ANDREW J. BELLI, (RE: INNOVENTURES AND MEDIATAINMENT), 2001 MARKET STREET,, SUITE 3900, PHILADELPHIA, PA, 19103, ABELLI@KCR-LAW.COM | E-mail |
| 82785 | DANIEL J RINK, 1017 E 28TH STREET, HOUSTON, TX, 77009 | US Mail (1st Class) |
| 82782 | DANIEL JOSEPH RINK, ESQUIRE, (RE: VISUAL SEMICONDUCTOR, INC.), 1017 E. 28TH STREET, HOUSTON, TX, 77009, DAN.RINK@VISUALSEMI.COM | E-mail |
| 82783 | DELL FINANCIAL SERVICES, MAIL STOP-PS2DF-23, ONE DELL WAY, ROUND ROCK, TX, 78682 | US Mail (1st Class) |
| 82783 | DEPARTMENT OF LABOR & INDUSTRY, OFFICE OF CHIEF COUNSEL, 10THFL,LABOR&INDSTRY BLDG,651BOASST, HARRISBURG, PA, 17121-0751 | US Mail (1st Class) |
| 82783 | DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF CHIEF COUNSEL, 444 NORTH THIRD STREET, SUITE 200, PHILADELPHIA, PA, 19123 | US Mail (1st Class) |
| 82782 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), 1526 GILPIN AVENUE, WILMINGTON, DE, 19806, ADEMARCO@DEVLINLAWFIRM.COM | E-mail |
| 82782 | DEVLIN LAW FIRM, LLC, ANDREW DEMARCO, (RE: REMBRANDT 3D HOLDING LTD.), 1526 GILPIN AVENUE, WILMINGTON, DE, 19806, DLFLITPARAS@DEVLINLAWFIRM.COM | E-mail |
| 82783 | DLA PIPER LLP(US), 6225 SMITH AVENUE, BALTIMORE, MD, 21209-3600 | US Mail (1st Class) |
| 82782 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, ROBERT N.C. NIX FEDERAL BUILDING, 900 MARKET STREET, SUITE 320, PHILADELPHIA, PA, 19107, USTPREGION03.PH.ECF@USDOJ.GOV | E-mail |
| 82782 | DOJ-UST, KEVIN P CALLAHAN;JOHN HENRY SCHANNE, ROBERT N.C. NIX FEDERAL BUILDING, 900 MARKET STREET, SUITE 320, PHILADELPHIA, PA, 19107, JOHN.SCHANNE@USDOJ.GOV | E-mail |
| 82783 | ELLIOTT GREENLEAF, 1105 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801-1216 | US Mail (1st Class) |
| 82783 | HAWK INVESTMENT HOLDINGS LIMITED, NEWPORT HOUSE, 15, THE GRANGE, ST PETER PORT, GUERNSEY, GY1 2QL CHANNEL ISLANDS | US Mail (1st Class) |
| 82782 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA, SUZHOUSJG@163.COM | E-mail |
| 82782 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA, DAVID@HJ-PACKING.COM | E-mail |
| 82783 | HOLD JUMPER(SUZHOU)PACKING CO. LTD., DAVID LEE, NO. 1, XIANG STREET, HIGH-TECH DISTRICT SUZHOU, CHINA | US Mail (1st Class) |
| 82783 | IINUMA GAUGE MFG CO., LTD (JPY), 11400-327, HARAYAMA, TAMAGAWA CHINO-CITY, NAGANO, 391-0011 JAPAN | US Mail (1st Class) |
| 82782 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM, MEDIA.AR@IMG.COM | E-mail |
| 82783 | IMG MEDIA LTD, BUILDING 6, CHISWICK PARK, 566 CHISWICK HIGH ROAD, LONDON, ENGLAND, W4 5HR UNITED KINGDOM | US Mail (1st Class) |
| 82782 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020, INNOVENTURESGROUPLLC@GMAIL.COM | E-mail |
| 82783 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82785 | INNOVENTURES GROUP LLC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82783 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82783 | JAMUNA TRAVELS, INC, REJI ABRAHAM, 6439 MARKET ST, UPPER DARBY, PA, 19082 | US Mail (1st Class) |
