**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Stream TV Networks, Inc., *et al*.** | : | **Bankruptcy No. 23-10763 (AMC)**<br>**(Jointly Administered)[1]** |
| **Debtors.** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE FIRST AND FINAL APPLICATION OF SSG ADVISORS, LLC, INVESTMENT BANKER TO WILLIAM A. HOMONY, THE CHAPTER 11 TRUSTEE, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1. On October 7, 2026, I filed the First and Final Application of SSG Advisors, LLC, Investment Banker to the Chapter 11 Trustee, for Services Rendered and Reimbursement of Expenses (the "Application") [D.I. 1311].

2. On October 13, 2026, a Certificate of Service of the Application was filed by BMC Group, Inc. in accordance with Local Bankruptcy Rule for the United States Bankruptcy Court for the Eastern District of Pennsylvania 2014-1(a) to be filed [D.I. 1315].

3. As of October 26, 2026, I have received no answer, objection or other responsive pleading to the Application. I further certify that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.

4. Pursuant to Notice of Application filed on October 7, 2026 [D.I. 1312], objections to the Application were to be filed and served no later than October 21, 2026.

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764 (AMC). (D.I. #81).

5. I hereby respectfully request that the Bankruptcy Court enter the Order Granting Application, substantially in the form attached to the Application, and attached hereto as Exhibit A, at its earliest convenience.

Dated: October 26, 2026

By: */s/ J. Scott Victor*
J. Scott Victor
Managing Director
SSG ADVISORS, LLC
Five Tower Bridge, Suite 420
300 Barr Harbor Drive
West Conshohocken, PA 19428
Tel: (610) 940-5802
Email: jsvictor@ssgca.com
*Investment Banker to the Chapter 11 Trustee, William A. Homony*

-AND-

By: */s/ Michael D. Vagnoni*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165
Email: edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to William A. Homony Chapter 11 Trustee*