**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Stream TV Networks, Inc., *et al*.** | : | **Bankruptcy No. 23-10763 (DJB)** **(Jointly Administered)**[1] |
| **Debtors.** | : | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SSG ADVISORS, INVESTMENT BANKER TO THE CHAPTER 11 TRUSTEE, FOR THE PERIOD AUGUST 14, 2024 THROUGH JANUARY 3, 2025**

AND NOW, upon consideration of the *First and Final Application of SSG Advisors, LLC, Investment Banker to William A. Homony, The Chapter 11 Trustee for Services Rendered and Reimbursement of Expenses* (the "Application") filed by SSG Advisors, LLC ("SSG" or "Applicant"), investment banker to William A. Homony, Chapter 11 Trustee (the "Trustee") for the bankruptcy estates of Stream TV Networks, Inc. and Technovative Media, Inc. (the "Debtors"); and it appearing that notice of the Application was given in accordance with Local Bankruptcy Rule 2016-1 and that no other or further notice is required; and the Court finding that the services for which compensation is requested were actual and necessary services, that the compensation requested for those services is reasonable, and that the expenses for which reimbursement is requested were actual and necessary expenses, all within the meaning of 11 U.S.C. §§ 328, 330 and 331 and in conformity with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules; and after due deliberation and sufficient cause appearing therefor, it is hereby

[1] On April 11, 2023, the Court entered an order directing joint administration of the above-captioned case and *In re Technovative Media, Inc.*; Case No. 23-10764. (D.I. 95).

**ORDERED** that:

1. The Application is **GRANTED** as set forth herein.

2. SSG is allowed, on a final basis pursuant to 11 U.S.C. §§ 328, 330 and 331, compensation for professional services rendered during the period August 14, 2024 through January 3, 2025 (the "Application Period") in the amount of $500,000.00 and reimbursement of actual, necessary expenses incurred during the Application Period in the amount of $2,250.00, for a total award of $502,250.00.

3. The payments made to SSG under their Engagement Letter are hereby authorized.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**BY THE COURT:**

________________________________
The Honorable Derek J. Baker
United States Bankruptcy Judge