| 82782 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202, MARGARET.WESTBROOK@KLGATES.COM | E-mail |
| 82782 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202, AARON.ROTHMAN@KLGATES.COM | E-mail |
| 82782 | K&L GATES LLP, MARGARET WESTBROOK; AARON ROTHMAN, (RE: HAWK INVESTMENT HOLDINGS LTD), JONATHAN N. EDEL, 300 SOUTH TRYON STREET, SUITE 1000, CHARLOTTE, NC, 28202, JON.EDEL@KLGATES.COM | E-mail |
| 82782 | K&L GATES LLP, STEVEN L. CAPONI; MEGAN E. O’CONNOR, (RE: HAWK INVESTMENT HOLDINGS LTD.), 600 KING STREET, SUITE 901, WILMINGTON, DE, 19801, STEVEN.CAPONI@KLGATES.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82782 | K&L GATES LLP, THOMAS A. WARNS, (RE: HAWK INVESTMENT HOLDINGS LTD), 599 LEXINGTON AVENUE, NEW YORK, NY, 10022, TOM.WARNS@KLGATES.COM | E-mail |
| 82782 | KURTZMAN \| STEADY, LLC, JEFFREY KURTZMAN, ESQUIRE, (RE: SSG ADVISORS, LLC), 101 N. WASHINGTON AVENUE,, SUITE 4A, MARGATE, NJ, 08403, KURTZMAN@KURTZMANSTEADY.COM | E-mail |
| 82783 | LARSON AND ZIRZOW, LLC, MATTHEW C. ZIRZOW, (RE: VISUAL TECHNOLOGY INNOVATIONS, INC), 850 E. BONNEVILLE AVE., LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 82783 | LAW OFFICE OF MICHAEL SCHWARTZ, MICHAEL SETH SCHWARTZ, (RE: MATHU RAJAN), 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | US Mail (1st Class) |
| 82782 | LEIF M. CLARK CONSULTING, PLLC, LEIF M. CLARK, (RE: VISUAL SEMICONDUCTOR), 1105 BONNER, HOUSTON, TX, 77007, LMCLARK@LEIFMCLARK.COM | E-mail |
| 82782 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046, BENNETT.FISHER@LEWISBRISBOIS.COM | E-mail |
| 82782 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046, JANN.PIGG@LEWISBRISBOIS.COM | E-mail |
| 82784 | LEWIS BRISBOIS BISGAARD & SMITH LLP, BENNETT G. FISHER & JANN PIGG, 24 GREENWAY PLAZA, SUITE 1400, HOUSTON, TX, 77046 | US Mail (1st Class) |
| 82782 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, (RE: LEWIS BRISBOIS BISGAARD & SMITH LLP), ONE RIVERFRONT PLAZA, SUITE 800, NEWARK, NJ, 07102, JONATHAN.PREZIOSI@LEWISBRISBOIS.COM | E-mail |
| 82784 | LEWIS BRISBOIS BISGAARD & SMITH LLP, JONATHAN PREZIOSI, (RE: LEWIS BRISBOIS BISGAARD & SMITH LLP), ONE RIVERFRONT PLAZA, SUITE 800, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 82782 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, 550 E. SWEDESFORD ROAD, SUITE 270, WAYNE, PA, 19087, RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | E-mail |
| 82784 | LEWIS BRISBOIS BISGAARD & SMITH LLP, RAFAEL X. ZAHRALDDIN-ARAVENA, 550 E. SWEDESFORD ROAD, SUITE 270, WAYNE, PA, 19087 | US Mail (1st Class) |
| 82782 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801, SEAN.BRENNECKE@LEWISBRISBOIS.COM | E-mail |
| 82784 | LEWIS BRISBOIS BISGAARD & SMITH LLP, SEAN M. BRENNECKE, 500 DELAWARE AVENUE, SUITE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82782 | LEWIS BRISBOIS BISGAARD & SMITH,LLP, SCOTT D. COUSINS, 500 DELAWARE AVENUE,, SUITE 700, WILMINGTON, DE, 19801, SCOTT.COUSINS@LEWISBRISBOIS.COM | E-mail |
| 82783 | MAK ROUGHLEY, APT 11, OLD COURT HOUSE, LA RUE A DON GROUVILLE, JERSEY, JE39FS CHANNEL ISLANDS | US Mail (1st Class) |
| 82782 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131, ILYSSA.BLUM@MARCUMLLP.COM | E-mail |
| 82783 | MARCUM LLP, ILYSSA K. BLUM, CPA, ONE SE THIRD AVE,, SUITE 1100, MIAMI, FL, 33131 | US Mail (1st Class) |
| 82783 | MATHU RAJAN, 1615 EASTFORD AVE, DUARTE, CA, 91010-2823 | US Mail (1st Class) |
| 82785 | MATHU RAJAN, C/O MICHAEL SETH SCHWARTZ, LAW OFFICE OF MICHAEL SCHWARTZ, 707 LAKESIDE OFFICE PARK, SOUTHAMPTON, PA, 18966 | US Mail (1st Class) |
| 82785 | MATHU RAJAN, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82785 | MATHU RAJAN, 1615 EASTFORD AVE, DUARTE, CA, 91010-2823 | US Mail (1st Class) |
| 82783 | MATREX EXHIBITS, INC., JONATHAN ANISZEWSKI, 301 S. CHURCH ST., ADDISON, IL, 60101 | US Mail (1st Class) |
| 82785 | MATT J LO, 7322 CARTER AVE, NEWARK, CA, 94560 | US Mail (1st Class) |
| 82785 | MATTHEW LO, 7322 CARTER AVE, NEWARK, CA, 94560 | US Mail (1st Class) |
| 82785 | MEDIATAINMENT, INC, 1105 WILLIAM PENN DRIVE, BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82783 | MENTOR GRAPHICS CORPORATION, SANDIE BEEBE, 8005 SW BOECKMAN RD., WILSONVILLE, OR, 97070-7777 | US Mail (1st Class) |
| 82782 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), 1628 JOHN F. KENNEDY BLVD, STE 950, PHILADELPHIA, PA, 19103, BHOMONY@MCTLLP.COM | E-mail |
| 82782 | MILLER COFFEY TATE LLP, MATTHEW R. TOMLIN; WILLIAM A HOMONY, (RE: CH 11 TRUSTEE), 1628 JOHN F. KENNEDY BLVD, STE 950, PHILADELPHIA, PA, 19103, MTOMLIN@MCTLLP.COM | E-mail |
| 82785 | NICOLE MARIE MANEEN, 2394 BARBEREE DRIVE, CRESTVIEW, FL, 32536 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82782 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), CENTRE SQUARE WEST, 1500 MARKET ST, SUITE 3400, PHILADELPHIA, PA, 19102-2101, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82782 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), CENTRE SQUARE WEST, 1500 MARKET ST, SUITE 3400, PHILADELPHIA, PA, 19102-2101, KELSEY.SHERONAS@OBERMAYER.COM | E-mail |
| 82782 | OBERMAYER REBMANN MAXWELL&HIPPELLLP, M VAGNONI;K SHERONAS;W SALDUTTI, (RE: CH 11 TRUSTEE), CENTRE SQUARE WEST, 1500 MARKET ST, SUITE 3400, PHILADELPHIA, PA, 19102-2101, WILLIAM.SALDUTTI@OBERMAYER.COM | E-mail |
| 82782 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, (RE: INNOVENTURES AND MEDIATAINMENT), CENTRE SQUARE WEST, 1500 MARKET STREET, SUITE 3400, PHILADELPHIA, PA, 19102, EDMOND.GEORGE@OBERMAYER.COM | E-mail |
| 82782 | OBERMAYER REBMANNMAXWELL&HIPPEL,LLP, EDMOND M. GEORGE;MICHAEL D. VAGNONI, (RE: INNOVENTURES AND MEDIATAINMENT), CENTRE SQUARE WEST, 1500 MARKET STREET, SUITE 3400, PHILADELPHIA, PA, 19102, MICHAEL.VAGNONI@OBERMAYER.COM | E-mail |
| 82782 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN, SAL_LU@PEGATRONCORP.COM | E-mail |
| 82783 | PEGATRON CORPORATION, SAL LU, 5F., NO. 76, LIGONG, ST., BEITOU DISTRICT, TAIPEI CITY, 112 TAIWAN | US Mail (1st Class) |
| 82782 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121, RA-LI-BETO-BANKREADING@STATE.PA.US | E-mail |
| 82783 | PENNSYLVANIA DEPT OF LABOR, OFC OF UNEMPLOYMENT COMP TAX SRVCS, CLLCTONS SPT UNT 651 BOAS ST RM 925, HARRISBURG, PA, 17121 | US Mail (1st Class) |
| 82783 | PENNSYLVANIA DEPT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 82783 | PHILADELPHIA DEPARTMENT OF REVENUE, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 82782 | RAJA RAJAN, 5215 BISHOP VIEW CIRCLE, CHERRY HILL, NJ, 08002, RAJA@ADVISORY-CAPITAL-SOLUTIONS.COM | E-mail |
| 82785 | RAJA RAJAN, 5215 BISHOP VIEW CIRCLE, CHERRY HILL, NJ, 08002 | US Mail (1st Class) |
| 82782 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867, STEPHEN3D@MAC.COM | E-mail |
| 82783 | REMBRANDT 3D HOLDING LTD., STEPHEN BLUMENTHAL, 128 BULL HILL ROAD, NEWFIELD, NY, 14867 | US Mail (1st Class) |
| 82782 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103, RMESSINA@RC.COM | E-mail |
| 82782 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103, DWRIGHT@RC.COM | E-mail |
| 82782 | ROBINSON & COLE LLP, D L WRIGHT;K M FIX;R M MESSINA, (RE: SLS HOLDINGS VI, LLC), 1650 MARKET STREET, SUITE 3030, PHILADELPHIA, PA, 19103, KFIX@RC.COM | E-mail |
| 82785 | SARA LEONA ROBERTSON, 1900 TOMAHAWK DRIVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 82782 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103, PHILADELPHIA@SEC.GOV | E-mail |
| 82783 | SECURITIES & EXCHANGE COMMISSION, NICHOLAS P. GRIPPO, REGIONAL DIR, ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD, STE 520, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 82783 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, ALYSSA RUSSELL, ESQUIRE, (RE: SEECUBIC, INC.), 320 SOUTH CANAL STREET, CHICAGO, IL, 60606-5707 | US Mail (1st Class) |
| 82782 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), 500 BOYLSTON STREET, 23RD FLOOR, BOSTON, MA, 02116, EBEN.COLBY@SKADDEN.COM | E-mail |
| 82782 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, EBEN P. COLBY; MARLEY ANN BRUMME, (RE: SEECUBIC, INC), 500 BOYLSTON STREET, 23RD FLOOR, BOSTON, MA, 02116, MARLEY.BRUMME@SKADDEN.COM | E-mail |
| 82782 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720, JAMES.MAZZA@SKADDEN.COM | E-mail |
| 82782 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JAMES J MAZZA JR; JUSTIN M WINERMAN, (RE: SEECUBIC, INC), REBECCA L. RITCHIE, 155 N. WACKER DRIVE, CHICAGO, IL, 60606-1720, JUSTIN.WINERMAN@SKADDEN.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82782 | SKADDEN,ARPS,SLATE,MEAGHER&FLOM LLP, JOSEPH O. LARKIN, ESQ., (RE: SEECUBIC, INC), ONE RODNEY SQUARE, 920 N. KING ST, WILMINGTON, DE, 19801, JOSEPH.LARKIN@SKADDEN.COM | E-mail |
| 82783 | SLS HOLDINGS VI, LLC, 392 TAYLOR MILLS ROAD, MARLBORO, NJ, 07746 | US Mail (1st Class) |
| 82785 | ST4M ELECTRONICS, INC. BEIJING OFFICE, ROOM1102, BUILDING313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 82782 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA, MATTJJLO@GMAIL.COM | E-mail |
| 82783 | ST4M ELECTRONICS, INC., WANGLING, BEIJING OFFICE RM 1102, BLDG 313, HUI ZHONG BEI LI, CHAOYANG DISTRICT, BEIJING, CHINA | US Mail (1st Class) |
| 82782 | STARK & STARK, PC, JOSEPH H. LEMKIN, (RE: VISUAL SEMICONDUCTOR, INC.), 100 AMERICAN METRO BLVD., HAMILTON, NJ, 08619, MKIZNER@STARK-STARK.COM | E-mail |
| 82783 | STATE OF CA EMPLOYMENT DEV DEPT, PO BOX 826880, DICO, MIC 29DICO, MIC 29, SACRAMENTO, CA, 94280 | US Mail (1st Class) |
| 82785 | STREAM TV INTERNATIONAL B V, PARK FORUM 1033 & 1035, EINDHOVEN, 5657 HJ NETHERLANDS | US Mail (1st Class) |
| 82785 | SUBY JOSEPH, 48 COLLEEN CIRCLE, DOWNINGTOWN, PA, 19335 | US Mail (1st Class) |
| 82782 | THE CITY OF PHILADELPHIA, PAMELA ELCHERT THURMOND, (RE: CITY OF PA & WATER REVENUE BUREAU), MUNICIPAL SERVICES BUILDING, 1401 JFK BOULEVARD, 5TH FLOOR, PHILADELPHIA, PA, 19102-1595, PAMELA.THURMOND@PHILA.GOV | E-mail |
| 82782 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010, MEDIAAR@IMG.COM | E-mail |
| 82783 | TRANS WORLD INTERNATIONAL, LLC, 200 FIFTH AVE, 7TH FLOOR, NEW YORK, NY, 10010 | US Mail (1st Class) |
| 82782 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000, AR@TRIPLECO.COM | E-mail |
| 82783 | TRIPLE CROWN CONSULTING, LLC, 10814 JOLLYVILLE RD,, SUITE 100, AUSTIN, TX, 78759-0000 | US Mail (1st Class) |
| 82782 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071, MMASSIMI@DHGLOBALTAX.COM | E-mail |
| 82783 | US COMPLIANCE SERVICES LLC, 199 NORTH WOODBURY, ROAD SUITE # 103, PITMAN, NJ, 08071 | US Mail (1st Class) |
| 82782 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078, PHIL@DARIVOFF.NET | E-mail |
| 82783 | VAYIKRA CAPITAL LLC, 1 FARMSTEAD ROAD, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |
| 82783 | VISUAL TECHNOLOGY INNOVATIONS, INC., 1105 WILLIAM PENN DR., BENSALEM, PA, 19020 | US Mail (1st Class) |
| 82783 | WILSON SONSINI GOODRICH & ROSATI PC, ERIN R. FAY;CATHERINE C. LYONS, (RE: COUNSEL FOR IAN R. LISTON), 222 DELAWARE AVENUE, SUITE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 82785 | ZEIFANG HSU, 101 BLAISDELL WAY, FREMONT, CA, 94536 | US Mail (1st Class) |

**Subtotal for this group: 128**